# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN                          DIVISION


Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal.  Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

---

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   Cause No. D-1-GN-11-000096; Caroline Clark v. Austin Montessori School, Inc.; In the 419th District Court of Travis County, Texas

2. Was jury demand made in State Court?          Yes ☒          No ☐

   If yes, by which party and on what date?

   Caroline Clark (Plaintiff)                              Jan 11, 2011
   _____                       _____
   Party Name                                             Date

---

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   Plaintiff:
   Caroline Clark

   Plaintiff's Attorneys:
   Russell Scott Cook and Melissa A. Jacobs; The Cook Law Firm; 919 Congress Avenue, Suite 1145, Austin, Texas, 78701; Telephone: (512) 482-9556, Facsimile: (512) 597-3172

   Defendant:
   Austin Montessori School, Inc.

   Defendant's Attorney:
   Stephanie L. O'Rourke; Cokinos, Bosien & Young, P.C.; 10999 W. Interstate 10, Suite 800, San Antonio, Texas, 78230-1349; Telephone: (210) 293-8714, Facsimile: (210) 293-8733

---

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

    None.

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

    None.

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim.  For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

    None.

**VERIFICATION:**

| | |
|---|---|
| /s/ Stephanie L. O'Rourke | Jan 3, 2012 |
| Attorney for Removing Party | Date |

Austin Montessori School, Inc. (Defendant)

Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)