IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLINE CLARK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 1:12-cv-00007 |
| | § | |
| AUSTIN MONTESSORI SCHOOL, INC., | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant, Austin Montessori School, Inc., files this disclosure statement with the court clerk as required by Federal Rule of Civil Procedure 7.1 and certifies the following:

1.    Defendant, Austin Montessori School, Inc., is a non-profit corporation organized and existing under the laws of the State of Texas with its principal place of business in Austin, Travis County, Texas.

2.    Defendant, Austin Montessori School, Inc., has no parent corporation, and no publically held company owns ten percent or more of its stock.

Respectfully submitted,

*/s/ Stephanie L. O'Rourke*
Stephanie L. O'Rourke
Texas Bar No. 15310800
Cokinos, Bosien & Young, P.C.
10999 W. Interstate 10, Suite 800
San Antonio, Texas 78230-1349
Telephone: (210) 293-8700
Facsimile: (210) 293-8733

ATTORNEYS FOR DEFENDANT,
AUSTIN MONTESSORI SCHOOL, INC.

## **Certificate of Service**

I hereby certify that on the 4th day of January 2012, a true and correct copy of the above and foregoing Defendant's Corporate Disclosure Statement was served on all counsel of record by the method indicated:

*By Facsimile: (512) 482-9556*
Russell Scott Cook
Melissa A. Jacobs
The Cook Law Firm
919 Congress Avenue, Suite 1145
Austin, Texas 78701


*/s/ Stephanie L. O'Rourke*
Stephanie L. O'Rourke