Case:d-1-gn-11-000096 with (16) documents

| Filed Date | Category | Description | Additional Info |
|---|---|---|---|
| | | Judges Notes/Comments | |
| 1/11/2011 | PET-PL ... | ORIGINAL PETITION/APPLICATION | PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE AND DE MAND FOR JURY TRIAL |
| 2/1/2011 | SRVPRO... | EXE SERVICE OF CITATION | AUSTIN MONTESSORI SCHOOL INC |
| 2/16/2011 | ANS-RES... | ORIGINAL ANSWER | DEFENDANT'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION |
| 5/13/2011 | MOTION | MTN:OTHER MOTION | PLAINTIFF'S MOTION TO QUASH DEFENDANT'S NOTICE OF INTENTION  TO TAKE DEPOSITION BY WRITTEN QUESTIONS & MOTION FOR      PROTECTIVE ORDER |
| 7/14/2011 | ANS-RESP | RESPONSE TO MOTION/PLEADING | PLAINTIFF'S RESOPNSE TO DEFENDANT'S MOTIONS TO QUASH      DEPOSITIONS OF DAWN GLASGOW, AMBER MILLER, CHARLOTTE KROGER, PATRICIA ORITI, AND DONALD GOERTZ AND MOTIONS FOR PROTECTIVE |
| 7/28/2011 | ORD    ... | ORD:OTHER ORDER | ORDER |
| 9/10/2011 | OTHER    ... | RULE 203.2 CERTIFICATE | REPORTER'S CERTIFICATION ORAL VIDEOTAPED DEPOSITION OF DAWN  GLASCOW- AUGUST 11, 2011 ... |
| 9/10/2011 | OTHER | RULE 203.2 CERTIFICATE | REPORTER'S CERTIFICATION ORAL VIDEOTAPED DEPOSITION OF CHARO LOTTE KROGER- AUGUST 11, 2011 |
| 9/10/2011 | OTHER    ... | RULE 203.2 CERTIFICATE | REPORTER'S CERTIFICATION ORAL VIDEOTAPED DEPOSITION OF AMBER  MILLER- AUGUST 11, 2011 ... |
| 11/2/2011 | OTHER    ... | RULE 203.2 CERTIFICATE | REPORTER'S CERTIFICATE ORAL DEPOSITIONI OF DONALD GOERTZ AUG UST 12, 2011 |
| 11/2/2011 | OTHER    ... | RULE 203.2 CERTIFICATE | REPORTER'S CERTIFICATE ORAL DEPOSITION OF PATRICIA ORITI AUG UST 12, 2011 |
| 11/3/2011 | OTHER    ... | RULE 203.2 CERTIFICATE | ORAL DEPOSITION OF DONALD GOERTZ - 08/12/2011 |
| 11/15/2011 | OTHER    ... | RULE 203.2 CERTIFICATE | CAROLINE CLARK |
| 12/8/2011 | PET-PL    ... | AMENDED PETITION | PLAINTIFF'S FIRST AMENDED PETITION |
| 1/4/2012 | ORD    ... | ORD:NTC OF REMOVAL | DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL |



I, AMALIA RODRIGUEZ-MENDOZA, District Clerk, Travis County, Texas, do hereby certify that this is a true and correct copy as same appears of record in my office. Witness my hand and seal of office on ___1.5.12___

AMALIA RODRIGUEZ-MENDOZA
DISTRICT CLERK
By Deputy:

