IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLINE CLARK, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. A-12-CA-007-SS |
| | § | |
| AUSTIN MONTESSORI SCHOOL, INC., | § | |
| Defendant. | § | JURY TRIAL DEMANDED |
| | § | |

## REPORT OF RULE 26(f) CONFERENCE AND DISCOVERY PLAN

Plaintiff and Defendant (collectively "the Parties") submit the following Report and Discovery Plan pursuant to FED. R. CIV. P. 26(f).

1. **Rule 26(f) Conference**: The Parties conducted the Rule 26(f) conference on February 8, 2012.

2. **Nature and Basis of Claims and Defenses**: Plaintiff has brought this lawsuit for alleged violations of the Family and Medical Leave Act and TCHRA. Defendant denies Plaintiff's contentions.

3. **Possibility of Prompt Settlement**: At this time, the Parties have agreed to discuss the possibility of mediation of this action after some initial discovery is performed.

4. **Rule 26(a) Disclosures**: The Parties will submit to each other initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by March 5, 2012. The Parties agree that no changes should be made in the timing, form, or requirement of other disclosures under Rule 26(a), except to the extent that the Court has ordered otherwise.

5. **Discovery Plan**: The Parties agree that discovery will be conducted on matters that include, but are not limited to, (1) the merits of Plaintiff's claims; (2) Plaintiff's damages; and (3) Defendant's defenses. The Parties agree that discovery will be completed by whatever

date is established by the Court in its Scheduling Order. The Parties reserve the right to request additional time for discovery. The Parties agree that no changes should be made to the generally applicable discovery rules, and that all discovery will be conducted pursuant to the Federal Rules of Civil Procedure and this Court's orders.

6. **Preservation of Discoverable Information**: The Parties agree that all discoverable information in this case will be preserved in its native format.

7. **Electronically Stored Information**: The Parties agree that electronically stored information may be produced in a hard copy form in response to a discovery request, unless the Party requesting the information specifically requests production in another form (i.e., electronic or native form) in that specific discovery request.

8. **Proposed Scheduling Order:** The Parties will file a proposed scheduling order by March 5, 2012.

9. **Consent to Magistrate:** The Parties are discussing consenting to a Magistrate Judge in this action and will notify the Court of their decision.

10. **Pending Motions:** There are no pending motions at this time. Defendant plans to file a motion for leave to amend its answer.

11. **Estimated Trial Length:** The Parties estimate a trial length of 3 days in this matter.

Respectfully Submitted,

| | |
|---|---|
| The Cook Law Firm | Cokinos Bosien & Young |
| 919 Congress Ave., Suite 1145 | l0999 West IH-10, Ste. 800 |
| Austin, Texas 78701 | San Antonio, TX 78230. |
| Telephone: (512) 482-9556 | Telephone: (210) 298-8700 |
| Telecopier: (512) 597-3172 | Telecopier: (210) 293-8733 |

/s/ Melissa A. Jacobs                    /s/ Stephanie O'Rourke

By:  _____        By:  _____

Russell Scott Cook                      Stephanie O'Rourke
State Bar No. 24040724                  State Bar No. 15310800
Melissa A. Jacobs                       ATTORNEY FOR DEFENDANT
State Bar No. 24046144
ATTORNEYS FOR PLAINTIFF