**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| CAROLINE CLARK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V.. | § | C.A. NO. A-12-CV-007-SS |
| | § | |
| AUSTIN MONTESSORI SCHOOL, INC., | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT, AUSTIN MONTESSORI SCHOOL, INC.'S
### NOTICE OF INITIAL DISCLOSURES

Defendant, Austin Montessori School, Inc., advises the Court, pursuant to FRCP 26(f) that it has served its FRCP 26(a)(1) initial disclosures on March 1, 2012.

        Respectfully submitted,

        COKINOS, BOSIEN & YOUNG
        10999 IH-10 West, Suite 800
        San Antonio, Texas 78230
        210/293-8700
        210/293-8733 (Fax Number)

        By:  /s/ *Stephanie O'Rourke*
            STEPHANIE O'ROURKE
            State Bar No. 15310800

        ATTORNEYS FOR DEFENDANT, AUSTIN MONTESSORI SCHOOL, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing DEFENDANT, AUSTIN MONTESSORI SCHOOL, INC.'S NOTICE OF INITIAL DISCLOSURES has been electronically filed and served via facsimile on this the 1st day of March, 2012, to:

**ATTORNEYS FOR PLAINTIFF**
Russell Scott Cook
Melissa A. Jacobs
THE COOK LAW FIRM
919 Congress Avenue, Suite 1145
Austin, Texas 78701

                                                           /s/ *Stephanie O'Rourke*
                                                           STEPHANIE O'ROURKE