## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**CAROLINE CLARK,**
**Plaintiff**

**-vs-**

Case No.: **A-12-CA-007-SS**

**AUSTIN MONTESSORI SCHOOL, INC.,**
**Defendant**

## NOTICE CONCERNING REFERENCE TO
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rules of Civil Procedure

73, and the Local Rules of the United States District Court for the Western District of Texas, the

following party: **Austin Montessori School, Inc.**

through counsel: **Stephanie O'Rourke**

hereby (select one):

☒    consents to having a United States Magistrate Judge preside over the trial in this case.

☐    declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

By: _____

Attorney for:
Defendant, Austin Montessori School, Inc.