IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLINE CLARK,<br>PLAINTIFF, | §<br>§<br>§ | |
| VS. | §<br>§ | C.A. NO. A-12-CV-007-SS |
| AUSTIN MONTESSORI SCHOOL, INC.,<br>DEFENDANT. | §<br>§<br>§ | |

## DEFENDANT, AUSTIN MONTESSORI SCHOOL, INC.'S
## UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER

TO THE HONORABLE JUDGED STATES DISTRICT JUDGE SAM SPARKS:

Now comes Defendant, Austin Montessori School, Inc. ("AMS"), and files this, its Unopposed Motion for Leave to File First Amended Answer and would show this Court as follows:

### Factual and Procedural Background

1. This lawsuit involves damages arising from the alleged violations of Texas Labor Code 21.051 and 29 U.S.C. 2612 et seq.

2. Plaintiff worked for Defendant as a teacher from 2003 to 2005 and again beginning in or about August 2008. In or around the end of February or early March 2010, Plaintiff informed school administrators that she was pregnant. Plaintiff alleges that Defendant denied Plaintiff continued employment after Plaintiff advised Defendant that she was pregnant. Plaintiff alleges that Defendant's refusal to continue Plaintiff's employment in the role of teacher is a violation of TEX. LAB. CODE § 21.051, as well as the prescriptive and proscriptive obligations due to her pursuant

to the Family and Medical Leave Act, 29 U.S.C. § 2612 et seq., and specifically, 29 U.S.C. §§ 2612(a), 2614(a), and 2615 thereof.

3.    Pursuant to this Court's Scheduling Order, the deadline to amend pleadings is April 2, 2012.

4.    The undersigned counsel has conferred with Plaintiff's counsel regarding the relief sought by this Motion. Plaintiff's counsel has confirmed that she does not oppose this Motion.

5.    AMS seeks to amend its answer to include specific denials to Plaintiff's First Amended Petition and to add affirmative defenses. AMS also seeks to amend its answer to conform to the Federal Rules of Civil Procedure because its original answer was a general denial and filed in state court.

6.    AMS attaches its proposed First Amended Answer as Exhibit "A" to this Motion. See Exhibit "A" - AMS's First Amended Answer.

## Argument

7.    Federal Rule of Civil Procedure 15 provides that a court "shall freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). The choice to grant or deny a party's motion for leave to amend is within the sound discretion of the court. *See Quintanilla v. Tex. Television, Inc.,* 139 F.3d 494, 499 (5th Cir. 1998). Unlike the more strict standard relating to post-deadline Motions to Leave, pre-deadline Motions for Leave to Amend are given bias in favor of being granted. *See Lyn-Lea Travel Corp. v. Am. Airlines,* 283 F.3d 282, 286 (5th Cir. 2002); Fed. R. Civ. P. 15; *Cf.* Fed. R. Civ. P. 16(b) (relating to post-deadline motions to amend).

8.      The Fifth Circuit Court of Appeals has held that a district court should have a "substantial reason" for denying a party's motion for leave to amend. *See Lyn-Lea*, 283 F.3d at 286. The five factors normally considered by a court to determine whether a motion for leave to amend is proper include:  (1) undue delay; (2) bad faith or dilatory motive; (3) failure to cure deficiencies on previous amendments; (4) undue prejudice to the opposing party; and (5) futility of the amendment. *See Smith v. EMC Corp.*, 393 F.3d 590, 595 (5th Cir. 2004) (*citing Foman v. Davis*, 371 U.S. 178, 182 (1962)).  Delay alone is not enough to deny leave to amend a pleading without evidence of some prejudice which would result if leave were granted. *Duchon v. Cajon Co.*, 791 F.2d 43, 47 n.1 (6th Cir. 1986).  Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a); *Walton v. Mental Health Ass'n*, 168 F.3d. 661, 665 (3d Cir. 1999).

9.      Applying these factors to the present case, this Court should grant AMS's Motion for Leave to File its First Amended Answer because filing the First Amended Answer will not prejudice, delay, or inconvenience Caroline Clark given that this is the date the parties agreed as a deadline to file amended pleadings and that discovery in this matter is just beginning. The Amended Answer is not being filed in bad faith or to delay this matter.

### Prayer

AMS requests that the Court grant it leave to file its First Amended Answer.

Respectfully submitted,

COKINOS, BOSIEN & YOUNG
10999 IH-10 West, Suite 800
San Antonio, Texas 78230
210-293-8700
210-293-8733 (Fax Number)

By _____
STEPHANIE O'ROURKE
State Bar No. 15310800
ATTORNEYS FOR DEFENDANT, AUSTIN MONTESSORI
SCHOOL, INC.


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing *Defendant, Austin Montessori School, Inc.'s Unopposed Motion for Leave to File First Amended Answer* has been electronically filed on this the ____2nd____ day of April 2012, to:

Russell Scott Cook
Melissa A. Jacobs
THE COOK LAW FIRM
919 Congress Avenue, Suite 1145
Austin, Texas 78701

_____
STEPHANIE O'ROURKE