# Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLINE CLARK, | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | C.A. NO. A-12-CV-007-SS |
| | § | |
| AUSTIN MONTESSORI SCHOOL, INC., | § | |
| DEFENDANT. | § | |

## DEFENDANT, AUSTIN MONTESSORI SCHOOL, INC.'S
## FIRST AMENDED ANSWER

TO THE HONORABLE JUDGED STATES DISTRICT JUDGE SAM SPARKS:

Now comes  Defendant, Austin Montessori School, Inc., and files this, its First Amended Answer to Plaintiff's First Amended Petition, and would show this Court as follows:

1.      Paragraph 1 of Plaintiff's First Amended Petition is procedural in nature and does not require this Defendant to admit and/or deny.

2.      Defendant admits the first sentence of Paragraph 2 of Plaintiff's First Amended Petition.  Defendant denies the remaining portion of Paragraph 2 of Plaintiff's First Amended Petition.

3.      Defendant admits the first and second sentences of Paragraph 3 of Plaintiff's First Amended Petition. Defendant denies the third sentence of Paragraph 3 of Plaintiff's First Amended Petition.

4.      Paragraph 4 of Plaintiff's First Amended Petition is jurisdictional in nature.

5.      Paragraph 5 of Plaintiff's First Amended Petition is jurisdictional in nature.

6.    Defendant admits the first and second sentences of Paragraph 6 of Plaintiff's First Amended Petition.  Defendant denies the remaining sentences of Paragraph 6 of Plaintiff's First Amended Petition.

7.    Defendant adopts and incorporates all admittances and denials as referenced in all preceding paragraphs.

8.    Defendant denies Paragraph 8 of Plaintiff's First Amended Petition.

9.    Defendant denies Paragraph 9 of Plaintiff's First Amended Petition.

10.    Defendant denies Paragraph 10 of Plaintiff's First Amended Petition.  Defendant incorporates paragraphs 15 - 18 of its Amended Answer.

11.    Paragraph 11 of Plaintiff's First Amended Petition is procedural in nature and does not require this Defendant to admit or deny.

12.    Defendant denies Paragraph 12 of Plaintiff's First Amended Petition.

13.    Defendant denies Paragraph 13 a. through i. of Plaintiff's First Amended Petition.

**<u>Affirmative Defenses</u>**

14.    Defendant denies that Plaintiff is disabled within the meanings of the Texas Labor Code.

15.    Defendant denies that Plaintiff has met all conditions precedent; Plaintiff has failed to exhaust all administrative procedural requirements.

16.    Defendant denies that Plaintiff is a qualified employee under the Family Medical Leave Act.  Defendant denies that the Family Medical Leave Act is applicable to this Defendant.

17. Defendant denies that Plaintiff ever requested the benefits under Family Medical Leave Act.

18. This Defendant would also assert that Plaintiff is not an eligible employee. Plaintiff was not eligible for Family Medical Leave Act.

19. Plaintiff suffered no adverse employment decision as a result of her pregnancy.

20. Plaintiff was offered a comparable position to accommodate her leave request.

21. Plaintiff did not suffer from an adverse employment decision as a result of her pregnancy.

22. Defendant's actions were not adverse employment actions.

23. Defendant's acts of offering plaintiff an alternative placement to accommodate her pregnancy and extended leave did not constitute an unlawful employment practice because it did not constitute an "ultimate employment decision".

24. Plaintiff was treated the same as any teacher planning to take an extended leave of absence for any purpose.

25. Plaintiff was not treated any differently than any other similarly situated employee.

26. Austin Montessori had a legitimate non-discriminatory reason for offering Plaintiff a contract or the position of campus coordinator.

WHEREFORE, PREMISES CONSIDERED, AUSTIN MONTESSORI SCHOOL, INC., prays that upon final trial the Court will enter a take-nothing judgment against the Plaintiff and in favor of Defendant, and for such other and further relief to which it may be justly entitled.

Respectfully submitted,

COKINOS, BOSIEN & YOUNG
10999 IH-10 West, Suite 800
San Antonio, Texas 78230
210-293-8700
210-293-8733 (Fax Number)

By _____
STEPHANIE O'ROURKE
State Bar No. 15310800

ATTORNEYS FOR DEFENDANT, AUSTIN MONTESSORI SCHOOL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing *Defendant, Austin Montessori School, Inc.'s First Amended Answer* has been electronically filed on this the _2nd_ day of April 2012, to:

Russell Scott Cook
Melissa A. Jacobs
THE COOK LAW FIRM
919 Congress Avenue, Suite 1145
Austin, Texas 78701

_____
STEPHANIE O'ROURKE