IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CAROLINE CLARK,                     §
    PLAINTIFF,                      §
                             §
                             §
VS.                                 §          C.A. NO. A-12-CV-007-SS
                             §
AUSTIN MONTESSORI SCHOOL, INC.,     §
    DEFENDANT.                      §

## ORDER GRANTING DEFENDANT, AUSTIN MONTESSORI SCHOOL, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER

The Court, after reviewing all papers on file in this case, finds that Austin Montessori School, Inc.'s Unopposed Motion for Leave to File First Amended Answer is hereby GRANTED.

Signed this the _____ day of _____ 2012.


_____
SAM SPARKS,
UNITED STATES DISTRICT JUDGE