FILED

2012 APR -6   AM 8: 55

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CAROLINE CLARK,                     §
        PLAINTIFF,                   §
                                     §
                                     §
VS.                                  §        C.A. NO. A-12-CV-007-SS
                                     §
AUSTIN MONTESSORI SCHOOL, INC.,      §
        DEFENDANT.                   §

## ORDER GRANTING DEFENDANT, AUSTIN MONTESSORI SCHOOL, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER

The Court, after reviewing all papers on file in this case, finds that Austin Montessori School,

Inc.'s Unopposed Motion for Leave to File First Amended Answer is hereby GRANTED.

Signed this the ___5th___ day of ___April___ 2012.

_____
SAM SPARKS,
UNITED STATES DISTRICT JUDGE

ORDER GRANTING AUSTIN MONTESSORI SCHOOL'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER
SOR/ssb/4087-002/AUSTIN MONTESSORI/FEDERAL COURT/ORDER - GRANTING AMSMOTION FOR LEAVE TO AMEND
ANSWER
PAGE 1