IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLINE CLARK,<br>Plaintiff, | §<br>§<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. A-12-CA-007-SS |
| | §<br>§ | |
| AUSTIN MONTESSORI SCHOOL, INC.,<br>Defendant. | §<br>§<br>§ | JURY TRIAL DEMANDED |

## PARTIES' JOINT ADR REPORT

Pursuant to Local Rule CV-88, the Plaintiff and Defendant submit the following Joint ADR Report:

1. **Status of Settlement Negotiations**: Plaintiff and Defendant have not reached a settlement at this time. Plaintiff sent a written settlement offer to Defendant on April 2, 2012 pursuant to this Court's Scheduling Order. Defendant has not responded.

2. **Identity of the Person Responsible for Settlement Negotiations**: Plaintiff's Counsel Melissa Jacobs is responsible for settlement negotiations for the Plaintiff. Defendant's Counsel Stephanie O'Rourke is responsible for settlement negotiations for the Defendant.

3. **Whether Alternative Dispute Resolution is Appropriate in the Case**: Counsel for Plaintiff and Defendant certify that their clients are aware of the alternative dispute resolution methods available in this district. At this time, Plaintiff and Defendant believe that alternative dispute resolution would be useful in this case after the completion of discovery.

| | |
|---|---|
| The Cook Law Firm | Cokinos Bosien & Young |
| 919 Congress Ave., Suite 1145 | l0999 West IH-10, Ste. 800 |
| Austin, Texas 78701 | San Antonio, TX 78230. |
| Telephone: (512) 482-9556 | Telephone: (210) 298-8700 |
| Telecopier: (512) 597-3172 | Telecopier: (210) 293-8733 |
| /s/ Melissa A. Jacobs | /s/ Stephanie O'Rourke |
| By: _____ | By: _____ |
| Russell Scott Cook | Stephanie O'Rourke |
| State Bar No. 24040724 | State Bar No. 15310800 |
| Melissa A. Jacobs | ATTORNEY FOR DEFENDANT |
| State Bar No. 24046144 | |
| ATTORNEYS FOR PLAINTIFF | |

2