**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| CAROLINE CLARK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V.. | § | C.A. NO. A-12-CV-007-SS |
| | § | |
| AUSTIN MONTESSORI SCHOOL, INC., | § | |
| | § | |
| Defendant. | § | |

## REPORT OF STEPHANIE O'ROURKE

**TO:**   CAROLINE CLARK, PLAINTIFF
By and through her attorneys of record,
Russell Scott Cook
Melissa Jacobs
THE COOK LAW FIRM
919 Congress Avenue, Suite 1145
Austin, Texas 78701

I represent the Defendant in the above-captioned cause.  I am a principal in the law firm of

Cokinos, Bosien & Young, counsel of record for Defendant, Austin Montessori School, Inc., and will

offer opinions as to the reasonableness and/or necessity of the attorneys' fees and/or litigation costs

incurred by Austin Montessori School, Inc. in connection with this action.  In addition, I will testify

as to whether the attorneys' fees of counsel for Plaintiff, Caroline Clark, are reasonable and/or

necessary.  Upon receipt of Plaintiff's attorneys' fees, I will supplement this report as to the work

performed and whether the fees meet the requirements set forth in the Fifth Circuit's opinion.

Premised upon the facts known to date, I do not believe $400.00 is a reasonable fee in this matter.

Further, Plaintiff has failed to meet the lodestar requirements.

A copy of my curriculum vitae is attached.

Respectfully submitted,

COKINOS, BOSIEN & YOUNG
10999 IH-10 West, Suite 800
San Antonio, Texas 78230
210/293-8700
210/293-8733 (Fax Number)

By:  /s/ Stephanie O'Rourke
STEPHANIE O'ROURKE
State Bar No. 15310800

ATTORNEYS FOR DEFENDANT, AUSTIN MONTESSORI
SCHOOL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing REPORT OF STEPHANIE O'ROURKE, has been electronically filed and served via facsimile on this the 2nd day of May, 2012, to:

**ATTORNEYS FOR PLAINTIFF**
Russell Scott Cook
Melissa A. Jacobs
THE COOK LAW FIRM
919 Congress Avenue, Suite 1145
Austin, Texas 78701

 /s/ Stephanie O'Rourke
STEPHANIE O'ROURKE

/sds
SOR/4087-002/Clark/Report of Stephanie O'Rourke

2



**HOME**

**ABOUT OUR FIRM**

**PRACTICE AREAS**

**OUR ATTORNEYS**

   FIND BY LAST NAME

**MEDIA ROOM**

**LOCATIONS**

**Practice Emphasis**
Construction litigation, insurance coverage, general defense, products liability, collections, professional errors and omissions defense, manufactured housing, and commercial litigation.

**Professional Summary**
Born in Washington, D.C. on April 3, 1962, Ms. O'Rourke concentrates her practice in the area of litigation. She has been involved in a broad spectrum of litigation matters, from representing general contractors, subcontractors and suppliers in multimillion dollar construction disputes to representing insurance companies in complex coverage disputes. Ms. O'Rourke is a frequent speaker and author and is "AV" rated by Martindale-Hubbell peer review ratings, the highest rating possible. She was most recently chosen by her peers as one of San Antonio's best lawyers in the area of construction litigation in Scene in S.A. Monthly magazine's annual survey in 2010.

**Speaker:**
"Multi-Party Property Damage Claims from the General Contractor's Perspective" 22nd Annual Construction Law Conference, San Antonio, Texas (2009)

"Basic's Mechanic's and Materialmen's Liens;" "The Use and Abuse of Article 21.55," South Texas College of Law, 2004

"Can the Insured Forfeit Coverage," State Bar of Texas, CLE, 2004

"Dealing with Counterclaim and Defenses," State Bar of Texas Advanced Creditors' Rights Course, 1996

**Education**
University of South Carolina (B.A., 1984)
St. Mary's University (J.D., 1988)

**Bar Admissions**
State Bar of Texas (1988)
United States District Court:

- Northern District of Texas
- Southern District of Texas
- Western District of Texas

United States Court of Appeals, Fifth Circuit

**Memberships & Affiliations**

San Antonio Bar Association
Kendall County Bar Association
State Bar of Texas:

- Litigation Section
- Construction Law Section (elected Council Member, 2009-2012)

Texas Association of Defense Counsel
Defense Research Institution:

- San Antonio Construction Law Section

Governmental Affairs Committee For Association of Builders and Contractors (Chairman)
National Association of Women in Construction
South Texas Deer Association



**Stephanie L. O'Rourke**
Principal

San Antonio, Texas
(210) 293-8714 (Direct)
(210) 293-8733 (Fax)
sorourke@cbylaw.com



**Publications**

- November 2009 - Controlled insurance programs: reducing expenses when good jobs go bad
- March 2009 - "The Future of Contractual Indemnity in Texas," Associated Builders & Contractors, South Texas Chapter Newsletter, March 2009
- Apr 7, 2008 - Pay if Paid New law affects payment provisions in construction contracts.
- Apr 7, 2008 - Building "Greener" Sooner Than Later Movement toward environmentally conscious design takes shape in new regulations, construction contracts.
- Apr 7, 2008 - Stricter Enforcement of Immigration Laws May Affect Your Company's Hiring Practices. A look at unauthorized workers in the construction industry.
- Apr 7, 2008 - Interpreting the *Entergy v. Summers* opinions: Is Jobsite Safety a thing of the past?