**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| CAROLINE CLARK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V.. | § | C.A. NO. A-12-CV-007-SS |
| | § | |
| AUSTIN MONTESSORI SCHOOL, INC., | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S FIRST AMENDED DESIGNATION OF POTENTIAL WITNESSES,
TESTIFYING EXPERTS, AND PROPOSED EXHIBITS**

**TO:**    CAROLINE CLARK, PLAINTIFF
By and through her attorneys of record,
Russell Scott Cook
Melissa Jacobs
THE COOK LAW FIRM
919 Congress Avenue, Suite 1145
Austin, Texas 78701

Defendant, Austin Montessori School, Inc., hereby submits its First Amended Designation

of Potential Witnesses, Testifying Experts, and Proposed Exhibits.

Respectfully submitted,

COKINOS, BOSIEN & YOUNG
10999 IH-10 West, Suite 800
San Antonio, Texas 78230
210/293-8700
210/293-8733 (Fax Number)

By:    /s/ *Stephanie O'Rourke*
STEPHANIE O'ROURKE
State Bar No. 15310800

ATTORNEYS FOR DEFENDANT, AUSTIN MONTESSORI
SCHOOL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing DEFENDANT'S FIRST AMENDED DESIGNATION OF POTENTIAL WITNESSES, TESTIFYING EXPERTS, AND PROPOSED EXHIBITS has been electronically filed and served via facsimile on this the 14th day of May, 2012, to:

**ATTORNEYS FOR PLAINTIFF**
Russell Scott Cook
Melissa A. Jacobs
THE COOK LAW FIRM
919 Congress Avenue, Suite 1145
Austin, Texas 78701

_/s/ Stephanie O'Rourke_
STEPHANIE O'ROURKE

Defendant's 1st Amended Designation of Witnesses, Experts & Proposed Exhibits
G:\WPDOCS\4087002\Austin Montessori - Clark\Pleadings\Federal Court\Defendant's 1st Amended Designation of Witnesses, Experts & Proposed Exhibits.wpd

2

## DEFENDANT'S FIRST AMENDED DESIGNATION OF POTENTIAL WITNESSES, TESTIFYING EXPERTS, AND PROPOSED EXHIBITS

## POTENTIAL WITNESSES

Defendant, Austin Montessori School, Inc. may call any or all of the following individuals to testify at trial:

1.    Austin Montessori School, Inc.
      And/or Its Representatives
      c/o Stephanie O'Rourke
      Cokinos, Bosien & Young
      10999 IH-10 West, Suite 800
      San Antonio, Texas 78230
      (210) 293-8700
      *Defendant.*

2.    Joseph Aken, Guide
      Kadie Beasley, Guide
      Lucinda Castillo, Shuttle Bus Driver
      Lori Friedman, Communications/Development
      Donald C. Goertz, Executive Director
      Donna Bryant Goertz, Founder
      Dawn Glasgow, Administrative Executive
      Leslie Grove, Counselor
      Charlotte Kroger, Children's House Mentor
      Amber Miller, Director of Admissions
      Lois O'Brien, Office Manager
      Patricia Oriti, Consultant
      Jerry Pippins, Construction/Maintenance
      Margarita Ruiz, Guide
      Elizabeth Suggs, Campus Coordinator
      Austin Montessori School, Inc.
      c/o Stephanie O'Rourke
      Cokinos, Bosien & Young
      10999 IH-10 West, Suite 800
      San Antonio, Texas 78230
      (210) 293-8700
      *Employees of Defendant, Austin Montessori School, Inc.*

Defendant's 1st Amended Designation of Witnesses, Experts & Proposed Exhibits
G:\WPDOCS\4087002\Austin Montessori - Clark\Pleadings\Federal Court\Defendant's 1st Amended Designation of Witnesses, Experts & Proposed Exhibits.wpd

3

3. Caroline Clark
c/o Russell Scott Cook
Melissa A. Jacobs
919 Congress Avenue, Suite 1145
Austin, Texas 78701
(512) 482-9556
*Plaintiff.*

4. Janna Banks
Address and telephone number unknown
*Former employee of Defendant, Austin Montessori School, Inc.*

5. Tiffany Goodman Bilbe
1401 Newning
Austin, Texas 78704
Telephone number unknown
*Former employee of Defendant, Austin Montessori School, Inc.*

