# Exhibit D

CAUSE NO. D-1-GN-11-000096

| | | |
|---|---|---|
| CAROLINE CLARK, | ) | IN THE DISTRICT COURT |
| Plaintiff. | ) | |
| | ) | |
| vs. | ) | TRAVIS COUNTY, TEXAS |
| | ) | |
| AUSTIN MONTESSORI SCHOOL, | ) | |
| INC., | ) | |
| Defendant. | ) | 419TH JUDICIAL DISTRICT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF

DONALD GOERTZ

AUGUST 12, 2011

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF DONALD GOERTZ, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above-styled and numbered cause on August 12, 2011, from 11:36 a.m. to 12:37 p.m., before Lauren M. Morrison, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of The Cook Law Firm, 919 Congress Avenue, Suite 1145, Austin, Texas 78701, pursuant to the Texas Rules of Civil Procedure and the provisions stated on the record or attached hereto.

2

APPEARANCES


FOR THE PLAINTIFF:

    Ms. Melissa A. Jacobs
    THE COOK LAW FIRM
    919 Congress Avenue
    Suite 1145
    Austin, Texas 78701
    Telephone: (512) 482-9556
    Fax:  (512) 597-3172
    E-mail: mjacobs@rcooklaw.com

FOR THE DEFENDANT:

    Mr. W. Patrick Garner
    COKINOS, BOSIEN & YOUNG
    10999 IH 10 West
    Suite 800
    San Antonio, Texas 78230
    Telephone: (210) 293-8700
    Fax:  (210) 293-8733
    E-mail: wpgarner@cbylaw.com

3

INDEX

                                                    PAGE

DONALD GOERTZ

Examination by MS. JACOBS .........................4
Signature Page  ..................................38
Court Reporter's Certificate .....................40


EXHIBITS


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| No. 1 | Letter authored by Donald Goertz - 03/26/10 | 6 |
| No. 3 | Letter authored by Caroline Clark | 13 |
| No. 4 | E-mail | 12 |
| No. 5 | Letter authored by Donald Geortz | 27 |
| No. 16 | Contract | 9 |
| No. 17 | Time Away Policy | 23 |
| No. 18 | Caroline Aguilar's resume | 28 |
| No. 19 | E-mail | 28 |
| No. 20 | Between Parent and Guide: The Parents' Perspective policy | 32 |

8

continue functioning.

Q    Okay.  So, you told me that Dawn and Amber were working on that plan that's referenced here in the letter?

A    That's my assumption, yes.  Uh-huh.

Q    Did Dawn or Amber ever come up with a plan, as far as you know?

A    The only thing I know is that at one point I was -- after this, obviously -- I was told that Caroline had suggested that since she was going to be out of her classroom for 12 weeks, that it would be in the best interest of the children if, perhaps, she could move to the campus coordinator position since that is not a good thing for the children to -- and, of course, she would know that -- and since we had that as a possibility for her, at some point, Dawn offered her a contract as the campus coordinator.  That's the best of my recollection.

Q    Okay.  So, you told me that you were told that Caroline had suggested that --

A    This is what I was told.

Q    Okay.  And who told you that?

A    Dawn, or Amber, or the two, uh-huh.  It seems to be Car- -- someone said, Caroline wants to be the campus coordinator.  I can -- that sounds like the words that I heard.

Donald Goertz - 8/12/2011

28

not in the best interest of the children. We offered Angela a position as the casita leader, after-school leader, so that she wouldn't have to leave the school. She took it; she's still there.

Q     Okay. Have there been any other times that you can remember where -- if a guide's -- or if the birth of her child was expected during the school year, that you offered a different position than what you did with Angela and with Caroline?

MR. GARNER: Objection. Form.

A     I can't recall any.

(Exhibit No. 18 marked)

Q.    (BY MS. JACOBS) I'm handing you what's been marked as Exhibit 18 (tenders document).

(Exhibit No. 19 marked)

A     (Reviewing document.)

Uh-huh.

Q     And I'm going to hand you what's been marked as Exhibit 19 (tenders document).

A     Okay (reviewing document).

MR. GARNER: Can I have a 19?

MS. JACOBS: (tenders document.)

MR. GARNER: Thank you.

A     Okay.

