# Exhibit F

CAUSE NO. D-1-GN-11-000096

| | | |
|---|---|---|
| CAROLINE CLARK, | ) | IN THE DISTRICT COURT |
| Plaintiff. | ) | |
| | ) | |
| vs. | ) | TRAVIS COUNTY, TEXAS |
| | ) | |
| AUSTIN MONTESSORI SCHOOL, | ) | |
| INC. | ) | |
| Defendant. | ) | 419TH JUDICIAL DISTRICT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF

PATRICIA ORITI

AUGUST 12, 2011

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF PATRICIA ORITI, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above-styled and numbered cause on August 12, 2011, from 10:20 a.m. to 11:13 a.m., before Lauren M. Morrison, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of The Cook Law Firm, 919 Congress Avenue, Suite 1145, Austin, Texas 78701, pursuant to the Texas Rules of Civil Procedure and the provisions stated on the record or attached hereto.

2

APPEARANCES


FOR THE PLAINTIFF:

    Ms. Melissa A. Jacobs
    THE COOK LAW FIRM
    919 Congress Avenue
    Suite 1145
    Austin, Texas 78701
    Telephone: (512) 482-9556
    Fax:  (512) 597-3172
    E-mail: mjacobs@rcooklaw.com

FOR THE DEFENDANT:

    Mr. W. Patrick Garner
    COKINOS, BOSIEN & YOUNG
    10999 IH 10 West
    Suite 800
    San Antonio, Texas 78230
    Telephone: (210) 293-8700
    Fax:  (210) 293-8733
    E-mail: wpgarner@cbylaw.com

Patricia Oriti - 8/12/2011

3

INDEX

PAGE

PATRICIA ORITI

Examination by MS. JACOBS .........................4
Signature Page  ................................29
Court Reporter's Certificate ....................31

EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| No. 1 | Letter authored by Donald Goertz - 03/26/10 | 10 |
| No. 6 | E-mail | 18 |
| No. 7 | E-mail | 19 |
| No. 8 | Observation by Charolette Kroger | 16 |
| No. 9 | E-mail | 17 |
| No. 10 | E-mail | 18 |
| No. 11 | E-mail | 19 |
| No. 12 | E-mail | 19 |
| No. 13 | E-mail | 19 |
| No. 14 | E-mail chain | 24 |
| No. 15 | E-mail | 25 |

(Exhibit Nos. 2-5 marked, but not identified.)

6

A    I -- that is not my role.  I don't -- I don't know.

Q    Do you know anything about the position of campus coordinator being offered to Caroline?

A    Yes.

Q    Okay.  Can you tell me what you know?

A    I know that Caroline expressed interest -- I don't remember who the campus coordinator was at the time -- and that the administration offered Caroline that position.

Q    And do you know anything else about the offer the campus coordinator position to Caroline?

A    Just that the hours could have been flexible. I don't know the specifics about it.

Q    Okay.  So, how do you know that Caroline expressed interest in the campus coordinator position?

A    Only in a conversation with Amber.

Q    Okay.  Do you remember approximately when that conversation was?

A    I don't.

Q    Do you remember what Amber told you?

A    Just that Caroline expressed interest in it, and they thought they could offer her that position.

Q    Okay.  Why would she have told you that?

A    I am a consultant at the school and I observe

guides, and I think just in the keeping me current on what -- what is happening.

Q    Okay.  When Amber told you that they were thinking about offering her that position, did you say anything in response?

A    I think I just received the information.

Q    Okay.  So, did you, you know, express approval or disapproval?

A    I expressed prob- -- I wouldn't approve or disapprove of it, really.  I -- because I didn't know the details.

Q    Okay.  So, who had told you that the hours would be flexible?

A    It was more a comment of that -- a willingness to work with Caroline on the position, because the hours sometimes change depending on who is taking the position.

Q    Okay.  And did you hear about the hours being flexible in that first conversation you had, or --

A    I only had one conversation.

Q    Only one, okay.

Okay.  And was that mentioned in that one conversation about the hours being flexible?

A    Yes.

Q    Okay.  And so are you aware that the

8

administration offered her that position of campus coordinator?

A    Yes.

Q    Okay.  And were you made aware of that in that conversation that you had when you found out that Caroline had expressed interest in that the hours were flexible, or was that on a different occasion?

A    That was on a different occasion.

