# Exhibit G

AMS 000228

Letter of Appointment and

Benefit Information

2010-2011

Prepared for:

Caroline Clark

Campus Coordinator – Sunset / Jones

Austin Montessori School

5006 Sunset Trail

Austin, Texas 78745


EXHIBIT
07.12.2011

AMS 000229

**austin montessori school**

A Nonprofit Organization

DONNA BRYANT GOERTZ
FOUNDER

DONALD C. GOERTZ Ph.D
EXECUTIVE DIRECTOR

May 7, 2010

Caroline Clark
1807 Tartar Lane
Austin, TX 78733

RE: Letter of Appointment: "Campus Coordinator – Sunset-Jones" at Austin Montessori School

For the school year 2010-2011, Austin Montessori School, Inc. (AMS) offers you the position of "Campus Coordinator – Sunset Jones" for the term beginning July 26, 2010 through June 17, 2011 with the following benefits package:

1.  Base Salary:
    a.  8am-4pm Monday – Friday ........... $  30,000.00
    b.  4pm-5pm Monday – Friday ........... $   5,000.00
    c.  Other(evening/weekend) ............. $   4,000.00
2.  TIAA/CREF 403(b) Plan: .............. $   1,170.00 (Current Annual Matching)
3.  Medical Paid By AMS: ................ $   2,340.00
4.  Dental Paid By AMS: ................. $     180.00
5.  Vision: ............................. Employee-Paid
6.  Employer-Paid FICA Taxes: ........... $   2,860.00
7.  Tuition and Fees Staff Discount: .... $   7,500.00
8.  "Casita" Staff Discount: ............ $   3,500.00
9.  Membership in AMI: .................. Approximately $50 Per Year
10. Membership in NAMTA: ................ Approximately $50 Per Year

Total Salary and Benefits Package:     $  56,550.00

The medical and dental costs shown above reflect the amounts to be paid by AMS on your behalf for the insurance period of January 1, 2010 through December 31, 2010. The total FICA taxes reflect the 7.65% federally-mandated tax payment to be paid by AMS on your behalf for the term of this position. The Austin Montessori School matching portion of TIAA-CREF retirement contribution will be 3% annually based on your annual salary.

Your signature below indicates your understanding and acceptance of the duties and responsibilities of the position as set forth in the staff handbook and EXHIBIT A: CAMPUS COORDINATOR DUTIES AND RESPONSIBILITIES.

Please return your acceptance to the attention of Dawn Glasgow by Thursday, May 20, 2010. Once the letter has also been signed by Donald C. Goertz, a completed signed copy will be returned to you for your files.

_____
Caroline Aguilar, Clark              Date

This appointment becomes effective when countersigned below.

_____
Donald C. Goertz                     Date
Executive Director

AMS 000223

## AUSTIN MONTESSORI SCHOOL, INC.
### EXHIBIT A:
#### CAMPUS COORDINATOR DUTIES AND RESPONSIBILITIES

Substitute in the Classrooms as necessary

Coordinate:
- The timely preparation and distribution of Community Meeting Handouts
- Staff Meetings
- Outdoor Environment Days
- After school activities such as Spanish, soccer, basketball, yoga, etc.
- Hearing and Vision Screening
- Conversations with Donna Bryant Goertz / Family Life Classes
- Study of Human Development
- Study of the Child
- Building Maintenance and Improvement Requests for the Sunset/Jones Campus
- MO Ranch for the early elementary
- Some supply materials and requests
- Student individual and group photos
- Preparation and lamination of materials
- Silent Journey and Discovery

Assist with:

- Answering phone and taking messages
- Composing and/or preparing flyers for approval and duplicating at the office
- Fundraisers and events
- Communicating watering needs and care of grounds
- Preparing parent observers before entering the classroom
- Book Fair
- Implementation and use of VolunteerHub
- Other administrative school needs

Other(evening/weekend) obligations:

| Event | Date and Time | Description |
|---|---|---|
| Evening Parent Education | 8 per year | Prepare materials for and coordinate parent education/family life classes that Donna or other consultants or staff members hold for parents |
| Outdoor Environment Day | One half-day in Fall, One half-day in Spring | AMS Community Event to improve and maintain the campus grounds |
| Silent Journey and Discovery | September 24-25, 2010 | Help coordinate, plan and attend the Silent Journey and Discovery led by Barbara Gordon |
| Parenting Series-How to Talk so Kids will listen and Listen so kids will talk OR Siblings without rivalry | Fall or Spring – 6 classes – one class/week | Parenting series offered by Don and Donna Goertz |