IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLINE CLARK,<br>    PLAINTIFF, | §<br>§<br>§ | |
| VS. | §<br>§ | C.A. NO. A-12-CV-007-SS |
| AUSTIN MONTESSORI SCHOOL, INC.,<br>    DEFENDANT. | §<br>§<br>§ | |

**DEFENDANT AUSTIN MONTESSORI SCHOOL, INC.'S
MOTION FOR SUMMARY JUDGMENT**

The Court, after reviewing all papers on file in this case, finds that Defendant Austin

Montessori School, Inc.'s Motion for Summary Judgment should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant Austin Montessori

School, Inc.'s Motion for Summary Judgment is hereby GRANTED.

Signed this the _____ day of _____ 2012.

_____
SAM SPARKS,
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED BY:

By: ____*/s/ Stephanie O'Rourke*_____
    STEPHANIE O'ROURKE
    State Bar No. 15310800
    COKINOS, BOSIEN & YOUNG
    10999 West IH-10, Suite 800
    San Antonio, Texas 78230
    (210) 293-8700 (Office)
    (210) 293-8733 (Fax)
    sorourke@cbylaw.com