IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLINE CLARK, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. A-12-CA-007-SS |
| | § | |
| AUSTIN MONTESSORI SCHOOL, INC., | § | |
| Defendant. | § | JURY TRIAL DEMANDED |
| | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED THE TEN-PAGE
LIMIT FOR RESPONDING TO A MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE SAM SPARKS:

1.   Plaintiff has brought this action for violations of Chapter 21 of the Texas Labor Code and the Family and Medical Leave Act.

2.   On May 17, 2012, Defendant filed a 20-page motion for summary judgment, seeking judgment against Plaintiff.  The deadline to respond to this motion is May 31, 2012.

3.   Plaintiff will make efforts to be concise in her response to Defendant's instant motion.  However, to fully brief this Court on all relevant facts and law, Plaintiff respectfully requests leave to file a Response that is up to 10 pages longer than this Court's current page limitation.  Plaintiff seeks to file a Response that is up to twenty pages in length.

4.   Plaintiff has conferred with the Defendant regarding this Motion for Leave, and Defendant is unopposed to this motion.

1

Respectfully Submitted,

**THE COOK LAW FIRM**

/s/ Melissa A. Jacobs

_____

Russell Scott Cook
State Bar No. 24040724
Melissa A. Jacobs
State Bar No. 24046144
919 Congress Avenue, Suite 1145
Austin, Texas 78701
Telephone: (512) 482-9556
Telecopier: (512) 597-3172

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2012, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephanie O'Rourke
Cokinos Bosien & Young
l0999 West IH-10, Ste. 800
San Antonio, TX 78230

/s/ Melissa A. Jacobs

_____

Melissa A. Jacobs

2