FILED

2012 MAY 23  PM 3: 57

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

| | | |
|---|---|---|
| CAROLINE CLARK,<br>Plaintiff, | §<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. A-12-CA-007-SS |
| AUSTIN MONTESSORI SCHOOL, INC.,<br>Defendant. | §<br>§<br>§<br>§ | JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO
EXCEED THE TEN-PAGE LIMIT FOR RESPONDING TO A MOTION FOR
SUMMARY JUDGMENT**

After considering Plaintiff's Motion for Leave to Exceed the Ten-Page Limit for
Responding to a Motion for Summary Judgment, the Court finds that Plaintiff's Motion should
be GRANTED. Therefore, Plaintiff is granted leave to file a response to Defendant's Motion for
Summary Judgment up to twenty pages in length.

Signed this 23rd day of _____May_____, 2012.

_____
Honorable Sam Sparks
United States District Judge