# Exhibit 10

AMS 000178

01/07/2003  03:30    5128919975           AUSTINMONTESSORISCHO        PAGE  02

*Janice: Small person with lots of oomph! Liked her a lot in the training* (handwritten)

*St Alcuin 972-539-1745* (handwritten)

# CAROLINE L. AGUILAR

*FEB 20* (handwritten)

### OBJECTIVE

To work as a Lead Primary Teacher in a Montessori school that recognizes and supports AMS standards.

### EXPERIENCE

**2001-Present    Richmond Montessori School        Richmond, VA**
*Primary Teacher*
- Lead Teacher in a class comprised of 25 children ages 3-6 years old
- Committee member for curriculum development
- Co-Designed Parent Education Program & Presentation for the Primary Level
- Actively leading monthly parent education nights

**1998-2001    St. Alcuin Montessori School        Dallas, TX**
*Primary Teacher*
- Lead Teacher in a class comprised of 29 children ages 3-6 years old
- Member, Diversity Task Force

**1997-2001**
*Assistant Camp Director*
- Responsible for overall curriculum for an eight-week summer program for children ages 5 - 10 years old
- Planned overall curriculum including field trips, outdoor projects and art activities
- Responsible for budget planning
- Supervised a staff of 8 counselors and junior counselors

**1993-1998**
*Assistant Teacher*
- Assisted Lead Teacher in her endeavors of running a Primary class
- Responsible for order and cleanliness in the environment
- In charge of various material making and repair

**1992-1993    Stepping Stone Learning Centre    Manila, Philippines**
*Special Education Teacher*
- Exposed to all ages of special needs children from 3 years old to adult
- Co-Lead a class for 3 to 6 years old

# Exhibit 11

AMS 000184

**austin montessori school**

A Nonprofit Organization

DORIA BRYANT GOERTZ
FOUNDER

DONALD C. GOERTZ PH.D
EXECUTIVE DIRECTOR

March 28, 2003

Dear Parents,

As so often happens when a significant change in our staff occurs, we are left with conflicting emotions.

Some of you already know of the joy Angela Eagle is experiencing as a "mother-to-be". Her baby is due later this year and her plans are to remain at home for a period of time after the birth, sharing the symbiotic period with her new baby. Angela's first year at Austin Montessori School was marked with dedication and enthusiasm. Her love for children has been an example for all. We are pleased to share that Angela will return to Austin Montessori School later this fall as an after-school leader, a position that will afford her time with her new baby.

Our sadness at losing Angela's outstanding services in the classroom is countered only by the fact that Caroline Aguilar will be taking her place. Caroline received her AMI Primary diploma from the Ohio Montessori Training Institute in 1998. She received her training alongside our own Janice Boardman. In addition to her five years of experience as a Children's House guide, Caroline has another five years of experience serving as an assistant in the Children's House.

Please do not share this information with your children. They need to live in the present and next August is and should remain a distant reality. This knowledge would distract them from their vital work of self-construction. We will get back in touch with you soon to discuss how and when to tell the children. We plan to offer an opportunity for the parents to meet with Caroline before school starts in August.

We ask you to join us in our excitement for Angela and Caroline and in giving them our full support.

Sincerely,

Donald C. Goertz

5006 SUNSET TRAIL / AUSTIN, TEXAS 78745 / 512-892-0253 / FAX 512-891-9875 / E-mail info@austinmontessori.org
Austin Montessori School admits students of any race, color, national or ethnic origin.

# Exhibit 12

AMS  000185

January 12, 2005

Dear Parents,

As so often happens when a significant change in our staff occurs, we are left with conflicting emotions of happiness and sorrow.

Some of you already know of the joy Caroline Aguilar is experiencing as a "bride-to-be". Her wedding is planned for this summer, after which she intends to set up residence with her husband in Dallas. Caroline's years at Austin Montessori School have been marked with dedication and enthusiasm. Her love for children has been an example for all. We ask you to join us in our happiness for Caroline and in giving her our full support.

Please do not share this information with your children at this time. They need to live in the present, and next August is and should remain a distant reality. This knowledge would distract them from their vital work of self-construction.

