IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLINE CLARK, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. A-12-CA-007-SS |
| | § | |
| AUSTIN MONTESSORI SCHOOL, INC., | § | |
| Defendant. | § | JURY TRIAL DEMANDED |
| | § | |

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

After considering Defendant's Motion for Summary Judgment, Plaintiff's Response, and

all applicable legal authority, the Court finds that genuine issues of material fact exist as to all of

Plaintiff's claims and that Defendant's Motion should be DENIED.

Signed this _____ day of _____, 2012.

_____
The Honorable Sam Sparks
United States District Judge

1