IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CAROLINE CLARK,

    PLAINTIFF,

V.

                                        C.A. NO. A-12-CV-007-SS

AUSTIN MONTESSORI SCHOOL,
INC.,

    DEFENDANT.

## DEFENDANT'S NOTICE OF APPEARANCE

Please take notice that Bryan P. Marshall of Cokinos, Bosien & Young hereby enters an

appearance as counsel for Defendant in the above referenced matter.

Respectfully submitted:

**COKINOS, BOSIEN & YOUNG**
10999 West IH-10, Suite 800
San Antonio, Texas 78230
Telephone: (210) 293-8700
Facsimile: (210) 293-8733


By: */s/ Bryan P. Marshall*
       BRYAN P. MARSHALL
       Texas Bar No. 24034552
       bmarshall@cbylaw.com

**ATTORNEY    FOR    DEFENDANT,
AUSTIN MONTESSORI SCHOOL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2012, a true and correct copy of the foregoing *Defendant's Notice of Appearance* was filed with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case files system of the court. I hereby certify that I have served the following counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*ATTORNEYS FOR PLAINTIFF*
Russell Scott Cook
Melissa A. Jacobs
THE COOK LAW FIRM
919 Congress Avenue, Suite 1145
Austin, Texas 78701

/s/ Bryan P. Marshall
BRYAN P. MARSHALL