IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CAROLINE CLARK,                     §
Plaintiff,                          §
                                    §
V.                                  §        CIVIL ACTION NO. A-12-CA-007-SS
                                    §
AUSTIN MONTESSORI SCHOOL, INC.,     §
Defendant.                          §        JURY TRIAL DEMANDED
                                    §

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED THE TEN-PAGE
LIMIT FOR A MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE SAM SPARKS:

1.      Plaintiff has brought this action for violations of Chapter 21 of the Texas Labor Code and the Family and Medical Leave Act ("FMLA").

2.      Plaintiff now plans to move for summary judgment on the requisite number of Defendant's employees under the FMLA, which relates to the issue of whether Defendant is a covered employer under the FMLA. Plaintiff has made efforts to be concise in her Motion. However, Plaintiff has found that adequately addressing this issue has required her to exceed the Court's page limit.

3.      Accordingly, in attempting to fully and thoroughly brief the issue before the Court, Plaintiff respectfully seeks leave to file a Motion of 20 pages, in excess of the ten-page limit set by this Court's scheduling order.

4.      Plaintiff has conferred with the Defendant regarding this Motion for Leave, and Defendant is unopposed to this motion.

1

Respectfully Submitted,

**THE COOK LAW FIRM**

/s/ Melissa A. Jacobs

_____

Russell Scott Cook
State Bar No. 24040724
Melissa A. Jacobs
State Bar No. 24046144
919 Congress Avenue, Suite 1145
Austin, Texas 78701
Telephone: (512) 482-9556
Telecopier: (512) 597-3172

ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2012, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephanie O'Rourke
Bryan P. Marshall
Cokinos Bosien & Young
l0999 West IH-10, Ste. 800
San Antonio, TX 78230

/s/ Melissa A. Jacobs

_____

Melissa A. Jacobs

2