IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLINE CLARK, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. A-12-CA-007-SS |
| | § | |
| AUSTIN MONTESSORI SCHOOL, INC., | § | |
| Defendant. | § | JURY TRIAL DEMANDED |
| | § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED THE TEN-PAGE LIMIT FOR A MOTION FOR SUMMARY JUDGMENT

After considering Plaintiff's Motion for Leave to Exceed the Ten-Page Limit for a Motion for Summary Judgment, the Court finds that Plaintiff's Motion should be GRANTED. Therefore, Plaintiff is granted leave to file a Motion for Summary Judgment up to twenty pages in length.

Signed this _____ day of _____, 2012.

_____
Honorable Sam Sparks
United States District Judge