**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| CAROLINE CLARK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V.. | § | C.A. NO. A-12-CV-007-SS |
| | § | |
| AUSTIN MONTESSORI SCHOOL, INC., | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT, AUSTIN MONTESSORI SCHOOL, INC.'S**
**NOTICE OF FIRST SUPPLEMENTAL INITIAL DISCLOSURES**

Defendant, Austin Montessori School, Inc., advises the Court, pursuant to FRCP 26(f)

that it has served its first supplemental FRCP 26(a)(1) initial disclosures on July 31, 2012.

Respectfully submitted,

_/s/   Bryan P. Marshall_
Stephanie O'Rourke
State Bar No. 15310800
Bryan P. Marshall
State Bar No. 24034552
COKINOS, BOSIEN & YOUNG
10999 IH 10 West, Suite 800
San Antonio, Texas 78230
T 210-293-8700
F 210-293-8733

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

On July 31, 2012, I electronically submitted the foregoing DEFENDANT, AUSTIN MONTESSORI SCHOOL, INC.'S NOTICE OF FIRST SUPPLEMENTAL INITIAL DISCLOSURES with the clerk of court for the U.S. District Court, Western District of Texas and counsel of record, using the electronic case files system of the Court.

**ATTORNEYS FOR PLAINTIFF**
Russell Scott Cook
Melissa A. Jacobs
THE COOK LAW FIRM
919 Congress Avenue, Suite 1145
Austin, Texas 78701

                                    _/s/   Bryan P. Marshall_____ _
                                    Bryan P. Marshall