IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLINE CLARK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V.. | § | C.A. NO. A-12-CV-007-SS |
| | § | |
| AUSTIN MONTESSORI SCHOOL, INC., | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S SECOND AMENDED DESIGNATION OF POTENTIAL WITNESSES, TESTIFYING EXPERTS, AND PROPOSED EXHIBITS**

To: CAROLINE CLARK, PLAINTIFF
By and through her attorneys of record,
Russell Scott Cook
Melissa Jacobs
THE COOK LAW FIRM
919 Congress Avenue, Suite 1145
Austin, Texas 78701

Defendant, Austin Montessori School, Inc., hereby submits its Second Amended Designation of Potential Witnesses, Testifying Experts, and Proposed Exhibits.

Respectfully submitted,

/s/ Bryan P. Marshall
Stephanie O'Rourke
State Bar No. 15310800
Bryan P. Marshall
State Bar No. 24034552
COKINOS, BOSIEN & YOUNG
10999 IH 10 West, Suite 800
San Antonio, Texas 78230
T 210-293-8700
F 210-293-8733

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

On July 31, 2012, I electronically submitted the foregoing DEFENDANT'S SECOND AMENDED DESIGNATION OF POTENTIAL WITNESSES, TESTIFYING EXPERTS, AND PROPOSED EXHIBITS with the clerk of court for the U.S. District Court, Western District of Texas and counsel of record, using the electronic case files system of the Court.

**ATTORNEYS FOR PLAINTIFF**
Russell Scott Cook
Melissa A. Jacobs
THE COOK LAW FIRM
919 Congress Avenue, Suite 1145
Austin, Texas 78701

                                                        /s/   Bryan P. Marshall
                                                        Bryan P. Marshall

## DEFENDANT'S SECOND AMENDED DESIGNATION OF POTENTIAL WITNESSES, TESTIFYING EXPERTS, AND PROPOSED EXHIBITS

### POTENTIAL WITNESSES

Defendant, Austin Montessori School, Inc. may call any or all of the following individuals to testify at trial:

1. Austin Montessori School, Inc.
   And/or Its Representatives
   c/o Stephanie O'Rourke
   and Bryan Marshall
   Cokinos, Bosien & Young
   10999 IH-10 West, Suite 800
   San Antonio, Texas 78230
   (210) 293-8700
   Defendant.

2. Joseph Aken, Guide
   Kadie Beasley, Guide
   Donald C. Goertz, Executive Director
   Donna Bryant Goertz, Founder
   Dawn Glasgow, Administrative Executive
   Amber Miller, Director of Admissions
   Lois O'Brien, Office Manager
   Jerry Pippins, Maintenance
   Margarita Ruiz, Guide
   Elizabeth Suggs, Campus Coordinator
   Austin Montessori School, Inc.
   c/o Stephanie O'Rourke
   and Bryan Marshall
   Cokinos, Bosien & Young
   10999 IH-10 West, Suite 800
   San Antonio, Texas 78230
   (210) 293-8700
   Employees of AMS

3. Caroline Clark
   c/o Russell Scott Cook
   Melissa A. Jacobs
   THE COOK LAW FIRM

        919 Congress Avenue, Suite 1145
        Austin, Texas 78701
        (512) 482-9556
        Plaintiff.

4.   Barbara Weiss
      Address and telephone number unknown
      Independent contractor. Fundraising event manager.

5.   Calvin Carter
      6303 Waynesburg Cove
      Austin, Texas 78723
      Independent contractor. Janitor.

6.   Charlotte Kroger
      10207 Colonial Club Drive
      Austin, Texas 78747
      Independent contractor. Montessori consultant.

7.   Cleotilde Maldonado
      Address and telephone number unknown
      Independent contractor. Janitor.

8.   Donald Porter
      Address and telephone number unknown
      Independent contractor. IT support.

9.   Francisca Tejeda
      Address and telephone number unknown
      Independent contractor. Janitor

10.   Leslie Grove
      3311-B Hampton Road
      Austin, Texas 78705
      Independent contractor. Licensed therapist.

11.   Miguel Reyes
      Address and telephone number unknown
      Independent contractor. Janitor.

12.   Patricia Oriti
      4321 36th Avenue Court Northwest

            Gig Harbor, Washington 98335
            Independent contractor. Montessori consultant.

13.    Paula McDermott
       Address and telephone number unknown Independent contractor. Spanish consultant.

14.    Lucinda Castillo
       2607 Cebo Cove
       Austin, Texas 78745
       Independent contractor for AMS. Shuttle bus driver.

15.    Sheilah Murphy
       4301 Sinclair Avenue
       Austin, Texas 78756
       Independent contractor. Special lesson instructor.

16.    Janna Banks
       Address and telephone number unknown
       Former employee of AMS.

17.    Tiffany Goodman Bilbe
       Address and telephone number unknown
       Former employee of AMS

18.    Adam Clark
       11835 Leisure Drive
       Dallas, Texas 75243
       Telephone number unknown
       Plaintiff's spouse.

19.    Angela Eagle
       Address and telephone number unknown
       Former employee of AMS

20.    Debbie Ebner
       Address unknown
       (512) 906-4754
       Parent of student at AMS

21.    Janice Kearly
       Address and telephone number unknown

        Parent of student at AMS

22. Rachel Mast
    Address unknown
    (512) 751-5126
    Parent of student at AMS

23. Sean Mast
    Address unknown
    (512) 751-5126
    Parent of Student at AMS

24. Maria Quiroga
    School Director
    East Dallas Community Schools
    and/or their Custodian of Records
    924 Wayne Street
    Dallas, Texas 75223-1675
    (214) 824-8950
    Plaintiff's former and current employer.

