# EXHIBIT "A"

AMS 000766

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**GOERTZ, DONALD C.**                    #0003
AUSTIN, TX 78703                   Married/00
SS#:        Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



| Client: | YA7 | | | |
|---------|-----|--|--|--|
| | AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Period Covered: **01/01/2009 - 03/31/2009** | Runs: 1- 6 |
| | | | Check Date: **07/30/2012** | Weeks: 2-12 |
| | | | | Qtr: 1 |
| | | | | Page: 1 |

AMS 000767

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, THOMAS W**  #0004
AUSTIN, TX 78745   Salary:   Married/00
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED

**EASYPAY**

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**   Runs: 1- 6
Check Date:  **07/30/2012**   Weeks: 2-12
Qtr:  1
Page:  2

AMS 000768

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEIL, MARY L.**
AUSTIN, TX  78756
SS#: ▮▮▮▮▮▮▮▮

#0013
Married/03
Salary: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**
Check Date: **07/30/2012**

Runs:  1-  6
Weeks:  2-12
Qtr:      1
Page:     3

AMS 000769

| GOERTZ, DONNA B | #0014 |
| AUSTIN, TX 78703 | Married/00 |
| SS#: | Salary: |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**    Runs: 1- 6
Check Date: **07/30/2012**    Weeks: 2-12
Qtr: 1
Page: 4

AMS 000770

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MILLER, AMBER T**  #0019
Married/00

Salary:

AUSTIN, TX 78735
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**   Runs:  1- 6
Check Date: **07/30/2012**   Weeks: 2-12
Qtr:   1
Page:   5

AMS 000771

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**OBRIEN, LOIS Y**  #0020
AUSTIN, TX 78736  Married/00
SS#: ███  Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **01/01/2009 - 03/31/2009** |
| Check Date: | **07/30/2012** |

Runs:  1- 6
Weeks:  2-12
Qtr:  1
Page:  6

AMS 000772

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RUIZ, MARGARITA**
AUSTIN, TX 78732
SS#:

#0022
Married/01
Rate:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

AMS 000773

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**ROMINE, DONNA**
AUSTIN, TX 78732
SS#: ▬▬▬▬

#0042
Single/03
Salary: ▬▬▬

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

EASY PAY

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **01/01/2009 - 03/31/2009**
Check Date:        **07/30/2012**

Runs:   1- 6
Weeks:  2-12
Qtr:       1
Page:     8

AMS 000774

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER, JOHN**
███████████
AUSTIN, TX  78748
SS#: ██████████

#0044
Married/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|------------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | REDACTED | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **01/01/2009 - 03/31/2009** | Runs: | 1- 6 |
|---|---|---|---|
| Check Date: | **07/30/2012** | Weeks: | 2-12 |
| | | Qtr: | 1 |
| | | Page: | 9 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000775

**MAREEN, VERONIQUE M**
AUSTIN, TX 78739
SS#: ███████

#0084
Single/01
Salary: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| Client: | YA7 | | Period Covered: | **01/01/2009 - 03/31/2009** | Runs: | 1- 6 |
|---------|-----|--|-----------------|------------------------------|-------|------|
| AUSTIN MONTESSORI SCHOOL INC | | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: | 2-12 |
| | | | | | Qtr: | 1 |
| | | | | | Page: | 10 |

EASYPAY

AMS 000776

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PIPPINS, JERRY W**
AUSTIN, TX 78748
SS#: ████████

#0109
Married/01
Salary: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|--------------|------------------|-----------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

AMS 000777

**GLASGOW, DAWN D.**
AUSTIN, TX 78735
SS#: █████████

#0115
Married/03
Salary: █████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| | | | |
|--|--|--|--|
| Client: YA7 | Period Covered: | **01/01/2009 - 03/31/2009** | Runs: 1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | Check Date: | **07/30/2012** | Weeks: 2-12 |
| **Earnings Record** | | | Qtr: 1 |
| | | | Page: 12 |

EASY PAY

AMS 000778

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEVIRTZ, JESSE**
AUSTIN, TX 78735
SS#: ███████

#0116
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

---

| | | | |
|---|---|---|---|
| Client: YA7 | | Period Covered: **01/01/2009 - 03/31/2009** | Runs: 1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: **07/30/2012** | Weeks: 2-12 |
| | | | Qtr: 1 |
| | | | Page: 13 |

**ADP EASY PAY**

AMS 000779

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**EAGLE, ANGELA**                              #0117
                                    Married/02
AUSTIN, TX  78745       Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|------------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC        **Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**   Runs:  1- 6
Check Date:      **07/30/2012**                Weeks: 2-12
                                              Qtr:      1
                                              Page:    14

AMS 000780

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RIVAS-RIVAS, ERIK A**    #0118
AUSTIN, TX 78749    Single/02
SS#:    Salary: ▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**    Runs: 1- 6
Check Date:  **07/30/2012**    Weeks: 2-12
    Qtr:    1
    Page:    15

AMS 000781

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**FISCHER, BRANDI**                          #0130
                                             Single/05
AUSTIN, TX 78752
SS#:                    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

---

EASY PAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**   Runs:  1 - 6
Check Date:      **07/30/2012**                Weeks:  2 - 12
                                               Qtr:      1
                                               Page:    16

AMS 000782

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, GWENDOLYN**                    #0134
                                   Married/00
AUSTIN, TX  78745    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|-----------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**    Runs:  1 - 6
Check Date:  **07/30/2012**    Weeks:  2 - 12
                                   Qtr:  1
                                   Page:  17

AMS 000783

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BEASLEY, KIMBERLY D**  #0136  
AUSTIN, TX 78748  Married/01  
SS#: ▒▒▒▒  Salary: ▒▒▒▒

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7  
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**  
Check Date: **07/30/2012**

Runs: 1 - 6  
Weeks: 2 - 12  
Qtr: 1  
Page: 18

AMS 000784

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**AGUILAR, SOCORRO A**

#0138
Single/02

AUSTIN, TX  78741
SS#: ████████

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**
Check Date: **07/30/2012**

Runs: 1- 6
Weeks: 2- 12
Qtr: 1
Page: 19

AMS 000785

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**WEEKS, AMANDA E**

#0141
Single/01

Salary:

AUSTIN, TX 78704
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**    Runs: 1- 6
Check Date: **07/30/2012**    Weeks: 2-12
Qtr: 1
Page: 20

AMS 000786

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**AKEN, JOSEPH**                                    #0146
AUSTIN, TX 78704                         Single/00
SS#:                            Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**    Runs:  1- 6
Check Date:      **07/30/2012**                 Weeks: 2-12
                                                 Qtr:      1
                                                 Page:    21

AMS 000787

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LONDON, NATALIE**
AUSTIN, TX 78702
SS#: ▮▮▮▮▮

#0149
Single/02
Salary: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASY PAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**
Check Date:  **07/30/2012**

Runs:  1- 6
Weeks:  2-12
Qtr:  1
Page:  22

AMS 000788

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SCOTT, NANCY J**  #0153
AUSTIN, TX 78756   Single/99
SS#: ▮▮▮▮▮▮   Salary: ▮▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**
Check Date:  **07/30/2012**

Runs:  1- 6
Weeks:  2-12
Qtr:  1
Page:  23

AMS 000789

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**SUGGS, SHARON E**
#0154
Single/02
DALE, TX 78616
SS#:
Rate:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **01/01/2009 - 03/31/2009** | Runs: 1- 6 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 2-12 |
| | | Qtr: 1 |
| | | Page: 24 |

AMS 000790

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MONDA, VALERIE M**    #0158
Single/01
AUSTIN, TX 78703    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**    Runs:  1- 6
Check Date: **07/30/2012**    Weeks: 2-12
Qtr:    1
Page:  25

AMS 000791

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**MCGEE, CHERYL**
#0162
Married/01
AUSTIN, TX 78748     Salary: █████████
SS#: █████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **01/01/2009 - 03/31/2009** | Runs: 1- 6 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 2-12 |
| | | Qtr: 1 |
| | | Page: 26 |

