Process Date - SEP 13,2010            **AmCheck Check Register**                        Page -    5

| EMPLOYEE NAME | EARNINGS | CURRENT | | CURRENT | Y T D | | TAXES | CURRENT | Y T D | DEDUCTIONS | CURRENT | Y T D | CHECK # |
| DIV DEPT NUM. CLOCK | | | | | | | | | | | | | |
| SOC.SEC.   FREQ M/S EX | | HOURS | RATE | AMOUNT | HOURS | AMOUNT | | AMOUNT | AMOUNT | | AMOUNT | AMOUNT | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AGUILAR, SOCORRO A | SALARY | | | | | | | | | | | | |
| 0500  0100 | | | | | | | | | | | | | |
| xxx-xx-6238 SEM  S0    S0 | | | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | – | | | | | | | | | | |
| BOARDMAN, ERIN B | SALARY | | | | | | | | | | | | |
| 0500  0126 | | | | | | | | | | | | | |
| xxx-xx-8620 SEM  M4    M4 | | | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | – | | | | | | | | | | |
| COLLINS, MARY ANN | SALARY | | | | | | | | | | | | |
| 0500  0108 | | | | | | | | | | | | | |
| xxx-xx-1161 SEM  M2    M2 | | | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | – | | | | | | | | | | |
| EAGLE, ANGELA | SALARY | | | | | | | | | | | | |
| 0500  0112 | | | | | | | | | | | | | |
| xxx-xx-6084 SEM  M2    M2 | | | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | – | | | | | | | | | | |
| HEARNE, KATE | SALARY | | | | | | REDACTED | | | | | | |
| 0500  0158 | | | | | | | | | | | | | |
| xxx-xx-5651 SEM  M4    S0 | | | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | – | | | | | | | | | | |
| HUNT, LYNN A | SALARY | | | | | | | | | | | | |
| 0500  0122 | | | | | | | | | | | | | |
| xxx-xx-0105 SEM  S1    S1 | | | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | – | | | | | | | | | | |
| JAHNKE, JESSE | SALARY | | | | | | | | | | | | |
| 0500  0151 | | | | | | | | | | | | | |
| xxx-xx-5489 SEM  M3    M3 | | | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | – | | | | | | | | | | |
| SOLORIO, MARY Y | SALARY | | | | | | | | | | | | |
| 0500  0146 | | | | | | | | | | | | | |
| xxx-xx-5216 SEM  M0    M0 | | | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | – | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - SEP 13,2010

# AmCheck Check Register

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | Y T D AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEPARTMENT # 0500<br>SUNSET PRIMARY<br>CURRENT PAY TOTALS | SALARY<br>TOTALS | | | - | | | | | | | | | |
| BEASLEY, KIMBERLY D<br>0600 0103<br>xxx-xx-2721 SEM S0 S0<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | | | | | | |
| COLLINS, MARY<br>0600 0150<br>xxx-xx-2495 SEM M3 M3<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | | | | | | |
| MAHNKEN, AMY E<br>0600 0130<br>xxx-xx-4081 SEM S1 S1<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | | | | | | |
| MCGEE, CHERYL<br>0600 0134<br>xxx-xx-0404 SEM M1 M1<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | REDACTED | | | | | |
| RUIZ, MARGARITA<br>0600 0143<br>xxx-xx-2877 SEM M1 M1<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0600<br>SUNSET TODDLER<br>CURRENT PAY TOTALS | SALARY<br>TOTALS | | | - | | | | | | | | | |
| GEIL, MARY L<br>0700 0115<br>xxx-xx-1882 SEM M3 M3<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - SEP 13,2010

# AmCheck Check Register

| EMPLOYEE NAME / DIV DEPT NUM. CLOCK / SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | Y T D AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # / NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HARPER, ALEXIS<br>0700 0157<br>xxx-xx-5264 SEM S2 S2<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0700<br>GREAT NORTHERN EARLY<br>CURRENT PAY TOTALS | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| FISCHER, BRANDI<br>0800 0113<br>xxx-xx-8035 SEM S5 S5<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| HALEY, MEGAN<br>0800 0120<br>xxx-xx-7921 SEM S2 S2<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| LONDON, NATALIE<br>0800 0129<br>xxx-xx-7789 SEM S2 S2<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| MARBLE, LESLIE S<br>0800 0131<br>xxx-xx-2306 SEM M0 M0<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| MONDA, VALERIE M<br>0800 0137<br>xxx-xx-8924 SEM S1 S1<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| OSBORNE, CALLIE J<br>0800 0139<br>xxx-xx-4901 SEM S1 S1<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0800<br>GREAT NORTHERN PRIMARY<br>CURRENT PAY TOTALS | SALARY<br><br>TOTALS | | | - | | | | | | | | | |

REDACTED

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001136

Process Date - SEP 13,2010

# AmCheck Check Register

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | Y T D AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMPANY TOTALS<br>AUSTIN MONTESSORI SCHOOL | SALARY | | | | | | | | | | | | |
| | REDACTED | | | | | | | | | | | | |
| | TOTALS | | | - | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - SEP 13,2010

# AmCheck Check Register

Page - 1

For Checks Drawn on BANK OF AMERICA (1130-0002-3) on Account# [redacted]

| EMPLOYEE NAME | EMP.NO. | Check Number | Check Amount |
|---|---|---|---|
| OBRIEN, LOIS Y | 0138 | 25008 | |
| KEARLEY, JANICE | 0155 | 25009 | |
| MURPHY, DANIEL | 0159 | 25010 | |
| PADRON, ELIZABETH | 0154 | 25011 | |
| SUAREZ, JENNIFER | 0156 | 25012 | |
| HEARNE, KATE | 0158 | 25013 | REDACTED |
| **<br>** DIVISION # TOTALS<br>** AUSTIN MONTESSORI SCHOOL,<br>** | | 6 | |
| ***<br>*** COMPANY TOTALS<br>*** AUSTIN MONTESSORI SCHOOL,<br>*** | | 6 | |

