# EXHIBIT "C"

AMS 000332

☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| Austin Montessori School, Inc. 5006 Sunset Trail Austin, TX 78745 512-892-0253 | $ | **2009** Form 1099-MISC | |
| | 2 Royalties $ | | |
| | 3 Other income $ | 4 Federal income tax withheld $ | Copy C For Payer or State Copy or Copy 2 |
| PAYER'S federal identification number 74-2699667 | RECIPIENT'S identification number ▓▓▓▓ | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ |
| RECIPIENT'S name, address, city and ZIP code Calvin B. Carter ▓▓▓▓ ▓▓▓▓ | 7 Nonemployee compensation $ ▓▓▓▓ | 8 Substitute payments in lieu of dividends or interest $ | For Privacy Act and Paperwork Reduction Act Notice, see the 2009 General Instructions for Forms 1099, 1098, 3921, 3922, 5498, and W-2G. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| | 11 ▓▓▓▓ | 12 ▓▓▓▓ | |
| Account number (see instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form 1099-MISC     Department of the Treasury - Internal Revenue Service

DETACH BEFORE MAILING

---

☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| Austin Montessori School, Inc. 5006 Sunset Trail Austin, TX 78745 512-892-0253 | $ | **2009** Form 1099-MISC | |
| | 2 Royalties $ | | |
| | 3 Other income $ | 4 Federal income tax withheld $ | Copy C For Payer or State Copy or Copy 2 |
| PAYER'S federal identification number 74-2699667 | RECIPIENT'S identification number ▓▓▓▓ | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ |
| RECIPIENT'S name, address, city and ZIP code Cleotilde Maldonado ▓▓▓▓ ▓▓▓▓ | 7 Nonemployee compensation $ ▓▓▓▓ | 8 Substitute payments in lieu of dividends or interest $ | For Privacy Act and Paperwork Reduction Act Notice, see the 2009 General Instructions for Forms 1099, 1098, 3921, 3922, 5498, and W-2G. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| | 11 ▓▓▓▓ | 12 ▓▓▓▓ | |
| Account number (see instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form 1099-MISC     Department of the Treasury - Internal Revenue Service

5112 FORM

AMS 000333

☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| Austin Montessori School, Inc.<br>5006 Sunset Trail<br>Austin, TX 78745<br>512-892-0253 | $<br>2 Royalties<br>$ | **2009**<br>Form **1099-MISC** | **Miscellaneous Income** |

| | | 3 Other income | 4 Federal income tax withheld | |
|---|---|---|---|---|
| | | $ | $ | Copy C |
| PAYER'S federal identification number<br>74-2699667 | RECIPIENT'S identification number<br>[redacted] | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | For Payer or State Copy or Copy 2 |
| RECIPIENT'S name, address, city and ZIP code<br>Donald E. Porter | | 7 Nonemployee compensation<br>[redacted] | 8 Substitute payments in lieu of dividends or interest | For Privacy Act and Paperwork Reduction Act Notice, see the 2009 General Instructions for Forms 1099, 1098, 3921, 3922, 5498, and W-2G. |
| [redacted]<br>[redacted] | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | | 11 | 12 | |
| Account number (see instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form **1099-MISC**    Department of the Treasury - Internal Revenue Service

DETACH BEFORE MAILING

---

☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| Austin Montessori School, Inc.<br>5006 Sunset Trail<br>Austin, TX 78745<br>512-892-0253 | $<br>2 Royalties<br>$ | **2009**<br>Form **1099-MISC** | **Miscellaneous Income** |

| | | 3 Other income | 4 Federal income tax withheld | |
|---|---|---|---|---|
| | | $ | $ | Copy C |
| PAYER'S federal identification number<br>74-2699667 | RECIPIENT'S identification number<br>[redacted] | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | For Payer or State Copy or Copy 2 |
| RECIPIENT'S name, address, city and ZIP code<br>Francisca Tejeda | | 7 Nonemployee compensation<br>[redacted] | 8 Substitute payments in lieu of dividends or interest | For Privacy Act and Paperwork Reduction Act Notice, see the 2009 General Instructions for Forms 1099, 1098, 3921, 3922, 5498, and W-2G. |
| [redacted]<br>[redacted] | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | | 11 | 12 | |
| Account number (see instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form **1099-MISC**    Department of the Treasury - Internal Revenue Service

