IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CAROLINE CLARK

    PLAINTIFF

V.                                                                C.A. NO. A-12-CV-007-SS

AUSTIN MONTESSORI SCHOOL, INC.

    DEFENDANT

## ORDER GRANTING
## DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

On this day, came on to be heard defendant Austin Montessori School, Inc.'s motion for partial summary judgment, and, after considering the motion, the response, if any, and the evidence on file, the Court is of the opinion that the motion should be granted. It is therefore,

ORDERED, ADJUDGED and DECREED that defendant Austin Montessori School, Inc.'s motion for partial summary judgment is GRANTED and that Caroline Clark takes nothing from Austin Montessori School, Inc. under her claim against it pursuant to the Family Medical Leave Act.

SIGNED this the _____ day of _____, 2012.

_____
U.S. DISTRICT JUDGE, SAM SPARKS

APPROVED AS TO FORM AND SUBSTANCE:


___/s/   *Bryan P. Marshall*_____
Stephanie O'Rourke
Texas State Bar No. 15310800
sorourke@cbylaw.com
Bryan P. Marshall
Texas State Bar No. 24034552
bmarshall@cbylaw.com
Cokinos, Bosien & Young
10999 West IH-10, Suite 800
San Antonio, Texas  78230
T (210) 293-8700
F (210) 293-8733

ATTORNEYS FOR DEFENDANT