# Exhibit 11

AMS 000231

10/13/2011

## AUSTIN MONTESSORI SCHOOL
### STAFF LIST 2008-2009

**JONES ROAD/SUNSET TRAIL:**
2904 & 2906 Jones Road; 5006-5016 Sunset Trail   78745                    892-0253

Johnnie Denton, Upper Elementary Guide

Nick Pippins, Assistant

John Snyder, Upper Elementary Guide/ Upper Elementary Coordinator

Kelly Jarrell, Assistant

Erik Rivas-Rivas, Early Elementary Guide

Lindsay Porter, Assistant

Joseph Aken, Early Elementary Guide

Natalie London, Assistant

Caroline Clark, Children's House Guide

Jackie Howard, Assistant

Francoise Sansoni, Children's House Guide

Mary Ann Collins, Assistant

Yvonne Solorio, Children's House Guide

Erin Boardman, Assistant

Margarita Ruiz, Youngest Children's Guide

Kate Hearne, Assistant

Kodie Beasley, Youngest Children's Guide

Amy Mahnken, Assistant/Clubhouse Assistant

Angela Eagle, Casita Leader

Lynn Hunt, Casita Assistant

Mandy Klein, Clubhouse Leader/Childcare Licensing Director

Kjersti Burnham, Shuttle/Bus Driver


**ADOLESCENT COMMUNITY**
5677 Oak Blvd.   78735                    892-0826

Thomas Logan, Guide

Veronique Mareen, Instructor

Jesse Gevirtz, Instructor

Dill Sneed, Instructor

Eric Breeding, Assistant/Club Mundi Leader

AMS 000232

10/13/2011

**GREAT NORTHERN:**
6817 & 6819 Great Northern 78757                     323-2313  and    450-1940

| Name | Phone |
|---|---|
| Mary Long Gell, Early Elementary Guide | ▓▓▓ ▓ |
| Sasha Marble, Assistant | ▓▓ |
| Valerie Monda, Children's House Guide | ▓▓ |
| Brandi Fischer, Assistant | ▓▓ |
| Nancy Scott, Children's House Guide | ▓▓ |
| Jennifer Schiller, Assistant | ▓▓ |
| Socorro Aguilar, Children's House Casita Leader | ▓▓ |
| Adam Aguirre, Clubhouse Leader and Casita Assistant | ▓▓ |
| Amanda Brown, Campus Coordinator | ▓▓ |
| Calvin Carter, Caretaker | ▓▓ |

**ADMINISTRATION & OFFICE:**
5006 Sunset Trail  78745                     892-0253

| Name | Phone |
|---|---|
| Donna Bryant Goertz, Founder/Director | ▓▓ |
| Donald Goertz, Executive Director | ▓▓ |
| Dawn Glasgow, Administrative Executive | ▓▓ |
| Janna Banks, Director of Business Operations | ▓▓ |
| Amber Miller, Director of Admissions/Parent Liaison | ▓▓ |
| Jerry Pippins, Maintenance Supervisor | ▓▓ |
| Lois O'Brien, Office Manager | ▓▓ |
| Donna Romine, Director of Campus Operations | ▓▓ |
| Cheryl McGee, Children's House Coordinator | ▓▓ |
| Lori Friedman, Communications/Development | ▓▓ |
| Sonal Downess, Librarian/Communications Coordinator | ▓▓ |
| Elizabeth Suggs, Administrative Assistant | ▓▓ |
| Gwen Logan, Parent Infant Education | ▓▓ |
| Leslie Grove, Elementary Coordinator/School Counselor | ▓▓ |

**SPECIAL LESSONS:**

| Name | Phone |
|---|---|
| Stephanie Hunt, Strings | ▓▓ |
| Leah Zeger, Strings | ▓▓ |
| Brooke Whitmore, Piano | ▓▓ |
| Jenny Chang, Piano | ▓▓ |
| Debra Groves, Piano | ▓▓ |

