# Exhibit 15

AMS 000260

| Void ☐ | a Employee's social security number | OMB No. 1545-0003 YA7 | | 0205 |
|---|---|---|---|---|

| b Employer identification number (EIN) | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 74-2699667 | | |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC 5006 SUNSET TRAIL AUSTIN, TX 78745 | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 7 Social security tips | 8 Allocated tips |

| d Control number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|
| 0205    12/YA7 | | |

| e Employee's first name and initial | Last name | Suff. | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|---|---|
| GILBERTO F | MIRANDA | | | |

13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐

14 Other

12b
12c
12d

f Employee's address and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| TX | | | | | | |

Form **W-2** Wage and Tax Statement **2009**
Copy D—For Employer.

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see the back of Copy D.

---

| Void ☐ | a Employee's social security number | OMB No. 1545-0003 YA7 | | 0158 |
|---|---|---|---|---|

| b Employer identification number (EIN) | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 74-2699667 | | |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC 5006 SUNSET TRAIL AUSTIN, TX 78745 | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 7 Social security tips | 8 Allocated tips |

| d Control number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|
| 0158    12/YA7 | | |

| e Employee's first name and initial | Last name | Suff. | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|---|---|
| VALERIE K | MONDA | | | E |

13 Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐

14 Other

12b
12c
12d

f Employee's address and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| TX | | | | | | |

Form **W-2** Wage and Tax Statement **2009**
Copy D—For Employer.

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see the back of Copy D.

# Exhibit 16

AMS 000314

**Copy B—To Be Filed With Employee's FEDERAL Tax Return.**

OMB No. 1545-0008

b Employer ID number (EIN)
74-2699667

c Employer's name, address, and ZIP code
AUSTIN MONTESSORI SCHOOL, INC.
5006 SUNSET TRAIL
AUSTIN, TX 78745

d Control number
TX01361

e Employee's name, address, and ZIP code
GILBERTO F. MIRANDA

TX APPLIED FOR

Form W-2 Wage and Tax Statement     2010     Dept. of the Treasury — IRS
This information is being furnished to the Internal Revenue Service.

**Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return.**

OMB No. 1545-0008

b Employer ID number (EIN)
74-2699667

c Employer's name, address, and ZIP code
AUSTIN MONTESSORI SCHOOL, INC.
5006 SUNSET TRAIL
AUSTIN, TX 78745

d Control number
TX01361

e Employee's name, address, and ZIP code
GILBERTO F. MIRANDA

TX APPLIED FOR

Form W-2 Wage and Tax Statement     2010     Dept. of the Treasury — IRS

**Copy C—For EMPLOYEE'S RECORDS (See Notice to Employee.)**

OMB No. 1545-0008

b Employer ID number (EIN)
74-2699667

c Employer's name, address, and ZIP code
AUSTIN MONTESSORI SCHOOL, INC.
5006 SUNSET TRAIL
AUSTIN, TX 78745

d Control number
TX01361

e Employee's name, address, and ZIP code
GILBERTO F. MIRANDA

TX APPLIED FOR

Form W-2 Wage and Tax Statement     2010     Dept. of the Treasury — IRS

**Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return.**

OMB No. 1545-0008

b Employer ID number (EIN)
74-2699667

c Employer's name, address, and ZIP code
AUSTIN MONTESSORI SCHOOL, INC.
5006 SUNSET TRAIL
AUSTIN, TX 78745

d Control number
TX01361

e Employee's name, address, and ZIP code
GILBERTO F. MIRANDA

TX APPLIED FOR

Form W-2 Wage and Tax Statement     2010     Dept. of the Treasury — IRS

# Exhibit 17

AMS 001201

8:32 AM
07/18/12

## Austin Montessori School, Inc.
## 1099 Summary
### January through December 2009

| | Box 3: Other Income | Box 7: Nonemployee Compensation | Uncategorized | TOTAL |
|---|---|---|---|---|
| Andrew Glasgow | 0.00 | 0.00 | 444.99 | 444.99 |
| Barbara Weiss | | | | |
| Calvin B. Carter | | | | |
| Charlotte Kroger | | | | |
| Cleotilde Maldonado | | | | |
| Donald E. Porter | | | | |
| Francisca Tejeda. | | | | |
| Jerry Pippins | | | | |
| Leslie K. Grove | | | | |
| Miguel Reyes | | | | |
| Patricia Oriti | | | | |
| Paula J. McDermott | | | | |
| TOTAL | | | | |

REDACTED

Page 1 of 1

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# Exhibit 18

AMS 001202

8:36 AM
07/18/12

## Austin Montessori School, Inc.
## 1099 Summary
### January through December 2010

| | Box 3: Other Income | Box 7: Nonemployee Compensation | Uncategorized | TOTAL |
|---|---|---|---|---|
| Andrew Glasgow | 0.00 | 0.00 | 74.65 | 74.65 |
| Barbara Weiss | | | | |
| Calvin B. Carter | | | | |
| Charlotte Kroger | | | | |
| Cleotilde Maldonado | | | | |
| Donald E. Porter | | | | |
| Francisca Tejeda. | | | | |
| Jerry Pippins | | | | |
| Jerry Pippins, General Co | | | | |
| Leslie K. Grove | | | | |
| Lucinda Castillo | | | | |
| Miguel Reyes | | | | |
| Patricia Oriti | | | | |
| Paula J. McDermott | | | | |
| Sheilah Murphy | | | | |
| TOTAL | | | | |

REDACTED

Page 1 of 1

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# Exhibit 19

AMS 000345

3/28/2011                          Texas Workforce Commission's Unempl...

