# Exhibit 22

AMS 000380

BATCH# 000204

| Employee Information | | Hours | | Amount | | | Hours | | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | QTD | YTD | QTD | YTD | | QTD | YTD | QTD | YTD |
| **Dept:** SUNSET UPPER ELEMENTARY | | | | | | | | | | |
| BRECKWOLDT, MARGARET XXX-XX▨ #0207 BIRTH: ▨ HIRE: 07/30/2009 ST: TX SUI: TX | REGLAR PERSNL VACTON OTHER BAL FW | | | | | O/TIME SICK SALARY BONUS1 | | | ▨ | ▨ |
| DENTON, JOHNNIE XXX-XX▨ #0202 BIRTH: ▨ HIRE: 06/04/2008 ST: TX SUI: TX | REGLAR PERSNL VACTON OTHER BAL FW | | | | | O/TIME SICK SALARY BONUS1 | | | ▨ | ▨ |
| JARRELL, KELLY XXX-XX▨ #0199 BIRTH: ▨ HIRE: 06/02/2008 ST: TX SUI: TX | REGLAR PERSNL VACTON OTHER BAL FW | | | | | O/TIME SICK SALARY BONUS1 | | | ▨ | ▨ |
| MATKIN, MELANIE XXX-XX▨ #0209 BIRTH: ▨ HIRE: 07/30/2009 ST: TX SUI: TX | REGLAR PERSNL VACTON OTHER BAL FW | | | | | O/TIME SICK SALARY BONUS1 | | | ▨ | ▨ |
| PIPPINS, NICHOLAS XXX-XX▨ #0196 BIRTH: ▨ HIRE: 06/04/2008 TERM: 07/31/2009 ST: TX SUI: TX | REGLAR PERSNL VACTON OTHER BAL FW | | | | | O/TIME SICK SALARY BONUS1 | | | | ▨ |
| SNYDER, JOHN XXX-XX▨ #0044 BIRTH: ▨ HIRE: 07/01/1996 ST: TX SUI: TX | REGLAR PERSNL VACTON OTHER BAL FW | | | | | O/TIME SICK SALARY BONUS1 | | | ▨ | ▨ |
| SNYDER, JOHN XXX-XX▨ #0206 BIRTH: ▨ HIRE: 07/01/1996 TERM: 07/31/2008 ST: TX SUI: TX | REGLAR PERSNL VACTON OTHER BAL FW | | | | | O/TIME SICK SALARY BONUS1 | | | | ▨ |

| | | **Quarterly Wage Detail Report** | | |
|---|---|---|---|---|
| EASYPAY | Client : YA7 AUSTIN MONTESSORI SCHOOL Quarter End : 12/31/2009 | | Run: 024 Qtr: 4 Year: 2009 | Page: 4 Batch: 204 PTQ0620 |

Case 1:12-cv-00007-SS   Document 29-6   Filed 07/31/12   Page 2 of 44

BATCH# 000264

| Employee Information | | Hours | | Amount | | | Hours | | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | QTD | YTD | QTD | YTD | | QTD | YTD | QTD | YTD |
| HUNT, LYNN A XXX-XX ▓▓▓ #0204 BIRTH: ▓▓▓▓ HIRE: 08/14/2006 ST: TX SUI: TX | REGLAR PERSNL VACTON OTHER BAL FW | | | | | O/TIME SICK SALARY BONUS1 | | | ▓▓▓▓ | ▓▓▓▓ |
| JOHNSON, JUDY XXX-XX ▓▓▓ #0208 BIRTH: ▓▓▓▓ HIRE: 07/24/2009 ST: TX SUI: TX | REGLAR PERSNL VACTON OTHER BAL FW | 222.00 | 352.50 | ▓▓▓▓ ▓▓▓▓ | ▓▓▓▓ ▓▓▓▓ | O/TIME SICK SALARY BONUS1 | | | | |
| MCGEE, CHERYL XXX-XX ▓▓▓ #0162 BIRTH: ▓▓▓▓ HIRE: 08/27/2003 ST: TX SUI: TX | REGLAR PERSNL VACTON OTHER BAL FW | | | | | O/TIME SICK SALARY BONUS1 | | | ▓▓▓▓ | ▓▓▓▓ |
| MILLER, AMBER T XXX-XX ▓▓▓ #0019 BIRTH: ▓▓▓▓ HIRE: 08/05/1997 ST: TX SUI: TX | REGLAR PERSNL VACTON OTHER BAL FW | | | | | O/TIME SICK SALARY BONUS1 | | | ▓▓▓▓ | ▓▓▓▓ |
| MIRANDA, GILBERTO F XXX-XX ▓▓▓ #0205 BIRTH: ▓▓▓▓ HIRE: 01/05/2009 ST: TX SUI: TX | REGLAR PERSNL VACTON OTHER BAL FW | 43.00 | 43.00 | ▓▓▓▓ ▓▓▓▓ | ▓▓▓▓ ▓▓▓▓ | O/TIME SICK SALARY BONUS1 | | | | ▓▓▓▓ |
| OBRIEN, LOIS Y XXX-XX ▓▓▓ #0020 BIRTH: ▓▓▓▓ HIRE: 08/05/1997 ST: TX SUI: TX | REGLAR PERSNL VACTON OTHER BAL FW | | | | | O/TIME SICK SALARY BONUS1 | | | ▓▓▓▓ | ▓▓▓▓ |
| PIPPINS, JERRY W XXX-XX ▓▓▓ #0100 BIRTH: ▓▓▓▓ HIRE: 08/01/2001 ST: TX SUI: TX | REGLAR PERSNL VACTON OTHER BAL FW | | | | | O/TIME SICK SALARY BONUS1 | | | ▓▓▓▓ | ▓▓▓▓ |
| ROMINE, DONNA XXX-XX ▓▓▓ #0042 BIRTH: ▓▓▓▓ HIRE: 08/09/1998 ST: TX SUI: TX | REGLAR PERSNL VACTON OTHER BAL FW | | | | ▓▓▓▓ | O/TIME SICK SALARY BONUS1 | | | ▓▓▓▓ | ▓▓▓▓ |
| SUGGS, SHARON E XXX-XX ▓▓▓ #0154 BIRTH: ▓▓▓▓ HIRE: 08/01/2004 ST: TX SUI: TX | REGLAR PERSNL VACTON OTHER BAL FW | | 730.00 | ▓▓▓▓ ▓▓▓▓ | | O/TIME SICK SALARY BONUS1 | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL
Quarter End: 12/31/2009

**Quarterly Wage Detail Report**

Run: 024 Page: 2
Qtr: 4 Batch: 264
Year: 2009 PTQ0620

# Exhibit 23

Case 1:12-cv-00007-SS    Document 29-6    Filed 07/31/12    Page 5 of 44

Process Date - DEC 22, 2010                **AmCheck Year To Date Report**                Page - 1

| EMPLOYEE NAME | EMP.NO. | REGULAR HOURS / REGULAR WAGES | O/TIME HOURS / O/TIME WAGES | BONUS WAGES / SALARY WAGES | VACTION HOURS / VACTION WAGES | HOLIDAY HOURS / HOLIDAY WAGES | PERSNAL HOURS / PERSNAL WAGES | OTHER HOURS / OTHER WAGES | FICA TAX / MEDICA TAX | FED WTH TAX | STATE TAX | ANNUAL FUND | PRETAX DEDUCT. GYM DEDUCT. | MISC DEDUCT. CUN03B BENEFIT | GROSS PAY | WEEKS WORKED / NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BANKS, JANNA M/S   5/18/2010 | 0102 | | | | | | | | | | | | | | | |
| BOWNESS, SONAL M 0 | 0104 | | | | | | | | | | TX | | | | | 13 |
| BROWN, AMANDA S 1 | 0106 | | | | | | | | | | TX | | | | | 13 |
| FRIEDMAN, LORI A M 2 | 0114 | | | | | | | | | | TX | | | | | 13 |
| GLASGOW, DAWN M 3 | 0117 | | | | | | | | | | TX | | | | | 13 |
| GOERTZ, DONALD C M 0 | 0118 | | | | | | | | | | TX | | | | | 13 |
| GOERTZ, DONNA B M 0 | 0119 | | | | | | | | | | TX | | | | | 13 |
| JOHNSON, JUDY S 1   1/18/2010 | 0124 | 39.50 | | | | | | | | | TX | | | | | |
| MILLER, AMBER T M 0 | 0135 | | | | | | | | | | TX | | | | | 13 |
| MIRANDA, GILBERTO F S 2   3/29/2010 | 0136 | 13.00 | | | | | | | | | TX | | | | | |
| OBRIEN, LUIS Y M 0 | 0138 | | | | | | | | | | TX | | | | | 13 |
| PIPPINS, JERRY W M 1 | 0140 | | | | | | | | | | TX | | | | | 13 |
| ROMINE, DONNA S 3   7/31/2010 | 0142 | | | | | | | | | | TX | | | | | |
| SNYDER, JOHN M 2 | 0145 | | | | | | | | | | TX | | | | | 13 |

P/E DATE - DEC 31, 2010    CHECK DATE - DEC 31, 2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 011    QTR - 4

# Exhibit 24

AMS 000397
YA7

Batch# 000264

11111

## EMPLOYER'S QUARTERLY REPORT

| 1. ACCOUNT NUMBER | 2. COUNTY CODE | 3. TAX AREA | 4. TAX RATE | 5. NAICS CODE | 6. FEDERAL I.D. NUMBER | 7. STR. NR. |
|---|---|---|---|---|---|---|
| 06-753253 | | | .9100 % | | 74-2699667 | 4-09 |

8. EMPLOYER NAME AND ADDRESS (SEE ITEM 24 FOR CHANGES TO NAME, ADDRESS, ETC.)

AUSTIN MONTESSORI SCHOOL INC
5000 SUNSET TRAIL

AUSTIN, TX 78745

9. TELEPHONE NUMBER
(512)-692-0253

You can FILE this report even though you are not an payroll this quarter. If you bill us payroll over if it is zero fill out Sept the instructions Item 11 on this form.

FILE AND PAY ONLINE
www.texasworkforce.org

All tax data shown are approximate and are subject to final adjustments. If you are an ADP tax filing client, the actual amount due will be submitted on your behalf by ADP.

| | ADJUSTMENT | 9a. QUARTER ENDING 12/31/2009 | 9b. PENALTIES WILL BE ASSESSED IF REPORT IS NOT POSTMARKED BY 1/31/2010 |

| 1st Month | 2nd Month | 3rd Month |
|---|---|---|
| 48 | 49 | 48 |

10. Enter in the boxes above the number of employees both full-time and part-time, in pay periods that include 12th day of the calendar month. (ENTER NUMERALS ONLY)

11. SHOW THE COUNTY CODE (See list on the back of C-4 form) in which you had the greatest number of employees.

12. If you have employees in more than one county in TEXAS, how many are outside the county shown in Item 11?

14a. Mark box with an "X" if reporting wages to accumulate wages during the year for employees listed in Item 21.

| | DOLLARS | CENTS |
|---|---|---|
| 13. Total (Gross) Wages Paid During this Quarter to Texas Employees (if none, enter "0") | | |
| 14. Taxable Wages paid this quarter to each employee up to $9000, the annual maximum amount. (If none, enter "0") | | |
| 15. Tax Due (Multiply Taxable Wages, Item #14, by your Tax Rate of .9100 % | | |

Note: For Federal Form 940 purposes your Tax Rate includes:

• A UI Obligation Assessment rate of:

• An Employment and Training Assessment Rate of:

| | | |
|---|---|---|
| 16. Interest, If Tax is Past Due | | |
| 17. Penalty, If Report is Past Due | | |
| 18. Balance Due From Prior Periods (Subtract Credit Or Add Debit) | | |
| 19. Total Due - Make Remittance Payable To TWC Include payment voucher with remittance. | | |

### FOR TWC USE ONLY

☐ Estimated    ☐ Status

| | MONTH | DAY | YEAR |
|---|---|---|---|
| POSTMARK DATE (3) | | | |
| EX DATE (3) | | | |
| EX DATE (5) | | | |

| DOLLARS | CENTS | INITIALS |
|---|---|---|
| | | |

AMOUNT RECEIVED

25. I DECLARE that the information herein is true and correct to the best of my knowledge.

SIGNATURE _____

TITLE _____ DATE _____

PREPARERS NAME _____

PREPARERS PHONE NUMBER _____

For assistance please contact.

