# Exhibit 32

AMS 000766

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | REDACTED | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

GOERTZ, DONALD C.   #0003   Married/00
AUSTIN, TX 78703   Salary:
SS#:

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**   Runs: 1- 6
Check Date: **07/30/2012**   Weeks: 2-12
Qtr: 1
Page: 1

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000767

**LOGAN, THOMAS W**   #0004
AUSTIN, TX 78745   Married/00
SS#:    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 01/01/2009 - 03/31/2009   Runs: 1- 6
Check Date: 07/30/2012   Weeks: 2-12
Qtr: 1
Page: 2

EASYPAY

AMS 000768

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| GEIL, MARY L. | | #0013 Married/03 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AUGTIN, TX 78756 SS#: | | Salary: | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000769



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

GOERTZ, DONNA B                    #0014
AUSTIN, TX 78703      Salary:      Married/00
SS#:

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  01/01/2009 - 03/31/2009    Runs:  1- 6
Check Date:      07/30/2012               Weeks: 2-12
                                           Qtr:      1
                                           Page:     4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000770



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 09 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

MILLER, AMBER T     #0019     Married/00
AUSTIN, TX 78735     Salary:
SS#:

| Client: | YA7 | | Period Covered: | 01/01/2009 - 03/31/2009 | Runs: | 1 - 6 |
| AUSTIN MONTESSORI SCHOOL INC | | Earnings Record | Check Date: | 07/30/2012 | Weeks: | 2 - 12 |
| | | | | | Qtr: | 1 |
| | | | | | Page: | 5 |

EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000771



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | REDACTED | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

OBRIEN, LOIS Y                    #0020
                                  Married/00
AUSTIN, TX 78730        Salary:
SS#:

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 01/01/2009 - 03/31/2009   Runs: 1- 6
Check Date:     07/30/2012                Weeks: 2-12
                                          Qtr:      1
                                          Page:     6

EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000772



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

RUIZ, MARGARITA  #0022  Married/01
AUSTIN, TX 78732
SS#:
Rate:
Salary:

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  01/01/2009 - 03/31/2009  Runs:  1- 6
Check Date:  07/30/2012  Weeks:  2-12
Qtr:  1
Page:  7

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000773



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/16/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

ROMINE, DONNA #0042 Single/03
AUSTIN, TX 78732 Salary:
SS#:

| | | |
|---|---|---|
| Client: YA7 | | Period Covered: 01/01/2009 - 03/31/2009 |
| AUSTIN MONTESSORI SCHOOL INC | Earnings Record | Check Date: 07/30/2012 |

Runs: 1- 6
Weeks: 2-12
Qtr: 1
Page: 8

EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000774



SNYDER, JOHN                    #0044
                               Married/02
              Salary:

AUSTIN, TX 78748
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL, INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**   Runs: 1- 6
Check Date:      **07/30/2012**                 Weeks: 2-12
                                                Qtr:        1
                                                Page:       9

AMS 000775

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

MAREEN, VERONIQUE M   #0084
AUSTIN, TX 78739   Single/01
SS#:   Salary:

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 01/01/2009 - 03/31/2009   Runs: 1- 6
Check Date: 07/30/2012   Weeks: 2-12
Qtr: 1
Page: 10

AMS 000776

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

PIPPINS, JERRY W
█████████████
AUSTIN, TX 78748
SS#: ███████████

#0109
Married/01
Salary: ███████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY
Client: YA7
AUSTIN MONTESSORI SCHOOL INC

Earnings Record

Period Covered: 01/01/2009 - 03/31/2009    Runs: 1-' 6
Check Date: 07/30/2012    Weeks: 2-12
Qtr: 1
Page: 11

AMS 000777

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

GLASGOW, DAWN D.    #0115    Married/03
AUSTIN, TX 78735    Salary:
SS#:

REDACTED



AMS 000778

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

GEVIRTZ, JESSE   #0116
AUSTIN, TX 78735   Married/00
SS#:   Salary:

REDACTED



EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  01/01/2009 - 03/31/2009   Runs:  1- 6
Check Date:   07/30/2012   Weeks:  2-12
                                              Qtr:      1
                                              Page:    13

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000779



EAGLE, ANGELA
#0117
Married/02
AUSTIN, TX  78745
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  01/01/2009  -  03/31/2009
Check Date:  07/30/2012

Runs:  1-  6
Weeks:  2-12
Qtr:  1
Page:  14

AMS 000780

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**RIVAS-RIVAS, ERIKA**    #0118    Single/02
AUSTIN, TX 78749    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 01/01/2009 - 03/31/2009    Runs: 1- 6
Check Date: 07/30/2012    Weeks: 2-12
Qtr: 1
Page: 15

AMS 000781

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



FISCHER, BRANDI     #0130

AUSTIN, TX 78752    Salary:    Single/05

SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC
Earnings Record
Period Covered: 01/01/2009 - 03/31/2009
Check Date: 07/30/2012
Runs: 1- 6
Weeks: 2 - 12
Qtr: 1
Page: 16

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000782



LOGAN, GWENDOLYN                          #0134
                                          Married/00
AUSTIN, TX 78745        Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000783



