You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000800



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/00 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

BROWN, AMANDA S #0187
Single/01
Salary:
AUSTIN, TX 78759
SS#:

REDACTED

EASYPAY
Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | 01/01/2009 - 03/31/2009 |
| Check Date: | 07/30/2012 |

Runs: 1- 6
Weeks: 2-12
Qtr: 1
Page: 35

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000801



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | REDACTED | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

WHEELER,KJERSTI
#0189
Single/00
Rate:
AUSTIN, TX  78740
SS#:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  01/01/2009 - 03/31/2009
Check Date:  07/30/2012

Runs:  1- 6
Weeks:  2-12
Qtr:  1
Page:  36

EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000802



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

BANKS,JANNA S
#0191
AUSTIN, TX 78745          Married/05
SS#:          Salary:

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 01/01/2009 - 03/31/2009   Runs: 1- 6
Check Date:     07/30/2012                Wocks: 2-12
                                          Qtr:      1
                                          Page:    37

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000803



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/16/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

LARSON, ERIN B    //0193
AUSTIN, TX 78735    Married-Sep/04
SS#:    Salary:

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | 01/01/2009 - 03/31/2009 | Runs: | 1- 6 |
|---|---|---|---|
| Check Date: | 07/30/2012 | Weeks: | 2-12 |
| | | Qtr: | 1 |
| | | Page: | 38 |

EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000804



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

CLARK,CAROLINE A
AUSTIN, TX 78733
SS#:
#0195
Married/00
Salary:

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 01/01/2009 - 03/31/2009    Runs: 1- 6
Check Date: 07/30/2012    Weeks: 2-12
Qtr: 1
Page: 39

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000805



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

PIPPINS, NICHOLAS
//0196
Single/01
AUSTIN, TX 78748
Salary:
SS#:

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 01/01/2009 - 03/31/2009  Runs: 1- 6
Check Date:      07/30/2012              Weeks: 2-12
                                         Qtr:      1
                                         Page:    40

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000806



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

HOWARD,JACQUELINE  #0197
AUSTIN, TX 78704   Single/01
SS#:   Salary:

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  01/01/2009 - 03/31/2009   Runs: 1- 6
Check Date:   07/30/2012    Weeks: 2-12
Qtr:    1
Page:    41

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000807



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

COLLINS, MARY ANN    #0198
AUSTIN, TX 78748    Married/02
SS#:    Salary:

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 01/01/2009 - 03/31/2009    Runs: 1- 6
Check Date: 07/30/2012    Weeks: 2-12
Qtr: 1
Page: 42

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000808



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

JARRELL,KELLY   #0199
DRIPPINGSPRINGS, TX 78620   Salary:   Married/04
SS#:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  01/01/2009 - 03/31/2009
Check Date:      07/30/2012

Runs:  1- 6
Wooks: 2-12
Qtr:      1
Page:   43

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000809



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

BREEDING, ERIC D    #0200    Single/02
AUSTIN, TX 78704    Salary:
SS#:

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 01/01/2009 - 03/31/2009   Runs: 1- 6
Check Date: 07/30/2012   Weeks: 2-12
Qtr: 1
Page: 44

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000810



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

MARBLE,LESLIE S                    #0201
                                Married/00
                    Salary:
AUSTIN, TX  78731
SS#:

| | |
|---|---|
| Client:  YA7 | Period Covered:  01/01/2009 - 03/31/2009  Runs:  1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | Check Date:  07/30/2012  Weeks:  2-12 |
| **Earnings Record** | Qtr:  1 |
| | Page:  45 |

EASYPAY

AMS 000811

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

DENTON,JOHNNIE
#0202
Single/01
Salary:
AUSTIN, TX 78745
SS#:

AMS 000812

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HEARNE, KATE**

#0203
Married/04

AUSTIN, TX 78746

SS#:

