You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000850



**MAHNKEN, AMY E.**
#0184
Single/01
AUSTIN, TX 78747
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2009 - 06/30/2009
Check Date:  07/30/2012

Runs:  7 - 12
Weeks: 15-25
Qtr:  2
Page:  34

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000851



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

BROWN, AMANDA S    #0187 Single/01
AUSTIN, TX 78759    Salary:
SS#:



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 04/01/2009 - 06/30/2009    Runs: 7- 12
Check Date: 07/30/2012    Weeks: 15-25
Qtr: 2
Page: 35

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000852



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | REDACTED | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

WHEELER,KJERSTI
AUSTIN, TX 78740
SS#:
T #0189
Single/00
Rate:

| Client: YA7 | | Period Covered: | 04/01/2009 - 06/30/2009 | Runs: 7- 12 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | 07/30/2012 | Weeks: 15-25 |
| | | | | Qtr: 2 |
| | | | | Page: 36 |

EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000853



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

BANKS, JANNA S  #0191
AUSTIN, TX 78745  Married/05
SS#:  Salary:

Client: YA7
AUSTIN MONTESSORI SCHOOL INC
EASYPAY
**Earnings Record**
Period Covered: 04/01/2009 - 06/30/2009   Runs: 7- 12
Check Date: 07/30/2012   Weeks: 15-25
Qtr: 2
Page: 37

AMS 000854

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

LARSON,ERIN B   #0193
AUSTIN, TX 78735   Married-Sep/04
SS#:   Salary:



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2009 - 06/30/2009   Runs:  7- 12
Check Date:   07/30/2012   Weeks: 15-25
Qtr:   2
Page:   38

AMS 000855

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

CLARK,CAROLINE A    #0195
AUSTIN, TX 79733    Married/00
SS#:    Salary:



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2009 - 06/30/2009    Runs: 7- 12
Check Date:    07/30/2012    Weeks: 15-25
Qtr:    2
Page:    39

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000856



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

PIPPINS, NICHOLAS
AUSTIN, TX 78748
SS#:
#0196
Single/01
Salary:

| Client: YA7 | | Period Covered: 04/01/2009 - 06/30/2009 | Runs: 7- 12 |
|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: 07/30/2012 | Weeks: 15-25 |
| | | | Qtr: 2 |
| | | | Page: 40 |

EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000857

**HOWARD,JACQUELINE**
[REDACTED]
AUSTIN, TX 78704
SS#: [REDACTED]

T #0197
Single/01

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

**EASYPAY**
Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 04/01/2009 - 06/30/2009
Check Date: 07/30/2012

Runs: 7 - 12
Weeks: 15-25
Qtr: 2
Page: 41

AMS 000858

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**COLLINS,MARY ANN**                #0198
AUGTIN, TX 78748                Married/02
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |


EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2009 - 06/30/2009    Runs:  7 - 12
Check Date:      07/30/2012                 Weeks: 15-25
                                            Qtr:      2
                                            Page:    42

AMS 000859

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



JARRELL,KELLY                              #0199
████████████                           Married/04
DRIPPINGSPRINGS, TX 78620   Salary:  ████████
SS#: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC           **Earnings Record**           Period Covered: 04/01/2009 - 06/30/2009   Runs: 7 - 12
                                                                     Check Date:      07/30/2012             Weeks: 15 - 25
                                                                                                             Qtr:          2
                                                                                                             Page:        43

EASYPAY

AMS 000860

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

**BREEDING, ERIC D**
AUSTIN, TX 78704
SS#:
T #0200
Single/02
Rate:    000/Hr



EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2009 - 06/30/2009    Runs:  7- 12
Check Date:      07/30/2012                 Weeks: 15-25
                                            Qtr:      2
                                            Page:    44

