You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000912



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | REDACTED | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

HUNT,LYNN A    #0204
AUSTIN, TX 78745    Single/01
SS#:    Salary:

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date: **07/30/2012**    Weeks: 28-39
Qtr:    3
Page:    45

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000913



| MIRANDA, GILBERTO F |  |  |  | T #0205 Single/02 |  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| AUSTIN, TX 78703 |  |  |  |  |  |  |  |  |  |  |
| SS#: |  |  |  |  |  |  |  |  |  |  |
| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
| 28 | 7/15/09 |  |  |  |  | REDACTED |  |  |  |  |
| 30 | 7/31/09 |  |  |  |  |  |  |  |  |  |  |
| Employee Totals |  |  |  |  |  |  |  |  |  |  |



EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:      **07/30/2012**                 Weeks: 28-39
                                                Qtr:        3
                                                Page:      46

AMS 000914

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

SNYDER,JOHN                                   T #0206
                                              Married/02

AUSTIN, TX 78748
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**   Runs: 13- 18
Check Date:      **07/30/2012**                Weeks: 28-39
                                               Qtr:       3
                                               Page:     47

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000915



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | REDACTED | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

BRECKWOLDT,MARGARET    #0207
Married/08
Salary:
AUSTIN, TX 78745
SS#:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  07/01/2009 - 09/30/2009    Runs: 13- 18
Check Date:     07/30/2012              Weeks: 28-39
                                        Qtr:        3
                                        Page:      48

AMS 000916

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| JOHNSON,JUDY | | | | #0208 Single/01 | | | | | | |
| AUSTIN, TX 78704 | | | Rate: | | | | | | | |
| SS#: | | | | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | REDACTED | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **07/01/2009 - 09/30/2009**   Runs: 13- 18
Check Date:   **07/30/2012**   Weeks: 28-39
Qtr:   3
Page:   49

EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000917



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | REDACTED | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

MATKIN,MELANIE        #0209
AUSTIN, TX 78736      Single/02
SS#:                  Salary:

| Client: YA7 | | Period Covered: | 07/01/2009 - 09/30/2009 | Runs: 13- 18 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | 07/30/2012 | Weeks: 28-39 |
| | | | | Qtr: 3 |
| | | | | Page: 50 |

EASYPAY

AMS 000918

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

KAISER, REBECCA
AUSTIN, TX 78751
SS#:
#0210 Single/02
Salary:

REDACTED

EASYPAY   Client: YA7   AUSTIN MONTESSORI SCHOOL INC   **Earnings Record**   Period Covered: 07/01/2009 - 09/30/2009   Check Date: 07/30/2012   Runs: 13- 18   Weeks: 28-39   Qtr: 3   Page: 51

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000919



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | REDACTED | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

HALEY,MEGAN
AUSTIN, TX 78753
SS#:
Salary:
#0211
Single/02

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC
**Earnings Record**
Period Covered:   07/01/2009 - 09/30/2009    Runs: 13- 18
Check Date:       07/30/2012                 Weeks: 28-39
                                             Qtr:        3
                                             Page:      52

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000920



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | REDACTED | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

OSBORNE,CALLIE J   #0212   Single/01
AUSTIN, TX 78704   Salary:
SS#:

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 07/01/2009 - 09/30/2009   Runs: 13- 18
Check Date: 07/30/2012   Weeks: 28-39
Qtr: 3
Page: 53

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000921



DAVISON,RACHEL     #0213 Single/02

AUSTIN, TX 78741

SS#:

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | REDACTED | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC     **Earnings Record**

Period Covered: 07/01/2009 - 09/30/2009    Runs: 13 - 18
Check Date: 07/30/2012    Weeks: 28 - 39
Qtr: 3
Page: 54

EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000922



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

SWOPE,KATHRYN J    #0214    Single/01
AUSTIN, TX 79745    Salary:
SS#:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  07/01/2009 - 09/30/2009    Runs: 13 - 18
Check Date:    07/30/2012    Weeks: 28 - 39
Qtr:    3
Page:    55

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000923



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | REDACTED | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:  **07/30/2012**    Weeks: 28-39
Qtr:  3
Page:  56

AMS 000924

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

## Client Totals

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| CLIENT TOTALS | | | | | | REDACTED | | | | |

**Due to the sensitive nature of SSNs, we strongly recommend that you either do not display the SSN or mask the first 5 digits on your payroll reports. Since you have elected to display your employees' full SSNs on your reports, you should take all necessary precautions to safeguard these documents and to securely dispose of them. (You may change your selection to remove full SSNs from your reports at any time.)**



