# Exhibit 33

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000975



**GOERTZ, DONALD C.**
AUSTIN, TX 78703
SS#:

#0003
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2010 - 03/31/2010**
Check Date: **07/30/2012**

Runs: 1- 6
Weeks: 2-13
Qtr: 1
Page: 1

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000976



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | REDACTED | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

LOGAN, THOMAS W
AUSTIN, TX 78745
SS#:
#0004
Married/00
Salary:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  01/01/2010 - 03/31/2010    Runs: 1- 6
Check Date:  07/30/2012    Weeks: 2-13
Qtr: 1
Page: 2

EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000977



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | REDACTED | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

GEIL, MARY L.
AUSTIN, TX 78756
SS#:
#0013
Married/03
Salary:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  01/01/2010 - 03/31/2010
Check Date:  07/30/2012

Runs:  1- 6
Weeks:  2-13
Qtr:  1
Page:  3

AMS 000978

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| GOERTZ, DONNA B | | | #0014 |
|---|---|---|---|
| AUSTIN, TX 78703 | | Salary: | Married/00 |
| SS#: | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | REDACTED | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | 01/01/2010 - 03/31/2010 | Runs: | 1- 6 |
|---|---|---|---|
| Check Date: | 07/30/2012 | Weeks: | 2-13 |
| | | Qtr: | 1 |
| | | Page: | 4 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000979



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

MILLER, AMBER T    #0019    Married/00    Salary:
AUSTIN, TX 78735
SS#:

REDACTED

| | | |
|--|--|--|
| Client: YA7 | | Period Covered: 01/01/2010 - 03/31/2010 | Runs: 1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | Earnings Record | Check Date: 07/30/2012 | Weeks: 2-13 |
| | | | Qtr: 1 |
| | | | Page: 5 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000980



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | . |
| Employee Totals | | | | | | | | | | |

REDACTED

OBRIEN, LOIS Y
AUSTIN, TX 78736
SS#:
#0020
Married/00
Salary:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 01/01/2010 - 03/31/2010
Check Date: 07/30/2012

Runs:  1-  6
Weeks:  2-13
Qtr:  1
Page:  6

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000981

| RUIZ, MARGARITA | | //0022 Married/01 |
| AUSTIN, TX 78732 | Rate: | |
| SS#: | Salary: | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | REDACTED | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000982

**ROMINE, DONNA**
AUSTIN, TX 78732
SS#: ▓▓▓▓▓▓▓  Salary: ▓▓▓▓▓  #0042 Single/03

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | REDACTED | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | |
|---|---|
| **EASYPAY** | Client: YA7<br>AUSTIN MONTESSORI SCHOOL INC |

**Earnings Record**

Period Covered: **01/01/2010 - 03/31/2010**
Check Date: **07/30/2012**

Runs: 1- 6
Weeks: 2-13
Qtr: 1
Page: 8

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000983



**SNYDER, JOHN**     #0044     Married/02
AUSTIN, TX 78748     Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000984



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | REDACTED | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

MAREEN, VERONIQUE M          #0084
                             Single/01
AUSTIN, TX  78739    Salary:
SS#:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**     Runs:  1- 6
Check Date:      **07/30/2012**                  Weeks: 2-13
                                                  Qtr:      1
                                                  Page:    10

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000985



**PIPPINS, JERRY W**    #0105
Married/01
AUSTIN, TX 78748    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | REDACTED | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | | | |
|---|---|---|---|
| **EASYPAY** | Client: YA7<br>AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Period Covered: 01/01/2010 - 03/31/2010<br>Check Date: 07/30/2012 |

Runs: 1- 6
Weeks: 2- 13
Qtr: 1
Page: 11

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000986



**GLASGOW, DAWN D.**

AUSTIN, TX  78735
SS#:

#0115
Married/03
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | REDACTED | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000987

**GEVIRTZ, JESSE**
AUSTIN, TX 78735
SS#:

#0116
Married/00
Salary:



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  01/01/2010 - 03/31/2010
Check Date:  07/30/2012

Runs:  1- 6
Weeks:  2-13
Qtr:  1
Page:  13

AMS 000988

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**EAGLE, ANGELA**
▇▇▇▇▇▇▇▇▇▇▇▇▇▇
AUSTIN, TX 78745
SS#: ▇▇▇▇▇▇▇▇

#0117
Married/02
Salary: ▇▇▇▇▇▇

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL, INC

**Earnings Record**

Period Covered:  01/01/2010 - 03/31/2010
Check Date:      07/30/2012

Runs:   1- 6
Weeks:  2-13
Qtr:       1
Page:     14

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000989



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | REDACTED | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

RIVAS-RIVAS, ERIKA    #0118    Single/02
AUSTIN, TX 79749    Salary:
SS#:



| | |
|---|---|
| Client: YA7 | Period Covered: **01/01/2010 - 03/31/2010**  Runs: 1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | Check Date: **07/30/2012**  Weeks: 2-13 |
| **Earnings Record** | Qtr: 1 |
| | Page: 15 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000990



