You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001021

#0213

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | REDACTED | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

**EASYPAY**

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 01/01/2010 - 03/31/2010
Check Date: 07/30/2012

Runs: 1- 6
Weeks: 2-13
Qtr: 1
Page: 47

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001022

#0214

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| | |
|---|---|
| Client: YA7 | |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** |

| | | |
|---|---|---|
| Period Covered: | 01/01/2010 - 03/31/2010 | Runs: 1- 6 |
| Check Date: | 07/30/2012 | Weeks: 2-13 |
| | | Qtr: 1 |
| | | Page: 48 |

AMS 001023

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

#0215

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 01/01/2010 - 03/31/2010
Check Date: 07/30/2012

Runs: 1 - 5
Weeks: 2 - 13
Qtr: 1
Page: 49

AMS 001024

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

## Client Totals

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| CLIENT TOTALS | | | | | | | REDACTED | | | |

**Due to the sensitive nature of SSNs, we strongly recommend that you either do not display the SSN or mask the first 5 digits on your payroll reports. Since you have elected to display your employees' full SSNs on your reports, you should take all necessary precautions to safeguard these documents and to securely dispose of them. (You may change your selection to remove full SSNs from your reports at any time.)**


EASYPAY

| Client: YA7 AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Period Covered: 01/01/2010 - 03/31/2010 Check Date: 07/30/2012 | Runs: 1- 6 Weeks: 2-13 Qtr: 1 Page: 50 |
|---|---|---|---|

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001025

**GOERTZ, DONALD C.**   #0003
Married/00
AUSTIN, TX 78703    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | REDACTED | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC        **Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**    Runs:  7- 12
Check Date:  **07/30/2012**    Weeks: 15-25
Qtr:    2
Page:    1

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001026

**LOGAN, THOMAS W**  #0004  Married/00
AUSTIN, TX 78745    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | REDACTED | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY    Client: YA7
AUSTIN MONTESSORI SCHOOL INC    **Earnings Record**

Period Covered: **04/01/2010 - 06/30/2010**    Runs: 7- 12
Check Date: **07/30/2012**    Weeks: 15-25
Qtr: 2
Page: 2

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001027



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | REDACTED | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

GEIL, MARY L.  #0013  Married/03
AUSTIN, TX 78756  Salary:
SS#:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2010 - 06/30/2010   Runs: 7 - 12
Check Date:  07/30/2012   Weeks: 15-25
Qtr:  2
Page:  3

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001028

GOERTZ, DONNA B        #0014
       Married/00
AUSTIN, TX 78703     Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | REDACTED | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY    Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 04/01/2010 - 06/30/2010    Runs: 7- 12
Check Date: 07/30/2012    Weeks: 15-25
   Qtr: 2
   Page: 4

AMS 001029

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

MILLER, AMBER T                    #0019
                                   Married/00
                          Salary:

AUSTIN, TX 78735
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY    Client: YA7
AUSTIN MONTESSORI SCHOOL INC          Earnings Record

Period Covered:  04/01/2010 - 06/30/2010   Runs: 7 - 12
Check Date:      07/30/2012                Weeks: 15-25
                                           Qtr:      2
                                           Page:     5

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001030



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

**EASYPAY**   Client: YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered: 04/01/2010 - 06/30/2010   Runs: 7- 12
Check Date:     07/30/2012                Weeks: 15-25
                                          Qtr:      2
                                          Page:     6

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001031

**RUIZ, MARGARITA**

AUSTIN, TX 78732
SS#: ▓▓▓▓▓

#0022
Married/01

Rate:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | REDACTED | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 04/01/2010 - 06/30/2010
Check Date: 07/30/2012

Runs: 7- 12
Weeks: 15-25
Qtr: 2
Page: 7

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001032

**ROMINE, DONNA**
AUSTIN, TX 78732
SS#:

#0042
Single/03
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| EASYPAY | Client: YA7 | | Period Covered: | 04/01/2010 - 06/30/2010 | Runs: 7 - 12 |
|---|---|---|---|---|---|
| | AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | 07/30/2012 | Weeks: 15-25 |
| | | | | | Qtr: 2 |
| | | | | | Page: 8 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001033



| SNYDER, JOHN | | | | #0044 Married/02 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUSTIN, TX 78748 SS#: | | Salary: | | | | | | | | | |
| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 04/01/2010 - 06/30/2010   Runs: 7 - 12
Check Date:     07/30/2012                Weeks: 15 - 25
                                          Qtr:        2
                                          Page:       9

