Case No: 1:12cv7

Filed: 07/30/12
Doc. #25

FILED

2012 AUG -1  PM 3:46

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
                   DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLINE CLARK, Plaintiff, | § § § | |
| V. | § § | CIVIL ACTION NO. A-12-CA-007-SS |
| AUSTIN MONTESSORI SCHOOL, INC., Defendant. | § § § § | JURY TRIAL DEMANDED |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED THE TEN-PAGE LIMIT FOR A MOTION FOR SUMMARY JUDGMENT

After considering Plaintiff's Motion for Leave to Exceed the Ten-Page Limit for a Motion for Summary Judgment, the Court finds that Plaintiff's Motion should be GRANTED. Therefore, Plaintiff is granted leave to file a Motion for Summary Judgment up to twenty pages in length.

Signed this 1st day of August, 2012.

_____
Honorable Sam Sparks
United States District Judge