IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLINE CLARK, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. A-12-CA-007-SS |
| | § | |
| AUSTIN MONTESSORI SCHOOL, INC., | § | |
| Defendant. | § | JURY TRIAL DEMANDED |
| | § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

After considering Plaintiff's Motion to Compel, Defendant's Response, if any, and all applicable legal authority, the Court finds that Plaintiff's Motion should be GRANTED. Defendant is therefore ORDERED to produce its complete bimonthly payroll registers for 2009 and 2010 within seven (7) days of this Order.

Signed this _____ day of _____, 2012.

_____
The Honorable Sam Sparks
United States District Judge