IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLINE CLARK, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. A-12-CA-007-SS |
| | § | |
| AUSTIN MONTESSORI SCHOOL, INC., | § | |
| Defendant. | § | JURY TRIAL DEMANDED |
| | § | |

## ADVISORY TO THE COURT REGARDING
## PLAINTIFF'S MOTION TO COMPEL

On August 7, 2012, Plaintiff filed a Motion to Compel (Document # 31). In that Motion,

Plaintiff sought to compel the production of complete bimonthly payroll registers for 2009 and

2010 from Defendant. The parties submit this Advisory to inform the Court that this motion is

now MOOT, as Defendant has produced the records sought by Plaintiff.

Respectfully Submitted,

| | |
|---|---|
| The Cook Law Firm | Cokinos Bosien & Young |
| 919 Congress Ave., Suite 1145 | l0999 West IH-10, Ste. 800 |
| Austin, Texas 78701 | San Antonio, TX 78230. |
| Telephone: (512) 482-9556 | Telephone: (210) 298-8700 |
| Telecopier: (512) 597-3172 | Telecopier: (210) 293-8733 |

| | |
|---|---|
| /s/ Melissa A. Jacobs | |
| By: _____ | By: _____ |
| Russell Scott Cook | Stephanie O'Rourke |
| State Bar No. 24040724 | State Bar No. 15310800 |
| Melissa A. Jacobs | Bryan P. Marshall |
| State Bar No. 24046144 | State Bar No. 24034552 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |