IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLINE CLARK, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. A-12-CA-007-SS |
| | § | |
| AUSTIN MONTESSORI SCHOOL, INC., | § | |
| Defendant. | § | JURY TRIAL DEMANDED |
| | § | |

## ORDER

BE IT REMEMBERED on this day the Court, having received the Advisory to the Court Regarding Plaintiff's Motion to Compel [#32] filed August 9, 2012, and thereafter, enters the following:

IT IS ORDERED that the Plaintiff's Motion to Compel [#31] filed August 7, 2012 is DISMISSED AS MOOT.

Signed this _____ day of _____, 2012.

_____
The Honorable Sam Sparks
United States District Judge