IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2012 AUG 10  AM 10: 04

CLERK U. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
              DEPUTY

| | | |
|---|---|---|
| CAROLINE CLARK,<br>Plaintiff, | §<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. A-12-CA-007-SS |
| AUSTIN MONTESSORI SCHOOL, INC.,<br>Defendant. | §<br>§<br>§<br>§ | JURY TRIAL DEMANDED |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EXCEED THE TEN-PAGE LIMIT FOR RESPONDING TO A MOTION FOR SUMMARY JUDGMENT

After considering Plaintiff's Motion for Leave to Exceed the Ten-Page Limit for Responding to a Motion for Summary Judgment, the Court finds that Plaintiff's Motion should be GRANTED. Therefore, Plaintiff is granted leave to file a response to Defendant's Motion for Partial Summary Judgment up to twenty pages in length.

Signed this __10th__ day of __August__, 2012.

Honorable Sam Sparks
United States District Judge