# EXHIBIT A

AMS 000766

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**GOERTZ, DONALD C.**  #0003
Married/00
AUSTIN, TX 78703  Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **01/01/2009 - 03/31/2009** | Runs: 1- 6 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 2-12 |
| | | Qtr: 1 |
| | | Page: 1 |

AMS 000767

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, THOMAS W**
AUSTIN, TX 78745
SS#: ▮▮▮▮▮▮

#0004
Salary:    Married/00

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | REDACTED | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**
Check Date:  **07/30/2012**

Runs:  1-  6
Weeks:  2-12
Qtr:  1
Page:  2

AMS 000768

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**GEIL, MARY L.**
AUSTIN, TX 78756
SS#: ▉▉▉▉▉▉

#0013
Married/03
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**
Check Date: **07/30/2012**

Runs:  1-  6
Weeks: 2-12
Qtr:    1
Page:   3

AMS 000769

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GOERTZ, DONNA B**                    #0014
█████████                              Married/00
AUSTIN, TX 78703          Salary: ████
SS#: █████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009  -  03/31/2009**       Runs:   1-  6
Check Date:      **07/30/2012**                      Weeks:  2-12
                                                      Qtr:        1
                                                      Page:       4

AMS 000770

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MILLER, AMBER T**
#0019
Married/00
AUSTIN, TX  78735
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | REDACTED | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**
Check Date:  **07/30/2012**

Runs:  1-  6
Weeks:  2-12
Qtr:      1
Page:    5

AMS 000771

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**OBRIEN, LOIS Y**  #0020
Married/00
AUSTIN, TX 78736    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**    Runs:  1- 6
Check Date:  **07/30/2012**    Weeks:  2-12
Qtr:  1
Page:  6

AMS 000772

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RUIZ, MARGARITA**
AUSTIN, TX 78732
SS#:

#0022
Married/01
Rate:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**  Runs: 1- 6
Check Date:  **07/30/2012**  Weeks: 2-12
Qtr: 1
Page: 7

AMS 000773

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**ROMINE, DONNA**
AUSTIN, TX 78732
SS#: ▮▮▮▮

#0042
Single/03
Salary: ▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | | |
|---|---|---|
| Client: YA7 | Period Covered: **01/01/2009 - 03/31/2009** | Runs: 1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | Check Date: **07/30/2012** | Weeks: 2-12 |
| **Earnings Record** | | Qtr: 1 |
| | | Page: 8 |

EASYPAY

AMS 000774

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER, JOHN**
AUSTIN, TX 78748
SS#:
#0044
Married/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **01/01/2009 - 03/31/2009**    Runs:  1- 6
Check Date:       **07/30/2012**                  Weeks: 2-12
                                                   Qtr:      1
                                                   Page:     9

AMS 000775

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MAREEN, VERONIQUE M**                    #0084
AUSTIN, TX 78739                Single/01
SS#: ███████          Salary: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| | |
|---|---|
| Client: YA7 | Period Covered: **01/01/2009 - 03/31/2009**    Runs: 1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | Check Date: **07/30/2012**    Weeks: 2-12 |
| **Earnings Record** | Qtr: 1 |
| | Page: 10 |

EASYPAY

AMS 000776

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PIPPINS, JERRY W**
#0109
Married/01
AUSTIN, TX 78748
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **01/01/2009 - 03/31/2009** |
| Check Date: | **07/30/2012** |

Runs:  1- 6
Weeks: 2-12
Qtr:      1
Page:   11

AMS 000777

**GLASGOW, DAWN D.**                    #0115
AUSTIN, TX 78735    Salary:    Married/03
SS#: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | REDACTED | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Client: YA7 | Period Covered: | **01/01/2009 - 03/31/2009** | Runs: 1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | Check Date: | **07/30/2012** | Weeks: 2-12 |
| **Earnings Record** | | | Qtr: 1 |
| | | | Page: 12 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000778

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEVIRTZ, JESSE**    #0116
AUSTIN, TX 78735    Married/00
SS#: ▮▮▮▮    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| | | |
|---|---|---|
| Client: YA7 | | Period Covered: **01/01/2009 - 03/31/2009** Runs: 1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: **07/30/2012** Weeks: 2-12 |
| | | Qtr: 1 |
| | | Page: 13 |

AMS 000779

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**EAGLE, ANGELA**
#0117
Married/02
AUSTIN, TX 78745
SS#:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| Client: YA7 | Period Covered: | **01/01/2009 - 03/31/2009** | Runs: 1- 6 |
|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | Check Date: | **07/30/2012** | Weeks: 2-12 |
| **Earnings Record** | | | Qtr: 1 |
| | | | Page: 14 |

ADP EASY PAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000780

**RIVAS-RIVAS, ERIK A**
████████████
AUSTIN, TX 78749
SS#: ████████

#0118
Single/02
Salary: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**
Check Date:  **07/30/2012**

Runs:  1- 6
Weeks:  2-12
Qtr:  1
Page:  15

AMS 000781

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**FISCHER, BRANDI**
#0130
Single/05
AUSTIN, TX 78752
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

| Client: | YA7 | | Period Covered: | **01/01/2009 - 03/31/2009** | Runs: | 1- 6 |
|---------|-----|--|-----------------|------------------------------|-------|------|
| AUSTIN MONTESSORI SCHOOL INC | | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: | 2-12 |
| | | | | | Qtr: | 1 |
| | | | | | Page: | 16 |

AMS 000782

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**LOGAN, GWENDOLYN**                    #0134
                                    Married/00
AUSTIN, TX  78745        Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**   Runs:  1- 6
Check Date:      **07/30/2012**                 Weeks: 2-12
                                                Qtr:      1
                                                Page:    17

AMS 000783

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BEASLEY, KIMBERLY D**          #0136
                                 Married/01
AUSTIN, TX  78748    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**    Runs:  1- 6
Check Date:  **07/30/2012**                      Weeks: 2-12
                                                 Qtr:      1
                                                 Page:    18

AMS 000784

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**AGUILAR, SOCORRO A**                                    #0138
                                                        Single/02
████████████
AUSTIN, TX  78741            Salary:    ████████
SS#: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**      Runs:  1- 6
Check Date:       **07/30/2012**                  Weeks: 2-12
                                                  Qtr:     1
                                                  Page:   19

AMS 000785

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**WEEKS, AMANDA E**
#0141
Single/01
Salary:
AUSTIN, TX  78704
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | REDACTED | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**  Runs: 1- 6
Check Date: **07/30/2012**  Weeks: 2-12
Qtr: 1
Page: 20

AMS 000786

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**AKEN, JOSEPH**                                        #0146
AUSTIN, TX 78704                                        Single/00
SS#: ███████               Salary: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | REDACTED | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**    Runs:   1- 6
Check Date:      **07/30/2012**                  Weeks:  2-12
                                                 Qtr:     1
                                                 Page:   21

AMS 000787

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LONDON, NATALIE**  #0149
AUSTIN, TX 78702   Single/02
SS#: ▮▮▮   Salary: ▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**   Runs:  1- 6
Check Date:  **07/30/2012**   Weeks: 2-12
Qtr:  1
Page:  22

AMS 000788

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SCOTT, NANCY J**    #0153
AUSTIN, TX 78756    Single/99
SS#:    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

EASYPAY    Client:  YA7    Period Covered:  **01/01/2009 - 03/31/2009**    Runs:  1- 6
AUSTIN MONTESSORI SCHOOL INC    Check Date:  **07/30/2012**    Weeks: 2-12
**Earnings Record**    Qtr:    1
Page:   23

AMS 000789

**SUGGS, SHARON E**
DALE, TX  78616
SS#: ▓▓▓▓▓

#0154
Single/02
Rate: ▓▓▓▓▓

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

**EASY PAY**

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**    Runs:  1- 6
Check Date:  **07/30/2012**    Weeks: 2-12
Qtr:  1
Page:  24

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000790

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MONDA, VALERIE M**  #0158
Single/01
AUSTIN, TX 78703  Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**   Runs: 1- 6
Check Date: **07/30/2012**   Weeks: 2-12
  Qtr: 1
  Page: 25

