**EXHIBIT B**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

### Affidavit of Lucinda Castillo

Before me, the undersigned notary, on this day personally appeared Lucinda Castillo, a person whose identity is known to me. After I administered an oath to her, upon her oath, she said:

1. "My name is Lucinda Castillo. I am capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.
2. I drive a shuttle bus as an independent contractor for Austin Montessori School ("AMS"). I began driving the bus for AMS in February of 2010. I control the details of how I drive the bus. I consider and always have considered myself to be an independent contractor. I do not consider nor have I ever considered myself to be employed by AMS.
3. I have no contract for the shuttle bus driver position, and I never talked to AMS about how long I was going to work there. If I were to decide that I no longer wanted to work for AMS, I would not have to pay any kind of penalty.
4. All of the income I have earned by virtue of driving the bus for AMS has been reported to the Internal Revenue Service through a 1099 form. AMS has never paid me any benefits.
5. In the past, I have had other jobs during the time I have worked as an independent contractor for AMS. I can drive a bus for other school districts if I so choose."

*Lucinda Castillo*
Lucinda Castillo

Sworn to and subscribed before my by Lucinda Castillo on this 9 day of August, 2012.



*Lois O'Brien*
Notary Public in and for the State of Texas

Page 1 of 1