# EXHIBIT C

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

### Affidavit of Calvin Carter

Before me, the undersigned notary, on this day personally appeared Calvin Carter, a person whose identity is known to me. After I administered an oath to him, upon his oath, he said:

1. "My name is Calvin Carter. I am capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.
2. From 1989 to mid-2010, I worked as a caretaker at Austin Montessori School ("AMS"). AMS did not train me how to clean its buildings. If something did not look clean, I would go ahead and clean it. I did not have any set hours that I had to work at the school, as long as the building was clean before the next school day. AMS paid me by the job, not by the hour. I did not report to a supervisor at AMS and no AMS employee supervised my work. While AMS provided me with cleaning supplies and preferred that I use those supplies to do my job, I sometimes used my own supplies because I found them to be more effective. AMS did not require me to use their supplies. As long as the supplies I used were not harmful to children, AMS did not have a problem with me using my own supplies.
3. I considered myself to be an independent contractor. I never considered myself to be employed by AMS.
4. All of the income I have earned by virtue of being a caretaker for AMS has been reported to the Internal Revenue Service through a 1099 form. AMS has never paid me any benefits.
5. During some of the time that I worked as an independent contractor for AMS, I had my regular full-time job at the University of Texas. I also used to do lawn service work.
6. I could have taken and sometimes did take other jobs during the time I worked as an independent contractor for AMS."

*Calvin B Carter*
Calvin Carter

Page 1 of 2

Sworn to and subscribed before my by Calvin Carter on this __9__ day of August, 2012.

_Lois O'Brien_
Notary Public in and for the State of Texas