IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CAROLINE CLARK | |
| PLAINTIFF | |
| V. | C.A. NO. A-12-CV-007-SS |
| AUSTIN MONTESSORI SCHOOL, INC. | |
| DEFENDANT | |

**ORDER DENYING
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

On this day, came on to be heard plaintiff Caroline Clark's motion for partial summary judgment, and, after considering the motion, the response, and the evidence on file, the Court is of the opinion that the motion should be denied. It is therefore,

ORDERED, ADJUDGED and DECREED that plaintiff Caroline Clark's motion for partial summary judgment is denied.

SIGNED this the _____ day of _____, 2012.

_____
U.S. DISTRICT JUDGE, SAM SPARKS

APPROVED AS TO FORM AND SUBSTANCE:

__/s/   *Bryan P. Marshall*__
Stephanie O'Rourke
Texas State Bar No. 15310800
sorourke@cbylaw.com
Bryan P. Marshall
Texas State Bar No. 24034552
bmarshall@cbylaw.com
Cokinos, Bosien & Young
10999 West IH-10, Suite 800
San Antonio, Texas  78230
T (210) 293-8700
F (210) 293-8733

ATTORNEYS FOR DEFENDANT