IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CAROLINE CLARK

    PLAINTIFF

V.                                          C.A. NO. A-12-CV-007-SS

AUSTIN MONTESSORI SCHOOL, INC.

    DEFENDANT

## DEFENDANT'S MOTION FOR LEAVE TO FILE THE AMENDED AFFIDAVIT OF DAWN GLASGOW AS AN EXHIBIT TO ITS JULY 31 MOTION FOR PARTIAL SUMMARY JUDGMENT

TO THE HONORABLE SAM SPARKS:

1.    Defendant, Austin Montessori School, Inc. ("AMS"), files this motion for leave to file the amended affidavit of Dawn Glasgow as an exhibit to its July 31 motion for partial summary judgment.

2.    On July 31, 2012, AMS filed its motion for partial summary judgment.[1] Exhibit B to that motion is the Affidavit of Dawn Glasgow. Her affidavit has two exhibits: Exhibit A, which are AMS's payroll reports from 2009 and 2010, and Exhibit B, which is a summary of the payroll reports. Exhibit A consists of 435 documents that contain the names of AMS's employees, as well as the dates on which those employees were paid by AMS.

3.    In an effort to assist the Court with managing the amount of information contained in Exhibit A and pursuant to Federal Rule of Evidence 1006, AMS summarized Exhibit A in Exhibit B. However, in preparing its response to

---

[1] *See* Docket No. 28.

1

Plaintiff's own motion for partial summary judgment,[2] AMS realized a few minor inaccuracies in Exhibit B. Although the inaccuracies are insignificant and do not alter AMS's contention that it had fewer than 50 employees during each workweek in 2009 and 2010, AMS wants to file the amended affidavit of Dawn Glasgow to ensure the Court has an accurate summary of AMS's payroll reports.

4.     Ms. Glasgow has amended her affidavit to note the corrections that were made to the summaries. AMS has attached her amended affidavit as an exhibit to its response to Plaintiff's motion for partial summary judgment.[3] With this motion, AMS respectfully asks the Court for leave to file the amended affidavit of Dawn Glasgow as an exhibit to its July 31 motion for partial summary judgment.

5.     Granting this motion cannot prejudice the plaintiff because Exhibit A, i.e. the "source document," remains unchanged.

6.     WHEREFORE, PREMISES CONSIDERED, AMS respectfully asks the Court to grant its motion for leave and for such other and further relief which AMS may show itself justly entitled.

---

[2] *See* Docket No. 29.

[3] *See* Docket No. 36.

Respectfully submitted,

_/s/   Bryan P. Marshall_

Stephanie O'Rourke
Texas State Bar No. 15310800
sorourke@cbylaw.com
Bryan P. Marshall
Texas State Bar No. 24034552
bmarshall@cbylaw.com
COKINOS, BOSIEN & YOUNG
10999 West IH-10, Suite 800
San Antonio, Texas  78230
T (210) 293-8700
F (210) 293-8733

ATTORNEYS FOR DEFENDANT

## Certificate of Service

I hereby certify that on August 10, 2012, the foregoing document was filed with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case files system of the court.  I hereby certify that I have served the following counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Russell Scott Cook
Melissa A. Jacobs
The Cook Law Firm
919 Congress Avenue, Suite 1145
Austin, Texas 78701
ATTORNEYS FOR PLAINTIFF

_/s/   Bryan P. Marshall_
Bryan P. Marshall

3