IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CAROLINE CLARK

PLAINTIFF

V.                                           C.A. NO. A-12-CV-007-SS

AUSTIN MONTESSORI SCHOOL, INC.

DEFENDANT

## ORDER GRANTING
### DEFENDANT'S MOTION FOR LEAVE TO FILE THE AMENDED AFFIDAVIT OF DAWN GLASGOW AS AN EXHIBIT TO ITS JULY 31 MOTION FOR PARTIAL SUMMARY JUDGMENT

After considering Defendant's Motion For Leave To File the Amended Affidavit Of Dawn Glasgow As An Exhibit To Its July 31 Motion For Partial Summary Judgment, the Court finds that the motion should be GRANTED. Therefore, defendant Austin Montessori School, Inc. is granted leave to file the Amended Affidavit of Dawn Glasgow as an exhibit to its July 31 motion for partial summary judgment.

SIGNED this the _____ day of August, 2012.

_____
U.S. DISTRICT JUDGE, SAM SPARKS

APPROVED AS TO FORM AND SUBSTANCE:

    /s/   Bryan P. Marshall
Stephanie O'Rourke
Texas State Bar No. 15310800
sorourke@cbylaw.com
Bryan P. Marshall
Texas State Bar No. 24034552
bmarshall@cbylaw.com
Cokinos, Bosien & Young
10999 West IH-10, Suite 800
San Antonio, Texas  78230
T (210) 293-8700
F (210) 293-8733

ATTORNEYS FOR DEFENDANT