# Exhibit E

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000784

**AGUILAR, SOCORRO A**                              #0138
                                                   Single/02
                                        Salary: ▨
AUSTIN, TX 78741
SS#: ▨

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered: 01/01/2009 - 03/31/2009    Runs: 1- 6
Check Date:     07/30/2012                 Weeks: 2-12
                                           Qtr:     1
                                           Page:    19

AMS 000835

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**AGUILAR, SOCORRO A**                     #0138
                                          Single/02
                              Salary:
AUSTIN, TX 78741
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2009 - 06/30/2009    Runs: 7- 12
Check Date:      07/30/2012                 Weeks: 15-25
                                            Qtr:        2
                                            Page:      19

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000886

**AGUILAR, SOCORRO A**  #0138  Single/02

AUSTIN, TX 78741  Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY  Client: YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**  Runs: 13- 18
Check Date: **07/30/2012**  Weeks: 28-39
Qtr: 3
Page: 19

AMS 000943

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**AGUILAR, SOCORRO A**    #0138
Single/02
Salary:

AUSTIN, TX  78741
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**   Runs: 19- 24
Check Date:      **07/30/2012**                Weeks: 41-50
                                              Qtr:        4
                                              Page:      19

AMS 000993

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**AGUILAR, SOCORRO A**                          #0138
                                              Single/02
AUSTIN, TX 78741              Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**     Runs:  1- 6
Check Date:      **07/30/2012**                  Weeks: 2-13
                                                 Qtr:      1
                                                 Page:    19

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001043



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | REDACTED | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

AGUILAR, SOCORRO A        #0138 Single/02
AUSTIN, TX 78741     Salary:
SS#:



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**     Runs:  7- 12
Check Date:     **07/30/2012**                  Weeks: 15-25
                                                Qtr:      2
                                                Page:    19

AMS 000786

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**AKEN, JOSEPH**      #0146
AUSTIN, TX 78704     Salary:    Single/00
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| | | |
|---|---|---|
| Client: YA7 | | Period Covered: **01/01/2009 - 03/31/2009** |
| AUSTIN MONTESSORI SCHOOL INC | | Check Date: **07/30/2012** |

**Earnings Record**

Runs: 1- 6
Weeks: 2-12
Qtr: 1
Page: 21

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000837



AKEN, JOSEPH
AUSTIN, TX 78704
SS#:

#0146
Single/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**     Runs:  7- 12
Check Date:      **07/30/2012**                  Weeks: 15-25
                                                 Qtr:        2
                                                 Page:      21

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000888

**AKEN, JOSEPH**
AUSTIN, TX 78704
SS#:

#0146
Single/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:  **07/30/2012**    Weeks: 28-39
Qtr:  3
Page:  21

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000945



**AKEN, JOSEPH**
AUSTIN, TX 78704
SS#:

#0146
Single/00

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY    Client:  YA7
AUSTIN MONTESSORI SCHOOL INC        **Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**    Runs: 19- 24
Check Date:    **07/30/2012**    Weeks: 41-50
Qtr:    4
Page:    21

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000995

**AKEN, JOSEPH**
AUSTIN, TX 78704
SS#:

#0146
Single/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**   Runs:  1-  6
Check Date:  **07/30/2012**   Weeks:  2-13
Qtr:     1
Page:    21

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001045

**AKEN, JOSEPH**                    #0146
                                    Single/00
AUSTIN, TX 78704    Salary: ▆▆▆▆
SS#: ▆▆▆▆▆▆

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | REDACTED | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |


EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2010 - 06/30/2010**    Runs: 7- 12
Check Date:     **07/30/2012**            Weeks: 15-25
                                          Qtr:       2
                                          Page:     21

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001093



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7

AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2010 - 07/31/2010**    Runs: 13- 14
Check Date: **07/30/2012**    Weeks: 28-30
Qtr:    3
Page:    20

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000802



**BANKS,JANNA S**
AUSTIN, TX 78745
SS#:

#0191
Married/05
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | | |
|---|---|---|
| Period Covered: | 01/01/2009 - 03/31/2009 | Runs: 1- 6 |
| Check Date: | 07/30/2012 | Weeks: 2-12 |
| | | Qtr: 1 |
| | | Page: 37 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000853

**BANKS,JANNA S**                    #0191
                          Married/05
AUSTIN, TX 78745    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs: 7- 12
Check Date:      **07/30/2012**                 Weeks: 15-25
                                                Qtr:      2
                                                Page:    37

AMS 000903

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

BANKS,JANNA S     #0191
                  Married/05
AUSTIN, TX 78745  Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**   Runs: 13- 18
Check Date:     **07/30/2012**                Weeks: 28-39
                                             Qtr:       3
                                             Page:     36

AMS 000955

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BANKS,JANNA S**
AUSTIN, TX 78745
SS#:

#0191
Married/05
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| | | |
|---|---|---|
| **EASYPAY** | Client: YA7<br>AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** |

| Period Covered: | **10/01/2009 - 12/31/2009** | Runs: 19- 24 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 41-50 |
| | | Qtr: 4 |
| | | Page: 31 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001005

**BANKS, JANNA S**
AUSTIN, TX 78745
SS#: ▓▓▓▓

#0191
Married/05
Salary: ▓▓▓▓

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2010 - 03/31/2010**
Check Date: **07/30/2012**

Runs: 1- 6
Weeks: 2-13
Qtr: 1
Page: 31

AMS 001056

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BANKS,JANNA S**
AUSTIN, TX 78745
SS#:

#0191
Married/05
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | 04/01/2010 - 06/30/2010 | Runs: 7- 12 |
|---|---|---|
| Check Date: | 07/30/2012 | Weeks: 15-25 |
| | | Qtr: 2 |
| | | Page: 32 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001103

**BANKS,JANNA S**
AUSTIN, TX 78745
SS#:
#0191
Married/05
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2010 - 07/31/2010**   Runs: 13- 14
Check Date: **07/30/2012**   Weeks: 28-30
Qtr:   3
Page:   30

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000783

**BEASLEY, KIMBERLY D**
AUSTIN, TX 78748
SS#:

#0136
Married/01
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**
Check Date:      **07/30/2012**

Runs:   1- 6
Weeks:  2-12
Qtr:        1
Page:      18

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000834

**BEASLEY, KIMBERLY D**   #0136

AUSTIN, TX 78748   Single/00

Rate:   000/Hr

SS#:   Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

**EASYPAY**

Client:  YA7

AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**  Runs:  7- 12

Check Date:  **07/30/2012**  Weeks: 15-25

Qtr:  2

Page:  18

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000885

**BEASLEY, KIMBERLY D**      #0136

AUSTIN, TX 78748     Rate:   Single/00
SS#:       Salary:    000/Hr

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC     **Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**   Runs: 13- 18
Check Date: **07/30/2012**          Weeks: 28-39
                                    Qtr: 3
                                    Page: 18

AMS 000942

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BEASLEY, KIMBERLY D**    #0136
AUSTIN, TX 78748    Single/00
Rate:    000/Hr
SS#:    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| | | |
|---|---|---|
| Client: YA7 | | Period Covered: **10/01/2009** - **12/31/2009** |
| AUSTIN MONTESSORI SCHOOL INC | | Check Date: **07/30/2012** |

**EASYPAY**

**Earnings Record**

Runs: 19-24
Weeks: 41-50
Qtr:    4
Page:    18

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000992

**BEASLEY, KIMBERLY D**                    #0136
AUSTIN, TX 78748          Married/01
SS#:                      Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

| Client: YA7 AUSTIN MONTESSORI SCHOOL INC | Earnings Record | Period Covered: 01/01/2010 - 03/31/2010 Check Date: 07/30/2012 | Runs: 1- 6 Weeks: 2-13 Qtr: 1 Page: 18 |
|---|---|---|---|

AMS 001042

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BEASLEY, KIMBERLY D** #0136  
AUSTIN, TX 78748 Single/00  
Rate: 000/Hr  
SS#: Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | REDACTED | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7  
AUSTIN MONTESSORI SCHOOL INC  
**Earnings Record**  
Period Covered: **04/01/2010 - 06/30/2010** Runs: 7- 12  
Check Date: **07/30/2012** Weeks: 15-25  
Qtr: 2  
Page: 18

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001091

**BEASLEY, KIMBERLY D**
AUSTIN, TX 78748
SS#:

#0136
Single/00
Rate: 000/Hr
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2010 - 07/31/2010**   Runs: 13- 14
Check Date:  **07/30/2012**   Weeks: 28-30
  Qtr:  3
  Page:  18

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000795

**BOWNESS,SONAL** #0173 Married/00

AUSTIN, TX 78735
SS#:  Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**  Runs: 1- 6
Check Date: **07/30/2012**  Weeks: 2-12
Qtr: 1
Page: 30

AMS 000846

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

BOWNESS,SONAL                    #0173
                              Married/00
AUSTIN, TX 78735     Salary:
SS#:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC        **Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:      **07/30/2012**

Runs: 7- 12
Weeks: 15-25
Qtr:        2
Page:      30

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000897



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

BOWNESS,SONAL
AUSTIN, TX 78735
SS#:
#0173
Married/00
Salary:

EASYPAY     Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  07/01/2009 - 09/30/2009
Check Date:      07/30/2012

Runs: 13- 18
Weeks: 28-39
Qtr:        3
Page:      30

AMS 000951

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BOWNESS,SONAL**
#0173
Married/00
AUSTIN, TX 78735
SS#:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **10/01/2009 - 12/31/2009**      Runs: 19- 24
Check Date:       **07/30/2012**                   Weeks: 41-50
                                                   Qtr:          4
                                                   Page:        27

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001001



**BOWNESS,SONAL**  #0173  Married/00
AUSTIN, TX 78735   Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2010 - 03/31/2010**   Runs: 1- 6
Check Date: **07/30/2012**   Weeks: 2-13
Qtr: 1
Page: 27

AMS 001052

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BOWNESS,SONAL**
AUSTIN, TX 78735
SS#:

#0173
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**    Runs: 7- 12
Check Date:  **07/30/2012**    Weeks: 15-25
Qtr:  2
Page:  28

AMS 001100

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| BOWNESS,SONAL | | #0173 | |
| AUSTIN, TX 78735 | Salary: | Married/00 | |
| SS#: | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC
**Earnings Record**
Period Covered:  **07/01/2010 - 07/31/2010**   Runs: 13- 14
Check Date:  **07/30/2012**   Weeks: 28-30
Qtr:  3
Page:  27
EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000915

**BRECKWOLDT,MARGARET**　　　　　#0207
　　　　　　　　　　　　　　　　Married/08
　　　　　　　　　　Salary:
AUSTIN, TX 78745
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | REDACTED | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:　YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:　**07/01/2009 - 09/30/2009**
Check Date:　　　**07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:　　　3
Page:　　48

AMS 000965

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| | | BRECKWOLDT,MARGARET | | #0207 Married/08 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AUSTIN, TX 78745 SS#: | | Salary: | | | | | | | |
| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | REDACTED | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009** - **12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:          4
Page:        41

AMS 001015

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

#0207

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| | |
|---|---|
| Client: YA7 | |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** |

| | |
|---|---|
| Period Covered: | **01/01/2010 - 03/31/2010** |
| Check Date: | **07/30/2012** |

Runs: 1- 6
Weeks: 2-13
Qtr:      1
Page:    41

AMS 001065

#0207

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2010 - 06/30/2010**     Runs: 7- 12
Check Date: **07/30/2012**     Weeks: 15-25
Qtr: 2
Page: 41

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000809

**BREEDING,ERIC D**

AUSTIN, TX 78704
SS#:

#0200
Single/02

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **01/01/2009 - 03/31/2009**
Check Date:         **07/30/2012**

Runs:    1-  6
Weeks:   2-12
Qtr:          1
Page:       44

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000860

**BREEDING,ERIC D**  T #0200
AUSTIN, TX 78704  Single/02
SS#:  Rate:  000/Hr

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**   Runs:  7- 12
Check Date:  **07/30/2012**   Weeks: 15-25
Qtr:  2
Page:  44

AMS 000800

**BROWN, AMANDA S**   #0187   Single/01

AUSTIN, TX 78759   Salary:

SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | REDACTED | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  01/01/2009 - 03/31/2009
Check Date:      07/30/2012

Runs:   1- 6
Weeks:  2-12
Qtr:       1
Page:     35

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000851

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BROWN, AMANDA S**                    #0187
                                       Single/01
                       Salary:
AUSTIN, TX  78759
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC                    **Earnings Record**

Period Covered:  04/01/2009 - 06/30/2009    Runs:  7- 12
Check Date:      07/30/2012                  Weeks: 15-25
                                             Qtr:        2
                                             Page:      35

AMS 000902

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BROWN,AMANDA S**
AUSTIN, TX 78728
SS#:

#0187
Single/01
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED


**EASYPAY**

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:        3
Page:      35

AMS 000954

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

BROWN,AMANDA S  #0187  Single/01
AUSTIN, TX  78728  Rate:
SS#:  Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:  4
Page:  30

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001004

**BROWN, AMANDA S**

AUSTIN, TX 78759
SS#:

#0187
Single/01
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**
Check Date:       **07/30/2012**

Runs:   1-  6
Weeks:  2-13
Qtr:       1
Page:     30

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001055

**BROWN, AMANDA S**                #0187
                                    Single/01
AUSTIN, TX  78759    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**
Check Date:  **07/30/2012**

Runs: 7- 12
Weeks: 15-25
Qtr:        2
Page:      31

EASYPAY

AMS 001102

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

BROWN,AMANDA S
AUSTIN, TX 78728
SS#:

#0187
Single/01
Rate:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

---

EASYPAY    Client: YA7    AUSTIN MONTESSORI SCHOOL INC    Earnings Record    Period Covered: 07/01/2010 - 07/31/2010    Runs: 13- 14    Check Date: 07/30/2012    Weeks: 28-30    Qtr: 3    Page: 29

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000804

**CLARK,CAROLINE A**                        #0195
AUSTIN, TX 78733                          Married/00
SS#:                       Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | REDACTED | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009** - **03/31/2009**
Check Date:      **07/30/2012**

Runs:  1- 6
Weeks: 2-12
Qtr:        1
Page:     39

AMS 000855

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**CLARK,CAROLINE A**  #0195  Married/00
AUSTIN, TX 78733    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs:  7- 12
Check Date:   **07/30/2012**    Weeks: 15-25
Qtr:   2
Page:   39

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000905

**CLARK,CAROLINE A**                        #0195
                                            Married/00
AUSTIN, TX  78733          Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**          Runs: 13- 18
Check Date:      **07/30/2012**                        Weeks: 28-39
                                                       Qtr:        3
                                                       Page:      38

AMS 000957

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**CLARK,CAROLINE A**
AUSTIN, TX 78733
SS#:

#0195
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:      **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:       4
Page:     33

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001007

**CLARK, CAROLINE A**          #0195
                             Married/00
AUSTIN, TX 78733    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| | | | | |
|---|---|---|---|---|
| **EASY PAY** | Client: YA7 AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Period Covered: **01/01/2010 - 03/31/2010** Check Date: **07/30/2012** | Runs: 1- 6 Weeks: 2-13 Qtr: 1 Page: 33 |

AMS 001058

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

CLARK, CAROLINE A                          #0195
                                        Married/00
AUSTIN, TX 78733            Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | REDACTED | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**     Runs: 7- 12
Check Date:      **07/30/2012**                  Weeks: 15-25
                                                 Qtr:      2
                                                 Page:    34

AMS 001105

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**CLARK,CAROLINE A**   #0195   Married/00
AUSTIN, TX 78733   Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2010** - **07/31/2010**
Check Date:  **07/30/2012**

Runs: 13- 14
Weeks: 28-30
Qtr:        3
Page:      32

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000807



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | REDACTED | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

COLLINS,MARY ANN    #0198
AUSTIN, TX 78748    Married/02
SS#:    Salary:

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 01/01/2009 - 03/31/2009    Runs: 1- 6
Check Date: 07/30/2012    Weeks: 2-12
Qtr: 1
Page: 42

AMS 000858

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**COLLINS,MARY ANN**
AUSTIN, TX  78748
SS#:

#0198
Married/02

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:  **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:        2
Page:      42

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000907



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|------------------|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | REDACTED | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

COLLINS,MARY ANN    #0198
AUSTIN, TX 78748    Married/02
SS#:    Salary:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  07/01/2009 - 09/30/2009
Check Date:    07/30/2012

Runs: 13- 18
Weeks: 28-39
Qtr:    3
Page:    40

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000958

**COLLINS, MARY ANN**
AUSTIN, TX 78748
SS#:

#0198
Married/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|------------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:        4
Page:       34

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001008

| COLLINS,MARY ANN | #0198 |
| AUSTIN, TX 78748 | Married/02 |
| SS#: | Salary: |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

Earnings Record

Period Covered: 01/01/2010 - 03/31/2010
Check Date: 07/30/2012

Runs: 1- 6
Weeks: 2-13
Qtr: 1
Page: 34

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001059



| COLLINS,MARY ANN | | | #0198 Married/02 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AUSTIN, TX 78748 | | | | | | | | | |
| SS#: | | | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | REDACTED | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



EASYPAY

Client:  YA7

AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | 04/01/2010 - 06/30/2010 | Runs:  7- 12 |
|---|---|---|
| Check Date: | 07/30/2012 | Weeks: 15-25 |
| | | Qtr:        2 |
| | | Page:      35 |

AMS 000921

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**DAVISON,RACHEL**
AUSTIN, TX 78741
SS#:

#0213
Single/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:         3
Page:       54

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000971

DAVISON,RACHEL

AUSTIN, TX 78741
SS#:

#0213
Single/02

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 47

AMS 001110

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| DAVISON,RACHEL | | | | #0213 Single/02 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PHOENIX, AZ 85020 SS#: | | Salary: | | | | | | | | | |
| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | | Net Pay Check # |
| 28 | 7/15/10 | | | | | | | | | | |
| 30 | 7/30/10 | | | | | REDACTED | | | | | |
| Employee Totals | | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001021

#0213

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**   Runs:  1-  6
Check Date:       **07/30/2012**                Weeks:  2-13
                                                Qtr:       1
                                                Page:     47

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001070

#0213

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2010 - 06/30/2010**    Runs: 7- 12
Check Date: **07/30/2012**    Weeks: 15-25
Qtr: 2
Page: 46

AMS 000923

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**DEAN,ERIN M**

AUSTIN, TX 78702
SS#:

#0215
Single/02

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**
Check Date: **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:        3
Page:      56

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000973

**DEAN,ERIN M**                    #0215
                                    Single/02
AUSTIN, TX 78702    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**    Runs: 19- 24
Check Date:      **07/30/2012**                  Weeks: 41-50
                                                 Qtr:        4
                                                 Page:      49

AMS 001023

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

#0215

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**     Runs:  1-  6
Check Date:       **07/30/2012**                    Weeks:  2-13
                                                    Qtr:        1
                                                    Page:      49

AMS 001072

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

#0215

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| | | |
|---|---|---|
| Client: YA7 | | Period Covered: **04/01/2010 - 06/30/2010** |
| AUSTIN MONTESSORI SCHOOL INC | | Check Date: **07/30/2012** |
| | **Earnings Record** | Runs: 7- 12 |
| | | Weeks: 15-25 |
| | | Qtr: 2 |
| | | Page: 48 |

EASYPAY

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000811



| DENTON,JOHNNIE | | | #0202 Single/01 | | | | | | | |
| AUSTIN, TX 78745 | | Salary: | | | | | | | | |
| SS#: | | | | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**
Check Date: **07/30/2012**

Runs: 1- 6
Weeks: 2- 12
Qtr: 1
Page: 46

AMS 000862

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| DENTON,JOHNNIE | | | #0202 Single/01 | | | | | | | | |
| AUSTIN, TX 78745 SS#: | | | Salary: | | | | | | | | |
| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | | |
| 19 | 5/15/09 | | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | | |
| Employee Totals | | | | | | | | | | | |

| | | |
|---|---|---|
| **EASYPAY** | Client: YA7 | |
| | AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** |

| Period Covered: | 04/01/2009 - 06/30/2009 | Runs: 7- 12 |
|---|---|---|
| Check Date: | 07/30/2012 | Weeks: 15-25 |
| | | Qtr: 2 |
| | | Page: 46 |

AMS 000910

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

DENTON,JOHNNIE                          #0202
                                        Single/01
AUSTIN, TX  78745        Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client:  YA7

AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**     Runs: 13- 18
Check Date:      **07/30/2012**                  Weeks: 28-39
                                                 Qtr:         3
                                                 Page:       43

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000961

DENTON,JOHNNIE

AUSTIN, TX 78745
SS#:

#0202
Single/01
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|-----------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC
Earnings Record
Period Covered: 10/01/2009 - 12/31/2009
Check Date: 07/30/2012
Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 37

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001011

DENTON,JOHNNIE                                    #0202
                                                  Single/01
#
AUSTIN, TX  78745          Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**
Check Date:        **07/30/2012**

Runs:   1-  6
Weeks:  2-13
Qtr:          1
Page:       37

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001062

**DENTON,JOHNNIE**

AUSTIN, TX  78745
SS#:

#0202
Single/01

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**
Check Date:  **07/30/2012**

Runs: 7- 12
Weeks: 15-25
Qtr: 2
Page: 38

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001108



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7

AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | 07/01/2010 - 07/31/2010 | Runs: 13 - 14 |
| Check Date: | 07/30/2012 | Weeks: 28 - 30 |
| | | Qtr:       3 |
| | | Page:     35 |

AMS 000779

**EAGLE, ANGELA**
AUSTIN, TX 78745
SS#:

Salary:

#0117
Married/02

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**
Check Date: **07/30/2012**

Runs:  1- 6
Weeks:  2-12
Qtr:  1
Page:  14

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000830



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EAGLE, ANGELA
AUSTIN, TX 78745
SS#:
#0117
Married/02
Salary:



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:  **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:  2
Page:  14

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000881

**EAGLE, ANGELA**
AUSTIN, TX 78745
SS#:

#0117
Married/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



**EASYPAY**

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**
Check Date: **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:        3
Page:      14

AMS 000938

EAGLE, ANGELA

AUSTIN, TX 78745
SS#:

#0117
Married/02

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:      4
Page:    14

AMS 000988

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**EAGLE, ANGELA**
AUSTIN, TX 78745
SS#:

#0117
Married/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

**EASY PAY**

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**
Check Date:  **07/30/2012**

Runs:  1- 6
Weeks:  2-13
Qtr:  1
Page:  14

AMS 001038

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**EAGLE, ANGELA**
AUSTIN, TX 78745
SS#:

#0117
Married/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED


EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**
Check Date:  **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:        2
Page:      14

AMS 001087

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

EAGLE, ANGELA

AUSTIN, TX 78745
SS#:

#0117
Married/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | REDACTED | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7

AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2010 - 07/31/2010**
Check Date:  **07/30/2012**

Runs: 13- 14
Weeks: 28-30
Qtr:  3
Page:  14

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000781

**FISCHER, BRANDI**
AUSTIN, TX 78752
SS#:

#0130
Single/05
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  01/01/2009 - 03/31/2009
Check Date:    07/30/2012

Runs:  1- 6
Weeks:  2-12
Qtr:     1
Page:    16

AMS 000832

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**FISCHER, BRANDI**

AUSTIN, TX 78752
SS#:

#0130
Single/05

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7

AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:  **07/30/2012**

Runs: 7- 12
Weeks: 15-25
Qtr:  2
Page:  16

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000883



**FISCHER, BRANDI**
#0130
Single/05
LEANDER, TX 78641
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**
Check Date: **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr: 3
Page: 16

AMS 000940



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| Client: YA7 | | Period Covered: | 10/01/2009 - 12/31/2009 | Runs: 19- 24 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | | Check Date: | 07/30/2012 | Weeks: 41-50 |
| | **Earnings Record** | | | Qtr: 4 |
| | | | | Page: 16 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000990

**FISCHER, BRANDI**

AUSTIN, TX 78752
SS#:
Salary:
#0130
Single/05

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | REDACTED | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7

AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010  -  03/31/2010**
Check Date:      **07/30/2012**

