IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLINE CLARK, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. A-12-CA-007-SS |
| | § | |
| AUSTIN MONTESSORI SCHOOL, INC., | § | |
| Defendant. | § | JURY TRIAL DEMANDED |
| | § | |

## ORDER ON
## PLAINTIFF'S MOTION TO STRIKE PORTIONS OF
## THE AFFIDAVIT OF DAWN GLASGOW

After considering Plaintiff's Motion to Strike Portions of the Affidavit of Dawn Glasgow,

Defendant's response, if any, and all applicable legal authority, the Court finds Plaintiff's Motion

should be GRANTED.  The following statements from Glasgow's affidavit, submitted with

Defendant's Motion for Partial Summary Judgment [#28], are stricken and will not be considered

in determining Defendant's Motion for Partial Summary Judgment:

Paragraph 4:
AMS did not employ 50 or more employees for each working day during each of 20 or more calendar workweeks in either 2009 or 2010.  In fact, as reflected in the reports and spreadsheets, AMS did not employ 50 or more employees for each working day during *any* workweek in either 2009 or 2010.

Paragraph 5:
With regard to each individual listed in the attached reports and spreadsheets, with the exception of Kjersti Wheeler and Judy Johnson, AMS exercised control over the details of their work.

Paragraph 7:
The individuals listed in Paragraph 6 were not AMS's employees because AMS did not control, nor did it have the right to control, the details of their work.

Paragraph 9
The individuals listed in Paragraph 8 were neither AMS employees nor independent contractors.  AMS did not control, nor did it have the right to control, the details of their work.

1

2

SO ORDERED.

Signed this _____ day of _____, 2012.

_____
Honorable Sam Sparks
United States District Judge

2