IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLINE CLARK, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. A-12-CA-007-SS |
| | § | |
| AUSTIN MONTESSORI SCHOOL, INC., | § | |
| Defendant. | § | JURY TRIAL DEMANDED |
| | § | |

**ORDER DENYING DEFENDANT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT**

After considering Defendant's Motion for Partial Summary Judgment, Plaintiff's Response thereto, and all applicable legal authority, the Court finds that Defendant's Motion for Partial Summary Judgment should be DENIED.

Signed this _____ day of _____, 2012.

_____
The Honorable Sam Sparks
United States District Judge