IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLINE CLARK, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. A-12-CA-007-SS |
| | § | |
| AUSTIN MONTESSORI SCHOOL, INC., | § | |
| Defendant. | § | JURY TRIAL DEMANDED |
| | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT
&
SUSTAINING OBJECTIONS TO THE AMENDED AFFIDAVIT OF DAWN GLASGOW**

After considering Plaintiff's Motion for Partial Summary Judgment, Defendant's Response thereto, Plaintiff's Objections & Reply to Defendant's Response to Plaintiff's Motion for Partial Summary Judgment, and all applicable legal authority, the Court finds that Plaintiff's Objections should be SUSTAINED and Plaintiff's Motion for Partial Summary Judgment should be GRANTED.

The following statements from Glasgow's Amended Affidavit, submitted with Defendant's Response to Plaintiff's Motion for Partial Summary Judgment [#36], are stricken and were not considered in determining Plaintiff's Motion for Partial Summary Judgment:

Paragraph 5:
AMS did not employ 50 or more employees for each working day during each of 20 or more calendar workweeks in either 2009 or 2010. In fact, as reflected in the reports and spreadsheets, AMS did not employ 50 or more employees for each working day during *any* workweek in either 2009 or 2010.

Paragraph 6:
With regard to each individual listed in the attached reports and spreadsheets, with the exception of Kjersti Wheeler and Judy Johnson, AMS exercised control over the details of their work.

Paragraph 7:
In 2009 and 2010, at various times, the following individuals provided certain services to AMS as independent contractors[.]


SO ORDERED.


Signed this _____ day of _____, 2012.


_____

The Honorable Sam Sparks
United States District Judge