# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

Caroline Clark §

§    CIVIL NO:

vs. §    AU:12-CV-00007-SS

§

Austin Montessori School, Inc. §

## ORDER SETTING ALL PENDING MATTERS

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **ALL PENDING MATTERS** in Courtroom 2, on the First Floor of the United States Courthouse, 200 West Eighth Street, Austin, TX, on **Friday, September 07, 2012 at 02:00 PM**.

IT IS SO ORDERED this 22nd day of August, 2012.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE