# EXHIBIT A

AMS 000766

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GOERTZ, DONALD C.**
#0003
Married/00
AUSTIN, TX  78703
Salary: ▉▉▉▉
SS#: ▉▉▉▉▉▉

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



| Client: YA7 | | Period Covered: | **01/01/2009 - 03/31/2009** | Runs: 1- 6 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 2-12 |
| | | | | Qtr: 1 |
| | | | | Page: 1 |

AMS 000767

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, THOMAS W**

AUSTIN, TX 78745

SS#: ▮▮▮▮▮▮▮

#0004
Married/00

Salary: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



**EASY PAY**

Client: YA7

AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**
Check Date: **07/30/2012**

Runs: 1- 6
Weeks: 2-12
Qtr: 1
Page: 2

AMS 000768

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEIL, MARY L.**
AUSTIN, TX 78756
SS#: ▮▮▮▮▮▮▮

#0013
Married/03
Salary: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**
Check Date: **07/30/2012**
Runs: 1- 6
Weeks: 2-12
Qtr: 1
Page: 3

AMS 000769

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GOERTZ, DONNA B**

#0014
Married/00

AUSTIN, TX 78703
SS#:

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**     Runs:  1-  6
Check Date:      **07/30/2012**                  Weeks: 2-12
                                                 Qtr:      1
                                                 Page:     4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000770

**MILLER, AMBER T**                    #0019
                                   Married/00
                        Salary:
AUSTIN, TX  78735
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | REDACTED | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**     Runs:  1-  6
Check Date:      **07/30/2012**                  Weeks:  2-12
                                                 Qtr:        1
                                                 Page:       5

AMS 000771

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

OBRIEN, LOIS Y          #0020
                        Married/00
AUSTIN, TX  78736    Salary:
SS#:

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:   **01/01/2009 - 03/31/2009**     Runs:  1-   6
Check Date:       **07/30/2012**                  Weeks:  2-12
                                                  Qtr:       1
                                                  Page:      6

AMS 000772

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RUIZ, MARGARITA**

AUSTIN, TX 78732
SS#:

#0022
Married/01
Rate:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| | | |
|---|---|---|
| Client: YA7 | | Period Covered: **01/01/2009 - 03/31/2009** |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: **07/30/2012** |

Runs: 1- 6
Weeks: 2-12
Qtr: 1
Page: 7

AMS 000773

**ROMINE, DONNA** #0042
Single/03
AUSTIN, TX 78732
SS#:                     Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| | | | |
|---|---|---|---|
| Client: YA7 | | Period Covered: **01/01/2009 - 03/31/2009** | Runs: 1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: **07/30/2012** | Weeks: 2-12 |
| | | | Qtr: 1 |
| | | | Page: 8 |

EASYPAY

AMS 000774

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER, JOHN**
████
AUSTIN, TX  78748
SS#: ████

#0044
Married/02
Salary: ████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**     Runs:  1-  6
Check Date:  **07/30/2012**     Weeks:  2-12
Qtr:     1
Page:     9

AMS 000775

**MAREEN, VERONIQUE M**
AUSTIN, TX 78739
SS#: █████████

#0084
Single/01
Salary: █████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**EASY PAY** (ADP)

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**
Check Date:         **07/30/2012**

Runs:   1-   6
Weeks:  2-12
Qtr:           1
Page:        10

AMS 000776

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PIPPINS, JERRY W**

#0109
Married/01

AUSTIN, TX  78748
SS#: ▉▉▉▉▉▉

Salary: ▉▉▉▉▉

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASY PAY

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**
Check Date:      **07/30/2012**

Runs:  1-  6
Weeks:  2-12
Qtr:        1
Page:      11

AMS 000777

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GLASGOW, DAWN D.**
AUSTIN, TX 78735
SS#: ▮▮▮▮▮▮

#0115
Married/03
Salary: ▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **01/01/2009 - 03/31/2009**   Runs:  1-  6
Check Date:       **07/30/2012**              Weeks:  2-12
                                              Qtr:       1
                                              Page:     12

AMS 000778

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEVIRTZ, JESSE**  #0116  Married/00
AUSTIN, TX 78735  Salary: ▉
SS#: ▉

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| | | |
|---|---|---|
| **EASY PAY** | Client: YA7 AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** |

Period Covered: **01/01/2009 - 03/31/2009**    Runs: 1- 6
Check Date: **07/30/2012**    Weeks: 2-12
Qtr: 1
Page: 13

AMS 000779

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**EAGLE, ANGELA**  
AUSTIN, TX 78745  
SS#: ▓▓▓▓▓▓

#0117  
Married/02  
Salary: ▓▓▓▓▓▓

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**  
Check Date: **07/30/2012**

Runs: 1- 6  
Weeks: 2-12  
Qtr: 1  
Page: 14

AMS 000780

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RIVAS-RIVAS, ERIK A**                                        #0118
                                                   Single/02
AUSTIN, TX  78749              Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**    Runs:  1-  6
Check Date:     **07/30/2012**                  Weeks: 2-12
                                                Qtr:       1
                                                Page:     15

AMS 000781

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**FISCHER, BRANDI**

AUSTIN, TX 78752

SS#:

#0130
Single/05

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

EASY PAY

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**
Check Date:  **07/30/2012**

Runs:  1-  6
Weeks:  2-12
Qtr:  1
Page:  16

AMS 000782

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, GWENDOLYN**                         #0134
                                             Married/00
AUSTIN, TX  78745          Salary:  ▮▮▮▮▮
SS#: ▮▮▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| **EASYPAY** | Client: YA7 | | Period Covered: | **01/01/2009 - 03/31/2009** | Runs: 1- 6 |

EASYPAY    Client:  YA7
AUSTIN MONTESSORI SCHOOL INC           **Earnings Record**

Period Covered:  **01/01/2009  -  03/31/2009**    Runs: 1-  6
Check Date:        **07/30/2012**                          Weeks: 2-12
                                                                    Qtr:        1
                                                                    Page:     17

AMS 000783

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BEASLEY, KIMBERLY D**                          #0136
                                        Married/01
AUSTIN, TX  78748              Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**    Runs:  1-  6
Check Date:          **07/30/2012**                        Weeks:  2-12
                                                                        Qtr:          1
                                                                        Page:        18

AMS 000784

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**AGUILAR, SOCORRO A**                    #0138
                                      Single/02
                            Salary: ▮▮▮▮▮
AUSTIN, TX  78741
SS#: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | Client: YA7 | | Period Covered: | **01/01/2009 - 03/31/2009** | Runs: 1- 6 |
|---|---|---|---|---|---|
| **ADP EASY PAY** | AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 2-12 |
| | | | | | Qtr: 1 |
| | | | | | Page: 19 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000785

**WEEKS, AMANDA E**                    #0141
                                    Single/01
                          Salary:
AUSTIN, TX  78704
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**    Runs:  1-  6
Check Date:      **07/30/2012**               Weeks: 2-12
                                              Qtr:       1
                                              Page:     20

AMS 000786

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**AKEN, JOSEPH**                    #0146
                                Single/00
AUSTIN, TX  78704    Salary: ████████
SS#: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

EASYPAY          Client:  YA7
                 AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**    Runs: 1- 6
Check Date:     **07/30/2012**                 Weeks: 2-12
                                               Qtr:      1
                                               Page:    21

AMS 000787

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LONDON, NATALIE**
AUSTIN, TX 78702
SS#: ███████

#0149
Single/02
Salary: ████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**     Runs:  1-  6
Check Date:  **07/30/2012**     Weeks:  2-12
Qtr:  1
Page:  22

AMS 000788

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SCOTT, NANCY J**

AUSTIN, TX 78756
SS#:

Salary:

#0153
Single/99

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**
Check Date:  **07/30/2012**

Runs:  1-  6
Weeks:  2-12
Qtr:  1
Page:  23

AMS 000789

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SUGGS, SHARON E**    #0154 Single/02

DALE, TX 78616    Rate: ▇▇▇▇

SS#: ▇▇▇▇▇▇



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**    Runs: 1- 6
Check Date: **07/30/2012**    Weeks: 2-12
Qtr: 1
Page: 24

AMS 000790

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MONDA, VALERIE M**                          #0158
                                         Single/01
AUSTIN, TX 78703              Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**   Runs:  1-  6
Check Date:      **07/30/2012**                 Weeks: 2-12
                                                Qtr:      1
                                                Page:    25

AMS 000791

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MCGEE, CHERYL**                                #0162
                                                 Married/01
AUSTIN, TX  78748                   Salary: ███
SS#: ███

