AMS 001135

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - SEP 13,2010

# AmCheck Check Register

Page -    7

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | Y T D AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HARPER, ALEXIS 0700 0157 xxx-xx-5264 SEM S2 S2 YTD GROSS: ▉ | SALARY TOTALS | | | – | | | | | | | | | |
| DEPARTMENT # 0700 GREAT NORTHERN EARLY CURRENT PAY TOTALS | SALARY TOTALS | | | – | | | | | | | | | |
| FISCHER, BRANDI 0800 0113 xxx-xx-8035 SEM S5 S5 YTD GROSS: ▉ | SALARY TOTALS | | | – | | | | | | | | | |
| HALEY, MEGAN 0800 0120 xxx-xx-7921 SEM S2 S2 YTD GROSS: ▉ | SALARY TOTALS | | | – | | | | | | | | | |
| LONDON, NATALIE 0800 0129 xxx-xx-7789 SEM S2 S2 YTD GROSS: ▉ | SALARY TOTALS | | | – | | | | | | | | | |
| MARBLE, LESLIE S 0800 0131 xxx-xx-2306 SEM MO MO YTD GROSS: ▉ | SALARY TOTALS | | | – | | | | | | | | | |
| MONDA, VALERIE M 0800 0137 xxx-xx-8924 SEM S1 S1 YTD GROSS: ▉ | SALARY TOTALS | | | – | | | | | | | | | |
| OSBORNE, CALLIE J 0800 0139 xxx-xx-4901 SEM S1 S1 YTD GROSS: ▉ | SALARY TOTALS | | | – | | | | | | | | | |
| DEPARTMENT # 0800 GREAT NORTHERN PRIMARY CURRENT PAY TOTALS | SALARY TOTALS | | | – | | | | | | | | | |

REDACTED

P/E DATE - SEP 15,2010    CHECK DATE - SEP 15,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 004    QTR - 3

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001136

Process Date - SEP 13,2010

## AmCheck Check Register

Page -    8

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMPANY TOTALS   AUSTIN MONTESSORI SCHOOL | SALARY | | | | | | | | | | | | |
| | | | | REDACTED | | | | | | | | | |
| | TOTALS | | | | | | | | | | | | |

P/E DATE - SEP 15,2010    CHECK DATE - SEP 15,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 004    QTR - 3

AMS 001137

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

```
Process Date - SEP 13,2010            AmCheck Check Register                 Page -   1

                    For Checks Drawn on BANK OF AMERICA (1130-0002-3) on Account# ▮▮▮▮▮▮


EMPLOYEE NAME              EMP.NO.    Check Number      Check Amount

OBRIEN, LOIS Y              0138         25008

KEARLEY, JANICE             0155         25009

MURPHY, DANIEL              0159         25010

PADRON, ELIZABETH           0154         25011

SUAREZ, JENNIFER            0156         25012
                                                     REDACTED
HEARNE, KATE                0158         25013
**
**   DIVISION #    TOTALS                 6
**   AUSTIN MONTESSORI SCHOOL,
**
***
*** COMPANY TOTALS                        6
*** AUSTIN MONTESSORI SCHOOL,
***
```

P/E DATE - SEP 15,2010    CHECK DATE - SEP 15,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 004    QTR - 3

AMS 001138

Process Date - SEP 28,2010

# AmCheck Check Register

Page -    1

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT<br><br>HOURS RATE | CURRENT<br><br>AMOUNT | Y T D<br>HOURS | AMOUNT | TAXES | CURRENT<br><br>AMOUNT | Y T D<br>AMOUNT | DEDUCTIONS | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOWNESS, SONAL<br>    0100  0104<br>xxx-xx-4479 SEM  M0   M0<br>YTD GROSS: | SALARY<br><br><br>TOTALS | – | | | | | | | | | | |
| BROWN, AMANDA S<br>    0100  0106<br>xxx-xx-6580 SEM  S1   S1<br>YTD GROSS: | SALARY<br><br><br>TOTALS | – | | | | | | | | | | |
| FRIEDMAN, LORI A<br>    0100  0114<br>xxx-xx-5718 SEM  M2   M2<br>YTD GROSS:<br><br> | SALARY<br><br><br><br>TOTALS | – | | | | | | | | | | |
| GLASGOW, DAWN D<br>    0100  0117<br>xxx-xx-4504 SEM  M3   M3<br>YTD GROSS:<br><br> | SALARY<br>OTHER<br><br><br>TOTALS | – | | | | | | | | | | |
| GOERTZ, DONALD C<br>    0100  0118<br>xxx-xx-4570 SEM  M0   M0<br>YTD GROSS: | SALARY<br><br><br>TOTALS | – | | | | | | | | | | |
| GOERTZ, DONNA B<br>    0100  0119<br>xxx-xx-5061 SEM  M0   M0<br>YTD GROSS: | SALARY<br><br><br>TOTALS | – | | | | | | | | | | |
| MILLER, AMBER T<br>    0100  0135<br>xxx-xx-6143 SEM  M0   M0<br>YTD GROSS: | SALARY<br><br><br>TOTALS | – | | | | | | | | | | |
| OBRIEN, LOIS Y<br>    0100  0138<br>xxx-xx-8288 SEM  M0   M0<br>YTD GROSS: | SALARY<br><br><br>TOTALS | – | | | | | | | | | | |

REDACTED

P/E DATE - SEP 30,2010    CHECK DATE - SEP 30,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 005    QTR - 3

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001139

Process Date - SEP 28,2010

# AmCheck Check Register

Page -    2

| EMPLOYEE NAME | EARNINGS | CURRENT | | CURRENT | Y T D | | TAXES | CURRENT | Y T D | DEDUCTIONS | CURRENT | Y T D | CHECK # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIV DEPT NUM. CLOCK | | HOURS | RATE | AMOUNT | HOURS | AMOUNT | | AMOUNT | AMOUNT | | AMOUNT | AMOUNT | NET PAY |
| SOC.SEC. FREQ M/S EX | | | | | | | | | | | | | |
| PIPPINS, JERRY W | SALARY | | | | | | | | | | | | |
| 0100  0140 | | | | | | | | | | | | | |
| xxx-xx-1103 SEM M1    M1 | TOTALS | | | – | | | | | | | | | |
| YTD GROSS: | | | | | | | | | | | | | |
| SNYDER, JOHN | SALARY | | | | | | | | | | | | |
| 0100  0145 | | | | | | | | | | | | | |
| xxx-xx-9308 SEM M2    M2 | TOTALS | | | – | | | | | | | | | |
| YTD GROSS: | | | | | | | | | | | | | |
| SUGGS, SHARON E | REGULAR | | | | | | | | | | | | |
| 0100  0147 | SALARY | | | | | | | | | | | | |
| xxx-xx-7879 SEM M2    M2 | TOTALS | | | – | | | | | | | | | |
| YTD GROSS: | | | | | | | | | | | | | |
| DEPARTMENT # 0100 | SALARY | | | | | | | | | | | | |
| ADMINISTRATION | | | | | | | | | | | | | |
| CURRENT PAY TOTALS | | | | | | | | | | | | | |
| | TOTALS | | | – | | | | | | | | | |
| GEVIRTZ, JESSE | SALARY | | | | | | | | | | | | |
| 0200  0116 | | | | | | | | | | | | | |
| xxx-xx-7399 SEM M0    M0 | TOTALS | | | – | | | | | | | | | |
| YTD GROSS: | | | | | | | | | | | | | |
| KEARLEY, JANICE | SALARY | | | | | | | | | | | | |
| 0200  0155 | | | | | | | | | | | | | |
| xxx-xx-8584 SEM M3    M3 | TOTALS | | | – | | | | | | | | | |
| YTD GROSS: | | | | | | | | | | | | | |
| LOGAN, GWENDOLYN | SALARY | | | | | | | | | | | | |
| 0200  0127 | | | | | | | | | | | | | |
| xxx-xx-8654 SEM M0    M0 | TOTALS | | | – | | | | | | | | | |
| YTD GROSS: | | | | | | | | | | | | | |
| LOGAN, THOMAS | SALARY | | | | | | | | | | | | |
| 0200  0128 | | | | | | | | | | | | | |
| xxx-xx-1468 SEM M0    M0 | TOTALS | | | – | | | | | | | | | |
| YTD GROSS: | | | | | | | | | | | | | |

