You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001168

Process Date - NOV  9,2010

**AmCheck Check Register**

Page -    7

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONDA, VALERIE M 0800 0137 xxx-xx-8924 SEM S1 S1 YTD GROSS: ▮ | SALARY TOTALS | | | — | | | | | | | | | |
| OSBORNE, CALLIE J 0800 0139 xxx-xx-4901 SEM S1 S1 YTD GROSS: ▮ | SALARY TOTALS | | | — | | | | | | | | | |
| DEPARTMENT # 0800 GREAT NORTHERN PRIMARY CURRENT PAY TOTALS | SALARY TOTALS | | | — | | | REDACTED | | | | | | |
| COMPANY TOTALS AUSTIN MONTESSORI SCHOOL | SALARY TOTALS | | | — | | | | | | | | | |

AMS 001169

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - NOV  9,2010

## AmCheck Check Register

Page -   1

For Checks Drawn on BANK OF AMERICA (1130-0002-3) on Account# ████████

| EMPLOYEE NAME | EMP.NO. | Check Number | Check Amount |
|---|---|---|---|
| PADRON, ELIZABETH | 0154 | 25021 | |
| ** | | | |
| **  DIVISION #   TOTALS | | 1 | REDACTED |
| **  AUSTIN MONTESSORI SCHOOL, | | | |
| ** | | | |
| *** | | | |
| ***  COMPANY TOTALS | | 1 | |
| ***  AUSTIN MONTESSORI SCHOOL, | | | |
| *** | | | |

P/E DATE - NOV 15,2010    CHECK DATE - NOV 15,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 008    QTR - 4

AMS 001170

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - NOV 22,2010

# AmCheck Check Register

Page -    1

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | Y T D AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOWNESS, SONAL 0100  0104 xxx-xx-4479 SEM  MO   MO YTD GROSS: | SALARY TOTALS | | | - | | | | | | | | | |
| BROWN, AMANDA S 0100  0106 xxx-xx-6580 SEM  S1   S1 YTD GROSS: | SALARY TOTALS | | | - | | | | | | | | | |
| FRIEDMAN, LORI A 0100  0114 xxx-xx-5718 SEM  M2   M2 YTD GROSS: | SALARY TOTALS | | | - | | | | | | | | | |
| GLASGOW, DAWN D 0100  0117 xxx-xx-4504 SEM  M3   M3 YTD GROSS: | SALARY OTHER TOTALS | | | - | | | | | | | | | |
| GOERTZ, DONALD C 0100  0118 xxx-xx-4570 SEM  MO   MO YTD GROSS: | SALARY TOTALS | | | - | | | | | | | | | |
| GOERTZ, DONNA B 0100  0119 xxx-xx-5061 SEM  MO   MO YTD GROSS: | SALARY TOTALS | | | - | | | | | | | | | |
| MILLER, AMBER T 0100  0135 xxx-xx-6143 SEM  MO   MO YTD GROSS: | SALARY TOTALS | | | - | | | | | | | | | |
| OBRIEN, LOIS Y 0100  0138 xxx-xx-8288 SEM  MO   MO YTD GROSS: | SALARY TOTALS | | | - | | | | | | | | | |

REDACTED

P/E DATE - NOV 30,2010    CHECK DATE - NOV 30,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 009    QTR - 4

AMS 001171

Process Date - NOV 22,2010

# AmCheck Check Register

Page -    2

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PIPPINS, JERRY W 0100  0140 xxx-xx-1103 SEM  M1    M1 YTD GROSS: | SALARY TOTALS | | | - | | | | | | | | | |
| SNYDER, JOHN 0100  0145 xxx-xx-9308 SEM  M2    M2 YTD GROSS: | SALARY TOTALS | | | - | | | | | | | | | |
| SUGGS, SHARON E 0100  0147 xxx-xx-7879 SEM  M2    M2 YTD GROSS: | REGULAR SALARY TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0100 ADMINISTRATION CURRENT PAY TOTALS | SALARY TOTALS | | | - | | | | | | | | | |
| GEVIRTZ, JESSE 0200  0116 xxx-xx-7399 SEM  MO    MO YTD GROSS: | SALARY TOTALS | | | - | | | | | | | | | |
| KEARLEY, JANICE 0200  0155 xxx-xx-8584 SEM  M3    M3 YTD GROSS: | SALARY TOTALS | | | - | | | | | | | | | |
| LOGAN, GWENDOLYN 0200  0127 xxx-xx-8654 SEM  MO    MO YTD GROSS: | SALARY TOTALS | | | - | | | | | | | | | |
| LOGAN, THOMAS 0200  0128 xxx-xx-1468 SEM  MO    MO YTD GROSS: | SALARY TOTALS | | | - | | | | | | | | | |
| MAREEN, VERONIQUE M 0200  0132 xxx-xx-5213 SEM  S1    S1 YTD GROSS: | SALARY TOTALS | | | - | | | | | | | | | |

REDACTED

P/E DATE - NOV 30,2010    CHECK DATE - NOV 30,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 009    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001172

Process Date - NOV 22,2010

# AmCheck Check Register

Page -    3

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC.   FREQ M/S EX | EARNINGS | CURRENT<br>HOURS    RATE | CURRENT<br>AMOUNT | Y T D<br>HOURS     AMOUNT | TAXES | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | DEDUCTIONS | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SNEED, WILLIAM<br>    0200  0144<br>xxx-xx-3809 SEM  M2   M2<br>YTD GROSS: | SALARY<br><br>TOTALS | | | | | | | | | | |
| DEPARTMENT # 0200<br>   MIDDLE SCHOOL<br>   CURRENT PAY TOTALS | SALARY<br><br>TOTALS | | | | | | | | | | |
| DENTON, JOHNNIE<br>    0300  0111<br>xxx-xx-1699 SEM  S1   S1<br>YTD GROSS: | SALARY<br><br>TOTALS | | | | | | | | | | |
| GOLDEN, CAROLINE<br>    0300  0152<br>xxx-xx-8772 SEM  S2   S2<br>YTD GROSS: | SALARY<br><br>TOTALS | | | | | | | | | | |
| JARRELL, KELLY<br>    0300  0123<br>xxx-xx-0127 SEM  M4   M4<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | | | | | | | | |
| MATKIN, MELANIE<br>    0300  0133<br>xxx-xx-3566 SEM  S1   S1<br>YTD GROSS: | SALARY<br><br>TOTALS | | | | | | | | | | |
| DEPARTMENT # 0300<br>   SUNSET UPPER ELEMENTARY<br>   CURRENT PAY TOTALS | SALARY<br><br>TOTALS | | | | | | | | | | |
| AKEN, JOSEPH<br>    0400  0101<br>xxx-xx-5965 SEM  S0   S0<br>YTD GROSS: | SALARY<br><br>TOTALS | | | | | | | | | | |
| MURPHY, DANIEL<br>    0400  0159<br>xxx-xx-9682 SEM  S0   S0<br>YTD GROSS: | SALARY<br><br>TOTALS | | | | | | | | | | |

REDACTED

P/E DATE - NOV 30,2010    CHECK DATE - NOV 30,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 009    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001173

