# EXHIBIT B

| Employees (2009) | Jan 1-2 | Jan 5-9 | Jan 12-16 | Jan 19-23 | Jan 26-30 | Feb 2-6 | Feb 9-13 | Feb 16-20 | Feb 23-27 | Mar 2-6 | Mar 9-13 | Mar 16-20 | Mar 23-27 | Mar 30-Apr 3 | Apr 6-10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Socorro Aguilar | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Joseph Aken | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Janna Banks | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Kimberly Beasley | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Sonal Bowness | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Amanda Brown | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Margaret Breckwoldt | | | | | | | | | | | | | | | |
| Eric Breeding | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Caroline Clark | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Mary Collins | | | | | | | | | | | | | | | |
| Mary Ann Collins | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Rachel Davison | | | | | | | | | | | | | | | |
| Erin Dean | | | | | | | | | | | | | | | |
| Johnnie Denton | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Angela Eagle | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Lori Friedman | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Brandi Fischer | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Mary Geil | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Jesse Gevirtz | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Dawn Glasgow | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Donald Goertz | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Donna Goertz | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Megan Haley | | | | | | | | | | | | | | | |
| Kate Hearne | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Jacqueline Howard | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Lynn Hunt | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Kelly Jarrell | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Judy Johnson | | | | | | | | | | | | | | | |
| Rebecca Kaiser | | | | | | | | | | | | | | | |
| Erin Larson | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Gwendolyn Logan | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Thomas Logan | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Natalie London | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Amy Mahnken | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Leslie Marble | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Veronique Mareen | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Melanie Matkin | | | | | | | | | | | | | | | |
| Cheryl McGee | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Amber Miller | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Gilberto Miranda | | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Valerie Monda | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Lois O'Brien | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Callie Osborne | | | | | | | | | | | | | | | |
| Jerry Pippins | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Nicholas Pippins | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Lindsey Porter | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Erik Rivas-Rivas | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Donna Romine | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Margarita Ruiz | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Francoise Sansoni | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Jennifer Schiler | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Nancy Scott | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| William Sneed | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| John Snyder | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Mary Solorio | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Sharon Suggs | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Kathryn Swope | | | | | | | | | | | | | | | |
| Amanda Weeks | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Kjersti Wheeler | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| | | | | | | | | | | | | | | | |
| TOTAL EMPLOYEES | 48 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 |

| Employees (2009) | Apr 13-17 | Apr 20-24 | Apr 27-May 1 | May 4-8 | May 11-15 | May 18-22 | May 25-29 | Jun 1-5 | Jun 8-12 | Jun 15-19 | Jun 22-26 | Jun 29-Jul 3 | Jul 6-10 | Jul 13-17 | Jul 20-24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Socorro Aguilar | X | X | X | X | X | X | X | X | | | | | | | |
| Joseph Aken | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Janna Banks | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Kimberly Beasley | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Sonal Bowness | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Amanda Brown | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Margaret Breckwoldt | | | | | | | | | | | | | | | |
| Eric Breeding | X | X | X | X | X | X | X | X | | | | | | | |
| Caroline Clark | X | X | X | X | X | X | X | X | | X | X | X | X | X | X |
| Mary Collins | | | | | | | | | | | | | | | |
| Mary Ann Collins | X | X | X | X | X | X | X | X | | | | | | | |
