IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLINE CLARK, | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | C.A. NO. A-12-CV-007-SS |
| | § | |
| AUSTIN MONTESSORI SCHOOL, INC., | § | |
| DEFENDANT. | § | |

### DEFENDANT AUSTIN MONTESSORI SCHOOL, INC.'S
### MOTION FOR LEAVE TO FILE RESPONSE TO SUPPLEMENTAL BRIEFING

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Defendant AUSTIN MONTESSORI SCHOOL, INC. ("Austin Montessori"), and files this, its Motion for Leave to File Response to Supplemental Briefing, and respectfully shows the Court as follows:

**I.**
**INTRODUCTION**

1.    Both parties to this action filed competing motions for summary judgment. (Docs. 18, 28, 29). The parties' motions were heard on September 7, 2012. (Doc. 48). All of the motions, except for Austin Montessori's Motion for Summary Judgment filed May 17, 2012, were denied. (Doc. 48). The parties were advised that the May 17, 2012 Motion remained under consideration.

2.    On September 11, 2012, Plaintiff filed Supplemental Briefing addressing the May 17, 2012 Motion for Summary Judgment without leave of court. (Doc. 49). For the most part, Plaintiff's Supplemental Briefing is not relevant to the pending motion. However, the Supplemental Briefing contains assertions of fact which are not supported by the record. Austin Montessori hereby seeks leave of court to object and respond to the factual statements contained in Plaintiff's Supplemental Briefing.

**II.**

3.        Local Rule CV-7 permits post-reply submissions only on leave of court. LR.CV-7(f). Austin Montessori seeks such leave.  This leave is requested to object and respond to assertions of fact contained in Plaintiff's Supplemental Briefing.

4.        In Plaintiff's briefing, Plaintiff asserts that Austin Montessori decided to remove Plaintiff from the classroom before discussing Plaintiff's leave with her, and that there was no evidence that the parents would withdraw their children from Plaintiff's classroom as a result of the anticipated leave.  (Doc. 49, p. 3).  These statements of fact are contradicted by the summary judgment evidence on file with the Court.  Additionally, Plaintiff makes assertions of fact regarding leave taken by other house guides which are not supported by the record.  (Doc. 49, p. 3).

5.        Attached hereto as *Exhibit A* is Defendant's Response to Supplemental Briefing. Defendant's response is provided to clarify the summary judgment evidence on file with the papers of this Court.  Defendant, therefore, respectfully requests leave to file its response.

WHEREFORE, PREMISES CONSIDERED, Austin Montessori respectfully requests that this Court grant its Motion for Leave to File Response to Supplemental Briefing and that *Exhibit A* be filed with the papers of this Court.  Austin Montessori seeks any further relief to which it may be entitled.

Respectfully submitted,

COKINOS, BOSIEN & YOUNG
10999 West IH-10, Suite 800
San Antonio, Texas  78230
(210) 293-8700 (Office)
(210) 293-8733 (Fax)


By:____*/s/ Michael Ezzell*_____
　　　　MICHAEL EZZELL
　　　　State Bar No. 06767300
　　　　BRYAN P. MARSHALL
　　　　State Bar No. 24034552

ATTORNEYS FOR DEFENDANT


## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2012, a true and correct copy of the foregoing *Defendant Austin Montessori School, Inc.'s Motion for Leave to File Response to Supplemental Briefing* was filed with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case files system of the court.  I hereby certify that I have served the following counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

***ATTORNEYS FOR PLAINTIFF***
　　Russell Scott Cook
　　Melissa A. Jacobs
　　THE COOK LAW FIRM
　　919 Congress Avenue, Suite 1145
　　Austin, Texas 78701


　　　　　　　　　　　*/s/ Michael Ezzell*_____
　　　　　　　　　　　MICHAEL EZZELL