IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLINE CLARK,<br>    PLAINTIFF, | §<br>§<br>§ | |
| VS. | § | C.A. NO. A-12-CV-007-SS |
| | § | |
| AUSTIN MONTESSORI SCHOOL, INC.,<br>    DEFENDANT. | §<br>§<br>§ | |

**ORDER GRANTING
DEFENDANT AUSTIN MONTESSORI SCHOOL, INC.'S
MOTION FOR LEAVE TO FILE RESPONSE TO SUPPLEMENTAL BRIEFING**

TO THE HONORABLE JUDGE OF SAID COURT:

On this date came on to be heard Defendant Austin Montessori School, Inc.'s Motion for Leave to File Response to Supplemental Briefing.

After considering the Motion, the Court finds that the Motion has merit and should be granted.

It is, Therefore, Ordered that Defendant Austin Montessori School, Inc.'s Motion for Leave to File Response to Supplemental Briefing be and hereby is GRANTED.

HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE