## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **Caroline Clark,** | § | |
|              **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **Case No.:  AU:12-CV-00007-SS** |
| | § | |
| **Austin Montessori School, Inc.,** | § | |
|              **Defendant.** | § | |

### ORDER

IT IS ORDERED that a status conference in this case is set on **Thursday, February 07, 2013**, at **1:30 PM**, in Courtroom No. 2, United States Courthouse, 200 West Eighth Street, Austin, Texas.

Counsel must be prepared to discuss the following:

1.    Motions pending;

2.    Any further discovery requests;

3.    Counsel and witness availability for trial;

4.    Settlement negotiations (the Plaintiff[s] must have made an initial offer to settle the entire case prior to the status conference, and the Defendant[s] must have had sufficient time to respond to the offer prior to the status conference).

The status conference may be conducted by telephone, **and any such request must be made by January 30, 2013**.  The party making such request must confirm with other parties in the case and call Linda Mizell at 512/916-5230 to schedule.  The use of cellular or cordless telephones, public telephone booths, or speaker phones is prohibited during a telephonic appearance.

SIGNED this the 28th day of January, 2013.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE