FILED

2013 FEB -8  AM 11: 31

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CAROLINE CLARK,
                        Plaintiff,

-vs-                                                      Case No.  A-12-CA-007-SS

AUSTIN MONTESSORI SCHOOL, INC.,
                        Defendant.

_____

### O R D E R

BE IT REMEMBERED that on the 7th day of February 2013, the Court called the above-styled cause for a status conference, and the parties appeared either in person or through counsel. The Court confirms its announcements with the following written orders:

IT IS ORDERED that the case REMAINS SET for docket call on **May 31, 2013**, at 11:00 a.m. in Courtroom 2 of the United States Courthouse, 501 W. Fifth Street, Austin, Texas, with a **JURY trial** in the month of **June 2013**, and each side shall be allowed **SIX (6) HOURS** in trial, beginning with opening statement and continuing through the close of evidence (including direct examination, cross-examination, and rebuttal).  The parties agree to a jury of seven with a verdict by no less than five.

IT IS FURTHER ORDERED that, prior to docket call, the parties shall file a short,



one paragraph statement of the parties' contentions, voir dire questions, proposed jury instructions and verdict forms, exhibit and witness lists, and any motions in limine.

SIGNED this the _8th_ day of February 2013.

_____
UNITED STATES DISTRICT JUDGE