IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CAROLINE CLARK<br><br>PLAINTIFF<br><br>V.<br><br>AUSTIN MONTESSORI SCHOOL, INC.<br><br>DEFENDANT | C.A. NO. A-12-CV-007-SS |

### DEFENDANT, AUSTIN MONTESSORI SCHOOL, INC.'S
### NOTICE OF SECOND SUPPLEMENTAL INITIAL DISCLOSURES

Defendant, Austin Montessori School, Inc., advises the Court, pursuant to FRCP 26(f) that it has served its second supplemental FRCP 26(a)(1) initial disclosures on May 16, 2013.

Respectfully submitted,

*/s/   Bryan P. Marshall*
Stephanie O'Rourke
Texas State Bar No. 15310800
sorourke@cbylaw.com
Bryan P. Marshall
Texas State Bar No. 24034552
bmarshall@cbylaw.com
COKINOS, BOSIEN & YOUNG
10999 West IH-10, Suite 800
San Antonio, Texas  78230
T (210) 293-8700
F (210) 293-8733

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

On May 17, 2013, I electronically submitted the foregoing DEFENDANT, AUSTIN MONTESSORI SCHOOL, INC.'S NOTICE OF SECOND SUPPLEMENTAL INITIAL DISCLOSURES with the clerk of court for the U.S. District Court, Western District of Texas and counsel of record, using the electronic case files system of the Court.

**ATTORNEYS FOR PLAINTIFF**
Russell Scott Cook
Melissa A. Jacobs
THE COOK LAW FIRM
919 Congress Avenue, Suite 1145
Austin, Texas 78701


                                            /s/ *Bryan P. Marshall*
                                            Bryan P. Marshall