IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CAROLINE CLARK,

    PLAINTIFF,

V.

AUSTIN MONTESSORI SCHOOL,
INC.,

    DEFENDANT.

C.A. NO. A-12-CV-007-SS

## DEFENDANT'S NOTICE OF APPEARANCE

Please take notice that Robert M. Smith of Cokinos, Bosien & Young hereby

enters an appearance as counsel for Defendant in the above referenced matter.

Respectfully submitted:

**COKINOS, BOSIEN & YOUNG**
10999 West IH-10, Suite 800
San Antonio, Texas 78230
Telephone: (210) 293-8700
Facsimile: (210) 293-8733

By: /s/ Robert M. Smith
    ROBERT M. SMITH
    Texas Bar No. 18677400
    rmsmith@cbylaw.com

**ATTORNEY FOR DEFENDANT,
AUSTIN MONTESSORI SCHOOL,
INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2013, a true and correct copy of the foregoing DEFENDANT'S NOTICE OF APPEARANCE was filed with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case files system of the court. I hereby certify that I have served the following counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*ATTORNEYS FOR PLAINTIFF*

Russell Scott Cook
Melissa A. Jacobs
THE COOK LAW FIRM
919 Congress Avenue, Suite 1145
Austin, Texas 78701

/s/  Robert M. Smith
ROBERT M. SMITH