IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CAROLINE CLARK

      PLAINTIFF

V.                                                              C.A. NO. A-12-CV-007-SS

AUSTIN MONTESSORI SCHOOL, INC.

      DEFENDANT

## DEFENDANT'S STATEMENT OF CONTENTIONS

Defendant Austin Montessori School, Inc. ("AMS") denies it is an "employer" under the FMLA because it did not employ 50 or more employees for 20 or more workweeks in 2009 or 2010. Thus, the FMLA affords no protections for AMS's employees. Defendant also denies that plaintiff Caroline Clark ("Plaintiff") suffered an adverse employment action when AMS offered her the campus coordinator position instead of renewing her guide contract for the 2010-2011 school year.

1

Respectfully submitted:


Stephanie O'Rourke
Texas State Bar No. 15310800
sorourke@cbylaw.com
Bryan P. Marshall
Texas State Bar No. 24034552
bmarshall@cbylaw.com
Robert M. Smith
Texas State Bar No. 18677400
rsmith@cbylaw.com
COKINOS, BOSIEN & YOUNG
10999 West IH-10, Suite 800
San Antonio, Texas  78230
T (210) 293-8700
F (210) 293-8733
ATTORNEYS FOR DEFENDANT

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2013, a true and correct copy of the foregoing was filed with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case files system of the court. I hereby certify that I have served the following counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Russell Scott Cook
Melissa A. Jacobs
THE COOK LAW FIRM
919 Congress Avenue, Suite 1145
Austin, Texas 78701
ATTORNEYS FOR PLAINTIFF

_____
Bryan P. Marshall

3