IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CAROLINE CLARK

    PLAINTIFF

V.                                                                                  C.A. NO. A-12-CV-007-SS

AUSTIN MONTESSORI SCHOOL, INC.

    DEFENDANT

## DEFENDANT'S VOIR DIRE QUESTIONS

Defendant, Austin Montessori School, Inc. pursuant to Federal Rule of Civil Procedure 47(a), requests that the Court ask the following questions of prospective jurors, or in the alternative, permit counsel to do so:

1. Personal History.

   a. Please state your name, home address, and age.

   b. What is your marital status? Please state the names and ages of your spouse, your children, and the names and ages of any other person with whom you reside.

2. Employment History.

   a. Are you presently employed? If so, please state by whom and in what position. How long have you held that position? If you have been in your present position for less than five years, please give your employment history for the last five years, including the reasons for changing jobs.

   b. By whom is your spouse employed, your children, other members of your immediate family, and any other persons with whom you reside? What jobs or positions do they hold with their employers?

   c. Have you or your spouse ever been unemployed for an extended period of time? If so, please state when this occurred, and the reason for the

1

unemployment.

    d. Have you or your spouse ever been discharged or fired from a job? If so, state when this occurred, the employer involved, and the reason or reasons given for the discharge. Did you believe the company had a valid reason for the discharge? Did you think the discharge was unfair? Why?

    e. Have you or your spouse ever been demoted from a job? If so, please state when this occurred, the job involved, the employer involved, and the reason or reasons given for the demotion. Do you hold any negative feelings towards the employer as a result of the demotion? Do you believe the employer was fair or unfair in its actions? Why?

    f. Have you or your spouse ever been involved in a dispute with an employer with regard to whether or not your performance or conduct, or that of your spouse were satisfactory? If so, please describe it.

    g. Have you or your spouse ever been responsible for or participated in making decisions regarding the hiring, promotion, or layoff of employees? If so, please state when, for what employer or employers, and describe the nature of the involvement.

3. Are you or your spouse a teacher? Have you or your spouse ever been a teacher?

    a. If so, have you or your spouse ever been pregnant while employed as a teacher?

4. Are you or have you ever been a member of a labor union, social club, fraternal organization, social service groups, or athletic organization? Have you ever held an official position in such an organization?

5. Discrimination.

    a. Does the fact that this case involves a claim of pregnancy discrimination prejudice you in any way?

    b. Do you believe that employers should be required to return an employee who has taken maternity leave for 12 weeks to the same position she had prior to the leave?

    c. Do you feel that you or any of your friends or relatives have ever been discriminated against because of pregnancy?

    d. Do you feel that just because an employee has brought a pregnancy discrimination suit against her employer, that she is entitled to a jury verdict in her favor?

6. Small Businesses.

    a. Do you believe employees are generally treated fairly by employers?

    b. What are your feelings in general about small businesses and how they treat their employees?

    c. Does the fact that the defendant in this case is a small business cause you to favor one side or the other in this case?

    d. Do you have any feelings that because an individual has sued her former employer that the individual is therefore entitled to recover? If the evidence justifies it, could you just as easily find in favor of an employer as an individual person?

    e. Do you feel any sympathy in favor of any of the plaintiff because she has brought a pregnancy discrimination suit against her former employer? If so, please explain.

7. Litigation History.

    a. Have you or your spouse ever been personally involved in a lawsuit, either as a party, witness, or otherwise? If so, please describe in your own words the nature of the lawsuit and your association with it, including the type of case, whether you were a plaintiff or a defendant, and the outcome of the case. In general, what were your feelings about the experience? Did you believe the result was fair or unfair and why?

    b. Have you or your spouse ever filed a charge of employment discrimination? If so, please describe the details of the charge.

    c. Have you or your spouse ever been involved in the defense of any charge of employment discrimination? If so, please describe the circumstances surrounding the charge.

    d. Have you or your spouse ever filed a grievance, charge, or other complaint or protest against an employer? If so, please describe the circumstances surrounding the action.

8. Prior Jury Service.

   Have you ever served on a jury before? If so, please state when, the length of your jury service, the nature of the case or cases in which you were involved and the outcome of the case or cases.

9. Knowledge of the Parties and Counsel.

   a. Are you acquainted in any way with the plaintiff in this case, Caroline Clark? Are you acquainted with Mrs. Clark's spouse, family or friends? If so, please describe the nature and extent of your relationship?

   b. Do you know or have you ever had any dealings with the plaintiff's attorneys, Scott Cook or Melissa Jacobs or their law firm, The Cook Law Firm? If so, please describe the nature and extent of those dealings or contacts.

   c. Have you ever had any dealings with the defendant, Austin Montessori School? If so, please describe those dealings.

   d. Do you know anyone who is now or has been employed by Austin Montessori School? If so, please state the name of any such person, your relationship with that person, when and where they were employed by the school, and what their job is or was.

   e. Do you know or have you had any dealings with the attorneys representing Austin Montessori School, Stephanie O'Rourke or Bryan Marshall or their law firm, Cokinos, Bosien & Young? If so, please describe the nature and extent of those dealings.

10. Montessori.

   a. What is your understanding of Montessori education?

   b. What are your attitudes toward Montessori schools?

   c. This is not a trial about the merits of the Montessori system. Can you agree to not let any of your personal feelings, interpretations, or prejudices about the Montessori system influence your deliberations and findings in this case?

11. How many of you would agree that if someone has gone to all the time, expense, and trouble to sue another person, especially a lawsuit against a former employer, there must be some validity to the case?

12. Prejudice.

Do you know of any reason why it would be impossible for you to be a fair and impartial juror in this case? If so, explain.

Respectfully submitted:

Stephanie O'Rourke
Texas State Bar No. 15310800
sorourke@cbylaw.com
Bryan P. Marshall
Texas State Bar No. 24034552
bmarshall@cbylaw.com
Robert M. Smith
Texas State Bar No. 18677400
rsmith@cbylaw.com
COKINOS, BOSIEN & YOUNG
10999 West IH-10, Suite 800
San Antonio, Texas  78230
T (210) 293-8700
F (210) 293-8733

ATTORNEYS FOR DEFENDANT

5

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2013, a true and correct copy of the foregoing was filed with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case files system of the court. I hereby certify that I have served the following counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Russell Scott Cook
Melissa A. Jacobs
THE COOK LAW FIRM
919 Congress Avenue, Suite 1145
Austin, Texas 78701
ATTORNEYS FOR PLAINTIFF

Bryan P. Marshall