IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CAROLINE CLARK<br><br>PLAINTIFF<br><br>V.<br><br>AUSTIN MONTESSORI SCHOOL, INC.<br><br>DEFENDANT | C.A. NO. A-12-CV-007-SS |

## DEFENDANT'S EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | OFFERED | EXCLUDED | ADMITTED |
|---|---|---|---|---|
| 1 | Correspondence from D. Goertz to C. Clark, 4/24/2008 (AMS000188) | | | |
| 2 | Promissory Installment Note, 8/13/2009 (AMS000197) | | | |
| 3 | Correspondence from D. Goertz to AMS Parents, 3/26/2010 (AMS000219) | | | |
| 4 | Letter of Appointment to Campus Coordinator Position, 5/7/2010 (AMS000228-000229) | | | |
| 5 | Donald Goertz's letter to parents of AMS students, 5/24/2010 (AMS000226) | | | |
| 6 | Donald Goertz email to Caroline Clark, 1/13/2003 (AMS00180) | | | |
| 7 | Resume of Caroline L. Aguilar, 1/7/2003 (AMS000178) | | | |
| 8 | All IRS Forms W-2 of Austin Montessori Schools, Inc. Employees for 2009 and 2010 (AMS000240 to AMS000330) | | | |
| 9 | All IRS Forms 1099 of Austin Montessori School, Inc. Independent Contractors (AMS000331 to AMS000343 and AMS000511) | | | |
| 10 | Austin Montessori School Staff Handbook (AMS000058 to AMS000176) | | | |
| 11 | Austin Montessori School, Inc. Payroll Register for 2009 and | | | |

1

|    |                                                                                          |  |  |  |
|----|------------------------------------------------------------------------------------------|--|--|--|
|    | 2010 (AMS000766 to AMS0001200)                                                           |  |  |  |
| 12 | Summary of Austin Montessori School, Inc. Payroll Register for 2009 and 2010 (Document 36-6) |  |  |  |
| 13 | Austin Montessori School Parent Community Handbook (AMS000518 to AMS000734)              |  |  |  |

Respectfully submitted:

_____
Stephanie O'Rourke
Texas State Bar No. 15310800
sorourke@cbylaw.com
Bryan P. Marshall
Texas State Bar No. 24034552
bmarshall@cbylaw.com
Robert M. Smith
Texas State Bar No. 18677400
rsmith@cbylaw.com
COKINOS, BOSIEN & YOUNG
10999 West IH-10, Suite 800
San Antonio, Texas  78230
T (210) 293-8700
F (210) 293-8733

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2013, a true and correct copy of the foregoing was filed with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case files system of the court. I hereby certify that I have served the following counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Russell Scott Cook
Melissa A. Jacobs
THE COOK LAW FIRM
919 Congress Avenue, Suite 1145
Austin, Texas 78701
ATTORNEYS FOR PLAINTIFF

_____
Bryan P. Marshall