IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CAROLINE CLARK | |
|     PLAINTIFF | |
| V. | C.A. NO. A-12-CV-007-SS |
| AUSTIN MONTESSORI SCHOOL, INC. | |
|     DEFENDANT | |

## DEFENDANT'S WITNESS LIST

**Caroline Clark**
7226 Casa Loma Avenue
Dallas, Texas 75214
*Plaintiff*

**Adam Clark**
7226 Casa Loma Avenue
Dallas, Texas 75214
*Plaintiff's husband*

**Austin Montessori School, Inc.**
Any and all agents, representatives, and/or employees and custodians of records, including but not limited to:
Donald Goertz
Donna Bryant Goertz
Dawn Glasgow
Amber Miller
Elizabeth Suggs
Kadie Beasley
Angela Eagle
Janice Kearley
Jerry Pippins
Kelly Jarrell
5006 Sunset Trail
Austin, Texas 78745
512.892.0253
*Defendant*

1

**Lucinda Castillo**
2607 Cebo Cove
Austin, Texas 78745
512.905.4119
*Independent contractor who drives shuttle bus for Austin Montessori School*

**Charlotte Kroger**
10207 Colonial Club Dr.
Austin, Texas 78747
512.292.0903
*Independent contractor who works as a mentor for the children's house level at Austin Montessori School*

**Sheila Murphy**
4301 Sinclair Avenue
Austin, Texas 78756
*Independent contractor who taught six week units of occupations and humanities and physical education at Austin Montessori School*

**Donna Romine**
13009 On The Lake Rd.
Austin, Texas 78732
303.565.9988
*Former employee of Austin Montessori School*

Respectfully submitted:

_Bryan Marshall_

Stephanie O'Rourke
Texas State Bar No. 15310800
sorourke@cbylaw.com
Bryan P. Marshall
Texas State Bar No. 24034552
bmarshall@cbylaw.com
Robert M. Smith
Texas State Bar No. 18677400
rsmith@cbylaw.com
COKINOS, BOSIEN & YOUNG
10999 West IH-10, Suite 800
San Antonio, Texas  78230
T (210) 293-8700
F (210) 293-8733

ATTORNEYS FOR DEFENDANT


## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2013, a true and correct copy of the foregoing was filed with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case files system of the court. I hereby certify that I have served the following counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Russell Scott Cook
Melissa A. Jacobs
THE COOK LAW FIRM
919 Congress Avenue, Suite 1145
Austin, Texas 78701
ATTORNEYS FOR PLAINTIFF

_Bryan Marshall_

Bryan P. Marshall

3