IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLINE CLARK,<br>Plaintiff, | §<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. A-12-CA-007-SS |
| | § | |
| AUSTIN MONTESSORI SCHOOL,<br>INC.,<br>Defendant. | §<br>§<br>§<br>§ | JURY TRIAL DEMANDED |

**PLAINTIFF'S STATEMENT OF THE PARTIES' CONTENTIONS**

Pursuant to this Court's Order of March 13, 2012, Plaintiff offers the following one-paragraph statement of the parties' contentions:

**This case is about laws that provide job protections for employees at work. Caroline Clark worked for the Defendant as a Montessori school teacher. She contends that the Defendant, Austin Montessori School, violated two laws that provide protection for employees. First, Caroline Clark contends that Austin Montessori School discriminated against her because she was pregnant. Second, Caroline Clark contends that Austin Montessori violated the Family & Medical Leave Act ("FMLA"), a federal law which allows employees to take protected leave for serious illness, pregnancy, or to take care of a seriously ill family member. When Caroline Clark told the Defendant she was pregnant, the first thing that was said to her was "Oh my God, that is a problem." Because Austin Montessori believed Ms. Clark's pregnancy and her pregnancy leave were a problem, they refused to renew Ms. Clark's employment contract for the next school year. Instead of allowing her to keep her teacher position, they offered to move her to an**

1

**administrative role that was very different than what Ms. Clark had been trained to do and hired to do. Austin Montessori has admitted that the reason for not renewing Caroline Clark's contract was due to her taking leave for her pregnancy.  But rather than take responsibility for breaking these employment laws, the Defendant in this case asks to excuse and ignore their violations of law for a variety of reasons.**

Respectfully Submitted,

THE COOK LAW FIRM

/s/ Melissa A. Jacobs

_____

Russell Scott Cook
State Bar No. 24040724
scook@rooklaw.com
Melissa A. Jacobs
State Bar No. 24046144
mjacobs@rooklaw.com
919 Congress Avenue, Suite 1145
Austin, TX 78701
Telephone: (512) 482-9556
Telecopier: (512) 597-3172

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st of May 2013, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephanie O'Rourke
Bryan P. Marshall
J. Michael Ezzell
Cokinos Bosien & Young
l0999 West IH-10, Ste. 800
San Antonio, TX 78230

/s/ Melissa A. Jacobs

_____

Melissa A. Jacobs