IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLINE CLARK, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. A-12-CA-007-SS |
| | § | |
| AUSTIN MONTESSORI SCHOOL, INC., | § | |
| Defendant. | § | JURY TRIAL DEMANDED |
| | § | |

**PLAINTIFF'S REQUESTED VOIR DIRE QUESTIONS**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to this Court's Order of March 13, 2012, Plaintiff offers the following list of questions Plaintiff desires the Court to ask prospective jurors:

1.   Do any of you know the parties in this case?

2.   Do any of you know the lawyers in this case?

3.   Do any of you have a close relative or friend that works for the law firm Cokinos, Bosien and Young or The Cook Law Firm?

4.   Do any of you know any of the following individuals: Dawn Glasgow, Donald Goertz, Donna Bryant Goertz, Amber Miller, Jerry Pippins, Charlotte Kroger, Calvin Carter, Lucinda Castillo, Sheilah Murphy, Adam Clark, Kadie Beasley, Kelly Jarrell, Angela Eagle, Elizabeth Suggs, or Janice Kearley?

5.   Do any of you have children that have attended or attend a Montessori school?

6.   Have you or your family members ever owned a small business?  If so, please describe.

7.   Who believes that an employee's job should be protected if they have to leave work to give birth to a child?

8.   Who believes that an employee's job should be protected if they have to leave work to because they have a serious illness?

9.   Who believes that an employee's job should be protected if they have to leave work to take care of a seriously ill family member?

1

10. Do any of you believe that laws regarding the protection of employees in the workplace have gone too far?

11. Who believes that a job is about more than making money?

12. Who believes that new mothers should stay at home to take care of their babies?

13. Have you ever worked for a business that classified you as an independent contractor?  If so, did you think that you should have been paid as an employee?

14. Have you recently been fired from a job?

15. Are you currently unemployed and seeking employment?

16. Do any of you feel that employers should have the ability to fire an employee for any reason at all?

17. If you are employed, where do you work and what is your job title?  How long have you been employed in this job?

18. If you have a significant other, is your significant other currently employed?  Where and what job title?  How long has he or she been employed in this job?

19. Have any of you ever worked in a human resources position or in the personnel department for an employer?

20. Have any of your family members or close friends ever worked in the human resources or personnel department for any company?

21. Are any of you currently responsible in your job for the hiring and firing decisions regarding employees?

22. Have any of you ever been responsible in your job for the hiring and firing decisions regarding employees?

23. Have any of you ever been responsible for the decision to terminate someone's employment?

24. If employed by more than one employer over the last five years, identify those employers and your last job title with those employers.

25. Have any of you ever been a part of an EEOC or Texas Workforce Commission investigation?

26. The burden of proof in this case will be "preponderance of the evidence."   A preponderance of evidence means the amount of evidence that persuades you a claim is

more likely true than not true.  This is a lower burden of proof than in a criminal case. Do any of you feel that the burden of proof in a civil case should be higher than preponderance of the evidence?

27.    Are any of you opposed, for any reason including religious reasons, to someone pursuing a claim for wrongful termination?

28.    Has anyone been a member of or donated to any tort reform organizations such as Texans for Lawsuit Reform, Citizens Against Lawsuit Abuse or any other tort reform organizations?  Do any of you who are familiar with these organizations fully support what these organizations stand for?

29.    Has anyone here ever been accused of discriminating against someone?  Describe how that experience has affected your views of employment lawsuits.

30.    How many of you feel civil lawsuits are an unnecessary strain on the economy?

31.    How many of you feel people file lawsuits against their employers when they don't get something they want at work?

32.    Have you or any of your close friends or family ever been sued or had a claim made against you?  How has that affected your view of lawsuits?

33.    If you lost your job as a result of discrimination or retaliation, would you file a lawsuit? If not, why not?

34.    If one of your family members or close friends were fired as a result of discrimination or retaliation, would you encourage them to file a lawsuit?  If not, why not?

35.    Have any of you ever been fired, dismissed, or asked to leave a job?

36.    Have any of you served on a jury?  If so, in what type of case?  Were you the foreman of the jury?  Did the jury reach a verdict?

37.    Have any of you ever been a plaintiff or defendant in a lawsuit?

38.    Have any of you ever worked as a claims adjuster for an insurance company?

39.    Caroline Clark is seeking damages for lost wages and benefits because the Defendant refused to renew her teaching contract.  Do any of you have any objection to awarding these kinds of damages in a lawsuit?

40.    Caroline Clark is also seeking compensatory damages for emotional pain and suffering, inconvenience, mental anguish, loss of enjoyment of life, and other noneconomic losses because the Defendant refused to renew her teaching contract.  Do any of you have any objection to awarding these kinds of damages in a lawsuit?

41.  Caroline Clark is also seeking punitive damages because the Defendant refused to renew her teaching contract.  Do any of you have any objection to awarding this kind of damages in a lawsuit?

42.  Is there any reason why any of you cannot be a fair and impartial juror in this case?

Respectfully Submitted,

THE COOK LAW FIRM

/s/ Melissa A. Jacobs

_____

Russell Scott Cook
State Bar No. 24040724
scook@rooklaw.com
Melissa A. Jacobs
State Bar No. 24046144
mjacobs@rooklaw.com
919 Congress Avenue, Suite 1145
Austin, TX 78701
Telephone: (512) 482-9556
Telecopier: (512) 597-3172

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st of May 2013, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephanie O'Rourke
Bryan P. Marshall
J. Michael Ezzell
Cokinos Bosien & Young
l0999 West IH-10, Ste. 800
San Antonio, TX 78230

/s/ Melissa A. Jacobs

_____

Melissa A. Jacobs

4