IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLINE CLARK, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. A-12-CA-007-SS |
| | § | |
| AUSTIN MONTESSORI SCHOOL, INC., | § | |
| | § | |
| Defendant. | § | JURY TRIAL DEMANDED |
| | § | |

**PLAINTIFF'S EXHIBIT LIST**

Pursuant to this Court's Order of March 13, 2012, Plaintiff offers the following identification of exhibits she expects to offer and may offer if the need arises:

**EXHIBITS PLAINTIFF EXPECTS TO OFFER:**

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| P-1 | Plaintiff's Montessori Diploma (P 9) | | | |
| P-2 | Plaintiff's Resume (AMS 178) | | | |
| P-3 | Letter from Donald Goertz to Parents, March 28, 2003 (AMS 184) | | | |
| P-4 | AMS Offer of Employment to Plaintiff April 24, 2008 (AMS 188) | | | |
| P-5 | Letter from Donald Goertz to Parents, March 26, 2010 (AMS 219) | | | |
| P-6 | Email from Plaintiff to Dawn Glasgow and Amber Miller, May 2, 2010 (AMS 503) | | | |
| P-7 | Email from Plaintiff to Dawn Glasgow and Amber Miller, May 6, 2010 (AMS 508) | | | |
| P-8 | Email from Plaintiff to Dawn Glasgow, May 24, 2010 (AMS 509-510) | | | |
| P-9 | Email from Dawn Glasgow to Amber Miller, May 24, 2010 (AMS 226) | | | |
| P-10 | Letter from Plaintiff to Families of Laurel Cottage (AMS 177) | | | |

| | | | | |
|---|---|---|---|---|
| P-11 | Campus Coordinator Letter of Appointment (AMS 228-229, 223) | | | |
| P-12 | AMS Staff Handbook (AMS 58-176) | | | |
| P-13 | AMS Parent Community Handbook (AMS 518-734) | | | |
| P-14 | Defendant's Staff Lists (AMS 237-239) | | | |
| P-15 | Defendant's Staff Lists (AMS 231-236) | | | |
| P-16 | Defendant's School Directory (P 13-17) | | | |
| P-17 | Defendant's W-2 Forms for 2009 (AMS 241-270) | | | |
| P-18 | Defendant's W-2 Forms for 2010 (AMS 272-330) | | | |
| P-19 | Defendant's IRS Form 941s for 2009 (AMS 461-475) | | | |
| P-20 | Defendant's IRS Form 941s for 2010 (AMS 477-481; AMS 512-17) | | | |
| P-21 | Defendant's Texas Workforce Commission Quarterly Reports for 2009 (AMS 345-356) | | | |
| P-22 | Defendant's Texas Workforce Commission Quarterly Reports for 2010 (AMS 358-369) | | | |
| P-23 | Defendant's ADP Quarterly Wage and Tax Reports (AMS 371-403) | | | |
| P-24 | Defendant's AmCheck Payroll Documents (AMS 405-459) | | | |
| P-25 | Defendant's ADP Payroll Reports (*originally produced as* AMS 766-822) | | | |
| P-26 | Defendant's Payroll Registers (AMS 1208-1389) | | | |
| P-27 | Defendant's AmCheck Report (AMS 823-835) | | | |
| P-28 | Defendant's AmCheck Check Registers (AMS 1113-1200) | | | |
| P-29 | ADP Earnings Records (AMS 766-1112) | | | |
| P-30 | Summary of Defendant's Employees and Employee Numbers | | | |

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| P-31 | Defendant's Annual Report 2008-2009 | | | |
| P-32 | Defendant's Annual Report 2009-2010 | | | |
| P-33 | Defendant's Annual Report 2010-2011 | | | |
| P-34 | Plaintiff's Pay Stubs with Defendant (P 1-2) | | | |
| P-35 | Plaintiff's W-2s for 2010 (*Redacted* P 140-141) | | | |
| P-36 | Plaintiff's W-2 for 2011 (*Redacted* P 144) | | | |
| P-37 | Plaintiff's Bachman Lake Community School Earnings Statement (P 143) | | | |
| P-38 | Correspondence to Plaintiff from Ceridian Benefits Services (P 3-5) | | | |
| P-39 | Medical bill of Plaintiff (P 150) | | | |
| P-40 | Tuition statements from East Dallas Community School (P 6, P 139) | | | |

**EXHIBITS PLAINTIFF MAY OFFER IF NEED ARISES:**

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| P-41 | Defendant's Spreadsheet of Payroll Reports | | | |
| P-42 | Affidavit of Dawn Glasgow, August 10, 2012 | | | |

Respectfully Submitted,

THE COOK LAW FIRM

/s/ Melissa A. Jacobs
_____

Russell Scott Cook
State Bar No. 24040724
scook@rooklaw.com
Melissa A. Jacobs
State Bar No. 24046144
mjacobs@rooklaw.com
919 Congress Avenue, Suite 1145
Austin, TX 78701
Telephone: (512) 482-9556
Telecopier: (512) 597-3172

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on this 31st of May 2013, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephanie O'Rourke
Bryan P. Marshall
J. Michael Ezzell
Cokinos Bosien & Young
l0999 West IH-10, Ste. 800
San Antonio, TX 78230

/s/ Melissa A. Jacobs
_____

Melissa A. Jacobs

4