IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLINE CLARK, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. A-12-CA-007-SS |
| | § | |
| AUSTIN MONTESSORI SCHOOL, INC., | § | |
| | § | |
| Defendant. | § | JURY TRIAL DEMANDED |
| | § | |

## PLAINTIFF'S WITNESS LIST

Pursuant to this Court's Order of March 13, 2012, Plaintiff offers the following names of witnesses Plaintiff expects to present and those whom Plaintiff may call if the need arises:

**Plaintiff expects to call the following witnesses at trial:**

**Caroline Clark**
7226 Casa Loma Avenue
Dallas, Texas 75214
(214) 475-6613

**Donald C. Goertz**
1701 Woodlawn Avenue
Austin, Texas 78703
(512) 480-0360

**Dawn Glasgow**
5648 Oak Boulevard
Austin, Texas 78735
(512) 921-2885
(512) 892-8786

**Amber Miller**
4404 Travis Country Circle D3
Austin, Texas 78735
(512) 347-1455

1

**Jerry Pippins**
633 FM 1626
Austin, Texas 78748
(512) 282-5445

**Charlotte Kroger**
10207 Colonial Club Drive
Austin, Texas 78747
(512) 292-0903

**Calvin Carter**
6302 Waynesburg Cove
Austin, Texas 78723
(512) 928-4032

**Lucinda Castillo**
2607 Cebo Cove
Austin, Texas 78745

**Sheilah Murphy**
4301 Sinclair Avenue
Austin, Texas 78756
(512) 302-4660

**Defendant's Corporate Representative (by deposition)**
c/o Stephanie O'Rourke, J. Michael Ezzell, and Bryan Marshall
Cokinos, Bosien & Young
10999 West IH-10, Ste. 800
San Antonio, TX 78230


**Plaintiff may call the following witnesses at trial if needed:**

**Donna Bryant Goertz**
1701 Woodlawn Avenue
Austin, Texas 78703
(512) 480-0360

**Adam Clark**
7226 Casa Loma Avenue
Dallas, Texas 75214

**Kadie Beasley**
1116 Conon Yeomans Trail
Austin, Texas 78748
(512) 292-6448

**Kelly Jarrell**
100 B Chestnut
Dripping Springs, Texas 78620
(512) 858-0440
(830) 385-2106

**Angela Eagle**
4525 South 2nd Street
Austin, Texas 78745
(512) 371-6681

**Elizabeth Suggs**
**Janice Kearley**
c/o Stephanie O'Rourke, J. Michael Ezzell, and Bryan Marshall
Cokinos, Bosien & Young
10999 West IH-10, Ste. 800
San Antonio, TX 78230

                          Respectfully Submitted,

                          THE COOK LAW FIRM

                          /s/ Melissa A. Jacobs
                          _____
                          Russell Scott Cook
                          State Bar No. 24040724
                          scook@rooklaw.com
                          Melissa A. Jacobs
                          State Bar No. 24046144
                          mjacobs@rooklaw.com
                          919 Congress Avenue, Suite 1145
                          Austin, TX 78701
                          Telephone: (512) 482-9556
                          Telecopier: (512) 597-3172

                          ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st of May 2013, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephanie O'Rourke
Bryan P. Marshall
J. Michael Ezzell
Cokinos Bosien & Young
l0999 West IH-10, Ste. 800
San Antonio, TX 78230

                                                         /s/ Melissa A. Jacobs
                                                         _____
                                                         Melissa A. Jacobs