IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 MAY 31  PM 12:21
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

**CAROLINE CLARK,**
          **Plaintiff,**

-vs-                                        Case No. A-12-CA-007-SS

**AUSTIN MONTESSORI SCHOOL, INC.,**
          **Defendant.**

## ORDER

BE IT REMEMBERED on the 31st day of May 2013 at docket call, the Court made the following oral orders and now confirms the same in writing:

    IT IS ORDERED that the above-styled and numbered cause is **SET FOR JURY SELECTION on Monday, June 3, 2013 at 1:30 p.m.** in the United States Courthouse, Courtroom 2, 501 West Fifth Street, Austin, Texas, and for **TRIAL** immediately thereafter.

SIGNED this the 31st day of May 2013.

_____
UNITED STATES DISTRICT JUDGE