# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| Caroline Clark | § | |
| | § | CIVIL NO: |
| vs. | § | AU:12-CV-00007-SS |
| | § | |
| Austin Montessori School, Inc. | § | |

## ORDER CANCELLING SETTING

IT IS HEREBY ORDERED that the hearing for **JURY SELECTION AND TRIAL** on **Monday, June 03, 2013 at 01:30 PM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 3rd day of June, 2013.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE