IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLINE CLARK, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. A-12-CA-007-SS |
| | § | |
| AUSTIN MONTESSORI SCHOOL, INC., | § | |
| Defendant. | § | JURY TRIAL DEMANDED |
| | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Caroline Clark and Defendant Austin Montessori School, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate that this action is dismissed with prejudice, with all parties to bear their own costs and fees.

Respectfully Submitted,

| | |
|---|---|
| The Cook Law Firm | Cokinos Bosien & Young |
| 919 Congress Ave., Suite 1145 | l0999 West IH-10, Ste. 800 |
| Austin, Texas 78701 | San Antonio, TX 78230. |
| Telephone: (512) 482-9556 | Telephone: (210) 298-8700 |
| Telecopier: (512) 597-3172 | Telecopier: (210) 293-8733 |
| | |
| /s/ Melissa A. Jacobs | /s/ Bryan P. Marshall |
| By: _____ | By: _____ |
| Russell Scott Cook | Stephanie O'Rourke |
| State Bar No. 24040724 | State Bar No. 15310800 |
| Melissa A. Jacobs | Bryan P. Marshall |
| State Bar No. 24046144 | State Bar No. 24034552 |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |