FILED

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS** 2013 JUL 15  AM 9: 07
**AUSTIN DIVISION**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ KKC_____

CAROLINE CLARK,
                    **Plaintiff,**

-vs-                                          **Case No.  A-12-CA-007-SS**

**AUSTIN MONTESSORI SCHOOL, INC.,**
                    **Defendant.**

_____

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Stipulation of Dismissal [#77] filed by the parties in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Stipulation of Dismissal is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice;

IT IS FURTHER ORDERED that all costs are adjudged against the party incurring same; and

IT IS FINALLY ORDERED that all pending motions in this cause are overruled and denied as they are now moot.

SIGNED this the ___12th___ day of July 2013.

_____
UNITED STATES DISTRICT JUDGE