6. Adam Clark
11835 Leisure Drive
Dallas, Texas 75243
Telephone number unknown
*Plaintiff's spouse.*

7. Angela Eagle
Address and telephone number unknown
*Former employee of Defendant, Austin Montessori School, Inc.*

8. Debbie Ebner
4212 Wyldwood Rd.
Austin, Texas 78739
(512) 906-4754
*Parent of student at Austin Montessori School, Inc.*

9. Janice Kearly
Address and telephone number unknown
*Former employee of Defendant, Austin Montessori School, Inc.*

10. Sue Kolbly
Address and telephone number unknown
*Parent of students at Austin Montessori School, Inc.*

Defendant's 1st Amended Designation of Witnesses, Experts & Proposed Exhibits
G:\WPDOCS\4087002\Austin Montessori - Clark\Pleadings\Federal Court\Defendant's 1st Amended Designation of Witnesses, Experts & Proposed Exhibits.wpd

4

11.   Rachel Mast
      707 Windsong Trail
      Austin, Texas 78746
      (512) 571-5126
      *Parent of student at Austin Montessori School, Inc.*

12.   Sean Mast
      707 Windsong Trail
      Austin, Texas 78746
      (512) 571-5126
      *Parent of student at Austin Montessori School, Inc.*

13.   Maria Quiroga
      School Director
      East Dallas Community Schools
      And/or their Custodian of Records
      924 Wayne Street
      Dallas, Texas 75223-1675
      (214) 824-8950
      *Plaintiff's former and current employer.*

14.   Donna Romine
      Address and telephone number unknown
      *Former employee of Defendant, Austin Montessori School, Inc.*

15.   Sheilah Murphy
      4301 Sinclair
      Austin, Texas 78756
      (512) 302-4660
      *Former employee of Defendant, Austin Montessori School, Inc.*

16.   Calvin Carter
      6302 Waynesburgh Cove
      Austin, Texas 78723
      (512) 928-4032
      *Former employee of Defendant, Austin Montessori School, Inc.*

17.   Elizabeth Soto
      Address and telephone number unknown
      *Former employee of Defendant, Austin Montessori School, Inc.*

Defendant's 1st Amended Designation of Witnesses, Experts & Proposed Exhibits
G:\WPDOCS\4087002\Austin Montessori - Clark\Pleadings\Federal Court\Defendant's 1st Amended Designation of Witnesses, Experts & Proposed Exhibits.wpd

5

18.    Jose Colon-Franqui, Supervisor
Rebecca Davies, Investigator Support Assistant
Pedro Esquivel, Director
Robert Gomez
Travis Hicks, Enforcement Manager
Katherine S. Perez, ADR Coordinator
Sheila Ward-Reyes, Investigator
U.S. Equal Employment Opportunity Commission
San Antonio Field Office
And/or their Custodian of Records
5410 Fredericksburg Road, Suite 200
San Antonio, Texas 78229-3555
(210) 281-7641
*Employees and Entity that Investigated Plaintiff's EEOC Charge.*

19.    Texas Workforce Commission
Civil Rights Division
And/or its Custodian of Records
101 East 15th Street
Austin, Texas 78778
(512) 463-2642
*Entity that Investigated Plaintiff's EEOC Charge.*

## TESTIFYING EXPERTS

Defendant, Austin Montessori School, Inc., designates the following individual as a Testifying Expert to testify at trial:

1.    Stephanie O'Rourke
Cokinos, Bosien & Young
10999 West IH-10, Suite 800
San Antonio, Texas 78230-1349
(210) 293-8700

Ms. O'Rourke is a principal in the law firm of Cokinos, Bosien & Young, counsel of record for Defendant, Austin Montessori School, Inc., and will offer opinions as to the reasonableness and/or necessity of the attorneys' fees and/or litigation costs incurred by Austin Montessori School, Inc. in connection with this action. In addition, Ms. O'Rourke will testify as to whether the attorneys' fees of counsel for Plaintiff, Caroline Clark, are reasonable and/or necessary. Upon receipt of Plaintiff's attorneys' fees, Ms. O'Rourke will supplement her opinion as to the work performed and whether the fees meet the requirements set forth in the Fifth Circuit's opinion. Premised upon the facts known to date, $400.00 is not a reasonable fee in this matter. Further,

Defendant's 1st Amended Designation of Witnesses, Experts & Proposed Exhibits
G:\WPDOCS\4087002\Austin Montessori - Clark\Pleadings\Federal Court\Defendant's 1st Amended Designation of Witnesses, Experts & Proposed Exhibits.wpd

6

Plaintiff has failed to meet the lodestar requirements.