Q.    (BY MS. JACOBS) Can you tell me what

40

CAUSE NO. D-1-GN-11-000096

CAROLINE CLARK,                ) IN THE DISTRICT COURT
           Plaintiff.          )
                               )
vs.                            ) TRAVIS COUNTY, TEXAS
                               )
AUSTIN MONTESSORI SCHOOL,      )
INC.,                          )
           Defendant.          ) 419TH JUDICIAL DISTRICT


*******************************************

REPORTER'S CERTIFICATE

ORAL DEPOSITION OF DONALD GOERTZ

AUGUST 12, 2011

*******************************************

I, LAUREN M. MORRISON, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, DONALD GOERTZ, was duly sworn and that the transcript of the deposition is a true record of the testimony given by the witness;

That the deposition transcript was duly submitted on _August 31, 2011_ to the witness or to the attorney for the witness for examination, signature, and return to me by _September 20, 2011_.

That pursuant to information given to the deposition officer at the time said testimony was taken, the following includes all parties of record and the amount of time used by each party at the time of the

Donald Goertz - 8/12/2011

41

deposition:

    Ms. Jacobs (1h0m)
       Attorney for Plaintiff
    Mr. Garner (0h0m)
       Attorney for Defendant

That a copy of this certificate was served on all parties shown herein on _November 3, 2011_ and filed with the Clerk.

I further certify that I am neither counsel for, related to, nor employed by any of the parties in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of this action.

Further certification requirements pursuant to Rule 203 of the Texas Code of Civil Procedure will be complied with after they have occurred.

Certified to by me on this _30th_ day of August, 2011.

_Lauren Morrison_

LAUREN M. MORRISON, CSR
Texas CSR 8909
Expiration: 12/31/2011
Integrity Legal Support Solutions
Firm Registration No. 528
3100 West Slaughter Lane, Ste. A-101
Austin, Texas 78748
(512) 320-8690
(512) 320-8692 (Fax)

42

FURTHER CERTIFICATION UNDER TRCP RULE 203

The original deposition (was)/was not returned to the deposition officer on September 16, 2011 .

If returned, the attached Changes and Signature page(s) contain(s) any changes and the reasons therefor.

If returned, the original deposition was delivered to Ms. Jacobs, Custodial Attorney.

$ 332.50 is the deposition officer's charges to the Plaintiff for preparing the original deposition and any copies of exhibits;

The deposition was delivered in accordance with Rule 203.3, and a copy of this certificate, served on all parties shown herein, was filed with the Clerk.

Certified to by me on this 3rd day of November , 2011 .

_Lauren Morrison_

LAUREN M. MORRISON, CSR
Texas CSR 8909
Expiration: 12/31/2011
Integrity Legal Support Solutions
Firm Registration No. 528
3100 West Slaughter Lane, Ste. A-101
Austin, Texas 78748
(512) 320-8690
(512) 320-8692 (Fax)

38

CHANGES AND SIGNATURE

PAGE LINE    CHANGE                              REASON

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____



COKINOS BOSIEN & YOUNG
*Attorneys at Law*

10999 West IH-10
Suite 370
San Antonio, Texas 78230

210.293.8700
Fax: 210.293.8733
www.cbylaw.com

September 15, 2011

*Via Regular Mail*

Lupe Munoz
Legal Support Manager
Integrity Legal Support Solutions
3100 West Slaughter Lane, Suite A-1-1
Austin, Texas 78748

Re:    No. D-1-GN-11-000096
       *Caroline Clark v. Austin Montessori School, Inc.*
       In the 419th Judicial District Court, Travis County, Texas

Dear Ms. Munoz:

Enclosed you will find the original deposition transcript of Patricia Oriti with duly executed Changes and Signature Page. Additionally, enclosed you will find the original deposition transcript of Donald Goertz. Mr. Goertz did not have any changes to his deposition testimony.

Sincerely,

COKINOS, BOSIEN & YOUNG

Steven D. Settles
Board Certified Paralegal - Civil Trial Law
Texas Board of Legal Specialization

/sds
SOR\4087-002\Clark\Correspondence\integrity legal support re transcripts 09-15-11

Enclosures

Houston   713.535.5500   •   Dallas-Ft. Worth   817. 635.3600   •   Beaumont   409. 892.1515
A Professional Corporation

39

SIGNATURE

I, DONALD GOERTZ, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

_____

DONALD GOERTZ

THE STATE OF _____)

COUNTY OF _____)

Before me, _____, on this day personally appeared DONALD GOERTZ, known to me or proved to me on the oath of _____ or through _____ (description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office on this _____ day of _____, _____.

_____

NOTARY PUBLIC IN AND FOR

THE STATE OF _____

My Commission Expires: _____