Q    Okay.  And how did you find out that?

A    Amber said that Caroline preferred to move to Dallas.

Q    Okay.  Do you know when you found that out?

A    I don't remember.

Q    Do you remember Amber telling you anything else at that time about the offer of the campus coordinator position to Caroline, and Caroline's response?

A    Just that Caroline was excited to move to Dallas, and she was, I think, going to be able to stay home with her baby.

Q    Okay.  And did you respond at all to what Amber had told you?

A    Yes, I said sounds like she is -- like it's a good deal for Caroline, because I think she was going to live in her family house or something and she was going to stay home with her baby.

Patricia Oriti - 8/12/2011

31

CAUSE NO. D-1-GN-11-000096

CAROLINE CLARK,          )    IN THE DISTRICT COURT
        Plaintiff.       )
                         )
vs.                      )    TRAVIS COUNTY, TEXAS
                         )
AUSTIN MONTESSORI SCHOOL, )
INC.                     )
                         )
        Defendant.       )    419TH JUDICIAL DISTRICT


*****************************************

REPORTER'S CERTIFICATE

ORAL DEPOSITION OF PATRICIA ORITI

AUGUST 12, 2011

*****************************************

I, LAUREN M. MORRISON, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, PATRICIA ORITI, was duly sworn and that the transcript of the deposition is a true record of the testimony given by the witness;

That the deposition transcript was duly submitted on _August 31, 2011_ to the witness or to the attorney for the witness for examination, signature, and return to me by _September 20, 2011_ .

That pursuant to information given to the deposition officer at the time said testimony was taken, the following includes all parties of record and the amount

Patricia Oriti - 8/12/2011

32

of time used by each party at the time of the deposition:

    Ms. Jacobs (0h53m)
         Attorney for Plaintiff
    Mr. Garner (0h0m)
         Attorney for Defendant

That a copy of this certificate was served on all parties shown herein on _____November 3, 2011_____ and filed with the Clerk.

I further certify that I am neither counsel for, related to, nor employed by any of the parties in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of this action.

Further certification requirements pursuant to Rule 203 of the Texas Code of Civil Procedure will be complied with after they have occurred.

Certified to by me on this 30th day of August, 2011.

_Lauren Morrison_

LAUREN M. MORRISON, CSR
Texas CSR 8909
Expiration:  12/31/2011
Integrity Legal Support Solutions
Firm Registration No. 528
3100 West Slaughter Lane, Ste. A-101
Austin, Texas 78748
(512) 320-8690
(512) 320-8692 (Fax)

33

FURTHER CERTIFICATION UNDER TRCP RULE 203

The original deposition was/was not returned to the deposition officer on September 16, 2011.

If returned, the attached Changes and Signature page(s) contain(s) any changes and the reasons therefor.

If returned, the original deposition was delivered to Ms. Jacobs, Custodial Attorney.

$305.35 is the deposition officer's charges to the Plaintiff for preparing the original deposition and any copies of exhibits;

The deposition was delivered in accordance with Rule 203.3, and a copy of this certificate, served on all parties shown herein, was filed with the Clerk.

Certified to by me on this 3rd day of November, 2011.

_____

LAUREN M. MORRISON, CSR
Texas CSR 8909
Expiration: 12/31/2011
Integrity Legal Support Solutions
Firm Registration No. 528
3100 West Slaughter Lane, Ste. A-101
Austin, Texas 78748
(512) 320-8690
(512) 320-8692 (Fax)

29

CHANGES AND SIGNATURE

PAGE  LINE   CHANGE                          REASON

28   11-13   Yes, I did read 2      Exhibit 1 - letter from
             e-mails prior to the        Don Greitz
             deposition             Exhibit 7 - e-mail
                                         sent 4-15-10

30

SIGNATURE

I, PATRICIA ORITI, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

_Patricia Oriti_

PATRICIA ORITI

THE STATE OF _Washington_ )

COUNTY OF _Pierce_ )

Before me, _Carolyn A. Fleming_ , on this day personally appeared PATRICIA ORITI, known to me or proved to me on the oath of _____ or through _drivers license_ (description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office on this _9th_ day of _September_ , _2011_ .

_Carolyn A. Fleming_

NOTARY PUBLIC IN AND FOR

THE STATE OF _WA_

My Commission Expires: _01/29/2014_

Integrity Legal Support Solutions