We have communicated our Children's House guide opening with our network of Montessori colleagues and have already begun receiving resumes from well-qualified, AMI-trained applicants. Once a guide has been selected, there will be an opportunity for you to meet him/her before school starts in August.

Sincerely,

Donald C. Goertz

# Exhibit 13

AMS 000219

March 26, 2010

Dear Parents,

We would like to share with you the very exciting news that Caroline Clark is pregnant! She and her husband Adam and their son ████████ are expecting their baby in October of this year.

We are working now to create a plan that will allow Caroline the opportunity to spend time with her new baby as well as provide the best arrangement for the children of Laurel Cottage. We reasoned that it was not necessary to withhold the information about Caroline's pregnancy until we have the details finalized.

Join us in congratulating Caroline, Adam and ████ and thank you for your continued support of Austin Montessori School. Feel free to share with your child that Caroline is expecting, however, please do not share information about possible classroom changes. The children need to live in the present and next year is, and needs to remain, a distant reality.

We will keep you informed as the arrangements for the classroom unfold. Please feel free to call Amber and Dawn if you have any questions.

Sincerest regards,

Donald C. Goertz

# Exhibit 14

CAUSE NO. D-1-GN-11-000096

| | | |
|---|---|---|
| CAROLINE CLARK, | § | IN THE DISTRICT COURT |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | 419TH JUDICIAL DISTRICT |
| | § | |
| AUSTIN MONTESSORI SCHOOL, INC., | § | |
| DEFENDANT. | § | TRAVIS COUNTY, TEXAS |

## DEFENDANT'S OBJECTIONS AND ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

TO:   CAROLINE CLARK
Plaintiff, by and through her attorneys of record
Russell Scott Cook/Melissa A. Jacobs
THE COOK LAW FIRM
919 Congress Avenue, Suite 1145
Austin, Texas 78701

COMES NOW Defendant, AUSTIN MONTESSORI SCHOOL, INC., and files this, its

Objections and Answers to Plaintiff's First Set of Interrogatories, which are attached hereto.

Respectfully submitted,

COKINOS, BOSIEN & YOUNG
10999 IH 10 West, Suite 800
San Antonio, Texas 78230
210-293-8700
210-293-8733 (Fax Number)

By:_____
STEPHANIE O'ROURKE
State Bar No. 15310800

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing *Defendant's*

*Objections and Answers to Plaintiff's First Set of Interrogatories*, has been sent via Certified Mail,

Return Receipt Requested, on this the 12th day of May 2011, to:

*Attorneys for Plaintiff*
Russell Scott Cook
Melissa A. Jacobs
THE COOK LAW FIRM
919 Congress Avenue, Suite 1145
Austin, Texas 78701
*Via Certified Mail #7009 0820 0001 4577 7580*

_____
STEPHANIE O'ROURKE

## OBJECTIONS AND ANSWERS TO FIRST SET OF INTERROGATORIES

**Interrogatory No. 1**: Identify all individuals who participated in the preparation of these answers to interrogatories, or who furnished any information used in the preparation of these answers to interrogatories.

**Answer**:        Dawn G. Glasgow
Administrative Executive
Austin Montessori School, Inc.
c/o Stephanie O'Rourke
COKINOS, BOSIEN & YOUNG
10999 IH 10 West, Suite 800
San Antonio, Texas 78230

**Interrogatory No. 2**: Identify the date on which it was determined that Plaintiff's contract for employment with Defendant as a "Children's House Guide" would not be renewed for the 2010-2011 school year.

**Answer**:        Defendant never determined that Plaintiff's contract as a "Children's House Guide" would not be renewed; rather, Plaintiff was extended an offer of employment as a Campus Coordinator.

**Interrogatory No. 3**: Identify all the individuals involved in the decision not to renew Plaintiff's contract for employment with Defendant as a "Children's House Guide" for the 2010-2011 school year.

**Answer**:        Defendant never determined that Plaintiff's contract as a "Children's House Guide" would not be renewed; rather, Plaintiff was extended an offer of employment as a Campus Coordinator.   The individuals involved in the decision to extend an offer of employment as a Campus Coordinator were: Dawn Glasgow; Amber Miller; Donald C. Geortz; Charlotte Kroger; and, Patricia Oriti.