25. Donna Romine
    Address and telephone number unknown
    Former employee of AMS

26. Elizabeth Soto
    Address and telephone number unknown
    Former employee of AMS

27. Jose Colon-Franqui, Supervisor
    Rebecca Davies, Investigator Support Assistant
    Pedro Esquivel, Director
    Robert Gomez
    Travis Hicks, Enforcement Manager
    Katherine S. Perez, ADR Coordinator
    Sheila Ward-Reyes, Investigator
    U.S. Equal Employment Opportunity Commission
    San Antonio Field Office
    and/or their Custodian of Records
    5410 Fredericksburg Road, Suite 200
    San Antonio, Texas 78229-3555
    (210) 281-7641

Employees and entity that investigated plaintiff's EEOC charge.

28. Texas Workforce Commission
    Civil Rights Division
    and/or its Custodian of Records
    101 East 15th Street
    Austin, Texas 78778
    (512) 463-2642
    Entity that investigated plaintiff's EEOC charge.

## TESTIFYING EXPERTS

Defendant, Austin Montessori School, Inc., designates the following individual as a Testifying Expert to testify at trial:

1. Stephanie O'Rourke
   Cokinos, Bosien & Young
   10999 West IH-10, Suite 800
   San Antonio, Texas 78230-1349
   (210) 293-8700

Ms. O'Rourke is a principal in the law firm of Cokinos, Bosien & Young, counsel of record for Defendant, Austin Montessori School, Inc., and will offer opinions as to the reasonableness and/or necessity of the attorneys' fees and/or litigation costs incurred by Austin Montessori School, Inc. in connection with this action. In addition, Ms. O'Rourke will testify as to whether the attorneys' fees of counsel for Plaintiff, Caroline Clark, are reasonable and/or necessary. Upon receipt of Plaintiff's attorneys' fees, Ms. O'Rourke will supplement her opinion as to the work performed and whether the fees meet the requirements set forth in the Fifth Circuit's opinion. Premised upon the facts known to date, $400.00 is not a reasonable fee in this matter. Further, Plaintiff has failed to meet the lodestar requirements.

## PROPOSED EXHIBITS

Defendant, Austin Montessori School, Inc. may offer as evidence at trial any or all of the following proposed exhibits:

1. Any and all documents produced by Defendant (Bates-labeled documents AMS 000001-001207).
2. U.S. Equal Employment Opportunity Commission ("EEOC") Investigative File.
3. Any and all documents produced by Plaintiff.

Defendant reserves the right to amend its list of Proposed Exhibits. Defendant further

DEFENDANT'S 2ND AMENDED DESIGNATION OF POTENTIAL WITNESSES, EXPERTS & PROPOSED EXHIBITS
4087-002/CLARK /DISCOVERY/RESPONSES/2ND AMD DESIGNATION, EXPERTS & PROPOSED EXHIBITS
PAGE 7

7

reserves the right to introduce at trial any documents produced by Plaintiff or Defendant in this matter.

Defendant may also call as expert witnesses any and all expert witnesses who have been, or may be designated, after this designation, by any party to this lawsuit and hereby cross-designates any such witness without admitting to the qualifications of said witness.

Certain individuals have been identified in the course of discovery in this lawsuit as persons with knowledge of relevant facts regarding the matters made the basis of this lawsuit. Should any of those individuals qualify as an expert or express opinions which may qualify as expert opinions, Defendant reserves the right to call those individuals as expert witnesses.

Defendant reserves the right to supplement this designation as allowed by the Court, by agreement of the parties, or pursuant to the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

Defendant reserves the right to cross-examine any other party's designated expert witnesses and to seek opinions from them without agreeing or vouching for any or all opinions such persons may have.

Defendant reserves the right to designate and file, with the Court's permission, any other expert(s) report(s) as they are made available.

Defendant reserves the right to elicit expert testimony from fact witnesses to the extent they are ruled to have relevant testimony to issues pertaining to this cause of action.

Defendant reserves the right to seek factual testimony from expert witnesses to the extent to which they may have any knowledge of relevant facts.

Defendant reserves the right to call un-designated, rebuttal expert witnesses whose testimony cannot reasonably be foreseen until the presentation of evidence at trial.

Defendant also reserves the right to withdraw the designation of any expert witness and to aver positively that any such previously designated expert witnesses will not be called as a witness at trial.

Defendant also designates as persons with knowledge of relevant facts, all those persons designated as an expert by any party to this cause of action.

Defendant hereby expressly designates as fact and expert witnesses all witnesses, both fact and expert, to be designated by other parties to this lawsuit. By designating as their own expert and fact witnesses those witnesses designated by other parties to this lawsuit, Defendant

DEFENDANT'S 2ND AMENDED DESIGNATION OF POTENTIAL WITNESSES, EXPERTS & PROPOSED EXHIBITS
4087-002/CLARK /DISCOVERY/RESPONSES/2ND AMD DESIGNATION, EXPERTS & PROPOSED EXHIBITS
PAGE 8

8

reserves, and does not waive its rights to challenge the qualifications or the relevance or reliability of those opinions or any other basis for objecting to the admissibility of those expert and fact witnesses.

Defendant reserves the right to amend and/or supplement its Designation of Potential Witnesses and Testifying Experts in the event it learns through discovery that additional witnesses and experts are necessary.

DEFENDANT'S 2ND AMENDED DESIGNATION OF POTENTIAL WITNESSES, EXPERTS & PROPOSED EXHIBITS
4087-002/CLARK /DISCOVERY/RESPONSES/2ND AMD DESIGNATION, EXPERTS & PROPOSED EXHIBITS
PAGE 9

9