AMS 000792

**PORTER, LINDSAY**
#0164
Married/02
AUSTIN, TX 78745
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**    Runs:  1- 6
Check Date:  **07/30/2012**    Weeks:  2-12
Qtr:  1
Page:  27

AMS 000793

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SOLORIO, MARY Y**
AUSTIN, TX 78741
SS#:

#0170
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**
Check Date: **07/30/2012**

Runs: 1- 6
Weeks: 2-12
Qtr: 1
Page: 28

AMS 000794

**FRIEDMAN, LORI A**
#0171
Married/02
AUSTIN, TX 78704
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000795

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**BOWNESS,SONAL**
#0173
Married/00
AUSTIN, TX 78735
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **01/01/2009 - 03/31/2009** | Runs: | 1- 6 |
|---|---|---|---|
| Check Date: | **07/30/2012** | Weeks: | 2-12 |
| | | Qtr: | 1 |
| | | Page: | 30 |

AMS 000796



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SCHILLER, JENNIFER A**                    #0177
                                        Single/01
AUSTIN, TX 78703        Salary: ▮▮▮▮▮
SS#: ▮▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | REDACTED | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| Client: YA7 | | | |
|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Period Covered: **01/01/2009 - 03/31/2009** | Runs: 1- 6 |
| | | Check Date: **07/30/2012** | Weeks: 2-12 |
| | | | Qtr: 1 |
| | | | Page: 31 |

AMS 000797

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SANSONI,FRANCOISE**     #0178 Single/01

AUSTIN, TX 78745     Salary:

SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

 Client: YA7
AUSTIN MONTESSORI SCHOOL INC     **Earnings Record**     Period Covered: **01/01/2009 - 03/31/2009**    Runs: 1- 6
Check Date: **07/30/2012**    Weeks: 2-12
Qtr: 1
Page: 32

AMS 000798

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNEED, WILLIAM**
AUSTIN, TX 78704
SS#: ███████

#0181
Married/02
Salary: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **01/01/2009 - 03/31/2009** |
| Check Date: | **07/30/2012** |

Runs:  1-  6
Weeks: 2-12
Qtr:      1
Page:   33

AMS 000799

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

MAHNKEN, AMY E.    #0184
                   Single/01
AUSTIN, TX 78747   Salary: ▮▮▮▮
SS#: ▮▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY    Client: YA7
           AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**    Runs: 1- 6
Check Date:     **07/30/2012**                  Weeks: 2-12
                                                Qtr:    1
                                                Page:   34

AMS 000800

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BROWN, AMANDA S**  #0187  Single/01

Salary:

AUSTIN, TX  78759
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009  -  03/31/2009**
Check Date:  **07/30/2012**

Runs:  1- 6
Weeks:  2-12
Qtr:  1
Page:  35

AMS 000801

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**WHEELER, KJERSTI**
#0189
Single/00
Rate:
AUSTIN, TX  78740
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009  -  03/31/2009**
Check Date:  **07/30/2012**

Runs:  1- 6
Weeks:  2-12
Qtr:  1
Page:  36

AMS 000802

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BANKS,JANNA S**
#0191
Married/05
AUSTIN, TX 78745
SS#:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**    Runs: 1- 6
Check Date:  **07/30/2012**    Weeks: 2-12
    Qtr: 1
    Page: 37

AMS 000803

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LARSON,ERIN B** #0193
AUSTIN, TX 78735 Married-Sep/04
SS#: Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | REDACTED | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**  Runs: 1- 6
Check Date:  **07/30/2012**  Weeks: 2-12
Qtr: 1
Page: 38

AMS 000804

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**CLARK,CAROLINE A**  #0195
AUSTIN, TX 78733  Married/00
SS#:  Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| | | |
|---|---|---|
| Client:  YA7 | Period Covered:  **01/01/2009 - 03/31/2009** | Runs:  1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | Check Date:  **07/30/2012** | Weeks: 2-12 |
| **Earnings Record** | | Qtr:  1 |
| | | Page:  39 |

EASY PAY

AMS 000805

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PIPPINS,NICHOLAS**                                    #0196
                                                  Single/01
AUSTIN, TX  78748        Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Client: YA7 | | Period Covered: **01/01/2009 - 03/31/2009** | Runs: 1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: **07/30/2012** | Weeks: 2-12 |
| | | | Qtr: 1 |
| | | | Page: 40 |

AMS 000806

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HOWARD,JACQUELINE**      #0197
AUSTIN, TX 78704      Single/01
SS#: ███     Salary: ███

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|------------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**    Runs:   1- 6
Check Date:      **07/30/2012**    Weeks: 2-12
     Qtr:      1
     Page:    41

AMS 000807

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**COLLINS,MARY ANN**    #0198
AUSTIN, TX 78748    Married/02
SS#:                  Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**    Runs:  1- 6
Check Date:  **07/30/2012**    Weeks: 2-12
Qtr:     1
Page:   42

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000808

**JARRELL,KELLY** ▮▮▮▮▮▮  #0199
DRIPPINGSPRINGS, TX 78620   Salary:   Married/04
SS#: ▮▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**   Runs:  1- 6
Check Date:  **07/30/2012**   Weeks: 2-12
Qtr:  1
Page:  43

AMS 000809

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BREEDING,ERIC D**                                    #0200
AUSTIN, TX 78704                       Single/02
SS#: ███████        Salary: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**    Runs:  1- 6
Check Date:      **07/30/2012**                 Weeks:  2-12
                                                Qtr:       1
                                                Page:     44

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000810

**MARBLE, LESLIE S**  #0201
Married/00
Salary:
AUSTIN, TX 78731
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| Client: YA7 | | Period Covered: | **01/01/2009 - 03/31/2009** | Runs: 1- 6 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 2-12 |
| | | | | Qtr: 1 |
| | | | | Page: 45 |

AMS 000811

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**DENTON,JOHNNIE**
█████████
AUSTIN, TX 78745
SS#: ████████

Salary: ████████

#0202
Single/01

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**
Check Date:     **07/30/2012**

Runs:  1- 6
Weeks: 2-12
Qtr:      1
Page:    46

AMS 000812

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**HEARNE, KATE**

AUSTIN, TX 78746
SS#:

Salary:

#0203
Married/04

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **01/01/2009 - 03/31/2009** | Runs: 1- 6 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 2-12 |
| | | Qtr: 1 |
| | | Page: 47 |

AMS 000813

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HUNT, LYNN A**
AUSTIN, TX 78745
SS#: ▊▊▊▊▊

#0204
Single/01
Salary: ▊▊▊▊▊

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Client: YA7 | | Period Covered: **01/01/2009 - 03/31/2009** | Runs: 1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: **07/30/2012** | Weeks: 2-12 |
| | | | Qtr: 1 |
| | | | Page: 48 |

ADP EASYPAY

AMS 000814

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MIRANDA,GILBERTO F**
AUSTIN, TX 78704
SS#: ▉▉▉▉▉

#0205
Single/02
Salary: ▉▉▉▉

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| Client: YA7 | | Period Covered: | **01/01/2009** - **03/31/2009** | Runs: 1- 6 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 2-12 |
| | | | | Qtr: 1 |
| | | | | Page: 49 |

AMS 000815

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER,JOHN**
#0206
Married/02
Salary:
AUSTIN, TX 78748
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|-----------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



| | | |
|---|---|---|
| Client: | YA7 | Period Covered: **01/01/2009 - 03/31/2009** | Runs: 1- 6 |
| | AUSTIN MONTESSORI SCHOOL INC | Check Date: **07/30/2012** | Weeks: 2-12 |

**Earnings Record**

Qtr: 1
Page: 50

AMS 000816

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# Client Totals

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT TOTALS | | | REDACTED | | | | | | | |