P/E DATE - SEP 15,2010 CHECK DATE - SEP 15,2010

**A196 - AUSTIN MONTESSORI SCHOOL, INC.**

PROC - 004 QTR - 3

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001138

Process Date - SEP 28,2010

# AmCheck Check Register

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | Y T D AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOWNESS, SONAL<br>0100 0104<br>xxx-xx-4479 SEM MO MO<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | -| | | | | | | | | |
| BROWN, AMANDA S<br>0100 0106<br>xxx-xx-6580 SEM S1 S1<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | | | | | | |
| FRIEDMAN, LORI A<br>0100 0114<br>xxx-xx-5718 SEM M2 M2<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | | | | | | |
| GLASGOW, DAWN D<br>0100 0117<br>xxx-xx-4504 SEM M3 M3<br>YTD GROSS: [redacted] | SALARY<br>OTHER<br>TOTALS | | | - | | | | | | | | | |
| GOERTZ, DONALD C<br>0100 0118<br>xxx-xx-4570 SEM MO MO<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | | | | | | |
| GOERTZ, DONNA B<br>0100 0119<br>xxx-xx-5061 SEM MO MO<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | | | | | | |
| MILLER, AMBER T<br>0100 0135<br>xxx-xx-6143 SEM MO MO<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | | | | | | |
| OBRIEN, LOIS Y<br>0100 0138<br>xxx-xx-8288 SEM MO MO<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | | | | | | |

REDACTED

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - SEP 28,2010

# AmCheck Check Register

| EMPLOYEE NAME / DIV DEPT NUM. CLOCK / SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | Y T D AMOUNT | TAXES CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS CURRENT AMOUNT | Y T D AMOUNT | CHECK # / NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PIPPINS, JERRY W<br>0100 0140<br>xxx-xx-1103 SEM M1 M1<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | |
| SNYDER, JOHN<br>0100 0145<br>xxx-xx-9308 SEM M2 M2<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | |
| SUGGS, SHARON E<br>0100 0147<br>xxx-xx-7879 SEM M2 M2<br>YTD GROSS: | REGULAR<br>SALARY<br>TOTALS | | | - | | | | | | | |
| DEPARTMENT # 0100<br>ADMINISTRATION<br>CURRENT PAY TOTALS | SALARY<br><br>TOTALS | | | - | | | REDACTED | | | | |
| GEVIRTZ, JESSE<br>0200 0116<br>xxx-xx-7399 SEM M0 M0<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | |
| KEARLEY, JANICE<br>0200 0155<br>xxx-xx-8584 SEM M3 M3<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | |
| LOGAN, GWENDOLYN<br>0200 0127<br>xxx-xx-8654 SEM M0 M0<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | |
| LOGAN, THOMAS<br>0200 0128<br>xxx-xx-1468 SEM M0 M0<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - SEP 28,2010

# AmCheck Check Register

| EMPLOYEE NAME / DIV DEPT NUM. CLOCK / SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | CURRENT RATE | CURRENT AMOUNT | Y T D HOURS | Y T D AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # / NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAREEN, VERONIQUE M<br>0200 0132<br>xxx-xx-5213 SEM S1 S1<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| SNEED, WILLIAM<br>0200 0144<br>xxx-xx-3809 SEM M2 M2<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0200<br>MIDDLE SCHOOL<br>CURRENT PAY TOTALS | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| DENTON, JOHNNIE<br>0300 0111<br>xxx-xx-1699 SEM S1 S1<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| GOLDEN, CAROLINE<br>0300 0152<br>xxx-xx-8772 SEM S2 S2<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | REDACTED | | | | | |
| JARRELL, KELLY<br>0300 0123<br>xxx-xx-0127 SEM M4 M4<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| MATKIN, MELANIE<br>0300 0133<br>xxx-xx-3566 SEM S1 S1<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0300<br>SUNSET UPPER ELEMENTARY<br>CURRENT PAY TOTALS | SALARY<br><br>TOTALS | | | - | | | | | | | | | |

AMS 001141

**AmCheck Check Register**

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - SEP 28,2010                                                                                Page -    4

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AKEN, JOSEPH 0400  0101 | SALARY | | | | | | | | | | | | |
| xxx-xx-5965 SEM  S0    S0 | | | | | | | | | | | | | |
| YTD GROSS: ▇ | TOTALS | | – | | | | | | | | | | |
| MURPHY, DANIEL 0400  0159 | SALARY | | | | | | | | | | | | |
| xxx-xx-9682 SEM  S0    S0 | | | | | | | | | | | | | |
| YTD GROSS: ▇ | TOTALS | | – | | | | | | | | | | |
| PADRON, ELIZABETH 0400  0154 | SALARY | | | | | | | | | | | | |
| xxx-xx-2367 SEM  S0    S0 | | | | | | | | | | | | | |
| YTD GROSS: ▇ | TOTALS | | – | | | | | | | | | | |
| RIVAS-RIVAS, ERIK A 0400  0141 | SALARY | | | | | | | | | | | | |
| xxx-xx-3879 SEM  S2    S2 | | | | | | | | | | | | | |
| YTD GROSS: ▇ | TOTALS | | – | | | | | | | | | | |
| SUAREZ, JENNIFER 0400  0156 | SALARY | | | | | | | | | | | | |
| xxx-xx-4722 SEM  S0    S0 | | | | | | | | REDACTED | | | | | |
| YTD GROSS: ▇ | TOTALS | | – | | | | | | | | | | |
| WEEKS, AMANDA E 0400  0149 | SALARY | | | | | | | | | | | | |
| xxx-xx-5106 SEM  S1    S1 | | | | | | | | | | | | | |
| YTD GROSS: ▇ | TOTALS | | – | | | | | | | | | | |
| DEPARTMENT # 0400 SUNSET EARLY ELEMENTARY CURRENT PAY TOTALS | SALARY | | | | | | | | | | | | |
| | TOTALS | | – | | | | | | | | | | |
| AGUILAR, SOCORRO A 0500  0100 | SALARY | | | | | | | | | | | | |
| xxx-xx-6238 SEM  S0    S0 | | | | | | | | | | | | | |
| YTD GROSS: ▇ | TOTALS | | – | | | | | | | | | | |
| BOARDMAN, ERIN B 0500  0126 | SALARY | | | | | | | | | | | | |
| xxx-xx-8620 SEM  M4    M4 | | | | | | | | | | | | | |
| YTD GROSS: ▇ | TOTALS | | – | | | | | | | | | | |