AMS 000334

| ☐ VOID ☐ CORRECTED | | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>Austin Montessori School, Inc.<br>5006 Sunset Trail<br>Austin, TX 78745<br>512-892-0253 | 1 Rents<br>$<br>2 Royalties<br>$ | OMB No. 1545-0115<br>2009<br>Form 1099-MISC | Miscellaneous Income |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | Copy C<br>For Payer<br>or State Copy<br>or Copy 2 |
| PAYER'S federal identification number<br>74-2699667 | RECIPIENT'S identification number<br>▓▓▓▓ | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ |
| RECIPIENT'S name, address, city and ZIP code<br>Patricia Oriti<br>▓▓▓▓<br>▓▓▓▓ | 7 Nonemployee compensation<br>▓▓▓▓ | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2009 General Instructions for Forms 1099, 1098, 3921, 3922, 5498, and W-2G. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ► ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 ▓▓▓▓ | 12 ▓▓▓▓ | |
| Account number (see instructions) | 2nd TIN not.<br>☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.<br>18 State income<br>$ |

Form 1099-MISC                                          Department of the Treasury - Internal Revenue Service

| ☐ VOID ☐ CORRECTED | | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>Austin Montessori School, Inc.<br>5006 Sunset Trail<br>Austin, TX 78745<br>512-892-0253 | 1 Rents<br>$<br>2 Royalties<br>$ | OMB No. 1545-0115<br>2009<br>Form 1099-MISC | Miscellaneous Income |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | Copy C<br>For Payer<br>or State Copy<br>or Copy 2 |
| PAYER'S federal identification number<br>74-2699667 | RECIPIENT'S identification number<br>▓▓▓▓ | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ |
| RECIPIENT'S name, address, city and ZIP code<br>Paula J. McDermott<br>▓▓▓▓<br>▓▓▓▓ | 7 Nonemployee compensation<br>▓▓▓▓ | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2009 General Instructions for Forms 1099, 1098, 3921, 3922, 5498, and W-2G. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ► ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 ▓▓▓▓ | 12 ▓▓▓▓ | |
| Account number (see instructions) | 2nd TIN not.<br>☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.<br>18 State income<br>$ |

Form 1099-MISC                                          Department of the Treasury - Internal Revenue Service

AMS 000335

| ☐ VOID  ☐ CORRECTED | | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>Austin Montessori School, Inc.<br>5006 Sunset Trail<br>Austin, TX 78745<br>512-892-0253 | 1 Rents<br>$<br>2 Royalties<br>$<br>3 Other income<br>$ | OMB No. 1545-0115<br>2009<br>Form 1099-MISC<br>4 Federal income tax withheld<br>$ | Miscellaneous Income<br><br>Copy C<br>For Payer<br>or State Copy<br>or Copy 2 |
| PAYER'S federal identification number<br>74-2699667 | RECIPIENT'S identification number<br>[redacted] | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address, city and ZIP code<br>Leslie K. Grove<br>[redacted]<br>[redacted] | 7 Nonemployee compensation<br>[redacted]<br>$<br>9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐<br>11 [redacted] | 8 Substitute payments in lieu of dividends or interest<br>$<br>10 Crop insurance proceeds<br>$<br>12 [redacted] | For Privacy Act and Paperwork Reduction Act Notice, see the 2009 General Instructions for Forms 1099, 1098, 3921, 3922, 5498, and W-2G. |
| Account number (see instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form 1099-MISC                                     Department of the Treasury - Internal Revenue Service