AMS 000233

10/13/2011

## AUSTIN MONTESSORI SCHOOL
### STAFF LIST 2009-2010

### JONES ROAD/SUNSET TRAIL:
2904 & 2906 Jones Road; 5006-5016 Sunset Trail  78745                892-0253

Johnnie Denton, Upper Elementary Guide

Margie Breckwoldt, Assistant

Kelly Jarrell, Upper Elementary Guide

Melanie Matkin, Assistant

Erik Rivas-Rivas, Early Elementary Guide

Kate Swope, Assistant

Joseph Aken, Early Elementary Guide

Megan Haley, Assistant

Caroline Clark, Children's House Guide

Erin Dean, Assistant

Cheryl McGee, Children's House Guide

Mary Ann Collins, Assistant

Yvonne Solorio, Children's House Guide

Erin Boardman, Assistant

Margarita Ruiz, Youngest Children's Guide

Kate Hearne, Assistant

Kadie Deasley, Youngest Children's Guide

Amy Mabnken, Assistant/Clubhouse Assistant

Angela Eagle, Casita Leader

Lynn Hunt, Casita Assistant

Mandy Klein, Clubhouse Leader/Childcare Licensing Director

Judy Johnson, Shuttle/Bus Driver

### ADOLESCENT COMMUNITY
5677 Oak Blvd.  78735                892-0826

Thomas Logan, Guide

Veronique Mareen, Instructor
                                35
Jesse Gevirtz, Instructor

Bill Sneed, Instructor

Rachel Davison, Instructor

AMS 000234

10/13/2011

**GREAT NORTHERN:**
6817 & 6819 Great Northern  78757                    323-2313  and    450-1940
Mary Long Geil, Early Elementary Guide

Sasha Marble, Assistant

Valerie Monda, Children's House Guide

Callie Osborne, Assistant

Natalie London, Children's House Guide

Brandi Fischer, Assistant

Socorro Aguilar, Children's House Casita Leader

Rebecca Kaiser, Clubhouse Leader and Casita Assistant

Amanda Brown, Campus Coordinator

Calvin Carter, Caretaker

**ADMINISTRATION & OFFICE:**
5006 Sunset Trail  78745                                              892-0253
Donna Bryant Goertz, Founder/Director

Donald Goertz, Executive Director

Dawn Glasgow, Administrative Executive

Janna Banks, Director of Business Operations

Amber Miller, Director of Admissions/Parent Liaison

Lori Friedman, Assistant to Director of Admissions

Jerry Pipplns, Maintenance Supervisor

Lois O'Brien, Office Manager

Donna Romine, Director of Campus Operations

Sonal Bowness, Librarian/Communications Coordinator

Gwen Logan, Parent Infant Education/Club Mundi

John Snyder, Elementary Coordinator

Charlotte Kroger, Children's House Mentor

Leslie Grove, School Counselor

Patricia Oriti, Consultant

**SPECIAL LESSONS:**
Stephanie Hunt, Strings

Leah Zeger, Strings

Brooks Whitmore, Piano

Debra Groves, Piano

AMS 000235

10/13/2011

## AUSTIN MONTESSORI SCHOOL
### STAFF LIST 2010-2011

**JONES ROAD/SUNSET TRAIL:**
2904 & 2906 Jones Road; 5006-5016 Sunset Trail  78745                                    892-0253

Johnnie Denton, Upper Elementary Guide

Caroline Golden, Assistant

Kelly Jarrell, Upper Elementary Guide

Melanie Matkin, Assistant

Erik Rivas-Rivas, Early Elementary Guide

Elizabeth Padron, Assistant

Joseph Aken, Early Elementary Guide

Jennifer Suarez, Assistant

Jesse Jahnke, Children's House Guide

Socorro Aguilar, Assistant

Cheryl McGee, Children's House Guide

Mary Ann Collins, Assistant

Yvonne Solorio, Children's House Guide

Amy Mahnken, Assistant

Margarita Ruiz, Youngest Children's Guide

Kate Hearne, Assistant

Katie Beasley, Youngest Children's Guide

Mary Collins, Assistant

Angela Eagle, Casita Leader

Lynn Hunt, Casita Assistant

Mandy Klein, Clubhouse Leader/Childcare Licensing Director

Daniel Murphy, Clubhouse Assistant

Lucinda Castillo, Shuttle/Bus Driver

**ADOLESCENT COMMUNITY**
5677 Oak Blvd.   78735                                    892-0826

Thomas Logan, Instructor

Veronique Mareen,  Instructor

Jesse Gevirtz,  Instructor

Bill Sneed,  Instructor

Janice Kearley, Assistant - morning

Shellah Murphy, Instructor — PT

AMS 000236

10/13/2011

**GREAT NORTHERN:**
6817& 6819 Great Northern  78757                    323-2313  and    450-1940
Mary Long Geil, Early Elementary Guide