Texas Workforce Commission's Unemployment Tax Services
Employer's Quarterly Report - Filed on Apr 30, 2009

# *** EMPLOYER FILE COPY ***

As of  March 28, 2011 02:41 PM

The amounts displayed may be different than those submitted when the report was filed, due to transactions that were applied later.

---

## Wage Report - Period Jan Feb Mar 2009

TWC Tax Account Number:          06-763253-8

Employer:                        AUSTIN MONTESSORI MIDDLE SCHOOL INC
                                 5014 SUNSET TRL
                                 AUSTIN, TX 78746-1319

Report Due Date:                 Apr 30, 2009

Payment Due Date:                Apr 30, 2009

Receipt Date:                    Timely

Filed On:                        Apr 30, 2009

Filed By:                        - - -

Were any wages reported to another state for any of your          No
employees during 2009?

---

## Wage Report Information

Number of Employees:

    Jan 2009:                 50

    Feb 2009:                 50

    Mar 2009:                 49

Texas County:                    TRAVIS

---

## Employee Wage Summary

Texas Total Wages Reported:                               ▓▓▓▓▓▓

Texas Taxable Wages:                                      ▓▓▓▓▓▓

## Tax Summary

Tax Rate:                                                 0.36%

Tax = Texas Taxable Wages x Tax Rate

Tax:                                                      ▓▓▓▓▓▓

Late Reporting Penalty:                                   $0.00

Late Payment Interest:                                    $0.00

---

Report Amount:                                            ▓▓▓▓▓▓

AMS 000346

3/28/2011                                    Texas Workforce Commission's Unempl...

Employee Wage Details - Filed on April 30, 2009

1-49 of 49

| | Name | Texas Total Gross Wages |
|---|---|---|
| 1 | Mohnken, A E | |
| 2 | Mcgee, C | |
| 3 | Sansoni, F | |
| 4 | Scott, N J | |
| 5 | Wheeler, K | |
| 6 | Beasley, K D | |
| 7 | Logan, G | |
| 8 | Mier, A T | |
| 9 | Friedman, L A | |
| 10 | Weeks, A E | |
| 11 | Snyder, J | |
| 12 | Porter, L | |
| 13 | Brown, A S | |
| 14 | Pippins, N | |
| 15 | Schiller, J A | |
| 16 | Denton, J | |
| 17 | Romine, D | |
| 18 | Gasgow, D D | |
| 19 | Obrien, L Y | |
| 20 | Goertz, D B | |
| 21 | Pippins, J W | |
| 22 | Larson, E B | |
| 23 | Sneed, W | |
| 24 | Jerret, K | |
| 25 | Howard, J | |
| 26 | London, N | |
| 27 | Bowness, S | |
| 28 | Hearne, K | |
| 29 | Gevirtz, J | |
| 30 | Sclerio, M Y | |
| 31 | Ruiz, M | |
| 32 | Aken, J | |
| 33 | Logan, T W | |
| 34 | Rivasrivas, E A | |
| 35 | Miranda, G F | |
| 36 | Suggs, S E | |
| 37 | Collins, M A | |
| 38 | Hunt, L A | |
| 39 | Goertz, D C | |
| 40 | Banks, J S | |
| 41 | Gei, M L | |
| 42 | Eagle, A | |
| 43 | Aguilar, S A | |

...state.tx.us/.../wageReportHistory.do?...

AMS 000347

3/28/2011                                    Texas Workforce Commission's Unempl...

| | | | | |
|---|---|---|---|---|
| 44 | | Marble, L S | | |
| 45 | | Monda, V M | | |
| 46 | | Fischer, B | | |
| 47 | | Breeding, E D | | |
| 48 | | Clark, C A | | |
| 49 | | Moreon, V M | | |
| | | Report Totals | | |

# \*\*\* EMPLOYER FILE COPY \*\*\*

AMS 000348

3/28/2011                          Texas Workforce Commission's Unempl...

Texas Workforce Commission's Unemployment Tax Services
Employer's Quarterly Report - Filed on July 31, 2009

# *** EMPLOYER FILE COPY ***

As of March 28, 2011 02:40 PM

The amounts displayed may be different than those submitted when the report was filed, due to transactions that were applied later.

## Wage Report - Period Apr May Jun 2009

| | |
|---|---|
| TWC Tax Account Number: | 06-753253-8 |
| Employer: | AUSTIN MONTESSORI MIDDLE SCHOOL INC<br>5014 SUNSET TRL<br>AUSTIN, TX 78745-1319 |
| Report Due Date: | Jul 31, 2009 |
| Payment Due Date: | Jul 31, 2009 |
| Receipt Date: | Timely |
| Filed On: | Jul 31, 2009 |
| Filed By: | --- |
| Were any wages reported to another state for any of your employees during 2009? | No |

## Wage Report Information

| | |
|---|---|
| Number of Employees: | |
| Apr 2009: | 50 |
| May 2009: | 50 |
| Jun 2009: | 48 |
| Texas County: | TRAVIS |

## Employee Wage Summary

| | |
|---|---|
| Texas Total Wages Reported: | ▓▓▓▓ |
| Texas Taxable Wages: | ▓▓▓▓ |

## Tax Summary

| | |
|---|---|
| Tax Rate: | 0.36% |

Tax = Texas Taxable Wages x Tax Rate

| | |
|---|---|
| Tax: | ▓▓▓ |
| Late Reporting Penalty: | $0.00 |
| Late Payment Interest: | $0.00 |

| | |
|---|---|
| Report Amount: | ▓▓▓ |

AMS 000349

3/28/2011                                    Texas Workforce Commission's Unempl...