If you are unable to file and pay online, mail report and remittance to:
CASHIER
TEXAS WORKFORCE COMMISSION
P.O. BOX 149037
AUSTIN, TEXAS 78714-9037

DO NOT STAPLE REPORT
(Write Account No. On Check)

| 20. SOCIAL SECURITY NUMBER | 21. EMPLOYEE NAME 1ST INIT 2ND INIT LAST NAME | 22. TOTAL WAGES PAID THIS QUARTER |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

23. The sum of all page totals must equal item 13

FORM C-3
03/09    C3SP    24. Use Envelope STATUS CHANGE FORM to make address and ownership changes

Batch# 000264

AMS 000398
YA7

TEXAS WORKFORCE COMMISSION
AUSTIN, TEXAS 78714-9037
(512) 463-2222

**EMPLOYER'S QUARTERLY REPORT
CONTINUATION SHEET**

22222

| 1. ACCOUNT NUMBER | 2. COUNTY CODE | 3. TAX AREA | 4. TAX RATE | 5. NAICS CODE | 6. FEDERAL I.D. NUMBER | 7. QTR/YR |
|---|---|---|---|---|---|---|
| 06-753253 | | | .9100 % | | 74-2699657 | 4-09 |

EMPLOYER NAME   AUSTIN MONTESSORI SCHOOL INC

| 9A. PAGE NO. | 9B. UNIT NUMBER |
|---|---|
| 2  of  4 | |

ADJUSTMENT

| | 20. SOCIAL SECURITY NUMBER | 1ST 2ND INIT INIT | 21. EMPLOYEE NAME LAST NAME | | 22. TOTAL WAGES PAID THIS QUARTER |
|---|---|---|---|---|---|
| 1 | | A E | MAHNKEN | | |
| 2 | | M | MATKIN | | |
| 3 | | R | DAVISON | | |
| 4 | | C | MCGEE | | |
| 5 | | K D | BEASLEY | | |
| 6 | | G | LOGAN | | |
| 7 | | A T | MILLER | | |
| 8 | | L A | FRIEDMAN | | |
| 9 | | J | JOHNSON | | |
| 10 | | A E | WEEKS | | |
| 11 | | E M | DEAN | | |
| 12 | | J | SNYDER | | |
| 13 | | A S | BROWN | | |
| 14 | | J | DENTON | | |
| 15 | | D | ROMINE | | |
| 16 | | D D | GLASGOW | | |
| 17 | | L Y | OBRIEN | | |
| 18 | | D B | GOERTZ | | |
| 19 | | J W | PIPPINS | | |
| 20 | | E B | LARSON | | |
| 21 | | W | SNEED | | |
| 22 | | K | JARRELL | | |
| 23 | | N | LONDON | | |

CLIENT COPY
DO NOT

RETURN
THIS PAGE
IF NEEDED TO
COMPLETE REPORT

23. The sum of all page totals must equal item 13

All tax data shown are approximate and are subject to final adjustments. If you are an
ADP tax filing client, the actual amount due will be submitted on your behalf by ADP.

AMS 000399
YA7

Batch# 000264

TEXAS WORKFORCE COMMISSION
AUSTIN, TEXAS 78714-9037
(512) 463-2222

**EMPLOYER'S QUARTERLY REPORT**
**CONTINUATION SHEET**

22222

| 1. ACCOUNT NUMBER | 2. COUNTY CODE | 3. TAX AREA | 4. TAX RATE | 5. STATUS CODE | 6. FEDERAL I.D. NUMBER | 7. QTR/YR |
|---|---|---|---|---|---|---|
| 06-753253 | | | .9100 % | | 74-2699667 | 4-09 |

8. EMPLOYER NAME   AUSTIN MONTESSORI SCHOOL INC

| 9A. PAGE NO. | 9B. UNIT NUMBER |
|---|---|
| 3 OF 4 | |

☐☐☐ ALIGNMENT

| | 20. SOCIAL SECURITY NUMBER | | 1ST 2ND INIT INIT | 21. EMPLOYEE NAME LAST NAME | | 22. TOTAL WAGES PAID THIS QUARTER |
|---|---|---|---|---|---|---|
| 1 | | | S | BOWNESS | | |
| 2 | | | K | HEARNE | | |
| 3 | | | J | GEVIRTZ | | |
| 4 | | | M Y | SOLORIO | | |
| 5 | | | K J | SWOFE | | |
| 6 | | | M | RUIZ | | |
| 7 | | | J | AKEN | | |
| 8 | | | T W | LOGAN | | |
| 9 | | | E A | RIVAS-RIVAS | | |
| 10 | | | G F | MIRANDA | | |
| 11 | | | M A | COLLINS | | |
| 12 | | | L A | HUNT | | |
| 13 | | | D C | GOERTZ | | |
| 14 | | | J S | BANKS | | |
| 15 | | | C J | OSBORNE | | |
| 16 | | | M | HALEY | | |
| 17 | | | M L | GEIL | | |
| 18 | | | R | KAISER | | |
| 19 | | | M | BRECKWOLDT | | |
| 20 | | | A | EAGLE | | |
| 21 | | | S A | AGUILAR | | |
| 22 | | | L S | MARBLE | | |
| 23 | | | V M | MONDA | | |

CLIENT COPY
DO NOT FILE

RETURN
THIS PAGE
IF NEEDED TO
COMPLETE REPORT

23. The sum of all page totals must equal item 13

All tax data shown are approximate and are subject to final adjustments. If you are an ADP tax filing client, the actual amount due will be submitted on your behalf by ADP.

AMS 000400
YA7

Batch# 000264

TEXAS WORKFORCE COMMISSION
AUSTIN, TEXAS 78714-9037
(512) 463-2222

**EMPLOYER'S QUARTERLY REPORT
CONTINUATION SHEET**

22222

| 1. ACCOUNT NUMBER | 2. COUNTY CODE | 3. TAX AREA | 4. TAX RATE | 5. BALANCE DUE | 6. FEDERAL ID NUMBER | 7. QTR/YR |
|---|---|---|---|---|---|---|
| 06-753253 | | | .9100 % | | 74-2699667 | 4-09 |

8. EMPLOYER NAME   AUSTIN MONTESSORI SCHOOL INC

| | 9A. PAGE NO. | 9B. CLIENT NUMBER |
|---|---|---|
| | 4  OF  4 | |

| | 20. SOCIAL SECURITY NUMBER | | 1ST 2ND INIT INIT | 21. EMPLOYEE NAME LAST NAME | | 22. TOTAL WAGES PAID THIS QUARTER |
|---|---|---|---|---|---|---|
| 1 | ▨▨▨ | | B | FISCHER | | ▨▨▨ |
| 2 | ▨▨▨ | | C A | CLARK | | ▨▨▨ |
| 3 | ▨▨▨ | | V M | MAREEN | | ▨▨▨ |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |

RETURN
THIS PAGE
IF NEEDED TO
COMPLETE REPORT

CLIENT COPY
DO NOT FILE

| 23. The sum of all page totals must equal item 13 | 26,044 50 |
|---|---|

All tax data shown are approximate and are subject to final adjustments. If you are an ADP tax filing client, the actual amount due will be submitted on your behalf by ADP.

# Exhibit 25

AMS 000461

ADP South Central    10/21/2011 1:44 PM    PAGE    2/004    Fax Server

YA7

**Form 941 for 2009:** **Employer's QUARTERLY Federal Tax Return**    950109

(Rev. January 2009)    Department of the Treasury — Internal Revenue Service    OMB No. 1545-0029

(EIN)
Employer identification number    7 4 – 2 6 9 9 6 6 7

Name (not your trade name)    AUSTIN MONTESSORI SCHOOL INC

Trade name (if any)

Address    5006 SUNSET TRAIL
         Number    Street                    Suite or room number
         AUSTIN                    TX    78745
         City                    State    ZIP code

**Report for this Quarter of 2009**
(Check one.)

☒ 1: January, February, March
☐ 2: April, May, June
☐ 3: July, August, September
☐ 4: October, November, December

Read the separate instructions before you complete Form 941. Type or print within the boxes.

**Part 1: Answer these questions for this quarter.**

| | | | |
|---|---|---|---|
| 1 | Number of employees who received wages, tips, or other compensation for the pay period including: Mar. 12 (Quarter 1), June 12 (Quarter 2), Sept. 12 (Quarter 3), Dec. 12 (Quarter 4) | 1 | 50 |
| 2 | Wages, tips, and other compensation . . . . . . . . . . | 2 | |
| 3 | Income tax withheld from wages, tips, and other compensation . . . . . . . . | 3 | |
| 4 | If no wages, tips, and other compensation are subject to social security or Medicare tax | | ☐ Check and go to line 6. |
| 5 | Taxable social security and Medicare wages and tips: | | |

|  | | Column 1 | | Column 2 |
|---|---|---|---|---|
| 5a | Taxable social security wages | | × .124 = | |
| 5b | Taxable social security tips | --NONE-- | × .124 = | --NONE-- |
| 5c | Taxable Medicare wages & tips | | × .029 = | |

| | | | |
|---|---|---|---|
| 5d | Total social security and Medicare taxes (Column 2, lines 5a + 5b + 5c = line 5d) . . | 5d | |
| 6 | Total taxes before adjustments (lines 3 + 5d = line 6) . . . . . . . . . . . . | 6 | |
| 7 | CURRENT QUARTER'S ADJUSTMENTS, for example, a fractions of cents adjustment. See the instructions. | | |
| 7a | Current quarter's fractions of cents . . . . . . . . . | | . |
| 7b | Current quarter's sick pay . . . . . . . . . . . | | . |
| 7c | Current quarter's adjustments for tips and group-term life insurance | | . |
| 7d | TOTAL ADJUSTMENTS. Combine all amounts on lines 7a through 7c . . . . . . . | 7d | --NONE-- |
| 8 | Total taxes after adjustments. Combine lines 6 and 7d . . . . . . . . . . . | 8 | |
| 9 | Advance earned income credit (EIC) payments made to employees . | 9 | --NONE-- |
| 10 | Total taxes after adjustment for advance EIC (line 8 – line 9 = line 10) . . . . . . | 10 | |
| 11 | Total deposits for this quarter, including overpayment applied from a prior quarter and overpayment applied from Form 941-X or Form 944-X . . . . . . . . . . . . . . . . . . . | | |
| 12a | COBRA premium assistance payments (see instructions) . . . . | | . |
| 12b | Number of individuals provided COBRA premium assistance reported on line 12a . . . . . . . | | |
| 13 | Add lines 11 and 12a . . . . . . . . . . . . . . . . . . | 13 | . |
| 14 | Balance due. If line 10 is more than line 13, write the difference here . . . . . . . | 14 | . |
| | For information on how to pay, see the instructions. | | ☐ Apply to next return. |
| 15 | Overpayment. If line 13 is more than line 10, write the difference here | . | Check one ☐ Send a refund. |

▶ You MUST complete both pages of Form 941 and SIGN it.

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.    Cat. No. 17001Z    Form **941** (Rev. 1-2009)

CLIENT COPY DO NOT FILE

AMS 000462

ADP South Central        10/21/2011 1:44 PM  PAGE    3/004    Fax Server

950209

| Name (not your trade name)<br>AUSTIN MONTESSORI SCHOOL INC | Employer identification number (EIN)<br>742599667 |
|---|---|

**Part 2: Tell us about your deposit schedule and tax liability for this quarter.**

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see Pub. 15 (Circular E), section 11.

16 ☐ ☐  Write the state abbreviation for the state where you made your deposits OR write "MU" if you made your deposits in multiple states.