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check // |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|------------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

BEASLEY, KIMBERLY D          #0136
                             Married/01
AUSTIN, TX 78748    Salary:
SS//:


EASYPAY

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  01/01/2009 - 03/31/2009   Runs:  1- 6
Check Date:      07/30/2012                Weeks: 2-12
                                           Qtr:      1
                                           Page:    18

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000784



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

AGUILAR, SOCORRO A     #0138
                       Single/02
AUSTIN, TX 78741    Salary:
SS#:

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  01/01/2009 - 03/31/2009    Runs:  1- 6
Check Date:      07/30/2012                 Weeks:  2-12
                                            Qtr:       1
                                            Page:     19

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000785



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

WEEKS, AMANDA E #0141 Single/01
AUSTIN, TX 78704
SS#:
Salary:

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**    Runs: 1- 6
Check Date: **07/30/2012**    Weeks: 2 - 12
Qtr: 1
Page: 20

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000786



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

AKEN, JOSEPH
AUSTIN, TX 78704
SS#:
#0146
Single/00
Salary:

Client: YA7  
AUSTIN MONTESSORI SCHOOL INC  

**Earnings Record**  

Period Covered: 01/01/2009 - 03/31/2009  
Check Date: 07/30/2012  
Runs: 1- 6  
Weeks: 2-12  
Qtr: 1  
Page: 21

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000787



| LONDON, NATALIE | | | #0149 Single/02 | | | | | | | |
| AUSTIN, TX 78702 SS#: | | Salary: | | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

AMS 000788

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | REDACTED | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

SCOTT, NANCY J

AUSTIN, TX 78756

SS#:

#0153 Single/99

Salary:

Client: YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:   01/01/2009 - 03/31/2009   Runs:  1- 6
Check Date:       07/30/2012               Weeks: 2-12
                                           Qtr:      1
                                           Page:    23

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000789



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

SUGGS, SHARON E   //0154   Single/02   Rate:

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000790



**MONDA, VALERIE M**

AUSTIN, TX 78703

SS#:

#0158
Single/01

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**    Runs: 1- 6
Check Date: **07/30/2012**    Weeks: 2- 12
Qtr: 1
Page: 25

AMS 000791

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MCGEE, CHERYL** //0162
AUSTIN, TX 78748    Married/01
SS#:    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 01/01/2009 - 03/31/2009   Runs: 1- 6
Check Date: 07/30/2012   Weeks: 2-12
Qtr: 1
Page: 26

AMS 000792

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

PORTER, LINDSAY ▓▓▓▓▓▓▓▓ #0164
AUSTIN, TX 78745
SS#: ▓▓▓▓▓▓▓

Salary: ▓▓▓▓▓ Married/02

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 01/01/2009 - 03/31/2009
Check Date: 07/30/2012

Runs: 1- 6
Weeks: 2-12
Qtr: 1
Page: 27

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000793



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

SOLORIO, MARY Y    #0170    Married/00
AUSTIN, TX 78741    Salary:
SS#:

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 01/01/2009 - 03/31/2009    Runs: 1- 6
Check Date: 07/30/2012    Weeks: 2-12
Qtr: 1
Page: 28

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000794



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

FRIEDMAN, LORI A    #0171
AUSTIN, TX 78704    Married/02
SS#: ▓▓▓▓    Salary: ▓▓▓▓

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  01/01/2009 - 03/31/2009    Runs:  1 - 6
Check Date:    07/30/2012    Weeks:  2-12
Qtr:    1
Page:    29

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000795



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

BOWNESS,SONAL #0173
AUSTIN, TX 78735    Salary:    Married/00
SS#:

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000796



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

SCHILLER, JENNIFER A    #0177    Single/01
AUSTIN, TX 78703    Salary:
SS#:

Client: YA7    Period Covered: 01/01/2009 - 03/31/2009    Runs: 1- 6
AUSTIN MONTESSORI SCHOOL INC    Check Date: 07/30/2012    Weeks: 2-12
**Earnings Record**    Qtr: 1
Page: 31

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000797

**SANSONI,FRANCOISE**    #0178

AUSTIN, TX 78745    Salary:    Single/01

SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 01/01/2009 - 03/31/2009
Check Date: 07/30/2012

Runs: 1- 6
Weeks: 2-12
Qtr: 1
Page: 32

AMS 000798

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



SNEED, WILLIAM #0181
AUSTIN, TX 78704    Salary: Married/02
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY    Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 01/01/2009 - 03/31/2009    Runs: 1- 6
Check Date: 07/30/2012    Weeks: 2-12
Qtr: 1
Page: 33

AMS 000799

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/19/09 | | | | | REDACTED | | | | |
| 09 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

MAHNKEN, AMY E.
AUSTIN, TX 78747
SS#:
#0184
Single/01
Salary:

Client: YA7
AUSTIN MONTESSORI SCHOOL INC
**Earnings Record**
Period Covered: 01/01/2009 - 03/31/2009    Runs: 1- 6
Check Date: 07/30/2012    Weeks: 2-12
Qtr: 1
Page: 34