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



| Client: YA7 | | Period Covered: | 01/01/2009 - 03/31/2009 | Runs: 1- 6 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | 07/30/2012 | Weeks: 2-12 |
| | | | | Qtr: 1 |
| | | | | Page: 47 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000813



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

HUNT,LYNN A   #0204
AUSTIN, TX 78745   Single/01
SS#:   Salary:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC
EASYPAY
Earnings Record
Period Covered:  01/01/2009 - 03/31/2009   Runs:  1- 6
Check Date:  07/30/2012   Weeks:  2-12
Qtr:  1
Page:  48

AMS 000814

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | REDACTED | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

MIRANDA,GILBERTO F
AUSTIN, TX  78704
SS#:
#0205
Single/02
Salary:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC     **Earnings Record**

Period Covered:  01/01/2009 - 03/31/2009   Runs:  1- 6
Check Date:      07/30/2012                Weeks: 2-12
                                           Qtr:      1
                                           Page:    49

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000815



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

SNYDER, JOHN   #0206   Married/02
Salary:
AUSTIN, TX 78748
SS#:

| | |
|---|---|
| Client: YA7 | Period Covered: 01/01/2009 - 03/31/2009   Runs: 1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | Check Date: 07/30/2012   Weeks: 2-12 |
| **Earnings Record** | Qtr: 1 |
| | Page: 50 |

EASYPAY

AMS 000816

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

## Client Totals

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT TOTALS | | | REDACTED | | | | | | | |

**Due to the sensitive nature of SSNs, we strongly recommend that you either do not display the SSN or mask the first 5 digits on your payroll reports. Since you have elected to display your employees' full SSNs on your reports, you should take all necessary precautions to safeguard these documents and to securely dispose of them. (You may change your selection to remove full SSNs from your reports at any time.)**



| | |
|---|---|
| Client: YA7 | Period Covered: 01/01/2009 - 03/31/2009  Runs: 1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | Check Date: 07/30/2012  Weeks: 2-12 |
| **Earnings Record** | Qtr: 1 |
| | Page: 51 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000817



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | REDACTED | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

GOERTZ, DONALD C.
AUSTIN, TX 78703
SS#:
#0003
Married/00
Salary:

EASYPAY    Client:  YA7
AUSTIN MONTESSORI SCHOOL INC    **Earnings Record**

Period Covered:  04/01/2009 - 06/30/2009    Runs: 7- 12
Check Date:  07/30/2012    Weeks: 15-25
Qtr:    2
Page:    1

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000818



LOGAN, THOMAS W                    #0004
                                   Married/00
AUSTIN, TX 78745      Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY    Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2009 - 06/30/2009    Runs:  7- 12
Check Date:      07/30/2012                 Weeks: 15-25
                                            Qtr:        2
                                            Page:       2

AMS 000819

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



GEIL, MARY L.

AUSTIN, TX 78756

SS#:

#0013
Married/03

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 04/01/2009 - 06/30/2009  Runs: 7- 12
Check Date:  07/30/2012  Weeks: 15-25
 Qtr:  2
 Page:  3

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000820



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

GOERTZ, DONNA B          #0014
AUSTIN, TX 78700         Married/00
SS#:          Salary:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2009 - 06/30/2009   Runs: 7- 12
Check Date:      07/30/2012                Weeks: 15-25
                                           Qtr:       2
                                           Page:      4

AMS 000821

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | | |
| Employee Totals | | | | | | | | | | | |

MILLER, AMBER T    #0019    Married/00
Salary:
AUSTIN, TX 78735
SS#:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | 04/01/2009 - 06/30/2009 | Runs: 7- 12 |
|---|---|---|
| Check Date: | 07/30/2012 | Weeks: 15-25 |
| | | Qtr:  2 |
| | | Page:  5 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000822

**OBRIEN, LOIS Y**                                    #0020
████████████                        Married/00
AUSTIN, TX 78730            Salary:    ████████
SS#: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000823