AMS 000861

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| MARBLE, LESLIE S |  |  | #0201<br>Married/00 |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| AUSTIN, TX 78731<br>SS#: |  | Salary: |  |  |  |  |  |  |  |  |

| Week<br># | Check<br>Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay<br>Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 |  |  |  |  |  |  |  |  |  |
| 17 | 4/30/09 |  |  |  |  |  |  |  |  |  |
| 19 | 5/15/09 |  |  |  | REDACTED |  |  |  |  |  |
| 21 | 5/29/09 |  |  |  |  |  |  |  |  |  |
| 23 | 6/12/09 |  |  |  |  |  |  |  |  |  |
| 25 | 6/30/09 |  |  |  |  |  |  |  |  |  |
| Employee<br>Totals |  |  |  |  |  |  |  |  |  |  |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000862



| Wook # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | REDACTED | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

DENTON,JOHNNIE
AUSTIN, TX 78745
SS#:
#0202
Single/01
Salary:

Client: YA7
AUSTIN MONTESSORI SCHOOL INC
**Earnings Record**
Period Covered: 04/01/2009 - 06/30/2009 Runs: 7 - 12
Check Date: 07/30/2012 Weeks: 15-25
Qtr: 2
Page: 46

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000863



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

HEARNE,KATE                    #0203
                               Married/04
AUSTIN, TX 78746
SS#:



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   04/01/2009 - 06/30/2009     Runs:  7- 12
Check Date:       07/30/2012                  Weeks: 15-25
                                              Qtr:      2
                                              Page:    47

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000864

**HUNT, LYNN A**                                    //0204
                                                    Single/01
ĀUSTIN, TX 78745
SS#:

| Wook # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | } |
| 17 | 4/30/09 | | | | | | | | | } |
| 19 | 5/15/09 | | | REDACTED | | | | | | } |
| 21 | 5/29/09 | | | | | | | | | } |
| 23 | 6/12/09 | | | | | | | | | 1 |
| Employee Totals | | | | | | | | | | 5 |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2009 - 06/30/2009    Runs:  7- 12
Check Date:      07/30/2012                 Wooks: 15-25
                                            Qtr:       2
                                            Page:     48

AMS 000865

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



MIRANDA,GILBERTO F    #0205 Single/02
AUSTIN, TX 78704    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

AMS 000866

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

SNYDER,JOHN    #0206    Married/02

AUSTIN, TX 78748    Salary:

SS#:

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

EASYPAY

Earnings Record

Period Covered: 04/01/2009 - 06/30/2009
Check Date: 07/30/2012

Runs: 7 - 12
Weeks: 15-25
Qtr: 2
Page: 50

AMS 000867

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

## Client Totals

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT TOTALS | | | REDACTED | | | | | | | |

**Due to the sensitive nature of SSNs, we strongly recommend that you either do not display the SSN or mask the first 5 digits on your payroll reports. Since you have elected to display your employees' full SSNs on your reports, you should take all necessary precautions to safeguard these documents and to securely dispose of them. (You may change your selection to remove full SSNs from your reports at any time.)**



| | |
|---|---|
| Client: YA7 | Period Covered: 04/01/2009 - 06/30/2009 Runs: 7- 12 |
| AUSTIN MONTESSORI SCHOOL INC | Check Date: 07/30/2012 Weeks: 15-25 |
| **Earnings Record** | Qtr: 2 |
| | Page: 51 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000868



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | REDACTED | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

GOERTZ, DONALD C.
AUSTIN, TX 78703
SS#:

#0003
Married/00
Salary:

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 07/01/2009 - 09/30/2009
Check Date: 07/30/2012
Runs: 13- 18
Weeks: 28-39
Qtr: 3
Page: 1

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000869



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

LOGAN, THOMAS W    #0004 Married/00
AUSTIN, TX 78745    Salary:
SS#:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:  **07/30/2012**    Weeks: 28-39
Qtr:  3
Page:  2

EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000870



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

GEIL, MARY L.
AUSTIN, TX 78756
SS#:
//0013
Married/03
Salary:

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  07/01/2009 - 09/30/2009
Check Date:  07/30/2012

Runs: 13- 18
Weeks: 28-39
Qtr:          3
Page:        3

AMS 000871

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

GOERTZ, DONNA B    #0014
AUSTIN, TX 78703    Married/00
SS#:    Salary:

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 07/01/2009 - 09/30/2009
Check Date: 07/30/2012

Runs: 13 - 18
Weeks: 28 - 39
Qtr: 3
Page: 4

EASYPAY

AMS 000872

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

MILLER, AMBER T          #0019
                         Married/00
              Salary:
AUSTIN, TX  78735
SS#:

REDACTED



| | | |
|---|---|---|
| **EASYPAY** | Client:  YA7<br>AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** |

Period Covered:  **07/01/2009 - 09/30/2009**   Runs: 13 - 18
Check Date:      **07/30/2012**                Weeks: 28 - 39
                                              Qtr:          3
                                              Page:         5

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000873



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

OBRIEN, LOIS Y              #0020
AUSTIN, TX 78736           Married/00
SS#:              Salary:

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  07/01/2009 - 09/30/2009   Runs: 13 - 18
Check Date:      07/30/2012                Weeks: 28-39
                                           Qtr:        3
                                           Page:       6

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000874



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

RUIZ, MARGARITA   //0022   Married/01
AUSTIN, TX 78732   Rate:
SS#:   Salary:

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**   Runs: 13-18
Check Date: **07/30/2012**   Wecks: 28-39
Qtr: 3
Page: 7

EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000875

| ROMINE, DONNA | | | | | | #0042 Single/03 | | | | |
| AUSTIN, TX 78732 | | | Salary: | | | | | | | |
| SS#: | | | | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



**EASYPAY**

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  07/01/2009 - 09/30/2009     Runs: 13- 18
Check Date:      07/30/2012                  Weeks: 28-39
                                             Qtr:        3
                                             Page:       8

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000876



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

SNYDER, JOHN    #0044    Married/02
Salary:
AUSTIN, TX 78748
SS#:

EASYPAY    Client: YA7    AUSTIN MONTESSORI SCHOOL INC    **Earnings Record**    Period Covered: 07/01/2009 - 09/30/2009    Runs: 13- 18    Check Date: 07/30/2012    Weeks: 28-39    Qtr: 3    Page: 9

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000877



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

MAREEN, VERONIQUE M    //0084
AUSTIN, TX 78735    Single/01
SS//:    Salary:

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:    3
Page:    10

AMS 000878

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| PIPPINS, JERRY W | | | | #0100 | | | | | |
| AUSTIN, TX 78748 | | Salary: | | Married/01 | | | | | |
| SS#: | | | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

AMS 000879

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



GLASGOW, DAWN D.                          #0115
                                   Married/03
AUSTIN, TX 78735       Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:       **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:        3
Page:      12

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000880

GEVIRTZ, JESSE
AUSTIN, TX 78735
SS#:

#0116
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**
Check Date: **07/30/2012**

Runs: 13 - 18
Weeks: 28 - 39
Qtr: 3
Page: 13

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000881



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EAGLE, ANGELA   #0117
AUSTIN, TX 78745   Married/02
SS#:   Salary:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  07/01/2009 - 09/30/2009   Runs: 13 - 18
Check Date:  07/30/2012   Weeks: 28 - 39
Qtr:   3
Page:   14

EASYPAY

AMS 000882

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | REDACTED | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

RIVAS-RIVAS, ERIK A
AUSTIN, TX 78749
SS#:
#0118
Single/02
Salary:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:      **07/30/2012**                Weeks: 28-39
                                               Qtr:        3
                                               Page:      15

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000883



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

FISCHER, BRANDI
LEANDER, TX 78641
SS#: ▮▮▮▮▮▮▮▮▮

#0130
Single/05
Salary: ▮▮▮▮▮

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  07/01/2009 - 09/30/2009
Check Date:      07/30/2012

Runs: 13- 18
Weeks: 28-39
Qtr:      3
Page:    16

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000884



**LOGAN, GWENDOLYN**                                    #0134
                                                      Married/00
AUSTIN, TX 78745                   Salary: ▓▓▓▓
SS#: ▓▓▓▓▓▓▓