Client: YA7
AUSTIN MONTESSORI SCHOOL, INC

**Earnings Record**

Period Covered: 07/01/2009 - 09/30/2009
Check Date:    07/30/2012

Runs: 13- 18
Weeks: 28-39
Qtr:       3
Page:    57

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000925



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

GOERTZ, DONALD C.  #0003  Married/00
AUSTIN, TX 78703  Salary:
SS#:

EASYPAY
Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 10/01/2009 - 12/31/2009   Runs: 19- 24
Check Date: 07/30/2012   Weeks: 41-50
Qtr: 4
Page: 1

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000926



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | REDACTED | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

LOGAN, THOMAS W          #0004
                         Married/00
AUSTIN, TX 78745    Salary:
SS#:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  10/01/2009  -  12/31/2009    Runs: 19- 24
Check Date:      07/30/2012                   Weeks: 41-50
                                              Qtr:        4
                                              Page:       2

EASYPAY

AMS 000927

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| GEIL, MARY L. |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
| AUSTIN, TX 78756 | | Salary: | #0013 Married/03 | | | | | | |
| SS#: | | | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  10/01/2009 - 12/31/2009   Runs: 19 - 24
Check Date:      07/30/2012                Weeks: 41 - 50
                                           Qtr:        4
                                           Page:       3

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000928



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

GOERTZ, DONNA B    #0014    Married/00
AUSTIN, TX 78703    Salary:
SS#:

| | |
|---|---|
| Client: YA7 | Period Covered: 10/01/2009 - 12/31/2009    Runs: 19- 24 |
| AUSTIN MONTESSORI SCHOOL INC | Check Date: 07/30/2012    Weeks: 41-50 |
| **Earnings Record** | Qtr: 4    Page: 4 |

EASYPAY

AMS 000929

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

MILLER, AMBER T   #0019   Married/00   Salary:

AUSTIN, TX 78735   SS#:

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000930



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | REDACTED | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

OBRIEN, LOIS Y    #0020
AUSTIN, TX 78736    Married/00
SS#:    Salary:

EASYPAY    Client:  YA7    Earnings Record    Period Covered:  10/01/2009 - 12/31/2009    Runs: 19- 24
AUSTIN MONTESSORI SCHOOL INC    Check Date:    07/30/2012    Weeks: 41-50
Qtr:    4
Page:    6

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000931



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

RUIZ, MARGARITA
AUSTIN, TX 78732
SS#:
#0022
Married/01
Rate:
Salary:

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  10/01/2009 - 12/31/2009
Check Date:  07/30/2012

Runs: 19- 24
Weeks: 41-50
Qtr:  4
Page:  7

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000932



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

ROMINE, DONNA
AUSTIN, TX 78732
SS#:
#0042
Single/03
Salary:

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  10/01/2009 - 12/31/2009    Runs: 19- 24
Check Date:  07/30/2012    Weeks: 41-50
Qtr:    4
Page:    8

AMS 000933

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | REDACTED | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

SNYDER, JOHN //0044 Married/02
AUSTIN, TX 78748    Salary:
SS#:

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC
**Earnings Record**
Period Covered:  10/01/2009 - 12/31/2009   Runs: 19- 24
Check Date:       07/30/2012                Weeks: 41-50
Qtr:     4
Page:    9

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000934



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

MAREEN, VERONIQUE M    #0084    Single/01
AUSTIN, TX 78735    Salary:
SS#:

Client: YA7
AUSTIN MONTESSORI SCHOOL INC
**Earnings Record**

Period Covered:  10/01/2009 - 12/31/2009   Runs: 19- 24
Check Date:  07/30/2012   Weeks: 41-50
Qtr:    4
Page:    10

AMS 000935

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PIPPINS, JERRY W**      #0109
Married/01
AUSTIN, TX 78748    Salary: ▓▓▓▓
SS#: ▓▓▓▓▓▓

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**    Runs: 19- 24
Check Date: **07/30/2012**    Weeks: 41-50
Qtr: 4
Page: 11

EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000936



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | REDACTED | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

GLASGOW, DAWN D.
#0115
Married/03
AUSTIN, TX 78735
SS#:
Salary:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  10/01/2009  -  12/31/2009    Runs: 19- 24
Check Date:      07/30/2012                   Weeks: 41-50
                                              Qtr:        4
                                              Page:      12

AMS 000937

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/00 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