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

FISCHER, BRANDI
AUSTIN, TX 78752
SS#:

#0130
Single/05
Salary:

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2010 - 03/31/2010**    Runs: 1- 6
Check Date: **07/30/2012**    Weeks: 2-13
Qtr: 1
Page: 16

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000991



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | REDACTED | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

LOGAN, GWENDOLYN                #0134
                                Married/00
AUSTIN, TX 78745    Salary:
SS#:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:  01/01/2010 - 03/31/2010    Runs:  1-  6
Check Date:      07/30/2012                 Weeks:  2-13
                                            Qtr:       1
                                            Page:     17

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000992



**BEASLEY, KIMBERLY D**                     #0136
                                        Married/01
AUSTIN, TX 78748          Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| | |
|---|---|
| Client: YA7 | Period Covered: 01/01/2010 - 03/31/2010   Runs: 1 - 6 |
| AUSTIN MONTESSORI SCHOOL INC | Check Date:     07/30/2012   Weeks: 2 - 13 |
| **Earnings Record** | Qtr:          1 |
| | Page:         18 |

EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000993

**AGUILAR, SOCORRO A**    #0138
Single/02
AUSTIN, TX 78741    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY    Client: YA7
AUSTIN MONTESSORI SCHOOL INC    **Earnings Record**    Period Covered: 01/01/2010 - 03/31/2010    Runs: 1- 6
Check Date: 07/30/2012    Weeks: 2-13
Qtr: 1
Page: 19

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000994



**WEEKS, AMANDA E**

AUSTIN, TX 78704
SS#:

Salary:

#0141
Single/01

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | REDACTED | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:   YA7
AUSTIN MONTESSORI SCHOOL, INC

**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**     Runs:  1-  6
Check Date:      **07/30/2012**                  Weeks:  2-13
                                                 Qtr:        1
                                                 Page:      20

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000995



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

AKEN, JOSEPH
AUSTIN, TX 78704
SS#:
#0146
Single/00
Salary:

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC
**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**
Check Date:  **07/30/2012**

Runs:  1- 6
Weeks:  2-13
Qtr:  1
Page:  21

AMS 000996

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LONDON, NATALIE**
AUSTIN, TX 78702
SS#:

#0149
Single/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  01/01/2010 - 03/31/2010
Check Date:      07/30/2012

Runs:  1- 6
Weeks:  2-13
Qtr:       1
Page:     22

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000997



**MONDA, VALERIE M** #0158 Single/01

AUSTIN, TX 78703 Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | REDACTED | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2010 - 03/31/2010**
Check Date: **07/30/2012**

Runs: 1- 6
Weeks: 2 - 13
Qtr: 1
Page: 23

AMS 000998

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

MCGEE, CHERYL                          #0162
                                   Married/01
AUSTIN, TX 78746      Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|--------------|-------------------|------------|----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | REDACTED | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC          Earnings Record

Period Covered: 01/01/2010 - 03/31/2010   Runs:  1- 6
Check Date:     07/30/2012                Weeks: 2-13
                                          Qtr:      1
                                          Page:    24

EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000999



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | REDACTED | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

SOLORIO, MARY Y
AUSTIN, TX 78741
SS#:
#0170
Married/00
Salary:

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 01/01/2010 - 03/31/2010    Runs: 1- 6
Check Date: 07/30/2012    Weeks: 2-13
Qtr: 1
Page: 25

EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001000



FRIEDMAN, LORI A                     #0171
                                 Married/02
AUSTIN, TX 78704    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Not Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | REDACTED | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY    Client:   YA7
AUSTIN MONTESSORI SCHOOL INC          Earnings Record

Period Covered:  01/01/2010 - 03/31/2010    Runs:  1- 6
Check Date:      07/30/2012                 Weeks: 2-13
                                            Qtr:     1
                                            Page:   26

AMS 001001

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

BOWNESS,SONAL                          #0173
                                    Married/00
AUSTIN, TX  78735      Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | REDACTED | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**    Runs:  1 - 6
Check Date:    **07/30/2012**                   Weeks:  2 - 13
                                                Qtr:      1
                                                Page:    27

AMS 001002

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | REDACTED | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

SNEED, WILLIAM  #0181
AUSTIN, TX 78704  Married/02
SS#:  Salary:


EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 01/01/2010 - 03/31/2010
Check Date: 07/30/2012

Runs: 1- 6
Weeks: 2-13
Qtr: 1
Page: 28

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001003



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | REDACTED | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

MAHNKEN, AMY E.
AUSTIN, TX 78747
SS#:
#0184
Single/01
Salary:

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001004



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

BROWN, AMANDA S   #0187   Single/01   Salary:
AUSTIN, TX 78759
SS#:

REDACTED

| | | |
|---|---|---|
| Client: YA7 | | Period Covered: 01/01/2010 - 03/31/2010   Runs: 1- 6 |
| AUSTIN MONTESSORI SCHOOL, INC | Earnings Record | Check Date: 07/30/2012   Weeks: 2-13 |
| | | Qtr: 1 |
| | | Page: 30 |