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001034



MAREEN, VERONIQUE M    #0084
Single/01
AUSTIN, TX 78735    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | REDACTED | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2010 - 06/30/2010    Runs:  7 - 12
Check Date:    07/30/2012    Weeks: 15-25
Qtr:    2
Page:    10

AMS 001035

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

PIPPINS, JERRY W                               #0109
                                          Married/01
AUSTIN, TX  78748          Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | REDACTED | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**     Runs:  7- 12
Check Date:      **07/30/2012**                  Weeks: 15-25
                                                 Qtr:        2
                                                 Page:      11

AMS 001036

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**GLASGOW, DAWN D.**    #0115
Married/03
AUSTIN, TX 78735    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | REDACTED | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

AMS 001037

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| GEVIRTZ, JESSE<br>AUSTIN, TX 78735<br>SS#: | | | #0116<br>Married/00<br>Salary: | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Week<br># | Check<br>Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay<br>Check # |
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | REDACTED | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee<br>Totals | | | | | | | | | | |

EASYPAY    Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2010 - 06/30/2010
Check Date:      07/30/2012

Runs:  7- 12
Weeks: 15-25
Qtr:        2
Page:      13

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001038



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | REDACTED | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EAGLE, ANGELA  #0117  Married/02
AUSTIN, TX 78745  Salary:
SS#:

Client: YA7  AUSTIN MONTESSORI SCHOOL INC        **Earnings Record**        Period Covered: 04/01/2010 - 06/30/2010   Runs: 7 - 12
Check Date:  07/30/2012   Weeks: 15-25
Qtr: 2
Page: 14

EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001039

RIVAS-RIVAS, ERIK A                          #0118
                                            Single/02
AUSTIN, TX 78749          Salary:
SS#:



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | REDACTED | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY    Client:  YA7
           AUSTIN MONTESSORI SCHOOL INC        **Earnings Record**        Period Covered:  04/01/2010 - 06/30/2010    Runs:  7- 12
                                                                          Check Date:      07/30/2012                 Weeks: 15-25
                                                                                                                      Qtr:        2
                                                                                                                      Page:      15

AMS 001040

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

FISCHER, BRANDI

████████████████████████
AUSTIN, TX 78752

SS#: ████████████

#0130
Single/05

Salary: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2010 - 06/30/2010    Runs:   7- 12
Check Date:    07/30/2012    Weeks: 15-25
                              Qtr:      2
                              Page:    16

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001041

| LOGAN, GWENDOLYN | | | | #0134 Married/00 | | | | | | | |
| AUSTIN, TX 78745 | | | Salary: | | | | | | | | |
| SS#: | | | | | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 04/01/2010 - 06/30/2010    Runs: 7- 12
Check Date: 07/30/2012    Weeks: 15-25
Qtr: 2
Page: 17

AMS 001042

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| BEASLEY, KIMBERLY D | | | | #0136 Single/00 | | | | | | |
| AUSTIN, TX 78748 | | | Rate: | 000/Hr | | | | | | |
| SS#: | | | Salary: | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | REDACTED | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 04/01/2010 - 06/30/2010
Check Date: 07/30/2012

Runs: 7 - 12
Weeks: 15-25
Qtr: 2
Page: 18

AMS 001043

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**AGUILAR, SOCORRO A**  #0138  Single/02

AUSTIN, TX 78741  Salary:

SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | REDACTED | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY   Client: YA7   AUSTIN MONTESSORI SCHOOL INC   **Earnings Record**   Period Covered: 04/01/2010 - 06/30/2010   Runs: 7- 12   Check Date: 07/30/2012   Weeks: 15-25   Qtr: 2   Page: 19

AMS 001044

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



WEEKS, AMANDA E                    #0141
                                   Single/01
AUSTIN, TX 78757      Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | REDACTED | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2010 - 06/30/2010      Runs:  7- 12
Check Date:      07/30/2012                    Weeks: 15-25
                                               Qtr:      2
                                               Page:    20

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001045

AKEN, JOSEPH
AUSTIN, TX 78704
SS#:

#0146
Single/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | REDACTED | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 04/01/2010 - 06/30/2010  Runs: 7- 12
Check Date: 07/30/2012  Weeks: 15-25
Qtr: 2
Page: 21

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001046

LONDON, NATALIE                        #0149
                                    Single/02
AUSTIN, TX 78702        Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | REDACTED | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered: 04/01/2010 - 06/30/2010     Runs: 7- 12
Check Date:     07/30/2012                  Weeks: 15-25
                                            Qtr:     2
                                            Page:   22