AMS 000791

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MCGEE, CHERYL**    #0162
Married/01
AUSTIN, TX 78748    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **01/01/2009 - 03/31/2009** | Runs:  1- 6 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks:  2-12 |
| | | Qtr:    1 |
| | | Page:   26 |

AMS 000792

**PORTER, LINDSAY**
AUSTIN, TX 78745
SS#: ▮▮▮▮
#0164
Married/02
Salary: ▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **01/01/2009 - 03/31/2009**
Check Date:       **07/30/2012**

Runs:  1- 6
Weeks: 2-12
Qtr:        1
Page:      27

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000793

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SOLORIO, MARY Y**                          #0170
AUSTIN, TX 78741          Salary:    Married/00
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**      Runs:  1- 6
Check Date:      **07/30/2012**                    Weeks: 2-12
                                                    Qtr:      1
                                                    Page:    28

AMS 000794

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**FRIEDMAN, LORI A**    #0171
Married/02
AUSTIN, TX 78704    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**   Runs:  1- 6
Check Date:  **07/30/2012**   Weeks:  2-12
Qtr:    1
Page:   29

AMS 000795

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BOWNESS,SONAL**
#0173
Married/00
AUSTIN, TX 78735
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | | |
|---|---|---|
| Client: YA7 | Period Covered: **01/01/2009 - 03/31/2009** | Runs: 1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | Check Date: **07/30/2012** | Weeks: 2-12 |
| **EASY PAY** **Earnings Record** | | Qtr: 1 |
| | | Page: 30 |

AMS 000796

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SCHILLER, JENNIFER A**  #0177
AUSTIN, TX 78703   Single/01
SS#:   Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC
**Earnings Record**
Period Covered:  **01/01/2009 - 03/31/2009**   Runs:  1- 6
Check Date:  **07/30/2012**   Weeks: 2-12
Qtr:  1
Page:  31

AMS 000797

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SANSONI,FRANCOISE**                    #0178
                                    Single/01
AUSTIN, TX 78745
SS#: ▮▮▮▮▮▮        Salary: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC        **Earnings Record**        Period Covered: **01/01/2009 - 03/31/2009**   Runs:  1- 6
Check Date: **07/30/2012**   Weeks: 2-12
                                            Qtr:     1
                                            Page:   32

EASY PAY

AMS 000798

SNEED, WILLIAM                    #0181
AUSTIN, TX  78704      Salary:    Married/02
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**    Runs:  1- 6
Check Date:      **07/30/2012**                 Weeks: 2-12
                                                Qtr:      1
                                                Page:    33

AMS 000799

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MAHNKEN, AMY E.**
#0184
Single/01
AUSTIN, TX  78747
SS#:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**
Check Date:  **07/30/2012**

Runs:   1- 6
Weeks:  2-12
Qtr:       1
Page:    34

AMS 000800

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BROWN, AMANDA S**                           #0187
                                              Single/01
AUSTIN, TX  78759        Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **01/01/2009 - 03/31/2009** | Runs: | 1- 6 |
|---|---|---|---|
| Check Date: | **07/30/2012** | Weeks: | 2-12 |
| | | Qtr: | 1 |
| | | Page: | 35 |

AMS 000801

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**WHEELER,KJERSTI**    #0189
Single/00
Rate:
AUSTIN, TX 78740
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**    Runs: 1- 6
Check Date:  **07/30/2012**    Weeks: 2-12
Qtr:  1
Page:  36

AMS 000802

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

BANKS, JANNA S   #0191   Married/05
AUSTIN, TX 78745   Salary:
SS#:



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**   Runs:   1- 6
Check Date:   **07/30/2012**   Weeks:  2-12
Qtr:   1
Page:   37

AMS 000803

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LARSON,ERIN B**  #0193
AUSTIN, TX 78735  Married-Sep/04
SS#:  Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**  Runs:  1- 6
Check Date:  **07/30/2012**  Weeks:  2-12
Qtr:  1
Page:  38

AMS 000804

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**CLARK,CAROLINE A**
#0195
Married/00
AUSTIN, TX 78733
SS#:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| Client: | YA7 | | | Period Covered: | **01/01/2009 - 03/31/2009** | Runs: | 1- 6 |
|---------|-----|--|--|-----------------|------------------------------|-------|------|
| | AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | | Check Date: | **07/30/2012** | Weeks: | 2-12 |
| | | | | | | Qtr: | 1 |
| | | | | | | Page: | 39 |

AMS 000805

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PIPPINS,NICHOLAS**

#0196
Single/01

AUSTIN, TX  78748
SS#:                      Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**
Check Date:      **07/30/2012**

Runs:   1-  6
Weeks:  2-12
Qtr:         1
Page:      40

AMS 000806

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HOWARD,JACQUELINE**     #0197 Single/01
AUSTIN, TX  78704
SS#: ▮▮▮▮▮    Salary: ▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | REDACTED | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**  Runs:  1-  6
Check Date:  **07/30/2012**  Weeks:  2-12
    Qtr:  1
    Page:  41

AMS 000807

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**COLLINS,MARY ANN**    #0198
AUSTIN, TX 78748    Married/02
SS#:                 Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**    Runs:  1- 6
Check Date:  **07/30/2012**    Weeks: 2-12
Qtr:  1
Page:  42

EASY PAY

AMS 000808

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**JARRELL,KELLY**    #0199
DRIPPINGSPRINGS, TX 78620    Married/04
SS#:    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

AMS 000809

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BREEDING,ERIC D**                    #0200
AUSTIN, TX 78704                Single/02
SS#:                     Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|------------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**    Runs:  1- 6
Check Date:      **07/30/2012**              Weeks: 2-12
                                            Qtr:      1
                                            Page:    44

AMS 000810

MARBLE, LESLIE S                              #0201
                                              Married/00
                    Salary:
AUSTIN, TX 78731
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| Client: YA7 | Earnings Record | Period Covered: 01/01/2009 - 03/31/2009 | Runs: 1- 6 |
|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | | Check Date: 07/30/2012 | Weeks: 2-12 |
| | | | Qtr: 1 |
| | | | Page: 45 |

ADP EASYPAY

AMS 000811

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**DENTON,JOHNNIE**
█████████
AUSTIN, TX  78745
SS#: ████████

#0202
Single/01

Salary: ██████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |


Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009  -  03/31/2009**
Check Date:  **07/30/2012**

Runs:   1-  6
Weeks:  2-12
Qtr:        1
Page:     46

AMS 000812

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HEARNE, KATE**

#0203
Married/04

Salary:

AUSTIN, TX 78746
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Client: YA7 | | Period Covered: **01/01/2009 - 03/31/2009** | Runs: 1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: **07/30/2012** | Weeks: 2-12 |
| | | | Qtr: 1 |
| | | | Page: 47 |

ADP EASYPAY

AMS 000813

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HUNT, LYNN A**                    #0204
                              Single/01
AUSTIN, TX 78745
SS#: ███████        Salary: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **01/01/2009 - 03/31/2009**     Runs:   1- 6
Check Date:       **07/30/2012**                   Weeks:  2-12
                                                   Qtr:       1
                                                   Page:     48

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000814

**MIRANDA,GILBERTO F**                    #0205
AUSTIN, TX  78704                    Single/02
SS#: ▮▮▮▮▮▮        Salary: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**   Runs:  1- 6
Check Date:      **07/30/2012**                 Weeks: 2-12
                                                Qtr:      1
                                                Page:    49



AMS 000815

SNYDER, JOHN

#0206
Married/02

Salary:

AUSTIN, TX 78748
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**
Check Date: **07/30/2012**

Runs: 1- 6
Weeks: 2-12
Qtr: 1
Page: 50

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000816

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# Client Totals

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT TOTALS | | | REDACTED | | | | | | | |