Runs:  1-  6
Weeks:  2-13
Qtr:       1
Page:     16

AMS 001040



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**FISCHER, BRANDI**
AUSTIN, TX 78752
SS#:

#0130
Single/05
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2010** - **06/30/2010**
Check Date:  **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:        2
Page:      16

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001089

**FISCHER, BRANDI**
LEANDER, TX 78641
SS#: ▮▮▮▮

#0130
Single/05
Salary: ▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | REDACTED | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2010 - 07/31/2010**
Check Date:       **07/30/2012**

Runs: 13- 14
Weeks: 28-30
Qtr:          3
Page:        16

AMS 000794

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**FRIEDMAN, LORI A**  #0171
Married/02
AUSTIN, TX 78704   Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**   Runs: 1- 6
Check Date: **07/30/2012**   Weeks: 2-12
Qtr: 1
Page: 29

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000845

**FRIEDMAN, LORI A**                    #0171
                                      Married/02
AUSTIN, TX 78704        Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs:  7- 12
Check Date:      **07/30/2012**                  Weeks: 15-25
                                                 Qtr:      2
                                                 Page:    29

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000896

**FRIEDMAN, LORI A**

AUSTIN, TX 78704
SS#:

#0171
Married/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | 07/01/2009 - 09/30/2009 | Runs: 13- 18 |
|---|---|---|
| Check Date: | 07/30/2012 | Weeks: 28-39 |
| | | Qtr: 3 |
| | | Page: 29 |

AMS 000950

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**FRIEDMAN, LORI A**   #0171
Married/02
AUSTIN, TX 78704   Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009** - **12/31/2009**   Runs: 19- 24
Check Date:  **07/30/2012**   Weeks: 41-50
Qtr:   4
Page:   26

AMS 001000

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

FRIEDMAN, LORI A    #0171
AUSTIN, TX 78704    Married/02
SS#:    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

AMS 001051

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**FRIEDMAN, LORI A**                         #0171
Married/02
AUSTIN, TX 78704        Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC            **Earnings Record**

| Period Covered: | **04/01/2010 - 06/30/2010** | Runs: 7 - 12 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 15-25 |
| | | Qtr: 2 |
| | | Page: 27 |

AMS 001099

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| FRIEDMAN, LORI A | | | #0171 Married/00 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AUSTIN, TX 78704 | | Salary: | | | | | | | |
| SS#: | | | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2010 - 07/31/2010**   Runs: 13- 14
Check Date: **07/30/2012**   Weeks: 28-30
Qtr:   3
Page:   26

AMS 000768

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**GEIL, MARY L.**                                    #0013
                                                     Married/03
AUSTIN, TX 78756          Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | Client:  YA7 | | | Period Covered: | **01/01/2009 - 03/31/2009** | Runs:  1-  6 |
|---|---|---|---|---|---|---|
| EASYPAY | AUSTIN MONTESSORI SCHOOL INC | | **Earnings Record** | Check Date: | **07/30/2012** | Weeks:  2-12 |
| | | | | | | Qtr:        1 |
| | | | | | | Page:       3 |

AMS 000819

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEIL, MARY L.**
AUSTIN, TX 78756
SS#:

#0013
Married/03
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |


EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**
Check Date: **07/30/2012**

Runs: 7- 12
Weeks: 15-25
Qtr: 2
Page: 3

AMS 000870



**GEIL, MARY L.**

AUSTIN, TX 78756

SS#:

#0013

Married/03

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



EASYPAY

Client:  YA7

AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18

Check Date:    **07/30/2012**    Weeks: 28-39

Qtr:    3

Page:    3

AMS 000927

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEIL, MARY L.**
AUSTIN, TX 78756
SS#:

#0013
Married/03
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:        4
Page:       3

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000977

**GEIL, MARY L.**
AUSTIN, TX 78756
SS#:

#0013
Married/03
Salary:



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | REDACTED | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**    Runs: 1- 6
Check Date:  **07/30/2012**    Weeks: 2-13
Qtr:  1
Page:  3

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001027

**GEIL, MARY L.**
#0013
Married/03
AUSTIN, TX 78756          Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | REDACTED | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2010 - 06/30/2010   Runs:  7- 12
Check Date:    07/30/2012              Weeks: 15-25
                                       Qtr:      2
                                       Page:     3

AMS 001076

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEIL, MARY L.**
AUSTIN, TX 78756
SS#:

#0013
Married/03
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2010 - 07/31/2010**
Check Date:  **07/30/2012**
Runs: 13- 14
Weeks: 28-30
Qtr:  3
Page:  3

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000778

**GEVIRTZ, JESSE**
AUSTIN, TX  78735
SS#: ▮
#0116
Married/00
Salary: ▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**    Runs:  1- 6
Check Date: **07/30/2012**    Weeks: 2-12
Qtr:    1
Page:   13

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000829

GEVIRTZ, JESSE                    #0116
AUSTIN, TX 78735      Salary:    Married/00
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**      Runs:  7- 12
Check Date:      **07/30/2012**                   Weeks: 15-25
                                                  Qtr:      2
                                                  Page:    13

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000880

**GEVIRTZ, JESSE**  #0116  Married/00
AUSTIN, TX 78735    Salary: ▓▓▓▓
SS#: ▓▓▓▓▓▓▓

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:  **07/30/2012**    Weeks: 28-39
Qtr:    3
Page:    13

AMS 000937

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| GEVIRTZ, JESSE | | | | #0116 Married/00 | | | | | | |
| AUSTIN, TX 78735 | | Salary: | | | | | | | | |
| SS#: | | | | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | REDACTED | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY    Client:  YA7
AUSTIN MONTESSORI SCHOOL INC    **Earnings Record**

Period Covered:  **10/01/2009** - **12/31/2009**    Runs: 19- 24
Check Date:  **07/30/2012**    Weeks: 41-50
Qtr:  4
Page:  13

AMS 000987

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEVIRTZ, JESSE**  #0116
AUSTIN, TX 78735     Married/00
SS#:             Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**    Runs:  1- 6
Check Date:      **07/30/2012**              Weeks: 2-13
                                             Qtr:       1
                                             Page:     13

AMS 001037

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEVIRTZ, JESSE**  #0116
AUSTIN, TX 78735  Married/00
SS#: ▮▮▮  Salary: ▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**   Runs: 7- 12
Check Date:  **07/30/2012**   Weeks: 15-25
Qtr:  2
Page:  13

AMS 001086

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEVIRTZ, JESSE**                    #0116
AUSTIN, TX 78735        Salary:     Married/00
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | | REDACTED | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2010** - **07/31/2010**     Runs: 13- 14
Check Date:      **07/30/2012**                        Weeks: 28-30
                                                       Qtr:      3
                                                       Page:    13

AMS 000777

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

GLASGOW, DAWN D.    #0115    Married/03
AUSTIN, TX 78735    Salary:
SS#:



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**    Runs:  1- 6
Check Date:    **07/30/2012**    Weeks:  2-12
Qtr:    1
Page:    12

AMS 000828

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GLASGOW, DAWN D.**
AUSTIN, TX 78735
SS#:

#0115
Married/03
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**
Check Date: **07/30/2012**

Runs: 7- 12
Weeks: 15-25
Qtr: 2
Page: 12

AMS 000879

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GLASGOW, DAWN D.**
AUSTIN, TX 78735
SS#:

#0115
Married/03
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:      **07/30/2012**

Runs: 13 - 18
Weeks: 28 - 39
Qtr:          3
Page:        12

AMS 000936

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GLASGOW, DAWN D.**
#0115
Married/03
AUSTIN, TX 78735      Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | REDACTED | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**    Runs: 19- 24
Check Date:  **07/30/2012**                     Weeks: 41-50
                                                Qtr:      4
                                                Page:    12

AMS 000986

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GLASGOW, DAWN D.**                    #0115
AUSTIN, TX 78735        Salary:    Married/03
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | REDACTED | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:   **01/01/2010 - 03/31/2010**     Runs:  1-  6
Check Date:       **07/30/2012**                   Weeks: 2-13
                                                   Qtr:     1
                                                   Page:   12

AMS 001036

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GLASGOW, DAWN D.**
AUSTIN, TX 78735
SS#:

#0115
Married/03
Salary:



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | REDACTED | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**     Runs: 7- 12
Check Date:     **07/30/2012**                    Weeks: 15-25
                                                  Qtr:        2
                                                  Page:      12

AMS 001085

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/10 | | | | | | | | | |
| 28 | 7/15/10 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |

GLASGOW, DAWN D.                    #0115
                                    Married/03
AUSTIN, TX 78735    Salary:
SS#:



Client: YA7
AUSTIN MONTESSORI SCHOOL INC          Earnings Record

Period Covered: 07/01/2010 - 07/31/2010    Runs: 13- 14
Check Date:     07/30/2012                 Weeks: 28-30
                                           Qtr:      3
                                           Page:    12

AMS 000766

**GOERTZ, DONALD C.**

#0003
Married/00

AUSTIN, TX 78703
Salary:

SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  01/01/2009 - 03/31/2009
Check Date:       07/30/2012

Runs:  1-  6
Weeks:  2-12
Qtr:          1
Page:          1

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000817

GOERTZ, DONALD C.                          #0003
                                     Married/00
AUSTIN, TX 78703          Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | REDACTED | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |


Client: YA7
AUSTIN MONTESSORI SCHOOL INC                    **Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**   Runs: 7- 12
Check Date:      **07/30/2012**                 Weeks: 15-25
                                                Qtr:      2
                                                Page:     1

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000868

**GOERTZ, DONALD C.**
AUSTIN, TX 78703
SS#:

#0003
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | REDACTED | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



| Client: YA7 | | Period Covered: | 07/01/2009 - 09/30/2009 | Runs: 13- 18 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | 07/30/2012 | Weeks: 28-39 |
| | | | | Qtr:  3 |
| | | | | Page:  1 |

AMS 000925

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GOERTZ, DONALD C.**
AUSTIN, TX 78703
SS#:

#0003
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:       4
Page:      1

AMS 000975

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GOERTZ, DONALD C.**                    #0003
                                    Married/00
AUSTIN, TX 78703    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**    Runs:  1- 6
Check Date:  **07/30/2012**    Weeks: 2-13
    Qtr:    1
    Page:    1

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001025

**GOERTZ, DONALD C.**
AUSTIN, TX 78703
SS#: ▮▮▮▮▮

#0003
Married/00
Salary: ▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|------------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | REDACTED | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2010 - 06/30/2010**
Check Date: **07/30/2012**

Runs: 7- 12
Weeks: 15-25
Qtr: 2
Page: 1

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001074

**GOERTZ, DONALD C.**
AUSTIN, TX 78703
SS#:

#0003
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2010 - 07/31/2010**
Check Date: **07/30/2012**

Runs: 13- 14
Weeks: 28-30
Qtr:        3
Page:       1

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000769

**GOERTZ, DONNA B**
AUSTIN, TX 78703
SS#:

#0014
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**   Runs:  1- 6
Check Date: **07/30/2012**   Weeks: 2-12
Qtr:      1
Page:     4

AMS 000820

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GOERTZ, DONNA B**
AUSTIN, TX 78703
SS#:

#0014
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**   Runs:  7 - 12
Check Date:       **07/30/2012**                Weeks: 15-25
                                                 Qtr:      2
                                                 Page:     4

AMS 000871

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GOERTZ, DONNA B**                                      #0014
                                                    Married/00
AUSTIN, TX  78703          Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC           **Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**      Runs: 13- 18
Check Date:      **07/30/2012**                     Weeks: 28-39
                                                   Qtr:      3
                                                   Page:     4

AMS 000928

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GOERTZ, DONNA B**

AUSTIN, TX 78703
SS#:

#0014
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | REDACTED | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **10/01/2009** - **12/31/2009**
Check Date:        **07/30/2012**

Runs: 19 - 24
Weeks: 41 - 50
Qtr:               4
Page:              4

AMS 000978

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GOERTZ, DONNA B**
AUSTIN, TX 78703
SS#:

#0014
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**   Runs:  1- 6
Check Date:     **07/30/2012**            Weeks:  2-13
                                          Qtr:       1
                                          Page:      4

AMS 001028

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GOERTZ, DONNA B**
#0014
Married/00
AUSTIN, TX 78703
SS#:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | REDACTED | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |


**EASY PAY**

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2010 - 06/30/2010**    Runs: 7- 12
Check Date: **07/30/2012**    Weeks: 15-25
Qtr:    2
Page:    4

AMS 001077

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GOERTZ, DONNA B**
AUSTIN, TX 78703
SS#:

#0014
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | REDACTED | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2010 - 07/31/2010**    Runs: 13- 14
Check Date:      **07/30/2012**                  Weeks: 28-30
                                                 Qtr:        3
                                                 Page:       4

AMS 000919

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HALEY,MEGAN** #0211 Single/02
AUSTIN, TX 78753    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | REDACTED | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**   Runs: **13- 18**
Check Date: **07/30/2012**   Weeks: 28-39
Qtr:   3
Page:   52

AMS 000969

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HALEY,MEGAN**
AUSTIN, TX 78753
SS#:
#0211
Single/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|------------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **10/01/2009** - **12/31/2009**     Runs: 19-24
Check Date:        **07/30/2012**                      Weeks: 41-50
                                                        Qtr:      4
                                                        Page:     45

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001019

#0211

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | REDACTED | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | | |
|---|---|---|
| EASYPAY | Client: YA7 AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** |

| | |
|---|---|
| Period Covered: | **01/01/2010 - 03/31/2010** |
| Check Date: | **07/30/2012** |

| | |
|---|---|
| Runs: | 1- 6 |
| Weeks: | 2-13 |
| Qtr: | 1 |
| Page: | 45 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001068

#0211

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | REDACTED | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2010 - 06/30/2010**  Runs: 7- 12
Check Date: **07/30/2012**  Weeks: 15-25
Qtr: 2
Page: 44

AMS 000812

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

HEARNE,KATE
#0203
Married/04
Salary:
AUSTIN, TX 78746
SS#:

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**
Check Date: **07/30/2012**

Runs: 1- 6
Weeks: 2-12
Qtr: 1
Page: 47

AMS 000863

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**HEARNE,KATE**

#0203
Married/04

AUSTIN, TX 78746
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs: 7- 12
Check Date:      **07/30/2012**                Weeks: 15-25
                                              Qtr:       2
                                              Page:      47

AMS 000911

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | REDACTED | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

HEARNE,KATE    #0203    Married/04    Salary:

AUSTIN, TX 78746

SS#:



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:    **07/30/2012**    Weeks: 28-39
Qtr:    3
Page:    44

AMS 000962

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HEARNE,KATE**

███████████

AUSTIN, TX 78746

SS#: ███████

#0203
Married/04

Salary: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | REDACTED | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |


EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009** - **12/31/2009**
Check Date: **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 38

AMS 001012

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HEARNE,KATE**

#0203
Married/04

Salary:

AUSTIN, TX 78746
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | REDACTED | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**    Runs: 1- 6
Check Date:  **07/30/2012**    Weeks: 2-13
    Qtr:    1
    Page:    38

AMS 001063

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**HEARNE,KATE**
#0203
Married/04
AUSTIN, TX 78746
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | REDACTED | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**    Runs: 7- 12
Check Date:  **07/30/2012**    Weeks: 15-25
Qtr:    2
Page:    39

AMS 000806

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | REDACTED | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

HOWARD, JACQUELINE           #0197
                             Single/01
AUSTIN, TX  78704    Salary:
SS#:


EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**   Runs:  1- 6
Check Date:      **07/30/2012**                Weeks: 2-12
                                               Qtr:      1
                                               Page:    41

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000857

**HOWARD,JACQUELINE**
AUSTIN, TX 78704
SS#:

T #0197
Single/01

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**     Runs:  7- 12
Check Date:      **07/30/2012**                  Weeks: 15-25
                                                 Qtr:      2
                                                 Page:    41

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000813



**HUNT,LYNN A**　　　　　　　　　　　#0204
　　　　　　　　　　　　　　　　　　　Single/01
AUSTIN, TX 78745　　Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**　　Runs:  1- 6
Check Date:　　**07/30/2012**　　　　　　　　　Weeks:  2-12
　　　　　　　　　　　　　　　　　　　　　　　Qtr:　　　1
　　　　　　　　　　　　　　　　　　　　　　　Page:　　48

AMS 000864

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

**HUNT,LYNN A**
AUSTIN, TX 78745
SS#:
#0204
Single/01


**EASYPAY**
Client: YA7
AUSTIN MONTESSORI SCHOOL INC
**Earnings Record**
Period Covered: 04/01/2009 - 06/30/2009    Runs: 7- 12
Check Date: 07/30/2012    Weeks: 15-25
Qtr:    2
Page:    48

AMS 000912

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **HUNT,LYNN A** | | | | | #0204 Single/01 | | | | | |
| AUSTIN, TX 78745 SS#: | | | | Salary: | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | REDACTED | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



| | | | | |
|---|---|---|---|---|
| Client: YA7 AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Period Covered: **07/01/2009 - 09/30/2009** Check Date: **07/30/2012** | Runs: 13- 18 Weeks: 28-39 Qtr: 3 Page: 45 |

AMS 000963

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HUNT,LYNN A**                    #0204
                                   Single/01
AUSTIN, TX 78745     Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **10/01/2009 - 12/31/2009**   Runs: 19- 24
Check Date:       **07/30/2012**                Weeks: 41-50
                                                Qtr:        4
                                                Page:      39

AMS 001013



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

HUNT,LYNN A
AUSTIN, TX 78745
SS#:
#0204
Single/01
Salary:

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2010 - 03/31/2010**   Runs: 1- 6
Check Date: **07/30/2012**   Weeks: 2-13
Qtr: 1
Page: 39

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001064

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HUNT,LYNN A**
AUSTIN, TX 78745
SS#:

#0204
Single/01

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | REDACTED | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**     Runs:  7- 12
Check Date:      **07/30/2012**                  Weeks: 15-25
                                                 Qtr:        2
                                                 Page:      40

AMS 000808

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**JARRELL,KELLY** #0199
Married/04
DRIPPINGSPRINGS, TX 78620    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**    Runs:  1- 6
Check Date:     **07/30/2012**                   Weeks:  2-12
                                                 Qtr:       1
                                                 Page:     43

AMS 000859



| JARRELL,KELLY | | | | | #0199 | | | | | |
| DRIPPINGSPRINGS, TX 78620 Salary: | | | | | Married/04 | | | | | |
| SS#: | | | | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | REDACTED | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY  Client: YA7
AUSTIN MONTESSORI SCHOOL INC        Earnings Record

Period Covered: 04/01/2009 - 06/30/2009    Runs: 7- 12
Check Date:      07/30/2012              Weeks: 15-25
                                          Qtr:    2
                                          Page:   43

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000908

**JARRELL,KELLY**
#0199
Married/04
DRIPPINGSPRINGS, TX 78620    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | REDACTED | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:    **07/30/2012**    Weeks: 28-39
Qtr:    3
Page:    41

AMS 000959

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**JARRELL,KELLY**
#0199
DRIPPINGSPRINGS, TX  78620    Salary:    Married/04
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**    Runs: 19- 24
Check Date:    **07/30/2012**    Weeks: 41-50
Qtr:    4
Page:    35

AMS 001009

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| JARRELL,KELLY | | #0199 Married/04 |
|---|---|---|
| DRIPPINGSPRINGS, TX 78620   Salary: | | |
| SS#: | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | REDACTED | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



| | | |
|---|---|---|
| Client: YA7 | | Period Covered: **01/01/2010 - 03/31/2010**   Runs: 1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: **07/30/2012**   Weeks: 2-13 |
| | | Qtr: 1 |
| | | Page: 35 |

AMS 001060

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| JARRELL,KELLY | | | #0199 | | | | | | | |
| DRIPPINGSPRINGS, TX 78620 | | Salary: | Married/04 | | | | | | | |
| SS#: | | | | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | REDACTED | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



| | | | |
|---|---|---|---|
| Client: YA7 | | Period Covered: | 04/01/2010 - 06/30/2010 | Runs: 7- 12 |
| AUSTIN MONTESSORI SCHOOL INC | Earnings Record | Check Date: | 07/30/2012 | Weeks: 15-25 |
| | | | Qtr: 2 |
| | | | Page: 36 |

AMS 001106

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**JARRELL,KELLY** #0199
DRIPPINGSPRINGS, TX 78620    Salary:    Married/04
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2010 - 07/31/2010**    Runs: 13- 14
Check Date:    **07/30/2012**    Weeks: 28-30
Qtr:    3
Page:    33

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000916



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | REDACTED | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

JOHNSON,JUDY
AUSTIN, TX 78704
SS#:
#0208
Single/01
Rate:

| | | |
|---|---|---|
| Client: YA7 | | Period Covered: 07/01/2009 - 09/30/2009 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: 07/30/2012 |

Runs: 13 - 18
Weeks: 28-39
Qtr:   3
Page:   49

AMS 000966

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**JOHNSON,JUDY**                          #0208
                                          Single/01
AUSTIN, TX  78704          Rate:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **10/01/2009** - **12/31/2009**
Check Date:       **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:          4
Page:        42

AMS 001016

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

#0208

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | REDACTED | | | |
| Employee Totals | | | | | | | | | | |

| | |
|---|---|
| Client:  YA7 | Period Covered:  **01/01/2010** - **03/31/2010** |
| AUSTIN MONTESSORI SCHOOL INC | Check Date:  **07/30/2012** |
| **Earnings Record** | |

EASYPAY

Runs:  1-  6
Weeks:  2-13
Qtr:  1
Page:  42

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000918

**KAISER, REBECCA**
AUSTIN, TX 78751
SS#:

Salary:

#0210
Single/02

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **07/01/2009 - 09/30/2009** |
| Check Date: | **07/30/2012** |

Runs: 13- 18
Weeks: 28-39
Qtr:        3
Page:      51

AMS 000968

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**KAISER,REUBEN** #0210 Single/02

Salary:

AUSTIN, TX 78751
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**     Runs: 19- 24
Check Date: **07/30/2012**     Weeks: 41-50
                                                 Qtr:      4
                                                 Page:    44

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001018

#0210

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | REDACTED | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Client: YA7 | Period Covered: | 01/01/2010 - 03/31/2010 | Runs: 1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | Check Date: | 07/30/2012 | Weeks: 2-13 |
| **Earnings Record** | | | Qtr: 1 |
| | | | Page: 44 |

EASYPAY

AMS 001067

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| | | | | | | #0210 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



| Client: YA7 | | Period Covered: | **04/01/2010 - 06/30/2010** | Runs: 7- 12 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 15-25 |
| | | | | Qtr: 2 |
| | | | | Page: 43 |

AMS 000803

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LARSON,ERIN B**                          #0193
                                  Married-Sep/04
AUSTIN, TX 78735      Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**      Runs:  1- 6
Check Date:  **07/30/2012**                       Weeks:  2-12
                                                   Qtr:       1
                                                   Page:     38

AMS 000854

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LARSON,ERIN B**
AUSTIN, TX 78735
SS#:

#0193
Married-Sep/04
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



| | | |
|---|---|---|
| Client: YA7 | | Period Covered: **04/01/2009** - **06/30/2009** |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: **07/30/2012** |

Runs: 7- 12
Weeks: 15-25
Qtr: 2
Page: 38

AMS 000904

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LARSON,ERIN B**                          #0193
                                  Married-Sep/04
AUSTIN, TX 78735           Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009** - **09/30/2009**   Runs: 13- 18
Check Date:      **07/30/2012**                     Weeks: 28-39
                                                    Qtr:        3
                                                    Page:      37

AMS 000956

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**LARSON,ERIN B**     #0193
AUSTIN, TX 78735     Married-Sep/04
SS#:     Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**     Runs: 19- 24
Check Date:     **07/30/2012**     Weeks: 41-50
Qtr:     4
Page:     32

AMS 001006

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LARSON,ERIN B**
#0193
Married-Sep/04
AUSTIN, TX 78735
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | REDACTED | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2010 - 03/31/2010**   Runs: 1- 6
Check Date: **07/30/2012**   Weeks: 2-13
Qtr: 1
Page: 32

AMS 001057

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LARSON,ERIN B**
AUSTIN, TX 78735
SS#:

#0193
Married-Sep/04
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED


**EASYPAY**

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**
Check Date:      **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:       2
Page:     33

AMS 001104

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**LARSON,ERIN B**       #0193
AUSTIN, TX 78735    Married-Sep/04
SS#:      Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |



**EASYPAY**    Client: YA7
AUSTIN MONTESSORI SCHOOL INC     **Earnings Record**

Period Covered: **07/01/2010 - 07/31/2010**   Runs: 13- 14
Check Date: **07/30/2012**     Weeks: 28-30
                 Qtr: 3
                 Page: 31

AMS 000782

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, GWENDOLYN**
AUSTIN, TX 78745
SS#:

#0134
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|-----------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**    Runs:  1- 6
Check Date:      **07/30/2012**                 Weeks:  2-12
                                                Qtr:        1
                                                Page:      17

AMS 000833

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**LOGAN, GWENDOLYN**    #0134
AUSTIN, TX 78745    Married/00
SS#:    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2009 - 06/30/2009    Runs:  7- 12
Check Date:    07/30/2012    Weeks: 15-25
Qtr:    2
Page:    17

AMS 000884

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, GWENDOLYN**                    #0134
AUSTIN, TX 78745          Salary:      Married/00
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**     Runs: 13- 18
Check Date:      **07/30/2012**                   Weeks: 28-39
                                                 Qtr:      3
                                                 Page:    17

AMS 000941

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, GWENDOLYN**                            #0134
                                        Married/00
AUSTIN, TX  78745        Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **10/01/2009 - 12/31/2009**   Runs: 19- 24
Check Date:       **07/30/2012**                 Weeks: 41-50
                                                 Qtr:      4
                                                 Page:    17

AMS 000991

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

LOGAN, GWENDOLYN      #0134
AUSTIN, TX 78745    Salary:    Married/00
SS#:

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2010 - 03/31/2010**    Runs:  1-  6
Check Date:    **07/30/2012**    Weeks:  2-13
Qtr:      1
Page:      17

AMS 001041

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, GWENDOLYN**      #0134
                         Married/00
AUSTIN, TX 78745    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001090

**LOGAN, GWENDOLYN**  #0134
AUSTIN, TX 78745  Married/00
SS#:  Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2010 - 07/31/2010**   Runs: 13- 14
Check Date:  **07/30/2012**   Weeks: 28-30
  Qtr:  3
  Page:  17

AMS 000767

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, THOMAS W**  #0004
AUSTIN, TX 78745   Married/00
SS#:   Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**   Runs:  1- 6
Check Date:    **07/30/2012**    Weeks:  2-12
Qtr:    1
Page:    2

AMS 000818

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, THOMAS W**
AUSTIN, TX 78745
SS#:

#0004
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**   Runs: 7- 12
Check Date: **07/30/2012**   Weeks: 15-25
Qtr:   2
Page:   2

AMS 000869

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

LOGAN, THOMAS W        #0004
                    Married/00
AUSTIN, TX 78745    Salary:
SS#:



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:      **07/30/2012**                 Weeks: 28-39
                                                Qtr:        3
                                                Page:       2

AMS 000926

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, THOMAS W**
AUSTIN, TX 78745
SS#:

#0004
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 2

AMS 000976

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, THOMAS W**

AUSTIN, TX 78745
SS#:

#0004
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | REDACTED | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



| Client: YA7 | | Period Covered: | 01/01/2010 - 03/31/2010 | Runs: 1- 6 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | 07/30/2012 | Weeks: 2-13 |
| | | | | Qtr: 1 |
| | | | | Page: 2 |

AMS 001026

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, THOMAS W**
AUSTIN, TX 78745
SS#:

#0004
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | REDACTED | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2010 - 06/30/2010**
Check Date: **07/30/2012**

Runs: 7 - 12
Weeks: 15 - 25
Qtr: 2
Page: 2

AMS 001075

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, THOMAS W**
AUSTIN, TX 78745
SS#:

#0004
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2010 - 07/31/2010**   Runs: 13- 14
Check Date:      **07/30/2012**                Weeks: 28-30
                                               Qtr:        3
                                               Page:       2

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000787



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

LONDON, NATALIE                              #0149
                                         Single/02
AUSTIN, TX 78702        Salary:
SS#:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**    Runs:  1- 6
Check Date:      **07/30/2012**                 Weeks: 2-12
                                                Qtr:      1
                                                Page:    22

AMS 000838

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LONDON, NATALIE**
AUSTIN, TX  78702
SS#:

#0149
Single/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs:  7 - 12
Check Date:  **07/30/2012**    Weeks: 15-25
Qtr:    2
Page:    22

AMS 000889

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LONDON, NATALIE**
AUSTIN, TX 78702
SS#:

#0149
Single/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | 07/01/2009 - 09/30/2009 | Runs: 13- 18 |
|---|---|---|
| Check Date: | 07/30/2012 | Weeks: 28-39 |
| | | Qtr: 3 |
| | | Page: 22 |

AMS 000946

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LONDON, NATALIE**
AUSTIN, TX 78702
SS#:

#0149
Single/02
Rate:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|------------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:      **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:         4
Page:       22

AMS 000996

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LONDON, NATALIE**
AUSTIN, TX 78702
SS#: ████

#0149
Single/02
Salary: ████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**    Runs:  1- 6
Check Date:      **07/30/2012**                  Weeks:  2-13
                                                  Qtr:      1
                                                  Page:    22

AMS 001046

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LONDON, NATALIE**
AUSTIN, TX 78702
SS#:

#0149
Single/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | REDACTED | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



**EASYPAY**

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**
Check Date:      **07/30/2012**

Runs: 7- 12
Weeks: 15-25
Qtr:        2
Page:      22

AMS 001094

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LONDON, NATALIE**
AUSTIN, TX 78702
SS#:

#0149
Single/02
Rate:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2010 - 07/31/2010**   Runs: 13- 14
Check Date:      **07/30/2012**               Weeks: 28-30
                                              Qtr:      3
                                              Page:    21

AMS 000799

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MAHNKEN, AMY E.**  #0184  Single/01
AUSTIN, TX 78747  Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | 01/01/2009 - 03/31/2009 | Runs: | 1- 6 |
| Check Date: | 07/30/2012 | Weeks: | 2-12 |
| | | Qtr: | 1 |
| | | Page: | 34 |

AMS 000850

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| MAHNKEN, AMY E. | | | | | #0184 Single/01 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AUSTIN, TX 78747 SS#: | | | | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **04/01/2009 - 06/30/2009** | Runs: | 7- 12 |
|---|---|---|---|
| Check Date: | **07/30/2012** | Weeks: | 15-25 |
| | | Qtr: | 2 |
| | | Page: | 34 |

AMS 000901

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | REDACTED | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

MAHNKEN, AMY E.    #0184  Single/01
AUSTIN, TX 78747    Salary:
SS#:



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | 07/01/2009 - 09/30/2009 | Runs: 13 - 18 |
|---|---|---|
| Check Date: | 07/30/2012 | Weeks: 28 - 39 |
| | | Qtr: 3 |
| | | Page: 34 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000953



**MAHNKEN, AMY E.**                                    #0184
                                                       Single/01
                                    Salary:
AUSTIN, TX 78747
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| Client: YA7 | Earnings Record | Period Covered: 10/01/2009 - 12/31/2009 | Runs: 19- 24 |
|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | | Check Date: 07/30/2012 | Weeks: 41-50 |
| | | | Qtr: 4 |
| | | | Page: 29 |

AMS 001003

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MAHNKEN, AMY E.**

#0184
Single/01

Salary:

AUSTIN, TX 78747
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | REDACTED | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |


Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**   Runs: 1- 6
Check Date:  **07/30/2012**   Weeks: 2-13
   Qtr:   1
   Page:   29

AMS 001054

MAHNKEN, AMY E.                    #0184
                                  Single/01

AUSTIN, TX 78747
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | REDACTED | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**EASY PAY**

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**    Runs:  7- 12
Check Date:      **07/30/2012**                  Weeks: 15-25
                                                 Qtr:      2
                                                 Page:    30

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000810

**MARBLE, LESLIE S**    #0201
Married/00
Salary: ▮▮▮
AUSTIN, TX 78731
SS#: ▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



| | | | | |
|---|---|---|---|---|
| Client: YA7 | | Period Covered: | **01/01/2009 - 03/31/2009** | Runs: 1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 2-12 |
| | | | | Qtr: 1 |
| | | | | Page: 45 |

AMS 000861

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| MARBLE,LESLIE S | | #0201 Married/00 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUSTIN, TX 78731 SS#: | | Salary: | | | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **04/01/2009 - 06/30/2009**
Check Date:   **07/30/2012**

Runs:   7- 12
Weeks:  15-25
Qtr:        2
Page:      45

AMS 000909

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MARBLE, LESLIE S**                                   #0201
                                                Married/00
                          Salary:
AUSTIN, TX  78731
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:      **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:        3
Page:      42

AMS 000960

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

MARBLE,LESLIE S                          #0201
                                         Married/00
                         Salary:
AUSTIN, TX  78731
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**   Runs: 19- 24
Check Date:      **07/30/2012**                 Weeks: 41-50
                                                Qtr:        4
                                                Page:      36

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001010

**MARBLE,LESLIE S**

AUSTIN, TX 78731
SS#:

#0201
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | REDACTED | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2010 - 03/31/2010**    Runs: 1- 6
Check Date: **07/30/2012**    Weeks: 2-13
Qtr: 1
Page: 36

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001061



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | REDACTED | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

MARBLE,LESLIE S    #0201  Married/00
AUSTIN, TX 78731    Salary:
SS#:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**    Runs:  7- 12
Check Date:      **07/30/2012**                 Weeks: 15-25
                                                Qtr:      2
                                                Page:    37

AMS 001107

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MARBLE,LESLIE S**    #0201

Married/00

Salary:

AUSTIN, TX 78731

SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7

AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2010 - 07/31/2010**    Runs: 13- 14

Check Date:    **07/30/2012**    Weeks: 28-30

Qtr:    3

Page:    34

AMS 000775

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

MAREEN, VERONIQUE M      #0084  Single/01
AUSTIN, TX 78739      Salary:
SS#:


EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**    Runs:  1- 6
Check Date:  **07/30/2012**    Weeks:  2-12
Qtr:    1
Page:    10

AMS 000826

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**MAREEN, VERONIQUE M**
AUSTIN, TX 78735
SS#:

#0084
Single/01
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs: 7- 12
Check Date:    **07/30/2012**    Weeks: 15-25
Qtr:    2
Page:    10

AMS 000877

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MAREEN, VERONIQUE M**    #0084
AUSTIN, TX 78735    Single/01
SS#:    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**     Runs: 13- 18
Check Date:      **07/30/2012**                   Weeks: 28-39
                                                  Qtr:        3
                                                  Page:      10

AMS 000934

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MAREEN, VERONIQUE M**
AUSTIN, TX 78735
SS#:

#0084
Single/01
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**   Runs: 19- 24
Check Date:  **07/30/2012**   Weeks: 41-50
Qtr:    4
Page:    10

AMS 000984

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MAREEN, VERONIQUE M**  #0084  Single/01
AUSTIN, TX 78739  Salary: ▮▮▮▮
SS#: ▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | REDACTED | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2010 - 03/31/2010**   Runs: 1- 6
Check Date: **07/30/2012**   Weeks: 2-13
Qtr: 1
Page: 10

AMS 001034

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MAREEN, VERONIQUE M**      #0084

AUSTIN, TX 78735     Salary:    Single/01

SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | REDACTED | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



**EASYPAY**

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2010 - 06/30/2010**
Check Date: **07/30/2012**

Runs: 7 - 12
Weeks: 15 - 25
Qtr: 2
Page: 10

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001083

**MAREEN, VERONIQUE M**                    #0084
                                          Single/01
AUSTIN, TX 78735        Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2010** - **07/31/2010**   Runs: 13- 14
Check Date:      **07/30/2012**                     Weeks: 28-30
                                                    Qtr:        3
                                                    Page:      10

AMS 000917

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MATKIN,MELANIE**
AUSTIN, TX  78736
SS#:

#0209
Single/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**     Runs: 13- 18
Check Date:       **07/30/2012**                 Weeks: 28-39
                                                 Qtr:        3
                                                 Page:      50

AMS 000967

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MATKIN,MELANIE**
AUSTIN, TX 78736
SS#:

#0209
Single/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



| Client: YA7 | | | |
|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Period Covered: **10/01/2009 - 12/31/2009**<br>Check Date: **07/30/2012** | Runs: 19- 24<br>Weeks: 41-50<br>Qtr: 4<br>Page: 43 |

AMS 001017

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

#0209

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



| | | |
|---|---|---|
| Client: YA7 | | Period Covered: **01/01/2010 - 03/31/2010** Runs: 1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: **07/30/2012** Weeks: 2-13 |
| | | Qtr: 1 |
| | | Page: 43 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001066

#0209

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2010 - 06/30/2010**   Runs: 7- 12
Check Date: **07/30/2012**   Weeks: 15-25
Qtr: 2
Page: 42

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000791

**MCGEE, CHERYL**
AUSTIN, TX 78748
SS#:

#0162
Married/01
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**    Runs:  1- 6
Check Date:      **07/30/2012**                 Weeks:  2-12
                                                Qtr:       1
                                                Page:     26

AMS 000842

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**MCGEE, CHERYL**   #0162
AUSTIN, TX 78748   Married/01
SS#:   Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**   Runs: 7- 12
Check Date: **07/30/2012**   Weeks: 15-25
Qtr:   2
Page:   26

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000893

**MCGEE, CHERYL**
AUSTIN, TX 78748
SS#:

#0162
Married/01
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|-----------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**   Runs: 13- 18
Check Date: **07/30/2012**   Weeks: 28-39
Qtr: 3
Page: 26

AMS 000948

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MCGEE, CHERYL** #0162
AUSTIN, TX 78748 Married/01
SS#: Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | REDACTED | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**    Runs: 19- 24
Check Date:     **07/30/2012**                  Weeks: 41-50
                                                Qtr:      4
                                                Page:    24

AMS 000998

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MCGEE, CHERYL**

AUSTIN, TX 78748

SS#:

#0162
Married/01

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**   Runs:  **1- 6**
Check Date:      **07/30/2012**                Weeks:  **2-13**
                                               Qtr:        1
                                               Page:      24

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001049



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

MCGEE, CHERYL  #0162  Married/01
AUSTIN, TX 78748  Salary:
SS#:

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001097

**MCGEE, CHERYL**                    #0162
                                     Married/01
AUSTIN, TX 78748          Salary: ▮▮▮▮
SS#: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | REDACTED | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC            **Earnings Record**

Period Covered:  **07/01/2010 - 07/31/2010**    Runs: 13- 14
Check Date:      **07/30/2012**                 Weeks: 28-30
                                                Qtr:        3
                                                Page:      24

AMS 000770

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MILLER, AMBER T**                                    #0019
                                                       Married/00
                                      Salary:
AUSTIN, TX  78735
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | REDACTED | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC            **Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**   Runs:  1- 6
Check Date:      **07/30/2012**                 Weeks:  2-12
                                                Qtr:       1
                                                Page:      5

AMS 000821

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MILLER, AMBER T**   #0019
Married/00
Salary: ▇▇▇
AUSTIN, TX 78735
SS#: ▇▇▇

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



| Client: YA7 | | Period Covered: 04/01/2009 - 06/30/2009 | Runs: 7 - 12 |
|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: 07/30/2012 | Weeks: 15-25 |
| | | | Qtr: 2 |
| | | | Page: 5 |

AMS 000872

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **MILLER, AMBER T** | | | | | #0019<br>Married/00 | | | | | |
| AUSTIN, TX  78735<br>SS#: | | Salary: | | | | | | | | |
| Week<br># | Check<br>Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay<br>Check # |
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee<br>Totals | | | | | | | | | | |


EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date: **07/30/2012**    Weeks: 28-39
Qtr:    3
Page:    5

AMS 000929

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**MILLER, AMBER T**                    #0019
                                  Married/00
                          Salary:
AUSTIN, TX 78735
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**    Runs: 19- 24
Check Date:      **07/30/2012**                 Weeks: 41-50
                                                Qtr:        4
                                                Page:       5

AMS 000979

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MILLER, AMBER T**                                 #0019
                                          Married/00
                              Salary:
AUSTIN, TX 78735
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



| Client: YA7 | | Period Covered: | 01/01/2010 - 03/31/2010 | Runs: 1- 6 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | 07/30/2012 | Weeks: 2-13 |
| | | | | Qtr: 1 |
| | | | | Page: 5 |

AMS 001029

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MILLER, AMBER T**  #0019  Married/00

AUSTIN, TX 78735

SS#:

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**     Runs:  7- 12
Check Date:  **07/30/2012**     Weeks: 15-25
Qtr:     2
Page:     5

AMS 001078

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MILLER, AMBER T**            #0019
                    Married/00
                Salary:
AUSTIN, TX  78735
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2010 - 07/31/2010**   Runs: 13- 14
Check Date:      **07/30/2012**                 Weeks: 28-30
                                                Qtr:        3
                                                Page:       5

AMS 000814

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MIRANDA,GILBERTO F**
AUSTIN, TX 78704
SS#:

#0205
Single/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**   Runs:  1- 6
Check Date:      **07/30/2012**                 Weeks:  2-12
                                                Qtr:     1
                                                Page:   49

AMS 000865

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MIRANDA,GILBERTO F**    #0205
AUSTIN, TX 78704    Single/02
SS#:    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | REDACTED | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**    Runs: 7- 12
Check Date:    **07/30/2012**    Weeks: 15-25
Qtr:    2
Page:    49

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000913

**MIRANDA,GILBERTO F**  T #0205
AUSTIN, TX 78703  Single/02
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | REDACTED | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**
Check Date: **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:  3
Page:  46

AMS 000964

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MIRANDA,GILBERTO F**

AUSTIN, TX 78703

SS#:

#0205
Single/02

Rate:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | REDACTED | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **10/01/2009** - **12/31/2009** | Runs: 19- 24 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 41-50 |
| | | Qtr:     4 |
| | | Page:    40 |

AMS 001014

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MIRANDA,GILBERTO F**
AUSTIN, TX 78704
SS#:

#0205
Single/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 04 | 1/29/10 | | | | | | REDACTED | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2010 - 03/31/2010**   Runs: 1- 6
Check Date:    **07/30/2012**             Weeks: 2-13
                                          Qtr:     1
                                          Page:   40

AMS 000790

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MONDA, VALERIE M**                              #0158
                                          Single/01
AUSTIN, TX  78703          Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7                                  Period Covered:  **01/01/2009 - 03/31/2009**   Runs:  1- 6
AUSTIN MONTESSORI SCHOOL INC                   Check Date:       **07/30/2012**                Weeks:  2-12
                          **Earnings Record**                                                  Qtr:        1
                                                                                               Page:      25

AMS 000841

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MONDA, VALERIE M**
AUSTIN, TX 78703
SS#: 

#0158
Single/01
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |


Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:      **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:       2
Page:     25

AMS 000892

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MONDA, VALERIE M**                                    #0158
                                                       Single/01
AUSTIN, TX  78703                     Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7                                                    Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**         Check Date:      **07/30/2012**                Weeks: 28-39
                                                                                                                 Qtr:      3
                                                                                                                 Page:    25

AMS 000947

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MONDA, VALERIE M**
AUSTIN, TX 78703
SS#:

#0158
Single/01
Rate:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | REDACTED | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009** - **12/31/2009**
Check Date: **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:       4
Page:     23

AMS 000997

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MONDA, VALERIE M**                    #0158
                                        Single/01
AUSTIN, TX 78703          Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | REDACTED | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**     Runs:  1- 6
Check Date:      **07/30/2012**                  Weeks: 2-13
                                                 Qtr:       1
                                                 Page:     23

AMS 001048



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|------------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

MONDA, VALERIE M    #0158    Single/01
AUSTIN, TX 78703    Salary:
SS#:

REDACTED

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)


EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**    Runs:  7- 12
Check Date:  **07/30/2012**    Weeks: 15-25
Qtr:    2
Page:    24

AMS 001096

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MONDA, VALERIE M**
AUSTIN, TX 78757
SS#:

#0158
Single/01
Rate:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2010 - 07/31/2010**  Runs: 13- 14
Check Date: **07/30/2012**  Weeks: 28-30
Qtr:  3
Page:  23

AMS 000771

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| OBRIEN, LOIS Y | | | | #0020 | | | | | | |
| AUSTIN, TX 78736 | | Salary: | | Married/00 | | | | | | |
| SS#: ▓▓▓▓ | | | | ▓▓▓▓ | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



EASYPAY

| Client:  YA7 | | Period Covered: | 01/01/2009 - 03/31/2009 | Runs:  1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | 07/30/2012 | Weeks: 2-12 |
| | | | | Qtr:  1 |
| | | | | Page:  6 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000822



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

**OBRIEN, LOIS Y**  #0020
AUSTIN, TX 78736   Salary:   Married/00
SS#:



EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**
Check Date: **07/30/2012**

Runs: 7- 12
Weeks: 15-25
Qtr: 2
Page: 6

AMS 000873

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

OBRIEN, LOIS Y    #0020
AUSTIN, TX 78736    Married/00
SS#:    Salary:



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**   Runs: 13- 18
Check Date: **07/30/2012**   Weeks: 28-39
Qtr:  3
Page:  6

AMS 000930

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**OBRIEN, LOIS Y**
AUSTIN, TX 78736
SS#:

#0020
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009** - **12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:        4
Page:       6

AMS 000980

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

OBRIEN, LOIS Y          #0020
                        Married/00
AUSTIN, TX 78736   Salary:
SS#:

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**   Runs:  **1- 6**
Check Date:      **07/30/2012**                 Weeks: **2-13**
                                                Qtr:      **1**
                                                Page:     **6**

AMS 001030

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**OBRIEN, LOIS Y**   #0020   Married/00
AUSTIN, TX 78736   Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**   Runs: 7- 12
Check Date:   **07/30/2012**         Weeks: 15-25
                                              Qtr:      2
                                              Page:     6

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001079

| OBRIEN, LOIS Y | | | | #0020 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AUSTIN, TX 78736 | | | | Salary: | Married/00 | | | | | |
| SS#: | | | | | | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | REDACTED | | | | | |
| Employee Totals | | | | | | | | | | |



| Client: YA7 | | Period Covered: | 07/01/2010 - 07/31/2010 | Runs: 13- 14 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | 07/30/2012 | Weeks: 28-30 |
| | | | | Qtr: 3 |
| | | | | Page: 6 |

AMS 000920

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

OSBORNE,CALLIE J
AUSTIN, TX 78704
SS#:

#0212
Single/01
Salary:

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**      Runs: 13- 18
Check Date:        **07/30/2012**                         Weeks: 28-39
                                                                              Qtr:          3
                                                                              Page:       53

AMS 000970

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**OSBORNE, CALLIE J**  #0212  Single/01

AUSTIN, TX 78704  Salary:

SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**    Runs: 19-24
Check Date: **07/30/2012**    Weeks: 41-50
Qtr: 4
Page: 46

AMS 001020

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

#0212

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| | |
|---|---|
| Client: YA7 | |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** |

| Period Covered: | 01/01/2010 - 03/31/2010 | Runs: | 1- 6 |
|---|---|---|---|
| Check Date: | 07/30/2012 | Weeks: | 2-13 |
| | | Qtr: | 1 |
| | | Page: | 46 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001069

#0212

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**    Runs:  7- 12
Check Date:      **07/30/2012**                 Weeks: 15-25
                                                Qtr:       2
                                                Page:      45

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001109

OSBORNE, CALLIE J    #0212
Single/01
Salary:
AUSTIN, TX 78704
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|------------|-------|----------|------|-------|--------|---------------|-------------------|------------|------------------|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2010 - 07/31/2010**   Runs: 13- 14
Check Date:  **07/30/2012**   Weeks: 28-30
Qtr:  3
Page:  36

AMS 000776

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**PIPPINS, JERRY W**                #0109
AUSTIN, TX 78748        Salary:    Married/01
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009** - **03/31/2009**    Runs:  1- 6
Check Date:      **07/30/2012**                     Weeks: 2-12
                                                    Qtr:      1
                                                    Page:    11