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**    Runs:  1-  6
Check Date:      **07/30/2012**                 Weeks: 2-12
                                                Qtr:      1
                                                Page:    26

AMS 000792

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PORTER, LINDSAY**  #0164
Married/02
AUSTIN, TX 78745    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**     Runs:  1- 6
Check Date:  **07/30/2012**              Weeks:  2-12
Qtr:     1
Page:    27

AMS 000793

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SOLORIO, MARY Y**  #0170
Married/00
AUSTIN, TX 78741  Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

AMS 000794

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**FRIEDMAN, LORI A**  #0171
Married/02
AUSTIN, TX 78704  Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**   Runs:  1-  6
Check Date:  **07/30/2012**   Weeks:  2-12
Qtr:  1
Page:  29

AMS 000795

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BOWNESS,SONAL**   #0173
   Married/00
AUSTIN, TX  78735   Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**   Runs:  1-  6
Check Date:   **07/30/2012**   Weeks:  2-12
   Qtr:   1
   Page:   30

AMS 000796

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SCHILLER, JENNIFER A**

#0177
Single/01

AUSTIN, TX  78703
SS#:                       Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | REDACTED | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**
Check Date:       **07/30/2012**

Runs:  1- 6
Weeks: 2-12
Qtr:         1
Page:      31

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000797

**SANSONI,FRANCOISE**                                    #0178
                                                        Single/01
AUSTIN, TX  78745              Salary: ▮▮▮▮▮
SS#: ▮▮▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



| Client: YA7 | | | Period Covered: **01/01/2009 - 03/31/2009** | Runs: 1- 6 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | | **Earnings Record** | Check Date: **07/30/2012** | Weeks: 2-12 |
| | | | | Qtr: 1 |
| | | | | Page: 32 |

AMS 000798

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNEED, WILLIAM**
#0181
Married/02
AUSTIN, TX  78704
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | 01/01/2009 - 03/31/2009 | Runs:  1- 6 |
|---|---|---|
| Check Date: | 07/30/2012 | Weeks:  2-12 |
| | | Qtr:      1 |
| | | Page:    33 |

AMS 000799

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MAHNKEN, AMY E.**

AUSTIN, TX  78747
SS#:

#0184
Single/01
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**
Check Date:  **07/30/2012**

Runs:  1- 6
Weeks:  2-12
Qtr:  1
Page:  34

AMS 000800

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BROWN, AMANDA S**
█████████████
AUSTIN, TX 78759
SS#: ████████

#0187
Single/01
Salary: ██████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| Client: YA7 | | Period Covered: | **01/01/2009 - 03/31/2009** | Runs: 1- 6 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 2-12 |
| | | | | Qtr: 1 |
| | | | | Page: 35 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000801

**WHEELER,KJERSTI**

#0189
Single/00

Rate:

AUSTIN, TX  78740
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **01/01/2009 - 03/31/2009** | Runs:  1-  6 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks:  2-12 |
| | | Qtr:      1 |
| | | Page:    36 |

AMS 000802

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BANKS,JANNA S**
#0191
Married/05

AUSTIN, TX 78745
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**
Check Date:      **07/30/2012**

Runs:  1-  6
Weeks: 2-12
Qtr:       1
Page:    37

AMS 000803

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LARSON,ERIN B**
#0193
Married-Sep/04
AUSTIN, TX  78735
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | REDACTED | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**      Runs: 1- 6
Check Date:          **07/30/2012**                       Weeks: 2-12
                                                                           Qtr:        1
                                                                           Page:     38

AMS 000804

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**CLARK,CAROLINE A**                                   #0195
                                                Married/00
AUSTIN, TX 78733                    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| Client: YA7 | | Period Covered: | **01/01/2009 - 03/31/2009** | Runs: 1- 6 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 2-12 |
| | | | | Qtr: 1 |
| | | | | Page: 39 |

AMS 000805

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PIPPINS,NICHOLAS**                                    #0196
                                                  Single/01
AUSTIN, TX  78748           Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**       Runs:  1-  6
Check Date:       **07/30/2012**                    Weeks: 2-12
                                                    Qtr:      1
                                                    Page:    40

AMS 000806

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HOWARD,JACQUELINE**
#0197
Single/01
AUSTIN, TX 78704
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **01/01/2009 - 03/31/2009**     Runs:  1- 6
Check Date:       **07/30/2012**               Weeks: 2-12
                                               Qtr:      1
                                               Page:    41

AMS 000807

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**COLLINS,MARY ANN**  #0198
Married/02
AUSTIN, TX  78748
SS#:  Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

**ADP EASY PAY**

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**   Runs:  1- 6
Check Date:  **07/30/2012**   Weeks:  2-12
Qtr:  1
Page:  42

AMS 000808

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**JARRELL,KELLY**                                      #0199
███████████████                          Married/04
DRIPPINGSPRINGS, TX 78620    Salary:  ██████
SS#: ██████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**    Runs:  1- 6
Check Date:      **07/30/2012**                 Weeks: 2-12
                                                 Qtr:      1
                                                 Page:    43

AMS 000809

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BREEDING,ERIC D**                                    #0200
                                                      Single/02
AUSTIN, TX  78704        Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**     Runs:  1-  6
Check Date:        **07/30/2012**                Weeks: 2-12
                                                 Qtr:         1
                                                 Page:       44

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000810

**MARBLE,LESLIE S** #0201
Married/00
AUSTIN, TX 78731
SS#:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**   Runs: 1- 6
Check Date: **07/30/2012**   Weeks: 2-12
Qtr: 1
Page: 45

AMS 000811

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**DENTON,JOHNNIE**

AUSTIN, TX  78745
SS#:

#0202
Single/01

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**
Check Date:      **07/30/2012**

Runs:  1-  6
Weeks: 2-12
Qtr:        1
Page:      46

AMS 000812

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HEARNE,KATE**                                    #0203
                                            Married/04
                              Salary:    ▉▉▉▉▉▉
AUSTIN, TX  78746
SS#: ▉▉▉▉▉▉

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | REDACTED | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **01/01/2009 - 03/31/2009** | Runs: 1- 6 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 2-12 |
| | | Qtr: 1 |
| | | Page: 47 |

AMS 000813

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HUNT,LYNN A**
 ▉▉▉▉▉▉
AUSTIN, TX  78745
SS#: ▉▉▉▉▉▉

#0204
Single/01
Salary: ▉▉▉

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2009 - 03/31/2009**
Check Date:     **07/30/2012**

Runs:  1-  6
Weeks: 2-12
Qtr:        1
Page:      48

AMS 000814

**MIRANDA,GILBERTO F**
███████████
AUSTIN, TX 78704
SS#: ██████████

#0205
Single/02
Salary: ██████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**
Check Date:      **07/30/2012**
Runs:  1-  6
Weeks:  2-12
Qtr:        1
Page:      49

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000815

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER,JOHN**

AUSTIN, TX  78748
SS#:

#0206
Married/02

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/09 | | | | | | | | | |
| 04 | 1/30/09 | | | | | | | | | |
| 06 | 2/13/09 | | | | | REDACTED | | | | |
| 08 | 2/27/09 | | | | | | | | | |
| 10 | 3/13/09 | | | | | | | | | |
| 12 | 3/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2009 - 03/31/2009**
Check Date:         **07/30/2012**

Runs:  1-  6
Weeks:  2-12
Qtr:            1
Page:         50

AMS 000816

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# Client Totals

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT TOTALS | | | REDACTED | | | | | | | |

**Due to the sensitive nature of SSNs, we strongly recommend that you either do not display the SSN or mask the first 5 digits on your payroll reports. Since you have elected to display your employees' full SSNs on your reports, you should take all necessary precautions to safeguard these documents and to securely dispose of them. (You may change your selection to remove full SSNs from your reports at any time.)**



| Client:  YA7 | | Period Covered: | **01/01/2009 - 03/31/2009** | Runs:  1-  6 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks:  2-12 |
| | | | | Qtr:      1 |
| | | | | Page:    51 |

AMS 000817

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GOERTZ, DONALD C.**

#0003
Married/00

AUSTIN, TX 78703
SS#: ▌▌▌▌▌▌

Salary: ▌▌▌▌▌

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | REDACTED | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

**EASY PAY**    Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**    Runs: 7- 12
Check Date: **07/30/2012**    Weeks: 15-25
Qtr: 2
Page: 1