REDACTED

P/E DATE - SEP 30,2010    CHECK DATE - SEP 30,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 005    QTR - 3

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001140

Process Date - SEP 28,2010

# AmCheck Check Register

Page -    3

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT<br><br>HOURS | <br><br>RATE | CURRENT<br><br>AMOUNT | Y T D<br>HOURS | <br>AMOUNT | TAXES | CURRENT<br><br>AMOUNT | Y T D<br>AMOUNT | DEDUCTIONS | CURRENT<br><br>AMOUNT | Y T D<br>AMOUNT | CHECK #<br><br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAREEN, VERONIQUE M<br>    0200  0132<br>xxx-xx-5213 SEM  S1    S1<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |
| SNEED, WILLIAM<br>    0200  0144<br>xxx-xx-3809 SEM  M2    M2<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0200<br>   MIDDLE SCHOOL<br>   CURRENT PAY TOTALS | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |
| DENTON, JOHNNIE<br>    0300  0111<br>xxx-xx-1699 SEM  S1    S1<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| GOLDEN, CAROLINE<br>    0300  0152<br>xxx-xx-8772 SEM  S2    S2<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| JARRELL, KELLY<br>    0300  0123<br>xxx-xx-0127 SEM  M4    M4<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |
| MATKIN, MELANIE<br>    0300  0133<br>xxx-xx-3566 SEM  S1    S1<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0300<br>   SUNSET UPPER ELEMENTARY<br>   CURRENT PAY TOTALS | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |

REDACTED

P/E DATE - SEP 30,2010    CHECK DATE - SEP 30,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 005    QTR - 3

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001141

Process Date - SEP 28,2010

## AmCheck Check Register

Page - 4

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AKEN, JOSEPH 0400  0101 xxx-xx-5965 SEM  S0   S0 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| MURPHY, DANIEL 0400  0159 xxx-xx-9682 SEM  S0   S0 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| PADRON, ELIZABETH 0400  0154 xxx-xx-2367 SEM  S0   S0 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| RIVAS-RIVAS, ERIK A 0400  0141 xxx-xx-3879 SEM  S2   S2 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| SUAREZ, JENNIFER 0400  0156 xxx-xx-4722 SEM  S0   S0 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| WEEKS, AMANDA E 0400  0149 xxx-xx-5106 SEM  S1   S1 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| DEPARTMENT # 0400 SUNSET EARLY ELEMENTARY CURRENT PAY TOTALS | SALARY TOTALS | | | – | | | | | | | | | |
| AGUILAR, SOCORRO A 0500  0100 xxx-xx-6238 SEM  S0   S0 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| BOARDMAN, ERIN B 0500  0126 xxx-xx-8620 SEM  M4   M4 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |

REDACTED

P/E DATE - SEP 30,2010    CHECK DATE - SEP 30,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 005    QTR - 3

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001142

Process Date - SEP 28,2010 | **AmCheck Check Register** | Page -    5

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC.  FREQ M/S EX | EARNINGS CURRENT<br><br>HOURS  RATE | CURRENT<br><br>AMOUNT | Y T D<br>HOURS  AMOUNT | TAXES | CURRENT<br><br>AMOUNT | Y T D<br><br>AMOUNT | DEDUCTIONS CURRENT<br><br>AMOUNT | Y T D<br><br>AMOUNT | CHECK #<br><br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| COLLINS, MARY ANN<br>    0500  0108<br>xxx-xx-1161 SEM  M2   M2<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | - | | | | | | |
| EAGLE, ANGELA<br>    0500  0112<br>xxx-xx-6084 SEM  M2   M2<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | - | | | | | | |
| HEARNE, KATE<br>    0500  0158<br>xxx-xx-5651 SEM  M4   S0<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | - | | | | | | |
| HUNT, LYNN A<br>    0500  0122<br>xxx-xx-0105 SEM  S1   S1<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | - | | | | | | |
| JAHNKE, JESSE<br>    0500  0151<br>xxx-xx-5489 SEM  M3   M3<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | - | | | | | | |
| SOLORIO, MARY Y<br>    0500  0146<br>xxx-xx-5216 SEM  M0   M0<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | - | | | | | | |
| DEPARTMENT # 0500<br>    SUNSET PRIMARY<br>    CURRENT PAY TOTALS | SALARY<br><br><br><br>TOTALS | | - | | | | | | |
| BEASLEY, KIMBERLY D<br>    0600  0103<br>xxx-xx-2721 SEM  S0   S0<br>YTD GROSS: | SALARY<br><br>TOTALS | | -<br>- | | | | | | |
| COLLINS, MARY<br>    0600  0150<br>xxx-xx-2495 SEM  M3   M3<br>YTD GROSS: | SALARY<br><br>TOTALS | | -<br>- | | | | | | |