Process Date - NOV 22,2010

**AmCheck Check Register**

Page -    4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PADRON, ELIZABETH 0400  0154 xxx-xx-2367 SEM  S0   S0 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| RIVAS-RIVAS, ERIK A 0400  0141 xxx-xx-3879 SEM  S2   S2 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| SUAREZ, JENNIFER 0400  0156 xxx-xx-4722 SEM  S0   S0 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| WEEKS, AMANDA E 0400  0149 xxx-xx-5106 SEM  S1   S1 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| DEPARTMENT # 0400 SUNSET EARLY ELEMENTARY CURRENT PAY TOTALS | SALARY TOTALS | | | – | | | | | | | | | |
| AGUILAR, SOCORRO A 0500  0100 xxx-xx-6238 SEM  S0   S0 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| BOARDMAN, ERIN L 0500  0126 xxx-xx-8620 SEM  M4   M4 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| COLLINS, MARY ANN 0500  0108 xxx-xx-1161 SEM  M2   M2 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |
| EAGLE, ANGELA 0500  0112 xxx-xx-6084 SEM  M2   M2 YTD GROSS: | SALARY TOTALS | | | – | | | | | | | | | |

REDACTED

P/E DATE - NOV 30,2010    CHECK DATE - NOV 30,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 009    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001174

Process Date - NOV 22,2010

# AmCheck Check Register

Page -    5

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | CURRENT RATE | CURRENT AMOUNT | Y T D HOURS | Y T D AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HEARNE, KATE 0500  0158 xxx-xx-5651 SEM  M4  S0 YTD GROSS: | SALARY TOTALS | | | | | | | | | | | | |
| HUNT, LYNN A 0500  0122 xxx-xx-0105 SEM  S1  S1 YTD GROSS: | SALARY TOTALS | | | | | | | | | | | | |
| JAHNKE, JESSE 0500  0151 xxx-xx-5489 SEM  M3  M3 YTD GROSS: | SALARY TOTALS | | | | | | | | | | | | |
| SOLORIO, MARY Y 0500  0146 xxx-xx-5216 SEM  M0  M0 YTD GROSS: | SALARY TOTALS | | | | | | | | | | | | |
| DEPARTMENT # 0500 SUNSET PRIMARY CURRENT PAY TOTALS | SALARY TOTALS | | | | | | | | | | | | |
| BEASLEY, KIMBERLY D 0600  0103 xxx-xx-2721 SEM  S0  S0 YTD GROSS: | SALARY TOTALS | | | | | | | | | | | | |
| COLLINS, MARY 0600  0150 xxx-xx-2495 SEM  M3  M3 YTD GROSS: | SALARY TOTALS | | | | | | | | | | | | |
| MAHNKEN, AMY E 0600  0130 xxx-xx-4081 SEM  S1  S1 YTD GROSS: | SALARY TOTALS | | | | | | | | | | | | |
| MCGEE, CHERYL 0600  0134 xxx-xx-0404 SEM  M1  M1 YTD GROSS: | SALARY TOTALS | | | | | | | | | | | | |

REDACTED

P/E DATE - NOV 30,2010    CHECK DATE - NOV 30,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 009    QTR - 4

AMS 001175

Process Date - NOV 22,2010

# AmCheck Check Register

Page -    6

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT<br>HOURS RATE | CURRENT<br>AMOUNT | Y T D<br>HOURS AMOUNT | TAXES | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | DEDUCTIONS | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RUIZ, MARGARITA<br>  0600  0143<br>xxx-xx-2877 SEM M1   M1<br>YTD GROSS: | SALARY<br><br>TOTALS | - | | | | | | | | | |
| DEPARTMENT # 0600<br>  SUNSET TODDLER<br>  CURRENT PAY TOTALS | SALARY<br><br>TOTALS | - | | | | | | | | | |
| GEIL, MARY L<br>  0700  0115<br>xxx-xx-1882 SEM M3   M3<br>YTD GROSS: | SALARY<br><br>TOTALS | - | | | | | | | | | |
| HARPER, ALEXIS<br>  0700  0157<br>xxx-xx-5264 SEM S2   S2<br>YTD GROSS: | SALARY<br><br>TOTALS | - | | | | | | | | | |
| DEPARTMENT # 0700<br>  GREAT NORTHERN EARLY<br>  CURRENT PAY TOTALS | SALARY<br><br>TOTALS | - | | | | | | | | | |
| FISCHER, BRANDI<br>  0800  0113<br>xxx-xx-8035 SEM S5   S5<br>YTD GROSS: | SALARY<br><br>TOTALS | - | | | | | | | | | |
| HALEY, MEGAN<br>  0800  0120<br>xxx-xx-7921 SEM S2   S2<br>YTD GROSS: | SALARY<br><br>TOTALS | - | | | | | | | | | |
| LONDON, NATALIE<br>  0800  0129<br>xxx-xx-7789 SEM S2   S2<br>YTD GROSS: | SALARY<br><br>TOTALS | - | | | | | | | | | |
| MARBLE, LESLIE S<br>  0800  0131<br>xxx-xx-2306 SEM M0   M0<br>YTD GROSS: | SALARY<br><br>TOTALS | - | | | | | | | | | |

REDACTED

P/E DATE - NOV 30,2010    CHECK DATE - NOV 30,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 009    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001176

Process Date - NOV 22,2010

# AmCheck Check Register

Page -    7

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT<br>HOURS | RATE | CURRENT<br>AMOUNT | Y T D<br>HOURS | AMOUNT | TAXES | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | DEDUCTIONS | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONDA, VALERIE M<br> 0800 0137<br>xxx-xx-8924 SEM S1 S1<br>YTD GROSS: ▮▮▮ | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| OSBORNE, CALLIE J<br> 0800 0139<br>xxx-xx-4901 SEM S1 S1<br>YTD GROSS: ▮▮▮ | SALARY<br><br>TOTALS | | | - | | REDACTED | | | | | | | |
| DEPARTMENT # 0800<br> GREAT NORTHERN PRIMARY<br> CURRENT PAY TOTALS | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| COMPANY TOTALS<br> AUSTIN MONTESSORI SCHOOL | SALARY<br><br><br><br>TOTALS | | | - | | | | | | | | | |

P/E DATE - NOV 30,2010    CHECK DATE - NOV 30,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 009    QTR - 4

AMS 001177

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - NOV 22,2010

**AmCheck Check Register**

Page -   1

For Checks Drawn on BANK OF AMERICA (1130-0002-3) on Account# ███████

| EMPLOYEE NAME | EMP.NO. | Check Number | Check Amount |
|---|---|---|---|
| PADRON, ELIZABETH | 0154 | 25022 | |
| ** | | | |
| **  DIVISION #    TOTALS | | 1 | |
| **   AUSTIN MONTESSORI SCHOOL, | | | |
| ** | | | REDACTED |
| *** | | | |
| *** COMPANY TOTALS | | 1 | |
| *** AUSTIN MONTESSORI SCHOOL, | | | |
| *** | | | |

P/E DATE - NOV 30,2010    CHECK DATE - NOV 30,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 009    QTR - 4