| Rachel Davison | | | | | | | | | | | | | | | |
| Erin Dean | | | | | | | | | | | | | | | |
| Johnnie Denton | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Angela Eagle | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Lori Friedman | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Brandi Fischer | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Mary Geil | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Jesse Gevirtz | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Dawn Glasgow | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Donald Goertz | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Donna Goertz | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Megan Haley | | | | | | | | | | | | | | | |
| Kate Hearne | X | X | X | X | X | X | X | X | | | | | | | |
| Jacqueline Howard | X | X | X | X | X | X | X | X | | | | | | | |
| Lynn Hunt | X | X | X | X | X | X | X | X | | | | | | | |
| Kelly Jarrell | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Judy Johnson | | | | | | | | | | | | | | | |
| Rebecca Kaiser | | | | | | | | | | | | | | | |
| Erin Larson | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Gwendolyn Logan | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Thomas Logan | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Natalie London | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Amy Mahnken | X | X | X | X | X | X | X | X | | | | | | | |
| Leslie Marble | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Veronique Mareen | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Melanie Matkin | | | | | | | | | | | | | | | |
| Cheryl McGee | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Amber Miller | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Gilberto Miranda | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Valerie Monda | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Lois O'Brien | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Callie Osborne | | | | | | | | | | | | | | | |
| Jerry Pippins | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Nicholas Pippins | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Lindsey Porter | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Erik Rivas-Rivas | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Donna Romine | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Margarita Ruiz | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Francoise Sansoni | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Jennifer Schiller | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Nancy Scott | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| William Sneed | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| John Snyder | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Mary Solorio | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Sharon Suggs | X | X | X | X | X | X | X | | X | X | X | X | X | X | X |
| Kathryn Swope | | | | | | | | | | | | | | | |
| Amanda Weeks | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Kjersti Wheeler | X | X | X | X | X | X | X | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| TOTAL EMPLOYEES | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 47 | 41 | 41 | 41 | 41 | 41 | 41 | 41 |

| Employees (2009) | Jul 27-31 | Aug 3-7 | Aug 10-14 | Aug 17-21 | Aug 24-28 | Aug 31-Sep 4 | Sep 7-11 | Sep 14-18 | Sep 21-25 | Sep 28-Oct 2 | Oct 5-9 | Oct 12-16 | Oct 19-23 | Oct 26-30 | Nov 2-6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Socorro Aguilar | | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Joseph Aken | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Janna Banks | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Kimberly Beasley | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Sonal Bowness | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Amanda Brown | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Margaret Breckwoldt | | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Eric Breeding | | | | | | | | | | | | | | | |
| Caroline Clark | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Mary Collins | | | | | | | | | | | | | | | |
| Mary Ann Collins | | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Rachel Davison | | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Erin Dean | | | | X | X | X | X | X | X | X | X | X | X | X | X |
| Johnnie Denton | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Angela Eagle | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Lori Friedman | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Brandi Fischer | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Mary Geli | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Jesse Gevirtz | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Dawn Glasgow | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Donald Goertz | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Donna Goertz | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Megan Haley | | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Kate Hearne | | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Jacqueline Howard | | | | | | | | | | | | | | | |