## PROPOSED EXHIBITS

Defendant, Austin Montessori School, Inc. may offer as evidence at trial any or all of the following proposed exhibits:

1. Austin Montessori School, Inc. Employee File of Plaintiff (AMS 177-198).
2. U.S. Equal Employment Opportunity Commission ("EEOC") Investigative File.
3. Pay Records of Plaintiff (P 001-002; P 007-008; P 081).
5. Correspondence to Plaintiff from Ceridian Benefits Services (P 003-005).
6. Correspondence to Plaintiff from East Dallas Community School (P 006).
7. Plaintiff's diplomas and certification (P 009-010; 077).
8. East Dallas Community School Offer of Employment (P 079; P 082).
9. Primary Teacher's Consultation Report for Plaintiff (P 083-084).
10. Emails sent and received during Plaintiff's employment (AMS 199-222; AMS 225-227).
11. Austin Montessori School Staff Handbook (AMS 58-176).
12. Correspondence to Families of Laurel Cottage (P 076; 085).
13. Defendant's Letter of Appointment (AMS 228-229).
14. Defendant's School Directory (P 013-075).
15. Promissory Note (AMS 197-198).
16. Correspondence from Plaintiff (AMS 177).
17. Correspondence from Defendant pertaining to Plaintiff (AMS 195-196).

Defendant reserves the right to amend its list of Proposed Exhibits. Defendant further reserves the right to introduce at trial any documents produced by Plaintiff or Defendant in this matter.

Defendant may also call as expert witnesses any and all expert witnesses who have been, or may be designated, after this designation, by any party to this lawsuit and hereby cross-designates any such witness without admitting to the qualifications of said witness.

Certain individuals have been identified in the course of discovery in this lawsuit as persons with knowledge of relevant facts regarding the matters made the basis of this lawsuit. Should any of those individuals qualify as an expert or express opinions which may qualify as expert opinions, Defendant reserves the right to call those individuals as expert witnesses.

Defendant reserves the right to supplement this designation as allowed by the Court, by agreement of the parties, or pursuant to the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

Defendant's 1st Amended Designation of Witnesses, Experts & Proposed Exhibits
G:\WPDOCS\4087002\Austin Montessori - Clark\Pleadings\Federal Court\Defendant's 1st Amended Designation of Witnesses, Experts & Proposed Exhibits.wpd

7

Defendant reserves the right to cross-examine any other party's designated expert witnesses and to seek opinions from them without agreeing or vouching for any or all opinions such persons may have.

Defendant reserves the right to designate and file, with the Court's permission, any other expert(s) report(s) as they are made available.

Defendant reserves the right to elicit expert testimony from fact witnesses to the extent they are ruled to have relevant testimony to issues pertaining to this cause of action.

Defendant reserves the right to seek factual testimony from expert witnesses to the extent to which they may have any knowledge of relevant facts.

Defendant reserves the right to call un-designated, rebuttal expert witnesses whose testimony cannot reasonably be foreseen until the presentation of evidence at trial.

Defendant also reserves the right to withdraw the designation of any expert witness and to aver positively that any such previously designated expert witnesses will not be called as a witness at trial.

Defendant also designates as persons with knowledge of relevant facts, all those persons designated as an expert by any party to this cause of action.

Defendant hereby expressly designates as fact and expert witnesses all witnesses, both fact and expert, to be designated by other parties to this lawsuit. By designating as their own expert and fact witnesses those witnesses designated by other parties to this lawsuit, Defendant reserves, and does not waive its rights to challenge the qualifications or the relevance or reliability of those opinions or any other basis for objecting to the admissibility of those expert and fact witnesses.

Defendant reserves the right to amend and/or supplement its Designation of Potential Witnesses and Testifying Experts in the event it learns through discovery that additional witnesses and experts are necessary.

Defendant's 1st Amended Designation of Witnesses, Experts & Proposed Exhibits
G:\WPDOCS\4087002\Austin Montessori - Clark\Pleadings\Federal Court\Defendant's 1st Amended Designation of Witnesses, Experts & Proposed Exhibits.wpd

8