**Interrogatory No. 4**: Identify each and every reason for the decision not to renew Plaintiff's contract for employment with Defendant as a "Children's House Guide" for the 2010-2011 school year.

**Answer**:        Objection is made as said interrogatory is overly broad and general and would exceed the scope of permissible discovery in requesting Defendant to identify "each and every reason".   Defendant will respond "generally".   Subject to the foregoing objection and without waiving same, Defendant would respond as follows:

Defendant never decided that Plaintiff's contract as a "Children's House Guide" would not be renewed; rather, Plaintiff was extended an offer of employment as a Campus Coordinator.

**Interrogatory No. 5**: Identify each and every employee of Defendant who has made a charge of discrimination on the basis of sex, including pregnancy, with the Texas Workforce Commission, the Equal Employment Opportunity Commission, and/or the City of Austin Equal Employment & Fair Housing Office, from 2005 to the present.

**Answer**:       Objection is made as said interrogatory is not reasonably limited in time. Subject to the foregoing objection and without waiving same, None.

**Interrogatory No. 6**: Identify the names of any employees who were pregnant at the time their teaching contracts were not renewed, and the reason for not renewing that contact.

**Answer**:       Objection is made as said interrogatory is not reasonably limited in time. Further, it seeks the discovery of confidential information on third parties which invades their privacy rights. Subject to the foregoing objection and without waiving same, None.

**Interrogatory No. 7**: Identify Defendant's policies and procedures, if any, related to preventing discrimination against employees on the basis of sex, including pregnancy, from 2005 to the present.

**Answer**:       To the extent documents responsive to this interrogatory exist, see "Austin Montessori Staff Handbook" attached hereto and Bates Labeled AMS 000058 through AMS 000176 and produced simultaneously with these answers.

**Interrogatory No. 8**: Identify Defendant's policies and procedures, if any, related to pregnancy leave, maternity leave, disability leave, and medical leave from 2005 to the present.

**Answer**:       To the extent documents responsive to this interrogatory exist, see "Austin Montessori Staff Handbook" attached hereto and Bates Labeled AMS 000058 through AMS 000176 and produced simultaneously with these answers.

**Interrogatory No. 9**: Identify the number of children in Defendant's Waiting Pool for openings n the Children's House in each month for 2010.

**Answer**:    After reasonable inquiry, Defendant is unable to determine the requested information.

**Interrogatory No. 10**: Identify all individuals employed by Defendant as an employee or independent contractor in 2009 or 2010. '

| Answer: | | |
|---|---|---|
| S. A. Aguilar | J. Aken | J. S. Banks |
| K. D. Beasley | E. B. Boardman | S. Bowness |
| M. Breckwoldt | E.D. Breeding | A.S. Brown |
| N. Caballero | C. A. Clark | M. A. Collins |
| R. Davison | E.M. Dean | J. Denton |
| A. Eagle | B. Fischer | L. A. Friedman |
| M. L. Geil | J. Gevirtz | D. D. Glasgow |
| D. B. Goertz | D. C. Goertz | C. Golden |
| M. Haley | A. Harper | K. Hearne |
| J. Howard | L. A. Hunt | K. Jarrell |
| J. Johnson | R. Kaiser | E. B. Larson |
| G. Logan | T. W. Logan | N. London |
| A. E. Mahnken | L. S. Marble | V. W. Mareen |
| M. Matkin | C. McGee | A. T. Miller |
| G. F. Miranda | V. M. Monda | D. Murphy |
| L. Y. O'Brien | C. J. Osborne | E. Padron |
| J. W. Pippins | N. Pippen | L. Porter |
| E. A. Rivasrivas | D. Romine | M. Ruiz |
| F. Sansoni | N. J. Scott | J. A. Schiller |
| M. Y. Solorio | W. Sneed | J. Snyder |
| K. J. Swope | J. Suarez | S. E. Suggs |
| A. E. Weeks | K. Wheeler | |

**Interrogatory No. 11**: Identify the names of all parents who complained or expressed any concern, orally or in writing, about a teacher who was pregnant or the mother of an infant under 12 months of age.