**Due to the sensitive nature of SSNs, we strongly recommend that you either do not display the SSN or mask the first 5 digits on your payroll reports. Since you have elected to display your employees' full SSNs on your reports, you should take all necessary precautions to safeguard these documents and to securely dispose of them.  (You may change your selection to remove full SSNs from your reports at any time.)**



| Client:  YA7 | Period Covered: | **01/01/2009 - 03/31/2009** | Runs:  1-  6 |
| AUSTIN MONTESSORI SCHOOL INC | Check Date: | **07/30/2012** | Weeks:  2-12 |
| **Earnings Record** | | | Qtr:       1 |
| | | | Page:    51 |

AMS 000817



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**GOERTZ, DONALD C.**    #0003
AUSTIN, TX 78703    Married/00
SS#:    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | REDACTED | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs:  7- 12
Check Date:  **07/30/2012**    Weeks: 15-25
Qtr:    2
Page:    1

AMS 000818

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, THOMAS W**                              #0004
                                           Married/00
AUSTIN, TX 78745          Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **04/01/2009 - 06/30/2009**   Runs: 7- 12
Check Date:       **07/30/2012**                 Weeks: 15-25
                                                 Qtr:      2
                                                 Page:     2

AMS 000819

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEIL, MARY L.**
#0013
Married/03
AUSTIN, TX 78756
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:  **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:  2
Page:  3

AMS 000820

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GOERTZ, DONNA B**   #0014
AUSTIN, TX 78703   Married/00
SS#:   Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**   Runs:  7- 12
Check Date:  **07/30/2012**   Weeks: 15-25
Qtr:  2
Page:  4

AMS 000821

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**MILLER, AMBER T**    #0019
Married/00
AUSTIN, TX 78735    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**    Runs:  7- 12
Check Date:    **07/30/2012**    Weeks: 15-25
Qtr:    2
Page:    5

AMS 000822

**OBRIEN, LOIS Y**       #0020
Married/00
AUSTIN, TX 78736    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|------------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:  **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:  2
Page:  6

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000823

**RUIZ, MARGARITA**

AUSTIN, TX 78732

SS#:

#0022
Married/01

Rate:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **04/01/2009 - 06/30/2009** |
| Check Date: | **07/30/2012** |

Runs: 7- 12
Weeks: 15-25
Qtr: 2
Page: 7

AMS 000824

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**ROMINE, DONNA**
#0042
Single/03
AUSTIN, TX 78732
SS#:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **04/01/2009 - 06/30/2009** | Runs: | 7- 12 |
|---|---|---|---|
| Check Date: | **07/30/2012** | Weeks: | 15-25 |
| | | Qtr: | 2 |
| | | Page: | 8 |

AMS 000825

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER, JOHN**

█████████████
AUSTIN, TX  78748
SS#: █████████████

Salary:

#0044
Married/02

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **04/01/2009 - 06/30/2009** |
| Check Date: | **07/30/2012** |

Runs:  7- 12
Weeks: 15-25
Qtr:      2
Page:    9

AMS 000826

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MAREEN, VERONIQUE M**    #0084
AUSTIN, TX 78735    Single/01
SS#:    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **04/01/2009 - 06/30/2009** | Runs: 7- 12 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 15-25 |
| | | Qtr: 2 |
| | | Page: 10 |

AMS 000827

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PIPPINS, JERRY W**
AUSTIN, TX 78748
SS#: ▮▮▮▮▮▮

#0109
Married/01
Salary: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**    Runs: 7- 12
Check Date: **07/30/2012**    Weeks: 15-25
Qtr: 2
Page: 11

AMS 000828

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GLASGOW, DAWN D.**
AUSTIN, TX 78735
SS#: ███████

#0115
Married/03
Salary: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**   Runs:  7- 12
Check Date:      **07/30/2012**                Weeks: 15-25
                                               Qtr:      2
                                               Page:    12

AMS 000829

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**GEVIRTZ, JESSE**
#0116
Married/00
AUSTIN, TX 78735
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **04/01/2009 - 06/30/2009** |
| Check Date: | **07/30/2012** |

Runs: 7- 12
Weeks: 15-25
Qtr: 2
Page: 13

AMS 000830

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**EAGLE, ANGELA**                                    #0117
AUSTIN, TX 78745                          Married/02
SS#: ▇▇▇▇▇        Salary: ▇▇▇▇▇

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs: 7- 12
Check Date:      **07/30/2012**                 Weeks: 15-25
                                                Qtr:     2
                                                Page:    14

AMS 000831

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RIVAS-RIVAS, ERIK A**    #0118
AUSTIN, TX 78749    Single/02
SS#:    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs:  7- 12
Check Date:  **07/30/2012**    Weeks: 15-25
Qtr:    2
Page:    15

AMS 000832

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**FISCHER, BRANDI**
#0130
Single/05
AUSTIN, TX 78752
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

| | | |
|---|---|---|
| **EASYPAY** | Client: YA7<br>AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** |

| | | |
|---|---|---|
| Period Covered: | **04/01/2009 - 06/30/2009** | Runs: 7- 12 |
| Check Date: | **07/30/2012** | Weeks: 15-25 |
| | | Qtr: 2 |
| | | Page: 16 |

AMS 000833

**LOGAN, GWENDOLYN**                                     #0134
                                                        Married/00
AUSTIN, TX 78745                    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:      **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:        2
Page:      17

AMS 000834

**BEASLEY, KIMBERLY D** — #0136

AUSTIN, TX 78748　　Rate: Single/00
SS#: ▉▉▉▉▉　　Salary: 000/Hr

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**
Check Date: **07/30/2012**

Runs: 7- 12
Weeks: 15-25
Qtr: 2
Page: 18

EASYPAY

AMS 000835

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**AGUILAR, SOCORRO A**   #0138
Single/02
AUSTIN, TX  78741   Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**   Runs: 7- 12
Check Date:  **07/30/2012**   Weeks: 15-25
Qtr:   2
Page:   19

AMS 000836

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**WEEKS, AMANDA E**

#0141
Single/01

AUSTIN, TX 78757
SS#:

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | 04/01/2009 - 06/30/2009 | Runs: 7- 12 |
|-----------------|-------------------------|-------------|
| Check Date: | 07/30/2012 | Weeks: 15-25 |
| | | Qtr: 2 |
| | | Page: 20 |

AMS 000837

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**AKEN, JOSEPH**
AUSTIN, TX 78704
SS#:
#0146
Single/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **04/01/2009 - 06/30/2009**
Check Date:       **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:      2
Page:    21

AMS 000838

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LONDON, NATALIE**
#0149
Single/02
AUSTIN, TX 78702
SS#: ▮▮▮▮▮▮
Salary: ▮▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **04/01/2009 - 06/30/2009** |
| Check Date: | **07/30/2012** |

Runs:  7- 12
Weeks: 15-25
Qtr:       2
Page:    22

AMS 000839

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**SCOTT, NANCY J**                    #0153
AUSTIN, TX 78756             Single/99
SS#:                    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | REDACTED | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs:  7- 12
Check Date:       **07/30/2012**                 Weeks: 15-25
                                                 Qtr:      2
                                                 Page:    23

AMS 000840

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SUGGS, SHARON E**
█ DALE, TX  78616
SS#: █

#0154
Single/02
Rate:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | REDACTED | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs:  7- 12
Check Date:    **07/30/2012**    Weeks: 15-25
Qtr:    2
Page:    24

AMS 000841

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MONDA, VALERIE M**     #0158
Single/01
AUSTIN, TX 78703
SS#: �as      Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**     Runs:  7- 12
Check Date:  **07/30/2012**     Weeks: 15-25
Qtr:      2
Page:     25

AMS 000842

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MCGEE, CHERYL**  #0162
AUSTIN, TX 78748  Married/01
SS#: ▓  Salary: ▓

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**  Runs: 7- 12
Check Date: **07/30/2012**  Weeks: 15-25
Qtr: 2
Page: 26