P/E DATE - SEP 30,2010    CHECK DATE - SEP 30,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 005    QTR - 3

# AmCheck Check Register

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | CURRENT RATE | CURRENT AMOUNT | Y T D HOURS | Y T D AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COLLINS, MARY ANN<br>0500 0108<br>xxx-xx-1161 SEM M2 M2<br>YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |
| EAGLE, ANGELA<br>0500 0112<br>xxx-xx-6084 SEM M2 M2<br>YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |
| HEARNE, KATE<br>0500 0158<br>xxx-xx-5651 SEM M4 S0<br>YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |
| HUNT, LYNN A<br>0500 0122<br>xxx-xx-0105 SEM S1 S1<br>YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |
| JAHNKE, JESSE<br>0500 0151<br>xxx-xx-5489 SEM M3 M3<br>YTD GROSS: | SALARY<br>TOTALS | | | - | | | | REDACTED | | | | | |
| SOLORIO, MARY Y<br>0500 0146<br>xxx-xx-5216 SEM M0 M0<br>YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0500<br>SUNSET PRIMARY<br>CURRENT PAY TOTALS | SALARY<br>TOTALS | | | - | | | | | | | | | |
| BEASLEY, KIMBERLY D<br>0600 0103<br>xxx-xx-2721 SEM S0 S0<br>YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |
| COLLINS, MARY<br>0600 0150<br>xxx-xx-2495 SEM M3 M3<br>YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - SEP 28,2010

# AmCheck Check Register

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | Y T D AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAHNKEN, AMY E<br>0600 0130<br>xxx-xx-4081 SEM S1 S1<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |
| MCGEE, CHERYL<br>0600 0134<br>xxx-xx-0404 SEM M1 M1<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |
| RUIZ, MARGARITA<br>0600 0143<br>xxx-xx-2877 SEM M1 M1<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0600<br>SUNSET TODDLER<br>CURRENT PAY TOTALS | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |
| GEIL, MARY L<br>0700 0115<br>xxx-xx-1882 SEM M3 M3<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | - | | | | REDACTED | | | | | |
| HARPER, ALEXIS<br>0700 0157<br>xxx-xx-5264 SEM S2 S2<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0700<br>GREAT NORTHERN EARLY<br>CURRENT PAY TOTALS | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |
| FISCHER, BRANDI<br>0800 0113<br>xxx-xx-8035 SEM S5 S5<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |
| HALEY, MEGAN<br>0800 0120<br>xxx-xx-7921 SEM S2 S2<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |

AMS 001144

**AmCheck Check Register**

Process Date - SEP 28,2010

Page -    7

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS RATE | CURRENT AMOUNT | Y T D HOURS AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LONDON, NATALIE<br>0800 0129<br>xxx-xx-7789 SEM S2 S2<br>YTD GROSS: | SALARY<br><br>TOTALS | — | | | | | | | | | |
| MARBLE, LESLIE S<br>0800 0131<br>xxx-xx-2306 SEM M0 M0<br>YTD GROSS: | SALARY<br><br>TOTALS | — | | | | | | | | | |
| MONDA, VALERIE M<br>0800 0137<br>xxx-xx-8924 SEM S1 S1<br>YTD GROSS: | SALARY<br><br>TOTALS | — | | | | | | | | | |
| OSBORNE, CALLIE J<br>0800 0139<br>xxx-xx-4901 SEM S1 S1<br>YTD GROSS: | SALARY<br><br>TOTALS | — | | REDACTED | | | | | | | |
| DEPARTMENT # 0800<br> GREAT NORTHERN PRIMARY<br> CURRENT PAY TOTALS | SALARY<br><br>TOTALS | — | | | | | | | | | |
| COMPANY TOTALS<br> AUSTIN MONTESSORI SCHOOL | SALARY<br><br><br><br>TOTALS | — | | | | | | | | | |

P/E DATE - SEP 30,2010    CHECK DATE - SEP 30,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 005    QTR - 3

AMS 001145

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - SEP 28,2010

# AmCheck Check Register

Page - 1

For Checks Drawn on BANK OF AMERICA (1130-0002-3) on Account# [redacted]

| EMPLOYEE NAME | EMP.NO. | Check Number | Check Amount |
|---|---|---|---|
| MURPHY, DANIEL | 0159 | 25014 | REDACTED |
| PADRON, ELIZABETH | 0154 | 25015 | |
| SUAREZ, JENNIFER | 0156 | 25016 | |
| ** | | | |
| ** DIVISION # TOTALS | | 3 | |
| ** AUSTIN MONTESSORI SCHOOL, | | | |
| ** | | | |
| *** | | | |
| *** COMPANY TOTALS | | 3 | |
| *** AUSTIN MONTESSORI SCHOOL, | | | |
| *** | | | |

P/E DATE - SEP 30,2010 CHECK DATE - SEP 30,2010 **A196 - AUSTIN MONTESSORI SCHOOL, INC.** PROC - 005 QTR - 3

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - OCT 13,2010

# AmCheck Check Register

| EMPLOYEE NAME / DIV DEPT NUM. CLOCK / SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | Y T D AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # / NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOWNESS, SONAL<br>0100 0104<br>xxx-xx-4479 SEM M0 M0<br>YTD GROSS: | SALARY<br>TOTALS | | | | | | | | | | | | |
| BROWN, AMANDA S<br>0100 0106<br>xxx-xx-6580 SEM S1 S1<br>YTD GROSS: | SALARY<br>TOTALS | | | | | | | | | | | | |
| FRIEDMAN, LORI A<br>0100 0114<br>xxx-xx-5718 SEM M2 M2<br>YTD GROSS: | SALARY<br>TOTALS | | | | | | | | | | | | |
| GLASGOW, DAWN D<br>0100 0117<br>xxx-xx-4504 SEM M3 M3<br>YTD GROSS: | SALARY<br>OTHER<br>TOTALS | | | | | | | | | | | | |
| GOERTZ, DONALD C<br>0100 0118<br>xxx-xx-4570 SEM M0 M0<br>YTD GROSS: | SALARY<br>TOTALS | | | | | | | | | | | | |
| GOERTZ, DONNA B<br>0100 0119<br>xxx-xx-5061 SEM M0 M0<br>YTD GROSS: | SALARY<br>TOTALS | | | | | | | | | | | | |
| MILLER, AMBER T<br>0100 0135<br>xxx-xx-6143 SEM M0 M0<br>YTD GROSS: | SALARY<br>TOTALS | | | | | | | | | | | | |
| OBRIEN, LOIS Y<br>0100 0138<br>xxx-xx-8288 SEM M0 M0<br>YTD GROSS: | SALARY<br>TOTALS | | | | | | | | | | | | |