| ☐ VOID  ☐ CORRECTED | | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>Austin Montessori School, Inc.<br>5006 Sunset Trail<br>Austin, TX 78745<br>512-892-0253 | 1 Rents<br>$<br>2 Royalties<br>$<br>3 Other income<br>$ | OMB No. 1545-0115<br>2009<br>Form 1099-MISC<br>4 Federal income tax withheld<br>$ | Miscellaneous Income<br><br>Copy C<br>For Payer<br>or State Copy<br>or Copy 2 |
| PAYER'S federal identification number<br>74-2699667 | RECIPIENT'S identification number<br>[redacted] | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address, city and ZIP code<br>Miguel Reyes<br>[redacted]<br>[redacted] | 7 Nonemployee compensation<br>[redacted]<br>$<br>9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐<br>11 [redacted] | 8 Substitute payments in lieu of dividends or interest<br>$<br>10 Crop insurance proceeds<br>$<br>12 [redacted] | For Privacy Act and Paperwork Reduction Act Notice, see the 2009 General Instructions for Forms 1099, 1098, 3921, 3922, 5498, and W-2G. |
| Account number (see instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form 1099-MISC                                     Department of the Treasury - Internal Revenue Service

5112

AMS 000336

☐ VOID ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| Austin Montessori School, Inc.<br>5006 Sunset Trail<br>Austin, TX 78745<br>512-892-0253 | $<br>2 Royalties<br>$ | 2009<br>Form 1099-MISC | Miscellaneous Income |
|  | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | Copy C<br>For Payer<br>or State Copy<br>or Copy 2 |
| PAYER'S federal identification number<br>74-2699667 | RECIPIENT'S identification number | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ |
| RECIPIENT'S name, address, city and ZIP code<br>Charlotte Kroger | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2009 General Instructions for Forms 1099, 1098, 3921, 3922, 5498, and W-2G. |
|  | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
|  | 11 | 12 | |
| Account number (see instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form 1099-MISC                    Department of the Treasury - Internal Revenue Service

---

☐ VOID ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| Austin Montessori School, Inc.<br>5006 Sunset Trail<br>Austin, TX 78745<br>512-892-0253 | $<br>2 Royalties<br>$ | 2009<br>Form 1099-MISC | Miscellaneous Income |
|  | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | Copy C<br>For Payer<br>or State Copy<br>or Copy 2 |
| PAYER'S federal identification number<br>74-2699667 | RECIPIENT'S identification number | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ |
| RECIPIENT'S name, address, city and ZIP code<br>Jerry Pippins | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2009 General Instructions for Forms 1099, 1098, 3921, 3922, 5498, and W-2G. |
|  | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
|  | 11 | 12 | |
| Account number (see instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form 1099-MISC                    Department of the Treasury - Internal Revenue Service

5112 FORM

AMS 000338

| ☐ VOID  ☐ CORRECTED | | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>Austin Montessori School, Inc.<br>5006 Sunset Trail<br>Austin, TX 78745<br>512-892-0253 | 1 Rents<br>$<br>2 Royalties<br>$<br>3 Other income<br>$ | OMB No. 1545-0115<br>**2010**<br>Form **1099-MISC**<br>4 Federal income tax withheld<br>$ | **Miscellaneous Income**<br><br>**Copy C**<br>For Payer<br>or State Copy<br>or Copy 2 |
| PAYER'S federal identification number<br>74-2699667 | RECIPIENT'S identification number<br>[redacted] | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address, city and ZIP code<br><br>Paula J. McDermott<br><br>[redacted]<br><br>[redacted] | 7 Nonemployee compensation<br>[redacted]<br>$<br>9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐<br>11 [redacted] | 8 Substitute payments in lieu of dividends or interest<br>$<br>10 Crop insurance proceeds<br>$<br>12 [redacted] | For Privacy Act and Paperwork Reduction Act Notice, see the 2010 General Instructions for Certain Information Returns. |
| Account number (see instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form **1099-MISC**    Department of the Treasury - Internal Revenue Service