Sasha Marble, Assistant

Valerie Monda, Children's House Guide

Callie Osborne, Assistant

Natalie Loudon, Children's House Guide

Brandi Fischer, Assistant

Meg Haley, Children's House Casita Leader

Alexis Harper, Clubhouse Leader

Amanda Brown, Campus Coordinator

**ADMINISTRATION & OFFICE:**
5006 Sunset Trail  78745                             892-0253
Donna Bryant Goertz, Founder/Director Emeriti

Donald Goertz, Executive Director

Dawn Glasgow, Administrative Executive

Amber Miller, Director of Admissions/Parent Liaison

Lori Friedman, Assistant to Director of Admissions

Jerry Pippins, Maintenance Supervisor

Lois O'Brien, Office Manager

Elizabeth Suggs, Campus Coordinator-PT

Erin Boardman, Campus Coordinator-PT-afternoon

Sonal Bowness, Librarian/Communications Coordinator

Gwen Logan, Parent Infant Education/Club Mundi

John Snyder, Elementary

Charlotte Kroger, Children's House Mentor/Consultant

Leslie Grove, School Counselor

Patricia Oriti, Consultant

**SPECIAL LESSONS:**
Lani Hamilton, Strings

Megan Canney, Strings

Brooks Whitmore, Piano

Debra Groves, Piano

# Exhibit 12



Austin Montessori School

*annual*

*report*

**2008-2009**

## Our Students

**Youngest Children's Communities**
*22 Students*
Ages 18 months - 3 years

**Children's House Communities**
*140 Students*
Ages 3 - 6 years

*337 Students Total*

**Early Elementary Communities**
*85 Students*
Ages 6 - 9 years

**Upper Elementary Communities**
*51 Students*
Ages 9 - 12 years

**Adolescent Community**
*39 Students*
Ages 12 - 15 years

We serve 23 classroom communities ranging in age
from 18 months to 15 years of age:

*Sunset Trail/Jones Road Campus*
Youngest Children's Community: 2
Children's House Community: 3
Early Elementary Community: 2
Upper Elementary Community: 2

*Great Northern Campus*
Children's House Community: 2
Early Elementary Community: 1
Gaines Creek Campus
Adolescent Community: 1

5

## Our Staff

### Administrative & Support Staff

Donald Goertz, *Executive Director*
Donna Bryant Goertz, *Founder/Director*
Dawn Glasgow, *Administrative Executive*
Amber Miller, *Director of Admissions*
Janna Banks, *Director of Business Operations*
John Snyder, *Elementary Coordinator*
Lois O'Brien, *Office Manager*
Jerry Pippins, *Maintenance Supervisor*
Donna Romine, *Campus Operations*
Amanda Brown, *Great Northern Campus Operations*
Lori Friedman, *Assistant to Director of Admissions*
Sonal Boswness, *Librarian/Publications Coordinator*
Kjersti Burkham, *Shuttle Bus Driver*

Cheryl McGee, *Children's House IYT Coordinator*
Leslie Grove, *School Counselor*
Patricia Crist, *Consultant*
Brooke Whitmore, *Piano*
Leah Zeger, *Strings*
Stephanie Hunt, *Strings*
Debra Groves, *Piano*
Calvin Carter, *Caretaker*
Juan and Francesca Tejeda, *Caretaker*
Clroulde Maldonado, *Caretaker*
Miguel Reyes, *Caretaker*

### Board of Directors

Donald C. Goertz
Donna Bryant Goertz
Marianne Palotti

### Guides & Assistants

*Youngest Children's Communities*
Margarita Ruiz, *Guide*
Kate Hearne, *Assistant*
Kadie Beasley, *Guide*
Amy Mahnken, *Assistant*

*Children's House Communities*
Valerie Monda, *Guide*
Brandi Fischer, *Assistant*
Nancy Scott, *Guide*
Jennifer Schiller, *Assistant*
Caroline Clark, *Guide*
Jackie Howard, *Assistant*
Francoise Sansoni, *Guide*
Mary Ann Collins, *Assistant*
Yvonne Soloria, *Guide*
Erin Boardman, *Assistant*

*Early Elementary Communities*
Mary Long Ceil, *Guide*
Sasha Mathle, *Assistant*
Erik Rivas-Rivas, *Guide*
Lindsay Porter, *Assistant*
Joseph Aiken, *Guide*
Natalie Landon, *Assistant*