Employee Wage Details - Filed on July 31, 2009

1-49 of 49

|  |  | S.S.Jt. | Name | Texas Total Gross Wages |
|--|--|--|--|--|
| 1 |  |  | Mahoken, A E |  |
| 2 |  |  | Mcgee, C |  |
| 3 |  |  | Sansoni, F |  |
| 4 |  |  | Scott, N J |  |
| 5 |  |  | Wheeler, K |  |
| 6 |  |  | Beasley, K D |  |
| 7 |  |  | Logan, G |  |
| 8 |  |  | Miler, A T |  |
| 9 |  |  | Friedman, L A |  |
| 10 |  |  | Weeks, A E |  |
| 11 |  |  | Snyder, J |  |
| 12 |  |  | Porter, L |  |
| 13 |  |  | Brown, A S |  |
| 14 |  |  | Pippins, N |  |
| 15 |  |  | Schiller, J A |  |
| 16 |  |  | Denton, J |  |
| 17 |  |  | Romine, D |  |
| 18 |  |  | Glasgow, D D |  |
| 19 |  |  | Obrien, L Y |  |
| 20 |  |  | Goertz, D B |  |
| 21 |  |  | Pippins, J W |  |
| 22 |  |  | Larson, E B |  |
| 23 |  |  | Sneed, W |  |
| 24 |  |  | Jarrell, K |  |
| 25 |  |  | Howard, J |  |
| 26 |  |  | London, N |  |
| 27 |  |  | Bowness, S |  |
| 28 |  |  | Hearne, K |  |
| 29 |  |  | Gevitz, J |  |
| 30 |  |  | Sobrio, M Y |  |
| 31 |  |  | Ruiz, M |  |
| 32 |  |  | Aken, J |  |
| 33 |  |  | Logan, T W |  |
| 34 |  |  | Rivasives, E A |  |
| 35 |  |  | Miranda, G F |  |
| 36 |  |  | Suggs, S E |  |
| 37 |  |  | Collins, M A |  |
| 38 |  |  | Hunt, L A |  |
| 39 |  |  | Goertz, D C |  |
| 40 |  |  | Banks, J S |  |
| 41 |  |  | Gel, M L |  |
| 42 |  |  | Eagle, A |  |
| 43 |  |  | Aguilar, S A |  |

AMS 000350

3/28/2011                     Texas Workforce Commission's Unempl...

| 44 | | Marble, L S | |
| 45 | | Monda, V M | |
| 46 | | Fischer, B | |
| 47 | | Breeding, E D | |
| 48 | | Clark, C A | |
| 49 | | Marcen, V M | |
| | | Report Totals | |

# *** EMPLOYER FILE COPY ***

AMS 000351

3/28/2011                    Texas Workforce Commission's Unempl...

Texas Workforce Commission
Employer's Quarterly Report

# *** EMPLOYER FILE COPY ***

As of March 28, 2011 02:38 PM

The amounts displayed may be different than those submitted when the report was filed, due to transactions that were applied later.

## Wage Report - Period Jul Aug Sep 2009

| | |
|---|---|
| TWC Tax Account Number: | 06-753253-8 |
| Employer: | AUSTIN MONTESSORI MIDDLE SCHOOL INC |
| | 5014 SUNSET TRL |
| | AUSTIN, TX 78745-1319 |
| Report Due Date: | Nov 02, 2009 |
| Payment Due Date: | Nov 02, 2009 |
| Receipt Date: | Timely |
| Filed On: | Oct 31, 2009 |
| Filed By: | - - - |
| Were any wages reported to another state for any of your employees during 2003? | No |

## Wage Report Information

| | |
|---|---|
| Number of Employees: | |
| Jul 2009: | 42 |
| Aug 2009: | 48 |
| Sep 2009: | 49 |
| Texas County: | TRAVIS |

## Employee Wage Summary

| | |
|---|---|
| Texas Total Wages Reported: | ▓▓▓▓ |
| Texas Taxable Wages: | ▓▓▓▓ |

## Tax Summary

| | |
|---|---|
| Tax Rate: | 0.36% |
| Tax = Texas Taxable Wages x Tax Rate | . |
| Tax: | ▓▓▓ |
| Late Reporting Penalty: | $0.00 |
| Late Payment Interest: | $0.00 |

| | |
|---|---|
| Report Amount: | ▓▓▓ |

...state.tx.us/.../wageReportHistory.do?...                    1/3

AMS 000352

3/28/2011                         Texas Workforce Commission's Unempl...