17 Check one: ☐ Line 10 is less than $2,500. Go to Part 3.

☐ You were a monthly schedule depositor for the entire quarter. Enter your tax liability for each month. Then go to Part 3.

Tax liability:  Month 1  [          ]

Month 2  [          ]

Month 3  [          ]

Total liability for quarter  [          ] Total must equal line 10.

☒ You were a semiweekly schedule depositor for any part of this quarter. Complete Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors, and attach it to Form 941.

**Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.**

18 If your business has closed or you stopped paying wages . . . . . . . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages  [   /   /   ].

19 If you are a seasonal employer and you do not have to file a return for every quarter of the year  . . ☐ Check here.

**Part 4: May we speak with your third-party designee?**

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☐ Yes.  Designee's name and phone number  [          ]  (   )   -

Select a 5-digit Personal Identification Number (PIN) to use when talking to the IRS.  ☐ ☐ ☐ ☐ ☐

☐ No.

**Part 5: Sign here. You MUST complete both pages of Form 941 and SIGN it.**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

X  Sign your name here  [          ]  Print your name here  [          ]

Print your title here  [          ]

Date  [   /   /   ]  Best daytime phone (   )   -

Paid preparer's use only                              Check if you are self-employed . . . . ☐

Preparer's name  [          ]  Preparer's SSN/PTIN  [          ]

Preparer's signature  [          ]  Date  [   /   /   ]

Firm's name (or yours if self-employed)  [          ]  EIN  [          ]

Address  [          ]  Phone  (   )   -

City  [          ]  State [   ]  ZIP code  [          ]

CLIENT COPY DO NOT FILE

Page 2                                                     Form 941 (Rev. 1-2009)

AMS 000463

ADP South Central      10/21/2011 1:44 PM   PAGE    4/004    Fax Server

YA7

## Schedule B (Form 941):

**Report of Tax Liability for Semiweekly Schedule Depositors**
(Rev. February 2009)                          Department of the Treasury — Internal Revenue Service

950307

OMB No. 1545-0029

EIN
Employer identification number  7 4 – 2 6 9 9 6 6 7

Name (not your trade name)  AUSTIN MONTESSORI SCHOOL INC

Calendar year  2 0 0 9         (Also check quarter)

**Report for this Quarter...**

[X] 1: January, February, March
[ ] 2: April, May, June
[ ] 3: July, August, September
[ ] 4: October, November, December

Use this schedule to show your TAX LIABILITY for the quarter; DO NOT use it to show your deposits. When you file this form with Form 941 (or Form 941-SS), DO NOT change your tax liability by adjustments reported on any Forms 941-X. You must fill out this form and attach it to Form 941 (or Form 941-SS) if you are a semiweekly schedule depositor or became one because your accumulated tax liability on any day was $100,000 or more. Write your daily tax liability on the numbered space that corresponds to the date wages were paid. See Section 11 in Pub. 15 (Circular E), Employer's Tax Guide, for details.

Fill in your total liability for the quarter (Month 1 + Month 2 + Month 3) = Total tax liability for the quarter ►
Total must equal line 10 on Form 941 (or line 8 on Form 941-SS).

Total liability for the quarter

For Paperwork Reduction Act Notice, see separate instructions.      Cat. No. 11967Q      Schedule B (Form 941) (Rev. 2-2009)

AMS 000464

ADP South Central    10/21/2011 1:47 PM    PAGE    1/003    Fax Server

YA7

Form **941 for 2009:** Employer's QUARTERLY Federal Tax Return    950109

(Rev. January 2009)    Department of the Treasury — Internal Revenue Service    OMB No. 1545-0029

EIN
Employer Identification number  7 4 – 2 6 9 9 6 6 7

**Report for this Quarter of 2009**
(Check one.)

Name (not your trade name)  AUSTIN MONTESSORI SCHOOL INC

☐ 1: January, February, March

Trade name (if any)

☒ 2: April, May, June

Address  5006 SUNSET TRAIL
    Number    Street    Suite or room number

☐ 3: July, August, September

AUSTIN    TX    78745
    City    State    ZIP code

☐ 4: October, November, December

Read the separate instructions before you complete Form 941. Type or print within the boxes.

**Part 1: Answer these questions for this quarter.**

1  Number of employees who received wages, tips, or other compensation for the pay period
    including *Mar. 12* (Quarter 1), *June 12* (Quarter 2), *Sept. 12* (Quarter 3), *Dec. 12* (Quarter 4)  1  50

2  Wages, tips, and other compensation . . . . . . . . . . . . .  2

3  Income tax withheld from wages, tips, and other compensation . . . . . . . . .  3

4  If no wages, tips, and other compensation are subject to social security or Medicare tax  ☐ Check and go to line 6.

5  Taxable social security and Medicare wages and tips:

| | Column 1 | | | Column 2 |
|---|---|---|---|---|
| 5a  Taxable social security wages | | × .124 = | | |
| 5b  Taxable social security tips | --NONE-- | × .124 = | | --NONE-- |
| 5c  Taxable Medicare wages & tips | | × .029 = | | |

5d  Total social security and Medicare taxes (*Column 2, lines 5a + 5b + 5c = line 5d*) . .  5d

6  Total taxes before adjustments (lines 3 + 5d = line 6) . . . . . . . . .  6

7  CURRENT QUARTER'S ADJUSTMENTS, for example, a fraction of cents adjustment.
    See the instructions.

7a  Current quarter's fractions of cents . . . . . . . . . .

7b  Current quarter's sick pay . . . . . . . . . . . .

7c  Current quarter's adjustments for tips and group-term life insurance

7d  TOTAL ADJUSTMENTS. Combine all amounts on lines 7a through 7c . . . . . .  7d  --NONE--

8  Total taxes after adjustments. Combine lines 6 and 7d . . . . .  8

9  Advance earned income credit (EIC) payments made to employees .  9  --NONE--

10  Total taxes after adjustment for advance EIC (line 8 – line 9 = line 10) . . . . . .  10

11  Total deposits for this quarter, including overpayment applied from a
    prior quarter and overpayment applied from Form 941-X or
    Form 944-X . . . . . . . . . . . .

12a  COBRA premium assistance payments (see instructions) . . . .  --NONE--

12b  Number of individuals provided COBRA premium
    assistance reported on line 12a . . . . . . .

13  Add lines 11 and 12a . . . . . . . . . . . . . . . . . . . .  13

14  Balance due. If line 10 is more than line 13, write the difference here . . . . . . .  14
    For information on how to pay, see the instructions.    ☐ Apply to next return.

15  Overpayment. If line 13 is more than line 10, write the difference here    ☐    Check one ☐ Send a refund.

► You MUST complete both pages of Form 941 and SIGN it.

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.    Cat. No. 17001Z    Form **941** (Rev. 1-2009)

AMS 000465

950209

| Name (not your trade name) | Employer Identification number (EIN) |
|---|---|
| AUSTIN MONTESSORI SCHOOL INC | 742699667 |

**Part 2: Tell us about your deposit schedule and tax liability for this quarter.**

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see *Pub. 15 (Circular E), section 11.*

16 [  ][  ] Write the state abbreviation for the state where you made your deposits OR write "MU" if you made your deposits in multiple states.

17 Check one: ☐ Line 10 is less than $2,500. Go to Part 3.

☐ You were a monthly schedule depositor for the entire quarter. Enter your tax liability for each month. Then go to Part 3.

Tax liability: Month 1 [                    ]

Month 2 [                    ]

Month 3 [                    ]

Total liability for quarter [                    ] Total must equal line 10.

☒ You were a semiweekly schedule depositor for any part of this quarter. Complete *Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors,* and attach it to Form 941.

**Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.**

18 If your business has closed or you stopped paying wages . . . . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages [   /   /   ].

19 If you are a seasonal employer and you do not have to file a return for every quarter of the year . . ☐ Check here.

**Part 4: May we speak with your third-party designee?**

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☐ Yes. Designee's name and phone number [                    ] (   ) ___ - ___

Select a 5-digit Personal Identification Number (PIN) to use when talking to the IRS. [ ][ ][ ][ ][ ]

☐ No.

**Part 5: Sign here. You MUST complete both pages of Form 941 and SIGN it.**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

X  Sign your name here [                    ]

Print your name here [                    ]

Print your title here [                    ]

Date [   /   /   ]

Best daytime phone ( ) __

**Paid preparer's use only**   Check if you are self-employed . . . . ☐

| Preparer's name | [                    ] | Preparer's SSN/PTIN | [                    ] |
|---|---|---|---|
| Preparer's signature | [                    ] | Date | [   /   /   ] |
| Firm's name (or yours if self-employed) | [                    ] | EIN | [                    ] |
| Address | [                    ] | Phone | ( ) __ |
| City | [                    ] State [    ] | ZIP code | [                    ] |

CLIENT COPY DO NOT FILE

Page 2

Form 941 (Rev. 1-2009)

AMS 000466

ADP South Central    10/21/2011 1:47 PM    PAGE    3/003    Fax Server

YA7

## Schedule B (Form 941):
### Report of Tax Liability for Semiweekly Schedule Depositors
(Rev. February 2009)

Department of the Treasury — Internal Revenue Service

960309

OMB No. 1545-0029

CLIENT COPY DO NOT FILE

(EIN)
Employer identification number  7 4 – 2 6 9 9 6 6 7

Name (not your trade name)  AUSTIN MONTESSORI SCHOOL INC

Calendar year  2 0 0 9    (Also check quarter)

**Report for this Quarter**
(Check one.)

- [ ] 1: January, February, March
- [X] 2: April, May, June
- [ ] 3: July, August, September
- [ ] 4: October, November, December

Use this schedule to show your TAX LIABILITY for the quarter; DO NOT use it to show your deposits. When you file this form with Form 941 (or Form 941-SS), DO NOT change your tax liability by adjustments reported on any Forms 941-X. You must fill out this form and attach it to Form 941 (or Form 941-SS) if you are a semiweekly schedule depositor or became one because your accumulated tax liability on any day was $100,000 or more. Write your daily tax liability on the numbered space that corresponds to the date wages were paid. See Section 11 in Pub. 15 (Circular E), Employer's Tax Guide, for details.

**Month 1**

Tax liability for Month 1

**Month 2**

Tax liability for Month 2

**Month 3**

Tax liability for Month 3

Fill in your total liability for the quarter (Month 1 + Month 2 + Month 3) = Total tax liability for the quarter ►
Total must equal line 10 on Form 941 (or line 8 on Form 941-SS).

Total liability for the quarter

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 11967Q    Schedule B (Form 941) Rev. 2-2009

AMS 000467

ADP South Central      10/21/2011 1:53 PM   PAGE   1/003   Fax Server

YA7

# Form **941 for 2009:** Employer's QUARTERLY Federal Tax Return

**950107**

(Rev. January 2009)    Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029

**EIN**
Employer identification number  `7` `4` – `2` `6` `9` `9` `6` `6` `7`

Name (not your trade name)  AUSTIN MONTESSORI SCHOOL, INC

Trade name (if any)

Address  5006 SUNSET TRAIL
   Number      Street                              Suite or room number

AUSTIN                              TX    78745
   City                             State    ZIP code

**Report for this Quarter of 2009**
(Check one.)

☐ 1: January, February, March
☐ 2: April, May, June
☒ 3: July, August, September
☐ 4: October, November, December

Read the separate instructions before you complete Form 941. Type or print within the boxes.