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

RUIZ, MARGARITA
AUSTIN, TX 78732
SS#:
#0022
Married/01
Rate:
Salary:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2009 - 06/30/2009
Check Date:  07/30/2012

Runs:  7- 12
Weeks: 15-25
Qtr:  2
Page:  7

AMS 000824

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

ROMINE, DONNA
AUSTIN, TX 78732
SS#:
//0042
Single/03
Salary:

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

EASYPAY

Earnings Record

Period Covered:  04/01/2009 - 06/30/2009    Runs: 7- 12
Check Date:      07/30/2012                 Weeks: 15-25
                                            Qtr:        2
                                            Page:       8

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000825



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   04/01/2009 - 06/30/2009    Runs:  7 - 12
Check Date:        07/30/2012                 Weeks: 15 - 25
                                              Qtr:          2
                                              Page:         9

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000826



MAREEN, VERONIQUE M                    #0084
                                       Single/01
AUSTIN, TX 78735        Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 04/01/2009 - 06/30/2009    Runs: 7- 12
Check Date:      07/30/2012                Weeks: 15-25
                                           Qtr:        2
                                           Page:      10

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000827



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

PIPPINS, JERRY W
AUSTIN, TX 78748
SS#:
#0109
Married/01
Salary:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2009 - 06/30/2009
Check Date:  07/30/2012

Runs:  7- 12
Weeks: 15-25
Qtr:  2
Page:  11

EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000828



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

GLASGOW, DAWN D.          #0115
                         Married/03
AUSTIN, TX 78735    Salary:
SS#:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2009 - 06/30/2009     Runs:  7- 12
Check Date:      07/30/2012                  Weeks: 15-25
                                             Qtr:      2
                                             Page:    12

EASYPAY

AMS 000829

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

GEVIRTZ, JESSE  
AUSTIN, TX 78735  
SS#:  
#0116  
Married/00  
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7  
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 04/01/2009 - 06/30/2009  
Check Date: 07/30/2012

Runs: 7- 12  
Weeks: 15-25  
Qtr: 2  
Page: 13

EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000830



**EAGLE, ANGELA**
AUSTIN, TX 78745
SS#:

#0117
Married/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   04/01/2009 - 06/30/2009
Check Date:       07/30/2012

Runs:  7 - 12
Weeks: 15 - 25
Qtr:          2
Page:        14

AMS 000831

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

RIVAS-RIVAS, ERIK A
AUSTIN, TX 78749
SS#:
#0118
Single/02
Salary:



EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 04/01/2009 - 06/30/2009
Check Date:     07/30/2012

Runs: 7- 12
Weeks: 15-25
Qtr:       2
Page:     15

AMS 000832

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**FISCHER, BRANDI**

AUSTIN, TX 78752

SS#:

Salary:

#0130
Single/05

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | | |
|---|---|---|
| EASYPAY | Client: YA7 | AUSTIN MONTESSORI SCHOOL INC |

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**
Check Date: **07/30/2012**

Runs: 7 - 12
Weeks: 15 - 25
Qtr: 2
Page: 16

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000833



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

LOGAN, GWENDOLYN     #0134
AUSTIN, TX 78745     Married/00
SS#:     Salary:

REDACTED



EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2009 - 06/30/2009
Check Date:      07/30/2012

Runs:  7- 12
Weeks: 15-25
Qtr:      2
Page:    17

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000834



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

BEASLEY, KIMBERLY D                #0136
                                   Single/00
AUSTIN, TX 78748     Rate:         000/Hr
SS#:                 Salary:



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:  04/01/2009 - 06/30/2009    Runs:   7- 12
Check Date:      07/30/2012                 Weeks: 15-25
                                            Qtr:        2
                                            Page:      18

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000835



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

AGUILAR, SOCORRO A    #0138    Single/02
AUSTIN, TX  78741    Salary:
SS#:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2009 - 06/30/2009    Runs: 7 - 12
Check Date:    07/30/2012    Weeks: 15-25
Qtr:    2
Page:    19