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  07/01/2009 - 09/30/2009    Runs: 13- 18
Check Date:      07/30/2012                 Weeks: 28-39
                                            Qtr:        3
                                            Page:      17

AMS 000885

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

BEASLEY, KIMBERLY D
AUSTIN, TX 78746
SS#:
//0136
Single/00
000/Hr
Rate:
Salary:

Client: YA7
AUSTIN MONTESSORI SCHOOL INC
**Earnings Record**
Period Covered: **07/01/2009 - 09/30/2009**
Check Date: **07/30/2012**
Runs: 13- 18
Weeks: 28-39
Qtr: 3
Page: 18

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000886



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | REDACTED | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| EASYPAY | Client: YA7 AUSTIN MONTESSORI SCHOOL INC | Earnings Record | Period Covered: 07/01/2009 - 09/30/2009 Check Date: 07/30/2012 | Runs: 13 - 18 Weeks: 28 - 39 Qtr: 3 Page: 19 |
|---|---|---|---|---|

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000887

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| WEEKS, AMANDA E | | | | #0141 Single/01 | | | | | | |
| AUSTIN, TX 78757 | | | Salary: | | | | | | | |
| SS#: | | | | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  07/01/2009 - 09/30/2009
Check Date:  07/30/2012

Runs: 13- 18
Weeks: 28-39
Qtr:  3
Page:  20

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000888



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 38 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| | |
|---|---|
| Client: YA7 | |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** |

Period Covered: **07/01/2009 - 09/30/2009**
Check Date: **07/30/2012**

Runs: 13 - 18
Weeks: 28 - 39
Qtr: 3
Page: 21

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000889

**LONDON, NATALIE**  #0149
AUSTIN, TX 78702    Single/02
SS#:    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

**EASY PAY**
Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 07/01/2009 - 09/30/2009    Runs: 13- 18
Check Date:    07/30/2012    Weeks: 28-39
Qtr:    3
Page:    22

AMS 000890

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

SCOTT, NANCY J                    T #0153
████████████████                 Single/99
AUSTIN, TX 78750
SS#: ████████████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | REDACTED | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7                                      Period Covered:  07/01/2009 - 09/30/2009    Runs: 13- 18
AUSTIN MONTESSORI SCHOOL INC                       Check Date:      07/30/2012                 Weeks: 28-39
                              **Earnings Record**                                              Qtr:          3
                                                                                              Page:         23

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000891



**SUGGS, SHARON E**  #0154  Single/02
DALE, TX 78616   Rate:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | REDACTED | | | |
| 36 | 9/15/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**   Runs: 13- 18
Check Date:       **07/30/2012**                 Weeks: 28-39
                                                 Qtr:       3
                                                 Page:     24

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000892



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | REDACTED | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

MONOA, VALERIE M    #0158 Single/01
AUSTIN, TX 78703    Salary:
SS#:

EASYPAY
Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 07/01/2009 - 09/30/2009    Runs: 13- 18
Check Date:    07/30/2012    Weeks: 28-39
Qtr:    3
Page:    25

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000893



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

MCGEE, CHERYL
#0162
AUSTIN, TX 78748
SS#:
Salary:
Married/01

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  07/01/2009 - 09/30/2009
Check Date:  07/30/2012

Runs: 13- 18
Weeks: 28-39
Qtr:  3
Page:  26

EASYPAY

AMS 000894

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

PORTER, LINDSAY
AUSTIN, TX 78745
SS#:

T #0164
Married/02

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:      **07/30/2012**

Runs: 13 - 18
Weeks: 28 - 39
Qtr:         3
Page:       27

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000895



SOLORIO, MARY Y
AUSTIN, TX 787-41
SS#:

#0170
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|-----------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**  Runs: 13 - 18
Check Date: **07/30/2012**  Weeks: 28-39
Qtr: 3
Page: 28

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000896

| FRIEDMAN, LORI A | | | #0171 Married/02 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AUSTIN, TX 78704 SS#: | | Salary: | | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 07/01/2009 - 09/30/2009
Check Date: 07/30/2012