GEVIRTZ, JESSE    #0116
AUSTIN, TX 78735    Married/00
SS#:    Salary:


**EASYPAY**

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  10/01/2009 - 12/31/2009    Runs: 19- 24
Check Date:  07/30/2012    Weeks: 41-50
Qtr:    4
Page:    13

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000938



**EAGLE, ANGELA**

AUSTIN, TX 78745

SS#:

#0117
Married/02

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | REDACTED | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  10/01/2009 - 12/31/2009    Runs: 19 - 24
Check Date:  07/30/2012    Weeks: 41-50
    Qtr:    4
    Page:    14

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000939



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

RIVAS-RIVAS, ERIK A    #0118    Single/02
AUSTIN, TX 787⸱9    Salary:
SS#:

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009  -  12/31/2009**    Runs:  19- 24
Check Date:  **07/30/2012**    Weeks: 41-50
Qtr:    4
Page:    15

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000940

**FISCHER, BRANDI**     #0130
Single/05
LEANDER, TX 78641    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | REDACTED | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 10/01/2009 - 12/31/2009
Check Date: 07/30/2012

Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 16

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000941



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|--------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

LOGAN, GWENDOLYN    #0134
AUSTIN, TX 78745    Salary:    Married/00
SS#:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**    Runs: 19- 24
Check Date:    **07/30/2012**    Weeks: 41-50
Qtr:    4
Page:    17

EASYPAY

AMS 000942

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | REDACTED | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

BEASLEY, KIMBERLY D #0136
AUSTIN, TX 78748
SS#: Rate: Single/00 000/Hr
Salary:



Client: YA7
AUSTIN MONTESSORI SCHOOL INC
**Earnings Record**

Period Covered: 10/01/2009 - 12/31/2009    Runs: 19- 24
Check Date:    07/30/2012    Weeks: 41-50
Qtr:    4
Page:    18

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000943



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

AGUILAR, SOCORRO A
AUSTIN, TX 78741
SS#:
#0138
Single/02
Salary:

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**  Runs: 19- 24
Check Date:  **07/30/2012**  Weeks: 41-50
Qtr:  4
Page:  19

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000944



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

WEEKS, AMANDA E    #0141    Single/01
AUSTIN, TX 78757    Salary:
SS#:

REDACTED

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000945



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

AKEN, JOSEPH
AUSTIN, TX 78704
SS#:

#0146
Single/00
Salary:

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC
**Earnings Record**
Period Covered:  **10/01/2009 - 12/31/2009**   Runs: 19- 24
Check Date:  **07/30/2012**   Weeks: 41-50
Qtr:  4
Page:  21

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000946



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC
**Earnings Record**

Period Covered:  **10/01/2009  -  12/31/2009**    Runs: 19 - 24
Check Date:  **07/30/2012**    Weeks: 41-50
Qtr:    4
Page:    22

EASYPAY

AMS 000947

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MONDA, VALERIE M**                    #0158
                                        Single/01
AUSTIN, TX 78703          Rate:
SS#:                      Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | REDACTED | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Client:   YA7 | | Period Covered:   10/01/2009 - 12/31/2009 | Runs: 19- 24 |
| AUSTIN MONTESSORI SCHOOL INC | | Check Date:       07/30/2012 | Weeks: 41-50 |
| | **Earnings Record** | | Qtr:          4 |
| | | | Page:        23 |

EASYPAY

AMS 000948

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



MCGEE, CHERYL
AUSTIN, TX 78748
SS#:

#0162
Married/01
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  10/01/2009 - 12/31/2009   Runs: 19- 24
Check Date:      07/30/2012                Weeks: 41-50
                                           Qtr:      4
                                           Page:    24

AMS 000949

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| SOLORIO, MARY Y | | | | #0170 | | | | | | |
| AUSTIN, TX 78741 | | Salary: | | Married/00 | | | | | | |
| SS#: | | | | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/19/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | REDACTED | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



| Client: YA7 | | Period Covered: | 10/01/2009 - 12/31/2009 | Runs: 19- 24 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | 07/30/2012 | Weeks: 41-50 |
| | | | | Qtr:    4 |
| | | | | Page:   25 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000950



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

FRIEDMAN, LORI A   #0171
AUSTIN, TX 78704   Salary:   Married/02
SS#:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  10/01/2009 - 12/31/2009   Runs: 19- 24
Check Date:  07/30/2012   Weeks: 41-50
Qtr:   4
Page:   26

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000951



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | REDACTED | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