AMS 001005

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | REDACTED | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

BANKS, JANNA S    #0101
AUSTIN, TX  78745    Married/05
SS#:    Salary:

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001006

**LARSON,ERIN B**   #0193
▓▓▓▓▓▓▓▓▓▓   Married-Sep/04
AUSTIN, TX 78735   Salary: ▓▓▓▓▓
SS#: ▓▓▓▓▓▓▓

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | REDACTED | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |


**EASYPAY**   Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2010 - 03/31/2010**   Runs: 1- 6
Check Date: **07/30/2012**   Weeks: 2-13
Qtr: 1
Page: 32

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001007



CLARK,CAROLINE A                    #0195
                                    Married/00
AUSTIN, TX 78733        Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | REDACTED | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  01/01/2010 - 03/31/2010     Runs:  1- 6
Check Date:      07/30/2012                  Weeks: 2-13
                                             Qtr:      1
                                             Page:    33

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001008



**COLLINS,MARY ANN**                    //0198
                                        Married/02
AUSTIN, TX 78748        Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC            **Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**   Runs:  1- 6
Check Date:      **07/30/2012**                Weeks:  2-13
                                               Qtr:       1
                                               Page:     34

AMS 001009

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

JARRELL,KELLY                          #0199
███████████████                    Married/04
DRIPPINGSPRINGS, TX  78620    Salary:    ███████
SS#: ███████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | REDACTED | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7                                    Period Covered:  01/01/2010 - 03/31/2010    Runs:  1 - 6
AUSTIN MONTESSORI SCHOOL INC                     Check Date:      07/30/2012                 Weeks:  2 - 13
                          Earnings Record                                                   Qtr:        1
                                                                                            Page:      35

AMS 001010

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| | MARBLE,LESLIE S | | | #0201 Married/00 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | AUSTIN, TX 78731 SS#: | | Salary: | | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| | | | |
|---|---|---|---|
| Client: YA7 | | Period Covered: 01/01/2010 - 03/31/2010 | Runs: 1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | | Check Date: 07/30/2012 | Weeks: 2-13 |
| EASYPAY | **Earnings Record** | | Qtr: 1 |
| | | | Page: 36 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001011



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

DENTON,JOHNNIE
#0202
Single/01
Salary:
AUSTIN, TX 78745
SS#:

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 01/01/2010 - 03/31/2010
Check Date: 07/30/2012

Runs: 1- 6
Weeks: 2- 13
Qtr: 1
Page: 37

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001012

HEARNE,KATE                    #0203
                              Married/04
                    Salary:

AUSTIN, TX 78740
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | REDACTED | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  01/01/2010 - 03/31/2010    Runs: 1- 6
Check Date:      07/30/2012                  Weeks: 2-13
                                             Qtr:      1
                                             Page:    38

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001013



| HUNT,LYNN A | | #0204 | | | | | | | |
| AUSTIN, TX 78745 | | Single/01 | | | | | | | |
| SS#: | | Salary: | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| | | | |
|---|---|---|---|
| Client:  YA7 | | Period Covered: | 01/01/2010 - 03/31/2010 | Runs:  1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | Earnings Record | Check Date: | 07/30/2012 | Weeks:  2-13 |
| | | | | Qtr:  1 |
| | | | | Page:  39 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001014

**MIRANDA,GILBERTO F** #0205
Single/02
AUSTIN, TX 78704    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 04 | 1/29/10 | | | | | | REDACTED | | | |
| Employee Totals | | | | | | | | | | |

 EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered: 01/01/2010 - 03/31/2010   Runs: 1- 6
Check Date:     07/30/2012                 Weeks: 2-13
                                           Qtr:       1
                                           Page:     40

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001015

#0207

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | REDACTED | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

207 to 215
bold - not confirmed



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 01/01/2010 - 03/31/2010  Runs: 1- 6
Check Date: 07/30/2012  Weeks: 2-13
Qtr: 1
Page: 41

AMS 001016

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

#0208

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | . | | REDACTED | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY   Client:  YA7
AUSTIN MONTESSORI SCHOOL INC          Earnings Record

Period Covered:  01/01/2010 - 03/31/2010    Runs:  1- 6
Check Date:   07/30/2012                    Weeks:  2- 13
                                            Qtr:       1
                                            Page:     42

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001017

#0209

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  01/01/2010  -  03/31/2010
Check Date:  07/30/2012

Runs:  1-  6
Weeks:  2-13
Qtr:  1
Page:  43

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001018

#0210

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 01/01/2010 - 03/31/2010
Check Date: 07/30/2012

Runs: 1- 6
Weeks: 2- 13
Qtr: 1
Page: 44

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001019

//0211

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | REDACTED | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2010 - 03/31/2010**
Check Date: **07/30/2012**

Runs: 1- 6
Weeks: 2- 13
Qtr: 1
Page: 45

AMS 001020

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

#0212

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2010 - 03/31/2010**    Runs: 1- 6
Check Date: **07/30/2012**    Weeks: 2-13
Qtr: 1
Page: 46