AMS 001047

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

SUGGS, SHARON E
DALE, TX 78616
SS#:

#0154
Single/02
Rate:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 04/01/2010 - 06/30/2010    Runs: 7- 12
Check Date:    07/30/2012    Weeks: 15-25
                                                           Qtr:    2
                                                           Page:   23

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001048

**MONDA, VALERIE M**     #0158 Single/01
AUSTIN, TX 78703    Salary: ▓▓▓▓▓
SS#: ▓▓▓▓▓

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | REDACTED | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 04/01/2010 - 06/30/2010   Runs: 7 - 12
Check Date: 07/30/2012   Weeks: 15-25
  Qtr: 2
  Page: 24

AMS 001049

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



MCGEE, CHERYL    #0162
                 Married/01
AUSTIN, TX 78748    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | REDACTED | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 04/01/2010 - 06/30/2010    Runs: 7- 12
Check Date: 07/30/2012    Weeks: 15-25
                                            Qtr: 2
                                            Page: 25

AMS 001050

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

SOLORIO, MARY Y
AUSTIN, TX 78741
#0170
Married/00
Salary:

REDACTED

EASYPAY
Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 04/01/2010 - 06/30/2010
Check Date: 07/30/2012
Runs: 7- 12
Weeks: 15-25
Qtr: 2
Page: 26

AMS 001051

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

FRIEDMAN, LORI A #0171
Married/02
AUSTIN, TX 78704 Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC          Earnings Record

Period Covered:  04/01/2010 - 06/30/2010   Runs: 7- 12
Check Date:      07/30/2012                Weeks: 15-25
                                           Qtr:      2
                                           Page:    27

AMS 001052

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



BOWNESS,SONAL                          #0173
                                    Married/00
AUSTIN, TX 78735      Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | REDACTED | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2010 - 06/30/2010    Runs:  7- 12
Check Date:      07/30/2012                 Weeks: 15-25
                                            Qtr:      2
                                            Page:    28

AMS 001053

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

SNEED, WILLIAM
AUSTIN, TX 78704
SS#:

#0181
Married/02
Salary:

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2010  -  06/30/2010
Check Date:      07/30/2012

Runs:  7- 12
Weeks: 15-25
Qtr:        2
Page:      29

AMS 001054

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

MAHNKEN, AMY E.                                    #0184
                                                   Single/01

AUSTIN, TX  78747
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | REDACTED | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | |
|---|---|
| Client:  YA7 | Period Covered:  **04/01/2010** - **06/30/2010** |
| AUSTIN MONTESSORI SCHOOL INC | Check Date:  **07/30/2012** |
| **Earnings Record** | Runs:  7- 12 / Weeks: 15-25 / Qtr:  2 / Page:  30 |

EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001055



**BROWN, AMANDA S**  #0187  Single/01
AUSTIN, TX  78759  Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | REDACTED | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2010 - 06/30/2010   Runs: 7 - 12
Check Date:  07/30/2012   Weeks: 15-25
Qtr:  2
Page:  31

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001056

**BANKS,JANNA S**
AUSTIN, TX 78745
SS#: ▓▓▓▓▓▓▓

#0191
Married/05
Salary: ▓▓▓▓▓▓

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 04/01/2010 - 06/30/2010    Runs: 7- 12
Check Date: 07/30/2012    Weeks: 15-25
Qtr: 2
Page: 32

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001057

**LARSON,ERIN B**                              #0193
▮▮▮▮▮▮▮▮▮▮▮▮                        Married-Sep/04
AUSTIN, TX 78735                Salary:    ▮▮▮▮▮▮
SS#: ▮▮▮▮▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | REDACTED | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 26 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |


EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   04/01/2010 - 06/30/2010   Runs:  7- 12
Check Date:        07/30/2012                Weeks: 15-25
                                             Qtr:        2
                                             Page:      33

AMS 001058

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| | CLARK,CAROLINE A | | | | #0195 Married/00 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | AUSTIN, TX 78733 SS#: | | | Salary: | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | REDACTED | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2010 - 06/30/2010   Runs: 7- 12
Check Date:      07/30/2012                Weeks: 15-25
                                           Qtr:      2
                                           Page:    34

AMS 001059

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| COLLINS,MARY ANN | | | | #0198 Married/02 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUSTIN, TX 78748 | | | | | | | | | | | |
| SS#: | | | | | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2010 - 06/30/2010    Runs: 7 - 12
Check Date:      07/30/2012                 Weeks: 15-25
                                            Qtr:        2
                                            Page:      35