**Due to the sensitive nature of SSNs, we strongly recommend that you either do not display the SSN or mask the first 5 digits on your payroll reports. Since you have elected to display your employees' full SSNs on your reports, you should take all necessary precautions to safeguard these documents and to securely dispose of them.  (You may change your selection to remove full SSNs from your reports at any time.)**

| | | | |
|---|---|---|---|
| **ADP EASY PAY** | Client:  YA7<br>AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Period Covered:  **01/01/2009 - 03/31/2009**  Runs: 1- 6<br>Check Date:      **07/30/2012**  Weeks: 2-12<br> Qtr:  1<br>Page:  51 |

AMS 000817

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GOERTZ, DONALD C.**                                    #0003
█████████████                              Married/00
AUSTIN, TX 78703            Salary:
SS#: ███████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | REDACTED | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



| Client: | YA7 | | Period Covered: | **04/01/2009 - 06/30/2009** | Runs: | 7- 12 |
|---|---|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: | 15-25 |
| | | | | | Qtr: | 2 |
| | | | | | Page: | 1 |

AMS 000818

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, THOMAS W**  #0004
AUSTIN, TX 78745  Married/00
SS#: ████  Salary: ████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**  Runs: 7- 12
Check Date: **07/30/2012**  Weeks: 15-25
Qtr: 2
Page: 2

AMS 000819

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEIL, MARY L.**
AUSTIN, TX 78756
SS#: ▮▮▮▮▮▮

#0013
Married/03
Salary: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs:  7- 12
Check Date:  **07/30/2012**    Weeks: 15-25
Qtr:  2
Page:  3

AMS 000820

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

GOERTZ, DONNA B          #0014
AUSTIN, TX 78703       Married/00
SS#: ████████    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**  Runs: 7- 12
Check Date:  **07/30/2012**  Weeks: 15-25
                                     Qtr:  2
                                     Page:  4

AMS 000821

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**MILLER, AMBER T**                    #0019
                              Married/00
AUSTIN, TX 78735      Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs:  7- 12
Check Date:  **07/30/2012**    Weeks: 15-25
Qtr:  2
Page:  5

AMS 000822

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**OBRIEN, LOIS Y**                                    #0020
                                               Married/00
AUSTIN, TX 78736          Salary: ▮▮▮▮
SS#: ▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs: 7- 12
Check Date:      **07/30/2012**                  Weeks: 15-25
                                                Qtr:      2
                                                Page:     6

AMS 000823

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RUIZ, MARGARITA**
AUSTIN, TX 78732
SS#:

#0022
Married/01
Rate:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:  **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:      2
Page:     7

AMS 000824

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**ROMINE, DONNA**
#0042
Single/03
AUSTIN, TX 78732
SS#: ▮▮▮▮
Salary: ▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**
Check Date: **07/30/2012**
Runs: 7- 12
Weeks: 15-25
Qtr: 2
Page: 8

AMS 000825

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER, JOHN**
#0044
Married/02
Salary:
AUSTIN, TX 78748
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**
Check Date: **07/30/2012**

Runs: 7- 12
Weeks: 15-25
Qtr: 2
Page: 9

AMS 000826

**MAREEN, VERONIQUE M**                                    #0084
AUSTIN, TX 78735                               Single/01
SS#: ████████          Salary: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| | | | |
|---|---|---|---|
| **EASY PAY** | Client: YA7<br>AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Period Covered: **04/01/2009 - 06/30/2009**   Runs: 7- 12<br>Check Date: **07/30/2012**   Weeks: 15-25<br>Qtr: 2<br>Page: 10 |

AMS 000827

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PIPPINS, JERRY W**
AUSTIN, TX 78748
SS#: ▆▆▆▆▆▆

#0109
Married/01
Salary: ▆▆▆▆▆

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009  -  06/30/2009**
Check Date:  **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:  2
Page:  11

AMS 000828

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GLASGOW, DAWN D.**
#0115
Married/03
AUSTIN, TX 78735
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**   Runs:  7- 12
Check Date:  **07/30/2012**   Weeks: 15-25
Qtr:    2
Page:   12

AMS 000829

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEVIRTZ, JESSE**
AUSTIN, TX 78735
SS#:

#0116
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **04/01/2009 - 06/30/2009**
Check Date:       **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:        2
Page:      13

AMS 000830

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**EAGLE, ANGELA**                    #0117
AUSTIN, TX 78745          Married/02
SS#:                Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |


Client:   YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**   Runs:  7- 12
Check Date:      **07/30/2012**               Weeks: 15-25
                                              Qtr:      2
                                              Page:    14

AMS 000831

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RIVAS-RIVAS, ERIK A**
#0118
Single/02
AUSTIN, TX 78749
SS#: ████
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:      **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:         2
Page:       15

AMS 000832

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**FISCHER, BRANDI**                                    #0130
AUSTIN, TX 78752            Salary:              Single/05
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**       Runs:  7- 12
Check Date:      **07/30/2012**                     Weeks: 15-25
                                                    Qtr:       2
                                                    Page:     16

AMS 000833



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, GWENDOLYN**                    #0134
                                       Married/00
AUSTIN, TX 78745          Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7                    Period Covered:  **04/01/2009 - 06/30/2009**   Runs:  7- 12
AUSTIN MONTESSORI SCHOOL INC    Check Date:      **07/30/2012**               Weeks: 15-25
                                                                             Qtr:        2
**Earnings Record**                                                          Page:      17

AMS 000834

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BEASLEY, KIMBERLY D**
AUSTIN, TX 78748
SS#: ████████

#0136
Single/00
Rate: 000/Hr
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**
Check Date: **07/30/2012**

Runs: 7- 12
Weeks: 15-25
Qtr: 2
Page: 18

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000835

**AGUILAR, SOCORRO A**                    #0138
                                    Single/02
AUSTIN, TX 78741          Salary:  █████
SS#: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASY PAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**    Runs: 7- 12
Check Date: **07/30/2012**    Weeks: 15-25
Qtr: 2
Page: 19

AMS 000836

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**WEEKS, AMANDA E**
AUSTIN, TX 78757
SS#:
#0141
Single/01
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **04/01/2009 - 06/30/2009** |
| Check Date: | **07/30/2012** |

Runs:  7- 12
Weeks: 15-25
Qtr:      2
Page:    20

AMS 000837



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

AKEN, JOSEPH
AUSTIN, TX 78704
SS#:
#0146
Single/00
Salary:

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:      **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:        2
Page:      21

AMS 000838

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**LONDON, NATALIE**
AUSTIN, TX 78702
SS#: ▮

#0149
Single/02
Salary: ▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:  **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:       2
Page:     22

AMS 000839

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SCOTT, NANCY J**
AUSTIN, TX 78756
SS#: ▮▮▮▮▮

#0153
Single/99
Salary: ▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | REDACTED | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:  **07/30/2012**

Runs: 7- 12
Weeks: 15-25
Qtr:   2
Page:  23

AMS 000840

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SUGGS, SHARON E**
DALE, TX 78616
SS#:

#0154
Single/02
Rate:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **04/01/2009 - 06/30/2009**
Check Date:   **07/30/2012**

Runs: 7- 12
Weeks: 15-25
Qtr:        2
Page:     24

AMS 000841



**MONDA, VALERIE M**  #0158  Single/01

AUSTIN, TX 78703  Salary: ▮▮▮

SS#: ▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

**EASYPAY**

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**  Runs: 7- 12
Check Date: **07/30/2012**  Weeks: 15-25
Qtr: 2
Page: 25

AMS 000842

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MCGEE, CHERYL**
#0162
Married/01
AUSTIN, TX 78748
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | 04/01/2009 - 06/30/2009 | Runs:  7- 12 |
|---|---|---|
| Check Date: | 07/30/2012 | Weeks: 15-25 |
| | | Qtr:        2 |
| | | Page:      26 |

AMS 000843

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PORTER, LINDSAY**
#0164
Married/02
AUSTIN, TX 78745
Salary: ▮▮▮▮
SS#: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:  **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:        2
Page:      27

AMS 000844

**SOLORIO, MARY Y**
AUSTIN, TX 78741
SS#: ███████

#0170
Married/00
Salary: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:  **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:  2
Page:  28

AMS 000845

**FRIEDMAN, LORI A**
#0171
Married/02
AUSTIN, TX 78704
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**   Runs:  7- 12
Check Date:      **07/30/2012**                 Weeks: 15-25
                                                Qtr:      2
                                                Page:    29