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000827



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

PIPPINS, JERRY W  #0109  Married/01  AUSTIN, TX 78748  SS#:  Salary:

AMS 000878

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PIPPINS, JERRY W**                #0109
                                Married/01
AUSTIN, TX 78748      Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**   Runs: 13- 18
Check Date:      **07/30/2012**                Weeks: 28-39
                                              Qtr:      3
                                              Page:    11

AMS 000935

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| PIPPINS, JERRY W | | | #0109 Married/01 | | | | | |
| AUSTIN, TX 78748 SS#: | | | Salary: | | | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



| Client: YA7 AUSTIN MONTESSORI SCHOOL INC | Earnings Record | Period Covered: 10/01/2009 - 12/31/2009 Check Date: 07/30/2012 | Runs: 19- 24 Weeks: 41-50 Qtr: 4 Page: 11 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000985

**PIPPINS, JERRY W**
AUSTIN, TX 78748
SS#:

#0109
Married/01
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2010 - 03/31/2010**    Runs: 1- 6
Check Date: **07/30/2012**    Weeks: 2- 13
Qtr: 1
Page: 11

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001035

PIPPINS, JERRY W

#0109
Married/01

AUSTIN, TX 78748
SS#:

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | REDACTED | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**    Runs:  7- 12
Check Date:      **07/30/2012**                 Weeks: 15-25
                                                 Qtr:       2
                                                 Page:     11

AMS 001084

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

PIPPINS, JERRY W

AUSTIN, TX 78748
SS#:

#0109
Married/01

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

EASYPAY

Client: YA7

AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2010 - 07/31/2010**   Runs: 13- 14
Check Date:     **07/30/2012**            Weeks: 28-30
                                          Qtr:      3
                                          Page:     11

AMS 000805

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PIPPINS,NICHOLAS**
AUSTIN, TX 78748                Salary:
SS#:

#0196
Single/01

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**    Runs:  1- 6
Check Date:     **07/30/2012**                 Weeks: 2-12
                                               Qtr:      1
                                               Page:    40

AMS 000856

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PIPPINS,NICHOLAS**
AUSTIN, TX  78748
SS#:

#0196
Single/01
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs: 7- 12
Check Date:     **07/30/2012**              Weeks: 15-25
                                           Qtr:       2
                                           Page:     40

AMS 000906

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

PIPPINS,NICHOLAS                          T #0196
                                          Single/01
AUSTIN, TX  78748
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009** - **09/30/2009**    Runs: 13- 18
Check Date:      **07/30/2012**                     Weeks: 28-39
                                                    Qtr:       3
                                                    Page:      39

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000792

**PORTER, LINDSAY**
AUSTIN, TX 78745
SS#:

#0164
Married/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009** - **03/31/2009**     Runs: 1- 6
Check Date: **07/30/2012**     Weeks: 2-12
Qtr: 1
Page: 27

AMS 000843



PORTER, LINDSAY                                    #0164
                                                  Married/02
AUSTIN, TX 78745              Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC          Earnings Record

Period Covered:  04/01/2009 - 06/30/2009   Runs:  7- 12
Check Date:      07/30/2012               Weeks: 15-25
                                         Qtr:      2
                                         Page:     27

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000894

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

PORTER, LINDSAY

AUSTIN, TX 78745

SS#:

T #0164
Married/02

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | REDACTED | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7

AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:  **07/30/2012**    Weeks: 28-39
   Qtr:  3
   Page:  27

AMS 000780

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RIVAS-RIVAS, ERIK A**                                    #0118
                                                          Single/02
AUSTIN, TX 78749                    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009** - **03/31/2009**   Runs:  1- 6
Check Date:      **07/30/2012**                    Weeks:  2-12
                                                   Qtr:        1
                                                   Page:      15

AMS 000831

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RIVAS-RIVAS, ERIK A**                          #0118
                                                 Single/02
AUSTIN, TX  78749          Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:  **04/01/2009** - **06/30/2009**     Runs:  7- 12
Check Date:      **07/30/2012**                       Weeks: 15-25
                                                      Qtr:      2
                                                      Page:    15

AMS 000882

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RIVAS-RIVAS, ERIK A**

AUSTIN, TX 78749
SS#:

#0118
Single/02

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**
Check Date: **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr: 3
Page: 15

AMS 000939

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RIVAS-RIVAS, ERIK A**
AUSTIN, TX 78749
SS#:

#0118
Single/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**      Runs: 19- 24
Check Date:      **07/30/2012**                 Weeks: 41-50
                                                Qtr:        4
                                                Page:      15

AMS 000989

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RIVAS-RIVAS, ERIK A**                    #0118
                                            Single/02
AUSTIN, TX 78749           Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | REDACTED | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY     Client: YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**   Runs:  1- 6
Check Date:      **07/30/2012**                 Weeks:  2-13
                                                Qtr:      1
                                                Page:    15

AMS 001039

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RIVAS-RIVAS, ERIK A**                     #0118
                                         Single/02
AUSTIN, TX 78749        Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**     Runs:  7 - 12
Check Date:      **07/30/2012**                  Weeks: 15-25
                                                 Qtr:       2
                                                 Page:     15

AMS 001088

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RIVAS-RIVAS, ERIK A**    #0118 Single/02

AUSTIN, TX 78749    Salary:

SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2010 - 07/31/2010**    Runs: 13- 14
Check Date:    **07/30/2012**    Weeks: 28-30
Qtr:    3
Page:    15

AMS 000773

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**ROMINE, DONNA**

AUSTIN, TX 78732

SS#:

#0042
Single/03

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | REDACTED | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



**EASYPAY**

Client: YA7

AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**   Runs: 1- 6
Check Date: **07/30/2012**   Weeks: 2-12
Qtr: 1
Page: 8

AMS 000824

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

**ROMINE, DONNA**
AUSTIN, TX 78732
SS#:
#0042
Single/03
Salary:



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  04/01/2009 - 06/30/2009
Check Date:  07/30/2012

Runs:  7- 12
Weeks: 15-25
Qtr:  2
Page:  8

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000875

**ROMINE, DONNA**
AUSTIN, TX 78732
SS#:

#0042
Single/03
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:      **07/30/2012**                  Weeks: 28-39
                                                 Qtr:      3
                                                 Page:     8

AMS 000932

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**ROMINE, DONNA**
AUSTIN, TX 78732
SS#:

#0042
Single/03
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**    Runs: 19- 24
Check Date: **07/30/2012**    Weeks: 41-50
    Qtr: 4
    Page: 8

AMS 000982

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**ROMINE, DONNA**
AUSTIN, TX 78732
SS#:

#0042
Single/03
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | REDACTED | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010** - **03/31/2010**    Runs:  1- 6
Check Date:      **07/30/2012**                     Weeks:  2-13
                                                    Qtr:     1
                                                    Page:    8

AMS 001032

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | REDACTED | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

ROMINE, DONNA
AUSTIN, TX 78732
SS#:
#0042
Single/03
Salary:



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2010 - 06/30/2010**
Check Date: **07/30/2012**

Runs: 7- 12
Weeks: 15-25
Qtr:        2
Page:       8

AMS 001081

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**ROMINE, DONNA**
AUSTIN, TX 78732
SS#:

#0042
Single/03
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **07/01/2010 - 07/31/2010**     Runs: 13- 14
Check Date:          **07/30/2012**                          Weeks: 28-30
                                                                             Qtr:          3
                                                                             Page:        8

AMS 000772

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

RUIZ, MARGARITA
AUSTIN, TX 78732
SS#:
#0022
Married/01
Rate:
Salary:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**     Runs:  1- 6
Check Date:      **07/30/2012**                  Weeks:  2-12
                                                 Qtr:      1
                                                 Page:     7

AMS 000823

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RUIZ, MARGARITA**
AUSTIN, TX 78732
SS#:

#0022
Married/01
Rate:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs:  7 - 12
Check Date:  **07/30/2012**    Weeks: 15-25
Qtr:  2
Page:  7

AMS 000874

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RUIZ, MARGARITA**
AUSTIN, TX 78732
SS#:

#0022
Married/01
Rate:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:  **07/30/2012**    Weeks: 28-39
Qtr:    3
Page:    7

AMS 000931

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RUIZ, MARGARITA**
AUSTIN, TX 78732
SS#:

#0022
Married/01
Rate:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**

Runs: 19-24
Weeks: 41-50
Qtr:  4
Page:  7

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000981

**RUIZ, MARGARITA**
AUSTIN, TX 78732
SS#:

#0022
Married/01
Rate:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**    Runs:  1- 6
Check Date:      **07/30/2012**                Weeks:  2-13
                                              Qtr:       1
                                              Page:      7

AMS 001031

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RUIZ, MARGARITA**
AUSTIN, TX 78732
SS#:

#0022
Married/01
Rate:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | REDACTED | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**    Runs:  7 - 12
Check Date:      **07/30/2012**                  Weeks: 15 - 25
                                                 Qtr:        2
                                                 Page:       7

AMS 001080

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | REDACTED | | | | | |
| Employee Totals | | | | | | | | | | |



| Client: YA7 | | Period Covered: | 07/01/2010 - 07/31/2010 | Runs: 13- 14 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | 07/30/2012 | Weeks: 28-30 |
| | | | | Qtr: 3 |
| | | | | Page: 7 |

AMS 000797

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SANSONI,FRANCOISE**                #0178
                                     Single/01
AUSTIN, TX 78745    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC                    **Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**    Runs:   1-  6
Check Date:      **07/30/2012**                 Weeks:  2-12
                                                Qtr:       1
                                                Page:     32

AMS 000848

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SANSONI,FRANCOISE**  #0178  Single/01
AUSTIN, TX 78745   Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |


EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009** - **06/30/2009**   Runs:  7- 12
Check Date:      **07/30/2012**                    Weeks: 15-25
                                                   Qtr:       2
                                                   Page:     32

AMS 000899

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| SANSONI,FRANCOISE | | T #0178 |
|---|---|---|
| AUSTIN, TX 78745 | | Single/01 |
| SS#: | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



| Client: YA7 | | Period Covered: | **07/01/2009 - 09/30/2009** | Runs: 13- 18 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 28-39 |
| | | | | Qtr:        3 |
| | | | | Page:      32 |

AMS 000796

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SCHILLER, JENNIFER A**
#0177
Single/01
AUSTIN, TX 78703
SS#:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**    Runs: 1- 6
Check Date: **07/30/2012**    Weeks: 2-12
Qtr: 1
Page: 31

AMS 000847

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SCHILLER, JENNIFER A**
AUSTIN, TX 78703
SS#:

#0177
Single/01
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs:  7- 12
Check Date:  **07/30/2012**    Weeks: 15-25
Qtr:  2
Page:  31

AMS 000898

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SCHILLER, JENNIFER A**
AUSTIN, TX 78703
SS#: ███████

T #0177
Single/01

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | REDACTED | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **07/01/2009 - 09/30/2009** | Runs: 13- 18 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 28-39 |
| | | Qtr: 3 |
| | | Page: 31 |

AMS 000788

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SCOTT, NANCY J**
AUSTIN, TX 78756
SS#:

#0153
Single/99

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | REDACTED | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |


ADP EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**
Check Date: **07/30/2012**

Runs: 1- 6
Weeks: 2-12
Qtr: 1
Page: 23

AMS 000839

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**SCOTT, NANCY J**  
AUSTIN, TX 78756  
SS#: ▓▓▓▓

#0153  
Single/99  
Salary: ▓▓▓

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | REDACTED | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



**EASYPAY**

Client: YA7  
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**   Runs:  7- 12  
Check Date:    **07/30/2012**      Weeks: 15-25  
                  Qtr:    2  
                  Page:   23

AMS 000890

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**SCOTT, NANCY J**
AUSTIN, TX  78756
SS#: 

T #0153
Single/99

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | REDACTED | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



| | | | | |
|---|---|---|---|---|
| Client: YA7 | | Period Covered: | 07/01/2009 - 09/30/2009 | Runs: 13- 18 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | 07/30/2012 | Weeks: 28-39 |
| | | | | Qtr:        3 |
| | | | | Page:       23 |