AMS 000818

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, THOMAS W**
#0004
Married/00
AUSTIN, TX 78745
Salary: ████████
SS#: ██████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:      **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:        2
Page:       2

AMS 000819

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEIL, MARY L.**

AUSTIN, TX  78756
SS#:

#0013
Married/03

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**
Check Date:        **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:          2
Page:        3

AMS 000820

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GOERTZ, DONNA B**

#0014
Married/00

AUSTIN, TX 78703
SS#:

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | | | |
|---|---|---|---|
| **EASY PAY** | Client: YA7<br>AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Period Covered: **04/01/2009 - 06/30/2009**   Runs: 7- 12<br>Check Date: **07/30/2012**   Weeks: 15-25<br>Qtr: 2<br>Page: 4 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000821



**MILLER, AMBER T**                              #0019
                                          Married/00
                                  Salary:

AUSTIN, TX  78735
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

| | Client:  YA7 | | Period Covered: | **04/01/2009 - 06/30/2009** | Runs:  7- 12 |
|---|---|---|---|---|---|
| EASYPAY | AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 15-25 |
| | | | | | Qtr:       2 |
| | | | | | Page:      5 |

AMS 000822

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**OBRIEN, LOIS Y**                     #0020
                                    Married/00
AUSTIN, TX  78736      Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**     Runs:  7- 12
Check Date:      **07/30/2012**                   Weeks: 15-25
                                                  Qtr:        2
                                                  Page:       6

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000823

**RUIZ, MARGARITA**

AUSTIN, TX 78732
SS#: ▮▮▮▮▮▮▮

#0022
Married/01
Rate: ▮▮▮▮▮▮
Salary: ▮▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **04/01/2009  -  06/30/2009**
Check Date:        **07/30/2012**

Runs:   7- 12
Weeks: 15-25
Qtr:          2
Page:        7

AMS 000824

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**ROMINE, DONNA**

AUSTIN, TX  78732
SS#: ▮▮▮▮▮▮

#0042
Single/03

Salary: ▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:         **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:           2
Page:          8

AMS 000825

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER, JOHN**
█████████
AUSTIN, TX 78748
SS#: ████████

#0044
Married/02
Salary: ██████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:  **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:  2
Page:  9

AMS 000826

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**MAREEN, VERONIQUE M**                    #0084
                                        Single/01
AUSTIN, TX  78735        Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | | | |
|---|---|---|---|
| **Client:  YA7** | | Period Covered: | **04/01/2009  -  06/30/2009**  Runs:  7- 12 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012**  Weeks: 15-25 |
| | | | Qtr:  2 |
| | | | Page:  10 |

AMS 000827

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PIPPINS, JERRY W**
#0109
Married/01
AUSTIN, TX  78748
SS#:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**



Period Covered:   **04/01/2009 - 06/30/2009**    Runs:  7- 12
Check Date:       **07/30/2012**                 Weeks: 15-25
Qtr:        2
Page:      11

AMS 000828

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GLASGOW, DAWN D.**  #0115  Married/03

AUSTIN, TX 78735  Salary: ▮▮▮▮
SS#: ▮▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**   Runs: 7- 12
Check Date:  **07/30/2012**   Weeks: 15-25
  Qtr:  2
  Page:  12

AMS 000829

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEVIRTZ, JESSE**
#0116
Married/00

AUSTIN, TX  78735
Salary: ▮▮▮▮

SS#: ▮▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:  **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:        2
Page:      13

AMS 000830

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**EAGLE, ANGELA**                    #0117
                                  Married/02
AUSTIN, TX  78745        Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |


**EASYPAY**    Client:  YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**   Runs:  7- 12
Check Date:          **07/30/2012**           Weeks: 15-25
                                              Qtr:        2
                                              Page:      14

AMS 000831

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RIVAS-RIVAS, ERIK A**                                    #0118
                                                          Single/02
AUSTIN, TX  78749          Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**     Runs:  7- 12
Check Date:       **07/30/2012**                  Weeks: 15-25
                                                  Qtr:        2
                                                  Page:      15

AMS 000832

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**FISCHER, BRANDI**

AUSTIN, TX  78752

SS#:

#0130
Single/05

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7

AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:        **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:          2
Page:        16

AMS 000833

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, GWENDOLYN**                     #0134
                                  Married/00
AUSTIN, TX  78745          Salary:  ■■■■■
SS#: ■■■■■■

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



| Client: YA7 | | Period Covered: | **04/01/2009 - 06/30/2009** | Runs: 7- 12 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 15-25 |
| | | | | Qtr: 2 |
| | | | | Page: 17 |

AMS 000834

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BEASLEY, KIMBERLY D**    #0136
Single/00
AUSTIN, TX 78748    Rate:    000/Hr
SS#:    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs: 7- 12
Check Date:    **07/30/2012**    Weeks: 15-25
Qtr:    2
Page:    18

AMS 000835

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**AGUILAR, SOCORRO A**                                    #0138
                                                          Single/02
                                          Salary:
AUSTIN, TX  78741
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**     Runs:  7- 12
Check Date:      **07/30/2012**                  Weeks: 15-25
                                                 Qtr:      2
                                                 Page:    19

AMS 000836

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**WEEKS, AMANDA E**

AUSTIN, TX  78757
SS#: ▇▇▇▇▇▇

#0141
Single/01

Salary: ▇▇▇▇▇▇

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



| Client:   YA7 | | Period Covered: | **04/01/2009 - 06/30/2009** | Runs:  7- 12 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 15-25 |
| | | | | Qtr:       2 |
| | | | | Page:     20 |

AMS 000837

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**AKEN, JOSEPH**                        #0146
                                        Single/00
AUSTIN, TX  78704          Salary:  ▮▮▮▮▮
SS#: ▮▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**       Runs:  7- 12
Check Date:      **07/30/2012**                    Weeks: 15-25
                                                   Qtr:        2
                                                   Page:      21

AMS 000838

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LONDON, NATALIE**

AUSTIN, TX  78702
SS#:

#0149
Single/02

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | REDACTED | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | | |
|---|---|---|
| Client:   YA7 | | Period Covered:  **04/01/2009 - 06/30/2009** | Runs:  7- 12 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date:       **07/30/2012** | Weeks: 15-25 |
| | | Qtr:                2 |
| | | Page:              22 |

AMS 000839

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SCOTT, NANCY J**  #0153
Single/99
AUSTIN, TX 78756
SS#:  Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | REDACTED | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**     Runs: 7- 12
Check Date:      **07/30/2012**                 Weeks: 15-25
                                                Qtr:        2
                                                Page:      23

AMS 000840

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SUGGS, SHARON E**

#0154
Single/02

DALE, TX 78616
SS#: ▮▮▮▮▮

Rate: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | REDACTED | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:       **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:        2
Page:      24

AMS 000841

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MONDA, VALERIE M**

AUSTIN, TX  78703
SS#: ▓▓▓▓▓

#0158
Single/01

Salary: ▓▓▓▓

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:      **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:       2
Page:     25

AMS 000842

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MCGEE, CHERYL**                                          #0162
                                                    Married/01
AUSTIN, TX  78748            Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs:  7- 12
Check Date:      **07/30/2012**                 Weeks: 15-25
                                               Qtr:        2
                                               Page:      26

AMS 000843

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PORTER, LINDSAY**
AUSTIN, TX  78745
SS#:

#0164
Married/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



| | | |
|---|---|---|
| Client: YA7 | | Period Covered: **04/01/2009 - 06/30/2009**   Runs:  7- 12 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: **07/30/2012**   Weeks: 15-25 |
| | | Qtr:   2 |
| | | Page:   27 |

AMS 000844

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SOLORIO, MARY Y**  
AUSTIN, TX 78741  
SS#: ███████

#0170  
Married/00  
Salary: ██████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7  
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**  
Check Date: **07/30/2012**  
Runs: 7- 12  
Weeks: 15-25  
Qtr: 2  
Page: 28

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000845

**FRIEDMAN, LORI A**
AUSTIN, TX 78704
SS#: ▉▉▉▉▉▉

#0171
Married/02
Salary: ▉▉▉▉▉

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**
Check Date: **07/30/2012**

Runs: 7 - 12
Weeks: 15 - 25
Qtr: 2
Page: 29

AMS 000846

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BOWNESS,SONAL**

AUSTIN, TX  78735
SS#: ▓▓▓▓▓

#0173
Married/00
Salary: ▓▓▓▓

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs:  7- 12
Check Date:       **07/30/2012**                 Weeks: 15-25
                                                  Qtr:        2
                                                  Page:      30