REDACTED

P/E DATE - SEP 30,2010    CHECK DATE - SEP 30,2010 | **A196 - AUSTIN MONTESSORI SCHOOL, INC.** | PROC - 005    QTR - 3

AMS 001143

Process Date - SEP 28,2010

# AmCheck Check Register

Page -    6

| EMPLOYEE NAME<br>DIV  DEPT  NUM.   CLOCK<br>SOC.SEC.    FREQ  M/S EX | EARNINGS  CURRENT<br><br>HOURS    RATE | CURRENT<br><br>AMOUNT | Y T D<br>HOURS     AMOUNT | TAXES | CURRENT<br><br>AMOUNT | Y T D<br>AMOUNT | DEDUCTIONS  CURRENT<br><br>AMOUNT | Y T D<br>AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| MAHNKEN, AMY E<br>    0600  0130<br>xxx-xx-4081 SEM  S1    S1<br>YTD GROSS: | SALARY<br><br><br>TOTALS | <br><br><br>- | | | | | | | |
| MCGEE, CHERYL<br>    0600  0134<br>xxx-xx-0404 SEM  M1    M1<br>YTD GROSS: | SALARY<br><br><br>TOTALS | <br><br><br>- | | | | | | | |
| RUIZ, MARGARITA<br>    0600  0143<br>xxx-xx-2877 SEM  M1    M1<br>YTD GROSS: | SALARY<br><br><br>TOTALS | <br><br><br>- | | | | | | | |
| DEPARTMENT # 0600<br>   SUNSET TODDLER<br>   CURRENT PAY TOTALS | SALARY<br><br><br>TOTALS | <br><br><br>- | | | | | | | |
| GEIL, MARY L<br>    0700  0115<br>xxx-xx-1882 SEM  M3    M3<br>YTD GROSS: | SALARY<br><br><br>TOTALS | <br><br><br>- | | | | | | | |
| HARPER, ALEXIS<br>    0700  0157<br>xxx-xx-5264 SEM  S2    S2<br>YTD GROSS: | SALARY<br><br><br>TOTALS | <br><br><br>- | | | | | | | |
| DEPARTMENT # 0700<br>   GREAT NORTHERN EARLY<br>   CURRENT PAY TOTALS | SALARY<br><br><br>TOTALS | <br><br><br>- | | | | | | | |
| FISCHER, BRANDI<br>    0800  0113<br>xxx-xx-8035 SEM  S5    S5<br>YTD GROSS: | SALARY<br><br><br>TOTALS | <br><br><br>- | | | | | | | |
| HALEY, MEGAN<br>    0800  0120<br>xxx-xx-7921 SEM  S2    S2<br>YTD GROSS: | SALARY<br><br><br>TOTALS | <br><br><br>- | | | | | | | |

REDACTED

P/E DATE - SEP 30,2010    CHECK DATE - SEP 30,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 005    QTR - 3

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001144

Process Date - SEP 28,2010

## AmCheck Check Register

Page -    7

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LONDON, NATALIE 0800  0129 xxx-xx-7789 SEM  S2    S2 YTD GROSS: | SALARY  TOTALS | | | — | | | | | | | | | |
| MARBLE, LESLIE S 0800  0131 xxx-xx-2306 SEM  MO    MO YTD GROSS: | SALARY  TOTALS | | | — | | | | | | | | | |
| MONDA, VALERIE M 0800  0137 xxx-xx-8924 SEM  S1    S1 YTD GROSS: | SALARY  TOTALS | | | — | | | | | | | | | |
| OSBORNE, CALLIE J 0800  0139 xxx-xx-4901 SEM  S1    S1 YTD GROSS: | SALARY  TOTALS | | | — | | | REDACTED | | | | | | |
| DEPARTMENT # 0800 GREAT NORTHERN PRIMARY CURRENT PAY TOTALS | SALARY  TOTALS | | | — | | | | | | | | | |
| COMPANY TOTALS AUSTIN MONTESSORI SCHOOL | SALARY  TOTALS | | | — | | | | | | | | | |

P/E DATE - SEP 30,2010    CHECK DATE - SEP 30,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 005    QTR - 3

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001145

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - SEP 28,2010

# AmCheck Check Register

Page -   1

For Checks Drawn on BANK OF AMERICA (1130-0002-3) on Account# ██████

| EMPLOYEE NAME | EMP.NO. | Check Number | Check Amount |
|---|---|---|---|
| MURPHY, DANIEL | 0159 | 25014 | |
| PADRON, ELIZABETH | 0154 | 25015 | |
| SUAREZ, JENNIFER | 0156 | 25016 | |
| ** | | | REDACTED |
| ** DIVISION #    TOTALS | | 3 | |
| ** AUSTIN MONTESSORI SCHOOL, | | | |
| ** | | | |
| *** | | | |
| *** COMPANY TOTALS | | 3 | |
| *** AUSTIN MONTESSORI SCHOOL, | | | |
| *** | | | |

P/E DATE - SEP 30,2010    CHECK DATE - SEP 30,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 005    QTR - 3

AMS 001146

Process Date - OCT 13,2010

# AmCheck Check Register

Page -    1

| EMPLOYEE NAME<br>DIV  DEPT  NUM.  CLOCK<br>SOC.SEC.    FREQ  M/S EX | EARNINGS  | CURRENT<br>HOURS    RATE | CURRENT<br>AMOUNT | Y T D<br>HOURS    AMOUNT | TAXES | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | DEDUCTIONS | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOWNESS, SONAL<br>      0100  0104<br>xxx-xx-4479 SEM  MO    MO<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| BROWN, AMANDA S<br>      0100  0106<br>xxx-xx-6580 SEM  S1    S1<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| FRIEDMAN, LORI A<br>      0100  0114<br>xxx-xx-5718 SEM  M2    M2<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | - | | | | | | | | |
| GLASGOW, DAWN D<br>      0100  0117<br>xxx-xx-4504 SEM  M3    M3<br>YTD GROSS: | SALARY<br>OTHER<br><br>TOTALS | | - | | | | | | | | |
| GOERTZ, DONALD C<br>      0100  0118<br>xxx-xx-4570 SEM  MO    MO<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| GOERTZ, DONNA B<br>      0100  0119<br>xxx-xx-5061 SEM  MO    MO<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| MILLER, AMBER T<br>      0100  0135<br>xxx-xx-6143 SEM  MO    MO<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| OBRIEN, LOIS Y<br>      0100  0138<br>xxx-xx-8288 SEM  MO    MO<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |

REDACTED

P/E DATE - OCT 15,2010    CHECK DATE - OCT 15,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 006    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001147

Process Date - OCT 13,2010

## AmCheck Check Register

Page -   2

| EMPLOYEE NAME<br>DIV  DEPT  NUM.  CLOCK<br>SOC.SEC.    FREQ  M/S EX | EARNINGS  CURRENT<br><br>HOURS    RATE | CURRENT<br><br>AMOUNT | Y T D<br>HOURS    AMOUNT | TAXES   CURRENT<br><br>AMOUNT | Y T D<br><br>AMOUNT | DEDUCTIONS  CURRENT<br><br>AMOUNT | Y T D<br><br>AMOUNT | CHECK #<br><br>NET PAY |
|---|---|---|---|---|---|---|---|---|
| PIPPINS, JERRY W<br>      0100   0140<br>xxx-xx-1103 SEM  M1    M1<br>YTD GROSS: | SALARY<br><br><br>TOTALS | <br><br><br>– | | | | | | |
| SNYDER, JOHN<br>      0100   0145<br>xxx-xx-9308 SEM  M2    M2<br>YTD GROSS: | SALARY<br><br><br>TOTALS | <br><br><br>– | | | | | | |
| SUGGS, SHARON E<br>      0100   0147<br>xxx-xx-7879 SEM  M2    M2<br>YTD GROSS: | REGULAR<br>SALARY<br><br>TOTALS | <br><br><br>– | | | | | | |
| DEPARTMENT # 0100<br>   ADMINISTRATION<br>   CURRENT PAY TOTALS | SALARY<br><br><br><br>TOTALS | <br><br><br><br>– | | | | | | |
| GEVIRTZ, JESSE<br>      0200   0116<br>xxx-xx-7399 SEM  MO    MO<br>YTD GROSS: | SALARY<br><br>TOTALS | <br><br>– | | | | | | |
| KEARLEY, JANICE<br>      0200   0155<br>xxx-xx-8584 SEM  M3    M3<br>YTD GROSS: | SALARY<br><br>TOTALS | <br><br>– | | | | | | |
| LOGAN, GWENDOLYN<br>      0200   0127<br>xxx-xx-8654 SEM  MO    MO<br>YTD GROSS: | SALARY<br><br><br>TOTALS | <br><br><br>– | | | | | | |
| LOGAN, THOMAS<br>      0200   0128<br>xxx-xx-1468 SEM  MO    MO<br>YTD GROSS: | SALARY<br><br><br>TOTALS | <br><br><br>– | | | | | | |