AMS 001178

Process Date - DEC 13,2010

**AmCheck Check Register**

Page -    1

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC.    FREQ M/S EX | EARNINGS | CURRENT<br>HOURS    RATE | CURRENT<br>AMOUNT | Y T D<br>HOURS    AMOUNT | TAXES | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | DEDUCTIONS | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOWNESS, SONAL<br>      0100  0104<br>xxx-xx-4479 SEM  MO    MO<br>YTD GROSS: | SALARY<br><br>TOTALS | | | | | | | | | | |
| BROWN, AMANDA S<br>      0100  0106<br>xxx-xx-6580 SEM  S1    S1<br>YTD GROSS: | SALARY<br><br>TOTALS | | | | | | | | | | |
| FRIEDMAN, LORI A<br>      0100  0114<br>xxx-xx-5718 SEM  M2    M2<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | | | | | | | | |
| GLASGOW, DAWN D<br>      0100  0117<br>xxx-xx-4504 SEM  M3    M3<br>YTD GROSS: | SALARY<br>OTHER<br><br><br>TOTALS | | | | | | | | | | |
| GOERTZ, DONALD C<br>      0100  0118<br>xxx-xx-4570 SEM  MO    MO<br>YTD GROSS: | SALARY<br><br>TOTALS | | | | | | | | | | |
| GOERTZ, DONNA B<br>      0100  0119<br>xxx-xx-5061 SEM  MO    MO<br>YTD GROSS: | SALARY<br><br>TOTALS | | | | | | | | | | |
| MILLER, AMBER T<br>      0100  0135<br>xxx-xx-6143 SEM  MO    MO<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | | | | | | | | |
| OBRIEN, LOIS Y<br>      0100  0138<br>xxx-xx-8288 SEM  MO    MO<br>YTD GROSS: | SALARY<br><br>TOTALS | | | | | | | | | | |

REDACTED

P/E DATE - DEC 15,2010    CHECK DATE - DEC 15,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 010    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001179

Process Date - DEC 13,2010 | **AmCheck Check Register** | Page -   2

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT<br>HOURS | RATE | CURRENT<br>AMOUNT | Y T D<br>HOURS | AMOUNT | TAXES | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | DEDUCTIONS | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PIPPINS, JERRY W<br>    0100  0140<br>xxx-xx-1103 SEM  M1   M1<br>YTD GROSS: | SALARY<br><br>TOTALS | | | – | | | | | | | | | |
| SNYDER, JOHN<br>    0100  0145<br>xxx-xx-9308 SEM  M2   M2<br>YTD GROSS: | SALARY<br><br>TOTALS | | | – | | | | | | | | | |
| SUGGS, SHARON E<br>    0100  0147<br>xxx-xx-7879 SEM  M2   M2<br>YTD GROSS: | REGULAR<br>SALARY<br>TOTALS | | | – | | | | | | | | | |
| DEPARTMENT # 0100<br>    ADMINISTRATION<br>    CURRENT PAY TOTALS | SALARY<br><br>TOTALS | | | – | | | | | | | | | |
| GEVIRTZ, JESSE<br>    0200  0116<br>xxx-xx-7399 SEM  M0   M0<br>YTD GROSS: | SALARY<br><br>TOTALS | | | – | | | | | | | | | |
| KEARLEY, JANICE<br>    0200  0155<br>xxx-xx-8584 SEM  M3   M3<br>YTD GROSS: | SALARY<br><br>TOTALS | | | – | | | | | | | | | |
| LOGAN, GWENDOLYN<br>    0200  0127<br>xxx-xx-8654 SEM  M0   M0<br>YTD GROSS: | SALARY<br><br>TOTALS | | | – | | | | | | | | | |
| LOGAN, THOMAS<br>    0200  0128<br>xxx-xx-1468 SEM  M0   M0<br>YTD GROSS: | SALARY<br><br>TOTALS | | | – | | | | | | | | | |

REDACTED

P/E DATE - DEC 15,2010    CHECK DATE - DEC 15,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 010    QTR - 4

AMS 001180

Process Date - DEC 13,2010

# AmCheck Check Register

Page -    3

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT<br><br>HOURS RATE | CURRENT<br><br>AMOUNT | Y T D<br>HOURS AMOUNT | TAXES | CURRENT<br><br>AMOUNT | Y T D<br><br>AMOUNT | DEDUCTIONS | CURRENT<br><br>AMOUNT | Y T D<br><br>AMOUNT | CHECK #<br><br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MAREEN, VERONIQUE M<br>    0200  0132<br>xxx-xx-5213 SEM  S1    S1<br>YTD GROSS: | SALARY<br><br><br><br>TOTALS | | – | | | | | | | | |
| SNEED, WILLIAM<br>    0200  0144<br>xxx-xx-3809 SEM  M2    M2<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | – | | | | | | | | |
| DEPARTMENT # 0200<br>  MIDDLE SCHOOL<br>  CURRENT PAY TOTALS | SALARY<br><br><br>TOTALS | | – | | | | | | | | |
| DENTON, JOHNNIE<br>    0300  0111<br>xxx-xx-1699 SEM  S1    S1<br>YTD GROSS: | SALARY<br><br>TOTALS | | – | | | | | | | | |
| GOLDEN, CAROLINE<br>    0300  0152<br>xxx-xx-8772 SEM  S2    S2<br>YTD GROSS: | SALARY<br><br>TOTALS | | – | | | | | | | | |
| JARRELL, KELLY<br>    0300  0123<br>xxx-xx-0127 SEM  M4    M4<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | – | | | | | | | | |
| MATKIN, MELANIE<br>    0300  0133<br>xxx-xx-3566 SEM  S1    S1<br>YTD GROSS: | SALARY<br><br>TOTALS | | – | | | | | | | | |
| DEPARTMENT # 0300<br>  SUNSET UPPER ELEMENTARY<br>  CURRENT PAY TOTALS | SALARY<br><br><br>TOTALS | | – | | | | | | | | |

REDACTED

P/E DATE - DEC 15,2010    CHECK DATE - DEC 15,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 010    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001181

Process Date - DEC 13,2010                    **AmCheck Check Register**                              Page -    4

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT<br><br>HOURS | <br><br>RATE | CURRENT<br><br>AMOUNT | Y T D<br>HOURS | <br>AMOUNT | TAXES | CURRENT<br><br>AMOUNT | Y T D<br><br>AMOUNT | DEDUCTIONS | CURRENT<br><br>AMOUNT | Y T D<br><br>AMOUNT | CHECK #<br><br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AKEN, JOSEPH<br>    0400  0101<br>xxx-xx-5965 SEM  S0   S0<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| MURPHY, DANIEL<br>    0400  0159<br>xxx-xx-9682 SEM  S0   S0<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| PADRON, ELIZABETH<br>    0400  0154<br>xxx-xx-2367 SEM  S0   S0<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| RIVAS-RIVAS, ERIK A<br>    0400  0141<br>xxx-xx-3879 SEM  S2   S2<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | - | | | | | | | | | |
| SUAREZ, JENNIFER<br>    0400  0156<br>xxx-xx-4722 SEM  S0   S0<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| WEEKS, AMANDA E<br>    0400  0149<br>xxx-xx-5106 SEM  S1   S1<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0400<br>    SUNSET EARLY ELEMENTARY<br>    CURRENT PAY TOTALS | SALARY<br><br>TOTALS | | | - | | | | | | | | | |
| AGUILAR, SOCORRO A<br>    0500  0100<br>xxx-xx-6238 SEM  S0   S0<br>YTD GROSS: | SALARY<br><br>TOTALS | | | - | | | | | | | | | |

REDACTED

P/E DATE - DEC 15,2010    CHECK DATE - DEC 15,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**                    PROC - 010    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001182