| Lynn Hunt | | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Kelly Jarrell | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Judy Johnson | | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Rebecca Kaiser | | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Erin Larson | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Gwendolyn Logan | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Thomas Logan | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Natalie London | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Amy Mahnken | | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Leslie Marble | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Veronique Mareen | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Melanie Matkin | | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Cheryl McGee | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Amber Miller | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Gilberto Miranda | X | | | | | | | | | | | | | X | X |
| Valerie Monda | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Lois O'Brien | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Callie Osborne | | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Jerry Pippins | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Nicholas Pippins | X | | | | | | | | | | | | | | |
| Lindsey Porter | X | | | | | | | | | | | | | | |
| Erik Rivas-Rivas | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Donna Romine | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Margarita Ruiz | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Francoise Sansoni | X | | | | | | | | | | | | | | |
| Jennifer Schiller | X | | | | | | | | | | | | | | |
| Nancy Scott | X | | | | | | | | | | | | | | |
| William Sneed | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| John Snyder | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Mary Solorio | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Sharon Suggs | X | X | X | X | | | X | | | | | | | | |
| Kathryn Swope | | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Amanda Weeks | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Kjersti Wheeler | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| TOTAL EMPLOYEES | 41 | 48 | 48 | 49 | 48 | 48 | 49 | 48 | 48 | 48 | 48 | 48 | 48 | 49 | 49 |

| Employees (2009) | Nov 9-13 | Nov 16-20 | Nov 23-27 | Nov 30-Dec 4 | Dec 7-11 | Dec 14-18 | Dec 21-25 | Dec 28-Jan 1 |
|---|---|---|---|---|---|---|---|---|
| Socorro Aguilar | X | X | X | X | X | X | X | X |
| Joseph Aken | X | X | X | X | X | X | X | X |
| Janna Banks | X | X | X | X | X | X | X | X |
| Kimberly Beasley | X | X | X | X | X | X | X | X |
| Sonal Bowness | X | X | X | X | X | X | X | X |
| Amanda Brown | X | X | X | X | X | X | X | X |
| Margaret Breckwoldt | X | X | X | X | X | X | X | X |
| Eric Breeding | | | | | | | | |
| Caroline Clark | X | X | X | X | X | X | X | X |
| Mary Collins | | | | | | | | |
| Mary Ann Collins | X | X | X | X | X | X | X | X |
| Rachel Davison | X | X | X | X | X | X | X | X |
| Erin Dean | X | X | X | X | X | X | X | X |
| Johnnie Denton | X | X | X | X | X | X | X | X |
| Angela Eagle | X | X | X | X | X | X | X | X |
| Lori Friedman | X | X | X | X | X | X | X | X |
| Brandi Fischer | X | X | X | X | X | X | X | X |
| Mary Gell | X | X | X | X | X | X | X | X |
| Jesse Gevirtz | X | X | X | X | X | X | X | X |
| Dawn Glasgow | X | X | X | X | X | X | X | X |
| Donald Goertz | X | X | X | X | X | X | X | X |
| Donna Goertz | X | X | X | X | X | X | X | X |
| Megan Haley | X | X | X | X | X | X | X | X |
| Kate Hearne | X | X | X | X | X | X | X | X |
| Jacqueline Howard | | | | | | | | |
| Lynn Hunt | X | X | X | X | X | X | X | X |
| Kelly Jarrell | X | X | X | X | X | X | X | X |
| Judy Johnson | X | X | X | X | X | X | X | X |
| Rebecca Kaiser | X | X | X | X | X | X | X | X |
| Erin Larson | X | X | X | X | X | X | X | X |
| Gwendolyn Logan | X | X | X | X | X | X | X | X |
| Thomas Logan | X | X | X | X | X | X | X | X |
| Natalie London | X | X | X | X | X | X | X | X |
| Amy Mahnken | X | X | X | X | X | X | X | X |
| Leslie Marble | X | X | X | X | X | X | X | X |
| Veronique Mareen | X | X | X | X | X | X | X | X |
| Melanie Matkin | X | X | X | X | X | X | X | X |
| Cheryl McGee | X | X | X | X | X | X | X | X |
| Amber Miller | X | X | X | X | X | X | X | X |
| Gilberto Miranda | X | X | X | X | | | | X |
| Valerie Monda | X | X | X | X | X | X | X | X |
| Lois O'Brien | X | X | X | X | X | X | X | X |
| Callie Osborne | X | X | X | X | X | X | X | X |
| Jerry Pippins | X | X | X | X | X | X | X | X |
| Nicholas Pippins | | | | | | | | |
| Lindsey Porter | | | | | | | | |
| Erik Rivas-Rivas | X | X | X | X | X | X | X | X |
| Donna Romine | X | X | X | X | X | X | X | X |
| Margarita Ruiz | X | X | X | X | X | X | X | X |
| Francoise Sansoni | | | | | | | | |
| Jennifer Schiller | | | | | | | | |
| Nancy Scott | | | | | | | | |
| William Sneed | X | X | X | X | X | X | X | X |
| John Snyder | X | X | X | X | X | X | X | X |
| Mary Solorio | X | X | X | X | X | X | X | X |
| Sharon Suggs | | | | | | | | |
| Kathryn Swope | X | X | X | X | X | X | X | X |