**Answer**:    Objection is made as said interrogatory is overly broad and general and not reasonably limited in time or to the parents of the children in Plaintiff's classroom. Subject to the foregoing objection and without waiving same, None.

# Exhibit 15

**From:**      Caroline Clark
**To:**        Dawn Glasgow; Amber Miller
**Subject:**   Our meeting April 30th
**Date:**      Sunday, May 02, 2010 6:56:03 PM

Dawn, Amber

I just want to clarify our conversation last Friday in Amber's office.

1. The teaching position in Laurel Cottage is no longer avaiable for me for next schoolyear because?? ? I'm not really clear why.

2. Instead you are offering me Donna Romine's position.

3. Other than Donna R.'s position, what are my other options?

4.What exactly is Donna's role and what are the hours, benefits and salary for this?

Thanks,
Caroline

AMS 000503

# Exhibit 16

| | |
|---|---|
| **From:** | Caroline Clark |
| **To:** | Dawn Glasgow |
| **Cc:** | Amber Miller |
| **Date:** | Thursday, May 06, 2010 9:39:56 PM |

Dawn,

I'll be out tomorrow, May 7th. Since I didn't hear a reply regarding my questions for next fall, I thought it was necessary for me to puruse other options.

Caroline

AMS 000508

# Exhibit 17

**The Weekly Memo**

The weekly memo is short but we make use of its frequency to print quotes and book blurbs from books we recommend that our parents read. These are books we continue to acquire for our parent library. Guides can recommend particular books to parents for addressing certain issues.

**The Parent Library**

Our parent library is growing month by month. We keep four or so copies of each book that we deem topical and relevant to our staff and parents, adding them as they are published and reviewed.

**Special Events**

Our community gathers together for picnics, fiestas, landscaping days, festivals, recitals, plays, operas, book fairs, open houses, presentations for moving up to each next level, and ceremonies for celebrating passages to new planes of development. Some of these are purely social events, some are educational or informative, some are service days, and others are fundraisers.

# BETWEEN PARENT AND GUIDE: THE PARENTS' PERSPECTIVE

When I advise my own adult children in their relationships with my grandchildren's guides I emphasize certain basic principles: Let your child's guide know how much you admire her vocation and how clearly you understand the injustice of her low salary. Admire her talents. If they are not immediately apparent to you, search diligently for them. Ignore her flaws and concentrate on her virtues. Only within this relationship will you be able to make contributions that will help your child thrive. Ask questions with the interest and respect of a novice approaching a master.

Establish a relationship of a willing and able right hand helper. The more you do for your child's guide, the more she can do for your child. Organize the other parents to help as well. There is so much more to do than the guide and you can do together if the class is to be the best it can be. Yes, it's the guide's job and she's getting paid for it, but there is too much to do, she works many more hours than her contract requires, and her salary doesn't even properly compensate a half-time worker. And, yes, you're right, this is a vocation and not a job; the guide works for love of children and not for money, but if you want the guide to remain dedicated and idealistic, give her all the support and admiration you can. Remember, your child's guide gives her class more volunteer hours than you could ever give the class in return. Keep in mind that when you do volunteer work you are not doing nice things for the guide, but for the children. When she thanks you, she is not thanking you for favors you have done for her. She is thanking you on behalf of the children.

If you are ever tempted to think your child's guide has a lot of time off over the summer and holidays, catch yourself and reflect. She is only paid half what she should be paid for her contract responsibilities, the actual hours required by her contract, despite

Austin Montessori School Staff Handbook                                    62
Updated: 08/01/2007

AMS 000119

# Exhibit 18

AMS 000177

Dear Families of Laurel Cottage,

I am sincerely grateful for the kindness and good wishes you have expressed regarding my pregnancy. Adam and I have waited so long and so patiently for this moment that when it finally came we were greatly overcome with emotions. I want you to know also that I am also aware of the questions and perhaps anxieties you may have for next school year. As the school year comes to a close, I am sure you would appreciate information about what will take place next fall when I have my baby.