AMS 000843

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PORTER, LINDSAY**    #0164
AUSTIN, TX 78745    Married/02
SS#: ▮▮▮▮    Salary: ▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**    Runs: 7- 12
Check Date: **07/30/2012**    Weeks: 15-25
Qtr: 2
Page: 27

AMS 000844

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**SOLORIO, MARY Y**   #0170
Married/00
AUSTIN, TX 78741   Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **04/01/2009 - 06/30/2009**   Runs:   7- 12
Check Date:   **07/30/2012**   Weeks: 15-25
Qtr:   2
Page:   28

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000845

**FRIEDMAN, LORI A**
#0171
Married/02
AUSTIN, TX 78704
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**   Runs: 7- 12
Check Date:  **07/30/2012**   Weeks: 15-25
Qtr:  2
Page:  29

AMS 000846

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**BOWNESS,SONAL**
AUSTIN, TX 78735
SS#: ███████
#0173
Married/00
Salary: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | 04/01/2009 - 06/30/2009 | Runs: 7- 12 |
|---|---|---|
| Check Date: | 07/30/2012 | Weeks: 15-25 |
| | | Qtr: 2 |
| | | Page: 30 |

AMS 000847

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SCHILLER, JENNIFER A**
#0177
Single/01
AUSTIN, TX 78703
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**
Check Date: **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:      2
Page:    31

AMS 000848

| SANSONI,FRANCOISE | | #0178 Single/01 | | | | | | |
| AUSTIN, TX 78745 | | | | | | | | |
| SS#: | | Salary: | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASY PAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**   Runs: 7- 12
Check Date:  **07/30/2012**   Weeks: 15-25
Qtr:  2
Page:  32

AMS 000849

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNEED, WILLIAM**
#0181
Married/02
AUSTIN, TX 78704
SS#:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| | |
|---|---|
| Client: YA7 | |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** |

| Period Covered: | 04/01/2009 - 06/30/2009 | Runs: 7- 12 |
|---|---|---|
| Check Date: | 07/30/2012 | Weeks: 15-25 |
| | | Qtr: 2 |
| | | Page: 33 |

EASY PAY

AMS 000850

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MAHNKEN, AMY E.**　　　　　#0184
　　　　　　　　　　　　　　Single/01
AUSTIN, TX 78747
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**　Runs: 7- 12
Check Date: **07/30/2012**　Weeks: 15-25
　　　　　　　　　　　　　　　　　　　Qtr: 2
　　　　　　　　　　　　　　　　　　　Page: 34

AMS 000851

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BROWN, AMANDA S**

#0187
Single/01

AUSTIN, TX 78759
SS#:

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:      **07/30/2012**

Runs: 7- 12
Weeks: 15-25
Qtr:       2
Page:     35

AMS 000852

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**WHEELER,KJERSTI**

AUSTIN, TX 78740
SS#:

T #0189
Single/00

Rate:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:  **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:  2
Page:  36

AMS 000853

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BANKS,JANNA S**                                    #0191
                                              Married/05
AUSTIN, TX 78745            Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| Client: | YA7 | | Period Covered: | 04/01/2009 - 06/30/2009 | Runs: 7- 12 |
|---------|-----|--|-----------------|--------------------------|-------------|
| | AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | 07/30/2012 | Weeks: 15-25 |
| | | | | | Qtr: 2 |
| | | | | | Page: 37 |

ADP EASYPAY

AMS 000854

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LARSON,ERIN B**                    #0193
                            Married-Sep/04
AUSTIN, TX 78735    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs:  7- 12
Check Date:      **07/30/2012**                  Weeks: 15-25
                                                 Qtr:      2
                                                 Page:    38

AMS 000855



*You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)*

**CLARK,CAROLINE A**

#0195
Married/00

AUSTIN, TX 78733

SS#:

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| Client: | YA7 | | |
|---------|-----|---|---|
| | AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | |

| Period Covered: | **04/01/2009 - 06/30/2009** | Runs: 7- 12 |
|-----------------|----------------------------|-------------|
| Check Date: | **07/30/2012** | Weeks: 15-25 |
| | | Qtr: 2 |
| | | Page: 39 |

AMS 000856

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PIPPINS,NICHOLAS**  #0196
AUSTIN, TX 78748  Single/01
SS#: ▮▮▮▮▮  Salary: ▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**  Runs:  7- 12
Check Date: **07/30/2012**  Weeks: 15-25
Qtr:  2
Page:  40

AMS 000857

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HOWARD,JACQUELINE**  T #0197
AUSTIN, TX 78704  Single/01
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY  Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**  Runs: 7- 12
Check Date: **07/30/2012**  Weeks: 15-25
Qtr: 2
Page: 41

AMS 000858

*You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)*

**COLLINS,MARY ANN**                    #0198
AUSTIN, TX 78748                    Married/02
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

**EASY PAY**

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**     Runs:  7- 12
Check Date:      **07/30/2012**                  Weeks: 15-25
                                                 Qtr:      2
                                                 Page:    42

AMS 000859

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**JARRELL, KELLY**                               #0199
                                                 Married/04
DRIPPINGSPRINGS, TX  78620    Salary: ▉▉▉▉▉
SS#: ▉▉▉▉▉▉▉

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs:  7- 12
Check Date:      **07/30/2012**                 Weeks: 15-25
                                                Qtr:       2
                                                Page:     43

AMS 000860

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BREEDING, ERIC D**

AUSTIN, TX 78704
SS#: ████████

Rate: | T #0200
Single/02
000/Hr

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | | |
|---|---|---|
| Client: YA7 | | |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Period Covered: **04/01/2009 - 06/30/2009** Runs: 7- 12 |
| | | Check Date: **07/30/2012** Weeks: 15-25 Qtr: 2 Page: 44 |

AMS 000861

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MARBLE,LESLIE S**    #0201
Married/00
Salary:

AUSTIN, TX  78731
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **04/01/2009 - 06/30/2009**    Runs:  7- 12
Check Date:   **07/30/2012**    Weeks: 15-25
Qtr:        2
Page:      45

AMS 000862

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**DENTON,JOHNNIE**
#0202
Single/01
AUSTIN, TX  78745
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs:  7- 12
Check Date:  **07/30/2012**    Weeks: 15-25
Qtr:    2
Page:   46

AMS 000863

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HEARNE,KATE**    #0203
Married/04
AUSTIN, TX 78746
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs:  7- 12
Check Date:  **07/30/2012**    Weeks: 15-25
Qtr:    2
Page:    47

AMS 000864

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HUNT, LYNN A**  #0204
Single/01
AUSTIN, TX 78745
SS#: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **04/01/2009 - 06/30/2009** |
| Check Date: | **07/30/2012** |

Runs:  7- 12
Weeks: 15-25
Qtr:       2
Page:    48

AMS 000865



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| Client: | YA7 | | Period Covered: | **04/01/2009 - 06/30/2009** | Runs: | 7- 12 |
| | AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: | 15-25 |
| | | | | | Qtr: | 2 |
| | | | | | Page: | 49 |

AMS 000866

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER,JOHN**

#0206
Married/02

Salary:

AUSTIN, TX  78748
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|--------------|-------------------|-----------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **04/01/2009 - 06/30/2009** |
| Check Date: | **07/30/2012** |

Runs:  7- 12
Weeks: 15-25
Qtr:       2
Page:    50

AMS 000867

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# Client Totals

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT TOTALS | | | REDACTED | | | | | | | |

**Due to the sensitive nature of SSNs, we strongly recommend that you either do not display the SSN or mask the first 5 digits on your payroll reports. Since you have elected to display your employees' full SSNs on your reports, you should take all necessary precautions to safeguard these documents and to securely dispose of them. (You may change your selection to remove full SSNs from your reports at any time.)**