REDACTED

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001147

Process Date - OCT 13,2010

# AmCheck Check Register

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | Y T D AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PIPPINS, JERRY W<br>0100 0140<br>xxx-xx-1103 SEM M1 M1<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |
| SNYDER, JOHN<br>0100 0145<br>xxx-xx-9308 SEM M2 M2<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |
| SUGGS, SHARON E<br>0100 0147<br>xxx-xx-7879 SEM M2 M2<br>YTD GROSS: | REGULAR<br>SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0100<br>ADMINISTRATION<br>CURRENT PAY TOTALS | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |
| GEVIRTZ, JESSE<br>0200 0116<br>xxx-xx-7399 SEM M0 M0<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |
| KEARLEY, JANICE<br>0200 0155<br>xxx-xx-8584 SEM M3 M3<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |
| LOGAN, GWENDOLYN<br>0200 0127<br>xxx-xx-8654 SEM M0 M0<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |
| LOGAN, THOMAS<br>0200 0128<br>xxx-xx-1468 SEM M0 M0<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |

REDACTED

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - OCT 13,2010

# AmCheck Check Register

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | CURRENT RATE | CURRENT AMOUNT | Y T D HOURS | Y T D AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAREEN, VERONIQUE M<br>0200 0132<br>xxx-xx-5213 SEM S1 S1<br>YTD GROSS: | SALARY<br>TOTALS | | | | | | | | | | | | |
| SNEED, WILLIAM<br>0200 0144<br>xxx-xx-3809 SEM M2 M2<br>YTD GROSS: | SALARY<br>TOTALS | | | | | | | | | | | | |
| DEPARTMENT # 0200<br>MIDDLE SCHOOL<br>CURRENT PAY TOTALS | SALARY<br>TOTALS | | | | | | | | | | | | |
| DENTON, JOHNNIE<br>0300 0111<br>xxx-xx-1699 SEM S1 S1<br>YTD GROSS: | SALARY<br>TOTALS | | | | | | | | | | | | |
| GOLDEN, CAROLINE<br>0300 0152<br>xxx-xx-8772 SEM S2 S2<br>YTD GROSS: | SALARY<br>TOTALS | | | | | | | | | | | | |
| JARRELL, KELLY<br>0300 0123<br>xxx-xx-0127 SEM M4 M4<br>YTD GROSS: | SALARY<br>TOTALS | | | | | | | | | | | | |
| MATKIN, MELANIE<br>0300 0133<br>xxx-xx-3566 SEM S1 S1<br>YTD GROSS: | SALARY<br>TOTALS | | | | | | | | | | | | |
| DEPARTMENT # 0300<br>SUNSET UPPER ELEMENTARY<br>CURRENT PAY TOTALS | SALARY<br>TOTALS | | | | | | | | | | | | |

REDACTED

AMS 001149

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - OCT 13,2010

**AmCheck Check Register**

Page -    4

| EMPLOYEE NAME | EARNINGS | CURRENT | | CURRENT | Y T D | | TAXES | CURRENT | Y T D | DEDUCTIONS | CURRENT | Y T D | CHECK # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | | HOURS | RATE | AMOUNT | HOURS | AMOUNT | | AMOUNT | AMOUNT | | AMOUNT | AMOUNT | NET PAY |
| AKEN, JOSEPH | SALARY | | | | | | | | | | | | |
| 0400  0101 | | | | | | | | | | | | | |
| xxx-xx-5965 SEM  S0   S0 | | | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | - | | | | | | | | | | |
| MURPHY, DANIEL | SALARY | | | | | | | | | | | | |
| 0400  0159 | | | | | | | | | | | | | |
| xxx-xx-9682 SEM  S0   S0 | | | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | - | | | | | | | | | | |
| PADRON, ELIZABETH | SALARY | | | | | | | | | | | | |
| 0400  0154 | | | | | | | | | | | | | |
| xxx-xx-2367 SEM  S0   S0 | | | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | - | | | | | | | | | | |
| RIVAS-RIVAS, ERIK A | SALARY | | | | | | | | | | | | |
| 0400  0141 | | | | | | | | | | | | | |
| xxx-xx-3879 SEM  S2   S2 | | | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | - | | | | | | | | | | |
| SUAREZ, JENNIFER | SALARY | | | | | | | REDACTED | | | | | |
| 0400  0156 | | | | | | | | | | | | | |
| xxx-xx-4722 SEM  S0   S0 | | | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | - | | | | | | | | | | |
| WEEKS, AMANDA E | SALARY | | | | | | | | | | | | |
| 0400  0149 | | | | | | | | | | | | | |
| xxx-xx-5106 SEM  S1   S1 | | | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | - | | | | | | | | | | |
| DEPARTMENT # 0400 SUNSET EARLY ELEMENTARY CURRENT PAY TOTALS | SALARY | | | | | | | | | | | | |
| | TOTALS | | | | | | | | | | | | |
| AGUILAR, SOCORRO A | SALARY | | | | | | | | | | | | |
| 0500  0100 | | | | | | | | | | | | | |
| xxx-xx-6238 SEM  S0   S0 | | | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | - | | | | | | | | | | |
| BOARDMAN, ERIN B | SALARY | | | | | | | | | | | | |
| 0500  0126 | | | | | | | | | | | | | |
| xxx-xx-8620 SEM  M4   M4 | | | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | - | | | | | | | | | | |

AMS 001150

Process Date - OCT 13,2010

**AmCheck Check Register**

Page -    5

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COLLINS, MARY ANN 0500 0108 xxx-xx-1161 SEM M2 M2 YTD GROSS: | SALARY TOTALS | | — | | | | | | | | | | |
| EAGLE, ANGELA 0500 0112 xxx-xx-6084 SEM M2 M2 YTD GROSS: | SALARY TOTALS | | — | | | | | | | | | | |
| HEARNE, KATE 0500 0158 xxx-xx-5651 SEM M4 S0 YTD GROSS: | SALARY TOTALS | | — | | | | | | | | | | |
| HUNT, LYNN A 0500 0122 xxx-xx-0105 SEM S1 S1 YTD GROSS: | SALARY TOTALS | | — | | | | | | | | | | |
| JAHNKE, JESSE 0500 0151 xxx-xx-5489 SEM M3 M3 YTD GROSS: | SALARY TOTALS | | — | | | REDACTED | | | | | | | |
| SOLORIO, MARY Y 0500 0146 xxx-xx-5216 SEM M0 M0 YTD GROSS: | SALARY TOTALS | | — | | | | | | | | | | |
| DEPARTMENT # 0500 SUNSET PRIMARY CURRENT PAY TOTALS | SALARY TOTALS | | — | | | | | | | | | | |
| BEASLEY, KIMBERLY D 0600 0103 xxx-xx-2721 SEM S0 S0 YTD GROSS: | SALARY TOTALS | | — | | | | | | | | | | |
| COLLINS, MARY 0600 0150 xxx-xx-2495 SEM M3 M3 YTD GROSS: | SALARY TOTALS | | — | | | | | | | | | | |

P/E DATE - OCT 15,2010    CHECK DATE - OCT 15,2010    **A196 – AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 006    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001151

Process Date - OCT 13,2010

# AmCheck Check Register

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | CURRENT RATE | CURRENT AMOUNT | Y T D HOURS | Y T D AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAHNKEN, AMY E<br>0600 0130<br>xxx-xx-4081 SEM S1 S1<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | | | | | | |
| MCGEE, CHERYL<br>0600 0134<br>xxx-xx-0404 SEM M1 M1<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | | | | | | |
| RUIZ, MARGARITA<br>0600 0143<br>xxx-xx-2877 SEM M1 M1<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0600<br>SUNSET TODDLER<br>CURRENT PAY TOTALS | SALARY<br>TOTALS | | | - | | | | | | | | | |
| GEIL, MARY L<br>0700 0115<br>xxx-xx-1882 SEM M3 M3<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | | | | | | |
| HARPER, ALEXIS<br>0700 0157<br>xxx-xx-5264 SEM S2 S2<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0700<br>GREAT NORTHERN EARLY<br>CURRENT PAY TOTALS | SALARY<br>TOTALS | | | - | | | | | | | | | |
| FISCHER, BRANDI<br>0800 0113<br>xxx-xx-8035 SEM S5 S5<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | | | | | | |
| HALEY, MEGAN<br>0800 0120<br>xxx-xx-7921 SEM S2 S2<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | | | | | | |

REDACTED

AMS 001152

## AmCheck Check Register

Process Date - OCT 13,2010                                                                                      Page -    7

| EMPLOYEE NAME | EARNINGS | CURRENT | | CURRENT | Y T D | | TAXES | CURRENT | Y T D | DEDUCTIONS | CURRENT | Y T D | CHECK # |
| DIV DEPT NUM. CLOCK | | HOURS | RATE | AMOUNT | HOURS | AMOUNT | | AMOUNT | AMOUNT | | AMOUNT | AMOUNT | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LONDON, NATALIE | SALARY | | | | | | | | | | | | |
| 0800  0129 | | | | | | | | | | | | | |
| xxx-xx-7789 SEM S2   S2 | | | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | - | | | | | | | | | | |
| MARBLE, LESLIE S | SALARY | | | | | | | | | | | | |
| 0800  0131 | | | | | | | | | | | | | |
| xxx-xx-2306 SEM M0   M0 | | | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | - | | | | | | | | | | |
| MONDA, VALERIE M | SALARY | | | | | | | | | | | | |
| 0800  0137 | | | | | | | | | | | | | |
| xxx-xx-8924 SEM S1   S1 | | | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | - | | | | | | | | | | |
| OSBORNE, CALLIE J | SALARY | | | | | | | REDACTED | | | | | |
| 0800  0139 | | | | | | | | | | | | | |
| xxx-xx-4901 SEM S1   S1 | | | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | - | | | | | | | | | | |
| DEPARTMENT # 0800 | SALARY | | | | | | | | | | | | |
| GREAT NORTHERN PRIMARY | | | | | | | | | | | | | |
| CURRENT PAY TOTALS | TOTALS | | - | | | | | | | | | | |
| COMPANY TOTALS | SALARY | | | | | | | | | | | | |
| AUSTIN MONTESSORI SCHOOL | | | | | | | | | | | | | |
| | TOTALS | | - | | | | | | | | | | |

P/E DATE - OCT 15,2010    CHECK DATE - OCT 15,2010    **A196 – AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 006    QTR - 4

AMS 001153

Process Date - OCT 13,2010

# AmCheck Check Register

Page - 1

For Checks Drawn on BANK OF AMERICA (1130-0002-3) on Account# [redacted]

| EMPLOYEE NAME | EMP.NO. | Check Number | Check Amount |
|---|---|---|---|
| MURPHY, DANIEL | 0159 | 25017 | |
| PADRON, ELIZABETH | 0154 | 25018 | |
| ** | | | |
| ** DIVISION # TOTALS | | 2 | REDACTED |
| ** AUSTIN MONTESSORI SCHOOL, | | | |
| ** | | | |
| *** | | | |
| *** COMPANY TOTALS | | 2 | |
| *** AUSTIN MONTESSORI SCHOOL, | | | |
| *** | | | |

P/E DATE - OCT 15,2010 CHECK DATE - OCT 15,2010 **A196 - AUSTIN MONTESSORI SCHOOL, INC.** PROC - 006 QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - OCT 27,2010