| ☐ VOID  ☐ CORRECTED | | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>Austin Montessori School, Inc.<br>5006 Sunset Trail<br>Austin, TX 78745<br>512-892-0253 | 1 Rents<br>$<br>2 Royalties<br>$<br>3 Other income<br>$ | OMB No. 1545-0115<br>**2010**<br>Form **1099-MISC**<br>4 Federal income tax withheld<br>$ | **Miscellaneous Income**<br><br>**Copy C**<br>For Payer<br>or State Copy<br>or Copy 2 |
| PAYER'S federal identification number<br>74-2699667 | RECIPIENT'S identification number<br>[redacted] | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address, city and ZIP code<br><br>Sheilah Murphy<br><br>[redacted]<br><br>[redacted] | 7 Nonemployee compensation<br>[redacted]<br>$<br>9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐<br>11 [redacted] | 8 Substitute payments in lieu of dividends or interest<br>$<br>10 Crop insurance proceeds<br>$<br>12 [redacted] | For Privacy Act and Paperwork Reduction Act Notice, see the 2010 General Instructions for Certain Information Returns. |
| Account number (see instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form **1099-MISC**    LMC    5112    Department of the Treasury - Internal Revenue Service

AMS 000339

☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| Austin Montessori School, Inc.<br>5006 Sunset Trail<br>Austin, TX 78745<br>512-892-0253 | $ | **2010**<br>Form 1099-MISC | Miscellaneous Income |
| | 2 Royalties $ | | |
| | 3 Other income $ | 4 Federal income tax withheld $ | Copy C |
| PAYER'S federal identification number 74-2699667 | RECIPIENT'S identification number ▇▇▇ | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | For Payer or State Copy or Copy 2 |
| RECIPIENT'S name, address, city and ZIP code<br>Charlotte Kroger<br>▇▇▇<br>▇▇▇ | 7 Nonemployee compensation ▇▇▇ | 8 Substitute payments in lieu of dividends or interest $ | For Privacy Act and Paperwork Reduction Act Notice, see the 2010 General Instructions for Certain Information Returns. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| | 11 ▇▇▇ | 12 ▇▇▇ | |
| Account number (see instructions)   2nd TIN not. ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form **1099-MISC**                Department of the Treasury - Internal Revenue Service

---

☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| Austin Montessori School, Inc.<br>5006 Sunset Trail<br>Austin, TX 78745<br>512-892-0253 | $ | **2010**<br>Form 1099-MISC | Miscellaneous Income |
| | 2 Royalties $ | | |
| | 3 Other income $ | 4 Federal income tax withheld $ | Copy C |
| PAYER'S federal identification number 74-2699667 | RECIPIENT'S identification number ▇▇▇ | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | For Payer or State Copy or Copy 2 |
| RECIPIENT'S name, address, city and ZIP code<br>Cleotilde Maldonado<br>▇▇▇<br>▇▇▇ | 7 Nonemployee compensation ▇▇▇ | 8 Substitute payments in lieu of dividends or interest $ | For Privacy Act and Paperwork Reduction Act Notice, see the 2010 General Instructions for Certain Information Returns. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| | 11 ▇▇▇ | 12 ▇▇▇ | |
| Account number (see instructions)   2nd TIN not. ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form **1099-MISC**       LMC            5112        Department of the Treasury - Internal Revenue Service