*Upper Elementary Communities*
Johnnie Denton, *Guide*
Nick Pippins, *Assistant*
Julia Snyder, *Guide*
Kelly Jarrell, *Assistant*

*Adolescent Community*
Thomas Logan, *Instructor*
Jesse Gevirtz, *Instructor*
Veronique Marcen, *Instructor*
Bill Sneed, *Instructor*

*After-School Care*
Angela Buple, *Casita Leader*
Lynn Hunt, *Casita Assistant*
Socorro Aguilar, *Casita Leader*
Mandy Klein, *Clubhouse Leader*
Amy Maluken, *Clubhouse Assistant*
Adam Aguirre, *Clubhouse Leader*
Tota Miranda, *Clubhouse Leader*



*Has received an AMI diploma on at least one level
**Has attended the North American Teacher's Association Orientation to Adolescence Training

4

# Exhibit 13

# 2009-2010

## Austin Montessori School
# Annual Report



# Our Staff

## Administrative & Support Staff

Donald Goertz, *Executive Director*
Donna Bryant Goertz, *Founder/Director**
Dawn Glasgow, *Administrative Executive*
Amber Miller, *Director of Admissions*
Janua Banks, *Director of Business Operations**
John Snyder, *Elementary Coordinator**
Lois O'Brien, *Office Manager*
Jerry Pippins, *Maintenance Supervisor*
Donna Romine, *Campus Operations**
Amanda Brown, *Great Northern Campus Operations*
Lori Friedman, *Assistant to Director of Admissions*
Sonal Bowness, *Librarian/Publications Coordinator*
Gwen Logan, *Parent Infant Education/Club Mundi**
Judy Johnson, *Shuttle Bus Driver*
Lucinda Castillo, *Shuttle Bus Driver*

Charlotte Kroger, *Children's House Mentor/ Consultant**
Leslie Grove, *School Counselor*
Patricia Oriti, *Consultant**
Brooks Whitmore, *Piano*
Leah Zeger, *Strings*
Stephanie Hunt, *Strings*
Debra Groves, *Piano*
Calvin Carter, *Caretaker*
Juan and Francesca Tejeda, *Caretakers*
Cleotilde Maldonado, *Caretaker*
Miguel Reyes, *Caretaker*

## Board of Directors

Donald C. Goertz
Donna Bryant Goertz
Marianne Palotti



*Has received an AMI diploma on at least one level
**Has attended the North American Montessori Teacher's Association Orientation to Adolescence Training

## Guides & Assistants

*Youngest Children's Communities*
Margarita Ruiz, *Guide**
Kate Hearne, *Assistant*
Kadie Beasley, *Guide*
Amy Mahnken, *Assistant*

*Children's House Communities*
Valerie Monda, *Guide**
Callie Osborne, *Assistant*
Natalie London, *Guide**
Brandi Fischer, *Assistant*
Caroline Clark, *Guide**
Socorro Aguilar, *Assistant*
Cheryl McGee, *Guide**
Mary Ann Collins, *Assistant*
Yvonne Solorio, *Guide**
Erin Boardman, *Assistant*

*Early Elementary Communities*
Mary Long Geil, *Guide**
Sasha Marble, *Assistant*
Erik Rivas-Rivas, *Guide**
Kate Swope, *Assistant*
Joseph Akeo, *Guide**
Erin Dean, *Assistant**

*Upper Elementary Communities*
Johnnie Denton, *Guide**
Margie Brechwaldt, *Assistant**
Kelly Jarrell, *Guide**
Melanie Matkin, *Assistant*

*Adolescent Community*
Thomas Logan, *Instructor***
Jesse Gevirtz, *Instructor***
Veronique Mareen, *Instructor***
Bill Sneed, *Instructor***
Rachel Davison, *Instructor*

*After-School Care*
Angela Eagle, *Casita Leader**
Lynn Hunt, *Casita Assistant*
Toto Miranda, *Casita Assistant*
Megan Haley, *Casita Leader*
Rebecca Kaiser, *Casita Assistant*
Mandy Klein, *Clubhouse Leader/ Childcare Licensing Director*