Employee Wage Details - Filed on October 31, 2009

1-55 of 55

| | Name | Texas Total Gross Wages |
|---|---|---|
| 1 | Mahrken, A E | |
| 2 | Matkin, M | |
| 3 | Davison, R | |
| 4 | Mogse, C | |
| 5 | Sansom, F | |
| 6 | Scott, N J | |
| 7 | Beasley, K D | |
| 8 | Logan, G | |
| 9 | Miler, A T | |
| 10 | Friedman, L A | |
| 11 | Johnson, J | |
| 12 | Weeks, A E | |
| 13 | Dean, E M | |
| 14 | Snyder, J | |
| 15 | Porter, L | |
| 16 | Brown, A S | |
| 17 | Pippins, N | |
| 18 | Schiller, J A | |
| 19 | Denton, J | |
| 20 | Romine, D | |
| 21 | Glasgow, D D | |
| 22 | Obrien, L Y | |
| 23 | Goertz, D B | |
| 24 | Pippins, J W | |
| 25 | Larson, E B | |
| 26 | Sneed, W | |
| 27 | Jarrell, K | |
| 28 | London, N | |
| 29 | Bowness, S | |
| 30 | Hearne, K | |
| 31 | Gevirtz, J | |
| 32 | Solorio, M Y | |
| 33 | Swope, K J | |
| 34 | Ruiz, M | |
| 35 | Allen, J | |
| 36 | Logan, T W | |
| 37 | Rivasrivas, E A | |
| 38 | Mranda, G F | |
| 39 | Suggs, S E | |
| 40 | Collins, M A | |
| 41 | Hunt, L A | |
| 42 | Goertz, D C | |
| 43 | Banks, J S | |

AMS 000353



3/28/2011    Texas Workforce Commission's Unempl...

| | | |
|---|---|---|
| 44 | Osborne, G J | |
| 45 | Haley, M | |
| 46 | Gell, M L | |
| 47 | Kaiser, R | |
| 48 | Brechwaldt, M | |
| 40 | Eagle, A | |
| 50 | Aguilar, S A | |
| 51 | Marble, L S | |
| 52 | Monda, V M | |
| 53 | Fischer, B | |
| 54 | Clark, C A | |
| 55 | Mareen, V M | |
| | Report Totals | |

# \*\*\* EMPLOYER FILE COPY \*\*\*

AMS 000354

3/28/2011                                    Texas Workforce Commission's Unempl...

Texas Workforce Commission's Unemployment Tax Services
Employer's Quarterly Report

# *** EMPLOYER FILE COPY ***

As of March 28, 2011 02:38 PM

The amounts displayed may be different than those submitted when the report was filed, due to transactions that were applied later.

## Wage Report - Period Oct Nov Dec 2009

| | |
|---|---|
| TWC Tax Account Number: | 06-753253-8 |
| Employer: | AUSTIN MONTESSORI MIDDLE SCHOOL INC<br>5014 SUNSET TRL<br>AUSTIN, TX 78745-1319 |
| Report Due Date: | Feb 01, 2010 |
| Payment Due Date: | Feb 01, 2010 |
| Receipt Date: | Timely |
| Filed On: | Jan 31, 2010 |
| Filed By: | - - - |
| Were any wages reported to another state for any of your employees during 2009? | No |

## Wage Report Information

Number of Employees:

| | |
|---|---|
| Oct 2009: | 49 |
| Nov 2009: | 49 |
| Dec 2009: | 48 |
| Texas County: | TRAVIS |

## Employee Wage Summary

| | |
|---|---|
| Texas Total Wages Reported: | ▮▮▮▮ |
| Texas Taxable Wages: | ▮▮▮▮ |

## Tax Summary

| | |
|---|---|
| Tax Rate: | 0.36% |

Tax = Texas Taxable Wages x Tax Rate

| | |
|---|---|
| Tax: | ▮▮▮▮ |
| Late Reporting Penalty: | $0.00 |
| Late Payment Interest: | $0.00 |

| | |
|---|---|
| Report Amount: | ▮▮▮▮ |

...state.tx.us/.../WageReportHistory.do?...                                    1/3

AMS 000355

3/28/2011                                    Texas Workforce Commission's Unempl...

Employee Wage Details - Filed on January 31, 2010

1-49 of 49

| | | Name | Texas Total Gross Wages | |
|---|---|---|---|---|
| 1 | | Mahnken, A E | | |
| 2 | | Maltin, M | | |
| 3 | | Davison, R | | |
| 4 | | Mcgee, C | | |
| 5 | | Beasley, K D | | |
| 6 | | Logan, G | | |
| 7 | | Miler, A T | | |
| 8 | | Friedman, L A | | |
| 9 | | Johnson, J | | |
| 10 | | Weeks, A E | | |
| 11 | | Dean, EM | | |
| 12 | | Snyder, J | | |
| 13 | | Brown, A S | | |
| 14 | | Denton, J | | |
| 15 | | Romine, D | | |
| 16 | | Glasgow, D D | | |
| 17 | | Obrien, L Y | | |
| 18 | | Goertz, D B | | |
| 19 | | Pippins, J W | | |
| 20 | | Larson, E B | | |
| 21 | | Sneed, W | | |
| 22 | | Jarrel, K | | |
| 23 | | London, N | | |
| 24 | | Bowness, S | | |
| 25 | | Hearne, K | | |
| 26 | | Gevirtz, J | | |
| 27 | | Soborio, M Y | | |
| 28 | | Swope, K J | | |
| 29 | | Ruiz, M | | |
| 30 | | Aken, J | | |
| 31 | | Logan, T W | | |
| 32 | | Rivasrivas, E A | | |
| 33 | | Miranda, G F | | |
| 34 | | Collins, M A | | |
| 35 | | Hunt, L A | | |
| 36 | | Goertz, D C | | |
| 37 | | Benka, J S | | |
| 38 | | Osborne, C J | | |
| 39 | | Haley, M | | |
| 40 | | Gail, M L | | |
| 41 | | Keller, R | | |
| 42 | | Brechwald, M | | |
| 43 | | Eagle, A | | |