**Part 1: Answer these questions for this quarter.**

| | | | |
|---|---|---|---|
| 1 | Number of employees who received wages, tips, or other compensation for the pay period including: Mar. 12 (Quarter 1), June 12 (Quarter 2), Sept. 12 (Quarter 3), Dec. 12 (Quarter 4) | 1 | 56 |
| 2 | Wages, tips, and other compensation . . . . . . . . . . . | 2 | |
| 3 | Income tax withheld from wages, tips, and other compensation . . . . . . . . . . | 3 | |
| 4 | If no wages, tips, and other compensation are subject to social security or Medicare tax | | ☐ Check and go to line 6. |

5  Taxable social security and Medicare wages and tips:

|  | Column 1 |  | Column 2 |
|---|---|---|---|
| 5a Taxable social security wages | | × .124 = | |
| 5b Taxable social security tips | --NONE-- | × .124 = | --NONE-- |
| 5c Taxable Medicare wages & tips | | × .029 = | |

| | | | |
|---|---|---|---|
| 5d | Total social security and Medicare taxes (Column 2, lines 5a + 5b + 5c = line 5d) . . | 5d | |
| 6 | Total taxes before adjustments (lines 3 + 5d = line 6) . . . . . . . . . . . | 6 | |
| 7 | CURRENT QUARTER'S ADJUSTMENTS, for example, a fraction of cents adjustment. See the instructions. | | |
| 7a | Current quarter's fractions of cents . . . . . . . . . | | |
| 7b | Current quarter's sick pay . . . . . . . . . . | | |
| 7c | Current quarter's adjustments for tips and group-term life insurance | | |
| 7d | TOTAL ADJUSTMENTS. Combine all amounts on lines 7a through 7c . . . . . . . | 7d | --NONE-- |
| 8 | Total taxes after adjustments. Combine lines 6 and 7d . . . . . . . . . | 8 | |
| 9 | Advance earned income credit (EIC) payments made to employees . . . . . . . | 9 | --NONE-- |
| 10 | Total taxes after adjustment for advance EIC (line 8 – line 9 = line 10) . . . . . | 10 | |
| 11 | Total deposits for this quarter, including overpayment applied from a prior quarter and overpayment applied from Form 941-X or Form 944-X . . . . . . . . . . . . . . . | | |
| 12a | COBRA premium assistance payments (see instructions) . . . . . | | --NONE-- |
| 12b | Number of individuals provided COBRA premium assistance reported on line 12a . . . . . . . . | | |
| 13 | Add lines 11 and 12a . . . . . . . . . . . . . . . . . . | 13 | |
| 14 | Balance due. If line 10 is more than line 13, write the difference here . . . . . . . For information on how to pay, see the instructions. | 14 | |
| 15 | Overpayment. If line 13 is more than line 10, write the difference here | | ☐ Apply to next return. Check one.  ☐ Send a refund. |

► You MUST complete both pages of Form 941 and SIGN it.

DO NOT COPY DO NOT FILE

**Next ►**

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.    Cat. No. 17001Z    Form **941** (Rev. 1-2009)

AMS 000468

ADP South Central    10/21/2011 1:53 PM    PAGE    2/003    Fax Server

950204

| Name (not your trade name) | Employer identification number (EIN) |
|---|---|
| AUSTIN MONTESSORI SCHOOL INC | 742699667 |

### Part 2: Tell us about your deposit schedule and tax liability for this quarter.

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see Pub. 15 (Circular E), section 11.

16 ☐☐ Write the state abbreviation for the state where you made your deposits OR write "MU" if you made your deposits in multiple states.

17 Check one: ☐ Line 10 is less than $2,500. Go to Part 3.

☐ You were a monthly schedule depositor for the entire quarter. Enter your tax liability for each month. Then go to Part 3.

Tax liability:  Month 1 [_____]

Month 2 [_____]

Month 3 [_____]

Total liability for quarter [_____]  Total must equal line 10.

☒ You were a semiweekly schedule depositor for any part of this quarter. Complete Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors, and attach it to Form 941.

### Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.

18 If your business has closed or you stopped paying wages . . . . . . . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages [  /  /  ].

19 If you are a seasonal employer and you do not have to file a return for every quarter of the year . ☐ Check here.

### Part 4: May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☐ Yes. Designee's name and phone number [_____]  (   )   -

Select a 5-digit Personal Identification Number (PIN) to use when talking to the IRS. ☐☐☐☐☐

☐ No.

### Part 5: Sign here. You MUST complete both pages of Form 941 and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

X Sign your name here [_____]

Print your name here [_____]

Print your title here [_____]

Date [  /  /  ]

Best daytime phone (   )   -

**Paid preparer's use only**    Check if you are self-employed . . . . ☐

| Preparer's name | [_____] | Preparer's SSN/PTIN | [_____] |
|---|---|---|---|
| Preparer's signature | [_____] | Date | [  /  /  ] |
| Firm's name (or yours if self-employed) | [_____] | EIN | [_____] |
| Address | [_____] | Phone | (   )   - |
| City | [_____] State [____] | ZIP code | [_____] |

Page 2

Form 941 (Rev. 1-2009)

AMS 000469

ADP South Central      10/21/2011 1:59 PM   PAGE   3/003   Fax Server

YA7

## Schedule B (Form 941):

960309

**Report of Tax Liability for Semiweekly Schedule Depositors**
(Rev. February 2009)                    Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029

(EIN)
Employer identification number   7  4 – 2  6  9  9  6  6  7

**Report for this Quarter**
(Check one.)

Name (not your trade name)  AUSTIN MONTESSORI SCHOOL INC

Calendar year   2  0  0  9          (Also check quarter)

☐ 1: January, February, March

☐ 2: April, May, June

☒ 3: July, August, September

☐ 4: October, November, December

Use this schedule to show your TAX LIABILITY for the quarter; DO NOT use it to show your deposits. When you file this form with Form 941 (or Form 941-SS), DO NOT change your tax liability by adjustments reported on any Forms 941-X. You must fill out this form and attach it to Form 941 (or Form 941-SS) if you are a semiweekly schedule depositor or became one because your accumulated tax liability on any day was $100,000 or more. Write your daily tax liability on the numbered space that corresponds to the date wages were paid. See Section 11 in Pub. 15 (Circular E), Employer's Tax Guide, for details.

**Month 1**

Tax liability for Month 1

**Month 2**

Tax liability for Month 2

**Month 3**

Tax liability for Month 3

Fill in your total liability for the quarter (Month 1 + Month 2 + Month 3) = Total tax liability for the quarter ►
Total must equal line 10 on Form 941 (or line 8 on Form 941-SS).

Total liability for the quarter

For Paperwork Reduction Act Notice, see separate instructions.      Cat. No. 11967Q      Schedule B (Form 941) Rev. 2-2009

AMS 000470

ADP South Central    10/21/2011 1:56 PM    PAGE    2/004    Fax Server

YA7

## Form **941 for 2009:** Employer's QUARTERLY Federal Tax Return

(Rev. April 2009)    Department of the Treasury — Internal Revenue Service

950309

OMB No. 1545-0029

(EIN)
Employer identification number   7  4  –  2  6  9  9  6  6  7

Name (not your trade name)  AUSTIN MONTESSORI SCHOOL INC

Trade name (if any)

Address  5006 SUNSET TRAIL
Number        Street                          Suite or room number

AUSTIN        |  TX  |  76745
City          |  State |  ZIP code

**Report for this Quarter of 2009**
(Check one.)

☐ 1: January, February, March

☐ 2: April, May, June

☐ 3: July, August, September

☒ 4: October, November, December

Read the separate instructions before you complete Form 941. Type or print within the boxes.

**Part 1: Answer these questions for this quarter.**

1  Number of employees who received wages, tips, or other compensation for the pay period
including: Mar. 12 (Quarter 1), June 12 (Quarter 2), Sept. 12 (Quarter 3), Dec. 12 (Quarter 4)  **1**   49

2  Wages, tips, and other compensation . . . . . . . . . . . . . .  **2**

3  Income tax withheld from wages, tips, and other compensation . . . . . . . .  **3**

4  If no wages, tips, and other compensation are subject to social security or Medicare tax  ☐ Check and go to line 6.

5  Taxable social security and Medicare wages and tips:

|  | Column 1 |  | Column 2 |
|---|---|---|---|
| 5a  Taxable social security wages |  | × .124 = |  |
| 5b  Taxable social security tips | --NONE-- | × .124 = | --NONE-- |
| 5c  Taxable Medicare wages & tips |  | × .029 = |  |

5d  Total social security and Medicare taxes (Column 2, lines 5a + 5b + 5c = line 5d) . .  **5d**

6  Total taxes before adjustments (lines 3 + 5d = line 6) . . . . . . . . . . .  **6**

7  CURRENT QUARTER'S ADJUSTMENTS, for example, a fractions of cents adjustment.
See the instructions.

7a  Current quarter's fractions of cents . . . . . . . . . .  ▪

7b  Current quarter's sick pay  . . . . . . . . . .  ▪

7c  Current quarter's adjustments for tips and group-term life insurance  ▪

7d  TOTAL ADJUSTMENTS. Combine all amounts on lines 7a through 7c . . . . . . .  **7d**  --NONE--

8  Total taxes after adjustments. Combine lines 6 and 7d . . . . . . . . .  **8**

9  Advance earned income credit (EIC) payments made to employees . . . . . . .  **9**  --NONE--

10  Total taxes after adjustment for advance EIC (line 8 – line 9 = line 10) . . . . . .  **10**

11  Total deposits for this quarter, including overpayment applied from a
prior quarter and overpayment applied from Form 941-X or
Form 944-X. . . . . . . . . . . . . . . . . .

12a  COBRA premium assistance payments (see instructions) . . . .  --NONE--

12b  Number of individuals provided COBRA premium
assistance reported on line 12a. . . . . . .

13  Add lines 11 and 12a . . . . . . . . . . . . . . . . .  **13**

14  Balance due. If line 10 is more than line 13, write the difference here . . . . . . .  **14**  ▪
For information on how to pay, see the instructions.

15  Overpayment. If line 13 is more than line 10, write the difference here  ▪  Check one: ☐ Apply to next return.  ☐ Send a refund.

▶ You MUST complete both pages of Form 941 and SIGN it.  Next ▶

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.    Cat. No. 17001Z    Form **941** (Rev. 4-2009)

AMS 000471

ADP South Central     10/21/2011 1:56 PN   PAGE    3/004    Fax Server

950289

| Name (not your trade name) | Employer identification number (EIN) |
|---|---|
| AUSTIN MONTESSORI SCHOOL INC | 742699667 |

**Part 2: Tell us about your deposit schedule and tax liability for this quarter.**

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see Pub. 15 (Circular E), section 11.

16 ☐☐ Write the state abbreviation for the state where you made your deposits OR write "MU" if you made your deposits in multiple states.

17 Check one: ☐ Line 10 is less than $2,500. Go to Part 3.

☐ You were a monthly schedule depositor for the entire quarter. Enter your tax liability for each month. Then go to Part 3.

Tax liability:   Month 1  [          ]

Month 2  [          ]

Month 3  [          ]

Total liability for quarter  [          ]  Total must equal line 10.

☒ You were a semiweekly schedule depositor for any part of this quarter. Complete Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors, and attach it to Form 941.

**Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.**

18 If your business has closed or you stopped paying wages  . . . . . . . . . . . . .  ☐ Check here, and

enter the final date you paid wages  [   /   /   ].

19 If you are a seasonal employer and you do not have to file a return for every quarter of the year  . . ☐ Check here.

**Part 4: May we speak with your third-party designee?**

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☐ Yes. Designee's name and phone number  [                    ]   (    )   –

Select a 5-digit Personal Identification Number (PIN) to use when talking to the IRS.  ☐ ☐ ☐ ☐ ☐

☐ No.