AMS 000836

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

WEEKS, AMANDA E
AUSTIN, TX 78757
SS#:
#0141
Single/01
Salary:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2009 - 06/30/2009    Runs:  7 - 12
Check Date:       07/30/2012              Weeks: 15-25
                                          Qtr:          2
                                          Page:        20

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000837



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

AKEN, JOSEPH
AUSTIN, TX 78704
SS#:
#0146
Single/00
Salary:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2009 - 06/30/2009
Check Date:  07/30/2012
Runs: 7- 12
Wooks: 15-25
Qtr:  2
Page:  21

EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000838

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
LONDON, NATALIE | | | | #0149 | | | | | | |

AUSTIN, TX 78702   Salary: Single/02

SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2009 - 06/30/2009
Check Date:      07/30/2012

Runs:   7- 12
Weeks: 15-25
Qtr:        2
Page:      22

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000839

**SCOTT, NANCY J**  #0153
Single/99
AUSTIN, TX 78750    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | REDACTED | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000840

**SUGGS, SHARON E**    //0154
Single/02
DALE, TX 78616    Rate: ▓▓▓▓▓
SS#: ▓▓▓▓▓▓▓

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | REDACTED | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC    **Earnings Record**

Period Covered: 04/01/2009 - 06/30/2009    Runs: 7- 12
Check Date: 07/30/2012    Weeks: 15-25
Qtr: 2
Page: 24

EASYPAY

AMS 000841

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MONDA, VALERIE M**     #0158
AUSTIN, TX 78703     Salary;    Single/01
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 04/01/2009 - 06/30/2009    Runs: 7- 12
Check Date: 07/30/2012    Weeks: 15-25
Qtr: 2
Page: 25

EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000842



**MCGEE, CHERYL**
AUSTIN, TX 78746
SS#:
#0162
Married/01
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC    **Earnings Record**

Period Covered: 04/01/2009 - 06/30/2009    Runs: 7 - 12
Check Date: 07/30/2012    Weeks: 15-25
Qtr: 2
Page: 26

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000843



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

PORTER, LINDSAY   #0164
AUSTIN, TX 78745   Married/02
SS#:   Salary:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2009  -  06/30/2009   Runs:  7 - 12
Check Date:   07/30/2012   Weeks: 15-25
Qtr:   2
Page:   27

AMS 000844



SOLORIO, MARY Y    #0170
AUSTIN, TX 78741    Married/00
SS#:    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

 EASYPAY    Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   04/01/2009  -  06/30/2009    Runs:  7 - 12
Check Date:    07/30/2012    Weeks: 15 -25
Qtr:    2
Page:    28

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000845

**FRIEDMAN, LORI A**

AUSTIN, TX 78704
SS#:

#0171
Married/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 04/01/2009 - 06/30/2009    Runs: 7- 12
Check Date:    07/30/2012    Weeks: 15-25
Qtr:    2
Page:    29

AMS 000846

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

BOWNESS, SONAL
AUSTIN, TX 78735
SS#:
#0173
Married/00
Salary:

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 04/01/2009 - 06/30/2009
Check Date: 07/30/2012

Runs: 7- 12
Weeks: 15-25
Qtr: 2
Page: 30

AMS 000847

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

SCHILLER, JENNIFER A          #0177
AUSTIN, TX 78703          Single/01
SS#:          Salary:

AMS 000848

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

SANSONI,FRANCOISE    #0178    Single/01
AUSTIN, TX 78745    Salary:
SS#:

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000849



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

SNEED, WILLIAM
AUSTIN, TX 78704
SS#:
#0181
Salary:
Married/02

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2009 - 06/30/2009    Runs:  7- 12
Check Date:      07/30/2012              Weeks: 15-25
                                        Qtr:      2
                                        Page:    33