Runs: 13- 18
Weeks: 28-39
Qtr: 3
Page: 29

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000897



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

BOWNESS,SONAL    #0173
AUSTIN, TX 78735    Married/00
SS#:    Salary:

EASYPAY    Client: YA7
AUSTIN MONTESSORI SCHOOL INC    **Earnings Record**

Period Covered:  07/01/2009 - 09/30/2009    Runs: 13- 18
Check Date:    07/30/2012    Weeks: 28-39
Qtr:    3
Page:    30

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000898

| SCHILLER, JENNIFER A | | T #0177 Single/01 | | | | | | |
| AUSTIN, TX 78703 | | | | | | | | |
| SS#: | | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | REDACTED | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  07/01/2009 - 09/30/2009    Runs: 13- 18
Check Date:      07/30/2012                 Weeks: 28-39
                                            Qtr:      3
                                            Page:    31

AMS 000899

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | REDACTED | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**   Runs: 13- 18
Check Date:      **07/30/2012**               Weeks: 28 - 39
                                              Qtr:       3
                                              Page:     32

AMS 000900

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**SNEED, WILLIAM**
AUSTIN, TX 78704
SS#:

#0181
Married/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |


**EASYPAY**

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:  3
Page:  33

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000901



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | REDACTED | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  07/01/2009 - 09/30/2009     Runs: 13- 18
Check Date:      07/30/2012                   Weeks: 28-39
                                              Qtr:        3
                                              Page:      34

AMS 000902

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| BROWN,AMANDA S | | | | | #0187 Single/01 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AUSTIN, TX 78728 | | | Salary: | | | | | | | |
| SS#: | | | | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

AMS 000903

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



BANKS, JANNA S    #0191    Married/05
AUSTIN, TX 78745    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13 - 18
Check Date:    **07/30/2012**    Weeks: 28 - 39
Qtr:    3
Page:    36

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000904



LARSON, ERIN B                    #0193
                        Married-Sep/04
AUSTIN, TX 78735        Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | REDACTED | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**   Runs: 13- 18
Check Date:     **07/30/2012**              Weeks: 28-39
                                            Qtr:      3
                                            Page:    37

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000905



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  07/01/2009 - 09/30/2009
Check Date:  07/30/2012

Runs: 13- 18
Weeks: 28-39
Qtr:        3
Page:      38

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000906



| PIPPINS,NICHOLAS | | | | | | T #0196 Single/01 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AUSTIN, TX 78748 | | | | | | | | | | |
| SS#: | | | | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7  
AUSTIN MONTESSORI SCHOOL INC  
**Earnings Record**  
Period Covered: 07/01/2009 - 09/30/2009  
Check Date: 07/30/2012  
Runs: 13- 18  
Weeks: 28-39  
Qtr: 3  
Page: 39

AMS 000907

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | REDACTED | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  07/01/2009 - 09/30/2009    Runs: 13- 18
Check Date:        07/30/2012                        Weeks: 28-39
                                                               Qtr:          3
                                                               Page:       40

AMS 000908

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

JARRELL,KELLY                    #0199
                               Married/04
DRIPPINGSPRINGS, TX  78620   Salary:
SS#:



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   07/01/2009 - 09/30/2009      Runs: 13- 18
Check Date:       07/30/2012                   Weeks: 28-39
                                               Qtr:       3
                                               Page:     41

AMS 000909

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | REDACTED | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

MARBLE,LESLIE S
AUSTIN, TX 78731
SS#:
#0201
Married/00
Salary:

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13 - 18
Weeks: 28 - 39
Qtr:  3
Page:  42

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000910



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

DENTON,JOHNNIE
#0202
Single/01
Salary:
AUSTIN, TX 78745
SS#:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

EASYPAY

Period Covered:  07/01/2009 - 09/30/2009
Check Date:  07/30/2012

Runs: 13- 18
Weeks: 28-39
Qtr:      3
Page:    43

AMS 000911

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | REDACTED | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date: **07/30/2012**    Weeks: 28-39
Qtr: 3
Page: 44