BOWNESS,SONAL    #0173    Married/00

AUSTIN, TX 78735    Salary:

SS#:

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 10/01/2009 - 12/31/2009    Runs: 19 - 24
Check Date: 07/30/2012    Weeks: 41-50
Qtr: 4
Page: 27

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000952



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

SNEED, WILLIAM
AUSTIN, TX 78704
SS#:
#0181
Married/02
Salary:

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 10/01/2009 - 12/31/2009    Runs: 19- 24
Check Date:    07/30/2012    Weeks: 41-50
                                               Qtr:    4
                                               Page:   28

AMS 000953

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

MAHNKEN, AMY E.    #0184
Single/01
Salary:
AUSTIN, TX 78747
SS#:

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  10/01/2009 - 12/31/2009    Runs: 19- 24
Check Date:    07/30/2012    Weeks: 41-50
Qtr:    4
Page:    29

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000954



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

BROWN, AMANDA S    #0187    Single/01
AUSTIN, TX 78728    Rate:
SS#:    Salary:

EASYPAY    Client:  YA7    AUSTIN MONTESSORI SCHOOL INC    Earnings Record

Period Covered:  10/01/2009 - 12/31/2009    Runs: 19- 24
Check Date:    07/30/2012    Weeks: 41-50
Qtr:    4
Page:    30

AMS 000955

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

BANKS,JANNA S    #0191
AUSTIN, TX 78745    Married/05
SS#:    Salary:

REDACTED

EASYPAY

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   10/01/2009 - 12/31/2009    Runs: 19- 24
Check Date:    07/30/2012    Weeks: 41-50
Qtr:    4
Page:    31

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000956



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

LARSON,ERIN B    #0193
AUSTIN, TX 78735    Married-Sep/04
SS#:    Salary:

EASYPAY

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   10/01/2009 - 12/31/2009    Runs: 19- 24
Check Date:   07/30/2012    Weeks: 41-50
Qtr:   4
Page:   32

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000957



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

CLARK,CAROLINE A                     #0195
AUSTIN, TX 78733          Married/00
SS#:                Salary:

| | |
|---|---|
| Client: YA7 | Period Covered: 10/01/2009 - 12/31/2009   Runs: 19- 24 |
| AUSTIN MONTESSORI SCHOOL INC | Check Date: 07/30/2012   Weeks: 41-50 |
| **Earnings Record** | Qtr:   4   Page:   33 |

EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000958

**COLLINS,MARY ANN**                    #0198
████ ████████████                    Married/02
AUSTIN, TX 78748          Salary:     ████████
SS#: ████████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC                    **Earnings Record**

Period Covered:  10/01/2009 - 12/31/2009    Runs: 19- 24
Check Date:      07/30/2012                  Weeks: 41-50
                                             Qtr:      4
                                             Page:    34

AMS 000959

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

JARRELL,KELLY          #0199
                       Married/04
DRIPPINGSPRINGS, TX  78620     Salary:
SS#:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

EASYPAY

Period Covered:  **10/01/2009** - **12/31/2009**     Runs: 19- 24
Check Date:      **07/30/2012**                        Weeks: 41-50
                                                       Qtr:      4
                                                       Page:    35

AMS 000960

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| MARBLE, LESLIE S | | | | #0201 Married/00 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUSTIN, TX 78731 SS#: | | | Salary: | | | | | | | | | |
| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | | State/Local Taxes | Deductions | | Net Pay Check # |
| 41 | 10/15/09 | | | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | | | |
| 45 | 11/13/09 | | | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | | | |
| Employee Totals | | | | | | | | | | | | |

| Client: YA7 AUSTIN MONTESSORI SCHOOL INC | Earnings Record | Period Covered: 10/01/2009 - 12/31/2009 Check Date: 07/30/2012 | Runs: 19 - 24 Weeks: 41-50 Qtr: 4 Page: 36 |
|---|---|---|---|

AMS 000961

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



DENTON,JOHNNIE

AUSTIN, TX 78745
SS#:

Salary:

#0202
Single/01

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|-----------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



EASYPAY

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   10/01/2009  -  12/31/2009
Check Date:        07/30/2012

Runs: 19- 24
Weeks: 41-50
Qtr:           4
Page:        37

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000962



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

HEARNE,KATE
#0203
Married/04
Salary:
AUSTIN, TX 78746
SS#:

REDACTED

AMS 000963

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

HUNT,LYNN A
AUSTIN, TX 78749
SS#:
#0204
Single/01
Salary:

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 10/01/2009 - 12/31/2009
Check Date: 07/30/2012

Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 39

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000964



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | REDACTED | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

MIRANDA,GILBERTO F
AUSTIN, TX 78703
SS#:
//0205
Single/02
Rate:

Client: YA7
AUSTIN MONTESSORI SCHOOL, INC

**Earnings Record**

Period Covered: 10/01/2009 - 12/31/2009   Runs: 19- 24
Check Date: 07/30/2012   Weeks: 41-50
Qtr:  4
Page:  40

AMS 000965

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



BRECKWOLDT,MARGARET    #0207    Married/08

Salary:

AUSTIN, TX  78745

SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  10/01/2009 - 12/31/2009    Runs: 19- 24
Check Date:  07/30/2012    Weeks: 41-50
Qtr:    4
Page:    41

AMS 000966

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**JOHNSON,JUDY**

AUSTIN, TX 78704

SS#:

#0208
Single/01

Rate:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| | |
|---|---|
| Client: YA7 | Period Covered: 10/01/2009 - 12/31/2009    Runs: 19- 24 |
| AUSTIN MONTESSORI SCHOOL INC | Check Date: 07/30/2012    Weeks: 41-50 |
| **Earnings Record** | Qtr: 4 |
| | Page: 42 |

EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000967



**MATKIN,MELANIE**
AUSTIN, TX 78735
SS#: ▓▓▓▓▓

#0209
Single/02
Salary: ▓▓▓▓

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|------------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | REDACTED | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 10/01/2009 - 12/31/2009    Runs: 19- 24
Check Date: 07/30/2012    Weeks: 41-50
Qtr: 4
Page: 43

AMS 000968

 You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

KAISER,REBECCA    #0210
Single/02
AUSTIN, TX 78751    Salary:
SS#:

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC    **Earnings Record**    Period Covered: 10/01/2009 - 12/31/2009    Runs: 19- 24
Check Date: 07/30/2012    Weeks: 41-50
Qtr: 4
Page: 44

EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000969



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

HALEY,MEGAN  #0211  Single/02  Salary:
AUSTIN, TX 78753
SS#:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC
**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**   Runs: 19- 24
Check Date: **07/30/2012**   Weeks: 41-50
Qtr: 4
Page: 45

EASYPAY

AMS 000970

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

OSBORNE, CALLIE J          #0212
                          Single/01
          Salary:
AUSTIN, TX  78704
SS#:



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:  10/01/2009 - 12/31/2009     Runs: 19- 24
Check Date:      07/30/2012                  Weeks: 41-50
                                             Qtr:       4
                                             Page:     46

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000971



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

DAVISON,RACHEL    #0213    Single/02
Salary:
AUSTIN, TX 78741
SS#:

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 10/01/2009 - 12/31/2009    Runs: 19- 24
Check Date: 07/30/2012    Weeks: 41-50
Qtr: 4
Page: 47

EASYPAY

AMS 000972



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



SWOPE, KATHRYN J                                    #0214
                                                   Single/01
AUSTIN, TX 78745                 Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY    Client:  YA7
           AUSTIN MONTESSORI SCHOOL INC        Earnings Record

Period Covered:  10/01/2009 - 12/31/2009    Runs: 19- 24
Check Date:      07/30/2012                  Weeks: 41-50
                                             Qtr:        4
                                             Page:      48

AMS 000973

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**DEAN,ERIN M**
AUSTIN, TX 78702
SS#: ▓▓▓▓▓

#0215
Single/02
Salary: ▓▓▓

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | REDACTED | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

 **EASYPAY**    Client:   YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:   10/01/2009  -  12/31/2009   Runs: 19- 24
Check Date:       07/30/2012                  Weeks: 41-50
Qtr:        4
Page:      49

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000974



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT TOTALS | | | | | | REDACTED | | | | |

**Due to the sensitive nature of SSNs, we strongly recommend that you either do not display the SSN or mask the first 5 digits on your payroll reports. Since you have elected to display your employees' full SSNs on your reports, you should take all necessary precautions to safeguard these documents and to securely dispose of them. (You may change your selection to remove full SSNs from your reports at any time.)**

EASYPAY  Client:  YA7
AUSTIN MONTESSORI SCHOOL INC
**Earnings Record**
Period Covered:  10/01/2009  -  12/31/2009
Check Date:  07/30/2012
Runs: 19- 24
Weeks: 41-50
Qtr:  4
Page:  50