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001060

**JARRELL,KELLY**
#0199
Married/04
DRIPPINGSPRINGS, TX 78620    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|--------------|-------------------|-----------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | REDACTED | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY    Client: YA7
AUSTIN MONTESSORI SCHOOL INC    **Earnings Record**

Period Covered: 04/01/2010 - 06/30/2010    Runs: 7- 12
Check Date: 07/30/2012    Weeks: 15-25
Qtr: 2
Page: 36

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001061

**MARBLE,LESLIE S**

AUSTIN, TX 78731
SS#:

//0201
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check // |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|------------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 04/01/2010 - 06/30/2010   Runs: 7- 12
Check Date:    07/30/2012              Weeks: 15-25
                                       Qtr:     2
                                       Page:   37

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001062



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | REDACTED | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

DENTON, JOHNNIE
AUSTIN, TX 78745
SS#:

#0202
Single/01
Salary:

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 04/01/2010 - 06/30/2010
Check Date: 07/30/2012
Runs: 7- 12
Weeks: 15-25
Qtr: 2
Page: 38

AMS 001063

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HEARNE,KATE**

AUSTIN, TX 797-16
SS#:

#0203
Married/04

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | REDACTED | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   04/01/2010  -  06/30/2010    Runs:  7- 12
Check Date:       07/30/2012                   Weeks: 15-25
                                               Qtr:      2
                                               Page:    39

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001064

**HUNT,LYNN A**
[REDACTED]
AUSTIN, TX 78745
SS#: [REDACTED]

#0204
Single/01

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | REDACTED | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 04/01/2010 - 06/30/2010
Check Date:  07/30/2012

Runs:  7- 12
Weeks: 15-25
Qtr:  2
Page:  40

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001065

#0207

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2010 - 06/30/2010
Check Date:      07/30/2012

Runs:  7- 12
Weeks: 15-25
Qtr:       2
Page:     41

AMS 001066

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

#0209

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**    Runs: 7- 12
Check Date:      **07/30/2012**                 Weeks: 15-25
                                                 Qtr:      2
                                                 Page:    42

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001067

#0210

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | 04/01/2010 - 06/30/2010 | Runs: 7 - 12 |
| Check Date: | 07/30/2012 | Weeks: 15-25 |
| | | Qtr: 2 |
| | | Page: 43 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001068

#0211

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| | | |
|---|---|---|
| Client: YA7 | | Period Covered: 04/01/2010 - 06/30/2010 | Runs: 7- 12 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: 07/30/2012 | Weeks: 15-25 |
| EASYPAY | | | Qtr: 2 |
| | | | Page: 44 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001069

#0212

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 04/01/2010 - 06/30/2010
Check Date: 07/30/2012

Runs: 7- 12
Weeks: 15-25
Qtr: 2
Page: 45

AMS 001070

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

#0213

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| | | | |
|---|---|---|---|
| **EASYPAY** | Client: YA7<br>AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Period Covered: 04/01/2010 - 06/30/2010   Runs: 7- 12<br>Check Date: 07/30/2012   Weeks: 15-25<br>Qtr: 2<br>Page: 46 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001071

#0214

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 04/01/2010 - 06/30/2010
Check Date: 07/30/2012

Runs: 7 - 12
Weeks: 15-25
Qtr: 2
Page: 47

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001072

//0215

| Week # | Check Date | . | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|---|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | | |
| 19 | 5/14/10 | | | | | | REDACTED | | | | |
| 21 | 5/28/10 | | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | | |
| Employee Totals | | | | | | | | | | | |

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2010 - 06/30/2010**
Check Date: **07/30/2012**

Runs: 7 - 12
Weeks: 15-25
Qtr: 2
Page: 48

AMS 001073

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

## Client Totals

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT TOTALS | | | | REDACTED | | | | | | |

**Due to the sensitive nature of SSNs, we strongly recommend that you either do not display the SSN or mask the first 5 digits on your payroll reports. Since you have elected to display your employees' full SSNs on your reports, you should take all necessary precautions to safeguard these documents and to securely dispose of them. (You may change your selection to remove full SSNs from your reports at any time.)**



| | | |
|---|---|---|
| EASYPAY | Client: YA7<br>AUSTIN MONTESSORI SCHOOL INC | Earnings Record |

Period Covered:  04/01/2010 - 06/30/2010    Runs: 7- 12
Check Date:    07/30/2012    Weeks: 15-25
Qtr:    2
Page:    49