AMS 000846

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BOWNESS,SONAL**                                    #0173
AUSTIN, TX 78735                        Married/00
SS#:                        Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs:  7- 12
Check Date:         **07/30/2012**                      Weeks: 15-25
                                                                      Qtr:        2
                                                                      Page:      30

AMS 000847

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SCHILLER, JENNIFER A**
#0177
Single/01
AUSTIN, TX 78703
SS#: ▮▮▮▮
Salary: ▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs:  7- 12
Check Date:      **07/30/2012**                 Weeks: 15-25
                                                Qtr:      2
                                                Page:    31

AMS 000848

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SANSONI,FRANCOISE**
AUSTIN, TX 78745
SS#: ▓▓▓▓▓

#0178
Single/01
Salary: ▓▓▓▓▓

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**     Runs:  7- 12
Check Date:      **07/30/2012**                   Weeks: 15-25
                                                  Qtr:      2
                                                  Page:    32

AMS 000849

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNEED, WILLIAM**
#0181
Married/02
AUSTIN, TX 78704
SS#: ██████████
Salary: ██████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

**EASYPAY**   Client: YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**   Runs: 7- 12
Check Date: **07/30/2012**   Weeks: 15-25
Qtr: 2
Page: 33

AMS 000850

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MAHNKEN, AMY E.**                    #0184
                                    Single/01
AUSTIN, TX  78747
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**   Runs:  7- 12
Check Date:      **07/30/2012**                Weeks: 15-25
                                               Qtr:      2
                                               Page:    34

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000851



**BROWN, AMANDA S**                    #0187
                                       Single/01
AUSTIN, TX 78759      Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**   Runs:  7- 12
Check Date:     **07/30/2012**                Weeks: 15-25
                                              Qtr:       2
                                              Page:     35

AMS 000852

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**WHEELER,KJERSTI**

AUSTIN, TX 78740
SS#:

T #0189
Single/00

Rate:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs: 7- 12
Check Date:  **07/30/2012**    Weeks: 15-25
Qtr:    2
Page:    36

AMS 000853

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BANKS,JANNA S**    #0191
AUSTIN, TX 78745    Married/05
SS#: ▮▮▮▮▮    Salary: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **04/01/2009 - 06/30/2009** | Runs: 7- 12 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 15-25 |
| | | Qtr: 2 |
| | | Page: 37 |

AMS 000854

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LARSON,ERIN B**                    #0193
                          Married-Sep/04
AUSTIN, TX 78735          Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs:  7- 12
Check Date:      **07/30/2012**                 Weeks: 15-25
                                                Qtr:      2
                                                Page:    38

AMS 000855

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**CLARK,CAROLINE A**
#0195
Married/00
AUSTIN, TX 78733
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

| | | |
|---|---|---|
| Client: YA7 | | Period Covered: **04/01/2009 - 06/30/2009** |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: **07/30/2012** |

Runs: 7- 12
Weeks: 15-25
Qtr: 2
Page: 39

ADP EASYPAY

AMS 000856

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PIPPINS, NICHOLAS**  #0196  Single/01
AUSTIN, TX 78748
SS#: ███████  Salary: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**    Runs: 7- 12
Check Date: **07/30/2012**    Weeks: 15-25
Qtr: 2
Page: 40

EASY PAY

AMS 000857

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| HOWARD,JACQUELINE | | T #0197 |
|---|---|---|
| AUSTIN, TX  78704 | | Single/01 |
| SS#: | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| Client: | YA7 | Period Covered: | 04/01/2009 - 06/30/2009 | Runs: 7- 12 |
|---|---|---|---|---|
| | AUSTIN MONTESSORI SCHOOL INC | Check Date: | 07/30/2012 | Weeks: 15-25 |
| | **Earnings Record** | | | Qtr: 2 |
| | | | | Page: 41 |

EASY PAY

AMS 000858

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**COLLINS,MARY ANN**                                      #0198
AUSTIN, TX  78748                                  Married/02
SS#: ███████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**   Runs: 7- 12
Check Date:      **07/30/2012**                 Weeks: 15-25
                                                 Qtr:      2
                                                 Page:    42

AMS 000859



**JARRELL,KELLY**  #0199
Married/04
DRIPPINGSPRINGS, TX  78620   Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | REDACTED | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000860

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BREEDING, ERIC D**

AUSTIN, TX 78704

SS#: ███████

T #0200
Rate: Single/02
000/Hr

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**
Check Date: **07/30/2012**

Runs: 7- 12
Weeks: 15-25
Qtr: 2
Page: 44

ADP EASYPAY

AMS 000861

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MARBLE, LESLIE S**   #0201
Married/00
AUSTIN, TX 78731   Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **04/01/2009 - 06/30/2009** |
| Check Date: | **07/30/2012** |

Runs: 7- 12
Weeks: 15-25
Qtr: 2
Page: 45

AMS 000862



**DENTON,JOHNNIE**

AUSTIN, TX 78745
SS#: ███████

#0202
Single/01

Salary: ██████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**   Runs: 7- 12
Check Date: **07/30/2012**   Weeks: 15-25
Qtr: 2
Page: 46

AMS 000863

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**HEARNE, KATE**    #0203
Married/04

AUSTIN, TX 78746
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**    Runs: 7- 12
Check Date:    **07/30/2012**    Weeks: 15-25
                                                Qtr:    2
                                                Page:   47

AMS 000864

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HUNT,LYNN A**    #0204
AUSTIN, TX 78745    Single/01
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs:  7- 12
Check Date:  **07/30/2012**    Weeks: 15-25
    Qtr:    2
    Page:    48

AMS 000865

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MIRANDA,GILBERTO F**
#0205
Single/02
AUSTIN, TX 78704
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **04/01/2009 - 06/30/2009** | Runs: 7- 12 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 15-25 |
| | | Qtr: 2 |
| | | Page: 49 |

AMS 000866

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER,JOHN**

#0206
Married/02
Salary:

AUSTIN, TX 78748
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **04/01/2009 - 06/30/2009** |
| Check Date: | **07/30/2012** |

Runs:  7- 12
Weeks: 15-25
Qtr:        2
Page:      50

AMS 000867

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# Client Totals

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT TOTALS | | | REDACTED | | | | | | | |

**Due to the sensitive nature of SSNs, we strongly recommend that you either do not display the SSN or mask the first 5 digits on your payroll reports. Since you have elected to display your employees' full SSNs on your reports, you should take all necessary precautions to safeguard these documents and to securely dispose of them. (You may change your selection to remove full SSNs from your reports at any time.)**



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

AMS 000868

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GOERTZ, DONALD C.**    #0003
AUSTIN, TX 78703    Married/00
SS#: ████    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **07/01/2009  -  09/30/2009** |
| Check Date: | **07/30/2012** |

Runs: 13-  18
Weeks: 28-39
Qtr:    3
Page:    1

AMS 000869

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**LOGAN, THOMAS W**   #0004
AUSTIN, TX  78745   Married/00
SS#: ███   Salary: ███

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009  -  09/30/2009**    Runs: 13- 18
Check Date:      **07/30/2012**                   Weeks: 28-39
Qtr:        3
Page:        2

AMS 000870



**GEIL, MARY L.**
#0013
Married/03
AUSTIN, TX 78756
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|------------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:      **07/30/2012**                  Weeks: 28-39
                                                 Qtr:       3
                                                 Page:      3

AMS 000871

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**GOERTZ, DONNA B**
AUSTIN, TX 78703
SS#: ▮▮▮▮▮▮

#0014
Married/00
Salary: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|--------------|------------------|-----------|----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:        3
Page:       4

AMS 000872

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MILLER, AMBER T**  #0019  Married/00

AUSTIN, TX  78735
SS#:

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:        3
Page:      5

AMS 000873

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**OBRIEN, LOIS Y**    #0020
Married/00
AUSTIN, TX 78736    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:  **07/30/2012**    Weeks: 28-39
Qtr:    3
Page:    6

AMS 000874

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RUIZ, MARGARITA**
AUSTIN, TX 78732
SS#: ▮▮▮▮▮