AMS 000798

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNEED, WILLIAM**
AUSTIN, TX 78704
SS#:

#0181
Married/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | REDACTED | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**     Runs: 1- 6
Check Date: **07/30/2012**     Weeks: 2-12
Qtr: 1
Page: 33

AMS 000849

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNEED, WILLIAM**
#0181
Married/02
AUSTIN, TX 78704    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC        **Earnings Record**

Period Covered:  04/01/2009 - 06/30/2009    Runs:  7- 12
Check Date:  07/30/2012    Weeks: 15-25
Qtr:  2
Page:  33

AMS 000900

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNEED, WILLIAM**                    #0181
                                  Married/02
AUSTIN, TX  78704    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC                 **Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:      **07/30/2012**                 Weeks: 28-39
                                                Qtr:       3
                                                Page:     33

AMS 000952

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNEED, WILLIAM**    #0181
AUSTIN, TX 78704    Salary:    Married/02
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009** - **12/31/2009**    Runs: 19- 24
Check Date:    **07/30/2012**    Weeks: 41-50
Qtr:    4
Page:    28

AMS 001002

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNEED, WILLIAM**

AUSTIN, TX 78704
SS#:

#0181
Married/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**   Runs:  1- 6
Check Date:      **07/30/2012**                 Weeks: 2- 13
                                                Qtr:       1
                                                Page:     28

AMS 001053

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNEED, WILLIAM**

AUSTIN, TX 78704
SS#:

#0181
Married/02

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | REDACTED | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**    Runs:  7 - 12
Check Date:      **07/30/2012**                 Weeks: 15 - 25
                                                Qtr:       2
                                                Page:     29

AMS 001101

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNEED, WILLIAM**
AUSTIN, TX 78704
SS#:

#0181
Married/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2010 - 07/31/2010**    Runs: 13- 14
Check Date:  **07/30/2012**    Weeks: 28-30
Qtr:  3
Page:  28

AMS 000774

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER, JOHN**

AUSTIN, TX 78748
SS#:

Salary:

#0044
Married/02

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**
Check Date:  **07/30/2012**

Runs:  1- 6
Weeks:  2-12
Qtr:  1
Page:  9

AMS 000815

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER,JOHN**

#0206
Married/02

AUSTIN, TX 78748
SS#:

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**    Runs: 1- 6
Check Date: **07/30/2012**    Weeks: 2-12
Qtr: 1
Page: 50

AMS 000825

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER, JOHN**
#0044
Married/02
Salary:
AUSTIN, TX 78748
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009** - **06/30/2009**    Runs:  7- 12
Check Date:  **07/30/2012**    Weeks: 15-25
Qtr:  2
Page:  9

AMS 000866

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER,JOHN**
#0206
Married/02
Salary:
AUSTIN, TX 78748
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009** - **06/30/2009**
Check Date: **07/30/2012**

Runs: 7 - 12
Weeks: 15-25
Qtr: 2
Page: 50

AMS 000876

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER, JOHN**

AUSTIN, TX 78748
SS#:

#0044
Married/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | REDACTED | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **07/01/2009 - 09/30/2009**   Runs: 13- 18
Check Date:        **07/30/2012**                Weeks: 28-39
                                                 Qtr:        3
                                                 Page:       9

AMS 000914

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER,JOHN**

AUSTIN, TX 78748
SS#:

T #0206
Married/02

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:      **07/30/2012**                Weeks: 28-39
                                              Qtr:      3
                                              Page:    47

AMS 000933

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER, JOHN**

AUSTIN, TX 78748
SS#:

#0044
Married/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | REDACTED | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



| Client:  YA7 | | Period Covered: | **10/01/2009** - **12/31/2009** | Runs: 19- 24 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 41-50 |
| | | | | Qtr:        4 |
| | | | | Page:        9 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000983

**SNYDER, JOHN**

AUSTIN, TX 78748
SS#:

#0044
Married/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | 01/01/2010 - 03/31/2010 | Runs: | 1- 6 |
|---|---|---|---|
| Check Date: | 07/30/2012 | Weeks: | 2-13 |
| | | Qtr: | 1 |
| | | Page: | 9 |

AMS 001033

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER, JOHN**     #0044

AUSTIN, TX 78748    Salary:   Married/02

SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: 04/01/2010 - 06/30/2010
Check Date: 07/30/2012

Runs: 7 - 12
Weeks: 15 - 25
Qtr: 2
Page: 9

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001082

**SNYDER, JOHN**                    #0044
                                   Married/02
                    Salary:
AUSTIN, TX 78748
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | REDACTED | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2010 - 07/31/2010**   Runs: 13 - 14
Check Date:      **07/30/2012**                 Weeks: 28 - 30
                                                Qtr:         3
                                                Page:        9

AMS 000793

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

SOLORIO, MARY Y                    #0170
                                   Married/00
AUSTIN, TX 78741        Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Client: YA7 | | Period Covered: | 01/01/2009 - 03/31/2009 | Runs: 1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | Earnings Record | Check Date: | 07/30/2012 | Weeks: 2-12 |
| | | | | Qtr: 1 |
| | | | | Page: 28 |

AMS 000844

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SOLORIO, MARY Y**          #0170

AUSTIN, TX 78741     Salary:     Married/00

SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| | |
|---|---|
| Period Covered: | **04/01/2009 - 06/30/2009** |
| Check Date: | **07/30/2012** |

Runs:  7 - 12
Weeks: 15-25
Qtr:  2
Page:  28

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000895



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| SOLORIO, MARY Y | | | | #0170 Married/00 | | | | | | |
| AUSTIN, TX 78741 SS#: | | | Salary: | | | | | | | |
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**
Check Date: **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:  3
Page:  28

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000949

**SOLORIO, MARY Y**
AUSTIN, TX 78741
SS#:

#0170
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**
Period Covered: **10/01/2009 - 12/31/2009**   Runs: 19- 24
Check Date: **07/30/2012**                      Weeks: 41-50
                                                Qtr:      4
                                                Page:    25

AMS 000999

SOLORIO, MARY Y
AUSTIN, TX 78741
SS#:

#0170
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

EASYPAY

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**   Runs:  1- 6
Check Date:  **07/30/2012**   Weeks:  2-13
Qtr:   1
Page:   25

AMS 001050

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

SOLORIO, MARY Y        #0170
AUSTIN, TX 78741        Married/00
Salary:

REDACTED



EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2010 - 06/30/2010**   Runs: 7- 12
Check Date:    **07/30/2012**                 Weeks: 15-25
                                              Qtr:      2
                                              Page:    26

AMS 001098

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SOLORIO, MARY Y**      #0170
AUSTIN, TX 78741     Salary:    Married/00
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2010 - 07/31/2010**    Runs: 13- 14
Check Date: **07/30/2012**    Weeks: 28-30
    Qtr: 3
    Page: 25

AMS 000789

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SUGGS, SHARON E**
DALE, TX 78616
SS#:

#0154
Single/02
Rate:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |


ADP EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**   Runs:  1- 6
Check Date:  **07/30/2012**   Weeks:  2-12
Qtr:  1
Page:  24

AMS 000840

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SUGGS, SHARON E**
#0154
Single/02

DALE, TX 78616
Rate:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **04/01/2009 - 06/30/2009**    Runs:  7- 12
Check Date:       **07/30/2012**                 Weeks: 15-25
                                                 Qtr:      2
                                                 Page:    24

AMS 000891

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

SUGGS, SHARON E
DALE, TX 78616
SS#:

#0154
Single/02
Rate:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009** - **09/30/2009**
Check Date:  **07/30/2012**

Runs: 13 - 18
Weeks: 28 - 39
Qtr:           3
Page:         24

AMS 001047

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SUGGS, SHARON E**
#0154
Single/02

DALE, TX 78616

Rate:

SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**    Runs:  7- 12
Check Date:       **07/30/2012**                 Weeks: 15-25
                                                 Qtr:      2
                                                 Page:    23

AMS 001095

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SUGGS, SHARON E**
DALE, TX 78616
SS#:

#0154
Married/02
Rate:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2010 - 07/31/2010**   Runs: 13- 14
Check Date: **07/30/2012**   Weeks: 28-30
Qtr: 3
Page: 22

AMS 000922

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | REDACTED | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

SWOPE, KATHRYN J
AUSTIN, TX 78745
SS#:

#0214
Single/01
Salary:

 EASYPAY

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**
Check Date: **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr: 3
Page: 55

AMS 000972

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SWOPE, KATHRYN J**

AUSTIN, TX 78745

SS#:

#0214
Single/01

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | REDACTED | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7

AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**    Runs: 19- 24
Check Date:  **07/30/2012**    Weeks: 41-50
Qtr:    4
Page:    48

AMS 001022

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

#0214

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | REDACTED | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**    Runs:  1- 6
Check Date:  **07/30/2012**    Weeks:  2-13
Qtr:    1
Page:    48

AMS 001071

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



#0214

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2010** - **06/30/2010**
Check Date:      **07/30/2012**

Runs: 7 - 12
Weeks: 15-25
Qtr:      2
Page:    47

AMS 001111

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| SWOPE,KATHRYN J | | | #0214 |
| AUSTIN, TX 78745 | | Salary: | Single/01 |
| SS#: | | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |



| Client: YA7 | | Period Covered: | 07/01/2010 - 07/31/2010 | Runs: 13 - 14 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | 07/30/2012 | Weeks: 28-30 |
| | | | | Qtr: 3 |
| | | | | Page: 38 |

AMS 000785

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**WEEKS, AMANDA E**   #0141
Single/01
AUSTIN, TX 78704   Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**   Runs:  1- 6
Check Date:    **07/30/2012**        Weeks:  2-12
Qtr:      1
Page:     20

AMS 000836

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**WEEKS, AMANDA E**
AUSTIN, TX  78757
SS#:

#0141
Single/01
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |


ADP
EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:      **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:       2
Page:     20

AMS 000887

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**WEEKS, AMANDA E**
AUSTIN, TX 78757
SS#:

#0141
Single/01
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**    Runs: 13 - 18
Check Date: **07/30/2012**    Weeks: 28 - 39
Qtr: 3
Page: 20

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000944

| WEEKS, AMANDA E | | #0141 Single/01 |
|---|---|---|
| AUSTIN, TX 78757 | Salary: | |
| SS#: | | |

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



| Client: YA7 | | | Period Covered: **10/01/2009** - **12/31/2009** | Runs: 19- 24 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | | **Earnings Record** | Check Date: **07/30/2012** | Weeks: 41-50 |
| | | | | Qtr: 4 |
| | | | | Page: 20 |

AMS 000994

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**WEEKS, AMANDA E**

AUSTIN, TX 78704
SS#:

#0141
Single/01
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2010 - 03/31/2010**   Runs: 1- 6
Check Date: **07/30/2012**   Weeks: 2-13
Qtr: 1
Page: 20

AMS 001044



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/10 | | | | | | | | | |
| 17 | 4/30/10 | | | | | | | | | |
| 19 | 5/14/10 | | | | | | | | | |
| 21 | 5/28/10 | | | | | | | | | |
| 23 | 6/15/10 | | | | | | | | | |
| 25 | 6/30/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

WEEKS, AMANDA E    #0141 Single/01
AUSTIN, TX 78757    Salary:
SS#:

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2010 - 06/30/2010**    Runs:  7- 12
Check Date:  **07/30/2012**    Weeks: 15-25
Qtr:  2
Page:  20

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001092



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/10 | | | | | | | | | |
| 30 | 7/30/10 | | | | | REDACTED | | | | |
| Employee Totals | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2010 - 07/31/2010**    Runs: 13 - 14
Check Date: **07/30/2012**    Weeks: 28 - 30
Qtr: 3
Page: 19

AMS 000801

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**WHEELER, KJERSTI**
#0189
Single/00

AUSTIN, TX 78740
Rate:

SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |


EASYPAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**    Runs:  1- 6
Check Date:  **07/30/2012**    Weeks:  2-12
Qtr:  1
Page:  36

AMS 000852



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

WHEELER,KJERSTI

AUSTIN, TX 78740
SS#:

T #0189
Single/00
Rate:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | REDACTED | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:  **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:  2
Page:  36