AMS 000847

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SCHILLER, JENNIFER A**                          #0177
                                                 Single/01
████████████████
AUSTIN, TX  78703        Salary:     ██████
SS#: ███████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **04/01/2009 - 06/30/2009**     Runs:  7- 12
Check Date:       **07/30/2012**                  Weeks: 15-25
                                                  Qtr:        2
                                                  Page:      31

AMS 000848

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SANSONI,FRANCOISE**
#0178
Single/01
AUSTIN, TX 78745
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:  **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:  2
Page:  32

AMS 000849

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNEED, WILLIAM**
#0181
Married/02
AUSTIN, TX 78704          Salary: ▮▮▮▮▮
SS#: ▮▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



| Client: YA7 | | |
|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | |

Period Covered:  **04/01/2009  -  06/30/2009**   Runs:  7- 12
Check Date:      **07/30/2012**                  Weeks: 15-25
                                                 Qtr:        2
                                                 Page:      33

AMS 000850

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MAHNKEN, AMY E.**
█████
AUSTIN, TX 78747
SS#: █████████

#0184
Single/01

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**
Check Date: **07/30/2012**

Runs: 7- 12
Weeks: 15-25
Qtr: 2
Page: 34

AMS 000851

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BROWN,AMANDA S**

███████████████

AUSTIN, TX  78759
SS#: ███████████

#0187
Single/01

Salary: ███████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**
Check Date:     **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:        2
Page:      35

AMS 000852

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**WHEELER,KJERSTI**

AUSTIN, TX  78740
SS#:

T #0189
Single/00

Rate:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | REDACTED | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:  **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:        2
Page:      36

Case 1:12-cv-00007-SS    Document 45-2    Filed 08/24/12    Page 89 of 219

AMS 000853

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BANKS,JANNA S**
#0191
Married/05
AUSTIN, TX 78745
SS#:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:      **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:      2
Page:    37

AMS 000854

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LARSON,ERIN B**  #0193
Married-Sep/04
AUSTIN, TX 78735  Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **04/01/2009 - 06/30/2009**
Check Date: **07/30/2012**

Runs: 7- 12
Weeks: 15-25
Qtr: 2
Page: 38

AMS 000855

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**CLARK,CAROLINE A**

AUSTIN, TX  78733
SS#: ████████

#0195
Married/00
Salary: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | REDACTED | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:  **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:        2
Page:      39

AMS 000856

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PIPPINS,NICHOLAS**
AUSTIN, TX  78748
SS#: 
#0196
Single/01
Salary: 

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:  **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:        2
Page:     40

AMS 000857

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HOWARD,JACQUELINE**
█████████████
AUSTIN, TX  78704
SS#: ███████████

T #0197
Single/01

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009  -  06/30/2009**
Check Date:  **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:  2
Page:  41

AMS 000858

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**COLLINS,MARY ANN**  #0198
Married/02
AUSTIN, TX  78748
SS#: ██████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | REDACTED | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs:  7- 12
Check Date:      **07/30/2012**                 Weeks: 15-25
                                                Qtr:      2
                                                Page:    42

AMS 000859

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**JARRELL,KELLY**  #0199  
██████████████  Married/04  
DRIPPINGSPRINGS, TX  78620   Salary: ██████  
SS#: ██████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|------------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7  
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**   Runs:  7- 12  
Check Date:  **07/30/2012**   Weeks: 15-25  
Qtr:  2  
Page:  43

AMS 000860

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BREEDING, ERIC D**                                    T #0200
                                                       Single/02
AUSTIN, TX 78704                      Rate:      000/Hr
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009  -  06/30/2009**      Runs:  7- 12
Check Date:        **07/30/2012**                         Weeks: 15-25
                                                         Qtr:         2
                                                         Page:      44

AMS 000861

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MARBLE,LESLIE S**
##0201
Married/00
AUSTIN, TX 78731          Salary: ▉▉▉▉
SS#: ▉▉▉▉▉▉

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**       Runs:  7- 12
Check Date:       **07/30/2012**                    Weeks: 15-25
                                                    Qtr:        2
                                                    Page:      45

AMS 000862

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**DENTON,JOHNNIE**
████████████
AUSTIN, TX  78745
SS#: ██████████

#0202
Single/01

Salary: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | | REDACTED | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**
Check Date:  **07/30/2012**

Runs:  7- 12
Weeks: 15-25
Qtr:          2
Page:      46

AMS 000863

**HEARNE,KATE**                    #0203
                                   Married/04

AUSTIN, TX  78746
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | REDACTED | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **04/01/2009 - 06/30/2009** | Runs:  7- 12 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 15-25 |
| | | Qtr:      2 |
| | | Page:    47 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000864

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HUNT, LYNN A**  #0204
Single/01

AUSTIN, TX 78745
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs:  7- 12
Check Date:  **07/30/2012**    Weeks: 15-25
                                          Qtr:    2
                                          Page:   48

AMS 000865

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MIRANDA,GILBERTO F**  #0205
Single/02
AUSTIN, TX  78704　　Salary: ▮▮▮▮
SS#: ▮▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | | | | | | | |
| 21 | 5/29/09 | | | REDACTED | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| Client: YA7 | | | Period Covered: | **04/01/2009 - 06/30/2009** | Runs: 7- 12 |
|---|---|---|---|---|---|
| ADP EASYPAY | AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 15-25 |
| | | | | | Qtr: 2 |
| | | | | | Page: 49 |

AMS 000866

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER,JOHN**
█████████
AUSTIN, TX 78748
SS#: ████████

#0206
Married/02
Salary: █████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 4/15/09 | | | | | | | | | |
| 17 | 4/30/09 | | | | | | | | | |
| 19 | 5/15/09 | | | REDACTED | | | | | | |
| 21 | 5/29/09 | | | | | | | | | |
| 23 | 6/12/09 | | | | | | | | | |
| 25 | 6/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **04/01/2009 - 06/30/2009**    Runs: 7- 12
Check Date:       **07/30/2012**              Weeks: 15-25
                                              Qtr:        2
                                              Page:      50

AMS 000867

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

## Client Totals

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT TOTALS | | | REDACTED | | | | | | | |

**Due to the sensitive nature of SSNs, we strongly recommend that you either do not display the SSN or mask the first 5 digits on your payroll reports. Since you have elected to display your employees' full SSNs on your reports, you should take all necessary precautions to safeguard these documents and to securely dispose of them.  (You may change your selection to remove full SSNs from your reports at any time.)**



| Client:  YA7 | | Period Covered: | **04/01/2009 - 06/30/2009** | Runs:  7- 12 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 15-25 |
| | | | | Qtr:        2 |
| | | | | Page:      51 |

AMS 000868

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GOERTZ, DONALD C.**

#0003
Married/00

AUSTIN, TX 78703
SS#:                    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | REDACTED | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:          **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:            3
Page:          1

AMS 000869

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, THOMAS W**

AUSTIN, TX 78745
SS#: ▮▮▮▮▮▮

#0004
Married/00
Salary: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**
Check Date: **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr: 3
Page: 2

AMS 000870

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEIL, MARY L.**
#0013
Married/03
AUSTIN, TX 78756
SS#: ▮▮▮▮▮▮
Salary: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**
Check Date: **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:           3
Page:          3

AMS 000871

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GOERTZ, DONNA B**  #0014
Married/00
AUSTIN, TX 78703  Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:  **07/30/2012**    Weeks: 28-39
Qtr:    3
Page:    4

AMS 000872

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MILLER, AMBER T**                                    #0019
                                              Married/00
                              Salary:
AUSTIN, TX 78735
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**     Runs: 13- 18
Check Date:       **07/30/2012**                 Weeks: 28-39
                                                 Qtr:        3
                                                 Page:       5

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000873

**OBRIEN, LOIS Y**
AUSTIN, TX 78736
SS#:

#0020
Married/00
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **07/01/2009  -  09/30/2009**
Check Date:        **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:        3
Page:       6

AMS 000874

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RUIZ, MARGARITA**

AUSTIN, TX 78732
SS#: ▮▮▮▮▮▮▮

#0022
Married/01
Rate: ▮▮▮▮▮
Salary: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:      **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:        3
Page:       7

AMS 000875

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**ROMINE, DONNA**  #0042
Single/03

AUSTIN, TX  78732  Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:      **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:        3
Page:      8

AMS 000876

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER, JOHN**
█████████████
AUSTIN, TX 78748
SS#: ████████