REDACTED

P/E DATE - OCT 15,2010    CHECK DATE - OCT 15,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 006    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001148

Process Date - OCT 13,2010

# AmCheck Check Register

Page -   3

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC.   FREQ  M/S EX | EARNINGS | CURRENT<br><br>HOURS   RATE | CURRENT<br><br>AMOUNT | Y T D<br>HOURS    AMOUNT | TAXES | CURRENT<br><br>AMOUNT | Y T D<br><br>AMOUNT | DEDUCTIONS | CURRENT<br><br>AMOUNT | Y T D<br><br>AMOUNT | CHECK #<br><br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MAREEN, VERONIQUE M<br>    0200  0132<br>xxx-xx-5213 SEM  S1   S1<br>YTD GROSS: | SALARY | | | | | | | | | | |
| | TOTALS | - | | | | | | | | | |
| SNEED, WILLIAM<br>    0200  0144<br>xxx-xx-3809 SEM  M2   M2<br>YTD GROSS: | SALARY | | | | | | | | | | |
| | TOTALS | - | | | | | | | | | |
| DEPARTMENT # 0200<br>  MIDDLE SCHOOL<br>  CURRENT PAY TOTALS | SALARY | | | | | | | | | | |
| | TOTALS | - | | | | | | | | | |
| DENTON, JOHNNIE<br>    0300  0111<br>xxx-xx-1699 SEM  S1   S1<br>YTD GROSS: | SALARY | | | | | | | | | | |
| | TOTALS | - | | | | | | | | | |
| GOLDEN, CAROLINE<br>    0300  0152<br>xxx-xx-8772 SEM  S2   S2<br>YTD GROSS: | SALARY | | | | | | | | | | |
| | TOTALS | - | | | | | | | | | |
| JARRELL, KELLY<br>    0300  0123<br>xxx-xx-0127 SEM  M4   M4<br>YTD GROSS: | SALARY | | | | | | | | | | |
| | TOTALS | - | | | | | | | | | |
| MATKIN, MELANIE<br>    0300  0133<br>xxx-xx-3566 SEM  S1   S1<br>YTD GROSS: | SALARY | | | | | | | | | | |
| | TOTALS | - | | | | | | | | | |
| DEPARTMENT # 0300<br>  SUNSET UPPER ELEMENTARY<br>  CURRENT PAY TOTALS | SALARY | | | | | | | | | | |
| | TOTALS | - | | | | | | | | | |

REDACTED

P/E DATE - OCT 15,2010   CHECK DATE - OCT 15,2010   **A196 - AUSTIN MONTESSORI SCHOOL, INC.**   PROC - 006   QTR - 4

AMS 001149

Process Date - OCT 13,2010

# AmCheck Check Register

Page -    4

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS RATE | CURRENT AMOUNT | Y T D HOURS AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AKEN, JOSEPH 0400  0101 xxx-xx-5965 SEM  S0    S0 YTD GROSS: | SALARY TOTALS | | - | | | | | | | | |
| MURPHY, DANIEL 0400  0159 xxx-xx-9682 SEM  S0    S0 YTD GROSS: | SALARY TOTALS | | - | | | | | | | | |
| PADRON, ELIZABETH 0400  0154 xxx-xx-2367 SEM  S0    S0 YTD GROSS: | SALARY TOTALS | | - | | | | | | | | |
| RIVAS-RIVAS, ERIK A 0400  0141 xxx-xx-3879 SEM  S2    S2 YTD GROSS: | SALARY TOTALS | | - | | | | | | | | |
| SUAREZ, JENNIFER 0400  0156 xxx-xx-4722 SEM  S0    S0 YTD GROSS: | SALARY TOTALS | | - | | | | | | | | |
| WEEKS, AMANDA E 0400  0149 xxx-xx-5106 SEM  S1    S1 YTD GROSS: | SALARY TOTALS | | - | | | | | | | | |
| DEPARTMENT # 0400 SUNSET EARLY ELEMENTARY CURRENT PAY TOTALS | SALARY TOTALS | | - | | | | | | | | |
| AGUILAR, SOCORRO A 0500  0100 xxx-xx-6238 SEM  S0    S0 YTD GROSS: | SALARY TOTALS | | - | | | | | | | | |
| BOARDMAN, ERIN B 0500  0126 xxx-xx-8620 SEM  M4    M4 YTD GROSS: | SALARY TOTALS | | - | | | | | | | | |

REDACTED

P/E DATE - OCT 15,2010     CHECK DATE - OCT 15,2010     **A196 - AUSTIN MONTESSORI SCHOOL, INC.**     PROC - 006     QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001150

Process Date - OCT 13,2010

# AmCheck Check Register

Page -    5

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC.  FREQ M/S EX | EARNINGS | CURRENT<br>HOURS  RATE | CURRENT<br>AMOUNT | Y T D<br>HOURS   AMOUNT | TAXES | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | DEDUCTIONS | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COLLINS, MARY ANN<br>     0500  0108<br>xxx-xx-1161 SEM  M2   M2<br>YTD GROSS: | SALARY<br><br>TOTALS | | | | | | | | | | |
| EAGLE, ANGELA<br>     0500  0112<br>xxx-xx-6084 SEM  M2   M2<br>YTD GROSS: | SALARY<br><br>TOTALS | | | | | | | | | | |
| HEARNE, KATE<br>     0500  0158<br>xxx-xx-5651 SEM  M4   S0<br>YTD GROSS: | SALARY<br><br>TOTALS | | | | | | | | | | |
| HUNT, LYNN A<br>     0500  0122<br>xxx-xx-0105 SEM  S1   S1<br>YTD GROSS: | SALARY<br><br>TOTALS | | | | | | | | | | |
| JAHNKE, JESSE<br>     0500  0151<br>xxx-xx-5489 SEM  M3   M3<br>YTD GROSS: | SALARY<br><br>TOTALS | | | | | | | | | | |
| SOLORIO, MARY Y<br>     0500  0146<br>xxx-xx-5216 SEM  M0   M0<br>YTD GROSS: | SALARY<br><br>TOTALS | | | | | | | | | | |
| DEPARTMENT # 0500<br>   SUNSET PRIMARY<br>   CURRENT PAY TOTALS | SALARY<br><br>TOTALS | | | | | | | | | | |
| BEASLEY, KIMBERLY D<br>     0600  0103<br>xxx-xx-2721 SEM  S0   S0<br>YTD GROSS: | SALARY<br><br>TOTALS | | | | | | | | | | |
| COLLINS, MARY<br>     0600  0150<br>xxx-xx-2495 SEM  M3   M3<br>YTD GROSS: | SALARY<br><br>TOTALS | | | | | | | | | | |