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - DEC 13,2010

# AmCheck Check Register

Page -    5

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | Y T D AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOARDMAN, ERIN L 0500   0126 xxx-xx-8620 SEM  M4    M4 YTD GROSS: | SALARY | | | | | | | | | | | | |
| | TOTALS | | | - | | | | | | | | | |
| COLLINS, MARY ANN 0500   0108 xxx-xx-1161 SEM  M2    M2 YTD GROSS: | SALARY | | | | | | | | | | | | |
| | TOTALS | | | - | | | | | | | | | |
| EAGLE, ANGELA 0500   0112 xxx-xx-6084 SEM  M2    M2 YTD GROSS: | SALARY | | | | | | | | | | | | |
| | TOTALS | | | - | | | | | | | | | |
| HEARNE, KATE 0500   0158 xxx-xx-5651 SEM  M4    S0 YTD GROSS: | SALARY | | | | | | | REDACTED | | | | | |
| | TOTALS | | | - | | | | | | | | | |
| HUNT, LYNN A 0500   0122 xxx-xx-0105 SEM  S1    S1 YTD GROSS: | SALARY | | | | | | | | | | | | |
| | TOTALS | | | - | | | | | | | | | |
| JAHNKE, JESSE 0500   0151 xxx-xx-5489 SEM  M3    M3 YTD GROSS: | SALARY | | | | | | | | | | | | |
| | TOTALS | | | - | | | | | | | | | |
| SOLORIO, MARY Y 0500   0146 xxx-xx-5216 SEM  M0    M0 YTD GROSS: | SALARY | | | | | | | | | | | | |
| | TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0500    SUNSET PRIMARY    CURRENT PAY TOTALS | SALARY | | | | | | | | | | | | |
| | TOTALS | | | - | | | | | | | | | |

P/E DATE - DEC 15,2010    CHECK DATE - DEC 15,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 010    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001183

Process Date - DEC 13,2010

**AmCheck Check Register**

Page -    6

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC.  FREQ M/S EX | EARNINGS CURRENT<br><br>HOURS   RATE | CURRENT<br><br>AMOUNT | Y T D<br>HOURS   AMOUNT | TAXES | CURRENT<br><br>AMOUNT | Y T D<br>AMOUNT | DEDUCTIONS CURRENT<br><br>AMOUNT | Y T D<br>AMOUNT | CHECK #<br><br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| BEASLEY, KIMBERLY D<br>   0600  0103<br>xxx-xx-2721 SEM  S0   S0<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | | | | | | |
| COLLINS, MARY<br>   0600  0150<br>xxx-xx-2495 SEM  M3   M3<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | | | | | | |
| MAHNKEN, AMY E<br>   0600  0130<br>xxx-xx-4081 SEM  S1   S1<br>YTD GROSS: | SALARY<br><br><br>TOTALS | | | | | | | | |
| MCGEE, CHERYL<br>   0600  0134<br>xxx-xx-0404 SEM  M1   M1<br>YTD GROSS: | SALARY<br><br>TOTALS | | | | | | | | |
| RUIZ, MARGARITA<br>   0600  0143<br>xxx-xx-2877 SEM  M1   M1<br>YTD GROSS: | SALARY<br><br>TOTALS | | | | REDACTED | | | | |
| DEPARTMENT # 0600<br>  SUNSET TODDLER<br>  CURRENT PAY TOTALS | SALARY<br><br><br>TOTALS | | | | | | | | |
| GEIL, MARY L<br>   0700  0115<br>xxx-xx-1882 SEM  M3   M3<br>YTD GROSS: | SALARY<br><br>TOTALS | | | | | | | | |
| HARPER, ALEXIS<br>   0700  0157<br>xxx-xx-5264 SEM  S2   S2<br>YTD GROSS: | SALARY<br><br>TOTALS | | | | | | | | |
| DEPARTMENT # 0700<br>  GREAT NORTHERN EARLY<br>  CURRENT PAY TOTALS | SALARY<br><br>TOTALS | | | | | | | | |

P/E DATE - DEC 15,2010    CHECK DATE - DEC 15,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 010   QTR - 4

AMS 001184

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Process Date - DEC 13,2010

# AmCheck Check Register

Page -    7

| EMPLOYEE NAME | EARNINGS | CURRENT | | CURRENT | Y T D | | TAXES | CURRENT | Y T D | DEDUCTIONS | CURRENT | Y T D | CHECK # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | | HOURS | RATE | AMOUNT | HOURS | AMOUNT | | AMOUNT | AMOUNT | | AMOUNT | AMOUNT | NET PAY |
| FISCHER, BRANDI      0800  0113 xxx-xx-8035 SEM  S5   S5 YTD GROSS: | SALARY  TOTALS | | | – | | | | | | | | | |
| HALEY, MEGAN      0800  0120 xxx-xx-7921 SEM  S2   S2 YTD GROSS: | SALARY  TOTALS | | | – | | | | | | | | | |
| LONDON, NATALIE      0800  0129 xxx-xx-7789 SEM  S2   S2 YTD GROSS: | SALARY  TOTALS | | | – | | | | | | | | | |
| MARBLE, LESLIE S      0800  0131 xxx-xx-2306 SEM  MO   MO YTD GROSS: | SALARY  TOTALS | | | – | | | | | | | | | |
| MONDA, VALERIE M      0800  0137 xxx-xx-8924 SEM  S1   S1 YTD GROSS: | SALARY  TOTALS | | | – | | | | | | | | | |
| OSBORNE, CALLIE J      0800  0139 xxx-xx-4901 SEM  S1   S1 YTD GROSS: | SALARY  TOTALS | | | – | | | | | | | | | |
| DEPARTMENT # 0800    GREAT NORTHERN PRIMARY    CURRENT PAY TOTALS | SALARY  TOTALS | | | – | | | | | | | | | |
| COMPANY TOTALS    AUSTIN MONTESSORI SCHOOL | SALARY   TOTALS | | | – | | | | | | | | | |

REDACTED

P/E DATE - DEC 15,2010    CHECK DATE - DEC 15,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 010    QTR - 4

AMS 001185

| Process Date - DEC 13,2010 | **AmCheck Check Register** | Page - 1 |
|---|---|---|

For Checks Drawn on BANK OF AMERICA (1130-0002-3) on Account# ███████

| EMPLOYEE NAME | EMP.NO. | Check Number | Check Amount |
|---|---|---|---|
| PADRON, ELIZABETH | 0154 | 25023 | |
| ** | | | |
| **  DIVISION #    TOTALS | | 1 | |
| **   AUSTIN MONTESSORI SCHOOL, | | | |
| ** | | | REDACTED |
| *** | | | |
| *** COMPANY TOTALS | | 1 | |
| *** AUSTIN MONTESSORI SCHOOL, | | | |
| *** | | | |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001186

Process Date - DEC 22,2010      **AmCheck Check Register**      Page -   1

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOWNESS, SONAL 0100  0104 xxx-xx-4479 SEM  MO   MO YTD GROSS: | SALARY BONUS TOTALS | | | – | | | | | | | | | |
| BOWNESS, SONAL 0100  0104 xxx-xx-4479 SEM  MO   MO YTD GROSS: | SALARY BONUS TOTALS | | | – | | | | | | | | | |
| BROWN, AMANDA S 0100  0106 xxx-xx-6580 SEM  S1   S1 YTD GROSS: | SALARY BONUS TOTALS | | | – | | | | | | | | | |
| BROWN, AMANDA S 0100  0106 xxx-xx-6580 SEM  S1   S1 YTD GROSS: | SALARY BONUS TOTALS | | | – | | | | | | | | | |
| FRIEDMAN, LORI A 0100  0114 xxx-xx-5718 SEM  M2   M2 YTD GROSS: | SALARY BONUS TOTALS | | | – | | | | | | | | | |
| FRIEDMAN, LORI A 0100  0114 xxx-xx-5718 SEM  M2   M2 YTD GROSS: | SALARY BONUS TOTALS | | | – | | | | | | | | | |
| GLASGOW, DAWN D 0100  0117 xxx-xx-4504 SEM  M3   M3 YTD GROSS: | SALARY OTHER BONUS TOTALS | | | – | | | | | | | | | |