| Amanda Weeks | X | X | X | X | X | X | X | X |
| Kjersti Wheeler | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL EMPLOYEES | 49 | 49 | 49 | 49 | 48 | 48 | 48 | 49 |

| Employees (2010) | Jan 4-8 | Jan 11-15 | Jan 18-22 | Jan 25-29 | Feb 1-5 | Feb 8-12 | Feb 15-19 | Feb 22-26 | Mar 1-5 | Mar 8-12 | Mar 15-19 | Mar 22-26 | Mar 29-Apr 2 | Apr 5-9 | Apr 12-16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Socorro Aguilar | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Joseph Aken | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Janna Banks | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Kimberly Beasley | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Sonal Bowness | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Margaret Breckwoldt | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Amanda Brown | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Naomi Cabellero | | | | | | | | | | | | | | | |
| Caroline Clark | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Mary Collins | | | | | | | | | | | | | | | |
| Mary Ann Collins | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Rachel Davison | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Erin Dean | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Johnnie Denton | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Angela Eagle | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Lori Friedman | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Brandi Fischer | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Mary Geil | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Jesse Gevirtz | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Dawn Glasgow | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Donald Goertz | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Donna Goertz | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Caroline Golden | | | | | | | | | | | | | | | |
| Megan Haley | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Alexis Harper | | | | | | | | | | | | | | | |
| Kate Hearne | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Lynn Hunt | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Jesse Jahnke | | | | | | | | | | | | | | | |
| Kelly Jarrell | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Judy Johnson | | | | | | | | | | | | | | | |
| Rebecca Kaiser | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Janice Kearley | | | | | | | | | | | | | | | |
| Erin Larson | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Natalie London | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Gwendolyn Logan | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Thomas Logan | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Amy Mahnken | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Leslie Marble | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Veronique Mareen | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Melanie Matkin | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Cheryl McGee | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Amber Miller | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Gilberto Miranda | | | | | | | | | | | | | | | |
| Valerie Monda | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Daniel Murphy | | | | | | | | | | | | | | | |
| Lois O'Brien | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Callie Osborne | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Elizabeth Padron | | | | | | | | | | | | | | | |
| Jerry Pippins | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Erik Rivas-Rivas | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Donna Romine | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Margarita Ruiz | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| William Sneed | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| John Snyder | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Mary Solorio | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Jennifer Suarez | | | | | | | | | | | | | | | |
| Sharon Suggs | | | | | | | | | | | | | | | |
| Kathryn Swope | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Amanda Weeks | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| | | | | | | | | | | | | | | | |
| TOTAL EMPLOYEES | 48 | 48 | 47 | 48 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 |

| Employees (2010) | Apr 19-23 | Apr 26-30 | May 3-7 | May 10-14 | May 17-21 | May 24-28 | May 31-Jun 4 | Jun 7-11 | Jun 14-18 | Jun 21-25 | Jun 28-Jul 2 | Jul 5-9 | Jul 12-16 | Jul 19-23 | Jul 26-30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Socorro Aguilar | X | X | X | X | X | X | X | | | | | | | | |
| Joseph Aken | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Janna Banks | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Kimberly Beasley | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Sonal Bowness | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Margaret Breckwoldt | X | X | X | X | X | X | X | | | | | | | | |
| Amanda Brown | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Naomi Cabellero | | | | | | | | | | | | | | | |
| Caroline Clark | X | X | X | | | X | X | X | X | X | X | X | X | X | X |