The school has been most concerned about providing consistency for the children and the families of Laurel Cottage. As such, the option for me to be the Guide in that class is no longer available. The administration has concluded that it would be best to offer the position of guide to someone else to lessen the impact on the children that the changes and inconsistencies of my maternity leave would bring. Consequently, the school has been searching to find the best replacement.

Austin Montessori School has graciously offered me non-teaching role here at the school. However, after giving it some time and some thought, I decided to decline the offer. It is not what I had envisioned for myself working at AMS. Therefore, my husband and I have decided to move back to Dallas where we will have the benefit of being surrounded by friends and family. It is the kind of support that we have been longing for, especially since the news of having a baby has become part of our lives.

I wish you all the best here in Austin. Thank you for such a wonderful school year. Thank you for the privilege of allowing me to care and nurture your precious ones. Know that I will always be thinking of them.

With all my heart,

Caroline Clark

# Exhibit 19

**From:** Caroline Aguilar
**To:** Dawn Glasgow
**Subject:** letter
**Date:** Monday, May 24, 2010 7:10:52 AM
**Attachments:** Farewell letter.docx

here you go

AMS 000509

Dear Families of Laurel Cottage,

It has been such a pleasure to have finally revealed to you, the news of my pregnancy. Adam and I have waited so long and so patiently for this moment, when it finally came we were so overcome with emotions. I am so glad to be able to share our joy with you.

I am sincerely grateful for all the kindness and good wishes you have all expressed regarding my pregnancy. I want you to know that I am also aware of the questions and perhaps anxieties you may have for next school year. Your thoughts, your feelings are well justified.

As the school year comes to a close, I am sure you would appreciate a little bit more information about what will take place next fall when I have my baby. I will try my best to give you the information that I myself know...

The school has been most concerned about providing consistency for the families and for the children of Laurel Cottage. As such, the option for me to be the Guide in that class is no longer available. Administration thought it best to offer the teaching position to someone else so that no one will have to go through any change or changes that my maternity leave would bring. Who will take that position? Even I ask the same question. I do not know. The school has been on the quest to find the best replacement.

I have been graciously offered a non teaching role here at Austin Montessori School. However, after giving it some time and some thought, I decided to decline the offer. It is not what I have envisioned for myself working at AMS. Therefore, my husband and I have decided to move back to Dallas where we will have the benefit of being surrounded by friends and family. It is the kind of support that we have been longing for especially since the news of having a baby.

I wish you all the best here in Austin. Thank you for such a wonderful school year. Thank you for the privilege of allowing me to care and nurture your precious ones. Know that I will always be thinking of them.


All my heart,

Caroline Clark

AMS 000510

# Exhibit 20

AMS 000223

AUSTIN MONTESSORI SCHOOL, INC.
EXHIBIT A:
CAMPUS COORDINATOR DUTIES AND RESPONSIBILITIES

Substitute in the Classrooms as necessary

Coordinate:

- The timely preparation and distribution of Community Meeting Handouts
- Staff Meetings
- Outdoor Environment Days
- After school activities such as Spanish, soccer, basketball, yoga, etc.
- Hearing and Vision Screening
- Conversations with Donna Bryant Goertz / Family Life Classes
- Study of Human Development
- Study of the Child
- Building Maintenance and Improvement Requests for the Sunset/Jones Campus
- MO Ranch for the early elementary
- Some supply materials and requests
- Student individual and group photos
- Preparation and lamination of materials
- Silent Journey and Discovery

Assist with:

- Answering phone and taking messages
- Composing and/or preparing flyers for approval and duplicating at the office
- Fundraisers and events
- Communicating watering needs and care of grounds
- Preparing parent observers before entering the classroom
- Book Fair
- Implementation and use of VolunteerHub
- Other administrative school needs

Other(evening/weekend) obligations:

| Event | Date and Time | Description |
|---|---|---|
| Evening Parent Education | 8 per year | Prepare materials for and coordinate parent education/family life classes that Donna or other consultants or staff members hold for parents |
| Outdoor Environment Day | One half-day in Fall, One half-day in Spring | AMS Community Event to improve and maintain the campus grounds |
| Silent Journey and Discovery | September 24-25, 2010 | Help coordinate, plan and attend the Silent Journey and Discovery led by Barbara Gordon |
| Parenting Series-How to Talk so Kids will listen and Listen so kids will talk OR Siblings without rivalry | Fall or Spring – 6 classes – one class/week | Parenting series offered by Don and Donna Goertz |