AMS 000868

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GOERTZ, DONALD C.**                    #0003
AUSTIN, TX 78703          Salary:      Married/00
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | REDACTED | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

| Client: | YA7 | | Period Covered: | **07/01/2009 - 09/30/2009** | Runs: 13- 18 |
|---------|-----|--|-----------------|------------------------------|--------------|
| AUSTIN MONTESSORI SCHOOL INC | | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 28-39 |
| | | | | | Qtr: 3 |
| | | | | | Page: 1 |

AMS 000869

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**LOGAN, THOMAS W**  #0004
AUSTIN, TX 78745  Married/00
SS#: ███  Salary: ███

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**  Runs: 13- 18
Check Date: **07/30/2012**  Weeks: 28-39
Qtr: 3
Page: 2

AMS 000870

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEIL, MARY L.**
AUSTIN, TX 78756
SS#: ▮▮▮▮

#0013
Married/03
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:    YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:    **07/01/2009 - 09/30/2009**
Check Date:    **07/30/2012**

Runs: 13-  18
Weeks: 28-39
Qtr:         3
Page:        3

ADP EASY PAY

AMS 000871

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GOERTZ, DONNA B**   #0014
Married/00
AUSTIN, TX 78703   Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**   Runs: 13- 18
Check Date:      **07/30/2012**                Weeks: 28-39
                                               Qtr:        3
                                               Page:       4

AMS 000872

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MILLER, AMBER T**                                    #0019
                                         Married/00
                             Salary:
AUSTIN, TX 78735
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:      **07/30/2012**                  Weeks: 28-39
                                                 Qtr:       3
                                                 Page:      5

AMS 000873

**OBRIEN, LOIS Y**                     #0020
                              Married/00
AUSTIN, TX 78736       Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| | | | |
|---|---|---|---|
| Client: YA7 | | Period Covered: | **07/01/2009 - 09/30/2009** | Runs: 13- 18 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 28-39 |
| | | | | Qtr: 3 |
| | | | | Page: 6 |

EASYPAY

AMS 000874

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RUIZ, MARGARITA**

AUSTIN, TX 78732
SS#: ▮▮▮▮▮

#0022
Married/01
Rate:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

ADP
EASY PAY

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:       **07/30/2012**

Runs: 13-  18
Weeks: 28-39
Qtr:          3
Page:        7

AMS 000875

**ROMINE, DONNA**                    #0042
                                Single/03
AUSTIN, TX 78732    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)


**EASY PAY**

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:      **07/30/2012**                 Weeks: 28-39
                                                Qtr:    3
                                                Page:   8

AMS 000876

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER, JOHN**
#0044
Married/02
Salary:
AUSTIN, TX 78748
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:  **07/30/2012**    Weeks: 28-39
Qtr:    3
Page:    9

AMS 000877

**MAREEN, VERONIQUE M**
#0084 Single/01
AUSTIN, TX 78735
SS#: ▮▮▮▮▮
Salary: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY
Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**
Check Date: **07/30/2012**
Runs: 13- 18
Weeks: 28-39
Qtr: 3
Page: 10

AMS 000878

**PIPPINS, JERRY W**
AUSTIN, TX 78748
SS#: ▮▮▮▮▮▮

#0109
Married/01
Salary: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**
Check Date: **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr: 3
Page: 11

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000879

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GLASGOW, DAWN D.**
#0115
Married/03
AUSTIN, TX 78735
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:      3
Page:    12

AMS 000880

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEVIRTZ, JESSE**
AUSTIN, TX 78735
SS#: ▮▮▮▮▮▮▮

#0116
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **07/01/2009  -  09/30/2009**    Runs: 13- 18
Check Date:   **07/30/2012**    Weeks: 28-39
Qtr:        3
Page:      13

AMS 000881

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**EAGLE, ANGELA**  #0117
Married/02
AUSTIN, TX 78745
SS#: ▮▮▮▮▮▮▮      Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**   Runs: 13- 18
Check Date:  **07/30/2012**   Weeks: 28-39
Qtr:    3
Page:   14

AMS 000882

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RIVAS-RIVAS, ERIK A**                                    #0118
                                                          Single/02
AUSTIN, TX 78749
SS#: ▮▮▮▮▮▮          Salary: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:  **07/30/2012**                      Weeks: 28-39
                                                 Qtr:      3
                                                 Page:    15

AMS 000883

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**FISCHER, BRANDI**                        #0130
                                      Single/05
LEANDER, TX 78641      Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **07/01/2009 - 09/30/2009** | Runs: 13- 18 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 28-39 |
| | | Qtr: 3 |
| | | Page: 16 |

AMS 000884

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, GWENDOLYN**    #0134
AUSTIN, TX 78745    Married/00
SS#:    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:  **07/30/2012**    Weeks: 28-39
Qtr:  3
Page:  17

AMS 000885

**BEASLEY, KIMBERLY D**    #0136
AUSTIN, TX  78748    Single/00
Rate:    000/Hr
SS#:    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:  **07/30/2012**    Weeks: 28-39
Qtr:    3
Page:    18

EASYPAY

AMS 000886

**AGUILAR, SOCORRO A**    #0138
Single/02
AUSTIN, TX 78741    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | REDACTED | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date: **07/30/2012**    Weeks: 28-39
Qtr: 3
Page: 19

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000887

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**WEEKS, AMANDA E**  #0141 Single/01
AUSTIN, TX 78757
SS#:        Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:          3
Page:       20

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000888

**AKEN, JOSEPH**
AUSTIN, TX 78704
SS#: ▇▇▇▇

#0146
Single/00
Salary: ▇▇▇

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13-  18
Weeks: 28-39
Qtr:       3
Page:     21

AMS 000889

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LONDON, NATALIE**
AUSTIN, TX 78702
SS#: ■■■■■■

#0149
Single/02
Salary: ■■■■■■

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **07/01/2009 - 09/30/2009** |
| Check Date: | **07/30/2012** |

Runs: 13- 18
Weeks: 28-39
Qtr: 3
Page: 22

AMS 000890

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SCOTT, NANCY J**  T #0153  
AUSTIN, TX 78756  Single/99  
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | REDACTED | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

ADP EASYPAY

Client:  YA7  
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**  
Check Date:  **07/30/2012**

Runs: 13- 18  
Weeks: 28-39  
Qtr:  3  
Page:  23

AMS 000891

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



SUGGS, SHARON E

DALE, TX 78616

SS#: ▮▮▮▮▮▮▮

#0154
Single/02

Rate: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:      3
Page:   24

AMS 000892

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MONDA, VALERIE M**      #0158 Single/01
AUSTIN, TX 78703     Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**
Check Date: **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr: 3
Page: 25

AMS 000893

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MCGEE, CHERYL**
#0162
Married/01
AUSTIN, TX 78748
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **07/01/2009 - 09/30/2009** | Runs: 13- 18 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 28-39 |
| | | Qtr: 3 |
| | | Page: 26 |

AMS 000894

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PORTER, LINDSAY**
T #0164
Married/02
AUSTIN, TX 78745
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | REDACTED | | | | | | |
| Employee Totals | | | | | | | | | | |

| Client: | YA7 | | | Period Covered: | **07/01/2009 - 09/30/2009** | Runs: 13- 18 |
|---------|-----|--|--|-----------------|-----------------------------|--------------|
| | AUSTIN MONTESSORI SCHOOL INC | | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 28-39 |
| | | | | | | Qtr: 3 |
| | | | | | | Page: 27 |

AMS 000895

**SOLORIO, MARY Y**
#0170
Married/00
AUSTIN, TX 78741
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED


Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:    **07/30/2012**    Weeks: 28-39
Qtr:    3
Page:    28

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000896

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**FRIEDMAN, LORI A**
AUSTIN, TX 78704
SS#: ██████████

#0171
Married/02
Salary: ██████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|------------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:  **07/30/2012**    Weeks: 28-39
Qtr:     3
Page:    29

AMS 000897



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BOWNESS,SONAL**
AUSTIN, TX 78735
SS#: ▆▆▆▆▆