# AmCheck Check Register

| EMPLOYEE NAME / DIV DEPT NUM. CLOCK / SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | Y T D AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # / NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOWNESS, SONAL 0100 0104 xxx-xx-4479 SEM M0 M0 YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |
| BROWN, AMANDA S 0100 0106 xxx-xx-6580 SEM S1 S1 YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |
| FRIEDMAN, LORI A 0100 0114 xxx-xx-5718 SEM M2 M2 YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |
| GLASGOW, DAWN D 0100 0117 xxx-xx-4504 SEM M3 M3 YTD GROSS: | SALARY<br>OTHER<br>TOTALS | | | - | | | | | | | | | |
| GOERTZ, DONALD C 0100 0118 xxx-xx-4570 SEM M0 M0 YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |
| GOERTZ, DONNA B 0100 0119 xxx-xx-5061 SEM M0 M0 YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |
| MILLER, AMBER T 0100 0135 xxx-xx-6143 SEM M0 M0 YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |
| OBRIEN, LOIS Y 0100 0138 xxx-xx-8288 SEM M0 M0 YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |

REDACTED

P/E DATE - OCT 31,2010 CHECK DATE - OCT 29,2010 **A196 - AUSTIN MONTESSORI SCHOOL, INC.** PROC - 007 QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# AmCheck Check Register

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | Y T D AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PIPPINS, JERRY W<br>0100 0140<br>xxx-xx-1103 SEM M1 M1<br>YTD GROSS: [redacted] | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| SNYDER, JOHN<br>0100 0145<br>xxx-xx-9308 SEM M2 M2<br>YTD GROSS: [redacted] | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| SUGGS, SHARON E<br>0100 0147<br>xxx-xx-7879 SEM M2 M2<br>YTD GROSS: [redacted] | REGULAR<br>SALARY<br>TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0100<br>ADMINISTRATION<br>CURRENT PAY TOTALS | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| GEVIRTZ, JESSE<br>0200 0116<br>xxx-xx-7399 SEM M0 M0<br>YTD GROSS: [redacted] | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| KEARLEY, JANICE<br>0200 0155<br>xxx-xx-8584 SEM M3 M3<br>YTD GROSS: [redacted] | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| LOGAN, GWENDOLYN<br>0200 0127<br>xxx-xx-8654 SEM M0 M0<br>YTD GROSS: [redacted] | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| LOGAN, THOMAS<br>0200 0128<br>xxx-xx-1468 SEM M0 M0<br>YTD GROSS: [redacted] | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| MAREEN, VERONIQUE M<br>0200 0132<br>xxx-xx-5213 SEM S1 S1<br>YTD GROSS: [redacted] | SALARY<br><br>TOTALS | | | - | | | | | | | | | |

REDACTED

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001156

Process Date - OCT 27,2010

# AmCheck Check Register

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | Y T D AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SNEED, WILLIAM<br>0200 0144<br>xxx-xx-3809 SEM M2 M2<br>YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0200<br>MIDDLE SCHOOL<br>CURRENT PAY TOTALS | SALARY<br>TOTALS | | | - | | | | | | | | | |
| DENTON, JOHNNIE<br>0300 0111<br>xxx-xx-1699 SEM S1 S1<br>YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |
| GOLDEN, CAROLINE<br>0300 0152<br>xxx-xx-8772 SEM S2 S2<br>YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |
| JARRELL, KELLY<br>0300 0123<br>xxx-xx-0127 SEM M4 M4<br>YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |
| MATKIN, MELANIE<br>0300 0133<br>xxx-xx-3566 SEM S1 S1<br>YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0300<br>SUNSET UPPER ELEMENTARY<br>CURRENT PAY TOTALS | SALARY<br>TOTALS | | | - | | | | | | | | | |
| AKEN, JOSEPH<br>0400 0101<br>xxx-xx-5965 SEM S0 S0<br>YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |

REDACTED

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001157

Process Date - OCT 27,2010

# AmCheck Check Register

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | CURRENT RATE | CURRENT AMOUNT | Y T D HOURS | Y T D AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MURPHY, DANIEL<br>0400 0159<br>xxx-xx-9682 SEM S0 S0<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | | | | | | |
| PADRON, ELIZABETH<br>0400 0154<br>xxx-xx-2367 SEM S0 S0<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | | | | | | |
| RIVAS-RIVAS, ERIK A<br>0400 0141<br>xxx-xx-3879 SEM S2 S2<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | | | | | | |
| SUAREZ, JENNIFER<br>0400 0156<br>xxx-xx-4722 SEM S0 S0<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | | | | | | |
| WEEKS, AMANDA E<br>0400 0149<br>xxx-xx-5106 SEM S1 S1<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0400<br>SUNSET EARLY ELEMENTARY<br>CURRENT PAY TOTALS | SALARY<br>TOTALS | | | - | | | | | | | | | |
| AGUILAR, SOCORRO A<br>0500 0100<br>xxx-xx-6238 SEM S0 S0<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | | | | | | |
| BOARDMAN, ERIN L<br>0500 0126<br>xxx-xx-8620 SEM M4 M4<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | | | | | | |
| COLLINS, MARY ANN<br>0500 0108<br>xxx-xx-1161 SEM M2 M2<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | - | | | | | | | | | |

REDACTED

AMS 001158

Process Date - OCT 27,2010 | **AmCheck Check Register** | Page - 5

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT<br>HOURS RATE | CURRENT<br>AMOUNT | Y T D<br>HOURS AMOUNT | TAXES | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | DEDUCTIONS | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EAGLE, ANGELA<br>  0500  0112<br>xxx-xx-6084 SEM  M2  M2<br>YTD GROSS: | SALARY<br><br>TOTALS | <br><br>- | | | | | | | | | |
| HEARNE, KATE<br>  0500  0158<br>xxx-xx-5651 SEM  M4  S0<br>YTD GROSS: | SALARY<br><br>TOTALS | <br><br>- | | | | | | | | | |
| HUNT, LYNN A<br>  0500  0122<br>xxx-xx-0105 SEM  S1  S1<br>YTD GROSS: | SALARY<br><br>TOTALS | <br><br>- | | | | | | | | | |
| JAHNKE, JESSE<br>  0500  0151<br>xxx-xx-5489 SEM  M3  M3<br>YTD GROSS: | SALARY<br><br>TOTALS | <br><br>- | | | | | | | | | |
| SOLORIO, MARY Y<br>  0500  0146<br>xxx-xx-5216 SEM  M0  M0<br>YTD GROSS: | SALARY<br><br>TOTALS | <br><br>- | | | REDACTED | | | | | | |
| DEPARTMENT # 0500<br>  SUNSET PRIMARY<br>  CURRENT PAY TOTALS | SALARY<br><br><br>TOTALS | | | | | | | | | | |
| BEASLEY, KIMBERLY D<br>  0600  0103<br>xxx-xx-2721 SEM  S0  S0<br>YTD GROSS: | SALARY<br><br>TOTALS | <br><br>- | | | | | | | | | |
| COLLINS, MARY<br>  0600  0150<br>xxx-xx-2495 SEM  M3  M3<br>YTD GROSS: | SALARY<br><br>TOTALS | <br><br>- | | | | | | | | | |
| MAHNKEN, AMY E<br>  0600  0130<br>xxx-xx-4081 SEM  S1  S1<br>YTD GROSS: | SALARY<br><br>TOTALS | | | | | | | | | | |