AMS 000340

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| Austin Montessori School, Inc.<br>5006 Sunset Trail<br>Austin, TX 78745<br>512-892-0253 | $<br>2 Royalties<br>$ | 2010<br>Form 1099-MISC | Miscellaneous Income |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | Copy C<br>For Payer |
| PAYER'S federal identification number<br>74-2699667 | RECIPIENT'S identification number<br>▓▓▓▓ | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | or State Copy or Copy 2 |
| RECIPIENT'S name, address, city and ZIP code<br>Donald E. Porter<br><br>▓▓▓▓▓<br><br>▓▓▓▓▓ | 7 Nonemployee compensation<br>▓▓▓▓<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2010 General Instructions for Certain Information Returns. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 ▓▓▓ | 12 ▓▓▓ | |
| Account number (see instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form 1099-MISC                                                                                                   Department of the Treasury - Internal Revenue Service

---

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| Austin Montessori School, Inc.<br>5006 Sunset Trail<br>Austin, TX 78745<br>512-892-0253 | $<br>2 Royalties<br>$ | 2010<br>Form 1099-MISC | Miscellaneous Income |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | Copy C<br>For Payer |
| PAYER'S federal identification number<br>74-2699667 | RECIPIENT'S identification number<br>▓▓▓ | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | or State Copy or Copy 2 |
| RECIPIENT'S name, address, city and ZIP code<br>Francisca Tejeda.<br><br>▓▓▓▓▓<br><br>▓▓▓▓▓ | 7 Nonemployee compensation<br>▓▓▓<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2010 General Instructions for Certain Information Returns. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 ▓▓▓ | 12 ▓▓▓ | |
| Account number (see instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form 1099-MISC        LMC                                     5112              Department of the Treasury - Internal Revenue Service

AMS 000341

## Form 1099-MISC (2010) — Miscellaneous Income — Copy C

☐ VOID  ☐ CORRECTED

**PAYER'S name, street address, city, state, ZIP code, and telephone no.**
Austin Montessori School, Inc.
5006 Sunset Trail
Austin, TX 78745
512-892-0253

OMB No. 1545-0115
Form 1099-MISC

**PAYER'S federal identification number:** 74-2699667
**RECIPIENT'S identification number:** [redacted]

**RECIPIENT'S name, address, city and ZIP code:**
Jerry Pippins, General Contractor

Copy C — For Payer or State Copy or Copy 2

For Privacy Act and Paperwork Reduction Act Notice, see the 2010 General Instructions for Certain Information Returns.

Department of the Treasury - Internal Revenue Service

---

☐ VOID  ☐ CORRECTED

**PAYER'S name, street address, city, state, ZIP code, and telephone no.**
Austin Montessori School, Inc.
5006 Sunset Trail
Austin, TX 78745
512-892-0253

OMB No. 1545-0115
Form 1099-MISC

**PAYER'S federal identification number:** 74-2699667
**RECIPIENT'S identification number:** [redacted]

**RECIPIENT'S name, address, city and ZIP code:**
Leslie K. Grove

Box 7 Nonemployee compensation: [redacted]

Copy C — For Payer or State Copy or Copy 2

For Privacy Act and Paperwork Reduction Act Notice, see the 2010 General Instructions for Certain Information Returns.

Form 1099-MISC    LMC    5112    Department of the Treasury - Internal Revenue Service

AMS 000342

☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| Austin Montessori School, Inc.<br>5006 Sunset Trail<br>Austin, TX 78745<br>512-892-0253 | $<br>2 Royalties<br>$ | **2010**<br>Form 1099-MISC | Miscellaneous Income |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | Copy C |
| PAYER'S federal identification number<br>74-2699667 | RECIPIENT'S identification number | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | For Payer or State Copy or Copy 2 |
| RECIPIENT'S name, address, city and ZIP code<br>Barbara Weiss | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2010 General Instructions for Certain Information Returns. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 | 12 | |
| Account number (see instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form **1099-MISC**                                                   Department of the Treasury - Internal Revenue Service