# Our Students

## Adolescent Community
Gaines Creek
Ages 12 - 15 years
**51 students**
39 students

## Upper Elementary Communities
Nova, Terra
Ages 9 - 12 years
**46 students**
51 students

## Early Elementary Communities
Birdsong, Heartsong, Windsong
Ages 6 - 9 years
**90 students**
85 students

## Children's House Communities
Cypress Cottage, Laurel Cottage, Pomegranate Cottage, Persimmon Cottage, Redbud Cottage
Ages 3 - 6 years
**130 students**
140 students

## Youngest Children's Communities
Butterfly Garden, Hummingbird Garden
Ages 18 months - 3 years
**30 students**
22 students



**367 Total** Students in 2009-2010
**337 Total** Students in 2008-2009



# Exhibit 14



Case 1:12-cv-00007-SS    Document 29-4    Filed 07/31/12    Page 16 of 16

# Our Staff

# Our Students

## Administrative & Support Staff

Donald Goertz, *Executive Director*
Donna Bryant Goertz, *Founder**
Dawn Glasgow, *Administrative Executive*
Amber Miller, *Director of Admissions*
John Snyder, *Elementary Pedagogical Director**
Lois O'Brien, *Office Manager*
Jerry Pippins, *Maintenance Supervisor*
Erin Boardman, *Campus Operations*
Elizabeth Suggs, *Campus Operations**
Amanda Brown, *Great Northern Campus Operations*
Lori Friedman, *Assistant to Director of Admissions*
Sonal Bowness, *Librarian/Publications Coordinator*
Gwen Logan, *Parent Infant Education/Club Mundi**
Lucinda Castillo, *Shuttle Bus Driver*
Charlotte Kroger, *Children's House Mentor/Consultant**
Leslie Grove, *School Counselor/Elementary Mentor*
Patricia Orio, *Consultant**

Megan Canney, *Strings*
Lani Hamilton, *Strings*
Brooks Whitmore, *Piano*
Debra Groves, *Piano*

Juan, Francesca & Robert Tejeda, *Caretakers*
Miguel Reyes, *Caretaker*
Cleotilde Maldonado, *Caretaker*

## Board of Directors

Donald C. Goertz
Donna Bryant Goertz*
Marianne Palotti

## Guides & Assistants

**Youngest Children's Communities**
Margarita Ruiz, *Guide**
Kate Hoarne, *Assistant*
Kadie Beasley, *Guide*
Mary Collins, *Assistant*

**Children's House Communities**
Valerie Morala, *Guide**
Callie Osborne, *Assistant*
Natalie London, *Guide**
Brandi Fischer, *Assistant*
Jesse Juhnke, *Guide**
Socorro Aguilar, *Assistant*
Cheryl McGee, *Guide**
Mary Ann Collins, *Assistant*
Yvonne Solorio, *Guide**
Amy Mahnken, *Assistant*

**Early Elementary Communities**
Mary Long Geil, *Guide**
Sasha Marble, *Assistant*
Erik Rivas-Rivas, *Guide**
Elizabeth Padron, *Assistant*
Joseph Aken, *Guide**
Jennifer Suarez, *Assistant**

**Upper Elementary Communities**
Johnnie Denton, *Guide**
Caroline Golden, *Assistant*
Kelly Jarrell, *Guide**
Audie Alcorn, *Assistant**

**Adolescent Community**
Thomas Logan, *Instructor***
Jesse Gewirtz, *Instructor***
Veronique Maroon, *Instructor***
Bill Sneed, *Instructor***
Sheilah Murphy, *Instructor*
Janice Kearley, *Assistant*

**After-School Care**
Angela Faglie, *Casita Leader**
Lynn Hunt, *Casita Assistant*
Megan Haley, *Casita Leader*
Alexis Harper, *Clubhouse Leader*
Luisa Congor, *Clubhouse Leader*
Mandy Klein, *Clubhouse Leader/Childcare Licensing Director*

*Has received an AMI diploma on at least one level
**Has attended the North American Montessori Teacher's Association Orientation to Adolescence Training

### Early Elementary Communities
Ages 6 - 9 years

Birdsong, Heartsong & Windsong

**80 students**

### Children's House Communities
Ages 3 - 6 years

Cypress, Laurel, Redbud, Pomegranate & Persimmon Cottages

**135 students**

### Upper Elementary Communities
Ages 9 - 12 years

Nova & Terra

**57 students**

### Youngest Children's Communities
Ages 18 months - 3 years

Butterfly & Hummingbird Gardens

**31 students**

### Adolescent Community
Ages 12 - 15 years

Gaines Creek

**43 students**

346 Total Students in 2010-2011