AMS 000356

3/28/2011                               Texas Workforce Commission's Unempl...

| | | | | |
|---|---|---|---|---|
| 44 | | Aguilar, S A | | |
| 45 | | Marble, L S | | |
| 46 | | Morda, V M | | |
| 47 | | Fischer, B | | |
| 48 | | Clark, C A | | |
| 49 | | Maroen, V M | | |
| | | Report Totals | | |

# *** EMPLOYER FILE COPY ***

# Exhibit 20

AMS 000358

3/28/2011                          Texas Workforce Commission's Unempl...

Texas Workforce Commission's Unemployment Tax Services
Employer's Quarterly Report

# *** EMPLOYER FILE COPY ***

As of March 28, 2011 02:38 PM

The amounts displayed may be different than those submitted when the report was filed, due to transactions that were applied later.

## Wage Report - Period Jan Feb Mar 2010

| | |
|---|---|
| TWC Tax Account Number: | 06-753253-8 |
| Employer: | AUSTIN MONTESSORI MIDDLE SCHOOL INC |
| | 6014 SUNSET TRL |
| | AUSTIN, TX 78745-4319 |
| Report Due Date: | Apr 30, 2010 |
| Payment Due Date: | Apr 30, 2010 |
| Receipt Date: | Apr 30, 2010 |
| Filed On: | Apr 30, 2010 |
| Filed By: | - - - |
| Were any wages reported to another state for any of your employees during 2010? | No |

## Wage Report Information

| | |
|---|---|
| Number of Employees: | |
| Jan 2010: | 48 |
| Feb 2010: | 47 |
| Mar 2010: | 47 |
| Texas County: | TRAVIS |

## Employee Wage Summary

| | |
|---|---|
| Texas Total Wages Reported: | ▓▓▓▓▓ |
| Texas Taxable Wages: | ▓▓▓▓▓ |

## Tax Summary

| | |
|---|---|
| Tax Rate: | 1.20% |
| Tax = Texas Taxable Wages x Tax Rate | |
| Tax: | ▓▓▓▓ |
| Late Reporting Penalty: | $0.00 |
| Late Payment Interest: | $8.54 |
| Report Amount: | ▓▓▓▓ |

AMS 000359

3/28/2011                              Texas Workforce Commission's Unempl...

**Employee Wage Details - Filed on April 30, 2010**

1-49 of 49

| | | Name | Texas Total Gross Wages | |
|---|---|---|---|---|
| 1 | | Mahakon, A E | | |
| 2 | | Matin, M | | |
| 3 | | Davison, R | | |
| 4 | | Mcgee, C | | |
| 5 | | Beesley, K D | | |
| 6 | | Logan, G | | |
| 7 | | Miler, A T | | |
| 8 | | Friedman, L A | | |
| 9 | | Johnson, J | | |
| 10 | | Weeks, A E | | |
| 11 | | Dean, E M | | |
| 12 | | Snyder, J | | |
| 13 | | Brown, A S | | |
| 14 | | Denton, J | | |
| 15 | | Ramire, D | | |
| 16 | | Glasgow, D D | | |
| 17 | | Obrien, L Y | | |
| 18 | | Goertz, D B | | |
| 19 | | Pippins, J W | | |
| 20 | | Larson, E B | | |
| 21 | | Sneed, W | | |
| 22 | | Jarrell, K | | |
| 23 | | London, N | | |
| 24 | | Bowness, S | | |
| 25 | | Hearne, K | | |
| 26 | | Gevatz, J | | |
| 27 | | Soloria, M Y | | |
| 28 | | Swope, K J | | |
| 29 | | Ruiz, M | | |
| 30 | | Allen, J | | |
| 31 | | Logan, T W | | |
| 32 | | Rivasrivas, E A | | |
| 33 | | Miranda, G F | | |
| 34 | | Colins, M A | | |
| 35 | | Hart, L A | | |
| 36 | | Goertz, D C | | |
| 37 | | Banks, J S | | |
| 38 | | Osborne, C J | | |
| 39 | | Haley, M | | |
| 40 | | Gel, M L | | |
| 41 | | Kaiser, R | | |
| 42 | | Breckwoldt, M | | |
| 43 | | Eagle, A | | |

AMS 000360

3/28/2011                          Texas Workforce Commission's Unempl...

| | | | |
|---|---|---|---|
| 44 | | Aguilar, S A | |
| 45 | | Marble, L S | |
| 46 | | Monde, V M | |
| 47 | | Fischer, B | |
| 48 | | Clark, C A | |
| 49 | | Mareen, V M | |
| | | Report Totals | |

# *** EMPLOYER FILE COPY ***

AMS 000361

3/28/2011                          Texas Workforce Commission's Unempl...