**Part 5: Sign here. You MUST complete both pages of Form 941 and SIGN it.**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

X  Sign your name here  [          ]     Print your name here  [          ]

Print your title here  [          ]

Date  [   /   /   ]     Best daytime phone  (    )   –

Paid preparer's use only                         Check if you are self-employed . . . ☐

| Preparer's name | [          ] | Preparer's SSN/PTIN | [          ] |
| Preparer's signature | [          ] | Date | [   /   /   ] |
| Firm's name (or yours if self-employed) | [          ] | EIN | [          ] |
| Address | [          ] | Phone | (    )   – |
| City | [          ]  State [   ] | ZIP code | [          ] |

CLIENT COPY DO NOT FILE

Page 2                                          Form **941** (Rev. 4-2008)

AMS 000472

ADP South Central      10/21/2011 1:56 PM    PAGE    4/004    Fax Server

YA7

# Schedule B (Form 941):
Report of Tax Liability for Semiweekly Schedule Depositors
(Rev. February 2009)        Department of the Treasury — Internal Revenue Service

960909

OMB No. 1545-0029

CLIENT COPY DO NOT FILE

(EIN)
Employer identification number    7 4 – 2 6 9 9 6 6 7

Name (not your trade name) AUSTIN MONTESSORI SCHOOL INC

Calendar year    2 0 0 9        (Also check quarter)

**Report for this Quarter ...** (Check one.)

☐ 1: January, February, March
☐ 2: April, May, June
☐ 3: July, August, September
☒ 4: October, November, December

Use this schedule to show your TAX LIABILITY for the quarter; DO NOT use it to show your deposits. When you file this form with Form 941 (or Form 941-SS), DO NOT change your tax liability by adjustments reported on any Forms 941-X. You must fill out this form and attach it to Form 941 (or Form 941-SS) if you are a semiweekly schedule depositor or became one because your accumulated tax liability on any day was $100,000 or more. Write your daily tax liability on the numbered space that corresponds to the date wages were paid. See Section 11 in Pub. 15 (Circular E), Employer's Tax Guide, for details.

**Month 1**

| 1 | . | 9 | . | 17 | . | 25 | . | Tax liability for Month 1 |
|---|---|---|---|---|---|---|---|---|
| 2 | . | 10 | . | 18 | . | 26 | . | |
| 3 | . | 11 | . | 19 | . | 27 | . | |
| 4 | . | 12 | . | 20 | . | 28 | . | |
| 5 | . | 13 | . | 21 | . | 29 | . | |
| 6 | . | 14 | . | 22 | . | 30 | | |
| 7 | . | 15 | | 23 | . | 31 | . | |
| 8 | . | 16 | | 24 | | | | |

**Month 2**

| 1 | . | 9 | . | 17 | . | 25 | . | Tax liability for Month 2 |
|---|---|---|---|---|---|---|---|---|
| 2 | . | 10 | . | 18 | . | 26 | . | |
| 3 | . | 11 | . | 19 | . | 27 | . | |
| 4 | . | 12 | . | 20 | . | 28 | . | |
| 5 | . | 13 | | 21 | . | 29 | . | |
| 6 | . | 14 | . | 22 | . | 30 | | |
| 7 | . | 15 | . | 23 | . | 31 | . | |
| 8 | . | 16 | . | 24 | . | | | |

**Month 3**

| 1 | . | 9 | . | 17 | . | 25 | . | Tax liability for Month 3 |
|---|---|---|---|---|---|---|---|---|
| 2 | . | 10 | . | 18 | . | 26 | . | |
| 3 | . | 11 | . | 19 | . | 27 | . | |
| 4 | . | 12 | . | 20 | . | 28 | . | |
| 5 | . | 13 | . | 21 | . | 29 | . | |
| 6 | . | 14 | . | 22 | . | 30 | . | |
| 7 | . | 15 | | 23 | . | 31 | | |
| 8 | . | 16 | . | 24 | . | | | |

Fill in your total liability for the quarter (Month 1 + Month 2 + Month 3) = Total tax liability for the quarter ▶    Total liability for the quarter

Total must equal line 10 on Form 941 (or line 8 on Form 941-SS).

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 11967Q    Schedule B (Form 941) Rev. 2-2009

AMS 000473

ADP South Central    10/21/2011 1:58 PM    PAGE    1/003    Fax Server

YA7

**Form 941 for 2009: Employer's QUARTERLY Federal Tax Return**    950109

(Rev. April 2009)    Department of the Treasury — Internal Revenue Service    OMB No. 1545-0029

(EIN)
Employer identification number    7 4 – 2 6 9 9 6 6 7

Name (not your trade name)    AUSTIN MONTESSORI SCHOOL INC

Trade name (if any)

Address    5006 SUNSET TRAIL
Number    Street    Suite or room number

AUSTIN    TX    78745
City    State    ZIP code

**Report for this Quarter of 2009**
(Check one.)

☐ 1: January, February, March
☐ 2: April, May, June
☐ 3: July, August, September
☒ 4: October, November, December

Read the separate instructions before you complete Form 941. Type or print within the boxes.

**Part 1: Answer these questions for this quarter.**

1  Number of employees who received wages, tips, or other compensation for the pay period including: Mar. 12 (Quarter 1), June 12 (Quarter 2), Sept. 12 (Quarter 3), Dec. 12 (Quarter 4)    1    49

2  Wages, tips, and other compensation . . . . . . . . . .    2

3  Income tax withheld from wages, tips, and other compensation . . . . . . . .    3

4  If no wages, tips, and other compensation are subject to social security or Medicare tax    ☐ Check and go to line 6.

5  Taxable social security and Medicare wages and tips:

| | Column 1 | | Column 2 |
|---|---|---|---|
| 5a Taxable social security wages | | × .124 = | |
| 5b Taxable social security tips | --NONE-- | × .124 = | --NONE-- |
| 5c Taxable Medicare wages & tips | | × .029 = | |

5d  Total social security and Medicare taxes (Column 2, lines 5a + 5b + 5c = line 5d) . .    5d

6  Total taxes before adjustments (lines 3 + 5d = line 6) . . . . . . . . . .    6

7  CURRENT QUARTER'S ADJUSTMENTS, for example, a fractions of cents adjustment. See the instructions.

7a  Current quarter's fractions of cents . . . . . . . . .

7b  Current quarter's sick pay . . . . . . . . . . .

7c  Current quarter's adjustments for tips and group-term life insurance

7d  TOTAL ADJUSTMENTS. Combine all amounts on lines 7a through 7c . . . . . . .    7d    --NONE--

8  Total taxes after adjustments. Combine lines 6 and 7d . . . . . . .    8

9  Advance earned income credit (EIC) payments made to employees . . . . . . .    9    --NONE--

10  Total taxes after adjustment for advance EIC (line 8 – line 9 = line 10) . . . . . .    10

11  Total deposits for this quarter, including overpayment applied from a prior quarter and overpayment applied from Form 941-X or Form 944-X . . . . . . . . .

12a  COBRA premium assistance payments (see instructions) . . . . .    --NONE--

12b  Number of individuals provided COBRA premium assistance reported on line 12a . . . . . . .

13  Add lines 11 and 12a . . . . . . . . . . . . . . .    13

14  Balance due. If line 10 is more than line 13, write the difference here . . . . . . .    14

For information on how to pay, see the instructions.

15  Overpayment. If line 13 is more than line 10, write the difference here    ☐ Apply to next return. Check one ☐ Send a refund.

▶ You MUST complete both pages of Form 941 and SIGN it.

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.    Cat. No. 17001Z    Form **941** (Rev. 4-2009)

DO NOT FILE COPY

AMS 000474

ADP South Central    10/21/2011 1:58 PM  PAGE   2/003   Fax Server

950209

| Name (not your trade name) | Employer Identification number (EIN) |
|---|---|
| AUSTIN MONTESSORI SCHOOL INC | 742699667 |

**Part 2: Tell us about your deposit schedule and tax liability for this quarter.**

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see Pub. 15 (Circular E), section 11.

16 ☐☐  Write the state abbreviation for the state where you made your deposits OR write "MU" if you made your deposits in multiple states.

17 Check one: ☐  Line 10 is less than $2,500. Go to Part 3.

☐  You were a monthly schedule depositor for the entire quarter. Enter your tax liability for each month. Then go to Part 3.

Tax liability:  Month 1 [              ]

Month 2 [              ]

Month 3 [              ]

Total liability for quarter [              ] Total must equal line 10.

☒  You were a semiweekly schedule depositor for any part of this quarter. Complete Schedule B (Form 941), Report of Tax Liability for Semiweekly Schedule Depositors, and attach it to Form 941.

**Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.**

18 If your business has closed or you stopped paying wages . . . . . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages [  /  /  ].

19 If you are a seasonal employer and you do not have to file a return for every quarter of the year . . ☐ Check here.

**Part 4: May we speak with your third-party designee?**

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☐ Yes. Designee's name and phone number [              ]  ( )  -

Select a 5-digit Personal Identification Number (PIN) to use when talking to the IRS. ☐ ☐ ☐ ☐ ☐

☐ No.

**Part 5: Sign here. You MUST complete both pages of Form 941 and SIGN it.**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

X  Sign your name here [              ]    Print your name here [              ]

Print your title here [              ]

Date [  /  /  ]    Best daytime phone ( )  -

**Paid preparer's use only**    Check if you are self-employed . . . ☐

| Preparer's name | [              ] | Preparer's SSN/PTIN | [              ] |
| Preparer's signature | [              ] | Date | [  /  /  ] |
| Firm's name (or yours if self-employed) | [              ] | EIN | [              ] |
| Address | [              ] | Phone | ( )  - |
| City | [              ] | State [    ] | ZIP code | [              ] |

CLIENT COPY DO NOT FILE

Page 2    Form 941 (Rev. 4-2008)

AMS 000475

ADP South Central    10/21/2011 1:58 PM    PAGE    3/003    Fax Server

YA7

# Schedule B (Form 941):

960307

## Report of Tax Liability for Semiweekly Schedule Depositors

(Rev. February 2009)    Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029

(EIN)
Employer identification number    7 4 – 2 6 9 9 6 6 7

Report for this Quarter...
(Check one.)

Name (not your trade name) AUSTIN MONTESSORI SCHOOL INC

Calendar year    2 0 0 9    (Also check quarter)

- [ ] 1: January, February, March
- [ ] 2: April, May, June
- [ ] 3: July, August, September
- [X] 4: October, November, December

Use this schedule to show your TAX LIABILITY for the quarter; DO NOT use it to show your deposits. When you file this form with Form 941 (or Form 941-SS), DO NOT change your tax liability by adjustments reported on any Forms 941-X. You must fill out this form and attach it to Form 941 (or Form 941-SS) if you are a semiweekly schedule depositor or became one because your accumulated tax liability on any day was $100,000 or more. Write your daily tax liability on the numbered space that corresponds to the date wages were paid. See Section 11 in Pub. 15 (Circular E), Employer's Tax Guide, for details.

**Month 1**

Tax liability for Month 1

**Month 2**

Tax liability for Month 2

**Month 3**

Tax liability for Month 3

Fill in your total liability for the quarter (Month 1 + Month 2 + Month 3 = Total tax liability for the quarter) ▶
Total must equal line 10 on Form 941 (or line 8 on Form 941-SS).

Total liability for the quarter

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 11967Q    Schedule B (Form 941) Rev. 2-2009

# Exhibit 26

AMS 000477

ADP South Central    10/21/2011 2:04 PM   PAGE    1/003    Fax Server

YA7

Form **941 for 2010:** Employer's QUARTERLY Federal Tax Return    950309

(Rev. April 2009)    Department of the Treasury — Internal Revenue Service    OMB No. 1545-0029

| | |
|---|---|
| (EIN) Employer Identification number | 7 4 – 2 6 9 9 6 6 7 |
| Name (not your trade name) | AUSTIN MONTESSORI SCHOOL INC |
| Trade name (if any) | |
| Address | 5006 SUNSET TRAIL |
| | AUSTIN    TX    78745 |

**Report for this Quarter of 2010** (Check one.)

- [X] 1: January, February, March
- [ ] 2: April, May, June
- [ ] 3: July, August, September
- [ ] 4: October, November, December

Read the separate instructions before you complete Form 941. Type or print within the boxes.

**Part 1: Answer these questions for this quarter.**

1  Number of employees who received wages, tips, or other compensation for the pay period including Mar. 12 (Quarter 1), June 12 (Quarter 2), Sept. 12 (Quarter 3), Dec. 12 (Quarter 4)    1    49

2  Wages, tips, and other compensation . . . . . . . . . . .    2

3  Income tax withheld from wages, tips, and other compensation . . . . . . . . .    3

4  If no wages, tips, and other compensation are subject to social security or Medicare tax    [ ] Check and go to line 6.