#0022
Married/01
Rate:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009  -  09/30/2009**
Check Date:  **07/30/2012**

Runs: 13-  18
Weeks: 28-39
Qtr:          3
Page:        7

AMS 000875

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**ROMINE, DONNA**  #0042  Single/03
AUSTIN, TX 78732  Salary: ▇▇▇▇
SS#: ▇▇▇▇▇

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:  **07/30/2012**    Weeks: 28-39
Qtr:    3
Page:    8

AMS 000876

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER, JOHN**
#0044
Married/02
Salary:
AUSTIN, TX 78748
SS#: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **07/01/2009  -  09/30/2009**    Runs: 13- 18
Check Date:          **07/30/2012**                         Weeks: 28-39
Qtr:        3
Page:       9

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000877

**MAREEN, VERONIQUE M**
AUSTIN, TX 78735
SS#: ▮▮▮▮▮▮

#0084
Single/01

Salary: ▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13-  18
Weeks: 28-39
Qtr:         3
Page:       10

AMS 000878

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PIPPINS, JERRY W**
AUSTIN, TX 78748
SS#: ▉▉▉▉▉

#0109
Married/01
Salary: ▉▉▉▉

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:  3
Page:  11

AMS 000879

**GLASGOW, DAWN D.**
AUSTIN, TX 78735
SS#: ███████
#0115
Married/03
Salary: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**
Check Date: **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:  3
Page:  12

AMS 000880

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEVIRTZ, JESSE**
AUSTIN, TX 78735
SS#: ▮▮▮▮▮

#0116
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| Client: | YA7 | Period Covered: | 07/01/2009 - 09/30/2009 | Runs: 13- 18 |
|---------|-----|-----------------|--------------------------|--------------|
| | AUSTIN MONTESSORI SCHOOL INC | Check Date: | 07/30/2012 | Weeks: 28-39 |

**Earnings Record**

Qtr:  3
Page:  13

AMS 000881

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**EAGLE, ANGELA**                    #0117
                                     Married/02
AUSTIN, TX 78745
SS#:                    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **07/01/2009 - 09/30/2009** | Runs: 13- 18 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 28-39 |
| | | Qtr:  3 |
| | | Page:  14 |

AMS 000882

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RIVAS-RIVAS, ERIK A**                    #0118
                                          Single/02
AUSTIN, TX 78749
SS#: ▓▓▓▓          Salary: ▓▓▓▓

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**   Runs: 13- 18
Check Date:      **07/30/2012**                 Weeks: 28-39
                                                Qtr:        3
                                                Page:      15

AMS 000883



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**FISCHER, BRANDI**  #0130  Single/05
LEANDER, TX 78641   Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **07/01/2009 - 09/30/2009** | Runs: 13- 18 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 28-39 |
| | | Qtr: 3 |
| | | Page: 16 |

AMS 000884

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, GWENDOLYN**                     #0134
AUSTIN, TX 78745                 Married/00
SS#:                     Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **07/01/2009 - 09/30/2009** |
| Check Date: | **07/30/2012** |

Runs: 13- 18
Weeks: 28-39
Qtr:        3
Page:      17

AMS 000885

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| BEASLEY, KIMBERLY D | | #0136 |
|---|---|---|
| AUSTIN, TX 78748 | Rate: | Single/00 |
| SS#: | Salary: | 000/Hr |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Client: YA7 | Period Covered: | 07/01/2009 - 09/30/2009 | Runs: 13- 18 |
| AUSTIN MONTESSORI SCHOOL INC | Check Date: | 07/30/2012 | Weeks: 28-39 |
| **Earnings Record** | | | Qtr: 3 |
| | | | Page: 18 |

ADP EASYPAY

AMS 000886

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**AGUILAR, SOCORRO A**
█████████████████
AUSTIN, TX 78741
SS#: ████████

#0138
Single/02
Salary: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | REDACTED | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**
Check Date: **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr: 3
Page: 19

AMS 000887

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**WEEKS, AMANDA E**
#0141
Single/01
AUSTIN, TX 78757
SS#:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:        3
Page:      20

AMS 000888

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**AKEN, JOSEPH**
AUSTIN, TX 78704
SS#: ███████

#0146
Single/00

Salary: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | REDACTED | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| Client: YA7 | | Period Covered: | **07/01/2009 - 09/30/2009** | Runs: 13- 18 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 28-39 |
| | | | | Qtr: 3 |
| | | | | Page: 21 |

EASYPAY

AMS 000889

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LONDON, NATALIE**
#0149
Single/02
AUSTIN, TX 78702
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:         3
Page:      22

AMS 000890

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SCOTT, NANCY J**

AUSTIN, TX 78756

SS#: ▮▮▮▮▮

T #0153
Single/99

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | REDACTED | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | |
|---|---|
| Client: | YA7 |
| | AUSTIN MONTESSORI SCHOOL INC |

**Earnings Record**

| | | | |
|---|---|---|---|
| Period Covered: | **07/01/2009 - 09/30/2009** | Runs: | 13- 18 |
| Check Date: | **07/30/2012** | Weeks: | 28-39 |
| | | Qtr: | 3 |
| | | Page: | 23 |

AMS 000891



SUGGS, SHARON E
DALE, TX 78616
SS#: ████████

#0154
Single/02
Rate: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|------------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:       3
Page:     24

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000892

**MONDA, VALERIE M**                           #0158
                                               Single/01
AUSTIN, TX  78703         Salary: ▮▮▮▮
SS#: ▮▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | REDACTED | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **07/01/2009 - 09/30/2009** | Runs: 13- 18 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 28-39 |
| | | Qtr: 3 |
| | | Page: 25 |

AMS 000893

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **MCGEE, CHERYL** | | | | #0162 Married/01 | | | | | | |
| AUSTIN, TX 78748 SS#: | | | Salary: | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | REDACTED | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **07/01/2009 - 09/30/2009** |
| Check Date: | **07/30/2012** |

Runs: 13- 18
Weeks: 28-39
Qtr:        3
Page:      26

AMS 000894

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PORTER, LINDSAY**
AUSTIN, TX 78745
SS#:

T #0164
Married/02

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | REDACTED | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**
Check Date: **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:        3
Page:      27

AMS 000895

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SOLORIO, MARY Y**
AUSTIN, TX 78741
SS#:

#0170
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:        3
Page:      28

AMS 000896

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**FRIEDMAN, LORI A**
AUSTIN, TX 78704
SS#:

#0171
Married/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | REDACTED | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | |
|---|---|
| Client: YA7 | Period Covered: **07/01/2009 - 09/30/2009** |
| AUSTIN MONTESSORI SCHOOL INC | Check Date: **07/30/2012** |
| **Earnings Record** | Runs: 13- 18 / Weeks: 28-39 / Qtr: 3 / Page: 29 |

AMS 000897

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**BOWNESS,SONAL**
AUSTIN, TX 78735
SS#: ▮▮▮▮▮
#0173
Married/00
Salary: ▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **07/01/2009 - 09/30/2009** |
| Check Date: | **07/30/2012** |

Runs: 13- 18
Weeks: 28-39
Qtr:        3
Page:      30

AMS 000898

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SCHILLER, JENNIFER A**
AUSTIN, TX 78703
SS#:

T #0177
Single/01

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | REDACTED | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:        **07/30/2012**                Weeks: 28-39
                                                  Qtr:        3
                                                  Page:      31

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000899

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

SANSONI,FRANCOISE
T #0178
Single/01
AUSTIN, TX 78745
SS#:

REDACTED

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **07/01/2009 - 09/30/2009**   Runs: 13- 18
Check Date:        **07/30/2012**                Weeks: 28-39
                                                 Qtr:        3
                                                 Page:      32

AMS 000900

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNEED, WILLIAM**
#0181
Married/02

AUSTIN, TX 78704
Salary: ▮▮▮▮▮▮
SS#: ▮▮▮▮▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:        3
Page:      33

AMS 000901

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MAHNKEN, AMY E.**

#0184
Single/01

Salary:

AUSTIN, TX 78747
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | REDACTED | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

| | | |
|---|---|---|
| **EASY PAY** | Client: YA7 | Period Covered: **07/01/2009 - 09/30/2009**  Runs: 13- 18 |
| | AUSTIN MONTESSORI SCHOOL INC | Check Date: **07/30/2012**  Weeks: 28-39 |
| | **Earnings Record** | Qtr: 3  Page: 34 |

AMS 000902

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**BROWN, AMANDA S**  #0187  Single/01
AUSTIN, TX 78728
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:      3
Page:    35

AMS 000903

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BANKS,JANNA S**
#0191
Married/05
AUSTIN, TX  78745
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **07/01/2009  -  09/30/2009** | Runs: 13- 18 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 28-39 |
| | | Qtr: 3 |
| | | Page: 36 |

AMS 000904

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LARSON,ERIN B**                    #0193
AUSTIN, TX 78735       Married-Sep/04
SS#:                   Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **07/01/2009 - 09/30/2009** | Runs: 13- 18 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 28-39 |
| | | Qtr:  3 |
| | | Page:  37 |

AMS 000905

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**CLARK,CAROLINE A**

AUSTIN, TX 78733
SS#:

#0195
Married/00

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |


Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **07/01/2009 - 09/30/2009**
Check Date:   **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:          3
Page:       38

AMS 000906

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PIPPINS,NICHOLAS**
AUSTIN, TX 78748
SS#:

T #0196
Single/01

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|-----------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **07/01/2009 - 09/30/2009** | Runs: 13- 18 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 28-39 |
| | | Qtr:        3 |
| | | Page:      39 |

AMS 000907

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**COLLINS,MARY ANN**    #0198
AUSTIN, TX 78748    Married/02
SS#:    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | REDACTED | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:  **07/30/2012**    Weeks: 28-39
Qtr:    3
Page:    40

AMS 000908

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**JARRELL,KELLY**    #0199
Married/04
DRIPPINGSPRINGS, TX 78620    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:  **07/30/2012**    Weeks: 28-39
Qtr:  3
Page:  41

AMS 000909

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MARBLE,LESLIE S** #0201
Married/00
AUSTIN, TX 78731　　Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **07/01/2009 - 09/30/2009** |
| Check Date: | **07/30/2012** |

Runs: 13- 18
Weeks: 28-39
Qtr:　　3
Page:　 42

AMS 000910

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**DENTON,JOHNNIE**

AUSTIN, TX 78745
SS#: ▮▮▮▮▮▮▮

Salary: ▮▮▮▮▮▮

#0202
Single/01

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED

**EASY PAY**

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13-  18
Weeks: 28-39
Qtr:  3
Page:  43

AMS 000911



**HEARNE, KATE**                                          #0203
                                                   Married/04
                              Salary:
AUSTIN, TX 78746
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | REDACTED | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)


Client:  YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:      **07/30/2012**                 Weeks: 28-39
                                                Qtr:        3
                                                Page:      44

AMS 000912

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**HUNT, LYNN A**                      #0204
                                  Single/01
AUSTIN, TX  78745      Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | REDACTED | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **07/01/2009 - 09/30/2009** | Runs: 13- 18 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 28-39 |
| | | Qtr: 3 |
| | | Page: 45 |

AMS 000913

**MIRANDA,GILBERTO F**                    T #0205
AUSTIN, TX  78703                         Single/02
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | REDACTED | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009  -  09/30/2009**    Runs: 13-  18
Check Date:      **07/30/2012**                   Weeks: 28-39
                                                  Qtr:    3
                                                  Page:   46

ADP EASYPAY

AMS 000914

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER,JOHN**
T #0206
Married/02
AUSTIN, TX 78748
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | REDACTED | | | | | | |
| **Employee Totals** | | | | | | | | | | |

AMS 000915

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BRECKWOLDT,MARGARET**

#0207
Married/08

AUSTIN, TX 78745
SS#:

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | REDACTED | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

**EASY PAY**

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **07/01/2009 - 09/30/2009**
Check Date:        **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:          3
Page:       48

AMS 000916

**JOHNSON, JUDY**
AUSTIN, TX 78704
SS#:

#0208
Single/01
Rate:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | REDACTED | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:  3
Page:  49

AMS 000917

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MATKIN,MELANIE**  #0209  
AUSTIN, TX 78736  Single/02  
SS#: ███████  Salary: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | REDACTED | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

Client:  YA7  
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**  Runs: 13- 18  
Check Date:  **07/30/2012**  Weeks: 28-39  
Qtr:  3  
Page:  50



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000918

**KAISER,REBECCA**

AUSTIN, TX  78751
SS#:

#0210
Single/02

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | REDACTED | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **07/01/2009 - 09/30/2009**
Check Date:          **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:            3
Page:        51

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000919



**HALEY,MEGAN**
#0211
Single/02
AUSTIN, TX 78753
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | REDACTED | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:      **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:      3
Page:    52

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000920



**OSBORNE, CALLIE J**     #0212
Single/01

Salary: ▮▮▮▮▮

AUSTIN, TX  78704
SS#: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | REDACTED | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **07/01/2009 - 09/30/2009** | Runs: 13- 18 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 28-39 |
| | | Qtr: 3 |
| | | Page: 53 |

AMS 000921

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**DAVISON, RACHEL**

#0213
Single/02

Salary: ▓▓▓▓

AUSTIN, TX 78741
SS#: ▓▓▓▓▓▓▓

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | REDACTED | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:      **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:        3
Page:      54

AMS 000922

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**SWOPE,KATHRYN J**
#0214
Single/01
AUSTIN, TX 78745
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | REDACTED | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:  **07/30/2012**    Weeks: 28-39
Qtr:  3
Page:  55

AMS 000923

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**DEAN, ERIN M**                          #0215
AUSTIN, TX 78702          Single/02
SS#: ▓▓▓▓          Salary: ▓▓▓▓

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009  -  09/30/2009**    Runs: 13- 18
Check Date:        **07/30/2012**                        Weeks: 28-39
                                                          Qtr:        3
                                                          Page:    56

AMS 000924

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# Client Totals

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT TOTALS | | | | | REDACTED | | | | | |

**Due to the sensitive nature of SSNs, we strongly recommend that you either do not display the SSN or mask the first 5 digits on your payroll reports. Since you have elected to display your employees' full SSNs on your reports, you should take all necessary precautions to safeguard these documents and to securely dispose of them.  (You may change your selection to remove full SSNs from your reports at any time.)**

| | | |
|---|---|---|
| **EASY PAY** ADP | Client:   YA7<br>AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** |

| | | |
|---|---|---|
| Period Covered: | **07/01/2009 - 09/30/2009** | Runs: 13-  18 |
| Check Date: | **07/30/2012** | Weeks: 28-39 |
| | | Qtr:          3 |
| | | Page:        57 |

AMS 000925

**GOERTZ, DONALD C.**    #0003
AUSTIN, TX 78703    Married/00
SS#:    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | REDACTED | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000926

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, THOMAS W**  #0004
AUSTIN, TX 78745  Married/00
SS#:  Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **10/01/2009 - 12/31/2009**   Runs: 19- 24
Check Date:   **07/30/2012**   Weeks: 41-50
Qtr:   4
Page:   2

AMS 000927

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**GEIL, MARY L.**
█████████                      #0013
AUSTIN, TX 78756        Married/03
SS#: █████████    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **10/01/2009 - 12/31/2009** |
| Check Date: | **07/30/2012** |

Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 3

AMS 000928

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GOERTZ, DONNA B**
█████████ #0014
AUSTIN, TX 78703 Married/00
SS#: ████████ Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **10/01/2009 - 12/31/2009** | Runs: 19- 24 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 41-50 |
| | | Qtr: 4 |
| | | Page: 4 |

AMS 000929

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**MILLER, AMBER T**    #0019
Married/00
Salary:
AUSTIN, TX 78735
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

| | |
|---|---|
| Client: YA7 | |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** |

| | |
|---|---|
| Period Covered: | **10/01/2009 - 12/31/2009** |
| Check Date: | **07/30/2012** |

Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 5

AMS 000930

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

**OBRIEN, LOIS Y**  #0020  Married/00
AUSTIN, TX 78736   Salary:
SS#:



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009  -  12/31/2009**   Runs: 19- 24
Check Date:  **07/30/2012**   Weeks: 41-50
Qtr:  4
Page:  6

AMS 000931

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RUIZ, MARGARITA**
AUSTIN, TX 78732
SS#: ▓▓▓▓▓

#0022
Married/01
Rate:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:      4
Page:     7

AMS 000932

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**ROMINE, DONNA**
AUSTIN, TX 78732
SS#: 

#0042
Single/03

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:  4
Page:  8

AMS 000933

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER, JOHN** #0044
Married/02
AUSTIN, TX 78748     Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**     Runs: 19- 24
Check Date: **07/30/2012**     Weeks: 41-50
Qtr:  4
Page:  9

AMS 000934

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MAREEN, VERONIQUE M**    #0084
Single/01
AUSTIN, TX 78735
SS#:  ████████    Salary: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**    Runs: 19- 24
Check Date:      **07/30/2012**                  Weeks: 41-50
Qtr:      4
Page:    10

AMS 000935

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**PIPPINS, JERRY W**
AUSTIN, TX 78748
SS#: ▮▮▮▮▮▮

#0109
Married/01
Salary: ▮▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | REDACTED | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009  -  12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:      4
Page:    11

AMS 000936

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GLASGOW, DAWN D.**
AUSTIN, TX 78735
SS#: ▓▓▓▓▓▓

#0115
Married/03
Salary: ▓▓▓▓

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | REDACTED | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:      **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:        4
Page:      12

AMS 000937

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEVIRTZ, JESSE**
AUSTIN, TX 78735
SS#: ▉▉▉▉▉▉

#0116
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009  -  12/31/2009**
Check Date:  **07/30/2012**

Runs: 19-  24
Weeks: 41-50
Qtr:      4
Page:    13

AMS 000938

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**EAGLE, ANGELA**
#0117
Married/02
AUSTIN, TX 78745
SS#:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **10/01/2009  -  12/31/2009**     Runs: 19- 24
Check Date:          **07/30/2012**                            Weeks: 41-50
Qtr:        4
Page:      14

AMS 000939

**RIVAS-RIVAS, ERIK A**
#0118
Single/02
AUSTIN, TX 78749
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:  4
Page:  15

EASY PAY

AMS 000940

FISCHER, BRANDI  #0130
Single/05
LEANDER, TX 78641
SS#: ████████  Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED


Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**    Runs: 19- 24
Check Date: **07/30/2012**    Weeks: 41-50
Qtr: 4
Page: 16

AMS 000941



**LOGAN, GWENDOLYN**                 #0134
                                     Married/00
AUSTIN, TX 78745       Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **10/01/2009  -  12/31/2009**      Runs: 19-  24
Check Date:       **07/30/2012**                      Weeks: 41-50
                                                      Qtr:        4
                                                      Page:      17

AMS 000942

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**BEASLEY, KIMBERLY D**  #0136
AUSTIN, TX 78748  Single/00
SS#: ▊▊▊▊▊  Rate:  000/Hr
  Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |


Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**  Runs: 19- 24
Check Date:  **07/30/2012**  Weeks: 41-50
  Qtr:  4
  Page:  18

AMS 000943

**AGUILAR, SOCORRO A**

#0138
Single/02

AUSTIN, TX 78741
SS#:

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| | | | |
|---|---|---|---|
| **EASY PAY** | Client: YA7<br>AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Period Covered: **10/01/2009 - 12/31/2009**  Runs: 19- 24<br>Check Date: **07/30/2012**  Weeks: 41-50<br>Qtr: 4<br>Page: 19 |

AMS 000944

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**WEEKS, AMANDA E**
#0141
Single/01
AUSTIN, TX 78757
SS#:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | REDACTED | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

| Client: | YA7 | | Period Covered: | **10/01/2009 - 12/31/2009** | Runs: 19- 24 |
|---|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 41-50 |
| | | | | | Qtr: 4 |
| | | | | | Page: 20 |

AMS 000945

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**AKEN, JOSEPH**
#0146
Single/00
AUSTIN, TX 78704
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | REDACTED | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

| Client: | YA7 | | Period Covered: | **10/01/2009 - 12/31/2009** | Runs: 19- 24 |
|---------|-----|--|-----------------|------------------------------|--------------|
| AUSTIN MONTESSORI SCHOOL INC | | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 41-50 |
| | | | | | Qtr: 4 |
| | | | | | Page: 21 |

ADP EASYPAY

AMS 000946

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LONDON, NATALIE**
AUSTIN, TX 78702
SS#: ▓▓▓▓▓▓▓

#0149
Single/02
Rate:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | REDACTED | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

ADP EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **10/01/2009 - 12/31/2009** | Runs: 19- 24 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 41-50 |
| | | Qtr: 4 |
| | | Page: 22 |

AMS 000947

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MONDA, VALERIE M**                    #0158
                                    Single/01
AUSTIN, TX 78703
SS#: ▓▓▓▓▓          Rate:
                   Salary: ▓▓▓▓▓

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | REDACTED | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7                           Period Covered: **10/01/2009 - 12/31/2009**   Runs: 19- 24
AUSTIN MONTESSORI SCHOOL INC           Check Date:     **07/30/2012**               Weeks: 41-50
                   **Earnings Record**                                             Qtr:    4
                                                                                   Page:   23

AMS 000948



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**MCGEE, CHERYL**  #0162
AUSTIN, TX 78748  Married/01
SS#: ▮▮▮▮  Salary: ▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**    Runs: 19- 24
Check Date:  **07/30/2012**    Weeks: 41-50
Qtr:  4
Page:  24

AMS 000949

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SOLORIO, MARY Y**
AUSTIN, TX 78741
SS#: ▮▮▮▮▮▮

#0170
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:         4
Page:      25

AMS 000950

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**FRIEDMAN, LORI A**    #0171
AUSTIN, TX 78704    Married/02
SS#:    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:  4
Page:  26

AMS 000951



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**BOWNESS,SONAL**  #0173
Married/00
AUSTIN, TX 78735
SS#:    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009  -  12/31/2009**   Runs: 19- 24
Check Date:      **07/30/2012**                  Weeks: 41-50
                                                 Qtr:    4
                                                 Page:  27

AMS 000952



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNEED, WILLIAM**
AUSTIN, TX 78704
SS#: ▉▉▉▉▉▉

#0181
Married/02
Salary: ▉▉▉▉▉▉

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

---

| Client: | YA7 | | Period Covered: | **10/01/2009 - 12/31/2009** | Runs: 19- 24 |
|---------|-----|--|-----------------|------------------------------|--------------|
| AUSTIN MONTESSORI SCHOOL INC | | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 41-50 |
| | | | | | Qtr: 4 |
| | | | | | Page: 28 |

AMS 000953

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MAHNKEN, AMY E.**    #0184
Single/01
AUSTIN, TX 78747    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | REDACTED | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:        4
Page:      29

AMS 000954

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BROWN, AMANDA S**
AUSTIN, TX 78728
SS#:

#0187
Single/01
Rate:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:  4
Page:  30

AMS 000955

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**BANKS, JANNA S**     #0191
Married/05
AUSTIN, TX 78745    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 31

AMS 000956



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| Client: | YA7 | Period Covered: | **10/01/2009** - **12/31/2009** | Runs: 19- 24 |
| AUSTIN MONTESSORI SCHOOL INC | | Check Date: | **07/30/2012** | Weeks: 41-50 |
| | **Earnings Record** | | | Qtr: 4 |
| | | | | Page: 32 |

AMS 000957

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

CLARK, CAROLINE A    #0195    Married/00

AUSTIN, TX 78733    Salary:

SS#:

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:  4
Page:  33

AMS 000958

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

COLLINS,MARY ANN  #0198  Married/02
AUSTIN, TX 78748
SS#:
Salary:

REDACTED

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **10/01/2009  -  12/31/2009**    Runs: 19-  24
Check Date:        **07/30/2012**                  Weeks: 41-50
                                                   Qtr:        4
                                                   Page:      34

AMS 000959

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**JARRELL,KELLY**                    #0199
                                Married/04
DRIPPINGSPRINGS, TX  78620   Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**   Runs: 19- 24
Check Date:         **07/30/2012**                      Weeks: 41-50
                                                                      Qtr:          4
                                                                      Page:       35

AMS 000960

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**MARBLE, LESLIE S**                    #0201
                                    Married/00
Salary:
AUSTIN, TX 78731
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| | | |
|---|---|---|
| Client: YA7 | | Period Covered: **10/01/2009 - 12/31/2009** |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: **07/30/2012** |

Runs: 19- 24
Weeks: 41-50
Qtr:        4
Page:     36

AMS 000961

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**DENTON,JOHNNIE**

AUSTIN, TX  78745
SS#:

#0202
Single/01

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **10/01/2009  -  12/31/2009** |
| Check Date: | **07/30/2012** |

Runs: 19- 24
Weeks: 41-50
Qtr:  4
Page:  37

AMS 000962

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HEARNE, KATE**
#0203
Married/04
AUSTIN, TX 78746    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | REDACTED | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **10/01/2009 - 12/31/2009** |
| Check Date: | **07/30/2012** |

Runs: 19- 24
Weeks: 41-50
Qtr:         4
Page:       38

AMS 000963

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HUNT, LYNN A**  #0204  Single/01
AUSTIN, TX 78745  Salary: ▮▮▮▮
SS#: ▮▮▮▮ ▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| | | |
|---|---|---|
| Client: YA7 | Period Covered: **10/01/2009 - 12/31/2009** | Runs: 19- 24 |
| AUSTIN MONTESSORI SCHOOL INC | Check Date: **07/30/2012** | Weeks: 41-50 |
| **Earnings Record** | | Qtr: 4 |
| | | Page: 39 |

EASY PAY

AMS 000964

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

MIRANDA,GILBERTO F
#0205 Single/02
AUSTIN, TX 78703
SS#:
Rate:

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009  -  12/31/2009**   Runs: 19- 24
Check Date:      **07/30/2012**                  Weeks: 41-50
                                                 Qtr:      4
                                                 Page:    40

AMS 000965

**BRECKWOLDT,MARGARET**
#0207
Married/08

AUSTIN, TX  78745
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 41

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000966

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**JOHNSON, JUDY**
AUSTIN, TX 78704
SS#: ▮▮▮▮

#0208
Single/01
Rate: ▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **10/01/2009 - 12/31/2009** | Runs: 19- 24 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 41-50 |
| | | Qtr: 4 |
| | | Page: 42 |

AMS 000967

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MATKIN,MELANIE**
#0209
Single/02
AUSTIN, TX 78736
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED

 Client:  YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**      Runs: 19- 24
Check Date:        **07/30/2012**                            Weeks: 41-50
                                                                          Qtr:        4
                                                                          Page:    43

AMS 000968

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**KAISER,REGECCA**

AUSTIN, TX  78751
SS#:

#0210
Single/02

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**   Runs: 19- 24
Check Date: **07/30/2012**   Weeks: 41-50
Qtr: 4
Page: 44

AMS 000969

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HALEY,MEGAN**
AUSTIN, TX 78753
SS#:

#0211
Single/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|--------------|-------------------|-----------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:        4
Page:       45

AMS 000970

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**OSBORNE,CALLIE J**

#0212
Single/01

AUSTIN, TX  78704
SS#:

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | REDACTED | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009  -  12/31/2009**
Check Date:       **07/30/2012**

Runs: 19-  24
Weeks: 41-50
Qtr:            4
Page:         46

AMS 000971

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**DAVISON, RACHEL**

AUSTIN, TX 78741
SS#:

#0213
Single/02

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



| Client: YA7 | | Period Covered: | **10/01/2009 - 12/31/2009** | Runs: 19- 24 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 41-50 |
| | | | | Qtr: 4 |
| | | | | Page: 47 |

AMS 000972

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SWOPE,KATHRYN J**
#0214
AUSTIN, TX 78745    Single/01
SS#: ███████    Salary: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **10/01/2009 - 12/31/2009** | Runs: 19- 24 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 41-50 |
| | | Qtr: 4 |
| | | Page: 48 |

AMS 000973

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**DEAN, ERIN M**  #0215  Single/02
AUSTIN, TX 78702  Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**    Runs: 19- 24
Check Date:  **07/30/2012**    Weeks: 41-50
Qtr:  4
Page:  49

AMS 000974

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# Client Totals

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT TOTALS | | | | | | REDACTED | | | | |

**Due to the sensitive nature of SSNs, we strongly recommend that you either do not display the SSN or mask the first 5 digits on your payroll reports. Since you have elected to display your employees' full SSNs on your reports, you should take all necessary precautions to safeguard these documents and to securely dispose of them. (You may change your selection to remove full SSNs from your reports at any time.)**



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **10/01/2009 - 12/31/2009** |
| Check Date: | **07/30/2012** |

Runs: 19- 24
Weeks: 41-50
Qtr:          4
Page:       50

AMS 000975

**GOERTZ, DONALD C.**
#0003
Married/00
AUSTIN, TX 78703
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

**EASY PAY**　Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2010 - 03/31/2010**　Runs: 1- 6
Check Date: **07/30/2012**　Weeks: 2-13
Qtr: 1
Page: 1

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000976

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**LOGAN, THOMAS W** #0004
AUSTIN, TX 78745 Married/00
SS#: Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | REDACTED | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2010 - 03/31/2010**  Runs: 1- 6
Check Date: **07/30/2012**  Weeks: 2-13
Qtr: 1
Page: 2

AMS 000977

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**GEIL, MARY L.**                    #0013
                              Married/03
AUSTIN, TX  78756    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | REDACTED | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **01/01/2010 - 03/31/2010** | Runs: 1- 6 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 2-13 |
| | | Qtr: 1 |
| | | Page: 3 |

AMS 000978

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GOERTZ, DONNA B**
AUSTIN, TX 78703
SS#: ▮▮▮▮▮▮

#0014
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | REDACTED | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Client: YA7 | | Period Covered: **01/01/2010 - 03/31/2010** | Runs: 1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: **07/30/2012** | Weeks: 2-13 |
| | | | Qtr: 1 |
| | | | Page: 4 |

ADP EASY PAY

AMS 000979

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MILLER, AMBER T**

#0019
Married/00

Salary:

AUSTIN, TX 78735
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED

 **EASY PAY**

Client:    YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**
Check Date:      **07/30/2012**

Runs:  1- 6
Weeks: 2-13
Qtr:      1
Page:     5

AMS 000980

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**OBRIEN, LOIS Y**  #0020
Married/00
AUSTIN, TX 78736    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | REDACTED | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

| | |
|---|---|
| Client: **YA7** | |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** |

| | |
|---|---|
| Period Covered: | **01/01/2010 - 03/31/2010** |
| Check Date: | **07/30/2012** |

Runs: 1- 6
Weeks: 2-13
Qtr: 1
Page: 6

AMS 000981

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**RUIZ, MARGARITA**
AUSTIN, TX 78732
SS#: ▓▓▓▓▓

#0022
Married/01
Rate:
Salary: ▓▓▓▓▓

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **01/01/2010 - 03/31/2010** | Runs: 1- 6 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 2-13 |
| | | Qtr: 1 |
| | | Page: 7 |

AMS 000982

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**ROMINE, DONNA**
AUSTIN, TX 78732
SS#: ▮▮▮▮▮
#0042
Single/03
Salary: ▮▮▮▮▮



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | REDACTED | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**
Check Date:  **07/30/2012**

Runs:  1 - 6
Weeks:  2 - 13
Qtr:  1
Page:  8

AMS 000983

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER, JOHN**
███████████
AUSTIN, TX  78748
SS#: ███████

#0044
Married/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | REDACTED | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2010 - 03/31/2010**
Check Date: **07/30/2012**

Runs:  1 - 6
Weeks:  2 - 13
Qtr:  1
Page:  9