#0044
Married/02
Salary: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**   Runs: 13- 18
Check Date:       **07/30/2012**                Weeks: 28-39
                                                Qtr:      3
                                                Page:     9

AMS 000877

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MAREEN, VERONIQUE M**  #0084
Single/01
AUSTIN, TX 78735   Salary: ▮▮▮▮▮
SS#: ▮▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | | |
|---|---|---|
| **EASY PAY** | Client:   YA7 | Period Covered:  **07/01/2009 - 09/30/2009**   Runs: 13- 18 |
| | AUSTIN MONTESSORI SCHOOL INC | Check Date:       **07/30/2012**   Weeks: 28-39 |
| | **Earnings Record** | Qtr:        3   Page:       10 |

AMS 000878

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PIPPINS, JERRY W**
#0109
Married/01
AUSTIN, TX 78748
SS#: ▮▮▮▮▮▮     Salary: ▮▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:          3
Page:       11

AMS 000879

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GLASGOW, DAWN D.**                    #0115
                                       Married/03
AUSTIN, TX  78735          Salary: ███████
SS#: ███████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009  -  09/30/2009**    Runs: 13- 18
Check Date:          **07/30/2012**                     Weeks: 28-39
                                                        Qtr:        3
                                                        Page:      12

AMS 000880

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEVIRTZ, JESSE**
#0116
Married/00
AUSTIN, TX 78735
Salary: █████████
SS#: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | REDACTED | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000881

**EAGLE, ANGELA**
#0117
Married/02
AUSTIN, TX 78745
SS#:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**
Check Date:   **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:        3
Page:      14

AMS 000882

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RIVAS-RIVAS, ERIK A**                          #0118
                                                Single/02
AUSTIN, TX  78749        Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



| | |
|---|---|
| Client:  YA7 | |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** |

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:      **07/30/2012**                 Weeks: 28-39
                                               Qtr:        3
                                               Page:      15

AMS 000883

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**FISCHER, BRANDI**  
LEANDER, TX 78641  
SS#:  

#0130  
Single/05  
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7  
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**  
Check Date:  **07/30/2012**

Runs: 13- 18  
Weeks: 28-39  
Qtr:          3  
Page:        16

AMS 000884

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, GWENDOLYN**                           #0134
                                              Married/00
AUSTIN, TX  78745          Salary: ▮▮▮▮
SS#: ▮▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**      Runs: 13- 18
Check Date:      **07/30/2012**                    Weeks: 28-39
                                                   Qtr:      3
                                                   Page:    17

AMS 000885

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BEASLEY, KIMBERLY D**  #0136
Single/00
AUSTIN, TX  78748     Rate:     000/Hr
SS#:     Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **07/01/2009 - 09/30/2009**     Runs: 13- 18
Check Date:         **07/30/2012**                        Weeks: 28-39
                                                                        Qtr:           3
                                                                        Page:        18

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000886

**AGUILAR, SOCORRO A**                    #0138
                                          Single/02
                        Salary:
AUSTIN, TX  78741
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | REDACTED | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:      **07/30/2012**                 Weeks: 28-39
                                                Qtr:      3
                                                Page:    19

AMS 000887

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**WEEKS, AMANDA E**

AUSTIN, TX 78757
SS#: ▮▮▮▮▮▮

#0141
Single/01
Salary: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



| Client: YA7 | | Period Covered: | **07/01/2009 - 09/30/2009** | Runs: 13- 18 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 28-39 |
| | | | | Qtr:          3 |
| | | | | Page:        20 |

AMS 000888

**AKEN, JOSEPH**
█████████
AUSTIN, TX 78704
SS#: █████████

#0146
Single/00
Salary: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**EASY PAY**

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **07/01/2009 - 09/30/2009**
Check Date:        **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:            3
Page:         21

AMS 000889

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LONDON, NATALIE**

AUSTIN, TX 78702
SS#:

#0149
Single/02

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:      **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:        3
Page:      22

AMS 000890

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SCOTT, NANCY J**  T #0153  Single/99
AUSTIN, TX 78756
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|-----------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | REDACTED | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Client: YA7 | | Period Covered: **07/01/2009 - 09/30/2009** | Runs: 13- 18 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: **07/30/2012** | Weeks: 28-39 |
| | | | Qtr: 3 |
| | | | Page: 23 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000891

**SUGGS, SHARON E**
█████████
DALE, TX 78616
SS#: ████████

#0154
Single/02
Rate: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| Client: YA7 | | Period Covered: | **07/01/2009 - 09/30/2009** | Runs: 13- 18 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 28-39 |
| | | | | Qtr:       3 |
| | | | | Page:      24 |

AMS 000892

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MONDA, VALERIE M**        #0158
Single/01

AUSTIN, TX 78703    Salary:

SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



| Client: YA7 | | Period Covered: | **07/01/2009 - 09/30/2009** | Runs: 13- 18 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 28-39 |
| | | | | Qtr: 3 |
| | | | | Page: 25 |

AMS 000893

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



MCGEE, CHERYL  #0162
Married/01
AUSTIN, TX  78748  Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC    **Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**    Runs: 13- 18
Check Date:  **07/30/2012**    Weeks: 28-39
Qtr:  3
Page:  26

AMS 000894

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PORTER, LINDSAY**
AUSTIN, TX 78745
SS#: ▮▮▮▮▮

T #0164
Married/02

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:          **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:            3
Page:          27

AMS 000895

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SOLORIO, MARY Y**
#0170
Married/00
AUSTIN, TX  78741
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



| Client: | YA7 | | Period Covered: | **07/01/2009 - 09/30/2009** | Runs: | 13- 18 |
|---------|-----|--|-----------------|------------------------------|-------|--------|
| AUSTIN MONTESSORI SCHOOL INC | | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: | 28-39 |
| | | | | | Qtr: | 3 |
| | | | | | Page: | 28 |

AMS 000896

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**FRIEDMAN, LORI A**

#0171
Married/02

AUSTIN, TX 78704

Salary:

SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7

AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **07/01/2009 - 09/30/2009** | Runs: 13- 18 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 28-39 |
| | | Qtr:     3 |
| | | Page:     29 |

AMS 000897

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BOWNESS,SONAL**
#0173
Married/00
AUSTIN, TX  78735
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:            3
Page:         30

AMS 000898

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SCHILLER, JENNIFER A**
AUSTIN, TX 78703
SS#:

T #0177
Single/01

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**
Check Date: **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:         3
Page:       31

AMS 000899

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SANSONI,FRANCOISE**
AUSTIN, TX 78745
SS#:

T #0178
Single/01

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | REDACTED | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **EASY PAY** | Client:  YA7<br>AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Period Covered:  **07/01/2009 - 09/30/2009**<br>Check Date:       **07/30/2012** | Runs: 13- 18<br>Weeks: 28-39<br>Qtr:           3<br>Page:        32 |

AMS 000900

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNEED, WILLIAM**
#0181
Married/02
AUSTIN, TX 78704
Salary: ▮▮▮▮
SS#: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | REDACTED | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



| | | | |
|---|---|---|---|
| Client: YA7 | | Period Covered: **07/01/2009 - 09/30/2009** | Runs: 13- 18 |
| AUSTIN MONTESSORI SCHOOL INC | | Check Date: **07/30/2012** | Weeks: 28-39 |
| | **Earnings Record** | | Qtr: 3 |
| | | | Page: 33 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000901

**MAHNKEN, AMY E.**

AUSTIN, TX  78747
SS#: ▮▮▮▮▮▮

#0184
Single/01
Salary: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | REDACTED | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13 - 18
Weeks: 28 - 39
Qtr:        3
Page:      34

AMS 000902

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BROWN,AMANDA S**                     #0187
▮▮▮▮▮▮▮▮▮▮▮                    Single/01
AUSTIN, TX 78728        Salary:   ▮▮▮▮▮
SS#: ▮▮▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

Client:  YA7

AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:      **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:         3
Page:       35

AMS 000903

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**BANKS,JANNA S**                                      #0191
                                                      Married/05
AUSTIN, TX  78745            Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**      Runs: 13- 18
Check Date:      **07/30/2012**                    Weeks: 28-39
                                                  Qtr:        3
                                                  Page:      36

AMS 000904

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LARSON,ERIN B**                                    #0193
█████████████                              Married-Sep/04
AUSTIN, TX  78735                          Salary:      ████████
SS#: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **07/01/2009 - 09/30/2009**     Runs: 13- 18
Check Date:        **07/30/2012**                  Weeks: 28-39
                                                   Qtr:        3
                                                   Page:      37