REDACTED

P/E DATE - OCT 15,2010    CHECK DATE - OCT 15,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 006    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001151

Process Date - OCT 13,2010

# AmCheck Check Register

Page -    6

| EMPLOYEE NAME<br>DIV  DEPT  NUM.  CLOCK<br>SOC.SEC.    FREQ  M/S EX | EARNINGS  CURRENT<br><br>HOURS    RATE | CURRENT<br><br>AMOUNT | Y T D<br>HOURS    AMOUNT | TAXES<br><br> | CURRENT<br><br>AMOUNT | Y T D<br><br>AMOUNT | DEDUCTIONS  CURRENT<br><br>AMOUNT | Y T D<br><br>AMOUNT | CHECK #<br><br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| MAHNKEN, AMY E<br>     0600  0130<br>xxx-xx-4081 SEM  S1   S1<br>YTD GROSS: | SALARY<br><br><br>TOTALS | <br><br><br>– | | | | | | | |
| MCGEE, CHERYL<br>     0600  0134<br>xxx-xx-0404 SEM  M1   M1<br>YTD GROSS: | SALARY<br><br><br>TOTALS | <br><br><br>– | | | | | | | |
| RUIZ, MARGARITA<br>     0600  0143<br>xxx-xx-2877 SEM  M1   M1<br>YTD GROSS: | SALARY<br><br><br>TOTALS | <br><br><br>– | | | | | | | |
| DEPARTMENT # 0600<br>   SUNSET TODDLER<br>   CURRENT PAY TOTALS | SALARY<br><br><br>TOTALS | <br><br><br>– | | | | | | | |
| GEIL, MARY L<br>     0700  0115<br>xxx-xx-1882 SEM  M3   M3<br>YTD GROSS: | SALARY<br><br><br>TOTALS | <br><br><br>– | | | | | | | |
| HARPER, ALEXIS<br>     0700  0157<br>xxx-xx-5264 SEM  S2   S2<br>YTD GROSS: | SALARY<br><br><br>TOTALS | <br><br><br>– | | | | | | | |
| DEPARTMENT # 0700<br>   GREAT NORTHERN EARLY<br>   CURRENT PAY TOTALS | SALARY<br><br><br>TOTALS | <br><br><br>– | | | | | | | |
| FISCHER, BRANDI<br>     0800  0113<br>xxx-xx-8035 SEM  S5   S5<br>YTD GROSS: | SALARY<br><br><br>TOTALS | <br><br><br>– | | | | | | | |
| HALEY, MEGAN<br>     0800  0120<br>xxx-xx-7921 SEM  S2   S2<br>YTD GROSS: | SALARY<br><br><br>TOTALS | <br><br><br>– | | | | | | | |

REDACTED

P/E DATE - OCT 15,2010    CHECK DATE - OCT 15,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 006    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001152

Process Date - OCT 13,2010

# AmCheck Check Register

Page -    7

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | Y T D AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LONDON, NATALIE 0800  0129 xxx-xx-7789 SEM  S2    S2 YTD GROSS: ███ | SALARY TOTALS | | | - | | | | | | | | | |
| MARBLE, LESLIE S 0800  0131 xxx-xx-2306 SEM  M0    M0 YTD GROSS: ███ | SALARY TOTALS | | | - | | | | | | | | | |
| MONDA, VALERIE M 0800  0137 xxx-xx-8924 SEM  S1    S1 YTD GROSS: ███ | SALARY TOTALS | | | - | | | | | | | | | |
| OSBORNE, CALLIE J 0800  0139 xxx-xx-4901 SEM  S1    S1 YTD GROSS: ███ | SALARY TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0800 GREAT NORTHERN PRIMARY CURRENT PAY TOTALS | SALARY TOTALS | | | - | | | | | | | | | |
| COMPANY TOTALS AUSTIN MONTESSORI SCHOOL | SALARY TOTALS | | | - | | | | | | | | | |

REDACTED

AMS 001153

Process Date - OCT 13,2010                    **AmCheck Check Register**                    Page -   1

For Checks Drawn on BANK OF AMERICA (1130-0002-3) on Account# ▮▮▮▮▮▮

| EMPLOYEE NAME | EMP.NO. | Check Number | Check Amount |
|---|---|---|---|
| MURPHY, DANIEL | 0159 | 25017 | |
| PADRON, ELIZABETH | 0154 | 25018 | |

```
**
**  DIVISION #   TOTALS              2
**  AUSTIN MONTESSORI SCHOOL,                REDACTED
**
***
*** COMPANY TOTALS                   2
*** AUSTIN MONTESSORI SCHOOL,
***
```

P/E DATE - OCT 15,2010    CHECK DATE - OCT 15,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 006    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001154

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - OCT 27,2010

## AmCheck Check Register

Page -    1

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT<br>HOURS RATE | CURRENT<br>AMOUNT | Y T D<br>HOURS AMOUNT | TAXES | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | DEDUCTIONS | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOWNESS, SONAL<br>0100  0104<br>xxx-xx-4479 SEM  MO    MO<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| BROWN, AMANDA S<br>0100  0106<br>xxx-xx-6580 SEM  S1    S1<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| FRIEDMAN, LORI A<br>0100  0114<br>xxx-xx-5718 SEM  M2    M2<br>YTD GROSS:<br><br> | SALARY<br><br><br>TOTALS | | - | | | | | | | | |
| GLASGOW, DAWN D<br>0100  0117<br>xxx-xx-4504 SEM  M3    M3<br>YTD GROSS:<br><br> | SALARY<br>OTHER<br><br>TOTALS | | - | | | | | | | | |
| GOERTZ, DONALD C<br>0100  0118<br>xxx-xx-4570 SEM  MO    MO<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| GOERTZ, DONNA B<br>0100  0119<br>xxx-xx-5061 SEM  MO    MO<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| MILLER, AMBER T<br>0100  0135<br>xxx-xx-6143 SEM  MO    MO<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| OBRIEN, LOIS Y<br>0100  0138<br>xxx-xx-8288 SEM  MO    MO<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |

REDACTED

P/E DATE - OCT 31,2010    CHECK DATE - OCT 29,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 007    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001155

Process Date - OCT 27,2010

# AmCheck Check Register

Page -    2

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS RATE | CURRENT AMOUNT | Y T D HOURS AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PIPPINS, JERRY W | SALARY | | | | | | | | | | |
| 0100  0140 | | | | | | | | | | | |
| xxx-xx-1103 SEM  M1    M1 | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | - | | | | | | | | |
| SNYDER, JOHN | SALARY | | | | | | | | | | |
| 0100  0145 | | | | | | | | | | | |
| xxx-xx-9308 SEM  M2    M2 | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | - | | | | | | | | |
| SUGGS, SHARON E | REGULAR SALARY | | | | | | | | | | |
| 0100  0147 | | | | | | | | | | | |
| xxx-xx-7879 SEM  M2    M2 | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | - | | | | | | | | |
| DEPARTMENT # 0100 ADMINISTRATION CURRENT PAY TOTALS | SALARY | | | | | | | | | | |
| | TOTALS | | - | | | | | | | | |
| GEVIRTZ, JESSE | SALARY | | | | | | | | | | |
| 0200  0116 | | | | | | | | | | | |
| xxx-xx-7399 SEM  M0    M0 | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | - | | | | | | | | |
| KEARLEY, JANICE | SALARY | | | | | | | | | | |
| 0200  0155 | | | | | | | | | | | |
| xxx-xx-8584 SEM  M3    M3 | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | - | | | | | | | | |
| LOGAN, GWENDOLYN | SALARY | | | | | | | | | | |
| 0200  0127 | | | | | | | | | | | |
| xxx-xx-8654 SEM  M0    M0 | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | - | | | | | | | | |
| LOGAN, THOMAS | SALARY | | | | | | | | | | |
| 0200  0128 | | | | | | | | | | | |
| xxx-xx-1468 SEM  M0    M0 | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | - | | | | | | | | |
| MAREEN, VERONIQUE M | SALARY | | | | | | | | | | |
| 0200  0132 | | | | | | | | | | | |
| xxx-xx-5213 SEM  S1    S1 | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | - | | | | | | | | |

REDACTED

P/E DATE - OCT 31,2010    CHECK DATE - OCT 29,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 007    QTR - 4

AMS 001156

Process Date - OCT 27,2010                    **AmCheck Check Register**                         Page -    3

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT<br>HOURS RATE | CURRENT<br>AMOUNT | Y T D<br>HOURS AMOUNT | TAXES | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | DEDUCTIONS | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SNEED, WILLIAM<br>   0200  0144<br>xxx-xx-3809 SEM  M2    M2<br>YTD GROSS: | SALARY<br><br>TOTALS | | – | | | | | | | | |
| DEPARTMENT # 0200<br>  MIDDLE SCHOOL<br>  CURRENT PAY TOTALS | SALARY<br><br>TOTALS | | – | | | | | | | | |
| DENTON, JOHNNIE<br>   0300  0111<br>xxx-xx-1699 SEM  S1    S1<br>YTD GROSS: | SALARY<br><br>TOTALS | | – | | | | | | | | |
| GOLDEN, CAROLINE<br>   0300  0152<br>xxx-xx-8772 SEM  S2    S2<br>YTD GROSS: | SALARY<br><br>TOTALS | | – | | | | | | | | |
| JARRELL, KELLY<br>   0300  0123<br>xxx-xx-0127 SEM  M4    M4<br>YTD GROSS: | SALARY<br><br>TOTALS | | – | | | | | | | | |
| MATKIN, MELANIE<br>   0300  0133<br>xxx-xx-3566 SEM  S1    S1<br>YTD GROSS: | SALARY<br><br>TOTALS | | – | | | | | | | | |
| DEPARTMENT # 0300<br>  SUNSET UPPER ELEMENTARY<br>  CURRENT PAY TOTALS | SALARY<br><br>TOTALS | | – | | | | | | | | |
| AKEN, JOSEPH<br>   0400  0101<br>xxx-xx-5965 SEM  S0    S0<br>YTD GROSS: | SALARY<br><br>TOTALS | | – | | | | | | | | |

REDACTED

P/E DATE - OCT 31,2010    CHECK DATE - OCT 29,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**                    PROC - 007    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001157

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - OCT 27,2010

# AmCheck Check Register

Page -   4

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT<br>HOURS  RATE | CURRENT<br>AMOUNT | Y T D<br>HOURS  AMOUNT | TAXES | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | DEDUCTIONS | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MURPHY, DANIEL<br>    0400  0159<br>xxx-xx-9682 SEM  S0   S0<br>YTD GROSS: | SALARY<br><br>TOTALS | | | – | | | | | | | |
| PADRON, ELIZABETH<br>    0400  0154<br>xxx-xx-2367 SEM  S0   S0<br>YTD GROSS: | SALARY<br><br>TOTALS | | | – | | | | | | | |
| RIVAS-RIVAS, ERIK A<br>    0400  0141<br>xxx-xx-3879 SEM  S2   S2<br>YTD GROSS: | SALARY<br><br>TOTALS | | | – | | | | | | | |
| SUAREZ, JENNIFER<br>    0400  0156<br>xxx-xx-4722 SEM  S0   S0<br>YTD GROSS: | SALARY<br><br>TOTALS | | | – | | | | | | | |
| WEEKS, AMANDA E<br>    0400  0149<br>xxx-xx-5106 SEM  S1   S1<br>YTD GROSS: | SALARY<br><br>TOTALS | | | – | | | | | | | |
| DEPARTMENT # 0400<br>   SUNSET EARLY ELEMENTARY<br>   CURRENT PAY TOTALS | SALARY<br><br>TOTALS | | | – | | | | | | | |
| AGUILAR, SOCORRO A<br>    0500  0100<br>xxx-xx-6238 SEM  S0   S0<br>YTD GROSS: | SALARY<br><br>TOTALS | | | – | | | | | | | |
| BOARDMAN, ERIN L<br>    0500  0126<br>xxx-xx-8620 SEM  M4   M4<br>YTD GROSS: | SALARY<br><br>TOTALS | | | – | | | | | | | |
| COLLINS, MARY ANN<br>    0500  0108<br>xxx-xx-1161 SEM  M2   M2<br>YTD GROSS: | SALARY<br><br>TOTALS | | | – | | | | | | | |

REDACTED

P/E DATE - OCT 31,2010    CHECK DATE - OCT 29,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 007    QTR - 4

AMS 001158

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - OCT 27,2010

# AmCheck Check Register

Page -    5

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS RATE | CURRENT AMOUNT | Y T D HOURS AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EAGLE, ANGELA 0500  0112 xxx-xx-6084 SEM  M2    M2 YTD GROSS: | SALARY TOTALS | | - | | | | | | | | |
| HEARNE, KATE 0500  0158 xxx-xx-5651 SEM  M4    S0 YTD GROSS: | SALARY TOTALS | | - | | | | | | | | |
| HUNT, LYNN A 0500  0122 xxx-xx-0105 SEM  S1    S1 YTD GROSS: | SALARY TOTALS | | - | | | | | | | | |
| JAHNKE, JESSE 0500  0151 xxx-xx-5489 SEM  M3    M3 YTD GROSS: | SALARY TOTALS | | - | | | | | | | | |
| SOLORIO, MARY Y 0500  0146 xxx-xx-5216 SEM  M0    M0 YTD GROSS: | SALARY TOTALS | | - | | | | | | | | |
| DEPARTMENT # 0500    SUNSET PRIMARY    CURRENT PAY TOTALS | SALARY TOTALS | | - | | | | | | | | |
| BEASLEY, KIMBERLY D 0600  0103 xxx-xx-2721 SEM  S0    S0 YTD GROSS: | SALARY TOTALS | | - | | | | | | | | |
| COLLINS, MARY 0600  0150 xxx-xx-2495 SEM  M3    M3 YTD GROSS: | SALARY TOTALS | | - | | | | | | | | |
| MAHNKEN, AMY E 0600  0130 xxx-xx-4081 SEM  S1    S1 YTD GROSS: | SALARY TOTALS | | - | | | | | | | | |

REDACTED

P/E DATE - OCT 31,2010    CHECK DATE - OCT 29,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 007    QTR - 4