REDACTED

P/E DATE - DEC 31,2010    CHECK DATE - DEC 31,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 011    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001187

Process Date - DEC 22,2010

**AmCheck Check Register**

Page -    2

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS RATE | CURRENT AMOUNT | Y T D HOURS AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GLASGOW, DAWN D 0100  0117 xxx-xx-4504 SEM M3   M3 YTD GROSS: | SALARY OTHER BONUS | | | | | | | | | | |
| | TOTALS | | — | | | | | | | | |
| GOERTZ, DONALD C 0100  0118 xxx-xx-4570 SEM MO   MO YTD GROSS: | SALARY BONUS | | | | | | | | | | |
| | TOTALS | | — | | | | | | | | |
| GOERTZ, DONALD C 0100  0118 xxx-xx-4570 SEM MO   MO YTD GROSS: | SALARY BONUS | | | | | | | | | | |
| | TOTALS | | — | | | | | | | | |
| GOERTZ, DONNA B 0100  0119 xxx-xx-5061 SEM MO   MO YTD GROSS: | SALARY BONUS | | | | | | | | | | |
| | TOTALS | | — | | | | | | | | |
| GOERTZ, DONNA B 0100  0119 xxx-xx-5061 SEM MO   MO YTD GROSS: | SALARY BONUS | | | | | | | | | | |
| | TOTALS | | — | | | | | | | | |
| MILLER, AMBER T 0100  0135 xxx-xx-6143 SEM MO   MO YTD GROSS: | SALARY BONUS | | | | | | | | | | |
| | TOTALS | | — | | | | | | | | |
| MILLER, AMBER T 0100  0135 xxx-xx-6143 SEM MO   MO YTD GROSS: | SALARY BONUS | | | | | | | | | | |
| | TOTALS | | — | | | | | | | | |
| OBRIEN, LOIS Y 0100  0138 xxx-xx-8288 SEM MO   MO YTD GROSS: | SALARY BONUS | | | | | | | | | | |
| | TOTALS | | — | | | | | | | | |

REDACTED

P/E DATE - DEC 31,2010    CHECK DATE - DEC 31,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 011    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001188

Process Date - DEC 22,2010 | **AmCheck Check Register** | Page -    3

| EMPLOYEE NAME<br>DIV  DEPT  NUM.  CLOCK<br>SOC.SEC.    FREQ  M/S EX | EARNINGS  CURRENT<br><br>HOURS    RATE | CURRENT<br><br>AMOUNT | Y T D<br>HOURS      AMOUNT | TAXES    CURRENT<br><br>AMOUNT | Y T D<br><br>AMOUNT | DEDUCTIONS  CURRENT<br><br>AMOUNT | Y T D<br><br>AMOUNT | CHECK #<br><br>NET PAY |
|---|---|---|---|---|---|---|---|---|
| OBRIEN, LOIS Y<br>    0100   0138<br>xxx-xx-8288 SEM  M0   M0<br>YTD GROSS: | SALARY<br>BONUS<br><br>TOTALS | | – | | | | | |
| PIPPINS, JERRY W<br>    0100   0140<br>xxx-xx-1103 SEM  M1   M1<br>YTD GROSS: | SALARY<br>BONUS<br><br>TOTALS | | – | | | | | |
| PIPPINS, JERRY W<br>    0100   0140<br>xxx-xx-1103 SEM  M1   M1<br>YTD GROSS: | SALARY<br>BONUS<br><br>TOTALS | | – | | | | | |
| SNYDER, JOHN<br>    0100   0145<br>xxx-xx-9308 SEM  M2   M2<br>YTD GROSS: | SALARY<br>BONUS<br><br>TOTALS | | – | | | | | |
| SNYDER, JOHN<br>    0100   0145<br>xxx-xx-9308 SEM  M2   M2<br>YTD GROSS: | SALARY<br>BONUS<br><br>TOTALS | | – | | | | | |
| SUGGS, SHARON E<br>    0100   0147<br>xxx-xx-7879 SEM  M2   M2<br>YTD GROSS: | REGULAR<br>SALARY<br>BONUS<br>TOTALS | | – | | | | | |
| SUGGS, SHARON E<br>    0100   0147<br>xxx-xx-7879 SEM  M2   M2<br>YTD GROSS: | REGULAR<br>SALARY<br>BONUS<br>TOTALS | | – | | | | | |
| DEPARTMENT # 0100<br>   ADMINISTRATION<br>   CURRENT PAY TOTALS | SALARY<br>BONUS<br><br><br>TOTALS | | – | | | | | |

REDACTED

AMS 001189

Process Date - DEC 22,2010

# AmCheck Check Register

Page -    4

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC.   FREQ M/S EX | EARNINGS | CURRENT<br>HOURS   RATE | CURRENT<br>AMOUNT | Y T D<br>HOURS   AMOUNT | TAXES | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | DEDUCTIONS | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GEVIRTZ, JESSE<br>    0200  0116<br>xxx-xx-7399 SEM  MO   MO<br>YTD GROSS: | SALARY<br>BONUS<br><br>TOTALS | | – | | | | | | | | |
| GEVIRTZ, JESSE<br>    0200  0116<br>xxx-xx-7399 SEM  MO   MO<br>YTD GROSS: | SALARY<br>BONUS<br><br>TOTALS | | – | | | | | | | | |
| KEARLEY, JANICE<br>    0200  0155<br>xxx-xx-8584 SEM  M3   M3<br>YTD GROSS: | SALARY<br>BONUS<br><br>TOTALS | | – | | | | | | | | |
| KEARLEY, JANICE<br>    0200  0155<br>xxx-xx-8584 SEM  M3   M3<br>YTD GROSS: | SALARY<br>BONUS<br><br>TOTALS | | – | | | | | | | | |
| LOGAN, GWENDOLYN<br>    0200  0127<br>xxx-xx-8654 SEM  MO   MO<br>YTD GROSS: | SALARY<br>BONUS<br><br>TOTALS | | – | | | | | | | | |
| LOGAN, GWENDOLYN<br>    0200  0127<br>xxx-xx-8654 SEM  MO   MO<br>YTD GROSS: | SALARY<br>BONUS<br><br>TOTALS | | – | | | | | | | | |
| LOGAN, THOMAS<br>    0200  0128<br>xxx-xx-1468 SEM  MO   MO<br>YTD GROSS: | SALARY<br>BONUS<br><br>TOTALS | | – | | | | | | | | |
| LOGAN, THOMAS<br>    0200  0128<br>xxx-xx-1468 SEM  MO   MO<br>YTD GROSS: | SALARY<br>BONUS<br><br>TOTALS | | – | | | | | | | | |
| MAREEN, VERONIQUE M<br>    0200  0132<br>xxx-xx-5213 SEM  S1   S1<br>YTD GROSS: | SALARY<br>BONUS<br><br>TOTALS | | – | | | | | | | | |