| Mary Collins | | | | | | | | | | | | | | | |
| Mary Ann Collins | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Rachel Davison | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Erin Dean | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Johnnie Denton | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Angela Eagle | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Lori Friedman | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Brandi Fischer | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Mary Geil | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Jesse Gevirtz | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Dawn Glasgow | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Donald Goertz | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Donna Goertz | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Caroline Golden | | | | | | | | | | | | | | | |
| Megan Haley | X | X | X | X | X | X | X | | | | | | | | |
| Alexis Harper | | | | | | | | | | | | | | | |
| Kate Hearne | X | X | X | X | X | X | X | | | | | | | | |
| Lynn Hunt | X | X | X | X | X | X | X | | | | | | | | |
| Jesse Jahnke | | | | | | | | | | | | | | | |
| Kelly Jarrell | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Judy Johnson | | | | | | | | | | | | | | | |
| Rebecca Kaiser | X | X | X | X | X | X | X | | | | | | | | |
| Janice Kearley | | | | | | | | | | | | | | | |
| Erin Larson | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Natalie London | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Gwendolyn Logan | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Thomas Logan | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Amy Mahnken | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Leslie Marble | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Veronique Mareen | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Melanie Matkin | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Cheryl McGee | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Amber Miller | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Gilberto Miranda | | | | | | | | | | | | | | | |
| Valerie Monda | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Daniel Murphy | | | | | | | | | | | | | | | |
| Lois O'Brien | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Callie Osborne | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Elizabeth Padron | | | | | | | | | | | | | | | |
| Jerry Pippins | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Erik Rivas-Rivas | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Donna Romine | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Margarita Ruiz | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| William Sneed | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| John Snyder | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Mary Solorio | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Jennifer Suarez | | | | | | | | | | | | | | | |
| Sharon Suggs | | | | | | | | | | | | | | | |
| Kathryn Swope | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Amanda Weeks | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| | | | | | | | | | | | | | | | |
| TOTAL EMPLOYEES | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 |

| Employees (2010) | Aug 2-6 | Aug 9-13 | Aug 16-20 | Aug 23-27 | Aug 30-Sep 3 | Sep 6-10 | Sep 13-17 | Sep 20-24 | Sep 27-Oct 1 | Oct 4-8 | Oct 11-15 | Oct 18-22 | Oct 25-29 | Nov 1-5 | Nov 8-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Socorro Aguilar | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Joseph Aken | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Janna Banks | | | | | | | | | | | | | | | |
| Kimberly Beasley | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Sonal Bowness | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Margaret Breckwoldt | | | | | | | | | | | | | | | |
| Amanda Brown | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Naomi Caballero | X | X | X | X | X | X | | | | | | | | | |
| Caroline Clark | | | | | | | | | | | | | | | |
| Mary Collins | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Mary Ann Collins | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Rachel Davison | | | | | | | | | | | | | | | |
| Erin Dean | | | | | | | | | | | | | | | |
| Johnnie Denton | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Angela Eagle | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Lori Friedman | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Brandi Fischer | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Mary Geil | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Jesse Gevirtz | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Dawn Glasgow | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Donald Goertz | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Donna Goertz | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Caroline Golden | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Megan Haley | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Alexis Harper | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Kate Hearne | | | | | X | X | X | X | X | X | X | X | X | X | X |