# Exhibit 21

AMS 000228

Letter of Appointment and

Benefit Information

**2010-2011**

Prepared for:

**Caroline Clark**

Campus Coordinator – Sunset / Jones

**Austin Montessori School**

5006 Sunset Trail

Austin, Texas 78745

# Exhibit 22

AMS 000231

10/13/2011

## AUSTIN MONTESSORI SCHOOL
### STAFF LIST 2008-2009

**JONES ROAD/SUNSET TRAIL:**
2904 & 2906 Jones Road; 5006-5016 Sunset Trail   78745                    892-0253

Johnnie Denton, Upper Elementary Guide

Nick Pippins, Assistant

John Snyder, Upper Elementary Guide/ Upper Elementary Coordinator

Kelly Jarrell, Assistant

Erik Rivas-Rivas, Early Elementary Guide

Lindsay Porter, Assistant

Joseph Aken, Early Elementary Guide

Natalie London, Assistant

Caroline Clark, Children's House Guide

Jackie Howard, Assistant

Francoise Sansoni, Children's House Guide

Mary Ann Collins, Assistant

Yvonne Solorio, Children's House Guide

Erin Boardman, Assistant

Margarita Ruiz, Youngest Children's Guide

Kate Hearne, Assistant

Kadie Beasley, Youngest Children's Guide

Amy Mahnken, Assistant/Clubhouse Assistant

Angela Eagle, Casita Leader

Lynn Hunt, Casita Assistant

Mandy Klein, Clubhouse Leader/Childcare Licensing Director

Kjersti Burnham, Shuttle/Bus Driver


**ADOLESCENT COMMUNITY**
5677 Oak Blvd.   78735                                                       892-0826

Thomas Logan, Guide

Veronique Mareen, Instructor

Jesse Gevirtz, Instructor

Bill Sneed, Instructor

Eric Breeding, Assistant/Club Mundi Leader

# Exhibit 23

AMS  000229



DONNA BRYANT GOERTZ
FOUNDER

DONALD C. GOERTZ Ph.D
EXECUTIVE DIRECTOR

A Nonprofit Organization

May 7, 2010

Caroline Clark
1807 Tartar Lane
Austin, TX 78733

RE:  Letter of Appointment:  "Campus Coordinator – Sunset-Jones" at Austin Montessori School

For the school year 2010-2011, Austin Montessori School, Inc. (AMS) offers you the position of "Campus Coordinator – Sunset Jones" for the term beginning July 26, 2010 through June 17, 2011 with the following benefits package:

| | | |
|---|---|---|
| 1. | Base Salary: | |
| | a.   8am-4pm Monday – Friday | $ 30,000.00 |
| | b.   4pm-5pm Monday – Friday | $ 5,000.00 |
| | c.   Other(evening/weekend) | $ 4,000.00 |
| 2. | TIAA/CREF 403(b) Plan: | $ 1,170.00 (Current Annual Matching) |
| 3. | Medical Paid By AMS: | $ 2,340.00 |
| 4. | Dental Paid By AMS: | $ 180.00 |
| 5. | Vision: | Employee-Paid |
| 6. | Employer-Paid FICA Taxes: | $ 2,860.00 |
| 7. | Tuition and Fees Staff Discount: | $ 7,500.00 |
| 8. | "Casita" Staff Discount: | $ 3,500.00 |
| 9. | Membership In AMI: | Approximately $50 Per Year |
| 10. | Membership In NAMTA: | Approximately $50 Per Year |
| | Total Salary and Benefits Package: | $ 56,550.00 |

The medical and dental costs shown above reflect the amounts to be paid by AMS on your behalf for the insurance period of January 1, 2010 through December 31, 2010. The total FICA taxes reflect the 7.65% federally-mandated tax payment to be paid by AMS on your behalf for the term of this position. The Austin Montessori School matching portion of TIAA-CREF retirement contribution will be 3% annually based on your annual salary.