#0173
Married/00
Salary: ▆▆▆▆▆



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**
Check Date: **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr: 3
Page: 30

AMS 000898

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SCHILLER, JENNIFER A**
AUSTIN, TX 78703
SS#:
T #0177
Single/01

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED

| | | |
|---|---|---|
| **EASY PAY** | Client: YA7 | |
| | AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** |

| | |
|---|---|
| Period Covered: | **07/01/2009 - 09/30/2009** |
| Check Date: | **07/30/2012** |
| Runs: | 13- 18 |
| Weeks: | 28-39 |
| Qtr: | 3 |
| Page: | 31 |

AMS 000899

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SANSONI,FRANCOISE**
AUSTIN, TX 78745
SS#:

T #0178
Single/01

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | REDACTED | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

| | |
|---|---|
| Client: YA7 | Period Covered: **07/01/2009 - 09/30/2009** |
| AUSTIN MONTESSORI SCHOOL INC | Check Date: **07/30/2012** |
| **Earnings Record** | Runs: 13- 18 |
| | Weeks: 28-39 |
| | Qtr: 3 |
| | Page: 32 |

AMS 000900

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNEED, WILLIAM**
#0181
Married/02
AUSTIN, TX 78704
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

| Client: YA7 | | Period Covered: | **07/01/2009 - 09/30/2009** | Runs: 13- 18 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 28-39 |
| | | | | Qtr: 3 |
| | | | | Page: 33 |

AMS 000901

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



MAHNKEN, AMY E.
#0184
Single/01
AUSTIN, TX  78747
SS#:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | REDACTED | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:      **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:       3
Page:     34

AMS 000902

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BROWN, AMANDA S**

#0187
Single/01

AUSTIN, TX 78728
SS#:

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:      **07/30/2012**                 Weeks: 28-39
                                               Qtr:        3
                                               Page:      35

AMS 000903

**BANKS, JANNA S**  #0191
AUSTIN, TX 78745  Married/05
SS#: ████  Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| Client: YA7 | | |
|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | |

Period Covered: **07/01/2009 - 09/30/2009**  Runs: 13- 18
Check Date: **07/30/2012**  Weeks: 28-39
Qtr: 3
Page: 36

EASYPAY

AMS 000904

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

LARSON,ERIN B     #0193
AUSTIN, TX 78735     Married-Sep/04
SS#:     Salary:

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**   Runs: 13- 18
Check Date: **07/30/2012**   Weeks: 28-39
   Qtr: 3
   Page: 37

AMS 000905

CLARK,CAROLINE A
AUSTIN, TX 78733
SS#:

#0195
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:      **07/30/2012**                  Weeks: 28-39
                                                 Qtr:       3
                                                 Page:     38

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000906

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PIPPINS,NICHOLAS**
T #0196
Single/01
AUSTIN, TX 78748
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | REDACTED | | | | | | |
| **Employee Totals** | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 – 09/30/2009**    Runs: 13- 18
Check Date:  **07/30/2012**    Weeks: 28-39
Qtr:    3
Page:    39

AMS 000907

**COLLINS,MARY ANN**   #0198
AUSTIN, TX  78748   Married/02
SS#: ▮▮▮   Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**   Runs: 13- 18
Check Date:  **07/30/2012**   Weeks: 28-39
Qtr:  3
Page:  40

AMS 000908

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**JARRELL,KELLY**      #0199
DRIPPINGSPRINGS, TX 78620    Married/04
SS#: ▮▮▮▮▮    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **07/01/2009 - 09/30/2009** |
| Check Date: | **07/30/2012** |

Runs: 13- 18
Weeks: 28-39
Qtr: 3
Page: 41

AMS 000909

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MARBLE, LESLIE S**                    #0201
                                         Married/00
                             Salary:
AUSTIN, TX  78731
SS#: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:      **07/30/2012**                  Weeks: 28-39
                                                 Qtr:      3
                                                 Page:    42

AMS 000910

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**DENTON,JOHNNIE**

███████████
AUSTIN, TX 78745
SS#: ██████████

Salary: ███████

#0202
Single/01

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

**EASY PAY**    Client:    YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:       **07/30/2012**                 Weeks: 28-39
                                                 Qtr:        3
                                                 Page:      43

AMS 000911

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HEARNE, KATE**

#0203
Married/04

Salary:

AUSTIN, TX 78746
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | REDACTED | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**
Check Date: **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr: 3
Page: 44

AMS 000912

**HUNT, LYNN A**                                          #0204
                                                Single/01
AUSTIN, TX  78745          Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | REDACTED | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:         **07/30/2012**                        Weeks: 28-39
                                                                            Qtr:        3
                                                                            Page:     45

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000913

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MIRANDA,GILBERTO F**
AUSTIN, TX 78703
SS#:

T #0205
Single/02

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | REDACTED | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009  -  09/30/2009**
Check Date:  **07/30/2012**

Runs: 13-  18
Weeks: 28-39
Qtr:        3
Page:      46

AMS 000914

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER, JOHN**
T #0206
Married/02
AUSTIN, TX  78748
SS#: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | REDACTED | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC
**Earnings Record**
Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:  **07/30/2012**    Weeks: 28-39
Qtr:  3
Page:  47

AMS 000915

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BRECKWOLDT,MARGARET**
#0207
Married/08
Salary:
AUSTIN, TX 78745
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | REDACTED | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**   Runs: 13- 18
Check Date:  **07/30/2012**   Weeks: 28-39
Qtr:  3
Page:  48

AMS 000916

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**JOHNSON,JUDY**
AUSTIN, TX 78704
SS#: ▓▓▓▓

#0208
Single/01
Rate: ▓▓▓▓

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | REDACTED | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:  3
Page:  49

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000917

**MATKIN,MELANIE**  #0209  Single/02
AUSTIN, TX 78736  Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | REDACTED | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**   Runs: 13- 18
Check Date:     **07/30/2012**                Weeks: 28-39
                                             Qtr:     3
                                             Page:    50

AMS 000918

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**KAISER, REBECCA**

AUSTIN, TX 78751
SS#:

#0210
Single/02

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | REDACTED | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**
Check Date: **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr: 3
Page: 51

AMS 000919



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | REDACTED | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

**HALEY,MEGAN**  #0211  Single/02
AUSTIN, TX 78753
SS#:  Salary:



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:  **07/30/2012**    Weeks: 28-39
Qtr:  3
Page:  52

AMS 000920

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**OSBORNE,CALLIE J**

AUSTIN, TX 78704
SS#: ██████

#0212
Single/01

Salary: ████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | REDACTED | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**
Check Date: **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr: 3
Page: 53

AMS 000921

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**DAVISON, RACHEL**

AUSTIN, TX 78741
SS#:

Salary:

#0213
Single/02

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | REDACTED | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Client: YA7 | AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Period Covered: **07/01/2009 - 09/30/2009**  Runs: 13- 18<br>Check Date: **07/30/2012**  Weeks: 28-39<br>Qtr: 3<br>Page: 54 |

EASYPAY

AMS 000922

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SWOPE, KATHRYN J**     #0214
Single/01
AUSTIN, TX 78745     Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | REDACTED | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**     Runs: 13- 18
Check Date:      **07/30/2012**                 Weeks: 28-39
Qtr:      3
Page:    55

AMS 000923

**DEAN,ERIN M**                                    #0215
AUSTIN, TX 78702                      Single/02
SS#: ████████              Salary: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | REDACTED | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009  -  09/30/2009**    Runs: 13-  18
Check Date:      **07/30/2012**                   Weeks: 28-39
                                                  Qtr:      3
                                                  Page:    56

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000924

## Client Totals

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT TOTALS | | | | REDACTED | | | | | | |