P/E DATE - OCT 31,2010    CHECK DATE - OCT 29,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 007    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - OCT 27,2010

# AmCheck Check Register



| EMPLOYEE NAME / DIV DEPT NUM. CLOCK / SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | Y T D AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # / NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MCGEE, CHERYL<br>0600 0134<br>xxx-xx-0404 SEM M1 M1<br>YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |
| RUIZ, MARGARITA<br>0600 0143<br>xxx-xx-2877 SEM M1 M1<br>YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0600<br>SUNSET TODDLER<br>CURRENT PAY TOTALS | SALARY<br>TOTALS | | | - | | | | | | | | | |
| GEIL, MARY L<br>0700 0115<br>xxx-xx-1882 SEM M3 M3<br>YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |
| HARPER, ALEXIS<br>0700 0157<br>xxx-xx-5264 SEM S2 S2<br>YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0700<br>GREAT NORTHERN EARLY<br>CURRENT PAY TOTALS | SALARY<br>TOTALS | | | - | | | | | | | | | |
| FISCHER, BRANDI<br>0800 0113<br>xxx-xx-8035 SEM S5 S5<br>YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |
| HALEY, MEGAN<br>0800 0120<br>xxx-xx-7921 SEM S2 S2<br>YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |
| LONDON, NATALIE<br>0800 0129<br>xxx-xx-7789 SEM S2 S2<br>YTD GROSS: | SALARY<br>TOTALS | | | - | | | | | | | | | |

REDACTED

P/E DATE - OCT 31,2010 CHECK DATE - OCT 29,2010

**A196 - AUSTIN MONTESSORI SCHOOL, INC.**

PROC - 007 QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - OCT 27,2010

# AmCheck Check Register

| EMPLOYEE NAME / DIV DEPT NUM. CLOCK / SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | CURRENT RATE | CURRENT AMOUNT | Y T D HOURS | Y T D AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # / NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MARBLE, LESLIE S<br>0800 0131<br>xxx-xx-2306 SEM MO MO<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | | | | | | | | | | |
| MONDA, VALERIE M<br>0800 0137<br>xxx-xx-8924 SEM S1 S1<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | | | | | | | | | | |
| OSBORNE, CALLIE J<br>0800 0139<br>xxx-xx-4901 SEM S1 S1<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | | | | | | | | | | |
| DEPARTMENT # 0800<br>GREAT NORTHERN PRIMARY<br>CURRENT PAY TOTALS | SALARY<br><br><br>TOTALS | | | | | | | | | | | | |
| COMPANY TOTALS<br>AUSTIN MONTESSORI SCHOOL | SALARY<br><br><br>TOTALS | | | | | | | | | | | | |

REDACTED

P/E DATE - OCT 31,2010 CHECK DATE - OCT 29,2010 **A196 - AUSTIN MONTESSORI SCHOOL, INC.** PROC - 007 QTR - 4

AMS 001161

Process Date - OCT 27,2010

# AmCheck Check Register

Page - 1

For Checks Drawn on BANK OF AMERICA (1130-0002-3) on Account# [redacted]

| EMPLOYEE NAME | EMP.NO. | Check Number | Check Amount |
|---|---|---|---|
| MURPHY, DANIEL | 0159 | 25019 | |
| PADRON, ELIZABETH | 0154 | 25020 | |
| ** | | | |
| ** DIVISION # TOTALS | | 2 | REDACTED |
| ** AUSTIN MONTESSORI SCHOOL, | | | |
| ** | | | |
| *** | | | |
| *** COMPANY TOTALS | | 2 | |
| *** AUSTIN MONTESSORI SCHOOL, | | | |
| *** | | | |

P/E DATE - OCT 31,2010 CHECK DATE - OCT 29,2010 **A196 - AUSTIN MONTESSORI SCHOOL, INC.** PROC - 007 QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001162

Process Date - NOV 9,2010                    **AmCheck Check Register**                           Page -    1

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT<br>HOURS RATE | CURRENT<br>AMOUNT | Y T D<br>HOURS AMOUNT | TAXES | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | DEDUCTIONS | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOWNESS, SONAL<br>  0100  0104<br>xxx-xx-4479 SEM  M0    M0<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| BROWN, AMANDA S<br>  0100  0106<br>xxx-xx-6580 SEM  S1    S1<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| FRIEDMAN, LORI A<br>  0100  0114<br>xxx-xx-5718 SEM  M2    M2<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | - | | | | | | | | |
| GLASGOW, DAWN D<br>  0100  0117<br>xxx-xx-4504 SEM  M3    M3<br>YTD GROSS: | SALARY<br>OTHER<br><br>TOTALS | | - | | REDACTED | | | | | | |
| GOERTZ, DONALD C<br>  0100  0118<br>xxx-xx-4570 SEM  M0    M0<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| GOERTZ, DONNA B<br>  0100  0119<br>xxx-xx-5061 SEM  M0    M0<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| MILLER, AMBER T<br>  0100  0135<br>xxx-xx-6143 SEM  M0    M0<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| OBRIEN, LOIS Y<br>  0100  0138<br>xxx-xx-8288 SEM  M0    M0<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |

P/E DATE - NOV 15,2010   CHECK DATE - NOV 15,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**                    PROC - 008    QTR - 4