---

☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| Austin Montessori School, Inc.<br>5006 Sunset Trail<br>Austin, TX 78745<br>512-892-0253 | $<br>2 Royalties<br>$ | **2010**<br>Form 1099-MISC | Miscellaneous Income |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | Copy C |
| PAYER'S federal identification number<br>74-2699667 | RECIPIENT'S identification number | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | For Payer or State Copy or Copy 2 |
| RECIPIENT'S name, address, city and ZIP code<br>Calvin B. Carter | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2010 General Instructions for Certain Information Returns. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 | 12 | |
| Account number (see instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form **1099-MISC**         LMC                    5112         Department of the Treasury - Internal Revenue Service

AMS 000343

## Form 1099-MISC (2010) — Copy C

☐ VOID   ☐ CORRECTED

**PAYER'S name, street address, city, state, ZIP code, and telephone no.**
Austin Montessori School, Inc.
5006 Sunset Trail
Austin, TX 78745
512-892-0253

**PAYER'S federal identification number:** 74-2699667

**RECIPIENT'S identification number:** [redacted]

**RECIPIENT'S name, address, city and ZIP code:**
Miguel Reyes

OMB No. 1545-0115
2010
Form 1099-MISC
**Miscellaneous Income**

Copy C
For Payer
or State Copy
or Copy 2

1 Rents
2 Royalties
3 Other income
4 Federal income tax withheld
5 Fishing boat proceeds
6 Medical and health care payments
7 Nonemployee compensation: [redacted]
8 Substitute payments in lieu of dividends or interest
9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐
10 Crop insurance proceeds
11 [redacted]
12 [redacted]
13 Excess golden parachute payments
14 Gross proceeds paid to an attorney
15a Section 409A deferrals
15b Section 409A income
16 State tax withheld
17 State/Payer's state no.
18 State income

Department of the Treasury - Internal Revenue Service

---

☐ VOID   ☐ CORRECTED

**PAYER'S name, street address, city, state, ZIP code, and telephone no.**
Austin Montessori School, Inc.
5006 Sunset Trail
Austin, TX 78745
512-892-0253

**PAYER'S federal identification number:** 74-2699667

**RECIPIENT'S identification number:** [redacted]

**RECIPIENT'S name, address, city and ZIP code:**
Patricia Oriti

OMB No. 1545-0115
2010
Form 1099-MISC
**Miscellaneous Income**

Copy C
For Payer
or State Copy
or Copy 2

1 Rents
2 Royalties
3 Other income
4 Federal income tax withheld
5 Fishing boat proceeds
6 Medical and health care payments
7 Nonemployee compensation: [redacted]
8 Substitute payments in lieu of dividends or interest
9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐
10 Crop insurance proceeds
11 [redacted]
12 [redacted]
13 Excess golden parachute payments
14 Gross proceeds paid to an attorney
15a Section 409A deferrals
15b Section 409A income
16 State tax withheld
17 State/Payer's state no.
18 State income

Form 1099-MISC   LMC   5112   Department of the Treasury - Internal Revenue Service

| 9595 | ☐ VOID | ☐ CORRECTED | | | |
|---|---|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>Austin Montessori School, Inc.<br>5006 Sunset Trail<br>Austin, TX 78745<br>512-892-0253 | | 1 Rents<br>$<br>2 Royalties<br>$<br>3 Other income<br>$ | OMB No. 1545-0115<br>2010<br>Form 1099-MISC<br>4 Federal income tax withheld<br>$ | | Miscellaneous Income<br><br>Copy A<br>For Internal Revenue Service Center<br>File with Form 1096. |
| PAYER'S federal identification number<br>74-2699667 | RECIPIENT'S identification number | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | | |
| RECIPIENT'S name<br>Lucinda Castillo | | 7 Nonemployee compensation<br>9008.00<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | | For Privacy Act and Paperwork Reduction Act Notice, see the 2010 General Instructions for Certain Information Returns. |
| Street address (including apt. no.) | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | | |
| City, state, and ZIP code | | 11 | 12 | | |
| Account number (see instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ | |

Form 1099-MISC    LMA    41-0852411    5110    Department of the Treasury - Internal Revenue Service

AMS 000511