Texas Workforce Commission's Unemployment Tax Services
Employer's Quarterly Report - Filed on July 31, 2010

# *** EMPLOYER FILE COPY ***

As of March 28, 2011 02:38 PM

The amounts displayed may be different than those submitted when the report was filed, due to transactions that were applied later.

---

### Wage Report - Period Apr May Jun 2010

| | |
|---|---|
| TWC Tax Account Number: | 06-753253-8 |
| Employer: | AUSTIN MONTESSORI MIDDLE SCHOOL INC<br>6014 SUNSET TRL<br>AUSTIN, TX 78745-1318 |
| Report Due Date: | Aug 02, 2010 |
| Payment Due Date: | Aug 02, 2010 |
| Receipt Date: | Jul 31, 2010 |
| Filed On: | Jul 31, 2010 |
| Filed By: | - - - |
| Were any wages reported to another state for any of your employees during 2010? | No |

### Wage Report Information

| | |
|---|---|
| Number of Employees: | |
| Apr 2010: | 47 |
| May 2010: | 47 |
| Jun 2010: | 43 |
| Texas County: | TRAVIS |

### Employee Wage Summary

| | |
|---|---|
| Texas Total Wages Reported: | |
| Texas Taxable Wages: | |

### Tax Summary

| | |
|---|---|
| Tax Rate: | 1.20% |
| Tax = Texas Taxable Wages x Tax Rate | |
| Tax: | |
| Late Reporting Penalty: | $0.00 |
| Late Payment Interest: | $6.64 |

---

| | |
|---|---|
| Report Amount: | |

AMS 000362

3/28/2011                                Texas Workforce Commission's Unempl...

Employee Wage Details - Filed on July 31, 2010

1-43 of 43

| | | Name | Texas Total Gross Wages | |
|---|---|---|---|---|
| 1 | | Mehrken, A E | | |
| 2 | | Watkin, M | | |
| 3 | | Davison, R | | |
| 4 | | Mcgee, C | | |
| 5 | | Beasley, K D | | |
| 6 | | Logan, G | | |
| 7 | | Miler, A T | | |
| 8 | | Friedman, L A | | |
| 9 | | Weeks, A E | | |
| 10 | | Dean, E M | | |
| 11 | | Snyder, J | | |
| 12 | | Brown, A S | | |
| 13 | | Denton, J | | |
| 14 | | Romine, D | | |
| 15 | | Glasgow, D D | | |
| 16 | | Obrien, L Y | | |
| 17 | | Goeriz, D B | | |
| 18 | | Pippins, J W | | |
| 19 | | Larson, E B | | |
| 20 | | Sneed, W | | |
| 21 | | Jarral, K | | |
| 22 | | London, N | | |
| 23 | | Bowness, S | | |
| 24 | | Hearne, K | | |
| 25 | | Gevirtz, J | | |
| 26 | | Solorio, M Y | | |
| 27 | | Swope, K J | | |
| 28 | | Ruiz, M | | |
| 29 | | Aken, J | | |
| 30 | | Logan, T W | | |
| 31 | | Rtrastivas, E A | | |
| 32 | | Suggs, S E | | |
| 33 | | Collins, M A | | |
| 34 | | Hunt, L A | | |
| 35 | | Goeriz, D C | | |
| 36 | | Benta, J S | | |
| 37 | | Osborne, C J | | |
| 38 | | Haley, M | | |
| 39 | | Geil, M L | | |
| 40 | | Keiber, R | | |
| 41 | | Breckw ddt, M | | |
| 42 | | Eagle, A | | |
| 43 | | Aguilar, S A | | |

AMS 000363

3/28/2011                                    Texas Workforce Commission's Unempl...

| 44 | | Martib, L S | |
|----|----|----|----|
| 45 | | Monda, V M | |
| 46 | | Fischer, B | |
| 47 | | Clark, C A | |
| 48 | | Moreso, V M | |
| | | Report Totals | |

## *** EMPLOYER FILE COPY ***

AMS 000364

3/28/2011                          Texas Workforce Commission's Unempl...

Texas Workforce Commission's Unemployment Tax Services
Employer's Quarterly Report - Filed on October 31, 2010

# *** EMPLOYER FILE COPY ***

As of March 28, 2011 02:37 PM

The amounts displayed may be different than those submitted when the report was filed, due to transactions that were applied later.

## Wage Report - Period Jul Aug Sep 2010

| | |
|---|---|
| TWC Tax Account Number: | 06-753253-8 |
| Employer: | AUSTIN MONTESSORI MIDDLE SCHOOL INC<br>5014 SUNSET TRL<br>AUSTIN, TX 78745-1319 |
| Report Due Date: | Nov 01, 2010 |
| Payment Due Date: | Nov 01, 2010 |
| Receipt Date: | Oct 31, 2010 |
| Filed On: | Oct 31, 2010 |
| Filed By: | - - - |

Were any wages reported to another state for any of your        No
employees during 2010?

## Wage Report Information

| | |
|---|---|
| Number of Employees: | |
| Jul 2010: | 38 |
| Aug 2010: | 46 |
| Sep 2010: | 49 |
| Texas County: | - - - |

## Employee Wage Summary

| | |
|---|---|
| Texas Total Wages Reported: | ▓▓▓▓▓ |
| Texas Taxable Wages: | ▓▓▓▓▓ |

## Tax Summary

| | |
|---|---|
| Tax Rate: | 1.20% |

Tax = Texas Taxable Wages x Tax Rate

| | |
|---|---|
| Tax: | ▓▓▓ |
| Late Reporting Penalty: | $0.00 |
| Late Payment Interest: | $1.51 |

| | |
|---|---|
| Report Amount: | ▓▓▓ |

AMS 000365

3/28/2011 · Texas Workforce Commission's Unempl...

**Employee Wage Details - Filed on October 31, 2010**

1-54 of 64

| | | Name | Texas Total Gross Wages |
|---|---|---|---|
| 1 | | Mahnken, A E | |
| 2 | | Mabin, M | |
| 3 | | Suarez, J | |
| 4 | | Golden, G | |
| 5 | | Davison, R | |
| 6 | | Mcgee, C | |
| 7 | | Beasley, K D | |
| 8 | | Logan, G | |
| 9 | | Miler, A T | |
| 10 | | Friedman, L A | |
| 11 | | Jahnke, J | |
| 12 | | Weeks, A E | |
| 13 | | Murphy, D | |
| 14 | | Harper, A | |
| 15 | | Snyder, J | |
| 16 | | Brown, A S | |
| 17 | | Denton, J | |
| 18 | | Collins, M | |
| 19 | | Romine, D | |
| 20 | | Glasgow, D D | |
| 21 | | Obrien, L Y | |
| 22 | | Goertz, D B | |
| 23 | | Pippins, J W | |
| 24 | | Kearley, J | |
| 25 | | Boardman, E B | |
| 26 | | Sneed, W | |
| 27 | | Jarrell, K | |
| 28 | | London, N | |
| 29 | | Bowness, S | |
| 30 | | Hearne, K | |
| 31 | | Gevirtz, J | |
| 32 | | Sobrio, M Y | |
| 33 | | Swope, K J | |
| 34 | | Ruiz, M | |
| 35 | | Aken, J | |
| 36 | | Logan, T | |
| 37 | | Fevas-riva, E A | |
| 38 | | Suggs, S E | |
| 39 | | Collins, M A | |
| 40 | | Padron, E | |
| 41 | | Hunt, L A | |
| 42 | | Goertz, D C | |
| 43 | | Banks, J S | |

AMS 000366



3/28/2011                              Texas Workforce Commission's Unempl...

| 44 | | Osborne, C J | |
| 45 | | Haley, M | |
| 46 | | Gast, M L | |
| 47 | | Eagle, A | |
| 48 | | Aguilar, S A | |
| 49 | | Marble, L S | |
| 50 | | Morris, V M | |
| 51 | | Fischer, B | |
| 52 | | Caballero, N | |
| 53 | | Clark, C A | |
| 54 | | Mireles, V M | |
| | | Report Totals | |

# \*\*\* EMPLOYER FILE COPY \*\*\*

AMS 000367

3/28/2011                          Texas Workforce Commission's Unempl...

Texas Workforce Commission's Unemployment Tax Services
Employer's Quarterly Report - Filed on January 31, 2011

# *** EMPLOYER FILE COPY ***

As of March 28, 2011 02:37 PM

The amounts displayed may be different than those submitted when the report was filed, due to transactions that were applied later.

## Wage Report - Period Oct Nov Dec 2010

| | |
|---|---|
| TWC Tax Account Number: | 06-753253-8 |
| Employer: | AUSTIN MONTESSORI MIDDLE SCHOOL INC<br>6014 SUNSET TRL<br>AUSTIN, TX 78745-1319 |
| Report Due Date: | Jan 31, 2011 |
| Payment Due Date: | Jan 31, 2011 |
| Receipt Date: | Timely |
| Filed On: | Jan 31, 2011 |
| Filed By: | - - - |
| Were any wages reported to another state for any of your employees during 2010? | No |

## Wage Report Information

| | |
|---|---|
| Number of Employees: | |
| Oct 2010: | 48 |
| Nov 2010: | 48 |
| Dec 2010: | 48 |
| Texas County: | - - - |

## Employee Wage Summary

| | |
|---|---|
| Texas Total Wages Reported: | |
| Texas Taxable Wages: | |

## Tax Summary

| | |
|---|---|
| Tax Rate: | 1.20% |

Tax = Texas Taxable Wages x Tax Rate

| | |
|---|---|
| Tax: | |
| Late Reporting Penalty: | $0.00 |
| Late Payment Interest: | $0.00 |

| | |
|---|---|
| Report Amount: | |

...state.tx.us/.../wageReportHistory.do?...                          1/3

AMS 000368

3/28/2011                          Texas Workforce Commission's Unempl...

**Employee Wage Details - Filed on January 31, 2011**

1-48 of 43

| | | Name | Texas Total Gross Wages |
|---|---|---|---|
| 1 | | Mshniken, A E | |
| 2 | | Mattin, M | |
| 3 | | Suarez, J | |
| 4 | | Goulen, C | |
| 5 | | Mcgee, C | |
| 6 | | Beasley, K D | |
| 7 | | Logan, G | |
| 8 | | Miler, A T | |
| 9 | | Friedman, L A | |
| 10 | | Jahnke, J | |
| 11 | | Weeks, A E | |
| 12 | | Murphy, D | |
| 13 | | Harper, A | |
| 14 | | Snyder, J | |
| 15 | | Brown, A S | |
| 16 | | Denton, J | |
| 17 | | Cofins, M | |
| 18 | | Glasgow, D D | |
| 19 | | Obrien, L Y | |
| 20 | | Goertz, D B | |
| 21 | | Pippins, J W | |
| 22 | | Kearley, J | |
| 23 | | Boardman, E L | |
| 24 | | Sneed, W | |
| 25 | | Jarref, K | |
| 26 | | Landen, N | |
| 27 | | Bowness, S | |
| 28 | | Hearne, K | |
| 29 | | Gevirtz, J | |
| 30 | | Solorio, M Y | |
| 31 | | Ruiz, M | |
| 32 | | Aken, J | |
| 33 | | Logan, T | |
| 34 | | Rivas-riva, E A | |
| 35 | | Suggs, S E | |
| 36 | | Cofins, M A | |
| 37 | | Padron, E | |
| 38 | | Hunt, L A | |
| 39 | | Goertz, D C | |
| 40 | | Osborne, C J | |
| 41 | | Haley, M | |
| 42 | | Gal, M L | |
| 43 | | Egle, A | |

...state.tx.us/.../wageReportHistory.do?...                                    2/3

AMS 000369

3/28/201

Texas Workforce Commission's Unempl...

| | | | |
|---|---|---|---|
| 44 | | Aguilar, S A | |
| 45 | | Maribe, L S | |
| 46 | | Monda, V M | |
| 47 | | Fischer, B | |
| 48 | | Mareen, V M | |
| | | Report Totals | |

# \*\*\* EMPLOYER FILE COPY \*\*\*

# Exhibit 21

AMS 000373

EASYPAY

BATCH# 000264

| EMPLOYEE SOC SEC NO UNP ST INC ST LOCAL | EMP NO | REG HR O/T HR PER HR VAC HR OTH HR SAL $$ BAL $$ REG $$ O/T $$ PER $$ VAC $$ OTH $$ BON $$ | GROSS PAY | MED125 FED WT | DENTAL FICA | 405 B STATE | 4040SK SUI/DIS | TUITION CITY/LOC | STLN22 MISC | LWCKS SU$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AGUILAR, SOCORRO A | 0158 | | | | | | | | | 50 21 21 |
| XXX-XX- TX | | | | | | | | | | |
| AGUIRRE, ADAM D | T0166 | | | | | | | | | 0 00 00 |
| XXX-XX- 12/10/2008 TX | | | | | | | | | | |
| AKEN, JOSEPH | 146 | | | | | | | | | 50 24 24 |
| XXX-XX- TX | | | | | | | | | | |
| BANKS, JANNA S | 0191 | | | | | | | | | 50 24 24 |
| XXX-XX-1279 TX | | | | | | | | | | |
| BEASLEY, KIMBERLY D | 0136 | | | | | | | | | 50 24 24 |
| XXX-XX- TX | | | | | | | | | | |
| BOWNESS, SOHAL | 0173 | | | | | | | | | 50 24 24 |
| XXX-XX- TX | | | | | | | | | | |
| BRECKWOLDT, MARGARET | 0207 | | | | | | | | | 50 11 11 |
| XXX-XX- TX | | | | | | | | | | |
| BREEDING, ERI D | T0200 | | | | | | | | | 25 11 11 |
| XXX-XX- 6/25/2009 TX | | | | | | | | | | |
| BROWN, AMANDA E | 0187 | 1500 | | | | | | | | 50 24 24 |
| XXX-XX- TX | | | | | | | | | | |
| CLARK, CAROLINE A | 0195 | | | | | | | | | 50 24 24 |
| XXX-XX- TX | | | | | | | | | | |
| COLLINS, MARY ANN | 0198 | | | | | | | | | 50 21 21 |
| XXX-XX- TX | | | | | | | | | | |
| DAVISON, RACHEL | 0213 | | | | | | | | | 50 10 10 |
| XXX-XX- TX | | | | | | | | | | |
| DEAN, ERIN M | 0215 | | | | | | | | | 50 09 09 |
| XXX-XX- TX | | | | | | | | | | |
| DENTON, JOHNNIE | 0202 | | | | | | | | | 50 24 24 |
| XXX-XX- TX | | | | | | | | | | |
| EAGLE, ANGELA | 0117 | | | | | | | | | 50 24 24 |
| XXX-XX- TX | | | | | | | | | | |
| FISCHER, BRANDI | 0130 | | | | | | | | | 50 25 25 |
| XXX-XX- TX | | | | | | | | | | |
| FRIEDMAN, LORI A | 171 | | | | | | | | | 50 24 24 |
| XXX-XX- TX | | | | | | | | | | |
| GEIL, MARY L | 0015 | | | | | | | | | 50 24 24 |
| XXX-XX- TX | | | | | | | | | | |
| GEVIRTZ, JESSE | 0116 | | | | | | | | | 50 24 24 |
| XXX-XX- TX | | | | | | | | | | |

CLIENT YA7    AUSTIN MONTESSORI SCHOOL INC    FED.ID# 74-2699667    STATE TX    BAT# 264    RUN# 24    QUARTER ENDING-12/31/2009 PAGE   1

End of Quarter Y.T.D.