5  Taxable social security and Medicare wages and tips:

| | | Column 1 | | Column 2 |
|---|---|---|---|---|
| 5a | Taxable social security wages | | × .124 = | |
| 5b | Taxable social security tips | – –NONE– – | × .124 = | – –NONE– – |
| 5c | Taxable Medicare wages & tips | | × .029 = | |

5d  Total social security and Medicare taxes (Column 2, lines 5a + 5b + 5c = line 5d) . .    5d

6  Total taxes before adjustments (lines 3 + 5d = line 6) . . . . . . . . . . .    6

7  CURRENT QUARTER'S ADJUSTMENTS, for example, a fractions of cents adjustment. See the instructions.

7a  Current quarter's fractions of cents . . . . . . . .    .

7b  Current quarter's sick pay . . . . . . . . .    .

7c  Current quarter's adjustments for tips and group-term life insurance    .

7d  TOTAL ADJUSTMENTS. Combine all amounts on lines 7a through 7c . . . . . . .    7d    – –NONE– –

8  Total taxes after adjustments. Combine lines 6 and 7d . . . . . .    8

9  Advance earned income credit (EIC) payments made to employees . . . . . . .    9    – –NONE– –

10  Total taxes after adjustment for advance EIC (line 8 – line 9 = line 10) . . . . . .    10

11  Total deposits for this quarter, including overpayment applied from a prior quarter and overpayment applied from Form 941-X or Form 944-X . . . . . . . . . . . . . . . .    11

12a  COBRA premium assistance payments (see instructions) . . . . .    – –NONE– –

12b  Number of individuals provided COBRA premium assistance reported on line 12a . . . . . . .

13  Add lines 11 and 12a . . . . . . . . . . .    13

14  Balance due. If line 10 is more than line 13, write the difference here . . . . . . .    14    .
For information on how to pay, see the instructions.    [ ] Apply to next return.

15  Overpayment. If line 13 is more than line 10, write the difference here    .    Check one: [ ] Send a refund.

▶ You MUST complete both pages of Form 941 and SIGN it.    Next ▶

DRAFT COPY
DO NOT FILE

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.    Cat. No. 17001Z    Form 941 (Rev. 4-2009)

AMS 000478

ADP South Central    10/21/2011 2:04 PM  PAGE   2/003   Fax Server

550209

| Name (not your trade name) | Employer Identification number (EIN) |
|---|---|
| AUSTIN MONTESSORI SCHOOL INC | 742699667 |

**Part 2: Tell us about your deposit schedule and tax liability for this quarter.**

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see Pub. 15 (Circular E), section 11.

15  ☐☐  Write the state abbreviation for the state where you made your deposits OR write "MU" if you made your deposits in multiple states.

17  Check one: ☐  Line 10 is less than $2,500. Go to Part 3.

☐  You were a monthly schedule depositor for the entire quarter. Enter your tax liability for each month. Then go to Part 3.

Tax liability:  Month 1  _____

Month 2  _____

Month 3  _____

Total liability for quarter  _____  Total must equal line 10.

☒  You were a semiweekly schedule depositor for any part of this quarter. Complete Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors, and attach it to Form 941.

**Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.**

18  If your business has closed or you stopped paying wages . . . . . . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages  __/__/__ .

19  If you are a seasonal employer and you do not have to file a return for every quarter of the year  . . ☐ Check here.

**Part 4: May we speak with your third-party designee?**

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☐ Yes.  Designee's name and phone number  _____   ( ___ ) ___ - ____

Select a 5-digit Personal Identification Number (PIN) to use when talking to the IRS.  ☐ ☐ ☐ ☐ ☐

☐ No.

**Part 5: Sign here. You MUST complete both pages of Form 941 and SIGN it.**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

✗ Sign your name here  _____

Print your name here  _____

Print your title here  _____

Date  __/__/__

Best daytime phone  ( ___ ) ___ - ____

**Paid preparer's use only**

Check if you are self-employed . . . . ☐

| Preparer's name | _____ | Preparer's SSN/PTIN | _____ |
| Preparer's signature | _____ | Date | __/__/__ |
| Firm's name (or yours if self-employed) | _____ | EIN | _____ |
| Address | _____ | Phone | ( ___ ) ___ - ____ |
| City | _____ | State | ____ | ZIP code | _____ |

CLIENT COPY DO NOT FILE

Page 2

Form 941 (Rev. 4-2008)

AMS 000479

ADP South Central    10/21/2011 2:04 PM  PAGE   3/003   Fax Server

YA7

# Schedule B (Form 941):

**Report of Tax Liability for Semiweekly Schedule Depositors**

(Rev. February 2009)                    Department of the Treasury — Internal Revenue Service

CLIENT COPY DO NOT FILE

OMB No. 1545-0029

(EIN)
Employer identification number  7 4 – 2 6 9 9 5 6 7

Name (not your trade name) AUSTIN MONTESSORI SCHOOL INC

Calendar year  2 0 1 0                    (Also check quarter)

**Report for this Quarter...**
(Check one.)

[X] 1: January, February, March

[ ] 2: April, May, June

[ ] 3: July, August, September

[ ] 4: October, November, December

Use this schedule to show your TAX LIABILITY for the quarter; DO NOT use it to show your deposits. When you file this form with Form 941 (or Form 941-SS), DO NOT change your tax liability by adjustments reported on any Forms 941-X. You must fill out this form and attach it to Form 941 (or Form 941-SS) if you are a semiweekly schedule depositor or became one because your accumulated tax liability on any day was $100,000 or more. Write your daily tax liability on the numbered space that corresponds to the date wages were paid. See Section 11 in Pub. 15 (Circular E), Employer's Tax Guide, for details.

Fill in your total liability for the quarter (Month 1 + Month 2 + Month 3 = Total tax liability for the quarter ▶
Total must equal line 10 on Form 941 (or line 8 on Form 941-SS).

For Paperwork Reduction Act Notice, see separate instructions.          Cat. No. 11967Q          Schedule B (Form 941) Rev. 2-2009

AMS 000480

ADP South Central     10/21/2011 2:09 PM   PAGE    1/003   Fax Server

YA7

# Form 941 for 2010: Employer's QUARTERLY Federal Tax Return
(Rev. April 2010)                    Department of the Treasury — Internal Revenue Service

951110
OMB No. 1545-0029

(EIN)
Employer identification number   7  4  –  2  6  9  9  6  6  7

Name (not your trade name)   AUSTIN MONTESSORI SCHOOL INC

Trade name (if any)

Address   5008 SUNSET TRAIL
          Number         Street                         Suite or room number
          AUSTIN                           TX    78745
          City                             State   ZIP code

**Report for this Quarter of 2010**
(Check one.)

- [ ] 1: January, February, March
- [X] 2: April, May, June
- [ ] 3: July, August, September
- [ ] 4: October, November, December

Read the separate instructions before you complete Form 941. Type or print within the boxes.

**Part 1: Answer these questions for this quarter.**

| | | | |
|---|---|---|---|
| 1 | Number of employees who received wages, tips, or other compensation for the pay period including: Mar. 12 (Quarter 1), June 12 (Quarter 2), Sept. 12 (Quarter 3), or Dec. 12 (Quarter 4) | 1 | 48 |
| 2 | Wages, tips, and other compensation . . . . . . . . . . . | 2 | |
| 3 | Income tax withheld from wages, tips, and other compensation . . . . . . . | 3 | |
| 4 | If no wages, tips, and other compensation are subject to social security or Medicare tax | | [ ] Check and go to line 6e. |

Report wages/tips for this quarter, including those paid to qualified new employees, on lines 6a–6c. The social security tax exemption on wages/tips will be figured on lines 6c and 6d and will reduce the tax on line 6e.

| | | Column 1 | | Column 2 | |
|---|---|---|---|---|---|
| 5a | Taxable social security wages* | | x .124 = | | |
| 5b | Taxable social security tips* . . | --NONE-- | x .124 = | --NONE-- | |
| 5c | Taxable Medicare wages & tips* | | x .029 = | | |

| | | | |
|---|---|---|---|
| 5d | Add Column 2 line 5a, Column 2 line 5b, and Column 2 line 5c . . . . . . . | 5d | |
| 6a | Number of qualified employees first paid exempt wages/tips this quarter | | See instructions for definitions of qualified employee and exempt wages/tips. |
| 6b | Number of qualified employees paid exempt wages/tips this quarter | | |
| 6c | Exempt wages/tips paid to qualified employees this quarter [ . ] x .062 = | 6d | . |
| 6e | Total taxes before adjustments (line 3 + line 5d – line 6d = line 6e) . . . . . . . | 6e | |
| 7a | Current quarter's adjustment for fractions of cents . . . . . . . . | 7a | . |
| 7b | Current quarter's adjustment for sick pay . . . . . . . . . . . | 7b | . |
| 7c | Current quarter's adjustments for tips and group-term life insurance . . . . . | 7c | . |
| 8 | Total taxes after adjustments. Combine lines 6e through 7c . . . . . . . . | 8 | |
| 9 | Advance earned income credit (EIC) payments made to employees . . . . . | 9 | --NONE-- |
| 10 | Total taxes after adjustment for advance EIC (line 8 – line 9 = line 10) . . . . . | 10 | |
| 11 | Total deposits, including prior quarter overpayments . . . . . . . | 11 | |
| 12a | COBRA premium assistance payments (see instructions) . . . . . . . . | 12a | --NONE-- |
| 12b | Number of individuals provided COBRA premium assistance . . | | Complete lines 12c, 12d, and 12e only for the 2nd quarter of 2010. |
| 12c | Number of qualified employees paid exempt wages/tips March 19–31 | | |
| 12d | Exempt wages/tips paid to qualified employees March 19–31 [ . ] x .062 = | 12e | . |
| 13 | Add lines 11, 12a, and 12e . . . . . . . . . . . . . . | 13 | |
| 14 | Balance due. If line 10 is more than line 13, enter the difference and see instructions . . . | 14 | . |
| 15 | Overpayment. If line 13 is more than line 10, enter the difference [ . ] Check one: [ ] Apply to next return. [ ] Send a refund. | | |

► You MUST complete both pages of Form 941 and SIGN it.

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.        Cat. No. 17001Z        Form **941** (Rev. 4-2010)

AUDIT COPY — DO NOT FILE

AMS 000481

ADP South Central    10/21/2011 2:09 PM  PAGE    2/003   Fax Server

950210

| Name (not your trade name) | Employer identification number (EIN) |
|---|---|
| AUSTIN MONTESSORI SCHOOL INC | 742699667 |

**Part 2: Tell us about your deposit schedule and tax liability for this quarter.**

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see Pub. 15 (Circular E), section 11.

16 ☐☐ Write the state abbreviation for the state where you made your deposits OR write "MU" if you made your deposits in multiple states.

17 Check one: ☐ Line 10 on this return is less than $2,500 or line 10 on the return for the preceding quarter was less than $2,500, and you did not incur a $100,000 next-day deposit obligation during the current quarter. Go to Part 3.

☐ You were a monthly schedule depositor for the entire quarter. Enter your tax liability for each month and total liability for the quarter, then go to Part 3.

Tax liability:   Month 1 [_____]

Month 2 [_____]

Month 3 [_____]

Total liability for quarter [_____]  Total must equal line 10.

☒ You were a semiweekly schedule depositor for any part of this quarter. Complete Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors, and attach it to Form 941.

**Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.**

18 If your business has closed or you stopped paying wages . . . . . . . . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages [ / / ].

19 If you are a seasonal employer and you do not have to file a return for every quarter of the year . . . ☐ Check here.

**Part 4: May we speak with your third-party designee?**

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☐ Yes. Designee's name and phone number [_____] [_____]

Select a 5-digit Personal Identification Number (PIN) to use when talking to the IRS. ☐☐☐☐☐

☐ No.

**Part 5: Sign here. You MUST complete both pages of Form 941 and SIGN it.**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

X    Sign your name here [_____]

Print your name here [_____]

Print your title here [_____]

Date [ / / ]    Best daytime phone [_____]

Paid preparer's use only    Check if you are self-employed . . . ☐

| Preparer's name | [_____] | Preparer's SSN/PTIN | [_____] |
|---|---|---|---|
| Preparer's signature | [_____] | Date | [ / / ] |
| Firm's name (or yours if self-employed) | [_____] | EIN | [_____] |
| Address | [_____] | Phone | [_____] |
| City | [_____] | State [____] | ZIP code [_____] |

CLIENT COPY DO NOT FILE

Page 2    Form 941 (Rev. 4-2010)

AMS 000482

ADP South Central      10/21/2011 2:09 PM   PAGE   3/003   Fax Server

YA7

# Schedule B (Form 941):
## Report of Tax Liability for Semiweekly Schedule Depositors
(Rev. February 2009)          Department of the Treasury — Internal Revenue Service

960309

OMB No. 1545-0029

(EIN)
Employer identification number  7 4 - 2 6 9 9 6 6 7

Name (not your trade name)  AUSTIN MONTESSORI SCHOOL, INC

Calendar year  2 0 1 0          (Also check quarter)

**Report for this Quarter...**
(Check one.)

☐ 1: January, February, March
☒ 2: April, May, June
☐ 3: July, August, September
☐ 4: October, November, December

Use this schedule to show your TAX LIABILITY for the quarter; DO NOT use it to show your deposits. When you file this form with Form 941 (or Form 941-SS), DO NOT change your tax liability by adjustments reported on any Forms 941-X. You must fill out this form and attach it to Form 941 (or Form 941-SS) if you are a semiweekly schedule depositor or became one because your accumulated tax liability on any day was $100,000 or more. Write your daily tax liability on the numbered space that corresponds to the date wages were paid. See Section 11 in Pub. 15 (Circular E), Employer's Tax Guide, for details.

Month 1

Tax liability for Month 1

Month 2

Tax liability for Month 2

Month 3

Tax liability for Month 3

Fill in your total liability for the quarter (Month 1 + Month 2 + Month 3) = Total tax liability for the quarter ▶

Total must equal line 10 on Form 941 (or line 8 on Form 941-SS).

Total liability for the quarter

For Paperwork Reduction Act Notice, see separate instructions.          Cat. No. 11967Q          Schedule B (Form 941) Rev. 2-2009

# Exhibit 27

A196

Form **941 for 2010:** Employer's QUARTERLY Federal Tax Return 1262    971110
(Rev. April 2010)    Department of the Treasury — Internal Revenue Service    OMB No. 1545-0029

**(EIN)**
Employer identification number    74-2699667
Name (not your trade name) AUSTIN MONTESSORI SCHOOL, INC.
Trade name (if any) _____

Address    5006 SUNSET TRAIL

AUSTIN, TX 78745

**Report for this Quarter of 2010** (Check one.)

[ ] 1: January, February, March

[ ] 2: April, May, June

[X] 3: July, August, September

[ ] 4: October, November, December

**Part 1: Answer these questions for this quarter.**

1   Number of employees who received wages, tips, or other compensation for the pay period
including: Mar. 12 (Quarter 1), June 12 (Quarter 2), Sept. 12 (Quarter 3), or Dec. 12 (Quarter 4) . . .    **1**    49

2   Wages, tips, and other compensation. . . . . . . . . . . . . . . . . . . . . . .    **2**

3   Income tax withheld from wages, tips, and other compensation . . . . . . . . . . . . . . . . . . . . . .    **3**

4   If no wages, tips, and other compensation are subject to social security or Medicare tax. . . . . . . .    [ ] Check and go to line 6e.

|  | Column 1 | | Column 2 |
|---|---|---|---|
| 5a Taxable social security wages*... | | x .124 = | |
| 5b Taxable social security tips*..... | | x .124 = | |
| 5c Taxable Medicare wages & tips*.. | | x .029 = | |

*Report wages/tips for this quarter, including those paid to qualified new employees, on lines 5a-5c. The social security tax exemption on wages/tips will be figured on lines 6c and 6d and will reduce the tax on line 6e.

5d   Add Column 2 line 5a, Column 2 line 5b, and Column 2 line 5c . . . . . . . . . . . . . . . . . . . . . .    **5d**

6a   Number of qualified employees first paid exempt wages/tips this quarter    0
6b   Number of qualified employees paid exempt wages/tips this quarter . .    0

See instructions for definitions of qualified employee and exempt wages/tips.

6c   Exempt wages/tips paid to qualified employees this quarter    x .062 =    **6d**

6e   Total taxes before adjustments (line 3 + line 5d – line 6d = line 6e) . . . . . . . . . . . . . . . . . . . .    **6e**

7a   Current quarter's adjustment for fractions of cents . . . . . . . . . . . . . . . . . . . . . .    **7a**

7b   Current quarter's adjustment for sick pay . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **7b**

7c   Current quarter's adjustments for tips and group-term life insurance . . . . . . . . . . . . . . . . . . . .    **7c**

8   Total taxes after adjustments. Combine lines 6e through 7c. . . . . . . . . . . . . . . . . . . . . . .    **8**

9   Advance earned income credit (EIC) payments made to employees . . . . . . . . . . . . . . . . . . . . . .    **9**

10   Total taxes after adjustment for advance EIC (line 8 – line 9 = line 10) . . . . . . . . . . . . . . . . . . .    **10**

11   Total deposits, including prior quarter overpayments. . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **11**

12a   COBRA premium assistance payments (see instructions). . . . . . . . . . . . . . . . . . . .    **12a**
12b   Number of individuals provided COBRA premium assistance . . . . . . . .
12c   Number of qualified employees paid exempt wages/tips March 19-31. .

Complete lines 12c, 12d, and 12e only for the 2nd quarter of 2010.

12d   Exempt wages/tips paid to qualified employees March 19-31    x .062 =    **12e**

13   Add lines 11, 12a, and 12e. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **13**

14   Balance due. If line 10 is more than line 13, enter the difference and see instructions. . . . . . . . . . . . . .    **14**

15   Overpayment. If line 13 is more than line 10, enter the difference    Check one: [ ] Apply to next return. [ ] Send a refund.

▶ You MUST complete both pages of Form 941 and SIGN it.    B10941    Copyright 2010 Greatland/Nelco – Forms Software Only    Next ▶
For Privacy Act and Paperwork Reduction Act Notice, see the Payment Voucher.    CAA    0  9411    NTF 2574789A    Form **941** (Rev. 4-2010)

AMS 000512

A196

970210

**Form 941** (Rev. 4-2010)   Page **2**

| Name (not your trade name) | Employer identification number (EIN) |
|---|---|
| AUSTIN MONTESSORI SCHOOL, INC. | 74-2699667 |

**Part 2: Tell us about your deposit schedule and tax liability for this quarter.**

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see Pub. 15 (Circular E), section 11.

16  | TX |  Enter the state abbreviation for the state where you made your deposits OR enter "MU" if you made your deposits in multiple states.

17  Check one:  ☐  Line 10 on this return is less than $2,500 or line 10 on the return for the preceding quarter was less than $2,500, and you did not incur a $100,000 next-day deposit obligation during the current quarter. Go to Part 3.

☐  You were a monthly schedule depositor for the entire quarter. Enter your tax liability for each month and total liability for the quarter, then go to Part 3.

Tax liability:   Month 1  [                    ]

Month 2  [                    ]

Month 3  [                    ]

Total liability for quarter  [                    ]   Total must equal line 10.

☒  You were a semiweekly schedule depositor for any part of this quarter. Complete Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors, and attach it to Form 941.

**Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.**

18  If your business has closed or you stopped paying wages.................................. ☐ Check here, and

enter the final date you paid wages  [                    ].

19  If you are a seasonal employer and you do not have to file a return for every quarter of the year .......... ☐ Check here.

**Part 4: May we speak with your third-party designee?**

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See instructions for details.

☐  Yes. Designee's name and phone number  [                    ]  [                    ]

Select a 5-digit Personal Identification Number (PIN) to use when talking to the IRS.  [                    ]

☐  No.

**Part 5: Sign here. You MUST complete both pages of Form 941 and SIGN it.**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ **Sign your name here**  [ PTM ]

Print your name here  [ PTM ]

Print your title here  [ Agent in Fact ]

Date  [ 10/31/2010 ]

Best daytime phone  [                    ]

| **Paid preparer's use only** | Check if you are self-employed ......... ☐ |
|---|---|
| Preparer's name  [                    ] | Preparer's SSN/PTIN  [                    ] |
| Preparer's signature  [                    ] | Date  [                    ] |
| Firm's name (or yours if self-employed)  [                    ] | EIN  [                    ] |
| Address  [                    ] | Phone  [                    ] |
| City  [                    ]  State  [        ] | ZIP code  [                    ] |

O 9112   NTF 25747?4    B109112    Copyright 2010 Greatland/Nelco – Forms Software Only

AMS 000513

A196

**Schedule B (Form 941):** Report of Tax Liability for Semiweekly Schedule Depositors
Calendar Year  2010                              Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029        970309

Employer Identification number  74-2699667

Name (not your trade name)  AUSTIN MONTESSORI SCHOOL, INC.

Use this schedule to show your TAX LIABILITY for the quarter; DO NOT use it to show your deposits. When you file this form with Form 941 (or Form 941-SS), DO NOT change your tax liability by adjustments reported on any Forms 941-X. You must fill out this form and attach it to Form 941 (or Form 941-SS) if you are a semiweekly schedule depositor or became one because your accumulated tax liability on any day was $100,000 or more. Enter your daily tax liability on the numbered space that corresponds to the date wages were paid. See Section 11 in Pub. 15 (Circular E), Employer's Tax Guide, for details.

**Report for this Quarter**

|   |                        |
|---|------------------------|
|   | 1: January, February, March |
|   | 2: April, May, June    |
| X | 3: July, August, September |
|   | 4: October, November, December |

**Month 1**

Tax liability for Month 1

**Month 2**

Tax liability for Month 2

**Month 3**

Tax liability for Month 3

B10941B

0  94181        NTF 2673557

1GUS_941SCHB
Copyright 2010 Greatland/
Nelco - Forms Software Only

Total liability for the quarter

Fill in your total liability for the quarter (Month 1 + Month 2 + Month 3) = Total tax liability for the quarter  ▶
Total must equal line 10 on Form 941 (or line 3 on Form 941-SS).

For Paperwork Reduction Act Notice, see separate instructions.    CAA        Schedule B (Form 941) Rev. 2-2009

AMS 000514

A196

Form **941 for 2010:** Employer's QUARTERLY Federal Tax Return 1262          971110
(Rev. April 2010)          Department of the Treasury — Internal Revenue Service          OMB No. 1545-0029

| (EIN) | Report for this Quarter of 2010 (Check one.) |
|---|---|
| Employer Identification number    74-2699667 | ☐ 1: January, February, March |
| Name (not your trade name) AUSTIN MONTESSORI SCHOOL, INC. | ☐ 2: April, May, June |
| Trade name (if any) | ☐ 3: July, August, September |
| Address        5006 SUNSET TRAIL | |
| AUSTIN, TX 78745 | ☒ 4: October, November, December |

**Part 1: Answer these questions for this quarter.**

1  Number of employees who received wages, tips, or other compensation for the pay period including: Mar. 12 (Quarter 1), June 12 (Quarter 2), Sept. 12 (Quarter 3), or Dec. 12 (Quarter 4) . . .    1    48

2  Wages, tips, and other compensation . . . . . . . . . . . . . . . . . . . . . . . .    2

3  Income tax withheld from wages, tips, and other compensation . . . . . . . . . . . . . . . . .    3

4  If no wages, tips, and other compensation are subject to social security or Medicare tax . . . . . . .    ☐ Check and go to line 6a.

|  | Column 1 | | Column 2 |
|---|---|---|---|
| 5a Taxable social security wages* . . . | | x .124 = | |
| 5b Taxable social security tips* . . . . . | | x .124 = | |
| 5c Taxable Medicare wages & tips* . . | | x .029 = | |

*Report wages/tips for this quarter, including those paid to qualified new employees, on lines 5a-5c. The social security tax exemption on wages/tips will be figured on lines 6c and 6d and will reduce the tax on line 6e.

5d  Add Column 2 line 5a, Column 2 line 5b, and Column 2 line 5c . . . . . . . . . . . . . . . . .    5d

6a  Number of qualified employees first paid exempt wages/tips this quarter    0

6b  Number of qualified employees paid exempt wages/tips this quarter . .    0

See instructions for definitions of qualified employee and exempt wages/tips.

6c  Exempt wages/tips paid to qualified employees this quarter          x .062 =    6d

6e  Total taxes before adjustments (line 3 + line 5d − line 6d = line 6e) . . . . . . . . . . . . . . . . .    6e

7a  Current quarter's adjustment for fractions of cents . . . . . . . . . . . . . . . . . . . . .    7a

7b  Current quarter's adjustment for sick pay . . . . . . . . . . . . . . . . . . . . . . . . . .    7b

7c  Current quarter's adjustments for tips and group-term life insurance . . . . . . . . . . . . . . . .    7c

8  Total taxes after adjustments. Combine lines 6e through 7c . . . . . . . . . . . . . . . . . . . . .    8

9  Advance earned income credit (EIC) payments made to employees . . . . . . . . . . . . . . . . .    9

10  Total taxes after adjustment for advance EIC (line 8 − line 9 = line 10) . . . . . . . . . . . . . . . .    10

11  Total deposits, including prior quarter overpayments . . . . . . . . . . . . . . . . . . . . .    11

12a  COBRA premium assistance payments (see instructions) . . . . . . . . . . . . . . . . . . .    12a

12b  Number of individuals provided COBRA premium assistance . . . . . . . .

12c  Number of qualified employees paid exempt wages/tips March 19-31 . .

Complete lines 12c, 12d, and 12e only for the 2nd quarter of 2010.

12d  Exempt wages/tips paid to qualified employees March 19-31          x .052 =    12e

13  Add lines 11, 12a, and 12e . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    13

14  Balance due. If line 10 is more than line 13, enter the difference and see instructions . . . . . . . . . . . . . . . .    14

15  Overpayment. If line 13 is more than line 10, enter the difference          Check one: ☐ Apply to next return. ☐ Send a refund.

▶ You MUST complete both pages of Form 941 and SIGN it.          B10941          Copyright 2010 Greatland/Nelco — Forms Software Only          Next ▶

For Privacy Act and Paperwork Reduction Act Notice, see the Payment Voucher.          CAA    0  9-111          NTF 25747B3A          Form **941** (Rev. 4-2010)

AMS 000515

A196

970210

**Form 941** (Rev. 4-2010)   Page **2**

| Name (not your trade name) | Employer Identification number (EIN) |
|---|---|
| AUSTIN MONTESSORI SCHOOL, INC. | 74-2699667 |

## Part 2: Tell us about your deposit schedule and tax liability for this quarter.

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see Pub. 15 (Circular E), section 11.

**16** `TX`   Enter the state abbreviation for the state where you made your deposits OR enter "MU" if you made your deposits in multiple states.

**17** Check one: ☐ Line 10 on this return is less than $2,500 or line 10 on the return for the preceding quarter was less than $2,500, and you did not incur a $100,000 next-day deposit obligation during the current quarter. Go to Part 3.

☐ You were a monthly schedule depositor for the entire quarter. Enter your tax liability for each month and total liability for the quarter, then go to Part 3.

Tax liability:   Month 1 [                    ]

Month 2 [                    ]

Month 3 [                    ]

Total liability for quarter [                    ]   Total must equal line 10.

☒ You were a semiweekly schedule depositor for any part of this quarter. Complete Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors, and attach it to Form 941.

## Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.

**18** If your business has closed or you stopped paying wages............................................ ☐ Check here, and

enter the final date you paid wages [                    ].

**19** If you are a seasonal employer and you do not have to file a return for every quarter of the year .......... ☐ Check here.

## Part 4: May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See instructions for details.

☐ Yes. Designee's name and phone number [                    ] [                    ]

Select a 5-digit Personal Identification Number (PIN) to use when talking to the IRS. [                    ]

☐ No.

## Part 5: Sign here. You MUST complete both pages of Form 941 and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ **Sign your name here** [ PTM ]   Print your name here [ PTM ]

Print your title here [ Agent in Fact ]

Date [ 1/03/2011 ]   Best daytime phone [                    ]

---

**Paid preparer's use only**   Check if you are self-employed ......... ☐

| Preparer's name | [                    ] | Preparer's SSN/PTIN | [                    ] |
|---|---|---|---|
| Preparer's signature | [                    ] | Date | [                    ] |
| Firm's name (or yours if self-employed) | [                    ] | EIN | [                    ] |
| Address | [                    ] | Phone | [                    ] |
| City | [                    ] State [       ] | ZIP code | [                    ] |

O  9412   NTF 2574724   B109412   Copyright 2010 Greatland/Nelco – Forms Software Only

AMS 000516

A196



## Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors

Calendar Year __2010__    Department of the Treasury -- Internal Revenue Service

Employer Identification number    74-2699667

Name (not your trade name)    AUSTIN MONTESSORI SCHOOL, INC.

OMB No. 1545-0029

Report for this Quarter

- [ ] 1: January, February, March
- [ ] 2: April, May, June
- [ ] 3: July, August, September
- [X] 4: October, November, December

Use this schedule to show your TAX LIABILITY for the quarter; DO NOT use it to show your deposits. When you file this form with Form 941 (or Form 941-SS), DO NOT change your tax liability by adjustments reported on any Forms 941-X. You must fill out this form and attach it to Form 941 (or Form 941-SS) if you are a semiweekly schedule depositor or became one because your accumulated tax liability on any day was $100,000 or more. Enter your daily tax liability on the numbered space that corresponds to the date wages were paid. See Section 11 in Pub. 15 (Circular E), Employer's Tax Guide, for details.

**Month 1**

Tax liability for Month 1

**Month 2**

Tax liability for Month 2

**Month 3**

Tax liability for Month 3

B10941B

0  9-41B1    NTF 2573557

10US_941SCHB

Copyright 2010 Greatland/
Nelco - Forms Software Only

Total liability for the quarter

Fill in your total liability for the quarter (Month 1 + Month 2 + Month 3) = Total tax liability for the quarter ▶

Total must equal line 10 on Form 941 (or line 8 on Form 941-SS).

For Paperwork Reduction Act Notice, see separate Instructions.    CAA

Schedule B (Form 941) Rev. 2-2009

AMS 000517

# Exhibit 28

## Programs and Services

The programs and services available to students that attend the Elementary Level at Austin Montessori School are detailed below.

### The Shuttle
#### Schedule and Rules

> 7:55 AM   Depart Great Northern Campus
> 8:15 AM   Depart Adolescent Community Campus
> 8:25 AM   Arrive at Jones Road/Sunset Trail Campus
> 3:20 PM   Depart Jones Road/Sunset Trail Campus
> 3:30 PM   Depart Adolescent Community Campus
> 3:50 PM   Arrive Great Northern Campus

Our shuttle bus runs from the Great Northern Campus to the Adolescent Community Campus in Oak Hill and finally to our elementary campus on Jones Road/Sunset Trail. The purpose is to provide transportation for older children who live north.

You may apply for your child to ride the shuttle bus. The places will first be filled by children who rode last year and then by the dates of shuttle bus applications.

To be eligible for the shuttle bus, a child must be able to ride in accordance with shuttle rules without supervision. The bus driver cannot assist the children in developing their self-discipline on the bus, as s/he must be totally involved with driving safely.

If your child cannot meet the requirements for riding the bus, his/her place will be given to another child. First, there will be a two-week improvement period when the bus driver, child and parent can work out ways to help the child handle the situation. Consider that bus drivers are not child development experts or even necessarily experienced with children. Each year we may have a new bus driver. Some children may ride better with one bus driver than with another. Only children who can ride with this year's bus driver may ride the bus.

The bus drivers cannot stop for late arrivers. Once the bus is moving, even if it is just pulling away from the school, please drive your child to the Adolescent Community or Jones Road.

When the bus arrives at Great Northern, that is both the end of the line and the end of the bus driver's work day. There is, therefore, NO WAITING PERIOD, AND IT IS IMPERATIVE THAT PARENTS PICK THEIR CHILDREN UP NO LATER THAN 3:55 PM. If the bus driver has to wait for any parents to arrive, there will be a late pickup fee charged. Regularly scheduled activities of the Great Northern campus are in progress when the bus arrives; therefore, CHILDREN MAY NOT ENTER THE BUILDING WITHOUT PERMISSION.
We hope that by making these policies and stating them clearly, we can have the shuttle fulfill its purpose of being a service to you.

AMS 000577

## Rules for Riders of the Austin Montessori Shuttle Bus

*Once you are dropped off for the bus, you are at school.*

1. Each passenger will board from the curb side of the vehicle.

2. Each passenger will take a seat and buckle up.

3. While the bus is in motion or stopped to drop off another student, everyone is to remain buckled and seated.

4. No objects may be passed around from person to person.

5. Conversation will be held in soft voices and only with one's seatmate.

6. No electronic games will be played.

7. No snack/food is to be eaten. (You may eat a snack just after school and before boarding the bus.) Pack all food items away before entering the bus. No food items are to be shared with other children on the bus.

8. Movements will be soft and gentle.

9. All objects (lunch boxes, books, etc.) will be kept out of the isle and away from windows.

10. All children between 40 & 80 lbs or under 4ft 9 in must ride in a parent-provided booster seat.

11. Any music or electronic items should be left at home. If you bring them to school with guide permission, they must be kept in your bag or backpack while riding on the bus.

12. Driver's cell phone is to be used for emergencies only.

13. Water is the only drink allowed on the bus.

14. When arriving at the Great Northern location, you may wait at the picnic tables inside the fences if your parents have not arrived to pick you up. Parents will look for you in this location. You are not to play on the playground with The Clubhouse children.

15. Students are responsible for telling Lois if not riding from Sunset Rd. location. Bus leaves at 3:20pm.

AMS 000578

Shuttle Bus Driver's Guidelines

1.    Children stay with bus driver on the bus while waiting for their rides.

2.    Driver always stays on bus while children are aboard.
      a.  Send a child to deliver messages, supplies, or get another adult.  Send a child to pick up
          messages and supplies.
      b.  Send two to four children to carry something large or heavy.
      c.  The driver takes the children along or must send for an adult to stay with them on the
          bus if leaving the bus cannot be avoided.

3.    Children are only let off bus to go to parents' cars.

4.    Children whose parents have not arrived when the bus must leave for the next stop will be
      taken along on the bus to the final stop.

5.    When children must telephone their parents, one at a time will go to the telephone while the
      driver stays with the others on the bus and also watches for the child telephoning.

6.    The bus driver is to fill the bus tank with gas after seeing off the last child in the afternoon.
      The bus should be kept full enough to accommodate most field trips.  This will ensure that
      no staff member be out of class unnecessarily and that the bus will not need fueling while
      children are on board.

## Early Arrival

Early arrival is available to Children's House and Elementary students only.  Assistants are
available in the after school buildings from 7:30 a.m. to 8:15 a.m. to receive children.  Please
inquire in the office about available space and fees for this service.

## The Clubhouse

The Clubhouse provides a broad range of activities for the elementary age children. It serves the
children from 3:00 to 5:30 p.m., Monday through Friday. Some activities are indoor and outdoor
games, arts and crafts, physical activities, cooking, and field trips.

All activities are demonstrated and guided by the Clubhouse Leader. The choice of activities is
made by the children who circulate freely indoors and out, and work mostly on individual projects
or in small groups.

There is no set pick-up time for the Clubhouse; however, your child/children must be picked up no
later than 5:30 p.m.  In order to eliminate complications arising, we ask that you keep your total
departure time to 5 to 10 minutes.  Brief questions and comments can be addressed, but concerns,

AMS 000579