AMS 000905

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**CLARK,CAROLINE A**

AUSTIN, TX  78733

SS#: ▉▉▉▉▉▉

#0195
Married/00

Salary: ▉▉▉▉▉

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | REDACTED | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:      **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:        3
Page:     38

AMS 000906

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**PIPPINS,NICHOLAS**
AUSTIN, TX  78748
SS#:

T #0196
Single/01

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | REDACTED | | | | |
| **Employee Totals** | | | | | | | | | | |

| | |
|---|---|
| Client:  YA7 | Period Covered: **07/01/2009 - 09/30/2009** |
| AUSTIN MONTESSORI SCHOOL INC | Check Date: **07/30/2012** |
| **Earnings Record** | Runs: 13- 18 / Weeks: 28-39 / Qtr: 3 / Page: 39 |

AMS 000907

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**COLLINS,MARY ANN**                    #0198
                                        Married/02
AUSTIN, TX  78748        Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | REDACTED | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**        Runs: 13- 18
Check Date:      **07/30/2012**                      Weeks: 28-39
                                                     Qtr:        3
                                                     Page:      40

AMS 000908

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**JARRELL, KELLY**
#0199
Married/04
DRIPPINGSPRINGS, TX  78620    Salary: ▮▮▮▮
SS#: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | REDACTED | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:         3
Page:       41

AMS 000909

**MARBLE,LESLIE S**

#0201
Married/00

Salary: ███

AUSTIN, TX  78731
SS#: ███

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| | | | |
|---|---|---|---|
| EASY PAY | Client:  YA7<br>AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Period Covered:  **07/01/2009 - 09/30/2009**  Runs: 13- 18<br>Check Date:  **07/30/2012**  Weeks: 28-39<br>Qtr:  3<br>Page:  42 |

AMS 000910

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**DENTON,JOHNNIE**
▇▇▇▇▇▇
#0202
Single/01
AUSTIN, TX 78745
Salary: ▇▇▇▇▇
SS#: ▇▇▇▇▇

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

| Period Covered: | **07/01/2009 - 09/30/2009** | Runs: 13- 18 |
|---|---|---|
| Check Date: | **07/30/2012** | Weeks: 28-39 |
| | | Qtr:       3 |
| | | Page:      43 |

AMS 000911

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | REDACTED | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:       **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:          3
Page:        44

AMS 000912

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HUNT,LYNN A** #0204
Single/01
AUSTIN, TX 78745     Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | REDACTED | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**     Runs: 13- 18
Check Date:        **07/30/2012**                Weeks: 28-39
                                                 Qtr:        3
                                                 Page:      45

AMS 000913

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MIRANDA,GILBERTO F**

AUSTIN, TX  78703
SS#:

T #0205
Single/02

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7/15/09 | | | | | REDACTED | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:       **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:          3
Page:        46

AMS 000914

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER,JOHN**

T #0206
Married/02

AUSTIN, TX  78748
SS#: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 28 | 7/15/09 | | | | | | | | | |
| 30 | 7/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

REDACTED

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:  3
Page:  47

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000915



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | REDACTED | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

BRECKWOLDT,MARGARET          #0207
                            Married/08
                Salary:
AUSTIN, TX  78745
SS#:

| Client:  YA7 | | Period Covered: | **07/01/2009** - **09/30/2009** | Runs: 13- 18 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 28-39 |
| | | | | Qtr:       3 |
| | | | | Page:     48 |

AMS 000916

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**JOHNSON,JUDY**
#0208
Single/01
AUSTIN, TX 78704
Rate:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | REDACTED | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



| Client: YA7 | | Period Covered: | **07/01/2009 - 09/30/2009** | Runs: 13- 18 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 28-39 |
| | | | | Qtr: 3 |
| | | | | Page: 49 |

AMS 000917

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MATKIN,MELANIE**  #0209
Single/02
AUSTIN, TX  78736  Salary:  ▮▮▮▮
SS#: ▮▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | REDACTED | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:  **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:  3
Page:  50

AMS 000918

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**KAISER, REBECCA**

#0210
Single/02

AUSTIN, TX  78751
SS#: ███████

Salary: ██████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **07/01/2009 - 09/30/2009**
Check Date: **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:        3
Page:      51

AMS 000919

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HALEY,MEGAN**

AUSTIN, TX 78753
SS#: ▮▮▮▮▮▮

#0211
Single/02
Salary: ▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | REDACTED | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



| | | |
|---|---|---|
| Client: YA7 | | Period Covered: **07/01/2009 - 09/30/2009** | Runs: 13- 18 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: **07/30/2012** | Weeks: 28-39 |

Qtr: 3
Page: 52

AMS 000920

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**OSBORNE,CALLIE J**
#0212
Single/01

Salary:

AUSTIN, TX  78704
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | REDACTED | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:        **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:          3
Page:        53

AMS 000921

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**DAVISON,RACHEL**
████████████
AUSTIN, TX 78741
SS#: ████████

#0213
Single/02
Salary: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | REDACTED | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**     Runs: 13- 18
Check Date:      **07/30/2012**                  Weeks: 28-39
                                                 Qtr:      3
                                                 Page:    54

AMS 000922

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SWOPE,KATHRYN J**

AUSTIN, TX  78745
SS#:

#0214
Single/01

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 8/14/09 | | | | | | | | | |
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | REDACTED | | | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **07/01/2009 - 09/30/2009**
Check Date:      **07/30/2012**

Runs: 13- 18
Weeks: 28-39
Qtr:          3
Page:        55

AMS 000923

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 34 | 8/31/09 | | | | | | | | | |
| 36 | 9/15/09 | | | | | REDACTED | | | | |
| 39 | 9/30/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



| Client: YA7 | | Period Covered: | **07/01/2009 - 09/30/2009** | Runs: 13- 18 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 28-39 |
| | | | | Qtr: 3 |
| | | | | Page: 56 |

AMS 000924

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

## Client Totals

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| CLIENT TOTALS | | | | | | REDACTED | | | | |

**Due to the sensitive nature of SSNs, we strongly recommend that you either do not display the SSN or mask the first 5 digits on your payroll reports. Since you have elected to display your employees' full SSNs on your reports, you should take all necessary precautions to safeguard these documents and to securely dispose of them.  (You may change your selection to remove full SSNs from your reports at any time.)**

| | |
|---|---|
| **EASY PAY** | Client:   YA7<br>AUSTIN MONTESSORI SCHOOL INC |

**Earnings Record**

Period Covered:   **07/01/2009  -  09/30/2009**       Runs: 13- 18
Check Date:         **07/30/2012**                              Weeks: 28-39
                                                                              Qtr:          3
                                                                              Page:        57

AMS 000925

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GOERTZ, DONALD C.**
#0003
Married/00

AUSTIN, TX  78703
SS#:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009  -  12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:         4
Page:        1

AMS 000926

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, THOMAS W**  #0004
Married/00
AUSTIN, TX 78745   Salary: ▮▮▮▮▮
SS#: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**    Runs: 19- 24
Check Date:      **07/30/2012**                Weeks: 41-50
                                              Qtr:      4
                                              Page:     2

AMS 000927

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEIL, MARY L.**
#0013
Married/03
AUSTIN, TX  78756
Salary: ▮▮▮
SS#: ▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:         4
Page:        3

AMS 000928

**GOERTZ, DONNA B**

#0014
Married/00

AUSTIN, TX 78703
SS#:

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|--------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 4

AMS 000929

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MILLER, AMBER T**    #0019
Married/00
Salary:

AUSTIN, TX  78735
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:      **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:           4
Page:          5

AMS 000930

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**OBRIEN, LOIS Y**            #0020
Married/00
AUSTIN, TX  78736    Salary:    ███████
SS#: ██████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | REDACTED | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



| Client: | YA7 | | Period Covered: | **10/01/2009 - 12/31/2009** | Runs: 19- 24 |
|---------|-----|--|-----------------|------------------------------|--------------|
| AUSTIN MONTESSORI SCHOOL INC | | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 41-50 |
| | | | | | Qtr:    4 |
| | | | | | Page:    6 |

AMS 000931

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**RUIZ, MARGARITA**

AUSTIN, TX 78732
SS#:

#0022
Married/01
Rate:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|--------------|-------------------|-----------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | REDACTED | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**   Runs: 19- 24
Check Date:      **07/30/2012**                Weeks: 41-50
                                              Qtr:        4
                                              Page:       7

AMS 000932

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**ROMINE, DONNA**

AUSTIN, TX  78732
SS#:

#0042
Single/03

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | REDACTED | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | | |
|---|---|---|
| Client:  YA7 | | Period Covered:  **10/01/2009 - 12/31/2009** | Runs: 19- 24 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date:  **07/30/2012** | Weeks: 41-50 |
| | | Qtr:  4 |
| | | Page:  8 |

AMS 000933

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER, JOHN**
█████████

AUSTIN, TX 78748
SS#: ███████

#0044
Married/02
Salary: ██████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | REDACTED | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:          4
Page:         9

AMS 000934

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MAREEN, VERONIQUE M**                              #0084
                                                    Single/01
AUSTIN, TX  78735          Salary: ▮▮▮▮
SS#: ▮▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**    Runs: 19- 24
Check Date:      **07/30/2012**               Weeks: 41-50
                                              Qtr:        4
                                              Page:      10

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000935

**PIPPINS, JERRY W**
AUSTIN, TX 78748
SS#:

#0109
Married/01
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 11

AMS 000936

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GLASGOW, DAWN D.**    #0115
Married/03
AUSTIN, TX 78735    Salary: ▮▮▮▮
SS#: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | REDACTED | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**    Runs: 19- 24
Check Date: **07/30/2012**    Weeks: 41-50
Qtr:    4
Page:    12

AMS 000937

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**GEVIRTZ, JESSE**
#0116
Married/00
AUSTIN, TX 78735
Salary: ▮▮▮▮
SS#: ▮▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| Client: YA7 | Period Covered: | **10/01/2009** - **12/31/2009** | Runs: 19- 24 |
|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | Check Date: | **07/30/2012** | Weeks: 41-50 |
| **Earnings Record** | | | Qtr: 4 |
| | | | Page: 13 |

ADP EASYPAY

AMS 000938

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**EAGLE, ANGELA**
#0117
Married/02

AUSTIN, TX  78745
SS#:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009** - **12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:          4
Page:        14

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000939

**RIVAS-RIVAS, ERIK A**      #0118
Single/02
AUSTIN, TX 78749     Salary: ▮
SS#: ▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 15

AMS 000940

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**FISCHER, BRANDI**
#0130
Single/05
LEANDER, TX 78641
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC        **Earnings Record**
Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**
Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 16

AMS 000941

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)



**LOGAN, GWENDOLYN**                    #0134
▓▓▓▓▓▓▓▓▓▓▓▓                     Married/00
AUSTIN, TX  78745          Salary:   ▓▓▓▓
SS#: ▓▓▓▓▓▓▓▓▓

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **10/01/2009 - 12/31/2009**
Check Date:        **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:        4
Page:      17

AMS 000942

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BEASLEY, KIMBERLY D**                    #0136
                                          Single/00
AUSTIN, TX  78748          Rate:          000/Hr
SS#:                       Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC          **Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**      Runs: 19- 24
Check Date:      **07/30/2012**                    Weeks: 41-50
                                                   Qtr:        4
                                                   Page:      18

AMS 000943

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**AGUILAR, SOCORRO A**        #0138
Single/02

Salary: ▮▮▮▮

AUSTIN, TX 78741
SS#: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 19

AMS 000944

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**WEEKS, AMANDA E**

AUSTIN, TX 78757
SS#:

#0141
Single/01

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| | | |
|---|---|---|
| Client: YA7 | | Period Covered: **10/01/2009 - 12/31/2009** |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: **07/30/2012** |

Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 20

AMS 000945

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**AKEN, JOSEPH**                                    #0146
                                              Single/00
AUSTIN, TX  78704        Salary: ▇▇▇▇
SS#: ▇▇▇▇▇▇

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **10/01/2009** - **12/31/2009**    Runs: 19- 24
Check Date:        **07/30/2012**                     Weeks: 41-50
                                                       Qtr:        4
                                                       Page:      21

AMS 000946

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LONDON, NATALIE**

AUSTIN, TX 78702

SS#:

#0149
Single/02

Rate:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7

AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:  4
Page:  22

AMS 000947

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MONDA, VALERIE M**    #0158
Single/01
AUSTIN, TX 78703    Rate:
SS#:    Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | REDACTED | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Client: YA7 | Period Covered: | **10/01/2009 - 12/31/2009** | Runs: 19- 24 |
| AUSTIN MONTESSORI SCHOOL INC | Check Date: | **07/30/2012** | Weeks: 41-50 |
| | **Earnings Record** | | Qtr:  4 |
| | | | Page:  23 |

AMS 000948

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MCGEE, CHERYL**   #0162
█████████████   Married/01
AUSTIN, TX  78748   Salary: ██████
SS#: ███████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | REDACTED | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**   Runs: 19- 24
Check Date:  **07/30/2012**   Weeks: 41-50
Qtr:   4
Page:   24

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000949

**SOLORIO, MARY Y**
AUSTIN, TX 78741
SS#: ▮▮▮▮▮▮

#0170
Married/00
Salary: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | REDACTED | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:      **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:          4
Page:        25

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000950



**FRIEDMAN, LORI A**    #0171
Married/02
AUSTIN, TX 78704    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | REDACTED | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| Client: YA7 | | Period Covered: | **10/01/2009** - **12/31/2009** | Runs: 19- 24 |
| AUSTIN MONTESSORI SCHOOL INC | | Check Date: | **07/30/2012** | Weeks: 41-50 |
| | **Earnings Record** | | | Qtr: 4 |
| | | | | Page: 26 |

ADP EASY PAY

AMS 000951

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BOWNESS,SONAL**
█████████████
AUSTIN, TX 78735
SS#: ████████

#0173
Married/00
Salary: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | REDACTED | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **10/01/2009 - 12/31/2009**
Check Date:       **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:         4
Page:       27

AMS 000952

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNEED, WILLIAM**

AUSTIN, TX  78704
SS#:

#0181
Married/02
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



| Client:  YA7 | | Period Covered: | **10/01/2009 - 12/31/2009** | Runs: 19- 24 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 41-50 |
| | | | | Qtr:          4 |
| | | | | Page:        28 |

AMS 000953

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MAHNKEN, AMY E.**

⬛

AUSTIN, TX  78747
SS#: ⬛

#0184
Single/01

Salary: ⬛

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



| Client: YA7 | | Period Covered: | **10/01/2009 - 12/31/2009** | Runs: 19- 24 |
|---|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 41-50 |
| | | | | Qtr:         4 |
| | | | | Page:       29 |

AMS 000954

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BROWN,AMANDA S**

AUSTIN, TX 78728
SS#: ▮▮▮▮▮

#0187
Single/01
Rate: ▮▮▮▮
Salary: ▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 30

AMS 000955

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**BANKS,JANNA S**                                    #0191
                                               Married/05
AUSTIN, TX  78745            Salary:  ██████████
SS#: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009  -  12/31/2009**     Runs: 19- 24
Check Date:          **07/30/2012**                    Weeks: 41-50
                                                         Qtr:        4
                                                         Page:      31

AMS 000956

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LARSON,ERIN B**
#0193
Married-Sep/04
AUSTIN, TX 78735
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:      **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:        4
Page:      32

AMS 000957

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**CLARK,CAROLINE A**　　　　　　　#0195
　　　　　　　　　　　　　　　　　Married/00
AUSTIN, TX  78733　　Salary:　　████
SS#: ████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

**EASY PAY**

Client:　YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:　**10/01/2009  -  12/31/2009**
Check Date:　　　**07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:　　　　4
Page:　　　33

AMS 000958

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**COLLINS,MARY ANN**                                  #0198
                                                      Married/02
AUSTIN, TX  78748                    Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **10/01/2009  -  12/31/2009**     Runs: 19- 24
Check Date:       **07/30/2012**                    Weeks: 41-50
                                                    Qtr:        4
                                                    Page:      34

AMS 000959

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**JARRELL,KELLY**                                    #0199
████████ ████                              Married/04
DRIPPINGSPRINGS, TX  78620    Salary:    ████████
SS#: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **10/01/2009  -  12/31/2009**    Runs: 19- 24
Check Date:          **07/30/2012**                         Weeks: 41-50
                                                                          Qtr:         4
                                                                          Page:      35

AMS 000960

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MARBLE,LESLIE S**

███████████

AUSTIN, TX  78731
SS#: ███████████

#0201
Married/00
Salary: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:        4
Page:      36

AMS 000961

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**DENTON,JOHNNIE**
████████████
AUSTIN, TX  78745
SS#: ██████████

#0202
Single/01
Salary: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:          4
Page:        37

AMS 000962

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HEARNE,KATE**

#0203
Married/04
Salary: ██████

AUSTIN, TX 78746
SS#: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

**EASY PAY**
Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**
Check Date:     **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:        4
Page:      38

AMS 000963

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HUNT,LYNN A**
#0204
Single/01

AUSTIN, TX 78745
Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:          4
Page:        39

AMS 000964

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MIRANDA,GILBERTO F**  #0205
Single/02
AUSTIN, TX  78703    Rate:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | REDACTED | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:         4
Page:      40

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000965



**BRECKWOLDT,MARGARET**   #0207
Married/08
AUSTIN, TX  78745   Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | REDACTED | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| **Employee Totals** | | | | | | | | | | |

AMS 000966

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**JOHNSON,JUDY**

AUSTIN, TX  78704
SS#:

#0208
Single/01

Rate:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | - |

REDACTED



| | |
|---|---|
| Client:   YA7 | Period Covered: **10/01/2009  -  12/31/2009** |
| AUSTIN MONTESSORI SCHOOL INC | Check Date:        **07/30/2012** |

**Earnings Record**

Runs: 19- 24
Weeks: 41-50
Qtr:        4
Page:      42

AMS 000967

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MATKIN,MELANIE**                                    #0209
                                              Single/02
████████ ████████
AUSTIN, TX 78736           Salary:    ██████
SS#: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|------------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



| Client: YA7 | | Period Covered: | **10/01/2009** - **12/31/2009** | Runs: 19- 24 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: | **07/30/2012** | Weeks: 41-50 |
| | | | | Qtr:        4 |
| | | | | Page:      43 |

AMS 000968

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**KAISER,REBECCA**

███████████
AUSTIN, TX 78751
SS#: ███████████

#0210
Single/02
Salary: ██████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



| | | |
|---|---|---|
| Client: YA7 | | Period Covered: **10/01/2009 - 12/31/2009** | Runs: 19- 24 |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Check Date: **07/30/2012** | Weeks: 41-50 Qtr: 4 Page: 44 |

AMS 000969

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**HALEY,MEGAN**

AUSTIN, TX  78753
SS#: ▆▆▆▆▆▆

#0211
Single/02

Salary: ▆▆▆▆▆

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009** - **12/31/2009**
Check Date:  **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:           4
Page:        45

AMS 000970

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**OSBORNE,CALLIE J**

AUSTIN, TX  78704
SS#:

#0212
Single/01

Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **10/01/2009 - 12/31/2009**
Check Date:       **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:            4
Page:          46

AMS 000971

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**DAVISON,RACHEL**

█████████

AUSTIN, TX 78741
SS#: ██████████

#0213
Single/02

Salary: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

 Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 47

AMS 000972

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SWOPE,KATHRYN J**
AUSTIN, TX 78745
SS#:

#0214
Single/01
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | REDACTED | | | | |
| 47 | 11/30/09 | | | | | | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **10/01/2009 - 12/31/2009**
Check Date:       **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr:        4
Page:      48

AMS 000973

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**DEAN,ERIN M**

AUSTIN, TX 78702
SS#: ▮▮▮▮▮▮

#0215
Single/02
Salary: ▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 41 | 10/15/09 | | | | | | | | | |
| 43 | 10/30/09 | | | | | | | | | |
| 45 | 11/13/09 | | | | | | | | | |
| 47 | 11/30/09 | | | | | REDACTED | | | | |
| 49 | 12/15/09 | | | | | | | | | |
| 50 | 12/31/09 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client: YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **10/01/2009 - 12/31/2009**
Check Date: **07/30/2012**

Runs: 19- 24
Weeks: 41-50
Qtr: 4
Page: 49

AMS 000974

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

## Client Totals

| Week #<br>Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay<br>Check # |
|---|---|---|---|---|---|---|---|---|---|
| CLIENT TOTALS | | | | | REDACTED | | | | |

**Due to the sensitive nature of SSNs, we strongly recommend that you either do not display the SSN or mask the first 5 digits on your payroll reports. Since you have elected to display your employees' full SSNs on your reports, you should take all necessary precautions to safeguard these documents and to securely dispose of them.  (You may change your selection to remove full SSNs from your reports at any time.)**

| | | |
|---|---|---|
| **ADP EASY PAY** | Client:  YA7<br>AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** |

| | |
|---|---|
| Period Covered: | **10/01/2009 - 12/31/2009** |
| Check Date: | **07/30/2012** |

Runs: 19- 24
Weeks: 41-50
Qtr:          4
Page:        50

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000975



| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

GOERTZ, DONALD C.    #0003    Married/00

AUSTIN, TX 78703    Salary:
SS#:

REDACTED

Client: YA7

AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2010 - 03/31/2010**    Runs: 1- 6
Check Date: **07/30/2012**    Weeks: 2-13
Qtr: 1
Page: 1

AMS 000976

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**LOGAN, THOMAS W**
AUSTIN, TX 78745
SS#: ███████

#0004
Married/00
Salary: ███████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | REDACTED | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



| Client: YA7 | | | |
|---|---|---|---|
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** | Period Covered: **01/01/2010 - 03/31/2010** <br> Check Date: **07/30/2012** | Runs: 1- 6 <br> Weeks: 2-13 <br> Qtr: 1 <br> Page: 2 |

AMS 000977

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GEIL, MARY L.**
#0013
Married/03
AUSTIN, TX 78756
SS#:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|------------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | REDACTED | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **01/01/2010 - 03/31/2010**
Check Date:          **07/30/2012**

Runs:  1-  6
Weeks:  2-13
Qtr:            1
Page:          3

AMS 000978

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**GOERTZ, DONNA B**  #0014  
Married/00  
AUSTIN, TX  78703  Salary: ▮▮▮▮  
SS#: ▮▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | REDACTED | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:   YA7  
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**  
Check Date:  **07/30/2012**

Runs:  1-  6  
Weeks:  2-13  
Qtr:  1  
Page:  4

AMS 000979

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**MILLER, AMBER T**                        #0019
                                           Married/00
                              Salary:
AUSTIN, TX  78735
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | REDACTED | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2010 - 03/31/2010**    Runs:  1-  6
Check Date:     **07/30/2012**                 Weeks:  2-13
                                               Qtr:      1
                                               Page:     5

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000980

**OBRIEN, LOIS Y**                              #0020
                                           Married/00
AUSTIN, TX 78736            Salary:
SS#:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

REDACTED

| | |
|---|---|
| Client: YA7 | |
| AUSTIN MONTESSORI SCHOOL INC | **Earnings Record** |

Period Covered: **01/01/2010 - 03/31/2010**    Runs: 1- 6
Check Date:      **07/30/2012**                Weeks: 2-13
                                               Qtr:      1
                                               Page:     6

AMS 000981

**RUIZ, MARGARITA**

AUSTIN, TX 78732
SS#:

#0022
Married/01
Rate:
Salary:

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|--------|-----------|-------|----------|------|-------|--------|---------------|-------------------|------------|-----------------|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | REDACTED | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:   YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:   **01/01/2010 - 03/31/2010**     Runs:  1-   6
Check Date:        **07/30/2012**                  Weeks:  2-13
                                                    Qtr:       1
                                                    Page:      7

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 000982

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**ROMINE, DONNA**

#0042
Single/03

AUSTIN, TX 78732
SS#: ▮▮▮▮▮▮

Salary: ▮▮▮▮

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | | | | |
| 08 | 2/26/10 | | | | | REDACTED | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |

Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered:  **01/01/2010 - 03/31/2010**    Runs:  1-  6
Check Date:      **07/30/2012**                 Weeks:  2-13
                                                Qtr:     1
                                                Page:    8

AMS 000983

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**SNYDER, JOHN**
███████████
AUSTIN, TX  78748
SS#: ██████████

#0044
Married/02
Salary: ████████

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 1/15/10 | | | | | | | | | |
| 04 | 1/29/10 | | | | | | | | | |
| 06 | 2/12/10 | | | | | | REDACTED | | | |
| 08 | 2/26/10 | | | | | | | | | |
| 10 | 3/12/10 | | | | | | | | | |
| 13 | 3/31/10 | | | | | | | | | |
| Employee Totals | | | | | | | | | | |



Client:  YA7
AUSTIN MONTESSORI SCHOOL INC

**Earnings Record**

Period Covered: **01/01/2010 - 03/31/2010**
Check Date:      **07/30/2012**

Runs:  1-  6
Weeks:  2-13
Qtr:        1
Page:       9