AMS 001159

Process Date - OCT 27,2010

# AmCheck Check Register

Page -    6

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS RATE | CURRENT AMOUNT | Y T D HOURS AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MCGEE, CHERYL 0600  0134 xxx-xx-0404 SEM  M1    M1 YTD GROSS: | SALARY TOTALS | - | | | | | | | | | |
| RUIZ, MARGARITA 0600  0143 xxx-xx-2877 SEM  M1    M1 YTD GROSS: | SALARY TOTALS | - | | | | | | | | | |
| DEPARTMENT # 0600 SUNSET TODDLER CURRENT PAY TOTALS | SALARY TOTALS | - | | | | | | | | | |
| GEIL, MARY L 0700  0115 xxx-xx-1882 SEM  M3    M3 YTD GROSS: | SALARY TOTALS | - | | | | | | | | | |
| HARPER, ALEXIS 0700  0157 xxx-xx-5264 SEM  S2    S2 YTD GROSS: | SALARY TOTALS | - | | | | | | | | | |
| DEPARTMENT # 0700 GREAT NORTHERN EARLY CURRENT PAY TOTALS | SALARY TOTALS | - | | | | | | | | | |
| FISCHER, BRANDI 0800  0113 xxx-xx-8035 SEM  S5    S5 YTD GROSS: | SALARY TOTALS | - | | | | | | | | | |
| HALEY, MEGAN 0800  0120 xxx-xx-7921 SEM  S2    S2 YTD GROSS: | SALARY TOTALS | - | | | | | | | | | |
| LONDON, NATALIE 0800  0129 xxx-xx-7789 SEM  S2    S2 YTD GROSS: | SALARY TOTALS | - | | | | | | | | | |

REDACTED

P/E DATE - OCT 31,2010    CHECK DATE - OCT 29,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 007    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001160

Process Date - OCT 27,2010                **AmCheck Check Register**                Page -    7

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT<br><br>HOURS   RATE | CURRENT<br><br>AMOUNT | Y T D<br>HOURS   AMOUNT | TAXES | CURRENT<br><br>AMOUNT | Y T D<br>AMOUNT | DEDUCTIONS | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MARBLE, LESLIE S | SALARY | | | | | | | | | | |
| 0800  0131 | | | | | | | | | | | |
| xxx-xx-2306 SEM ▮MO▮  MO | | | | | | | | | | | |
| YTD GROSS: ▮▮▮▮▮ | TOTALS | | . | | | | | | | | |
| | | | | | | | | | | | |
| MONDA, VALERIE M | SALARY | | | | | | | | | | |
| 0800  0137 | | | | | | | | | | | |
| xxx-xx-8924 SEM ▮S1▮  S1 | | | | | | | | | | | |
| YTD GROSS: ▮▮▮▮▮ | TOTALS | | . | | | | | | | | |
| | | | | | | | | | | | |
| OSBORNE, CALLIE J | SALARY | | | | | | | | | | |
| 0800  0139 | | | | | | | | | | | |
| xxx-xx-4901 SEM ▮S1▮  S1 | | | | | | | | | | | |
| YTD GROSS: ▮▮▮▮▮ | TOTALS | | . | | | | | | | | |
| | | | | | | | | | | | |
| DEPARTMENT # 0800 | SALARY | | | | | | | | | | |
| GREAT NORTHERN PRIMARY | | | | | | | | | | | |
| CURRENT PAY TOTALS | TOTALS | | . | | | | | | | | |
| | | | | | | | | | | | |
| COMPANY TOTALS | SALARY | | | REDACTED | | | | | | | |
| AUSTIN MONTESSORI SCHOOL | | | | | | | | | | | |
| | TOTALS | | . | | | | | | | | |

P/E DATE - OCT 31,2010     CHECK DATE - OCT 29,2010     **A196 - AUSTIN MONTESSORI SCHOOL, INC.**     PROC - 007     QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001161

Process Date - OCT 27,2010                    **AmCheck Check Register**                    Page -   1

For Checks Drawn on BANK OF AMERICA (1130-0002-3) on Account# ▮▮▮▮▮▮

| EMPLOYEE NAME | EMP.NO. | Check Number | Check Amount |
|---|---|---|---|
| MURPHY, DANIEL | 0159 | 25019 | |
| PADRON, ELIZABETH | 0154 | 25020 | |

```
**
**  DIVISION #   TOTALS              2
**   AUSTIN MONTESSORI SCHOOL,              REDACTED
**
***
*** COMPANY TOTALS                   2
*** AUSTIN MONTESSORI SCHOOL,
***
```

P/E DATE - OCT 31,2010    CHECK DATE - OCT 29,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 007    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001162

Process Date - NOV  9,2010 | **AmCheck Check Register** | Page -    1

| EMPLOYEE NAME<br>DIV  DEPT  NUM.  CLOCK<br>SOC.SEC.    FREQ  M/S EX | EARNINGS  CURRENT<br><br>HOURS    RATE | CURRENT<br><br>AMOUNT | Y T D<br>HOURS     AMOUNT | TAXES    CURRENT<br><br>AMOUNT | Y T D<br><br>AMOUNT | DEDUCTIONS  CURRENT<br><br>AMOUNT | Y T D<br><br>AMOUNT | CHECK #<br><br>NET PAY |
|---|---|---|---|---|---|---|---|---|
| BOWNESS, SONAL<br>      0100   0104<br>xxx-xx-4479 SEM   MO    MO<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | - | | | | | |
| BROWN, AMANDA S<br>      0100   0106<br>xxx-xx-6580 SEM   S1    S1<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | - | | | | | |
| FRIEDMAN, LORI A<br>      0100   0114<br>xxx-xx-5718 SEM   M2    M2<br>YTD GROSS: | SALARY<br><br><br><br>TOTALS | | - | | | | | |
| GLASGOW, DAWN D<br>      0100   0117<br>xxx-xx-4504 SEM   M3    M3<br>YTD GROSS: | SALARY<br>OTHER<br><br><br>TOTALS | - | | | | | | |
| GOERTZ, DONALD C<br>      0100   0118<br>xxx-xx-4570 SEM   MO    MO<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | - | | | | | |
| GOERTZ, DONNA B<br>      0100   0119<br>xxx-xx-5061 SEM   MO    MO<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | - | | | | | |
| MILLER, AMBER T<br>      0100   0135<br>xxx-xx-6143 SEM   MO    MO<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | - | | | | | |
| OBRIEN, LOIS Y<br>      0100   0138<br>xxx-xx-8288 SEM   MO    MO<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | - | | | | | |

REDACTED

P/E DATE - NOV 15,2010    CHECK DATE - NOV 15,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 008    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001163

Process Date - NOV 9,2010

# AmCheck Check Register

Page -   2

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PIPPINS, JERRY W 0100  0140 xxx-xx-1103 SEM  M1    M1 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| SNYDER, JOHN 0100  0145 xxx-xx-9308 SEM  M2    M2 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| SUGGS, SHARON E 0100  0147 xxx-xx-7879 SEM  M2    M2 YTD GROSS: | REGULAR SALARY TOTALS | | | – | | | | | | | | | |
| DEPARTMENT # 0100 ADMINISTRATION CURRENT PAY TOTALS | SALARY TOTALS | | | – | | | | | | | | | |
| GEVIRTZ, JESSE 0200  0116 xxx-xx-7399 SEM  M0    M0 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| KEARLEY, JANICE 0200  0155 xxx-xx-8584 SEM  M3    M3 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| LOGAN, GWENDOLYN 0200  0127 xxx-xx-8654 SEM  M0    M0 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| LOGAN, THOMAS 0200  0128 xxx-xx-1468 SEM  M0    M0 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| MAREEN, VERONIQUE M 0200  0132 xxx-xx-5213 SEM  S1    S1 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |

REDACTED

P/E DATE - NOV 15,2010    CHECK DATE - NOV 15,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 008    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001164

**AmCheck Check Register**

Process Date - NOV  9,2010

Page -    3

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT<br>HOURS RATE | CURRENT<br>AMOUNT | Y T D<br>HOURS AMOUNT | TAXES | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | DEDUCTIONS | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SNEED, WILLIAM<br>    0200  0144<br>xxx-xx-3809 SEM ▉M2▉  M2▉<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| DEPARTMENT # 0200<br>   MIDDLE SCHOOL<br>   CURRENT PAY TOTALS | SALARY<br><br>TOTALS | | - | | | | | | | | |
| DENTON, JOHNNIE<br>    0300  0111<br>xxx-xx-1699 SEM ▉S1▉  S1▉<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| GOLDEN, CAROLINE<br>    0300  0152<br>xxx-xx-8772 SEM ▉S2▉  S2▉<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| JARRELL, KELLY<br>    0300  0123<br>xxx-xx-0127 SEM ▉M4▉  M4▉<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| MATKIN, MELANIE<br>    0300  0133<br>xxx-xx-3566 SEM ▉S1▉  S1▉<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| DEPARTMENT # 0300<br>   SUNSET UPPER ELEMENTARY<br>   CURRENT PAY TOTALS | SALARY<br><br>TOTALS | | - | | | | | | | | |
| AKEN, JOSEPH<br>    0400  0101<br>xxx-xx-5965 SEM ▉S0▉  S0▉<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| MURPHY, DANIEL<br>    0400  0159<br>xxx-xx-9682 SEM ▉S0▉  S0▉<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |

REDACTED

P/E DATE - NOV 15,2010    CHECK DATE - NOV 15,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 008    QTR - 4

AMS 001165

Process Date - NOV 9,2010

# AmCheck Check Register

Page - 4

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT<br>HOURS RATE | CURRENT<br>AMOUNT | Y T D<br>HOURS AMOUNT | TAXES | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | DEDUCTIONS | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PADRON, ELIZABETH<br> 0400 0154<br>xxx-xx-2367 SEM S0 S0<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| RIVAS-RIVAS, ERIK A<br> 0400 0141<br>xxx-xx-3879 SEM S2 S2<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| SUAREZ, JENNIFER<br> 0400 0156<br>xxx-xx-4722 SEM S0 S0<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| WEEKS, AMANDA E<br> 0400 0149<br>xxx-xx-5106 SEM S1 S1<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| DEPARTMENT # 0400<br> SUNSET EARLY ELEMENTARY<br> CURRENT PAY TOTALS | SALARY<br><br>TOTALS | | - | | | | | | | | |
| AGUILAR, SOCORRO A<br> 0500 0100<br>xxx-xx-6238 SEM S0 S0<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| BOARDMAN, ERIN L<br> 0500 0126<br>xxx-xx-8620 SEM M4 M4<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| COLLINS, MARY ANN<br> 0500 0108<br>xxx-xx-1161 SEM M2 M2<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |
| EAGLE, ANGELA<br> 0500 0112<br>xxx-xx-6084 SEM M2 M2<br>YTD GROSS: | SALARY<br><br>TOTALS | | - | | | | | | | | |

REDACTED

P/E DATE - NOV 15,2010    CHECK DATE - NOV 15,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 008    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001166

Process Date - NOV  9,2010

## AmCheck Check Register

Page -    5

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HEARNE, KATE 0500  0158 xxx-xx-5651 SEM  M4  S0 YTD GROSS: | SALARY TOTALS | | | - | | | | | | | | | |
| HUNT, LYNN A 0500  0122 xxx-xx-0105 SEM  S1  S1 YTD GROSS: | SALARY TOTALS | | | - | | | | | | | | | |
| JAHNKE, JESSE 0500  0151 xxx-xx-5489 SEM  M3  M3 YTD GROSS: | SALARY TOTALS | | | - | | | | | | | | | |
| SOLORIO, MARY Y 0500  0146 xxx-xx-5216 SEM  M0  M0 YTD GROSS: | SALARY TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0500 SUNSET PRIMARY CURRENT PAY TOTALS | SALARY TOTALS | | | - | | | | | | | | | |
| BEASLEY, KIMBERLY D 0600  0103 xxx-xx-2721 SEM  S0  S0 YTD GROSS: | SALARY TOTALS | | | - | | | | | | | | | |
| COLLINS, MARY 0600  0150 xxx-xx-2495 SEM  M3  M3 YTD GROSS: | SALARY TOTALS | | | - | | | | | | | | | |
| MAHNKEN, AMY E 0600  0130 xxx-xx-4081 SEM  S1  S1 YTD GROSS: | SALARY TOTALS | | | - | | | | | | | | | |
| MCGEE, CHERYL 0600  0134 xxx-xx-0404 SEM  M1  M1 YTD GROSS: | SALARY TOTALS | | | - | | | | | | | | | |

REDACTED

P/E DATE - NOV 15,2010    CHECK DATE - NOV 15,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 008    QTR - 4

AMS 001167

# AmCheck Check Register

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS RATE | CURRENT AMOUNT | Y T D HOURS AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RUIZ, MARGARITA 0600  0143 xxx-xx-2877 SEM M1   M1 YTD GROSS: | SALARY ▬ TOTALS | | – | | | | | | | | |
| DEPARTMENT # 0600 SUNSET TODDLER CURRENT PAY TOTALS | SALARY TOTALS | | – | | | | | | | | |
| GEIL, MARY L 0700  0115 xxx-xx-1882 SEM M3   M3 YTD GROSS: ▬ | SALARY TOTALS | | – | | | | | | | | |
| HARPER, ALEXIS 0700  0157 xxx-xx-5264 SEM S2   S2 YTD GROSS: ▬ | SALARY TOTALS | | – | | | | | | | | |
| DEPARTMENT # 0700 GREAT NORTHERN EARLY CURRENT PAY TOTALS | SALARY TOTALS | | – – | | | REDACTED | | | | | |
| FISCHER, BRANDI 0800  0113 xxx-xx-8035 SEM S5   S5 YTD GROSS: ▬ | SALARY TOTALS | | – | | | | | | | | |
| HALEY, MEGAN 0800  0120 xxx-xx-7921 SEM S2   S2 YTD GROSS: ▬ | SALARY TOTALS | | – | | | | | | | | |
| LONDON, NATALIE 0800  0129 xxx-xx-7789 SEM S2   S2 YTD GROSS: ▬ | SALARY TOTALS | | – | | | | | | | | |
| MARBLE, LESLIE S 0800  0131 xxx-xx-2306 SEM M0   M0 YTD GROSS: ▬ | SALARY TOTALS | | – | | | | | | | | |