REDACTED

P/E DATE - DEC 31,2010    CHECK DATE - DEC 31,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 011    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001190

Process Date - DEC 22,2010

# AmCheck Check Register

Page -    5

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAREEN, VERONIQUE M 0200  0132 xxx-xx-5213 SEM S1    S1 YTD GROSS: | SALARY BONUS  TOTALS | | | ▅ | | | | | | | | | |
| SNEED, WILLIAM 0200  0144 xxx-xx-3809 SEM M2    M2 YTD GROSS: | SALARY BONUS  TOTALS | | | ▅ | | | | | | | | | |
| SNEED, WILLIAM 0200  0144 xxx-xx-3809 SEM M2    M2 YTD GROSS: | SALARY BONUS  TOTALS | | | ▅ | | | | | | | | | |
| DEPARTMENT # 0200 MIDDLE SCHOOL CURRENT PAY TOTALS | SALARY BONUS  TOTALS | | | ▅ | | | | | | | | | |
| DENTON, JOHNNIE 0300  0111 xxx-xx-1699 SEM S1    S1 YTD GROSS: | SALARY BONUS  TOTALS | | | ▅ | | | | | | | | | |
| DENTON, JOHNNIE 0300  0111 xxx-xx-1699 SEM S1    S1 YTD GROSS: | SALARY BONUS  TOTALS | | | ▅ | | | | | | | | | |
| GOLDEN, CAROLINE 0300  0152 xxx-xx-8772 SEM S2    S2 YTD GROSS: | SALARY BONUS  TOTALS | | | ▅ | | | | | | | | | |
| GOLDEN, CAROLINE 0300  0152 xxx-xx-8772 SEM S2    S2 YTD GROSS: | SALARY BONUS  TOTALS | | | ▅ | | | | | | | | | |
| JARRELL, KELLY 0300  0123 xxx-xx-0127 SEM M4    M4 YTD GROSS: | SALARY BONUS  TOTALS | | | ▅ | | | | | | | | | |

REDACTED

P/E DATE - DEC 31,2010    CHECK DATE - DEC 31,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 011    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001191

Process Date - DEC 22,2010

# AmCheck Check Register

Page -    6

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS RATE | CURRENT AMOUNT | Y T D HOURS AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JARRELL, KELLY 0300  0123 xxx-xx-0127 SEM M4   M4 YTD GROSS: | SALARY BONUS | | | | | | | | | | |
| | TOTALS | | — | | | | | | | | |
| MATKIN, MELANIE 0300  0133 xxx-xx-3566 SEM S1   S1 YTD GROSS: | SALARY BONUS TOTALS | | — | | | | | | | | |
| MATKIN, MELANIE 0300  0133 xxx-xx-3566 SEM S1   S1 YTD GROSS: | SALARY BONUS TOTALS | | — | | | | | | | | |
| DEPARTMENT # 0300 SUNSET UPPER ELEMENTARY CURRENT PAY TOTALS | SALARY BONUS | | | | | | | | | | |
| | TOTALS | | — | | | | | | | | |
| AKEN, JOSEPH 0400  0101 xxx-xx-5965 SEM S0   S0 YTD GROSS: | SALARY BONUS TOTALS | | — | | | | | | | | |
| AKEN, JOSEPH 0400  0101 xxx-xx-5965 SEM S0   S0 YTD GROSS: | SALARY BONUS TOTALS | | — | | | | | | | | |
| MURPHY, DANIEL 0400  0159 xxx-xx-9682 SEM S0   S0 YTD GROSS: | SALARY BONUS TOTALS | | — | | | | | | | | |
| MURPHY, DANIEL 0400  0159 xxx-xx-9682 SEM S0   S0 YTD GROSS: | SALARY BONUS TOTALS | | — | | | | | | | | |
| PADRON, ELIZABETH 0400  0154 xxx-xx-2367 SEM S0   S0 YTD GROSS: | SALARY BONUS TOTALS | | — | | | | | | | | |

REDACTED

P/E DATE - DEC 31,2010    CHECK DATE - DEC 31,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 011    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001192

Process Date - DEC 22,2010

# AmCheck Check Register

Page -    7

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC.   FREQ  M/S EX | EARNINGS | CURRENT HOURS    RATE | CURRENT AMOUNT | Y T D HOURS    AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PADRON, ELIZABETH 0400  0154 xxx-xx-2367 SEM  S0   S0 YTD GROSS: | SALARY BONUS TOTALS | | | | | | | | | | |
| RIVAS-RIVAS, ERIK A 0400  0141 xxx-xx-3879 SEM  S2   S2 YTD GROSS: | SALARY BONUS TOTALS | | | | | | | | | | |
| RIVAS-RIVAS, ERIK A 0400  0141 xxx-xx-3879 SEM  S2   S2 YTD GROSS: | SALARY BONUS TOTALS | | | | | | | | | | |
| SUAREZ, JENNIFER 0400  0156 xxx-xx-4722 SEM  S0   S0 YTD GROSS: | SALARY BONUS TOTALS | | | | | | | | | | |
| SUAREZ, JENNIFER 0400  0156 xxx-xx-4722 SEM  S0   S0 YTD GROSS: | SALARY BONUS TOTALS | | | | | | | | | | |
| WEEKS, AMANDA E 0400  0149 xxx-xx-5106 SEM  S1   S1 YTD GROSS: | SALARY BONUS TOTALS | | | | | | | | | | |
| WEEKS, AMANDA E 0400  0149 xxx-xx-5106 SEM  S1   S1 YTD GROSS: | SALARY BONUS TOTALS | | | | | | | | | | |
| DEPARTMENT # 0400 SUNSET EARLY ELEMENTARY CURRENT PAY TOTALS | SALARY BONUS TOTALS | | | | | | | | | | |

REDACTED

P/E DATE - DEC 31,2010    CHECK DATE - DEC 31,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 011    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001193

Process Date - DEC 22,2010                    **AmCheck Check Register**                              Page -    8

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS RATE | CURRENT AMOUNT | Y T D HOURS AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AGUILAR, SOCORRO A 0500  0100 xxx-xx-6238 SEM  S0    S0 YTD GROSS: | SALARY BONUS TOTALS | | – | | | | | | | | |
| AGUILAR, SOCORRO A 0500  0100 xxx-xx-6238 SEM  S0    S0 YTD GROSS: | SALARY BONUS TOTALS | | – | | | | | | | | |
| BOARDMAN, ERIN L 0500  0126 xxx-xx-8620 SEM  M4    M4 YTD GROSS: | SALARY BONUS TOTALS | | – | | | | | | | | |
| BOARDMAN, ERIN L 0500  0126 xxx-xx-8620 SEM  M4    M4 YTD GROSS: | SALARY BONUS TOTALS | | – | | | | | | | | |
| COLLINS, MARY ANN 0500  0108 xxx-xx-1161 SEM  M2    M2 YTD GROSS: | SALARY BONUS TOTALS | | – | | | | | | | | |
| COLLINS, MARY ANN 0500  0108 xxx-xx-1161 SEM  M2    M2 YTD GROSS: | SALARY BONUS TOTALS | | – | | | | | | | | |
| EAGLE, ANGELA 0500  0112 xxx-xx-6084 SEM  M2    M2 YTD GROSS: | SALARY BONUS TOTALS | | – | | | | | | | | |
| EAGLE, ANGELA 0500  0112 xxx-xx-6084 SEM  M2    M2 YTD GROSS: | SALARY BONUS TOTALS | | – | | | | | | | | |

REDACTED

P/E DATE - DEC 31,2010    CHECK DATE - DEC 31,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**              PROC - 011    QTR - 4

AMS 001194

Process Date - DEC 22,2010                    **AmCheck Check Register**                                    Page -    9

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| EMPLOYEE NAME<br>DIV DEPT NUM. CLOCK<br>SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT<br>HOURS  RATE | CURRENT<br>AMOUNT | Y T D<br>HOURS    AMOUNT | TAXES | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | DEDUCTIONS | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HEARNE, KATE<br>     0500  0158<br>xxx-xx-5651 SEM  M4    S0 | SALARY<br>BONUS<br><br>TOTALS | | - | | | | | | | | |
| HEARNE, KATE<br>     0500  0158<br>xxx-xx-5651 SEM  M4    S0 | SALARY<br>BONUS<br><br>TOTALS | | - | | | | | | | | |
| HUNT, LYNN A<br>     0500  0122<br>xxx-xx-0105 SEM  S1    S1 | SALARY<br>BONUS<br><br>TOTALS | | - | | | | | | | | |
| HUNT, LYNN A<br>     0500  0122<br>xxx-xx-0105 SEM  S1    S1 | SALARY<br>BONUS<br><br>TOTALS | | - | | | | | | | | |
| JAHNKE, JESSE<br>     0500  0151<br>xxx-xx-5489 SEM  M3    M3 | SALARY<br>BONUS<br><br>TOTALS | | - | | | | | | | | |
| JAHNKE, JESSE<br>     0500  0151<br>xxx-xx-5489 SEM  M3    M3 | SALARY<br>BONUS<br><br>TOTALS | | - | | | | | | | | |
| SOLORIO, MARY Y<br>     0500  0146<br>xxx-xx-5216 SEM  M0    M0 | SALARY<br>BONUS<br><br>TOTALS | | - | | | | | | | | |
| SOLORIO, MARY Y<br>     0500  0146<br>xxx-xx-5216 SEM  M0    M0 | SALARY<br>BONUS<br><br>TOTALS | | - | | | | | | | | |

REDACTED

P/E DATE - DEC 31,2010    CHECK DATE - DEC 31,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**            PROC - 011    QTR - 4

AMS 001195

Process Date - DEC 22,2010

## AmCheck Check Register

Page -   10

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEPARTMENT # 0500 SUNSET PRIMARY CURRENT PAY TOTALS | SALARY BONUS | | | | | | | | | | | | |
| | TOTALS | | | - | | | | | | | | | |
| BEASLEY, KIMBERLY D 0600  0103 xxx-xx-2721 SEM  S0    S0 YTD GROSS: | SALARY BONUS TOTALS | | | - | | | | | | | | | |
| BEASLEY, KIMBERLY D 0600  0103 xxx-xx-2721 SEM  S0    S0 YTD GROSS: | SALARY BONUS TOTALS | | | - | | | | | | | | | |
| COLLINS, MARY 0600  0150 xxx-xx-2495 SEM  M3    M3 YTD GROSS: | SALARY BONUS TOTALS | | | - | | | | | | | | | |
| COLLINS, MARY 0600  0150 xxx-xx-2495 SEM  M3    M3 YTD GROSS: | SALARY BONUS TOTALS | | | - | | | | | | | | | |
| MAHNKEN, AMY E 0600  0130 xxx-xx-4081 SEM  S1    S1 YTD GROSS: | SALARY BONUS TOTALS | | | - | | | | | | | | | |
| MAHNKEN, AMY E 0600  0130 xxx-xx-4081 SEM  S1    S1 YTD GROSS: | SALARY BONUS TOTALS | | | - | | | | | | | | | |
| MCGEE, CHERYL 0600  0134 xxx-xx-0404 SEM  M1    M1 YTD GROSS: | SALARY BONUS TOTALS | | | - | | | | | | | | | |

REDACTED

P/E DATE - DEC 31,2010    CHECK DATE - DEC 31,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 011    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001196

Process Date - DEC 22,2010                    **AmCheck Check Register**                         Page -   11

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | Y T D AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MCGEE, CHERYL 0600  0134 xxx-xx-0404 SEM  M1    M1 YTD GROSS: | SALARY BONUS  TOTALS | | | - | | | | | | | | | |
| RUIZ, MARGARITA 0600  0143 xxx-xx-2877 SEM  M1    M1 YTD GROSS: | SALARY BONUS  TOTALS | | | - | | | | | | | | | |
| RUIZ, MARGARITA 0600  0143 xxx-xx-2877 SEM  M1    M1 YTD GROSS: | SALARY BONUS  TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0600 SUNSET TODDLER CURRENT PAY TOTALS | SALARY BONUS  TOTALS | | | - | | | | | | | | | |
| GEIL, MARY L 0700  0115 xxx-xx-1882 SEM  M3    M3 YTD GROSS: | SALARY BONUS  TOTALS | | | - | | | | | | | | | |
| GEIL, MARY L 0700  0115 xxx-xx-1882 SEM  M3    M3 YTD GROSS: | SALARY BONUS  TOTALS | | | - | | | | | | | | | |
| HARPER, ALEXIS 0700  0157 xxx-xx-5264 SEM  S2    S2 YTD GROSS: | SALARY BONUS  TOTALS | | | - | | | | | | | | | |
| HARPER, ALEXIS 0700  0157 xxx-xx-5264 SEM  S2    S2 YTD GROSS: | SALARY BONUS  TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0700 GREAT NORTHERN EARLY CURRENT PAY TOTALS | SALARY BONUS  TOTALS | | | - | | | | | | | | | |

REDACTED

P/E DATE - DEC 31,2010    CHECK DATE - DEC 31,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 011    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001197

Process Date - DEC 22,2010

# AmCheck Check Register

Page -   12

| EMPLOYEE NAME DIV DEPT NUM. CLOCK SOC.SEC. FREQ M/S EX | EARNINGS | CURRENT HOURS | RATE | CURRENT AMOUNT | Y T D HOURS | AMOUNT | TAXES | CURRENT AMOUNT | Y T D AMOUNT | DEDUCTIONS | CURRENT AMOUNT | Y T D AMOUNT | CHECK # NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FISCHER, BRANDI 0800  0113 xxx-xx-8035 SEM S5   S5 YTD GROSS: | SALARY BONUS TOTALS | | | | | | | | | | | | |
| FISCHER, BRANDI 0800  0113 xxx-xx-8035 SEM S5   S5 YTD GROSS: | SALARY BONUS TOTALS | | | | | | | | | | | | |
| HALEY, MEGAN 0800  0120 xxx-xx-7921 SEM S2   S2 YTD GROSS: | SALARY BONUS TOTALS | | | | | | | | | | | | |
| HALEY, MEGAN 0800  0120 xxx-xx-7921 SEM S2   S2 YTD GROSS: | SALARY BONUS TOTALS | | | | | | | | | | | | |
| LONDON, NATALIE 0800  0129 xxx-xx-7789 SEM S2   S2 YTD GROSS: | SALARY BONUS TOTALS | | | | | | | | | | | | |
| LONDON, NATALIE 0800  0129 xxx-xx-7789 SEM S2   S2 YTD GROSS: | SALARY BONUS TOTALS | | | | | | | | | | | | |
| MARBLE, LESLIE S 0800  0131 xxx-xx-2306 SEM M0   M0 YTD GROSS: | SALARY BONUS TOTALS | | | | | | | | | | | | |
| MARBLE, LESLIE S 0800  0131 xxx-xx-2306 SEM M0   M0 YTD GROSS: | SALARY BONUS TOTALS | | | | | | | | | | | | |
| MONDA, VALERIE M 0800  0137 xxx-xx-8924 SEM S1   S1 YTD GROSS: | SALARY BONUS TOTALS | | | | | | | | | | | | |

REDACTED

P/E DATE - DEC 31,2010    CHECK DATE - DEC 31,2010    **A196 - AUSTIN MONTESSORI SCHOOL, INC.**    PROC - 011    QTR - 4

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

AMS 001198

Process Date - DEC 22,2010                    **AmCheck Check Register**                                    Page -   13

| EMPLOYEE NAME | EARNINGS | CURRENT | | CURRENT | Y T D | | TAXES | CURRENT | Y T D | DEDUCTIONS | CURRENT | Y T D | CHECK # |
| DIV DEPT NUM. CLOCK | | | | | | | | | | | | | |
| SOC.SEC. FREQ M/S EX | | HOURS | RATE | AMOUNT | HOURS | AMOUNT | | AMOUNT | AMOUNT | | AMOUNT | AMOUNT | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONDA, VALERIE M | SALARY | | | | | | | | | | | | |
| 0800 0137 | BONUS | | | | | | | | | | | | |
| xxx-xx-8924 SEM S1 S1 | | | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | | - | | | | | | | | | |
| OSBORNE, CALLIE J | SALARY | | | | | | | | | | | | |
| 0800 0139 | BONUS | | | | | | | | | | | | |
| xxx-xx-4901 SEM S1 S1 | | | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | | - | | | | | | | | | |
| OSBORNE, CALLIE J | SALARY | | | | | | | | | | | | |
| 0800 0139 | BONUS | | | | | | | | | | | | |
| xxx-xx-4901 SEM S1 S1 | | | | | | | | | | | | | |
| YTD GROSS: | TOTALS | | | - | | | | | | | | | |
| DEPARTMENT # 0800 | SALARY | | | | | | | | | | | | |
| GREAT NORTHERN PRIMARY | BONUS | | | | | | | | | | | | |
| CURRENT PAY TOTALS | | | | | | | | | | | | | |
| | TOTALS | | | - | | | | | | | | | |
| COMPANY TOTALS | SALARY | | | | | | | | | | | | |
| AUSTIN MONTESSORI SCHOOL | | | | | | | | | | | | | |
| CHECKS ISSUED TOTALS | | | | | | | | | | | | | |
| | TOTALS | | | - | | | | | | | | | |
| COMPANY TOTALS | BONUS | | | | | | | | | | | | |
| AUSTIN MONTESSORI SCHOOL | | | | | | | | | | | | | |
| TOTAL ADJUSTMENTS | TOTALS | | | - | | | | | | | | | |
| COMPANY TOTALS | SALARY | | | | | | | | | | | | |
| AUSTIN MONTESSORI SCHOOL | BONUS | | | | | | | | | | | | |
| THIS PAY TOTALS | | | | | | | | | | | | | |
| | TOTALS | | | - | | | | | | | | | |

REDACTED

AMS 001199

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| Process Date - DEC 22,2010 | **AmCheck Check Register** | Page - 1 |
|---|---|---|

For Checks Drawn on BANK OF AMERICA (1130-0002-3) on Account# ▮▮▮▮▮

| EMPLOYEE NAME | EMP.NO. | Check Number | Check Amount |
|---|---|---|---|
| BOWNESS, SONAL | 0104 | | |
| BROWN, AMANDA S | 0106 | | |
| FRIEDMAN, LORI A | 0114 | | |
| GLASGOW, DAWN D | 0117 | | |
| GOERTZ, DONALD C | 0118 | | |
| GOERTZ, DONNA B | 0119 | | |
| MILLER, AMBER T | 0135 | | |
| OBRIEN, LOIS Y | 0138 | | |
| PIPPINS, JERRY W | 0140 | | |
| SNYDER, JOHN | 0145 | | |
| SUGGS, SHARON E | 0147 | | |
| GEVIRTZ, JESSE | 0116 | | |
| KEARLEY, JANICE | 0155 | REDACTED | |
| LOGAN, GWENDOLYN | 0127 | | |
| LOGAN, THOMAS | 0128 | | |
| MAREEN, VERONIQUE M | 0132 | | |
| SNEED, WILLIAM | 0144 | | |
| DENTON, JOHNNIE | 0111 | | |
| GOLDEN, CAROLINE | 0152 | | |
| JARRELL, KELLY | 0123 | | |
| MATKIN, MELANIE | 0133 | | |
| AKEN, JOSEPH | 0101 | | |
| MURPHY, DANIEL | 0159 | | |
| PADRON, ELIZABETH | 0154 | | |
| RIVAS-RIVAS, ERIK A | 0141 | | |
| SUAREZ, JENNIFER | 0156 | | |
| WEEKS, AMANDA E | 0149 | | |
| AGUILAR, SOCORRO A | 0100 | | |

| P/E DATE - DEC 31,2010    CHECK DATE - DEC 31,2010 | **A196 - AUSTIN MONTESSORI SCHOOL, INC.** | PROC - 011    QTR - 4 |
|---|---|---|

AMS 001200

```
Process Date - DEC 22,2010              AmCheck Check Register                          Page -   2
```

For Checks Drawn on BANK OF AMERICA (1130-0002-3) on Account# ████████

| EMPLOYEE NAME | EMP.NO. | Check Number | Check Amount |
|---|---|---|---|
| BOARDMAN, ERIN L | 0126 | | |
| COLLINS, MARY ANN | 0108 | | |
| EAGLE, ANGELA | 0112 | | |
| HEARNE, KATE | 0158 | | |
| HUNT, LYNN A | 0122 | | |
| JAHNKE, JESSE | 0151 | | |
| SOLORIO, MARY Y | 0146 | | |
| BEASLEY, KIMBERLY D | 0103 | | |
| COLLINS, MARY | 0150 | | |
| MAHNKEN, AMY E | 0130 | | |
| MCGEE, CHERYL | 0134 | | |
| RUIZ, MARGARITA | 0143 | REDACTED | |
| GEIL, MARY L | 0115 | | |
| HARPER, ALEXIS | 0157 | | |
| FISCHER, BRANDI | 0113 | | |
| HALEY, MEGAN | 0120 | | |
| LONDON, NATALIE | 0129 | | |
| MARBLE, LESLIE S | 0131 | | |
| MONDA, VALERIE M | 0137 | | |
| OSBORNE, CALLIE J | 0139 | | |

```
**
**   DIVISION #    TOTALS
**   AUSTIN MONTESSORI SCHOOL,
**
***
*** COMPANY TOTALS
*** AUSTIN MONTESSORI SCHOOL,
***
```

```
P/E DATE - DEC 31,2010    CHECK DATE - DEC 31,2010    A196 - AUSTIN MONTESSORI SCHOOL, INC.          PROC - 011    QTR - 4
```

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)