| Lynn Hunt | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Jesse Jahnke | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Kelly Jarrell | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Judy Johnson | | | | | | | | | | | | | | | |
| Rebecca Kaiser | | | | | | | | | | | | | | | |
| Janice Kearley | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Erin Larson | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Natalie London | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Gwendolyn Logan | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Thomas Logan | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Amy Mahnken | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Leslie Marble | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Veronique Mareen | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Melanie Matkin | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Cheryl McGee | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Amber Miller | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Gilberto Miranda | | | | | | | | | | | | | | | |
| Valerie Monda | | | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Daniel Murphy | | | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Lois O'Brien | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Callie Osborne | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Elizabeth Padron | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Jerry Pipkins | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Erik Rivas-Rivas | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Donna Romine | | | | | | | | | | | | | | | |
| Margarita Ruiz | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| William Sneed | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| John Snyder | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Mary Solorio | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Jennifer Suarez | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Sharon Suggs | X | X | X | | X | X | X | X | X | X | X | X | X | X | X |
| Kathryn Swope | | | | | | | | | | | | | | | |
| Amanda Weeks | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| | | | | | | | | | | | | | | | |
| TOTAL EMPLOYEES | 46 | 46 | 48 | 47 | 49 | 49 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 |

| Employees (2010) | Nov 15-19 | Nov 22-26 | Nov 29-Dec 3 | Dec 6-10 | Dec 13-17 | Dec 20-24 | Dec 27-31 |
|---|---|---|---|---|---|---|---|
| Socorro Aguilar | X | X | X | X | X | X | X |
| Joseph Aken | X | X | X | X | X | X | X |
| Janna Banks | | | | | | | |
| Kimberly Beasley | X | X | X | X | X | X | X |
| Sonal Bowness | X | X | X | X | X | X | X |
| Margaret Breckwoldt | | | | | | | |
| Amanda Brown | X | X | X | X | X | X | X |
| Naomi Cabellero | | | | | | | |
| Caroline Clark | | | | | | | |
| Mary Collins | X | X | X | X | X | X | X |
| Mary Ann Collins | X | X | X | X | X | X | X |
| Rachel Davison | | | | | | | |
| Erin Dean | | | | | | | |
| Johnnie Denton | X | X | X | X | X | X | X |
| Angela Eagle | X | X | X | X | X | X | X |
| Lori Friedman | X | X | X | X | X | X | X |
| Brandi Fischer | X | X | X | X | X | X | X |
| Mary Gell | X | X | X | X | X | X | X |
| Jesse Gevirtz | X | X | X | X | X | X | X |
| Dawn Glasgow | X | X | X | X | X | X | X |
| Donald Goertz | X | X | X | X | X | X | X |
| Donna Goertz | X | X | X | X | X | X | X |
| Caroline Golden | X | X | X | X | X | X | X |
| Megan Haley | X | X | X | X | X | X | X |
| Alexis Harper | X | X | X | X | X | X | X |
| Kate Hearne | X | X | X | X | X | X | X |
| Lynn Hunt | X | X | X | X | X | X | X |
| Jesse Jahnke | X | X | X | X | X | X | X |
| Kelly Jarrell | X | X | X | X | X | X | X |
| Judy Johnson | | | | | | | |
| Rebecca Kaiser | | | | | | | |
| Janice Kearley | X | X | X | X | X | X | X |
| Erin Larson | X | X | X | X | X | X | X |
| Natalie London | X | X | X | X | X | X | X |
| Gwendolyn Logan | X | X | X | X | X | X | X |
| Thomas Logan | X | X | X | X | X | X | X |
| Amy Mahnken | X | X | X | X | X | X | X |
| Leslie Marble | X | X | X | X | X | X | X |
| Veronique Mareen | X | X | X | X | X | X | X |
| Melanie Matkin | X | X | X | X | X | X | X |
| Cheryl McGee | X | X | X | X | X | X | X |
| Amber Miller | X | X | X | X | X | X | X |
| Gilberto Miranda | | | | | | | |
| Valerie Monda | X | X | X | X | X | X | X |
| Daniel Murphy | X | X | X | X | X | X | X |
| Lois O'Brien | X | X | X | X | X | X | X |
| Callie Osborne | X | X | X | X | X | X | X |
| Elizabeth Padron | X | X | X | X | X | X | X |
| Jerry Pippins | X | X | X | X | X | X | X |
| Erik Rivas-Rivas | X | X | X | X | X | X | X |
| Donna Romine | | | | | | | |
| Margarita Ruiz | X | X | X | X | X | X | X |
| William Sneed | X | X | X | X | X | X | X |
| John Snyder | X | X | X | X | X | X | X |
| Mary Solorio | X | X | X | X | X | X | X |
| Jennifer Suarez | X | X | X | X | X | X | X |
| Sharon Suggs | X | X | X | X | X | X | X |
| Kathryn Swope | | | | | | | |
| Amanda Weeks | X | X | X | X | X | X | X |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL EMPLOYEES | 48 | 48 | 48 | 48 | 48 | 48 | 48 |