Your signature below indicates your understanding and acceptance of the duties and responsibilities of the position as set forth in the staff handbook and EXHIBIT A:  CAMPUS COORDINATOR DUTIES AND RESPONSIBLITIES.

Please return your acceptance to the attention of Dawn Glasgow by Thursday, May 20, 2010.  Once the letter has also been signed by Donald C. Goertz, a completed signed copy will be returned to you for your files.

_____     _____
Caroline Aguilar, Clark                    Date

This appointment becomes effective when countersigned below.

_____     _____
Donald C. Goertz                            Date
Executive Director

5006 SUNSET TRAIL / AUSTIN, TEXAS 78745 / 512.892.0253 / FAX 512.891.9875 / E-mail: info@austinmontessori.org
Austin Montessori School admits students of any race, color, national or ethnic origin.

# Exhibit 24

On March 26, 2010, AMS announced Complainant's pregnancy to parents of children in Complainant's classroom, and AMS advised that it was working on a plan for the following school year that would allow Complainant the opportunity to spend time with her new baby, as well as provide the best arrangement for the children in the classroom. AMS further advised that parents were welcome to share news of Complainant's pregnancy with the children, but not alert the children about potential classroom changes. *See* Exhibit "G."

AMS did work on that plan for the 2010-2011 school year in an effort to allow Complainant increased flexibility during her pregnancy, to care for her young son, to attend prenatal appointments, to take maternity leave, and to care for a new baby, while at the same time considering the best arrangement for and least disruption to the children in Complainant's classroom. At all times during the relevant period, AMS continued to be fully supportive of Complainant and her family.

In order to provide Complainant with more flexibility as a new mother and continuity to the children, on May 12, AMS offered Complainant a position as a "Campus Coordinator" for the school year 2010 to 2011, at no reduction in salary. *See* Exhibit "H."  Complainant refused to accept or even review the Offer of Employment. Moreover, when said Offer of Employment was provided to Complainant, Complainant said that she did not need to see it because she and her husband had already decided to move back to Dallas and their house was already on the market.  Complainant acknowledged to AMS parents that AMS "graciously offered" her a non-teaching role, and that she declined same. *See* Exhibit "I." Complainant worked at AMS through the last day of the 2009-2010 school year and then voluntarily department to move to Dallas, Texas.

3

# Exhibit 25

# TIME AWAY

**Holiday Policy**

Austin Montessori School observes the following holidays, by closing the school. We may observe other holidays as indicated in the school calendar.

- Spring Break
- Good Friday
- Memorial Day
- Summer Break

- Labor Day
- Wed. through Fri. of Thanksgiving week
- Winter Holiday

**Leave Policy**

For the term of this agreement, the employee is entitled to 7 days of leave, 2 of which can be for personal reasons rather than illness. This leave shall not be cumulative from year to year. If employee is absent more than this number of days, the employee's compensation shall be reduced by an amount equal to the employee's salary divided by the number of school days in the school year, for each additional day of absence. Personal leave should be requested 2-4 weeks in advance and shall be taken at a time mutually agreeable to employer and employee. Employees are discouraged from taking leave on the following days:

? School day(s) immediately preceding or following a school holiday
? Curriculum development days
? Conference Days
? Planning and Preparation Days

The staff member has to have been continuously employed for 30 days prior to usage of the illness benefit.

Effect on performance. While the school pays you for authorized sick days, we expect you to be honest with us in taking days off only when you are actually ill. Any abuse of this benefit will be taken into account in evaluations of your performance. The school reserves the right to require a statement from your doctor.

**Funeral Leave Policy**

Salaried Employees

The purpose of funeral leave is to provide you with time to attend the funeral of a member of your family and to handle personal affairs without disrupting your income. Only permanent full-time employees are eligible for funeral leave benefits, and the benefits become effective after you complete your training and adjustment period.

Austin Montessori School Staff Handbook
Updated: 08/01/2007

11

AMS 000068

Time allowed:  You may be granted approved time-off of up to a three-day leave (three consecutive working days) with pay in the event of the death of an immediate family member.

The following points will be considered in determining whether an employee will receive pay for funeral leave:

·       Employee has to have been continuously employed for 90 days prior to the death of someone in his immediate family.

·       Funeral leave will be granted from work for three consecutive days, including the day of the funeral, but limited to one day following day of funeral.

Definition of immediate family member:  The term immediate family member is defined as:

| | |
|---|---|
| · Brother | · Sister |
| · Child | · Stepbrother |
| · Father | · Stepchild |
| · Father-in-law | · Stepfather |
| · Husband | · Stepmother |
| · Mother | · Stepsister |
| · Mother-in-law | · Wife |

Leave without pay:  If you are not eligible for funeral leave with pay, you may be given time off without pay in case of a death in the family.  Time off without pay may be arranged to attend the funeral of a close friend.  Each day off will be counted as an absence without pay.

**Jury Duty Policy**

Paid Absence

Time off taken for jury duty is treated as a paid absence for up to 5 days during any one year. Employees are paid for the time they are absent for jury duty, less the amount they receive for performing jury duty service.

Advance Notice

Employees must give advance notice of the need for time off for jury duty.  A copy of the summons should accompany the request.

Return to Work

If employees are dismissed from jury duty before the end of the workday, they must report to work for instructions on whether to return for work for the rest of the workday.

AMS 000069

# Exhibit 26

| | |
|---|---|
| **From:** | Dawn Glasgow |
| **To:** | Caroline Clark; Lori Friedman; Amber Miller |
| **Subject:** | RE: your trip |
| **Date:** | Tuesday, March 31, 2009 7:39:00 AM |

Looks good to me.

Thanks,

Dawn

---

**From:** Caroline Clark
**Sent:** Monday, March 30, 2009 9:57 PM
**To:** Lori Friedman; Amber Miller
**Cc:** Dawn Glasgow
**Subject:** FW: your trip


Looks good to me.

Caroline

---

**From:** Lori Friedman
**Sent:** Mon 3/30/2009 10:57 AM
**To:** Caroline Clark
**Subject:** your trip

Hi Caroline,
Consensus in the office.... your info about going to the Philippines should just go out to LC families...
so no need to put in the Weekly memo.
Here is a draft. Take a look and then send to Dawn and Amber for approval.
Will put a paper copy in your mailbox. Attached and saved in the Laurel Cottage folder.
Thanks,
Lori

Dear Parents,

I will be out of the classroom from April 16th-25 to attend my parents 50th Wedding Anniversary in the Philippines. In my absence, Cheryl McGee will be in the classroom as acting Guide.
This commitment was made prior to my accepting the Guide position at Laurel Cottage. Therefore, these plans were negotiated and pre- arranged in my contract with Austin Montessori School upon the start of the school year.
Cheryl and I will be working together to ensure a smooth transition for the week.
Thank you,
Caroline Clark

Lori Friedman
Admissions
Austin Montessori School

AMS 000504

5006 Sunset Trail
Austin TX 78745
512-892-0253 ext 20
www.austinmontessori.org

AMS 000505

# Exhibit 27

| From: | Caroline Clark |
| --- | --- |
| To: | Dawn, Glasgow |
| Subject: | RE: days out |
| Date: | Thursday, February 04, 2010 2:14:31 PM |

Hey Dawn,
I just have a few questions.

- How many days out are we allowed to have per year?
- Do unused days accumulate and transfer to the following year?
- If we took a couple of hours off for an appointment, for example - how do you account for that - 1/2 day or per hour? or something else?

I think it will be helpful for me to know these things so I can plan better for the future. Thanks for your patience.

Caroline

- _____

- **From:** Dawn Glasgow
  **Sent:** Thu 2/4/2010 9:34 AM
  **To:** Caroline Clark
  **Subject:** days out

You have been out 5 ½ days this year. I heard that you are coming back in this afternoon for a pre-visit. If that is true, then we'll make it 5 days out. That happens to be the most for a staff member this year so far (not counting Kadie(maternity leave) and Erin Dean's student observing), but not the most we've ever seen.

**Dawn Glasgow**

*Administrative Executive*
Austin Montessori School
5006 Sunset Trail  Austin, Texas 78745
512-892-0253 | Fax: 512-891-9875
Email: dawn@austinmontessori.org

AMS 000506