**Due to the sensitive nature of SSNs, we strongly recommend that you either do not display the SSN or mask the first 5 digits on your payroll reports. Since you have elected to display your employees' full SSNs on your reports, you should take all necessary precautions to safeguard these documents and to securely dispose of them. (You may change your selection to remove full SSNs from your reports at any time.)**

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**EASYPAY**  
Client:  YA7  
AUSTIN MONTESSORI SCHOOL INC  

**Earnings Record**  

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18  
Check Date:  **07/30/2012**    Weeks: 28-39  
Qtr:    3  
Page:    57

AMS 000925

**GOERTZ, DONALD C.**                    #0003
                                         Married/00
AUSTIN, TX 78703          Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | REDACTED | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**    Runs: 19- 24
Check Date:      **07/30/2012**                 Weeks: 41-50
                                                Qtr:     4
                                                Page:    1

AMS 000926

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, THOMAS W**      #0004
Married/00
AUSTIN, TX 78745    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:  4
Page:  2

AMS 000927

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEIL, MARY L.**
AUSTIN, TX 78756
SS#: ███████

#0013
Married/03
Salary: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **10/01/2009 - 12/31/2009** | Runs: 19- 24 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 41-50 |
| | | Qtr: 4 |
| | | Page: 3 |

AMS 000928

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GOERTZ, DONNA B**

#0014
Married/00

AUSTIN, TX 78703

Salary:

SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:       **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:         4
Page:        4

AMS 000929

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**MILLER, AMBER T**    #0019
Married/00
AUSTIN, TX 78735    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | REDACTED | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:    YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:    **10/01/2009  -  12/31/2009**    Runs: 19-  24
Check Date:    **07/30/2012**    Weeks: 41-50
Qtr:    4
Page:    5

AMS 000930

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**OBRIEN, LOIS Y**
#0020
Married/00
AUSTIN, TX 78736
SS#:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 6

AMS 000931

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RUIZ, MARGARITA**
AUSTIN, TX 78732
SS#: ▮▮▮▮▮

#0022
Married/01
Rate:
Salary: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | REDACTED | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:  4
Page:  7

AMS 000932

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**ROMINE, DONNA**
AUSTIN, TX 78732
SS#: ▮▮▮▮▮

#0042
Single/03

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **10/01/2009  -  12/31/2009**
Check Date:        **07/30/2012**

Runs: 19-  24
Weeks: 41-50
Qtr:          4
Page:         8

AMS 000933

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER, JOHN**                    #0044
                                  Married/02
███████████              Salary:
AUSTIN, TX  78748
SS#: ████  ██  ████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009  -  12/31/2009**   Runs: 19- 24
Check Date:       **07/30/2012**                 Weeks: 41-50
                                                 Qtr:      4
                                                 Page:     9

AMS 000934

**MAREEN, VERONIQUE M**
#0084
Single/01
AUSTIN, TX 78735
SS#: ███████
Salary: █████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| | | | | |
|---|---|---|---|---|
| **EASY PAY** | Client: YA7<br>AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Period Covered: **10/01/2009 - 12/31/2009**<br>Check Date: **07/30/2012** | Runs: 19- 24<br>Weeks: 41-50<br>Qtr: 4<br>Page: 10 |

AMS 000935

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PIPPINS, JERRY W**
AUSTIN, TX 78748
SS#: ███████

#0109
Married/01
Salary: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | REDACTED | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:  4
Page:  11

AMS 000936



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**GLASGOW, DAWN D.**                    #0115
                                       Married/03
AUSTIN, TX 78735        Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | REDACTED | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**    Runs: 19- 24
Check Date:       **07/30/2012**                Weeks: 41-50
                                                Qtr:      4
                                                Page:    12

AMS 000937

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEVIRTZ, JESSE**

AUSTIN, TX 78735
SS#: ▓▓▓▓▓▓▓

#0116
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED

| | |
|---|---|
| Client: YA7 | |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** |

Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 13

AMS 000938

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**EAGLE, ANGELA**
#0117
Married/02
AUSTIN, TX 78745
SS#: █████████
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC
**Earnings Record**
Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**
Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 14

AMS 000939

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RIVAS-RIVAS, ERIK A**
#0118
Single/02
AUSTIN, TX 78749
SS#: ▮▮▮▮
Salary: ▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**
Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 15

AMS 000940

**FISCHER, BRANDI**
LEANDER, TX 78641
SS#: ██████████

#0130
Single/05

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 16

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000941

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**LOGAN, GWENDOLYN**
AUSTIN, TX 78745
SS#: ▮▮▮ ▮▮

#0134
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 17

AMS 000942

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BEASLEY, KIMBERLY D**

#0136
Single/00

AUSTIN, TX 78748    Rate: 000/Hr
SS#: ▆▆▆▆    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**    Runs: 19- 24
Check Date: **07/30/2012**    Weeks: 41-50
Qtr: 4
Page: 18

AMS 000943

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**AGUILAR, SOCORRO A**                         #0138
                                     Single/02
AUSTIN, TX 78741    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**    Runs: 19- 24
Check Date:    **07/30/2012**    Weeks: 41-50
                                        Qtr:    4
                                        Page:    19

AMS 000944

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**WEEKS, AMANDA E**
#0141
Single/01
AUSTIN, TX 78757
SS#:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **10/01/2009  -  12/31/2009**
Check Date:        **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:        4
Page:      20

AMS 000945

**AKEN, JOSEPH**
#0146
Single/00
AUSTIN, TX 78704
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED



| Client: | YA7 | | Period Covered: | **10/01/2009 - 12/31/2009** | Runs: 19- 24 |
|---|---|---|---|---|---|
| | AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 41-50 |
| | | | | | Qtr: 4 |
| | | | | | Page: 21 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000946

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LONDON, NATALIE**
AUSTIN, TX 78702
SS#: ▮▮▮▮▮▮

#0149
Single/02
Rate:
Salary: ▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**    Runs: 19- 24
Check Date:      **07/30/2012**                 Weeks: 41-50
                                                Qtr:        4
                                                Page:      22

AMS 000947



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MONDA, VALERIE M**  #0158  Single/01
AUSTIN, TX 78703
SS#: ▮▮▮▮▮▮    Rate:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | REDACTED | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC
**Earnings Record**
Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**
Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 23

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000948

**MCGEE, CHERYL**
AUSTIN, TX 78748
SS#: ███████
#0162
Married/01
Salary: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | REDACTED | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:      4
Page:    24

AMS 000949

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SOLORIO, MARY Y**    #0170
AUSTIN, TX 78741    Married/00
SS#: ███    Salary: ███

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | REDACTED | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**    Runs: 19- 24
Check Date:  **07/30/2012**    Weeks: 41-50
Qtr:    4
Page:    25

AMS 000950

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**FRIEDMAN, LORI A**
#0171
Married/02
AUSTIN, TX 78704
SS#:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 26

AMS 000951


You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BOWNESS,SONAL**
AUSTIN, TX 78735
SS#: ████
#0173
Married/00
Salary: ████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



| Client: YA7 | | |
|-------------|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | |

| Period Covered: | **10/01/2009 - 12/31/2009** | Runs: 19- 24 |
|-----------------|------------------------------|--------------|
| Check Date: | **07/30/2012** | Weeks: 41-50 |
| | | Qtr: 4 |
| | | Page: 27 |

AMS 000952

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNEED, WILLIAM**    #0181
Married/02
AUSTIN, TX 78704    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009  -  12/31/2009**    Runs: 19- 24
Check Date:    **07/30/2012**    Weeks: 41-50
Qtr:    4
Page:    28



AMS 000953

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MAHNKEN, AMY E.**
#0184
Single/01
Salary:
AUSTIN, TX 78747
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED

| Client: | YA7 | | Period Covered: | **10/01/2009 - 12/31/2009** | Runs: 19- 24 |
|---|---|---|---|---|---|
| | AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 41-50 |
| | | | | | Qtr: 4 |
| | | | | | Page: 29 |

AMS 000954

**BROWN, AMANDA S**                                     #0187
                                                       Single/01
AUSTIN, TX 78728          Rate:
SS#: ███████             Salary: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009  -  12/31/2009**    Runs: 19- 24
Check Date:      **07/30/2012**                   Weeks: 41-50
                                                  Qtr:        4
                                                  Page:      30

AMS 000955

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BANKS,JANNA S**                          #0191
AUSTIN, TX 78745        Salary:      Married/05
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **10/01/2009  -  12/31/2009** |
| Check Date: | **07/30/2012** |

Runs: 19-  24
Weeks: 41-50
Qtr:            4
Page:          31

AMS 000956

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LARSON,ERIN B**  #0193
Married-Sep/04
AUSTIN, TX 78735
SS#:  Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**   Runs: 19- 24
Check Date:  **07/30/2012**   Weeks: 41-50
Qtr:  4
Page:  32

AMS 000957

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**CLARK, CAROLINE A**                    #0195
AUSTIN, TX 78733                    Married/00
SS#:                    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**    Runs: 19- 24
Check Date: **07/30/2012**    Weeks: 41-50
Qtr: 4
Page: 33

AMS 000958

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**COLLINS,MARY ANN**   #0198  
Married/02  
AUSTIN, TX 78748   Salary:  
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | REDACTED | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7  
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**   Runs: 19- 24  
Check Date: **07/30/2012**   Weeks: 41-50  
Qtr: 4  
Page: 34

AMS 000959

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**JARRELL,KELLY** #0199
Married/04
DRIPPINGSPRINGS, TX 78620    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | | |
|---|---|---|
| **EASY PAY** | Client:  YA7<br>AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** |

| Period Covered: | **10/01/2009 - 12/31/2009** | Runs: 19- 24 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 41-50 |
| | | Qtr: 4 |
| | | Page: 35 |

AMS 000960

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MARBLE, LESLIE S**    #0201
Married/00
Salary:
AUSTIN, TX  78731
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **10/01/2009 - 12/31/2009** |
| Check Date: | **07/30/2012** |

Runs: 19- 24
Weeks: 41-50
Qtr:      4
Page:    36

AMS 000961

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**DENTON,JOHNNIE**
█████████████
AUSTIN, TX  78745
SS#: ███████████

#0202
Single/01

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | REDACTED | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009  -  12/31/2009**
Check Date:        **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:          4
Page:       37

AMS 000962

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HEARNE,KATE**

AUSTIN, TX 78746
SS#:

Salary:

#0203
Married/04

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009  -  12/31/2009**
Check Date:      **07/30/2012**

Runs: 19-  24
Weeks: 41-50
Qtr:          4
Page:        38

AMS 000963

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

HUNT, LYNN A
#0204
Single/01
AUSTIN, TX 78745
SS#:
Salary:

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 39

AMS 000964

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MIRANDA, GILBERTO F**
#0205
Single/02
AUSTIN, TX  78703
SS#:
Rate:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | REDACTED | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:  4
Page:  40

AMS 000965

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**BRECKWOLDT,MARGARET**
#0207
Married/08
Salary:
AUSTIN, TX 78745
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | REDACTED | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**    Runs: 19- 24
Check Date:      **07/30/2012**                 Weeks: 41-50
Qtr:      4
Page:     41

AMS 000966

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**JOHNSON, JUDY**
AUSTIN, TX 78704
SS#:

#0208
Single/01
Rate:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 42

AMS 000967



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MATKIN,MELANIE**
AUSTIN, TX 78736
SS#:

#0209
Single/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:      **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:          4
Page:       43

AMS 000968

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**KAISER, REBECCA**

AUSTIN, TX  78751
SS#:

#0210
Single/02

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | REDACTED | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:      **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:      4
Page:    44

AMS 000969

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HALEY, MEGAN**
AUSTIN, TX 78753
SS#: ▮▮▮▮▮▮

#0211
Single/02
Salary: ▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009  -  12/31/2009**
Check Date:      **07/30/2012**

Runs: 19-  24
Weeks: 41-50
Qtr:         4
Page:       45

AMS 000970

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**OSBORNE, CALLIE J**

AUSTIN, TX 78704
SS#:

#0212
Single/01

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009  -  12/31/2009**
Check Date:        **07/30/2012**

Runs: 19-  24
Weeks: 41-50
Qtr:          4
Page:       46

AMS 000971

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**DAVISON, RACHEL**

AUSTIN, TX 78741
SS#:

#0213
Single/02

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:      4
Page:    47

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000972

**SWOPE,KATHRYN J**
AUSTIN, TX 78745
SS#: ▮▮▮▮
Salary: ▮▮▮▮
#0214
Single/01

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **10/01/2009  -  12/31/2009**
Check Date:        **07/30/2012**

Runs: 19-  24
Weeks: 41-50
Qtr:          4
Page:      48

AMS 000973

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**DEAN, ERIN M**     #0215 Single/02
AUSTIN, TX 78702
SS#: ███    Salary: ███

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | REDACTED | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 49

AMS 000974

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# Client Totals

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| CLIENT TOTALS | | | | | | REDACTED | | | | |

**Due to the sensitive nature of SSNs, we strongly recommend that you either do not display the SSN or mask the first 5 digits on your payroll reports. Since you have elected to display your employees' full SSNs on your reports, you should take all necessary precautions to safeguard these documents and to securely dispose of them. (You may change your selection to remove full SSNs from your reports at any time.)**



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **10/01/2009 - 12/31/2009**
Check Date:        **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:          4
Page:        50

AMS 000975

**GOERTZ, DONALD C.**    #0003
Married/00
AUSTIN, TX 78703    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000976

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, THOMAS W**  #0004
Married/00
AUSTIN, TX 78745    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY    Client:   YA7
AUSTIN MONTESSORI SCHOOL INC    **Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**   Runs:   1-  6
Check Date:   **07/30/2012**   Weeks:  2-13
Qtr:   1
Page:   2

AMS 000977

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEIL, MARY L.**
AUSTIN, TX 78756
SS#: ▮▮▮▮▮▮

#0013
Married/03
Salary: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | REDACTED | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **01/01/2010 - 03/31/2010** | Runs: 1- 6 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 2-13 |
| | | Qtr: 1 |
| | | Page: 3 |

AMS 000978

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GOERTZ, DONNA B**
AUSTIN, TX 78703
SS#: ▮▮▮▮▮▮

#0014
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**    Runs:  1-  6
Check Date:  **07/30/2012**    Weeks:  2- 13
Qtr:  1
Page:  4

AMS 000979

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MILLER, AMBER T**    #0019
Married/00
Salary:
AUSTIN, TX 78735
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | | |
|---|---|---|
| Period Covered: | **01/01/2010 - 03/31/2010** | Runs: 1- 6 |
| Check Date: | **07/30/2012** | Weeks: 2- 13 |
| | | Qtr: 1 |
| | | Page: 5 |

AMS 000980

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**OBRIEN, LOIS Y**      #0020
AUSTIN, TX 78736    Salary:    Married/00
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | REDACTED | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **01/01/2010 - 03/31/2010** |
| Check Date: | **07/30/2012** |

Runs: 1- 6
Weeks: 2-13
Qtr: 1
Page: 6

AMS 000981

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RUIZ, MARGARITA**

AUSTIN, TX 78732
SS#:

#0022
Married/01
Rate:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | REDACTED | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**   Runs:  1- 6
Check Date:  **07/30/2012**   Weeks:  2- 13
Qtr:  1
Page:  7

ADP
EASY PAY

AMS 000982

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**ROMINE, DONNA**
AUSTIN, TX 78732
SS#: ▮▮▮▮▮▮

#0042
Single/03
Salary: ▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| | | | | |
|---|---|---|---|---|
| Client: YA7 | | Period Covered: | **01/01/2010 - 03/31/2010** | Runs: 1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 2-13 |
| | | | | Qtr: 1 |
| | | | | Page: 8 |

ADP EASY PAY