AMS 001163

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - NOV 9,2010

# AmCheck Check Register

Page -   2

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS RATE | CURRENT AMOUNT | Y T D HOURS AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PIPPINS, JERRY W 0100  0140 xxx-xx-1103 SEM M1   M1 YTD GROSS: | SALARY TOTALS | – | | | | | | | | | |
| SNYDER, JOHN 0100  0145 xxx-xx-9308 SEM M2   M2 YTD GROSS: | SALARY TOTALS | – | | | | | | | | | |
| SUGGS, SHARON E 0100  0147 xxx-xx-7879 SEM M2   M2 YTD GROSS: | REGULAR SALARY TOTALS | – | | | | | | | | | |
| DEPARTMENT # 0100 ADMINISTRATION CURRENT PAY TOTALS | SALARY TOTALS | – | | | | | | | | | |
| GEVIRTZ, JESSE 0200  0116 xxx-xx-7399 SEM M0   M0 YTD GROSS: | SALARY TOTALS | – | | | REDACTED | | | | | | |
| KEARLEY, JANICE 0200  0155 xxx-xx-8584 SEM M3   M3 YTD GROSS: | SALARY TOTALS | – | | | | | | | | | |
| LOGAN, GWENDOLYN 0200  0127 xxx-xx-8654 SEM M0   M0 YTD GROSS: | SALARY TOTALS | – | | | | | | | | | |
| LOGAN, THOMAS 0200  0128 xxx-xx-1468 SEM M0   M0 YTD GROSS: | SALARY TOTALS | – | | | | | | | | | |
| MAREEN, VERONIQUE M 0200  0132 xxx-xx-5213 SEM S1   S1 YTD GROSS: | SALARY TOTALS | – | | | | | | | | | |

P/E DATE - NOV 15,2010    CHECK DATE - NOV 15,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 008    QTR - 4

AMS 001164

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - NOV 9,2010

# AmCheck Check Register

| EMPLOYEE NAME / DIV DEPT NUM. CLOCK / SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | CURRENT RATE | CURRENT AMOUNT | Y T D HOURS | Y T D AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # / NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SNEED, WILLIAM<br>0200 0144<br>xxx-xx-3809 SEM M2 M2<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | | | | | | | | | | |
| DEPARTMENT # 0200<br>MIDDLE SCHOOL<br>CURRENT PAY TOTALS | SALARY<br>TOTALS | | | | | | | | | | | | |
| DENTON, JOHNNIE<br>0300 0111<br>xxx-xx-1699 SEM S1 S1<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | | | | | | | | | | |
| GOLDEN, CAROLINE<br>0300 0152<br>xxx-xx-8772 SEM S2 S2<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | | | | | | | | | | |
| JARRELL, KELLY<br>0300 0123<br>xxx-xx-0127 SEM M4 M4<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | | | | | | | | | | |
| MATKIN, MELANIE<br>0300 0133<br>xxx-xx-3566 SEM S1 S1<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | | | | | | | | | | |
| DEPARTMENT # 0300<br>SUNSET UPPER ELEMENTARY<br>CURRENT PAY TOTALS | SALARY<br>TOTALS | | | | | | | | | | | | |
| AKEN, JOSEPH<br>0400 0101<br>xxx-xx-5965 SEM S0 S0<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | | | | | | | | | | |
| MURPHY, DANIEL<br>0400 0159<br>xxx-xx-9682 SEM S0 S0<br>YTD GROSS: [redacted] | SALARY<br>TOTALS | | | | | | | | | | | | |

REDACTED

AMS 001165

**AmCheck Check Register**

Process Date - NOV 9,2010

Page -    4

| EMPLOYEE NAME | EARNINGS | CURRENT | | CURRENT | Y T D | | TAXES | CURRENT | Y T D | DEDUCTIONS | CURRENT | Y T D | CHECK # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | | HOURS | RATE | AMOUNT | HOURS | AMOUNT | | AMOUNT | AMOUNT | | AMOUNT | AMOUNT | NET PAY |
| PADRON, ELIZABETH 0400  0154 xxx-xx-2367 SEM S0  S0 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| RIVAS-RIVAS, ERIK A 0400  0141 xxx-xx-3879 SEM S2  S2 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| SUAREZ, JENNIFER 0400  0156 xxx-xx-4722 SEM S0  S0 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| WEEKS, AMANDA E 0400  0149 xxx-xx-5106 SEM S1  S1 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| DEPARTMENT # 0400 SUNSET EARLY ELEMENTARY CURRENT PAY TOTALS | SALARY TOTALS | | | | | | | REDACTED | | | | | |
| AGUILAR, SOCORRO A 0500  0100 xxx-xx-6238 SEM S0  S0 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| BOARDMAN, ERIN L 0500  0126 xxx-xx-8620 SEM M4  M4 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| COLLINS, MARY ANN 0500  0108 xxx-xx-1161 SEM M2  M2 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| EAGLE, ANGELA 0500  0112 xxx-xx-6084 SEM M2  M2 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |

P/E DATE - NOV 15,2010    CHECK DATE - NOV 15,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 008    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - NOV 9,2010

# AmCheck Check Register

| EMPLOYEE NAME / DIV DEPT NUM. CLOCK / SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | Y T D AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # / NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HEARNE, KATE<br>0500 0158<br>xxx-xx-5651 SEM M4 S0<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |
| HUNT, LYNN A<br>0500 0122<br>xxx-xx-0105 SEM S1 S1<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |
| JAHNKE, JESSE<br>0500 0151<br>xxx-xx-5489 SEM M3 M3<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |
| SOLORIO, MARY Y<br>0500 0146<br>xxx-xx-5216 SEM M0 M0<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0500<br>SUNSET PRIMARY<br>CURRENT PAY TOTALS | SALARY<br><br><br>TOTALS | | | - | | | | REDACTED | | | | | |
| BEASLEY, KIMBERLY D<br>0600 0103<br>xxx-xx-2721 SEM S0 S0<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |
| COLLINS, MARY<br>0600 0150<br>xxx-xx-2495 SEM M3 M3<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |
| MAHNKEN, AMY E<br>0600 0130<br>xxx-xx-4081 SEM S1 S1<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |
| MCGEE, CHERYL<br>0600 0134<br>xxx-xx-0404 SEM M1 M1<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |